```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI, et al.,            :    CIVIL ACTION
                                :    NO. 09-1898
        Plaintiffs,             :
                                :
        v.                      :
                                :
ORLY TAITZ, et al.,             :
                                :
        Defendants.             :
```

## O R D E R

**AND NOW**, this **3rd** day of **June, 2010,** it is hereby **ORDERED** that to the extent that Defendants' motion seeks to sever and transfer this case from the Eastern District of Pennsylvania, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this Court will now **SEVER** the instant case into two separate, independent actions and **TRANSFER** each action to the jurisdiction of the following district courts. All claims pending against Defendants Linda Sue Belcher, Edgar Hale, Caren Hale, Plains Radio Network, Bar H. Farms, and KPRN A.M. 1610, Neil Sankey and Sankey Investigations, Inc. are transferred to the Western District Court of Texas. All claims pending against Defendants Orly Taitz and Defend Our Freedoms Foundations are transferred to the Southern Division of the Central District of California.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss or, in the alternative, motion to transfer (doc. no. 10) is **DENIED as moot.**[1]

**IT IS FURTHER ORDERED** that this case shall be marked **CLOSED.**

**AND IT IS SO ORDERED.**

    s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] All requests for leave to file pleadings submitted during the time the case was in suspense from December 9, 2009 to June 2, 2010, and of which only one letter was made part of the docket (see Berg Letter in Opp'n to Def. Taitz, dated Jan. 10, 2010, doc. no. 116), are denied as moot.