IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| v. | : | |
| ORLY TAITZ, et al., | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **22nd** day of **June, 2010,** it is hereby **ORDERED** that Plaintiff Berg's motion for leave to file a motion to strike Defendant Taitz's 6/14/10 filing (doc. no. 122) will be **DENIED as moot.**

**AND IT IS SO ORDERED.**

    s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**