IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| v. | : | |
| ORLY TAITZ, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **23rd** day of **December, 2010**, it is hereby **ORDERED** that Plaintiffs Emergency Ex Parte Motion for a Temporary Restraining Order (doc. no. 154) is **DENIED**.

It is **FURTHER ORDERED** that Defendant Orly Taitz's oral Motion for a Temporary Restraining Order made during this Court's hearing on December 20, 2010 is also **DENIED**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.