# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA,
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**PROPOSED ORDER DENYING DEFENDANTS MOTION TO TERMINATE PHILIP J. BERG, ESQ. AS AN ATTORNEY ON THE CASE**<br><br>Date of Hearing:  May 09, 2011<br>Time of Hearing:  10:00 a.m.<br>Location:         Courtroom 10D |

**ORDER**

On May 9, 2011, Defendants Motion Request to Terminate Philip J. Berg, Esquire as an Attorney on the case came on for hearing. The Court having reviewed and considered the moving papers, the Plaintiffs Opposition thereto, the records on file with this Court, having heard Oral Argument and for **GOOD CAUSE SHOWN, IT IS HEREBY ORDERED and DECREED:**

Defendants, Orly Taitz and Defend our Freedoms Foundations, Inc. Motion is hereby **DENIED**.

1

**IT IS SO ORDERED**

Dated: May ___, 2011

_____
Judge of the United States District Court, Central District of California, Southern Division

Respectfully submitted by:

Philip J. Berg, Esquire
E-mail: philjberg@gmail.com
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134

Lisa Ostella; and
Go Excel Global
E-mail: philjberg@gmail.com
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

Lisa Liberi
E-mail: philjberg@gmail.com
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531