| | |
|---|---|
| 1 | Philip J. Berg, Esquire (PA I.D. 9867) |
| 2 | E-mail: philjberg@gmail.com |
|   | **LAW OFFICES OF PHILIP J. BERG** |
| 3 | 555 Andorra Glen Court, Suite 12 |
| 4 | Lafayette Hill, PA 19444-2531 |
|   | Telephone:  (610) 825-3134 Fax: (610) 834-7659 |
| 5 | *Attorney in pro se and for Plaintiffs* |
| 6 | |
| 7 | **Lisa Ostella, and Go Excel Global** |
|   | c/o Philip J. Berg, Esquire |
| 8 | E-mail: philjberg@gmail.com |
| 9 | 555 Andorra Glen Court, Suite 12 |
|   | Lafayette Hill, PA 19444-2531 |
| 10 | Telephone:  (610) 825-3134 Fax: (610) 834-7659 |
| 11 | *Plaintiffs in pro se pending Mr. Berg's Pro Hac Vice* |
| 12 | **Lisa Liberi** |
| 13 | c/o Philip J. Berg, Esquire |
|   | E-mail: philjberg@gmail.com |
| 14 | 555 Andorra Glen Court, Suite 12 |
| 15 | Lafayette Hill, PA 19444-2531 |
|   | Telephone:  (610) 825-3134 Fax: (610) 834-7659 |
| 16 | *Plaintiff in pro se pending Mr. Berg's Pro Hac Vice* |

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION**

| LISA LIBERI, et al | CIVIL ACTION NUMBER: |
|---|---|
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | **PLAINTIFFS CERTIFICATE OF SERVICE** |
| ORLY TAITZ, et al, | |
| Defendants. | |

---

Liberi, et al Response & Memorandum Cert of Svc. 04/09/2011                    1

I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs Memorandum of Points and Authorities and the Declaration of Philip J. Berg's in support of their Response in Opposition to Defendants Orly Taitz and Defend our Freedoms Foundations, Inc. Motion to Terminate Philip J. Berg, Esq. as Counsel on the within Case were served through the ECF filing system and/or mail as indicated below, this 10th day of April 2011 upon the following:

Orly Taitz
26302 La Paz Ste 211
Mission Viejo, CA 92691
Email:  orly.taitz@gmail.com and
Email:  dr_taitz@yahoo.com
Served via the ECF Filing System

*Attorney in pro se and for Defendant Defend our Freedoms Foundation, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
By USPS Mail with Postage fully prepaid

Neil Sankey
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

/s/ Philip J. Berg
Philip J. Berg, Esquire