09/28/2010 09:58 FAX ☒001

## AFFIDAVIT OF LINDA S. BELCHER

I am Linda S. Belcher who resides at 201 Paris St., Castroville, Medina County, TX 78009. I am over 21 years of age, of sound mind and make this declaration under penalty of perjury under the laws of the State of Texas. I do hereby swear to the following:

During the early fall months of 2008, Lisa Liberi mentioned to me during a telephone conversation that because of the number of donations coming in, PayPal had closed Berg's account where he was accepting donations for obamacrimes.com to fund his legal expenses in challenging the eligibility of Barack Obama to serve as POTUS. Then, a second PayPal account was set up under the name of Berg's girlfriend Carol to accept donations on Berg's behalf at obamacrimes.com. It wasn't long before this second account was shut down by PayPal, too.

Late one night, while we were on the telephone, Lisa Liberi told me she was setting up a third PayPal account under her husband Brent Liberi's name, to accept donations on behalf of Berg and that she had set it up to issue a receipt from "the law office of Philip J. Berg." If subpoenas are issued for the records of that account from Paypal opened by her, the history of her IP, time and date stamps will show this evidence. She then asked me to make a small donation of a few dollars to see if it was set up properly. Lisa Liberi retained complete access to and control over this third PayPal Account owned by her husband to accept donations for Berg until I was banned on March 6th, 2009.

I also learned from Lisa Liberi that she had set up, had access to and control over Berg's Linkpoint Merchant Account where donors could directly use their credit cards to make donations without signing up for a PayPal account. Liberi mentioned to me several times that she was manually entering charges to donors credit cards due to a glitch in the system over the course of many months, or when some cards declined.

_Linda S. Belcher_  
Linda S. Belcher

9-28-2010  
Date

SUBSCRIBED AND SWORN BEFORE ME  
THIS 28 DAY OF Sept 2010  
_Linda Schubert_  
NOTARY PUBLIC