Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney in pro se and for Plaintiffs*

Lisa Ostella and
Go Excel Global, Plaintiffs
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

Lisa Liberi, Plaintiff
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, | CIVIL ACTION NUMBER: |
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | **PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR EX PARTE APPLICATION** |
| ORLY TAITZ, et al, | |
| Defendants. | Date of Hearing: May 31, 2011<br>Time of Hearing: 10:00 a.m.<br>Location: Courtroom 10D |

**PLANITIFFS MEMORANDUM OF PONITS and AUTHORITIES IN SUPPORT OF THEIR APPLICATION FOR AN EX PARTE ORDER**

**ARGUMENT**

I. **SUBSTANTIAL PREJUDICE WILL OCCUR IF THE TIME FOR A HEARING ON THE MOTION FOR LEAVE TO AMEND THEIR COMPLAINT and FOR AN ORDER THAT LEAVE IS REQUIRED PRIOR TO THE FILING OF ANY MOTIONS, IS NOT SHORTENED**

3. Federal Rule of Civil Procedure ["Fed. R. Civ. P.] 6(c) allows the Court to Order a Motion to be heard on an accelerated basis "for good cause." *Fed. R. Civ. P.* 6(c)(1)(C). Moreover, *C.D. Cal. Civ. L.R.* 6-1 provides that a court may order a shorter time.

4. Plaintiffs Application Ex Parte for an Order on Plaintiffs Motion for Leave to Amend their Complaint or in the alternative Plaintiffs request to Shorten Time is based on the fact, counsel and/or the Plaintiffs must fly into California every time a Hearing is set, which is extremely expensive. Defendant Taitz on behalf of herself and Defend our Freedoms Foundations, Inc. [hereinafter at times DOFF"] filed a Motion with this Court to "Terminate" Philip J. Berg, Esquire as counsel for the Plaintiffs, even though Mr. Berg has been representing the Plaintiffs since May 4, 2009; even though Mr. Berg is Plaintiffs Choice of Counsel; Mr. Berg is very familiar with this Case and the events thereto and ready

to continue his representation in California. This Hearing is set for May 9, 2011 before this Court.

5. In addition, on April 25, 2011, Taitz has filed another Motion to Dismiss this Case pursuant to Anti-SLAPP and *Fed. R. Civ. P.* 12(b)(1) and 12(b)(6). This Hearing date has been set for May 23, 2011 before this Court. Although Taitz has filed a previous Anti-SLAPP Motion, almost identical to this one, and numerous Rule 12 Motions, which have all been litigated and adjudicated, even though the repeated filing are inappropriate and incompliant with the *Fed. R. of Civ. P.* Moreover, the Scheduling Conference has been set in this Case for June 6, 2011.

6. As this Court is aware, the filing of an Amended Complaint moots any pending Motions to Dismiss, including Anti-SLAPP Motions. There is **no** reason to have a Hearing on May 23, 2011 and another Hearing on May 31, 2011, a week apart, if this Court is inclined to Grant Plaintiffs Motion and allow them to file their First Amended Complaint. Not that Mr. Berg minds appearing before Your Honor, there is simply **no** reason to have Mr. Berg fly in every week, when it is more cost efficient to have Plaintiffs Motion for Leave to Amend their Complaint heard on the 9th of May at the same time as Defendants Motion, if the Court feels a Hearing is necessary.

7. Moreover, as the Docket clearly indicates, on Thursday, April 28, 2011, the Court sent a deficiency notice to Taitz regarding her Motion to Dismiss. Taitz again has **not** followed the rules of this Court, her brief is too long, the brief is single spaced instead of double in many places, Taitz failed to number her paragraphs, and she did **not** give enough notice with the date of the Hearing she chose. It should also be noted, Taitz continues referring to Evelyn Adams as a Plaintiff herein. Ms. Adams is a Plaintiff in the Texas case, **not** the California case.

8. Plaintiffs will be severely prejudiced if this Court denies their request to shorten time. The travel expenses alone are extremely expensive and it takes Counsel away from his Office for several days at a time for a Hearing on Defendant Taitz's Motion to Dismiss, which will be deemed moot, once Leave is Granted for Plaintiffs to file their First Amended Complaint. Plaintiffs must Respond to Taitz's Motion, again which will be moot once the Court Grants Plaintiffs Leave to Amend their Complaint. There is **no** question in the Plaintiffs minds that once Plaintiffs are Granted Leave to file their Amended Complaint, and actually file their First Amended Complaint, Defendant Taitz will bring forth yet another Motion to Dismiss, which will require another Hearing.

9. Moreover, when the case was in Pennsylvania, the Court on its own issued an Order that all parties were to seek Leave of Court prior to the filing of

any Motions. It slowed Defendant Taitz down from filing Motions, however, despite the Court's Order; Taitz continued filing Motions without first seeking Leave, in violation of the Court's Order. Taitz will continue filing Motions, having Hearings set, wasting judicial resources to ensure she makes it so expensive for Plaintiffs; they will **not** be able to litigate their case. For this reason, to stop the clogging of the Court's Docket; and to stop the allowance of convoluting the Case, this Court must issue an Order Preventing the Filing of any Motions without first seeking Leave.

10.   Pursuant to this Court's Local Rule, 7-19, the party seeking the Ex Parte Order is to furnish the counsel's name, address, telephone number and email address of counsel for the opposing party, or the parties in pro se. In compliance herewith, Counsel and the pro se parties are as follows:

Philip J. Berg, Esquire
Lisa Liberi
Lisa Ostella
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444
Office:  (610) 825-3134
Cell:  (610) 662-3005
Fax:  (610) 834-7659
Email:  philjberg@gmail.com

*Attorney for Plaintiffs*

//
//
//
//
//

Orly Taitz
Defend our Freedoms Foundation, Inc.
26302 La Paz Ste 211
Mission Viejo, CA 92691
Ph:  (949) 683-5411
Fax:  (949) 586-2082
Email:  orly.taitz@gmail.com and
Email:  dr_taitz@yahoo.com

*Attorney in Pro Se and for Defend our Freedoms Foundations, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
Ph: (805) 520 3151
FAX: (805) 520 5804
Email:  todd@thesankeyfirm.com

*Defendant in Pro Se*

Neil Sankey
Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
Ph: (805) 520-3151
Cell:  (818) 212-7615
Email:  nsankey@thesankeyfirm.com

*Defendants in Pro Se*

11.    Pursuant to this Court's L.R. 7-19.1, it is Counsel moving for the Ex Parte Order to "(a) to make reasonable, good faith efforts orally to advise counsel for all other parties, if known, of the date and substance of the proposed ex parte application; and (b) to advise the Court in writing and under oath of efforts to contact other counsel and whether any other counsel, after such advice, opposes

---

Liberi, et al Mem of Pts and Authorities in support of their Application for an Ex Parte Order        6

the application.  In compliance with this Court's rule, counsel emailed all parties on Wednesday, April 27, 2011 and sent a letter via facsimile on Wednesday, April 27, 2011 prior to the filing of the within Application and Motion for Leave of Court to file Plaintiffs First Amended Complaint; and for an Order that parties must seek Leave of Court prior to the filing of any Motions.  Counsel's email and letter are attached to Mr. Berg's Declaration filed concurrently herewith.

      12.   As of the date of filing, Berg received an out-of-office reply from Todd Sankey of the Sankey Firm, Inc.; all Plaintiffs received an email from Orly Taitz threatening the Plaintiffs with Attorney fees and threatening to report Berg for practicing law without a license and claimed Plaintiffs Motion was frivolous. Taitz stated she would oppose Plaintiffs Ex Parte Application and Motion.  As of the date of filing, Neil Sankey on behalf of Sankey Investigations and the Sankey Firm, Inc. had **not** replied.

      13.   Despite Counsel's efforts, as this Court is aware, this Court has the inherent Power to Grant Plaintiffs Motion Granting them Leave to file their First Amended Complaint; and issue an Order that Parties must seek Leave of Court prior to filing any Motions with the Court, without notice being provided. *See* this Court's L.R. 7-19.2.

//
//
//
//

## II. CONCLUSION

For the reasons outlined herein, and for judicial economy, Plaintiffs respectfully pray this Court grants their Application for an Ex Parte Order on Plaintiffs Motion for Leave to File a First Amended Complaint; and for an Order of this Court that all Parties must seek Leave of Court prior to the filing of any Motions.

                                     Respectfully submitted,

Dated: April 29, 2011         /s/ Philip J. Berg  
                                   Philip J. Berg, Esquire  
                                   Pennsylvania I.D. 9867  
                                   LAW OFFICES OF PHILIP J. BERG  
                                   555 Andorra Glen Court, Suite 12  
                                   Lafayette Hill, PA 19444-2531  
                                   Telephone: (610) 825-3134  
                                   E-mail: philjberg@gmail.com  
                                   *Counsel for the Plaintiffs*

Dated: April 29, 2011        /s/ Lisa Ostella  
                                   LISA OSTELLA, *Plaintiff*  
                                   c/o Philip J. Berg, Esquire  
                                   LAW OFFICES OF PHILIP J. BERG  
                                   555 Andorra Glen Court, Suite 12  
                                   Lafayette Hill, PA 19444-2531

Dated: April 29, 2011        /s/ Lisa Liberi  
                                   LISA LIBERI, Plaintiff  
                                   c/o Philip J. Berg, Esquire  
                                   LAW OFFICES OF PHILIP J. BERG  
                                   555 Andorra Glen Court, Suite 12  
                                   Lafayette Hill, PA 19444-2531