| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Philip J. Berg, Esquire<br>Pennsylvania I.D. 9867<br>LAW OFFICES OF PHILIP J. BERG<br>555 Andorra Glen Court, Suite 12<br>Lafayette Hill, PA 19444-2531<br>Telephone: (610) 825-3134<br>E-mail: philjberg@gmail.com             *Attorney in pro se and for Plaintiffs* |
| 6<br>7<br>8<br>9 | Lisa Ostella and<br>Go Excel Global, Plaintiffs<br>c/o Philip J. Berg, Esquire<br>555 Andorra Glen Court, Suite 12<br>Lafayette Hill, PA 19444-2531 |
| 10<br>11<br>12<br>13 | Lisa Liberi, Plaintiff<br>c/o Philip J. Berg, Esquire<br>555 Andorra Glen Court, Suite 12<br>Lafayette Hill, PA 19444-2531 |

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ORLY TAITZ, et al,<br><br>                    Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br><br>**PLAINTIFFS CERTIFICATE OF SERVICE** |

I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs Application for an Ex Parte Order on Plaintiffs Motion for Leave to File a First Amended Complaint and for an Order that **no** party may file a Motion without first seeking Leave

of Court, Declaration of Philip J. Berg, Esq.; and a Proposed Order were served through the ECF filing system; Email; and/or Fax as indicated below, this 29th day of April 2011 upon the following:

Orly Taitz
Defend our Freedoms Foundations, Inc.
Fax:  (949) 766-7603
Email:  orly.taitz@gmail.com and
Email:  dr_taitz@yahoo.com
Served via the ECF Filing System; Email; and Fax
*Attorney in Pro Se and Counsel for Defend our Freedoms Foundations, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
FAX: (805) 520 5804
Email:  todd@thesankeyfirm.com
By Email and Fax
*Defendant in Pro Se*

Neil Sankey
Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
FAX: (805) 520 5804
Email:  nsankey@thesankeyfirm.com
By Email and Fax
*Defendants in Pro Se*

   /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com

---

Liberi, et al Certificate of Service                                                                 2