| | |
|---|---|
| Philip J. Berg, Esquire | |
| Pennsylvania I.D. 9867 | |
| LAW OFFICES OF PHILIP J. BERG | |
| 555 Andorra Glen Court, Suite 12 | |
| Lafayette Hill, PA 19444-2531 | |
| Telephone: (610) 825-3134 | |
| E-mail: philjberg@gmail.com | *Attorney in pro se and for Plaintiffs* |

Lisa Ostella and
Go Excel Global, Plaintiffs
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

Lisa Liberi, Plaintiff
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA,
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, | CIVIL ACTION NUMBER: |
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | **PLAINTIFFS NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; and FOR AN ORDER REQUIRING THE PARTIES TO SEEK LEAVE OF COURT PRIOR TO THE FILING OF ANY MOTIONS or PAPERS** |
| ORLY TAITZ, et al, | |
| Defendants. | |
| | Date of Hearing:  May 31, 2011 |
| | Time of Hearing:  10:00 a.m. |
| | Location:  Courtroom 10D |

---

Liberi, et al Motion for Leave to file a 1st Amended Complaint…   1

### PLANITIFFS NOTICE OF MOTION and MOTION FOR ORDER GRANTING LEAVE TO PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT; and FOR AN ORDER THAT LEAVE MUST BE GRANTED BY THE COURT PRIOR TO THE FILING OF ANY MOTIONS

**COMES NOW** Plaintiffs, Philip J. Berg, Esquire [hereinafter at times "Berg"]; Lisa Ostella [hereinafter at times "Ostella"]; Lisa Liberi [hereinafter at times "Liberi"], Go Excel Global and the Law Offices of Philip J. Berg and files the within Notice of Motion; Motion; Memorandum of Points and Authorities; and Declaration of Philip J. Berg, Esquire seeking Leave to file a First Amended Complaint; and for an Order that Leave must be Granted by the Court prior to the filing of any Motions.  In support hereof, Plaintiffs aver the following:

1. Although Plaintiffs have provided a Hearing date of May 31, 2011, it is Plaintiffs position that a Hearing is **not** required for an Order Granting Leave for Plaintiffs to file their First Amended Complaint; and/or for an Order requiring an Order of the Court Granting Leave prior to the filing of any Motions.  However, if this Court feels a Hearing is necessary, Plaintiffs are requesting the Hearing date to be moved to May 9, 2011, as the parties will be present before the Court on Defendant Taitz's Motion to "Terminate" Philip J. Berg, Esquire from representing the Plaintiffs.

2. Filed concurrently herewith is Plaintiffs Application for an Ex Parte Order or in the alternative an Order Shortening Time for Defendants to Respond to

Plaintiffs Motion Seeking Leave to file a First Amended Complaint; and an Order that Leave must be Granted by the Court prior to the filing of any Motions.

3. In regards to the alternative, Plaintiffs have requested the Court to shorten the time, Plaintiffs are asking that Defendants Respond to their Motion on or before May 4, 2011; and Plaintiffs Reply thereto, if any, be due on or before May 6, 2011, with the Hearing, if the Court deems it necessary, to be held on May 9, 2011 along with Defendant Taitz's Motion to "Terminate" Philip J. Berg, Esquire from representing the Plaintiffs.

4. Not only are Plaintiffs' counsel having to fly into California for the Hearings, Defendant Orly Taitz on behalf of herself and Defend our Freedoms Foundations, Inc. have filed an Anti-SLAPP Motion and Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Although improper, as these Motions have already been filed and adjudicated, a Court date is nevertheless set for May 23, 2011 and Plaintiffs must respond by the appropriate time. As this Court is aware, the filing of a First Amended Complaint moots any pending Motions to Dismiss, including Anti-SLAPP Motions and therefore would also moot the Court date of May 23, 2011; and Plaintiffs requirement to respond to Defendant Taitz's Motion.

---

5.     Good Cause exists for this Court to grant Plaintiffs Leave to File a First Amended Complaint.  The case was originally brought in Pennsylvania, and therefore is **not** compliant with the California laws and/or rules.

6.     This Motion is made following the conference of counsel, which took place on April 27, 2011, pursuant to this Court's *L.R's*. 7-3 and 7-19.

7.     This Motion is based upon this Notice of Motion, Motion, Memorandum of Points and Authorities in Support hereof; Declaration of Philip J. Berg, Esquire; and upon records on file with this Court and such further oral and/or documentary evidence that may be presented at the time of the Hearing, if the Court finds a Hearing necessary.

8.     Plaintiffs have **not** previously requested Leave to Amend their Complaint; and Plaintiffs bring this timely Motion as the case was just transferred to this District.  Defendants will **not** be prejudiced by allowing Plaintiffs to Amend their Complaint.

9.     For the reasons stated herein, and for Good Cause Show, Plaintiffs respectfully request this Court to Grant their Motion to Amend their Complaint; and Grant their Request for an Order that all parties must seek Leave of Court prior to the filing of any Motions.

//
//
//
//

Respectfully submitted,

Dated:  April 29, 2011         /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com

*Attorney for the other Plaintiffs*

Dated:  April 29, 2011         /s/ Lisa Ostella
LISA OSTELLA, *Plaintiff*
c/o Philip J. Berg, Esquire
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

Dated:  April 29, 2011         /s/ Lisa Liberi
LISA LIBERI, *Plaintiff*
c/o Philip J. Berg, Esquire
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Liberi, et al Motion for Leave to file a 1st Amended Complaint…  6