Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com            *Attorney in pro se and for Plaintiffs*

Lisa Ostella and
Go Excel Global, Plaintiffs
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

Lisa Liberi, Plaintiff
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, | CIVIL ACTION NUMBER: |
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | **PLAINTIFFS CERTIFICATE OF SERVICE** |
| ORLY TAITZ, et al, | |
| Defendants. | |

I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs Notice of Motion; Motion; Memorandum of Points and Authorities were served through

---

the ECF filing system; Email; and/or facsimile as indicated below, this 29th day of April 2011 upon the following:

Orly Taitz
Defend our Freedoms Foundations, Inc.
Fax:  (949) 766-7603
Email:  orly.taitz@gmail.com and
Email:  dr_taitz@yahoo.com
Served via the ECF Filing System; Email; and Fax
*Attorney in Pro Se and Counsel for Defend our Freedoms Foundations, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
FAX: (805) 520 5804
Email:  todd@thesankeyfirm.com
By Email and Fax
*Defendant in Pro Se*

Neil Sankey
Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
FAX: (805) 520 5804
Email:  nsankey@thesankeyfirm.com
By Email and Fax
*Defendants in Pro Se*

   /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com

Liberi, et al Certificate of Service     2