# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA,
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ORLY TAITZ, et al,<br><br>　　　　　　　Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**PLAINTIFFS [PROPOSED] ORDER ON THEIR MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; AND FOR AN ORDER THAT NO MOTIONS OR OTHER PAPERS ARE TO BE FILED WITHOUT LEAVE OF COURT** |

## ORDER

The Plaintiffs Motion for an Order (1) for Leave to File an Amended Complaint; and (2) for an Order that no Motions are to be filed without first seeking Leave of Court came on for hearing. The Court having reviewed and considered the moving papers, the Defendants Opposition thereto, if any, the records on file with this Court and for **GOOD CAUSE SHOWN, IT IS HEREBY ORDERED and DECREED:**

Plaintiffs Ex Parte Motion is hereby **GRANTED**. Plaintiffs are to file their First Amended Complaint within twenty-one [21] days of the date of this Order;

It is further an **ORDER** of this Court, pursuant to *Fed. R. Civ. P.* 1, to ensure the "just, speedy, and inexpensive determination of this action", **NO** Motions or other Papers are to be filed with this Court without first Seeking Leave of Court.  A party seeking leave to file a Motion or other Document may do so by letter to the Court, with copies to all parties.  The letter shall be no more than two (2) pages and shall set forth the nature of the Motion or document and good cause for its filing.  The letter shall have no attachments or exhibits.  Upon a showing of good cause, the Court may grant leave to file.  Failure to comply with this Order may result in Sanctions.

**IT IS SO ORDERED**

Dated:  May _____, 2011            Judge Andrew J. Guilford

Respectfully submitted by:

Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com

| | |
|---|---|
| 1 | LISA OSTELLA; and |
| 2 | GO EXCEL GLOBA |
| | c/o Philip J. Berg, Esquire |
| 3 | LAW OFFICES OF PHILIP J. BERG |
| 4 | 555 Andorra Glen Court, Suite 12 |
| | Lafayette Hill, PA 19444-2531 |
| 5 | Plaintiffs |
| 6 | |
| 7 | LISA LIBERI |
| | c/o Philip J. Berg, Esquire |
| 8 | LAW OFFICES OF PHILIP J. BERG |
| 9 | 555 Andorra Glen Court, Suite 12 |
| | Lafayette Hill, PA 19444-2531 |
| 10 | Plaintiff |

Plaintiffs [Proposed] Order on Plaintiffs Motion for Leave to Amend their Complaint