UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | May 4, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:**      **[IN CHAMBERS] ORDER CONTINUING HEARINGS**

Defendants Philip J. Berg and others filed a Motion for Leave to File a First Amended Complaint. (Dkt. # 181.) The Motion for Leave was mistakenly set for hearing on a Tuesday. The Court CONTINUES the Motion for Leave from May 31, 2011, until June 13, 2011, at 10:00 a.m.

Defendant Orly Taitz recently filed a Motion to Dismiss under California Code of Civil Procedure 425.16. (Dkt. # 178.) The Court also CONTINUES the Motion to Dismiss from May 23, 2011, until June 13, 2011, at 10:00 a.m.

Finally, the Court set an Early Meeting of Parties and Scheduling Conference for June 6, 2011. (Dkt. # 171.) The Court CONTINUES the Early Meeting of Parties and Scheduling Conference, from June 6, 2011, until June 13, 2011, at 9:00 a.m.

_____ : 0

Initials of Preparer      lmb