Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney in pro se and for Plaintiffs*

Lisa Ostella and
Go Excel Global, Plaintiffs
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

Lisa Liberi, Plaintiff
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, | CIVIL ACTION NUMBER: |
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | |
| | **PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS, ORLY TAITZ AND DEFEND OUR FREEDOMS FOUNDATIONS, INC. ANTI-SLAPP MOTON AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)** |
| ORLY TAITZ, et al, | |
| Defendants. | |

Date of Hearing: June 13, 2011
Time of Hearing: 10:00 a.m.
Location: Courtroom 10D

## PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS ANTI-SLAPP MOTION and MOTION TO DISMISS

**COMES NOW** Plaintiffs, Philip J. Berg, Esquire [hereinafter at times "Berg"]; Lisa Ostella [hereinafter at times "Ostella"]; Lisa Liberi [hereinafter at times "Liberi"]; Go Excel Global and Law Offices of Philip J. Berg and files the within Response in Opposition; Memorandum of Points and Authorities; and Declarations in Opposition to Defendants, Orly Taitz [hereinafter at times "Taitz"] and Defend our Freedoms Foundations, Inc. [hereinafter at times "DOFF"] Anti-SLAPP Motion and Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  In support hereof, Plaintiffs aver the following:

1.      Taitz's Motion is again **not** in compliant with this Court's Local Rules [*L.R.*] in that she failed to use double spacing [*L.R's.* 11-3.2 and 11-3.6]; paragraphs are **not** properly numbered [*L.R.*11-3.2]; Taitz Memorandum of Points and Authorities exceeded the twenty-five [25] page limit [*L.R.* 11-6] ; and Taitz failed to give proper notice [*L.R.* 6-1].

2.      Taitz has previously filed an Anti-SLAPP Motion, *See* this Court's Docket Number 61 filed June 16, 2009; and several Motions to Dismiss pursuant to the *Fed. R. of Civ. P.* 12, which is completely improper.  Further, Taitz and DOFF waived all their affirmative defenses by **not** timely pleading them and **not**

---

raising them in their previous *Fed. R. Civ. P.* 12 Motions to Dismiss and therefore, they are precluded from doing so now. *See Fed. R. Civ. P.* 12(g)(2).

3.    The California Anti-SLAPP statute, California Civil Code ["*Cal. Civ. Code*"] §425.16 and the First Amendment of the United States Constitution does **not** apply to speech which invades ones privacy; is false, slander, libel, and/or defamation; constitutes Cyber-stalking, Cyber-harassment, and/or Cyber-bullying; and/or violates any other protected right.  Therefore, Taitz's Motion fails.

4.    Plaintiffs have a pending Motion for Leave to Amend their Complaint, *Fed. R. Civ. P.* 12(b)(1) does **not** apply as full diversity exists; and Plaintiffs have stated claims in which relief can be granted and therefore, Taitz and DOFF's Motion pursuant to *Fed. R. Civ. P.* 12(b)(1) and 12(b)(6) fails.

5.    Plaintiffs **OBJECT** to Taitz and DOFF's Exhibits attached to their Motion as they are unauthenticated, hearsay, double and triple hearsay documents in violation of the Federal Rules of Evidence ["*Fed. R. Evid.*"].  Further, Taitz and DOFF's Exhibits do **not** fall under any of the Exceptions outlined in the *Fed. R. Evid*. and were filed to prejudice the Plaintiffs; therefore, Taitz and DOFF's Exhibits are inadmissable.

6.    Plaintiffs Opposition is based upon their Opposition, the attached Memorandum of Points and Authorities in Support hereof; Declaration of Philip J. Berg, Esquire; Declaration of Lisa Liberi; and upon records on file with this Court

1   and such further oral and/or documentary evidence that may be presented at the

2   time of the Hearing.

3

4          7.     For the reasons stated herein, Defendants Taitz and DOFF Anti-

5   SLAPP and Motion to Dismiss pursuant to *Fed. R. Civ. P.* 12(b)(1) and 12(b)(6)

6   must be denied.   In addition, Plaintiffs seek Leave to File their First Amended

7

8   Complaint.

9                                           Respectfully submitted,

10

11

12   Dated:  May 4, 2011                    /s/ Philip J. Berg
                                            Philip J. Berg, Esquire
13                                          Pennsylvania I.D. 9867
                                            LAW OFFICES OF PHILIP J. BERG
14                                          555 Andorra Glen Court, Suite 12
15                                          Lafayette Hill, PA 19444-2531
                                            Telephone:   (610) 825-3134
16                                          E-mail: philjberg@gmail.com
17
                                            *Attorney in Pro Se and Counsel for*
18                                          *Plaintiffs*
19

20

21

22   Dated:  May 4, 2011                    /s/ Lisa Ostella
                                            LISA OSTELLA and
23                                          GO EXCEL GLOBAL, Plaintiffs
                                            c/o Philip J. Berg, Esquire
24                                          LAW OFFICES OF PHILIP J. BERG
25                                          555 Andorra Glen Court, Suite 12
                                            Lafayette Hill, PA 19444-2531
26

27

28

1

Dated:  May 4, 2011                    /s/ Lisa Liberi

2                                      LISA LIBERI, Plaintiff

3                                      c/o Philip J. Berg, Esquire
                                       LAW OFFICES OF PHILIP J. BERG

4                                      555 Andorra Glen Court, Suite 12
                                       Lafayette Hill, PA 19444-2531

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28