Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, | CIVIL ACTION NUMBER: |
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | **DECLARATION OF LISA LIBERI** |
| ORLY TAITZ, et al, | Date of Hearing: June 13, 2011<br>Time of Hearing: 10:00 a.m.<br>Location: Courtroom 10D |
| Defendants. | |

### Declaration of Lisa Liberi

I, Lisa Liberi, am over the age of eighteen [18] and am a party to the within action.  I have personal knowledge of the facts herein, and if called to do, I could and would competently testify.  I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

1. I filed suit against Ms. Taitz and the other Defendants as a result of the illegal background check conducted on me; the illegal access of my credit

1  reports; the illegal disclosure of my full Social Security number, date of birth, place of birth, mother's maiden name, father's name, home address, telephone number, the harassment of my friends and family, and Ms. Taitz's disclosure of my private details to John Mark Allen, my son's father who my son and I were provided protection from as a result of the crimes committed against us.  Ms. Taitz continues twisting the reasons Plaintiffs filed suit and continues misstating the truth.

2.   Ms. Taitz continues stating I am a career document forger and that I have a criminal record going back to the 1990's.  This is **not** true; I do **not** have a criminal record going back to the 1990's and I have **not** been convicted of forgery of documents or document forgery.

3.   Ms. Taitz knows where I reside as she put my home address out all over the Internet and filed it with this Court on July 29, 2010.  In fact, a dangerous criminal, Ruben Nieto, who attempted to get paid by Ms. Taitz lives in Albuquerque, New Mexico, forty-five [45] minutes from my house.

4.   Ms. Ostella was set-up as Ms. Taitz's customer contact in Ms. Taitz's PayPal account.  This did **not** give Ms. Ostella access to Ms. Taitz accounts, but instead it carbon copied Ms. Ostella's email address for PayPal payment requests from Ms. Taitz's PayPal account.

5. Further, Ms. Taitz has harassed every governmental agency in New Mexico to the point they called in the New Mexico Attorney General to put a stop to Ms. Taitz harassing and illegal behaviors.

6. Moreover, Ms. Taitz called on her readers, followers and supporters to contact the law enforcement agency where I reside; she continued calling on them to further cyber-stalk; cyber-harass; and cyber-bully me, which they did.

7. I have received nonstop phone calls stating I am going to meet my maker real soon if I don't drop this lawsuit against Ms. Taitz. I have had strange individuals show up at my home, peeking in my windows, scrambling my phones, all after Ms. Taitz's publication of my home address and telephone number.

8. My local law enforcement has been forced to take reports for stalking, cyber-stalking, cyber-harassment, cyber-bullying; fraud; forgery; identity theft; threats, where they have listed the prime suspect as Orly Taitz. This is a result of Orly Taitz publishing and continued republishing of her threats against me, her calling for her supporters for help regarding me; and her continued publishing of my full Social Security number, my maiden name, my mother's maiden name, my father's name, my home address, my place of birth, my date of birth and my husband's primary identification information. As a result, my husband and my identities have been stolen, our credit has been used repeatedly, accounts have been set-up fraudulently in our names using our identifying information, my credit

Declaration of Lisa Liberi                                                                                          3

1  report shows me residing in States I have never resided including but **not** limited to

2  Massachusetts and Iowa.  All the law enforcement reports were forwarded to the

3

4  Federal Bureau of Investigations as the crimes crossed several state lines.

5       9.    As a result of Ms. Taitz's continued harassment, cyber-stalking,

6

7  cyber-bullying, cyber-harassment, and other illegal acts, I have had to have

8  emergency service from the paramedics numerous times, emergency room visits,

9  cardiac treatments and hospitalizations due to the complications I suffered with my

10

11  heart and other medical conditions, resulting from stress induced by Orly Taitz and

12  the other Defendants.  This has cost my family in excess of $250,000.00.  My

13

14  medical bills to date were provided to Judge Robreno on December 20, 2010.

15       10.   Ms. Taitz is well aware of what she is doing; she has talked about my

16  medical complications on her radio shows, TV appearances and in her pleadings

17

18  filed with this Court.

19       11.   Ms. Taitz is well aware of the fact I do **not** reside in the State of

20

21  California.  Ms. Taitz has stalked my son; has published trips my son has taken;

22  and private details about my son.  My son attends school in New Mexico where we

23  reside and admitted to this in Ms. Taitz's statements in her radio appearance on the

24

25  Andrea Shea-King Radio show which can be found on the Internet at

26  http://www.blogtalkradio.com/askshow/2010/08/31/the-andrea-shea-king-

27  show.mp3.  In this Radio program, Ms. Taitz states:

28

---

Declaration of Lisa Liberi                                                        4

"…Against Neil Sankey, a top notch private investigator who was the first one to find all of this information on Social Security numbers…I'm sorry but this woman Lisa Liberi is supposed to be back in prison…And I have provided directions, I have provided the pictures. Here's her picture that came from her boyfriend: 'That's Lisa Liberi, I have a child with her'".

12.  As I am sure this Court is aware, directions can be to a location or it can be to do something.

13.  Ms. Taitz continues in this radio program accusing me of being a career document forger; and then states I accused her of trying to hire a "hitman" to kidnap my son, and then Taitz asks her audience, did something happen to Liber's son?  I have never claimed Taitz attempted to hire a "hitman" or that Ms. Taitz was going to have my son kidnapped.  Ms. Taitz is the one who continually uses "hitman".  I have stated that it appears Ms. Taitz has attempted to hire a dangerous criminal to harm Lisa Ostella, me and our family's.

14.  Orly Taitz threatened to take Mr. Berg down and to do so she was going to destroy me and get rid of me.  Ms. Taitz also threatened to have Ms. Ostella's children professionally kidnapped. A man in Albuquerque, NM attempted to get paid by Ms. Taitz in three [3] consecutive money requests totaling Twenty-Five Thousand [$25,000.00] Dollars.  The requests came in consecutively in the

Declaration of Lisa Liberi                                                                 5

amount of Nine Thousand [$9,000.00] Dollars and two (2) in the amount of Eight Thousand [$8,000.00] Dollars totaling Twenty-Five [$25,000.00] Dollars, as on file with this Court.  Mr. Nieto requested payment twice, on May 25, 2009 and May 29, 2009, in the middle of the night.  It was concerning to see the requests were under the Ten Thousand [$10,000.00] Dollar reporting amounts pursuant to the Patriot Act.

15.   A spokeo was run on this man, Rubin Nieto and his email address. Spokeo returned that Mr. Nieto resided in Albuquerque, NM and provided his birth date.  A simple search of the New Mexico Judiciary System returned Mr. Nieto's convictions for Aggravated Assault.  Further searches confirmed Mr. Nieto was **not** an Attorney, or a Private Investigator, or a trade which a licensed attorney would hire for permissible purposes.  Instead, Mr. Nieto has websites selling porno and marijuana seeds.

16.   So yes, I do believe Ms. Taitz attempted to hire this man to carry out her threats towards me and Mrs. Ostella, to harm me and my family and harm Mrs. Ostella and her family.  Ms. Taitz never disputed that Mr. Nieto's PayPal money requests were **not** from her PayPal account.  I asked Ms. Taitz on December 20, 2010 in Judge Robreno's Courtroom if she was saying the PayPal account the money requests from Mr. Nieto was **not** her PayPal account, and Ms. Taitz answered "**NO**", because they were. See the December 20, 2010 Transcript, page

94, lines 7-11, filed on the docket January 14, 2011, appearing as Docket Entry 162.

17. Further, anything I confirm regarding my address information with this Court will be placed all over the Internet by Ms. Taitz. For this reason, I will **not** provide a copy of my Driver's License to Ms. Taitz or even show it to her for that matter.

I declare under the penalty of perjury of the Laws of the United States and California that the foregoing is true and correct.

Executed this 4th day of May, 2011.

                                           /s/ Lisa Liberi
                                           Lisa Liberi, Declarant