1  Philip J. Berg, Esquire
2  Pennsylvania I.D. 9867
   LAW OFFICES OF PHILIP J. BERG
3  555 Andorra Glen Court, Suite 12
4  Lafayette Hill, PA 19444-2531
   Telephone:   (610) 825-3134
5  E-mail: philjberg@gmail.com          *Attorney for Plaintiffs*

6

7              **UNITED STATES DISTRICT COURT**
           **FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
8                      **SOUTHERN DIVISION**

9

10 LISA LIBERI, et al,

11                                    CIVIL ACTION NUMBER:
                     Plaintiffs,
12                                    **8:11-cv-00485-AG (AJW)**

13    vs.
                                      **DECLARATION OF PHILIP J.**
14                                    **BERG, ESQUIRE**

15 ORLY TAITZ, et al,                 Date of Hearing:   June 13, 2011
                                      Time of Hearing:   10:00 a.m.
16                                    Location:          Courtroom 10D
                     Defendants.
17

18

19            **Declaration of Philip J. Berg, Esquire**

20

21      I, Philip J. Berg, Esquire, am over the age of eighteen [18] and am a party to

22 the within action.  I have personal knowledge of the facts herein, and if called to

23
24 do, I could and would competently testify.  I am making this Declaration under the

25 penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

26
      1.      I am an Attorney in good standing, licensed to practice law in the
27
28 Commonwealth  of  Pennsylvania.   I  am  licensed  to  practice  in  the  U.S.

Declaration of Philip J. Berg, Esquire                                    1

1
2
3
4

District Courts, Middle and Eastern District of Pennsylvania; the Third Circuit Court of Appeals; the Pennsylvania Supreme Court; and the U.S. Supreme Court.

5
6
7
8
9
10
11
12
13
14

2.      Plaintiffs were forced to file suit against Defendants, including Orly Taitz and Defend our Freedoms Foundations, Inc. for their illegal background checks, illegal access of Lisa Liberi and Lisa Ostella's credit reports, and the publication of all their confidential primary identification information.  The publication of private data included but was **not** limited to their full Social Security numbers; dates of birth; place of birth; mother's maiden name; father's name; credit details; and other private data.

15
16
17
18
19
20
21
22
23
24
25
26

3.      Plaintiffs did **not** bring suit as a result of Taitz disclosure of a "supposed" criminal record of Liberi.  However, in Plaintiffs Complaint there is a cause of action for Slander, Defamation and Libel as a result of Defendants publication that Liberi had been convicted of crimes that she had **not** been; Defendants false publication that Ostella had a criminal record; that Liberi has a criminal history going back to the 1990's; that Liberi has a pending criminal case against her; that Liberi and Ostella stole monies from Taitz and her Foundation; that Liberi and Ostella "hacked" Taitz PayPal account and website, and many other false accusations.

27
28

---

Declaration of Philip J. Berg, Esquire

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.       Taitz still to this date continues claiming Liberi is a "career forger" and been convicted of forgery of documents and forgery, which is **not** true. Liberi has never been convicted of forging documents or forgery of any documents.

5.       Plaintiffs have filed a Motion Seeking Leave to Amend their Complaint.  However, Plaintiffs are also Seeking to Amend their Complaint in their Response in Opposition to Defendants Taitz and Defend our Freedoms Anti-SLAPP Motion and Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

6.       Further, Taitz has claimed she never filed a previous Anti-SLAPP Motion and Plaintiffs have committed Fraud upon the Court by claiming she had.  The truth of the matter, as demonstrated by the Docket, Taitz filed an Anti-SLAPP Motion almost identical to the one filed April 25, 2011, on June 16, 2009, which appears as Docket Entry No. 61.

7.       Further, Taitz claims that this Court lacks subject-matter jurisdiction in that Liberi has **not** proven to her or provided her with her (Liberi's) Driver's License.  Liberi is **not** a citizen of the State of California and Taitz has failed to address why she feels diversity is lacking.  Diversity is proven by the fact that none of the Plaintiffs reside in the same state as any of the Defendants.  None of the Plaintiffs reside in the State of California.  It is **not**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

a requirement that every party provide their Driver's License in Diversity Cases.

8.      Taitz is well aware of where Liberi resides.  Taitz has called for her supporters to commit certain acts where Liberi resides.  Taitz has filed false police reports against Liberi where Liberi resides; Taitz has harassed the Probation Department where Liberi resides; Taitz has published repeatedly Liberi's home address and telephone number as well as filed it with this Court.

9.      Taitz threatened to take me down and to do so she said she was going to destroy Lisa Liberi, my paralegal, and get rid of her.

10.     Liberi, for security reasons, will **not** provide Taitz her Driver's License.  Taitz has given Liberi's home address to a man who was convicted of crimes against Liberi and her son, who a restraining order was pending against and as a fact, Liberi was provided a confidential address for her and her son's protection.  Taitz will publish Liberi's Driver's License as she has done with Liberi's Social Security number, date of birth, place of birth, mother's maiden name, father's name, etc.

11.     Liberi is a certified Paralegal.  Liberi does **not** fundraise for me; she does **not** access any of my financial accounts, does **not** have access to any of

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

my donor's credit card details and Liberi is **not** an Investigator. Liberi researches the laws and drafts briefs accordingly.

12.    Taitz continues claiming that she is a whistleblower and the public had a right to know that Liberi was a career document forger and that Liberi has been convicted of a crime, etc. Again, Liberi has never been convicted of forging documents. Taitz fails to tell this Court she employed approximately five (5) felons, some with convictions of forgery and others with violent convictions. Charles Edward Lincoln, III has a felony conviction(s); Larry Sinclair has felony convictions and served prison time; Lucas Smith has felony convictions of forgery of identification documents and Taitz filed a "forged" Kenyan Birth Certificate in President Obama's name procured by Lucas Smith in Judge Carter's Court; and several other felons; however, Taitz never disclosed any information pertaining to them.

13.    The conduct of the Defendants, as outlined in Plaintiffs Complaint and will be better outlined in Plaintiffs First Amended Complaint constitutes cyber-stalking; cyber-bullying; cyber-harassment; invasion of privacy; and other dangerous conducts. As a result, the Plaintiffs have suffered severe damages.

14.    For the reasons outlined herein and in Plaintiffs Response in Opposition, Memorandum of Points and Authorities in Support thereof and

Declaration of Philip J. Berg, Esquire                                                  5

1    my Declaration, Defendants Motion must be Denied and Plaintiffs should be

2    Granted Leave to Amend their Complaint.

3

4

5    I declare under the penalty of perjury of the Laws of the United States and

6    California that the foregoing is true and correct.

7

8    Executed this 5th day of May, 2011 in the Commonwealth of Pennsylvania,

9

10   County of Montgomery.

11
                                         /s/ Philip J. Berg
12                                       Philip J. Berg, Esquire, Declarant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Philip J. Berg, Esquire                                        6