Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com            *Attorney in pro se and for Plaintiffs*

Lisa Ostella and
Go Excel Global, Plaintiffs
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

Lisa Liberi, Plaintiff
c/o Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA,
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**PLAINTIFFS CERTIFICATE OF SERVICE OF THEIR RESPONSE IN OPPOSITION** |

I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs Response in Opposition, Memorandum of Points and Authorities in support thereof; Declaration of Lisa Liberi; and Philip J. Berg's Declaration, to Defendants Orly Taitz and

---

Defend our Freedoms Foundations, Inc. Anti-SLAPP Motion and Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) were served through the ECF filing system and/or mail as indicated below, this 5th day of May 2011 upon the following:

Orly Taitz
26302 La Paz Ste 211
Mission Viejo, CA 92691
Ph:  (949) 683-5411
Fax:  (949) 586-2082
Email:  orly.taitz@gmail.com and
Email:  dr_taitz@yahoo.com
Served via the ECF Filing System

*Attorney in Pro Se and for Defendant Defend our Freedoms Foundation, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
By USPS Mail with Postage fully prepaid
Defendant in *Pro Se*

Neil Sankey
Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid
Defendants in *Pro Se*

   /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com