# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA,
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br>　　　　　　　　Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**PLAINTIFFS [PROPOSED] ORDER DENYING DEFENDANTS ORLY TAITZ AND DEFEND OUR FREEDOMS FOUNDATIONS, INC. ANTI-SLAPP MOTION AND MOTION TO DISMISS PER FED. R. CIV. P. 12(b)(1) and 12(b)(6)** |

## ORDER

Defendants, Orly Taitz and Defend our Freedoms Foundations, Inc. Anti-SLAPP Motion and Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on for Hearing June 13, 2011.  The Court having reviewed and considered the moving papers, the Plaintiffs Opposition thereto, the records on file with this Court and for **GOOD CAUSE SHOWN, IT IS HEREBY**

**ORDERED and DECREED:**

Defendants Anti-SLAPP Motion and Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) are hereby **DENIED**.

It is a further **ORDER** of this Court, Plaintiffs are **GRANTED** Leave to File their First Amended Complaint.  Plaintiffs must file their First Amended Complaint within twenty-one [21] days of the date of this Order.

**IT IS SO ORDERED**

Dated:  June _____, 2011          _____
                                                                          Judge Andrew J. Guilford

Respectfully submitted by:

Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com

LISA OSTELLA; and
GO EXCEL GLOBA
c/o Philip J. Berg, Esquire
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

LISA LIBERI
c/o Philip J. Berg, Esquire
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531