UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-485 AG (AJWx)** | Date | May 9, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER DENYING MOTION TO TERMINATE**

Plaintiffs Lisa Liberi and others ("Plaintiffs") originally filed this lawsuit in Pennsylvania in the spring of 2009. The judge in Pennsylvania recently severed that case and sent part to this Court. All the Plaintiffs now in this case here were represented by Philip J. Berg ("Berg") while the matter was pending in Pennsylvania. Defendants Orly Taitz and Defend Our Freedoms Foundation (together, "Defendants") now file this "Motion to Terminate Philip J. Berg As an Attorney On the Case" ("Motion").

After reviewing all papers and arguments submitted, the Court DENIES the Motion. Because Berg is not licensed to practice law in California, he will need to seek admission pro hac vice to represent the Plaintiffs in this matter. Berg has not yet filed his pro hac vice application. Thus, the Court has not yet ruled on whether to admit Berg pro hac vice for this matter, and the Motion is premature. The Court will consider the arguments raised by Defendants when ruling on Berg's pro hac vice application, if and when he chooses to file one.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-485 AG (AJWx)** | Date | May 9, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

                                                                    :    0

Initials of
Preparer          lmb