UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485-AG(AJWx) | Date | May 9, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, ET AL v ORLY TAITZ, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Denise Paddock | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Berg, Pro Se | Orly Taitz, Pro Se |

**Proceedings:** MOTION TO TERMINATE COUNSEL PHILIP J. BERG

Cause is called for hearing and counsel make their appearances. Matter is argued. The Court orders that the tentative ruling shall become the ruling of this court. Motion DENIED.

_____ : 15

Initials of Preparer     lmb