1  Philip J. Berg, Esquire
2  Pennsylvania I.D. 9867
   LAW OFFICES OF PHILIP J. BERG
3  555 Andorra Glen Court, Suite 12
4  Lafayette Hill, PA 19444-2531
   Telephone:   (610) 825-3134
5  E-mail: philjberg@gmail.com          *Attorney in pro se and for Plaintiffs*

6
               **UNITED STATES DISTRICT COURT**
7           **FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
8                      **SOUTHERN DIVISION**

9  ——————————————————————————

10 | LISA LIBERI, et al,              | CIVIL ACTION NUMBER:
11 |                                   |
   |              Plaintiffs,          | **8:11-cv-00485-AG (AJW)**
12 |                                   |
13 |    vs.                            |
   |                                   | **PLAINTIFFS SUPPLEMENTAL TO**
14 |                                   | **THEIR MOTION FOR LEAVE TO**
   |                                   | **FILE A FIRST AMENDED**
15 | ORLY TAITZ, et al,                | **COMPLAINT**
16 |                                   |
   |              Defendants.          | Date of Hearing:  June 13, 2011
17 |                                   | Time of Hearing:  10:00 a.m.
   |                                   | Location:         Courtroom 10D
18

19       **PLAINITIFFS SUPPLEMENTAL TO THEIR MOTION FOR LEAVE**
20            **TO FILE THEIR FIRST AMENDED COMPLAINT**

21
22      **COMES NOW** Plaintiffs, Philip J. Berg, Esquire [hereinafter at times

23 "Berg"]; Lisa Ostella [hereinafter at times "Ostella"]; Go Excel Global; Lisa Liberi

24 [hereinafter at times "Liberi"]; and The Law Offices of Philip J. Berg and files the

25
   within Supplemental in Support of their Motion Seeking Leave to File a First
26
27
28

___
Liberi, et al Supplement to their Motion for Leave to File their First Amended Complaint          1

Amended Complaint; and for an Order that Leave must be Granted by the Court prior to the filing of any Motions.  In support hereof, Plaintiffs aver the following:

1. Plaintiffs filed their Notice of Motion; Motion; Memorandum of Points and Authorities; and Declaration of Philip J. Berg, Esquire in Support thereto Seeking Leave to File a First Amended Complaint.

2. In so doing, Plaintiffs did **not** attach a copy of their First Amended Complaint, as it was **not** complete as of the date of Plaintiffs Motion.

3. Therefore, Plaintiffs are filing this Supplemental with their First Amended Complaint attached as **EXHIBIT "A"**.

                                    Respectfully submitted,

Dated:  May 20, 2011                /s/ Philip J. Berg
                                          Philip J. Berg, Esquire
                                          Pennsylvania I.D. 9867
                                          **LAW OFFICES OF PHILIP J. BERG**
                                          555 Andorra Glen Court, Suite 12
                                          Lafayette Hill, PA 19444-2531
                                          Telephone:   (610) 825-3134
                                          E-mail: philjberg@gmail.com

                                          *Attorney for Plaintiffs*

Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ORLY TAITZ, et al, <br><br> Defendants. | CIVIL ACTION NUMBER: <br><br> **8:11-cv-00485-AG (AJW)** <br><br> **PLAINTIFFS CERTIFICATE OF SERVICE** |

I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs Supplemental adding their First Amended Complaint in Support of their Motion for Leave to File their First Amended Complaint were served through the ECF filing system and/or mail as indicated below, this 20th day of May 2011 upon the following:

Orly Taitz
26302 La Paz Ste 211
Mission Viejo, CA 92691
Ph:  (949) 683-5411
Fax:  (949) 586-2082
Email:  orly.taitz@gmail.com and
Email:  dr_taitz@yahoo.com
Served via the ECF Filing System
*Attorney in pro se and for Defendant Defend our Freedoms Foundation, Inc.*

| | |
|---|---|
| 1 | The Sankey Firm, Inc. |
| 2 | 2470 Stearns Street #162 |
| | Simi Valley, CA 93063 |
| 3 | By USPS Mail with Postage fully prepaid |
| 4 | |
| | Neil Sankey |
| 5 | P.O. Box 8298 |
| 6 | Mission Hills, CA 91346 |
| | By USPS Mail with Postage fully prepaid |
| 7 | |
| 8 | Sankey Investigations, Inc. |
| | P.O. Box 8298 |
| 9 | Mission Hills, CA 91346 |
| 10 | By USPS Mail with Postage fully prepaid |

 /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com

---

Liberi, et al Supplement to their Motion for Leave to File their First Amended Complaint       4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"