# TABLE OF CONTENTS
# Case No. 8:11-cv-00485-AG (AJW)
# Plaintiffs First Amended Complaint
# Exhibits "1" through "145"

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| | Plaintiffs First Amended Complaint | 1-198 |
| Exhibit "1" | 12/2008 Email from Bob Stevens Re: Haloscan (JS Kit software) | 199-206 |
| Exhibit "2" | Orly Taitz's 3/09/2009 Post "Breaking and Entering into my Paypal account" | 207 |
| Exhibit "3" | 04/21/2009 Email from Godaddy | 208 |
| Exhibit "4" | 04/12/2009 Email from Taitz to Chicago FBI | 209 |
| Exhibit "5" | March 16, 2009 Neil Sankey Email With an article Sankey altered Re: Liberi having an extensive criminal Record going back to the 1990's | 210 |
| Exhibit "6" | April 10, 2008 original article Which Neil Sankey altered | 211 |
| Exhibit "7" | 01/12/2009 Orly Taitz Post on her Website drorlyblogspot.com Re: Reed Elsevier, Inc.; LexisNexis; and Choice-Point, Inc. | 212 |

i

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "8" | 04/13/2009 Email from Neil Sankey Of the Sankey Firm, Inc. with Lisa Liberi's full Social Security No., Date of birth and other private Data | 213 |
| Exhibit "9" | 04/12/2009 Email from Orly Taitz To Philip J. Berg, Esq. to "Ceize and Desist" and with false info re Lisa Liberi and her husband | 214 |
| Exhibit "10" | 04/14/2009 Email from Edgar Hale To Lisa Liberi with Orly Taitz's 4/12/09 Email to Berg attached | 215-216 |
| Exhibit "11" | 04/14/2009 Post of "Katy" with Orly Taitz false statements about Lisa Ostella | 217 |
| Exhibit "12" | 04/15/2009 Orly Taitz's letter to The FBI with false allegations About Lisa Ostella and false Statements regarding "hacking" | 218-219 |
| Exhibit "13" | 04/17/2009 Orly Taitz publication of Dossier #6 with Liberi's full Social Security No., date of birth and other private data of Liberi And her husband | 220-233 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "14" | 04/17/2009 Mass Email from Orly Taitz with dossier #6 | 234-246 |
| Exhibit "15" | 06/15/2009 Court Transcript in _Liberi, et al v. Taitz, et al_, USCD, Eastern District of PA, Case No. 09-cv-01898 before Judge Robreno | 247-259 |
| Exhibit "16" | 04/17/2009 Orly Taitz false police Report filed against Liberi and Ostella filed with the OCSD, Report No. 09-068339 | 260-263 |
| Exhibit "17" | 04/17/2009 Orly Taitz post "More on Lisa Liberi, contact her probation officer in Santa Fe, New Mexico 505-827-8627. She is not allowed To be anywhere near other people's Credit cards | 264 |
| Exhibit "18" | 04/17/2009 Orly Taitz post "Follow up on FBI" | 265 |
| Exhibit "19" | 04/18/2009 Orly Taitz post "Follow up on Lisa Liberi, Paralegal to Phil Berg" | 266-268 |
| Exhibit "20" | 04/18/2009 Orly Taitz post "Don't be fooled" | 269-270 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "21" | 04/19/2009 Orly Taitz post "Everyday I get such evidence of missing or misdirected funds" | 271-274 |
| Exhibit "22" | Orly Taitz PayPal Records For account ending 4372 12/18/08 through 05/04/2010 | 275-287 |
| Exhibit "23" | Orly Taitz PayPal Records For account ending 4049 10/11/2008 through 05/04/2010 | 288-321 |
| Exhibit "24" | 04/20/2009 Orly Taitz post "this [sic] Was sent to Phil Berg, Gary Kreep, Alan Keyes and a few other parties" | 322-324 |
| Exhibit "25" | 04/21/2009 Orly Taitz post "Update On Lisa Ostella and Lisa Liberi" | 325-328 |
| Exhibit "26" | 04/21/2009 Orly Taitz mass Email with her post from her website "Update On Lisa Ostella and Lisa Liberi' | 329-334 |
| Exhibit "27" | 04/22/2009 Orly Taitz post "Rush Limbaugh" | 335-337 |
| Exhibit "28" | 04/23/2009 Orly Taitz post "From James Sundquist, director of Rock Salt Publising [sic]" | 338-340 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "29" | 05/01/2009 Orly Taitz post "More Attacks on me. More indepth [sic] research is done in spite of attacks | 341-342 |
| Exhibit "30" | 05/05/2009 Orly Taitz post "Check Public records for yourselves, see that I am providing truthful information | 343-351 |
| Exhibit "31" | 05/07/2009 Orly Taitz post "From 12th Generation American to Berg, Return my donation" | 352-354 |
| Exhibit "32" | 05/08/2009 Orly Taitz post "I need Two articles and update on Lisa Liberi" | 355-357 |
| Exhibit "33" | 05/09/2009 Orly Taitz post "from Another attorneys" [sic] | 358-359 |
| Exhibit "34" | 05/09/2009 Orly Taitz post "Information update on both Liberi and Obama" | 360-364 |
| Exhibit "35" | 05/11/2009 OrlyTaitz post "Update On Obama investigation and Liberi Investigation" | 365-369 |
| Exhibit "36" | 05/11/2009 Orly Taitz post "From Writer and Reader Martin Pinsky" | 370-372 |

# TABLE OF CONTENTS - Continued
# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "37" | 05/11/2009 Orly Taitz post on her Website from "truthbetold11" | 373-375 |
| Exhibit "38" | 05/13/2009 Orly Taitz post "I need To get more answers" | 376-381 |
| Exhibit "39" | 05/14/2009 Orly Taitz post "Sealed Case" | 382-384 |
| Exhibit "40" | 05/16/2009 Orly Taitz post "Please Write to your congressmen and Senators" | 385-387 |
| Exhibit "41" | 05/19/2009 Orly Taitz post "NJ Police" | 388-392 |
| Exhibit "42" | 05/20/2009 Orly Taitz post "Voter Verification" | 393-394 |
| Exhibit "43" | 05/22/2009 Orly Taitz post "Overview" | 395-398 |
| Exhibit "44" | 05/20/2009 Orly Taitz post "Response To a reader in re to SCOTUS" | 399-403 |
| Exhibit "45" | 05/28/2009 Orly Taitz post "Berg" | 404-421 |
| Exhibit "46" | 05/29/2009 Orly Taitz post "Follow Up on Sen, Inhofe and possible visit To Tulsa, OK" | 422-424 |
| Exhibit "47" | 05/31/2009 Orly Taitz post "I am trying to stay away from Liberi-Berg issue, but i got more questions and here is more info" | 425-429 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "48" | 06/15/2009 Orly Taitz post "Update on Berg" | 430-442 |
| Exhibit "49" | 06/22/2009 Orly Taitz post "Ties to Everett" | 443-445 |
| Exhibit "50" | 06/24/2009 Orly Taitz post "Unfortunately I have to spend more time on Berg's latest motion, I have to provide a response" | 446-451 |
| Exhibit "51" | 06/27/2009 Orly Taitz post "I am back from PA.  Very Important" | 452-457 |
| Exhibit "52" | 07/03/2009 Orly Taitz post "Smoking Gun" | 458-460 |
| Exhibit "53" | 12/05/2009 Orly Taitz post "A setback And the fight against usurpation and Massive fraud and treason intensifies" | 461-472 |
| Exhibit "54" | 01/14/2010 Orly Taitz republication of dossier #6 with Lisa Liberi's full Social Security number, date of birth and other private data | 473-488 |
| Exhibit "55" | 07/01/2010 Orly Taitz post "Linda C. Belcher Filing pro se in U.S. District  Court, Eastern District of Of Pennsylvania Case Number: 09-cv-01898 ECR | 489-499 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "56" | 07/19/2010 Orly Taitz post "Please Read these horrifying report from The International criminal bar.  If Don't stand up to lawlessness in This nation, we will be the next Rwanda." | 500-507 |
| Exhibit "57" | 07/21/2010 Orly Taitz post "Judge swap, official swap and what else can be done." | 508-520 |
| Exhibit "58" | 07/30/2010 Orly Taitz posts "Response To the 07-26-10 emergency motion By the plaintiffs, LISA LIBERI, et al To keep transcripts under seal" | 521-525 |
| Exhibit "59" | 07/30/2010 Orly Taitz posts with Lisa Liberi's picture; home Address; and other private Data of Lisa Liberi | 526-539 |
| Exhibit "60" | 07/30/2010 Orly Taitz post "Liberi jpg Photo" | 540-542 |
| Exhibit "61" | 07/30/2010 Orly Taitz post "This is Lisa Liberi, who was convicted in CA in 2008 of 10 counts of forgery and theft" | 543-545 |
| Exhibit "62" | 08/03/2010 Orly Taitz post "Statement by Caren Sieli Hale 7-30-2010" | 546-549 |

# TABLE OF CONTENTS - Continued
# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "63" | 08/07/2010 Orly Taitz post "Important expose from Capt. Neil Turner" | 550-554 |
| Exhibit "64" | 08/31/2010 Orly Taitz post "Simultaneous attacks on my Gmail and yahoo e-mail accounts And update on courts" | 555-563 |
| Exhibit "65" | 09/06/2010 Orly Taitz post "From Veteran and Community leader Neil Turner and from Political Corruption Researcher Linda Belcher" | 564-567 |
| Exhibit "66" | 09/10/2010 Orly Taitz post "Liberi v Taitz 09.09.10 Exhibits Affidavit of Neil Sankey and Affidavit of Caren Hale" | 568-577 |
| Exhibit "67" | 09/10/2010 Orly Taitz post "Liberi v Taitz 09.04.10 motion request for missing documents" | 578-588 |
| Exhibit "68" | 08/03/2010 Orly Taitz post "More On undue influence of law clerks" | 589-591 |
| Exhibit "69" | 08/02/2010 Orly Taitz post "can You find out, who owns this site?" | 592-594 |
| Exhibit "70" | 08/04/2010 Orly Taitz post "More Evidence of fraud on the court" | 595-597 |

# TABLE OF CONTENTS - Continued
# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "71" | 08/04/2010 Orly Taitz post "Evidence of fraud on the court, perjury by Berg, Liberi, Osetlla, fabrication of evidence And vicious attacks on me by Berg" | 598-599 |
| Exhibit "72" | 08/07/2010 Orly Taitz post "Here we go again, looks like someone is working over time to make me disappear or at least less visible" | 600-602 |
| Exhibit "73" | 08/09/2010 Orly Taitz post "I need your help" | 603-605 |
| Exhibit "74" | 08/10/2010 Orly Taitz post "Update" | 606-608 |
| Exhibit "75" | 08/30/2010 Orly Taitz post "More Nefarious activity against me, facebook Demands that I identify pictures of my Friends and don't make any mistake In order to continue using facebook" | 609-615 |
| Exhibit "76" | 08/31/2010 Orly Taitz post "FOXnews Gretawire forum talks about Facebook attack on me and suspension of my account on my birthday, when hundreds of people were writing to me and wishing me happy birthday" | 616-619 |
| Exhibit "77" | 08/31/2010 Orly Taitz post "Simultaneous Attacks on my Gmail and yahoo e-mail Accounts and update on courts" | 620-628 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "78" | 08/31/2010 Orly Taitz post "We are Making progress" | 629-631 |
| Exhibit "79" | 09/29/2010 OrlyTaitz post "Mug shot Of Lisa Liberi "paralegal" for Attorney Phil Berg" | 632-634 |
| Exhibit "80" | 09/29/2010 Orly Taitz post "Lisa Liberi mug shot" | 635-636 |
| Exhibit "81" | 09/30/2010 Orly Taitz post "Liberi v Taitz filed 09-28-10 Reply to Opposition" and posts Lisa Liberi's Photograph | 637-639 |
| Exhibit "82" | 09/30/2010 Orly Taitz post "Lisa Liberi mug shot" | 640-641 |
| Exhibit "83" | 09/30/2010 Orly Taitz post "Liberi v Taitz filed 09-28-10 Reply to Opposition" with Lisa Liberi's single And family pictures. | 642-648 |
| Exhibit "84" | 10/16/2010 Orly Taitz post "Did they ever meet?" | 649-651 |
| Exhibit "85" | 10/19/2010 Orly Taitz post "The revision 7/65" | 652-654 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "86" | 10/21/2010 Orly Taitz post "Amended Pleadings demanding sanctions against Attorney Philip J.  Berg, Plaintiffs and Witness Shirley Waddell for repeated Acts of perjury and fraud on the court And for filing a frivolous legal action With a purpose to cover up the fact, That Attorney Berg employes [sic] as His Paralegal Lisa Liberi, a convicted Document forger and thief, currently On probation" | 655-667 |
| Exhibit "87" | 10/23/2010 Orly Taitz post "from Reader Kathy M." | 668-670 |
| Exhibit "88" | 10/27/2010 Orly Taitz post "From Captain Pamela Barnett" | 671-673 |
| Exhibit "89" | 10/29/2010 Orly Taitz post "New Action Item!" | 674-677 |
| Exhibit "90" | 10/30/2010 Orly Taitz post "I am trying To find an owner of this site, I got info Below" | 678-681 |
| Exhibit "91" | 11/06/2010 Orly Taitz post "Why is Lisa Liberi not back in prison?  Why Is District Attorney not scheduling A hearing fror revocation of probation? Answer below will shed some light into Why the system is not working" | 682-693 |

# TABLE OF CONTENTS - Continued
# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "92" | 11/06/2010 Orly Taitz post "Lisa Liberi mug shot" under the heading Why is Lisa Liberi not back in prison?..." | 694-695 |
| Exhibit "93" | 11/07/2010 Orly Taitz post "Why it is important to go after criminals" | 696-699 |
| Exhibit "94" | 11/23/2010 Orly Taitz post "Submitted Yesterday in the Third Circuit Court of Appeals" | 700-716 |
| Exhibit "95" | 12/12/2010 Orly Taitz post  "In spite Of nearly 500 pages of horrific Defamation of my character by Philip J. Berg, Lisa Liberi, her Mother Dorothy Waddell and the rest of their accomplices, Third Circuit Court of Appeals denied Their motion for restraining order against me.  I am free to post this truthful information, showing that Lisa Liberi, assistant for Attorney Philip J. Berg, is a convicted Document forger and thief, who got 8 year prison term in CA in 2008, and who is currently on Probation. The question remains why is licensed attorney Berg continuously working with a convicted forger Liberi and submitting documents to multiple courts ans [sic] viciously attacking me and other innocent individuals? | 717-727 |
| Exhibit "96" | 12/12/2010 Orly Taitz post "New Liberi mug shot001" | 728-730 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "97" | 12/23/2010 Taitz post "Another motion by Berg denied.  Berg's paralegal Lisa Liberi admits on the stand that she indeed was on the stand that she indeed was convicted of theft in CA in 2008. I am vindicated, I have been telling the truth all along. | 731-733 |
| Exhibit "98" | 12/23/2010 Orly Taitz post "from AZ Tea Party leader Jeff Lichter: 'Berg should remove himself from The eligibility movement'" | 734-737 |
| Exhibit "99" | 12/24/2010 Orly Taitz post "A million Dollar question:  What is common Between Obama, Berg and Liberi?" | 738-740 |
| Exhibit "100" | 01/06/2011 Orly Taitz post "no transcript From December 20 hearing" [sic] | 741-743 |
| Exhibit "101" | 01/08/2011 Orly Taitz post "Extremely important!  Criminal tampering with evidence" | 744-748 |
| Exhibit "102" | 01/09/2011 Orly Taitz post "I am Getting more evidence of fraud and Cover up in the US District court for The Eastern District of Pensylvania [sic]. This is just like Watergate" | 749-752 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "103" | 01/10/2011 Orly Taitz post "After I received a second "amended" transcript, there is still information missing. Demand for a certified copy of the Original audiotape of all three Hearings in the case was forwarded To the court" | 753-755 |
| Exhibit "104" | 01/11/2011 Orly Taitz post "Donna Anders court reporter for federal Jdge [sic] Eduardo Robreno in US District court just sent to me a third Certified copy of the transcript of The same court hearing" | 756-758 |
| Exhibit "105" | 01/13/2011 Orly Taitz post "Extremely Important. Yet another example of highly irregular and suspicious activity in US District court. Demand for investigation filed with Chief Judge Bartle, chief Circuit Judge McKee, Public Integrity unit, Inspector General, House committee on the Judiciary and other authorities" | 759-772 |
| Exhibit "106" | 01/15/2011 Orly Taitz post "I need your help" | 773-775 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "107" | 01/15/2011 Orly Taitz post "Did Politijab'Fogbow attorneys harass Constitutional Law Professor Ron Rotunda and Chapman university [sic]? who [sic] is pressuring the Third Circuit Court of Appeals to change Their ruling on jurisdiction in my case against Berg and his felon paralegal Lisa Liberi?" | 776-778 |
| Exhibit "108" | 01/16/2011 Orly Taitz post "More on "Foggy", a person who was spreading slander about me" | 779-781 |
| Exhibit "109" | 01/16/2011 Orly Taitz post "Another Plaintiff reports on Judicial [sic] corruption and 11th circuit court of Appeals Covering it up" [sic] | 782-784 |
| Exhibit "110" | 01/20/2011 Orly Taitz post "from the web site Lawless America" | 785-788 |
| Exhibit "111" | 1/21/2011 Orly Taitz post "Filed yesterday in the Third Circuit Court of Appeals" | 789-811 |

# TABLE OF CONTENTS - Continued
# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "112" | 01/24/2011 Orly Taitz post "I need your help in PA.  I need people to come to this disciplinary hearing against Berg as witnesses.  It is open to the public, but for some reason they were not willing to agree to allow members of the public to purchase the audio tapes of the hearings in Philadelphia, PA and Santa Ana CA.  I am extremely concerned about things that are happening" | 812-814 |
| Exhibit "113" | 01/29/2011 Orly Taitz post "More on ex-attorney, who goes by pseudonym "Foggy", who has been organizing vicious attacks on me" | 815-818 |
| Exhibit "114" | 01/30/2011 Orly Taitz post "I need your help in identifying IP addresses of the employees of the federal and state government, who engaged in slander obstruction of justice, tampering with evidence" | 819-821 |
| Exhibit "115" | 02/01/2011 Orly Taitz post "A good conversation with a former member of Fogbow" | 822-824 |
| Exhibit "116" | 02/02/2011 Orly Taitz post "Docketted [sic] today" | 825-838 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "117" | 02/03/2011 Orly Taitz post "victims of Liberi and berg [sic] can write to disciplinary board and probations" | 839-841 |
| Exhibit "118" | 02/04/2011 Orly Taitz post "I need your help" | 842-845 |
| Exhibit "119" | 02/09/2011 Orly Taitz post "filed in The Third Circuit Court of Appeals" | 846-855 |
| Exhibit "120" | 02/11/2011 Orly Taitz post "Demand From Congressional committees of Oversight to investigate selective Enforcement of laws by Holder Department of Justice" | 856-859 |
| Exhibit "121" | 02/18/2011 Orly Taitz post "Important. Third Circuit Court of Appeals has denied all 11 motions and requests for judicial notice filed by Attorney Philip Berg in his attacks on Attorney Orly Taitz and others" | 860-863 |
| Exhibit "122" | 02/22/2011 Orly Taitz post "I need your help in fighting public corruption in San Bernardino County, CA" | 864-867 |
| Exhibit "123" | 03/01/2011 Orly Taitz post "Petition For Disciplinary Action Against Berg And Response" | 868-870 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "124" | 03/03/2011 Orly Taitz post "Who are these people in Germany, threatening me?" | 871-875 |
| Exhibit "125" | 03/11/2011 Orly Taitz post "Probation review hearing was held today for Lisa Liberi.  Next hearing in [sic] Tuesday 03.15.2011 8:30 a.m. Judge Sabet advised probations to provide A report, whether revocation of probation or extension of probation will be necessary" | 876-881 |
| Exhibit "126" | 03/11/2011 Orly Taitz post "Probation review hearing was held today for Lisa Liberi.  Next hearing in [sic] Tuesday 03.15.2011 8:30 a.m. Judge Sabet advised probations to provide A report, whether revocation of probation or extension of probation will be necessary" | 882-884 |
| Exhibit "127" | 03/15/2011 Orly Taitz post "Four more Active felony charges for Lisa Liberi Are investigated by Supervising Assistant DA.  Investigation is Under way, why 2002 arrest and 2004 felony charges have not been Prosecuted yet." | 885-891 |

xix

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "128" | 03/15/2011 Orly Taitz post "4 more felony charges for Lisa Liberi" | 892-894 |
| Exhibit "129" | 03/20/2011 Orly Taitz post "another death threat from an Obama supporter or Obama operative. I need your help in getting FBI involved. It has been over 2 years of death threats, harassment, tampering with my car, destroying my web sites, vandalism of my e-mail accounts. There has to be one decent FBI agent or police officer in CA, who Will do something" | 895-898 |
| Exhibit "130" | 04/08/2011 Orly Taitz post "More stonewalling and obstruction of justice on the most incriminating evidence that I produced: Obama's use of a stolen CT SSN ███-4425 and his fraudulent statements regarding his attendance in Columbia university" [sic] | 899-906 |
| Exhibit "131" | 04/09/2011 Orly Taitz's post on Business Insider website with false statements about the Plaintiffs | 907-908 |
| Exhibit "132" | 05/27/2009 Three money requests from Ruben Nieto for payment from Orly Taitz's PayPal account totaling $25,000.00 | 909-914 |

# TABLE OF CONTENTS - Continued

# Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "133" | 05/29/2009 Second money requests From Ruben Nieto for payment from Orly Taitz's PayPal account totaling $25,000.00 | 915-920 |
| Exhibit "134" | 05/28/2009 Plains Radio Transcript of interview with Neil Sankey by Edgar Hale | 921-937 |
| Exhibit "135" | 09/30/2009 Judge David O. Carter's Order sealing dossier #6 with Lisa Liberi's Social Security No. (Taitz Exhibit "7") in the case of _Barnett v. Obama_, 8:09-cv-00082 DOC-AN and Philip J. Berg, Esq.'s letter requesting the document "sealed" | 938-942 |
| Exhibit "136" | 05/2010 Defendants computer "cookies" as well as "access tokens" found on Plaintiffs Lisa Liberi and Lisa Ostella's Computers | 943-950 |
| Exhibit "137" | 05/2010 Orly Taitz's computer "Access Token" found on Plaintiffs Lisa Liberi and Lisa Ostella's computers | 951 |
| Exhibit "138" | Explanation of what a computer "Access Token" is and what it does | 952 |
| Exhibit "139" | 08/30/2010 Orly Taitz on Andrea Shea-King Radio Show and the Radio Show transcript | 953-959 |

## TABLE OF CONTENTS - Continued

## Case No. 8:11-cv-00485-AG (AJW)

| EXHIBIT NO. | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit "140" | 11/2010 Fraudulent website www.lisaliberi.com set-up about Plaintiff Lisa Liberi illegally in Plaintiff Lisa Liberi's name | 960-985 |
| Exhibit "141" | Daylight's Chemistry Cartridge | 986-998 |
| Exhibit "142" | Daylight's Fingerprinting | 999-1009 |
| Exhibit "143" | Daylight's Dual Purpose Manual | 1010-1036 |
| Exhibit "144" | Daylight's Daycart | 1037-1042 |
| Exhibit "145" | 01/14/2011 Deputy District Attorney James Secord's Letter to Orly Taitz advising her there was insufficient evidence to support Orly Taitz's claims of violations of Probation by Lisa Liberi | 1043 |