# EXHIBIT "96"



Exhibit "96"
Pg. 728

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## New Liberi Mug shot001

**Posted on** | December 12, 2010 | Comments Off

Exhibit "96"
Pg. 729



**Category:** Uncategorized

## Comments

Comments are closed.

# !! IMPORTANT NOTICES – PLEASE READ !!

**NEW! CA REP CENTRAL COMMITTEE LIST**
**CAMPAIGN FLIER** for Orly Taitz as CA SOS
**CAMPAIGN FLIER** for Orly Taitz as CA SOS, **2 Per Page**
**How to contact** public Integrity unit
**See** The PDF File Here
**US Department of Justice** has a special unit in their Criminal Division called the
PUBLIC INTEGRITY SECTION

# Contact Orly!

email: dr_taitz@yahoo.com Urgent? Call: 949-683-5411

# Recent Posts

- For now the strategy worked for Obama: when you google him, you get the announcement first, then obamacare, then birth certificate
- I just did a TV interview. When it is available, I will post it
- Is Obama wagging the dog today before he is going down tomorrow???
- from supporter Chantal
- Damage control by Obama in anticipation of tomorrow's hearing

# Categories

Exhibit "96"
Pg. 730

EXHIBIT "97"



Exhibit "97"

Pg. 731

http://www.orlytaitzesq.com/?p=16699

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

# World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

# another motion by Berg denied. Berg's paralegal Lisa Liberi admits on the stand that she indeed was convicted of theft in CA in 2008. I am vindicated, I have been telling the truth all along

**Posted on** | December 23, 2010 | 5 Comments

Berg filed another crazy motion of 600 pages.

On the stand I examined his "paralegal" Lisa Liberi and on the record she admitted that indeed she was convicted of theft in CA in 2008. It shows that her defamation law suit was just a sham.

Exhibit "97"
Pg. 732

Lisa Ostella admitted that she made a stamp with my signature and posted it on several documents. She claimed that I allowed her to forge my signature.

Presiding judge stated that all three of them; Liberi, Berg and Ostella were evasive on the stand and not believable as witnesses. He, also, stated that they showed no evidentiary basis to their crazy allegations, where they are claiming that I tried to hire a hitman and kill Liberi and kidnap Ostella's children. I hope the Disciplinary board of the  PA bar takes action. Staff attorney is Patricia Killian 610-650-8210  I cannot understand how a person like Berg can be allowed to practice law. What does it say about the PA bar, in that they allow such behavior.

  I hope that the District attorney of San Bernardino, CA  office revokes Liberi's probation soon for continuing fraud on the court and for filing a frivolous law suit for the purpose of harassment.    Assistant DA, who prosecuted Liberi, is James Secord. Manager of the department is Mike Fermin 909-945-4000.

**Category:** Legal Actions

## Comments

5 Responses to "another motion by Berg denied. Berg's paralegal Lisa Liberi admits on the stand that she indeed was convicted of theft in CA in 2008. I am vindicated, I have been telling the truth all along"

1. Jeff Lichter
   December 23rd, 2010 @ 4:22 pm

   Congratulations Orly. I presume this marks the end of this case and that you do not have to waste any more of your valuable time on it. Berg should definately be held accountable and he should remove himself from the eligibility movement vs. Obama. We don't need to be associated in any way with someone who could knowingly file false accusations.

2. Patience Joy
   December 23rd, 2010 @ 6:25 pm

   Congratulations.

   Now, can you direct all of your energy to removing the usurper in chief?

   This infighting is beneath your dignity, and you should put it behind you.

3. dr_taitz@yahoo.com
   December 23rd, 2010 @ 7:09 pm

   the courts need to dismiss their frivolous suit before I can completely leave this issue

4. D. Oltieri
   December 24th, 2010 @ 4:29 am

   Well done Dr Orly
   I'm glad to see you talk about this at last!
   It's about time everyone knew about it and how much time and effort you have had to put into fighting off that crew of cretin's despicible loathsome and outrageous claims against you!

## Exhibit "97"
## Pg. 733

EXHIBIT "98"



Exhibit "98"
Pg. 734

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## from AZ Tea Party leader Jeff Lichter: "Berg should remove himself from the eligibility movement"

**Posted on** | December 23, 2010 | 3 Comments

Submitted on 2010/12/23 at 4:22pm

Jeff Lichter

Congratulations Orly. I presume this marks the end of this case and that you do not have to waste any more of your valuable time on it. Berg should definately be held accountable and he should remove himself from the eligibility movement vs. Obama.

another motion by Berg denied.

Berg's paralegal Lisa Liberi admits on the stand that she indeed was convicted of theft in CA in 2008. I am vindicated, I have been telling the truth all

Exhibit "98"
Pg. 735

We don't need to be associated in any way with someone who
could knowingly file false accusations.

Response:

The presiding judge was supposed to  dismiss this case: it was
clearly bogus. Liberi admitted on the stand that she was
convicted in 2008 of theft in CA. according to her conviction, she
is allowed to live while on probation only in CA or NM. Berg and
Liberi's claims, that she is an innocent victim in PA are clearly
fraud on the court.

I am concerned, why the presiding judge did not make an
immediate notation of it and did not dismiss the case due to lack
of subject matter jurisdiction, as for diversity of citizenship she
had to provide proof of her citizenship.

I am greatly concerned, that we are seeing the same pattern with
federal judges.

Judge Lind decides that she will not order discovey because she
does not want to embarass Obama. she decided that the Pres is
no longer commander in chief and deploymewnt orders are not
coming from him.

Judge Robreno has clear evidence that Liberi never resided in
PA, that all her allegations of threats and murder for hire and      along
idnapping are bogus, yet he did not dismiss the case yet, he did
not sanction Berg for fraud and perjury and misuse of judicial
process .

Now you can see, what is going on. Tomorrow any decent person,
any patriot of this country can  be slapped with a frivolous bogus
law suit and a federal judge will allow such criminal
and her unethical attorney to continue harassing you for 2 years.
Why? I hope you can help me fight this, as any of you can be
next.

You can demand action and emergency revocation of probation
hearing of Liberi. Assistand DA is Mike Fermin 909-945-4000.
We are paying taxes, so that the law enforcement will protect us
and put the criminals on probation back behind bars. San
Bernardino County DA did not do it's job for a year and a half
now, it cost and enormous damage to me and so many of her
victims

Disciplinary board of the PA bar is supposed to protect the public
from attorneys like Berg, who make up insane accusations of
murder for hire and kidnapping and harass victims, yet they did
not do their job for a year and a half. their info is staff attorney
handling complaints against Philip j. Berg is Patricia Killian
 610-650-8210

# Exhibit "98"
## Pg. 736

Where is Philadelphia DA? Where is Public integrity Unit of the
department of Justice, where is the office of the inspector
general?

**Category:** Uncategorized

## Comments

3 Responses to "from AZ Tea Party leader Jeff Lichter: "Berg should remove himself from the eligibility
movement""

1. Patience Joy
December 23rd, 2010 @ 9:10 pm

   Orly, Robreno could not dismiss the case or rule on jurisdiction. The rest of the case is in the third
circuit. He only had the limited ability to rule on the TRO.

   He explained that at the hearing.

2. Jeffrey Doobin
December 24th, 2010 @ 12:27 am

   Orly, you wrote:

   "Tomorrow any decent person, any patriot of this country can be slapped with a frivolous bogus law
suit and a federal judge will allow such criminal and her unethical attorney to continue harassing you
for 2 years."

   Like the way you've been harassing Barrack Obama for the past 2 years with, as you call them,
"frivolous bogus law suit(s)"?

   Your lack of self-awareness is amusing. Go get a prescription for weed, you need it.

3. dr_taitz@yahoo.com
December 24th, 2010 @ 1:18 am

   No, my law suits are valid, as Obama is a fraud and does not have a valid SSN and a valid long form
BC. As a matter of fact Obama and Liberi and Berg havwe one thing in common: they all hide vital
records to cover up fraud. In each case they are using federal judges as a tool to schield themselves and
attack others.

# !! IMPORTANT NOTICES – PLEASE READ !!

**NEW! CA REP CENTRAL COMMITTEE LIST**
**CAMPAIGN FLIER** for Orly Taitz as CA SOS
**CAMPAIGN FLIER** for Orly Taitz as CA SOS, **2 Per Page**
**How to contact** public Integrity unit
**See** The PDF File Here
**US Department of Justice** has a special unit in their Criminal Division called the
**PUBLIC INTEGRITY SECTION**

Exhibit "98"
Pg. 737

# EXHIBIT "99"



Exhibit "99"
Pg. 738

Case 8:11-cv-00485-AG -AJW   Document 190-19   Filed 05/20/11   Page 16 of 40   Page ID #:5250

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

# World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

# A million dollar question: What is common between Obama, Berg and Liberi?

**Posted on** | December 24, 2010 | Comments Off

Submitted on 2010/12/24 at 12:27a

**Jeffrey**

Orly, you wrote:

"Tomorrow any decent person, any patriot of this country can be slapped with a frivolous bogus law suit and a federal judge will allow such criminal and her unethical

from AZ Tea Party leader Jeff Lichter: "Berg should remove himself from

Exhibit "99"
Pg. 739

attorney to continue harassing you for 2 years."

Like the way you've been harassing Barrack Obama for the past 2 years with, as you call them, "frivolous bogus law suit(s)"?

Your lack of self-awareness is amusing. Go get a prescription for weed, you need it.

Answer from Orly:

**dr_taitz@yahoo.com**

Submitted on 2010/12/24 at 1:18am

No, my law suits are valid, as Obama is a fraud and does not have a valid SSN and a valid long form BC. As a matter of fact Obama and Liberi and Berg have one thing in common: they all hide vital records to cover up fraud. In each case they are using federal judges as a tool to schield themselves and attack others.

from AZ Tea Party leader Jeff Lichter: "Berg should remove himself from the eligibility movement"
3 #

Our biggest problem is in Federal Judges, who are aiding and abetting criminals in defrauding the Nation. One thing you can do, is write to each and every congressman, particularly ones, who are on Judiciary Committee and Oversight Committee and demand investigation and impeachment and removal from the bench of judges.
You can also write to the Public integrity unit of the department of Justice and to the Inspector General of the department of Justice and demand investigation of judges. You have to do this or you will be next victims of the manipulations of the Obama regime, criminals and judges covering up those criminls. This is exactly what I saw in the Soviet Union. It is called telephone justice. This judge had no documents to show that Liberi is a resident of PA. She admitted that she was convicted of theft in CA in 2008. According to her probatiopn she is not allowed to live in any other state, but CA and NM. The judge saw that all her claims of threats are bogus, yet he continues writing in his order that she is a resident of PA. Why???

the eligibility movement"

**Category:** Events, HOT ITEMS!, Help Needed, Latest News, Legal Actions, Letters from Readers and Patriots, Letters/Feedback from Readers, Obama Fraud Gate, Other Criminal or Suspicious Activities, Supporting Documentation, Uncategorized

# Exhibit "99"
# Pg. 740

**EXHIBIT "100"**



Exhibit "100"

Pg. 741

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

# World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

# no transcript from December 20 hearing

**Posted on** | January 6, 2011 | 3 Comments

I paid $480 and was supposed to get today a transcript from the December 20 hearing where Lisa Liberi, paralegal from Philip J. Berg admitted on the stand that she is indeed a convicted felon and that she was convicted in 2008 in CA of theft. Typically this transctipt is ready within 3 days, I submitted my request and check on December 24. So far no transctipt.

Ostella admitted that she locked me out of my old blog, switched the paypal account from mine to hers, cut and pasted my signature on multiple documents and she claimed that I allowed her to do it.

I am shocked that Berg, Liberi and Ostella are not criminally prosecuted and convicted yet. One wonders, what is going on in our courts, that the judges are allowing such criminal conduct to go on.

Exhibit "100"
Pg. 742

*I am being harassed by criminals. Please call the disciplinary board of the PA Supreme court. Staff attorney in charge of Berg's complaints is Patricia Dugan. Berg is already cought filing a freevolous legal action with complete malice, claiming that he and Liberi were defamed with allegations of her criminal convictions, when she admitted that indeed she was convicted in CA, she is not allowed to live in PA. It is shocking that Berg is allowed to continue practicing law, while bringing such action based on complete lie.*

*Patricia Dugan -Disciplinary Board of PA phone 610-650-8210*

*820 Adams Ave, ste 170, Trooper PA 19403*

*Liberi is on probation in San Bernardino CA*

*She violated her probation by filing a frivolous law suit based on fraud and perjury*

*District Attorney of San Bernardino CA is Mike RAMOS*

*Assistant district attorney dealing with the complaints against Lisa Liberi and demands for an emergency hearing for the purpose of revocation of her probation and her return to incarceration is Mike Fermin, phone 909-387-8309*

*the judge on the case is Eduardo Robreno in the US district court in for the Eastern District of PA in Philadelphia. He had a duty to dismiss the case, if it was filed based on diversity and the party claiming diversity did not provide documentary evidence of the state citizenship, as it happened in this case. In their complaint Berg and Liberi claim that she resides in PA, that she is not a convicted felon from CA. On the stand on December 20th Liberi admitted that she was convicted in CA in 2008. Her conviction record shows that according to a plea bargain her 23 felony charges were reduced to 10 and her 8 year prison term was reduced to 3 years probation to be served only in CA or NM. She is on probation and cannot reside in PA. The judge had a duty to dismiss the case immediately and sanction Liberi and Berg for fraud on the court and award my expenses and fees. While he states in his order that Berg, Liberi and Ostella were evasive on the stand and not believable as witnesses (basically he is using nice words to say that three of them are liars) and he states that there was no basis for their allegations against me (Berg and Liberi made outrageous accusations, they said that Liberi is not supposed to show her drivers license because she is afraid of me and because I tried to hire a hitman to kill her). The judge stated in his order that there is no basis to their allegations. He had a duty to dismiss, yet he is allowing his court to be used as a tool of harassment and continues writing that she is a resident of PA and he is not dismissing it.*

*If you want to file a complaint about the judge not following the law and ignoring the evidence showing that Liberi cannot possibly reside in PA,*

*you can write to Judicial Conduct Board*

*ste 403   301 Chestnut str, Harrisburg, PA 17101 phone 707-234-7911*

*This harassment has to stop now. You can see what is going on in courts, you can understand why the whole country is going down the drain.*

**Category:** Events, HOT ITEMS!, Help Needed, Important Contacts, Latest News, Legal Actions, Other Criminal or Suspicious Activities, Supporting Documentation

## Comments

3 Responses to "no transcript from December 20 hearing"

Exhibit "100"
Pg. 743

**EXHIBIT "101"**



Exhibit "101"
Pg. 744

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## Extremely important! Criminal tampering with evidence

**Posted on** | January 8, 2011 | 14 Comments

On December the 20th I was at the hearing in Philadelphia, courtroom of judge Eduardo Robreno. There were observers from website fog bowat this hearing. (fogbow people call me 949-683-5411 and e-mail orly.taitz@gmail.com)

Yesterday after multiple phone calls I finally received the transcript of the hearing, which was made based on an audiotape, that they used in the courtroom. I paid $480 for this transcript.

I am  in a complete shock. I never saw something that flagrantyly criminal.  The whole part of the proceding is missing.  There is a notation by the transcriber  "Pause in proceedings" and the whole cross examination of

Exhibit "101"

Pg. 745

Lisa Ostella is missing. Somebody either erased or cut out of the tape my cross examination of Lisa Ostella. This cross examination is damning. She admitted to locking me out of my web site, changing my e-mail address with hers at the pay-pal account, she admitted to cutting and pasting my signature and posting it on multiple documents.  She admitted to creating a stamp with my signature, it is a clear forgery. She claimed that I allowed her to do it. Now a whole part of the tape is missing, and particularly part of the tape with the most important testimony. She also admitted that she did not make accusations about me trying to hire a  a hit man to kidnap her children, she said it was made by her attorney. Now, somebody in this court tampered with the tape and removed the whole cross  examination.

Shockingly, this has an eerie resemblance to **Watergate.** I am an attorney, who brought the most damning evidence about Obama.  Criminals are being used to harass me with a frivolous law suit, with forged documents, with perjured affidavits. The disciplinary board of PA, DA from CA and probation department were expecting this transcript and someone tampered with the audio tape, which is the basis of the transcript. (they told me that they don't have a transcriber, who transcribes immediately, they tape it and transcribe later)

I really need help from the public at large. I can't fight this whole criminal machine alone. You can see, what is going on. With testimony disappearing from the record, the Federal cout is more dangerous than mafia. Today the court is used to silence and attack me, tomorrow it will be every one of you. You have a duty to stand up to this.

I need help in contacting  FBI  in PA and making sure FBI investigates, assistant AG, DA, congressmen. When a part of the audio tape of a proceeding disappears from a federal court, there is a seriour problem.

I ask attorneys, who came to this proceeding as observers, to please contact me. I need your affidavits.

Please call me at 949-683-5411

Please, call Judicial Conduct Board 707-234-7911

Disciplinbary Board of PA Supreme Court:

717-783-0990,  610-6508210

San Bernardino, Ca DA Mike Ramos, assistant DAs Mike Fermin and James Secord 909-387-8309 (Fermin is reviewing the complaint and demand for revocation of probation of Lisa Liberi)

I am calling FBI and I am submitting an official complaint to the  House and Senate committees on Judiciary and I am submitting a complaint to the Secret Service.

When a whole cross examination suddenly disappears from the record of the Federal judge there is a serious problem.

**Category:** Dossiers, HOT ITEMS!, Important Contacts, LINKS, Latest News, Legal Actions, Obama Fraud Gate, Supporting Documentation

# Comments

14 Responses to "Extremely important! Criminal tampering with evidence"

1. Plutodog
   January 8th, 2011 @ 5:40 pm

Exhibit "101"
Pg. 746

Maybe if you post the transcript you got here, we can help fill in the gaps!

2. Politijabber
   January 8th, 2011 @ 5:59 pm

   Perhaps the judge sustained a motion to strike, since the testimony was not relevant to the TRO.

3. turnright
   January 8th, 2011 @ 7:13 pm

   Orly hello,

   It's all going work out in your (our) favor in the end. Obama will be in jail for life or another country, the Democrites will be catatonic and destroyed by 2012, several judges will be impeached and in jail for high crimes, and whatever else good that can happen to our courts that snort.

   It will be a different country soon thanks to your valor and intelligence. Please save some for Hillary.

4. Politijabber
   January 8th, 2011 @ 7:26 pm

   Lesson to be learned: Hire a court reporter to cover your next hearing.

5. Stella Artois
   January 8th, 2011 @ 8:13 pm

   Really Orly. I thought you were a great Constitutional attorney. What dummy goes to a strange courtroom without making sure there is a live court reporter there?

6. Guadalupe Lynch
   January 8th, 2011 @ 8:31 pm

   Orly, this is shocking.
   What can we do?
   I live in IL. BO's state.
   I can write to my senator and congressman
   but they are BO's puppets.
   Even the newspapers here won't print my letters. How can we fight corruption when
   the courts are corrupt?

7. dr_taitz@yahoo.com
   January 8th, 2011 @ 9:17 pm

   Because of this massive corruptionn of the government and courts people take up arms, they no longer believe that there is any protection under the law.
   Try Republican congressmen and the new Senator, Kirk. Call me 949-683-5411. This is a huge machine of corruption. I need all the help I can get

8. Phil
   January 9th, 2011 @ 12:41 am

   Orly:…also…did they "explain the 'audo tape procedure' to you, 'ahead of time,'" considering that you were from another state? If they "explained" the audio being used ahead of time, then, "someone"

Exhibit "101"
Pg. 747

had to have "doctored" this tape!!!???

Isn't this tatamount to you being able to "force a re-trial"? Since this "might" be a "technicality?" Then, with a new trial, you could "fix" the problems and "have them boxed in"? And if the judge awarded you the winner of the trial, then, who is the person or entity that is allowed to "force" them to pay you damages?

And email coming…!

Davey Crockett…

9. John Martin
   January 9th, 2011 @ 5:11 am

   Be carefull Orly, these thugs are getting very nervous. When you succeed in getting Scotus date please don't give the slime steram media interviews, arrange one with FOX and Lou Dobbs as interviewer.

10. dr_taitz@yahoo.com
    January 9th, 2011 @ 6:54 am

    there is massive corruption in courts, particularly Federal courts

11. Louis McCarten
    January 9th, 2011 @ 1:13 pm

    memo to Orly:

    Any similarities between your case (Or those of countless others) to Watergate activities perpetrated by the US government or its proxies are not at all surprising. In fact, Watergate itself was nothing new nor was it particularly pernicious by comparison with similar crimes conducted by the FDR, Truman, or Kennedy administrations. The federal government has long been guilty of committing crooked shenanigans using bugging activities etc. THIS IS NOT NEW!

    I recommend you read the non-fiction book "IT DIDN'T START WITH WATERGATE" by Victor Lasky if you can find time. You will not look at the federal government the same way ever again.

12. John
    January 9th, 2011 @ 8:34 pm

    JohnMartin – there will be no grant of cert. Period. If you want to be a birther, get used to losing.

13. dr_taitz@yahoo.com
    January 9th, 2011 @ 11:37 pm

    I cannot change the rules of the district. I checked and was told that they use a tape recorder and later a reporter types a transcript from the recorder. I was told by the clerk, who is in charge of transcripts, Mike Hayes, that it is their procedure in all cases. I do not have authority to change their rules

14. ch
    January 10th, 2011 @ 11:15 pm

    http://politicalvelcraft.org/2010/03/24/barry-soetoros-sister-maya-soetoro-born-in-indonesia-has-her-hawaiian-certification-of-live-birth-too/

## Exhibit "101"
## Pg. 748

EXHIBIT "102"



Exhibit "102"
Pg. 749

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## I am getting more evidence of fraud and cover up in the US District court for the Eastern District of Pensylvania. This is just like Watergate

**Posted on** | January 9, 2011 | 5 Comments

as you know, I posted yesterday a report, that the most important and damning evidence was deleted from the audio tape of the court hearing in the courtroom of Federal judge  Eduardo Robreno.  that evidence  should have attorney Philip Berg disbarred  or at least severely sanctioned and his client and my former volunteer web master Lisa Ostella criminally prosecuted.

Somebody erased the whole cross examination of Ostella, where she admitted to making a stamp with my

Exhibit "102"
Pg. 750

signature, posting it on numerous documents. also she made allegations in the pleadings that I tried to hire a hit man to kidnap her children. When I confronted her on cross examination,  she admitted that she never made those allegations, those were made by her attorney Philip Berg. Berg should be disbarred for this.

After I announced on the blog, that I am going to FBI, secret service and House Committee on the Judiciary with the complaint about criminal destruction of evidence in federal court, suddenly today I got an e-mail from transcriber with additional 13 pages. She claims that the scanner malfunctioned and pages were not scanned.

Well, they messed with a wrong girl. Why so? I checked the pages. When the scanner malfunctions, you might miss some pages, but you will not get a page where half of the page is the same and another half is different. They clearly tried to destroy incriminating evidence against attorney Berg and his client and co-palintiff Ostella. They realized that they will be subject to criminal investigation and prosecution, now they re-inserted the cross examination, but they re-inserted from the middle of the page. You can clearly see tampering with evidence.

This is extremely dangerous. It shows that the courts, particularly federal courts are corrupt, cannot be trusted. That is why they threw Lakin in prison, that is why I was sanctioned.

I plead with you to help me  stop these persecutions of me, to put culpable in prison. You can see what is going on in federal courts. Now nobody is safe, they can frame and harass each and every one of you. Don't do it for my sake, do it for the sake of your family and your children, as they will be next.

Please, help me by contacting FBI, Secret Service, Department of Justice, Inspector General of the Department of Justice, Public Integrity Unit of the Department of Justice, House committee on the Judiciary and demand criminal investigation and prosecution of ones who are culpable.

I want to remind you that in January 2009 my case Lightfoot v Bowen was erased from the docket of the Supreme Court, only after tremendous pressure of the public, it was re-entered. I confronted both Justice Antonin Scalia and Chief Justice John Roberts. Roberts promised to review the matter and he did not do a damn thing, didn't even respond. Please, write to every Republican Congressman and demand immediate hearing and subpoenas by the Committee on the Judiciary. We have to get to the bottom of this. We need to see Obama's papers, we need to know who tampered with my documents in the Supreme Court and in the court of federal judge Eduardo Robreno. ObamaFraud Gate, Federal court destruction of evidence -Gate is bigger than Watergate. They are trying to bury me and to retaliate against me, as a dissident and the leader of the birther movement. Below is the e-mail from the court reporter

 Flag this message

# Re: Liberi v. Taitz, et al

Sunday, January 9, 2011 1:39 PM
From:
This sender is DomainKeys verified
"Donna Anders"

View contact details

To:
"Dr. Orly Taitz ESQ" <dr_taitz@yahoo.com>
Message contains attachments

Exhibit "102"
Pg. 751

Case 8:11-cv-00485-AG  -AJW   Document 190-19    Filed 05/20/11   Page 32 of 40   Page ID
#:5266

1 File (2817KB)



- _____R12-20-10C.pdf



## No virus threat detected

**File:** R12-20-10C.pdfDownload File

Dr. Taitz:

Attached is the revised transcript.  I myself will be out of the office Monday.  You may call me anytime after 12:00 and we can discuss the corrections.  The scanning process was not working properly and those pages were omitted.  I do apologize.

Donna

**Category:** Dossiers, HOT ITEMS!, Help Needed, Latest News, Legal Actions, Obama Fraud Gate, Other Criminal or Suspicious Activities

## Comments

5 Responses to "I am getting more evidence of fraud and cover up in the US District court for the Eastern District of Pensylvania. This is just like Watergate"

1. Plutodog
   January 9th, 2011 @ 4:26 pm

   Your pdf link is broke.

2. alex j rynkiewicz
   January 10th, 2011 @ 6:54 am

   dr taitz; rep boehner stated that obamas certificate of birth looked ok-so i wrote him and said a certificate of birth and a birth certificate are not the same-you are fooling yourself- the fbi recently said not to accept a certificate of birth only for a valid identification only a birth certificate will do. the republicans are draging their feet on the sub-committees to investigate obamas birth and fake soc sec numbers. i want to nominate col lakin and dr taitz for the congressional medal of honor. and i will be getting signatures for that end. alex r

3. Starla
   January 10th, 2011 @ 9:24 am

   Here is an excellent & informative comment that I read. I want to share this with ALL Americans. Please send this information far & wide:

   From: http://drkatesview.wordpress.com/2011/01/09/obama-is-responsible-for-the-cult-of-violence-embraced-by-his-supporters/

   "drkate

Exhibit "102"
Pg. 752

**EXHIBIT "103"**



Exhibit "103"

Pg. 753

http://www.orlytaitzesq.com/?p=17568

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

# World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

# After I received a second "amended" transcript, there is still information missing. Demand for a certified copy of the original audiotape of all three hearings in the case was forwarded to the court

**Posted on** | January 10, 2011 | 1 Comment

**DR. ORLY TAITZ, ESQ**

**29839 SANTA MARGARITA PKWY, STE 100**

**29839 SANTA MARGARITA CA 92688**

Exhibit "103"
Pg. 754

01.10.2011

Attention David Hayes

Transcript Coordinator

US District Court

Eastern District of PA

601 Market str Room 2609

Philadelphia, PA 19106

Dear Mr. Hayes

I request a certified copy of the audio tapes of the hearings in the case of *Liberi v Taitz* 09-cv-1898.

I am forwarding a check for $78 for 3 tapes for hearings held on 12.20.2010

   08.07.2009 ,   and 06.25.2009  in the above case.

I am extremely troubled by part of the hearing missing on the official transcript.

Sincerely,

Dr. Orly Taitz, ESQ

**Category:** HOT ITEMS!, LINKS, Latest News, Legal Actions, Other Criminal or Suspicious Activities

## Comments

One Response to "After I received a second "amended" transcript, there is still information missing. Demand for a certified copy of the original audiotape of all three hearings in the case was forwarded to the court"

1. Phil
   January 10th, 2011 @ 4:33 pm

   Orly:…Atta Girl, Orly, get good and pissed off and don't stop till you have the "full 'unadulterated' tape!" These S.O.B.s know exactly what they're doing!

   I like the "New Orly"…one that will become a "lean, mean, fighting machine!" Make it so that NONE OF THESE C.E.T.S will want to mess with you!!! I love it!

   Davey Crockett…

# !! IMPORTANT NOTICES – PLEASE READ !!

**NEW! CA REP CENTRAL COMMITTEE LIST**
**CAMPAIGN FLIER for Orly Taitz as CA SOS**

Exhibit "103"
Pg. 755

**EXHIBIT "104"**



Exhibit "104"
Pg. 756

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## Donna Anders, court reporter for federal Jdge Eduardo Robreno in US District court just sent to me a third certified copy of the transcript of the same court hearing

**Posted on** | January 11, 2011 | 4 Comments

 Clear flag

# Re: Liberi v. Taitz, et al

Exhibit "104"
Pg. 757

Monday, January 10, 2011 5:04 PM
From:
This sender is DomainKeys verified
"Donna Anders" <anders.donna@ymail.com>

View contact details

To:
"Dr. Orly Taitz ESQ" <dr_taitz@yahoo.com>
Message contains attachments
1 File (1749KB)

-  R12-20-10.C Formatted 3×3

Dr. Taitz:

After reading your e-mail, I went back and checked what I had sent previously, and discovered I had sent you the transcript that was not proofread.  Attached is the proofread PDF of the transcript.  This is proofread back with the original disk taken in the courtroom.  I hope you find this satisfactory.  I will send an invoice in a separate invoice.

I do apologize.

Donna
Response from Orly:

Now you can see the level of corruption of the system of justice.

This is the third certified transcript of the same hearing.

In the first transcript she took out the whole cross examination

When I posted an article on my web site that I am going to the FBI, Secret Service and the committe on the Judiciary of Congress with it, on Sunday she e-mailed me a second copy with additional 13 pages and multiple changes, but the most incriminating testimony against Philip J Berg was still missing.

After I complained and demanded a copy of the audio tape, she sent the third version.

I am checking the third version
 Do you still believe our system of justice is clean? (particularly on the Federal level and particularly, when you are a dissident against the regime, and this regime is looking for any legal and illegal ways and means to silence you?)

PS on top of everything this woman had a hutzpah of asking me for more money
What you can do?
You can complain to the Chief judge of  the Eastern District of PA  Harvey Bartle, III,601 Market street, Philadelphia, PA 19106, as well as  FBI, Secret Service, House Committee on the judiciary, Inspector general of the department of Justice and Public Integrity Unit of the Department of Justice

Exhibit "104"
Pg. 758