**EXHIBIT "105"**



Exhibit "105"
Pg. 759

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

# World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

# Extremely important. Yet another example of highly irregular and suspicious activity in US District court. Demand for investigation filed with Chief Judge Bartle, chief Circuit Judge McKee, Public Integrity unit, Inspector General, House committee on the Judiciary and other authorities

**Posted on** | January 13, 2011 | 1 Comment

Exhibit "105"
Pg. 760

**DR. ORLY TAITZ ESQ**

**PRESIDENT**

 **DEFEND OUR FREEDOMS FOUNDATION**

**29839 SANTA MARGARITA PKWY, ste. 100**

**Rancho Santa Margarita CA 92688**

**Ph 949-683-5411 fax 949-766-7603**

**orly.taitz@gmail.com**

**Attention Hon Harvey Bartle, III**

**Chief Judge**

**US District Court**

**Eastern District of PA**

**601 Market str**

**Philadelphia, PA 19106**


**Theodor McKee**

**Chief Judge**

**Third Circuit Court of Appeals**

**20614 US courthouse**

**601 Market str.**

**Philadelphia PA 19106**


**COMPLAINT**


Re:    1. Highly irregular and suspicious activity by a court reporter and other employees of the U.S.  District
court for the Eastern District of Pennsylvania, removal of important testimony from the certified transcript of
the hearing, attempt  to hide testimony.

2. manipulation of the docket, refusal to docket important documents

3. Fraud, Perjury by a PA licensed attorney

4. Bias, Abuse of judicial discretion,  possible judicial misconduct

Exhibit "105"
Pg. 761

Your Honor,

Actions observed in this court were so troubling, that a copy of this letter is provided to the Inspector General of the Department of Justice, Public Integrity Unit of the Department of Justice, Third Circuit Court of Appeals, Philadelphia District Attorney, Judicial Conduct Board, Disciplinary Board of PA and  Committee on the Judiciary of the House of Representatives, as well as to the U.S. and international media and public at large .

- Together with multiple innocent parties I was sued in this district in case *Liberi et al v Taitz et al*, 09-1898 filed by PA attorney Philip J. Berg as a plaintiff and attorney for plaintiffs. This case was filed in federal court because the plaintiffs claimed diversity of citizenship, they claimed that the lead plaintiff Lisa Liberi is a resident of PA. This is the case of falsely alleged defamation of character, slander. The essence of this case in that the plaintiffs claimed that Liberi- paralegal for attorney Berg, who works with him via e-mails and mail,  and her attorney Berg were defamed, when the defendants, the whistleblowers, published the summary of Liberi's  2008 CA criminal record for forgery of documents, forgery of official seal and theft from CA (Exhibit 1). Plaintiffs claimed that the plaintiff Liberi is a resident of PA and not a convicted felon from  CA. Later at 12.20.2010 hearing Liberi admitted that she is indeed a convicted felon from CA.
-  After Defendants were served with the complaint, defendants  demanded documentary proof of Liberi's PA citizenship for the purpose of establishing, if there is diversity to proceed in federal court and, as due to the fact that Liberi's state citizenship is essential for the whole case. In response Plaintiffs refused to provide Liberi's PA drivers license and instead  made outrageous allegations of crimes, among them they claimed that Liberi cannot provide her PA drivers license because she is afraid for her life, because attorney Orly Taitz tried to hire a hit man and kill her and kidnap children of another party Lisa Ostella. Plaintiffs never provided any documentary evidence of Liberi's state citizenship, and instead demanded  multiple TRO hearings, claiming that Liberi's life is in danger. As a result of those 3 hearings Judge Robreno did not find any basis for TRO and found no evidence of threats. Berg appealed Judge Robreno's decision and filed an a motion for an emergency TRO hearing prior to filing his Appelant's brief. His motion was also denied, he later withdrew his appeal. At the last hearing in the District court Judge Robreno found  that Attorney Berg and his co-plaintiffs Liberi and Ostella **"were evasive on the stand and not believable as witnesses"** (12.23.2010 Memorandum and order *Liberi v Taitz*). Judge Robreno found no basis for Plaintiffs' allegations of threats.
- At the prior  hearing Judge Robreno **ordered the plaintiffs to file with court documentary evidence of Liberi's state citizenship**.(Transcript of 08.07.2009 Liberi v Taitz.) **Liberi never complied and there is no documentary evidence of her state citizenship filed with the court.**
- Without documentary proof of state citizenship one cannot proceed in diversity. Judge Robreno has acted with bias and abuse of judicial discretion and completely ignored multiple motions by the defendants to dismiss the case due to lack of subject matter jurisdiction, due to the fact that Liberi never filed any documents, showing her state citizenship. Judge Robreno refused to dismiss the case, even though he does not have any documentary evidence of the state citizenship of the lead plaintiff, which is necessary for diversity jurisdiction.
- Judge Robreno acted with bias and abuse of judicial discretion and continues writing in his orders that Liberi is a resident of PA, even though **no documents to that extend were ever filed.**
- Judge Robreno acted with bias and abuse of judicial discretion in refusing to consider any and all evidence presented by the defendants, showing that Liberi is currently on probation in San Bernardino County CA and according to her probation she is not allowed to live in PA, she can live only in CA or with her family in NM.
- During 12.20.2010 hearing on the stand Liberi admitted that she is indeed a convicted felon, that  she was convicted of theft in CA. Taitz provided Judge Robreno Liberi's probation record, that shows that she can live only in CA and NM. She is subject to frequent checks by her probation officer. Clearly she cannot reside in PA. In spite of the fact that Liberi never provided PA drivers license or any other

Exhibit "105"

Pg. 762

documentary evidence, in spite of the fact that she admitted on 12.20.2010 that she is a convicted felon from CA, judge Robreno continues writing in his orders that she is a resident of PA, whereby showing bias, abuse of judicial  discretion and possibly judicial misconduct. He is refusing to dismiss the case even though the issue of the subject matter jurisdiction is always before the court, it was properly and repeatedly raised by the defendants and completely ignored by the presiding judge. Without jurisdiction he allowed the case to sit in this court for a year and a half, he allowed the plaintiffs to harass the defendants, the whistleblowers, with thousands of pages of outrageous defamatory material and he never did, what he was supposed to do a year and a half ago: he never issued an order to show cause , why this case should not be dismissed due to the fact that Liberi never filed with the court a certified copy of her PA drivers license.

- **BIAS, ABUSE OF JUDICIAL DISCRETION AND POSSIBLE JUDICIAL MISCONDUCT BY THE PRESIDING JUDGE EDUARDO ROBRENO IN COMPLETELY IGNORING MULTIPLE LETTERS BY THE PRO SE DEFENDANT**

- One of the defendants in this case is a pro se indigent defendant Linda Belcher, who used to be an assistant and researcher for attorney Philip J Berg, and who reported that Berg knew that his paralegal Lisa Liberi is a convicted document forger and thief from CA, who is currently on probation. She submitted to judge Robreno multiple letters, where she stated that she was not served by attorney Berg for nearly a year. Her address on the court docket was incorrect. Belcher reported to judge Robreno, that not only Berg did not serve her, but that he also submitted to Robreno multiple pleadings, where he interpreted Belcher's silence as acquiescence with his outrageous allegations and with Berg's demands to sanction attorney Taitz. Belcher demanded to correct her address in the court records, reverse all the decisions made by the court during the time she was not served by Berg, she demanded sanctions assessed against Berg.   Typically, judges make an extra effort to accommodate a pro se party. Judge Robreno had a duty to address Belcher's letters and allegations against Berg and demand from Berg proof of service, particularly considering the fact that the docket showed a 12.22.2009 notation that letter sent to Belcher came back, showing wrong address. Clearly, Belcher was not getting correspondence.  Instead, judge Robreno simply ignored Belcher, he treated her as if she wasn't a human being by simply refusing to docket any of her multiple letters, refusing to refer to them in his rulings and orders. This showed an impermissible bias and abuse of judicial discretion.

- In and around 12.2009-01.2010  I submitted to Judge Robreno a motion for Rule 11  sanctions against Berg for filing a frivolous legal action based on fraud and perjury and for making multiple allegations and accusing me of multiple crimes, including capital crimes without a shred of evidence. Berg sent a letter of response and I replied. Judge Robreno docketed only Berg's response, but did not docket my motion or my reply. This showed bias and abuse of judicial discretion.

- I provided judge Robreno with evidence that Berg is submitting to this court and submitted to the Third Circuit Court of Appeals as well as the Supreme Court of the United States multiple documents prepared or at least handled by Liberi, who is a convicted document forger on probation. In his sworn affidavit, submitted to this court Berg admitted that Liberi prepared his complaint in Berg v Obama, which he submitted to this court, Third Circuit Court of Appeals and the Supreme Court of the United States. I provided the court with information that Berg was doing nationwide fundraising while using Liberi as his assistant and paralegal. Former researcher Belcher and former web master Staples provided information that Liberi manually handled the credit card accounts of donors, which is in violation of her probation. Judge  Robreno's order and memorandum after 12.20.2010 hearing showed that there was no basis for Berg's accusations of multiple crimes, including capital crimes made against the defendants.  Not only Judge Robreno had a duty to dismiss this case, as there was never any jurisdiction, but he had a duty to sanction the plaintiffs and particularly their attorney Berg in order to protect the public at large, to protect the integrity of the System of Justice and compensate the defendants for a year and a half of harassment and severe emotional distress, caused by Berg and bringing this frivolous legal action based on fraud and perjury and by malicious egregious misconduct in making accusations of serious crimes without any base in fact or law. Judge Robreno never sanctioned Berg for this behavior and he is de facto allowing Berg to continue to harass innocent individuals and

Exhibit "105"
Pg. 763

endanger the public at large.

- Currently Philip J, Berg is subject to disciplinary proceedings by the Disciplinary Board of the state of PA, which are scheduled for February 23rd . I believe, these proceedings are in connection to other cases, when Berg was already sanctioned by the district court. . See *In Re Berg*, 2008 Bankr. LEXIS 322 (ED PA 2008*); Holsworth v. Berg*, 2005 U.S. Dist. LEXIS 15393 (ED PA 2005).  (Exhibit 4). I ask your Honor to forward to this proceeding any and all findings, your Honor will gather in this case.

- **MISCONDUCT BY THE EMPLOYEES OF THE COURT: demand to investigate evidence of suspicious irregular handling of the transcript, omitting of multiple pages of testimony from the transcript, mishandling of the docket, removal of documents from the docket, refusal to docket documents and affidavits**

- On 12.202010 Judge Robreno held a TRO hearing in the above case. At the hearing party to action, web master Lisa Ostella admitted to locking me out from the web site of my foundation, replacing my e-mail address connected to pay-pal account with her own and continuing solicitation of donations. She admitted to creating a stamp with my signature and posting it on multiple documents. She also provided the most damaging testimony for her attorney Philip J. Berg. She stated, that she never made claims and allegation, that I tried to kidnap her children. She stated that those claims were made up by her attorney, Philip J. Berg.

- I paid $480 to the reporter Dona Anders for the transcript, I ordered it around 12.24.2010 and after multiple phone calls I received the transcript via e-mail on January 7th. On page 149 it contained certification "I, Matthew Tilghman, do hereby certify that the foregoing is the true and correct transcript from the electronic sound recordings of the proceedings in the above captioned matter". Signed and dated 01.06.2011 Matthew Tilgman.   (Exhibit 2)  When certified transcript was received, it was missing the most damaging testimony. It was missing the whole cross examination of Ostella and some other parts. This did not look like an error. If there is an error, one can expect typos, misspelling, a word or maybe a sentence missing here or there. This was consistent with intentional removal from the transcript of the damaging testimony. It looked like an attempt to defraud, to hide damaging evidence,  as testimony of the next witness was neatly arranged after the direct of Ostella, starting on the middle of the page, the whole cross examination of Ostella was missing.  I posted on my web site, that I will go with this to FBI, secret service and House Committee on the Judiciary. Two other attorneys  were in the court room that day  observing, what was going on and they could be subpoenaed to testify. Additionally, everything in Federal courtrooms is audio recorded. I started getting comments on my web site from some individuals, claiming that there was no cross examination of Ostella, someone was posting under assumed name, using an out of the country server. This person tried to convince me, that cross examination of Ostella never happened. Some individuals were sending messages to me, trying to convince me that I went crazy, that there was no cross examination of Ostella, or that judge has stricken it from the record. Luckily, the order and memorandum from the presiding judge contained reference to cross examination of Ostella, so clearly I was not going crazy, it happened, it was not stricken, but there was an attempt to tamper with evidence.   Next day, on Sunday, I received an e-mail from the court reporter Donna Anders. It contained a second certified version of the same hearing, which contained 13 more pages. She claimed that the scanner malfunctioned, which looked like an attempt to cover up. If the scanner malfunctions, a page would be missing here or there. One would not see a situation, where a scanner selectively omits 13 pages of cross examination, starting in the middle of the page.  After I received the second version, I noted some errors and the reporter sent a third version of the true and correct report, which contained 164 pages. (Exhibit 3).  There appears to be a coordinated effort by a number of employees of this court. Under title 28 USC section 351 I demand investigation, whether indeed there was a collusion between the court reporter Donna Anders and other employees of this federal court to assist plaintiffs in this case and detrimentally affect the defendants. I demand investigation, whether there was any directive from the chambers of any judge or any attorney or any other individual to remove the whole cross examination of party Lisa Ostella from the transcript of the 12.20.2010 hearing and make it look as if cross examination never took place. This is extremely troubling, as it happened in the U.S. Federal

Exhibit "105"
Pg. 764

court. As it is, currently the public surveys show only 9% approval rating for U.S. Judiciary. When the public at large sees, what is going on in the courts, as it happened in this case, the public loses the last grain of trust in the integrity of the judiciary and the public will take justice in its' own hands. This is extremely dangerous for the country as a whole. That is why it is imperative for Your Honor to take immediate action in investigating and prosecuting this matter.

## CONCLUSION

Your Honor,

 I demand expedient investigation of all of the above activity that transpired in this District Court. We have a convicted felon Lisa Liberi, who admitted during the December 20, 2010, that she is indeed a convicted felon from CA. Together with PA attorney Philip J. Berg and former web master Ostella, on 05.04.2009 Liberi filed a frivolous law suit, claiming that she and Berg were defamed, when Liberi's criminal record was published, claiming that she was a different Lisa Liberi, resident of PA, who was slandered by allegations of crimes. 12.20.2010 transcript shows that the whole law suit was frivolous, as Liberi admitted to being a convicted felon from CA. According to her probation she cannot reside in PA. The whole legal action was fraud on the court and an attempt to harass and silence the whistle blowers.

 Information above suggests a highly suspicious and irregular handling of the docket and transcripts in the US District Court for the Eastern District of Pennsylvania, cross examination was  selectively removed from the transcript, important documents were not docketed, removed from the docket, letters from pro-se defendant Linda Belcher were not docketed and not acted upon, presiding judge rendered opinions and orders contrary to the clear evidence and law and simply ignored multiple motions by the defendants and ignored all the evidence in front of him. This court is being de facto used to aid and abet a felon, Lisa Liberi in violating terms of her probation, it is used to aid and abet an attorney Philip J Berg, committing perjury and fraud on the court, when he is claiming that Liberi is a resident of PA, while knowing that not to be the case, the court is being used to harass innocent individuals for a year and a half with a frivolous multimillion dollar law suit and with outrageous accusations of multiple crimes.

I demand immediate investigation of what transpired in this courtroom. I demand Your Honor to review the docket of this case and information provided herein and take appropriate action.

    Sincerely

     Dr. Orly Taitz, ESQ

     pro se and for Defend Our Freedoms Foundation

cc Congressman Lamar Smith

Chairman of the House Committee

On the Judiciary

2409 Rayburn House Office Building

Washington DC, 20515

Judicial conduct board

Ste 403, 301 Chestnut str

## Exhibit "105"
## Pg. 765

Harrisburg, PA 17101

Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001

Mr. Glenn Fine

    Inspector General
U.S. Department of Justice
Investigations Division
950 Pennsylvania Avenue, N.W.
Room 4706
Washington, DC 20530

 Philadelphia District Attorneys' office

3 South Penn square

Philadelphia, PA

Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

released to US and international media and posted on the Internet

**EXHIBIT 1**

Exhibit "105"
Pg. 766

LIBERI , LISA

## Case FWV028000 – Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|-----|-----------|-----------------|--------|--------------------|-------------|----------------|----------------|
| 1 | LIBERI , LISA R | | | RA 110013759 | 05/18/2001 | PC 115(A) | 05/18/2001 |
| | ALIAS: LIBERI, LISA R | | | | | | |
| | ALIAS: COURVILLERICHARDSON, LISA | | | | | | |
| | ALIAS: LIBERI, LISA A | | | | | | |
| | ALIAS: RICHARDSON, LISA C | | | | | | |
| | ALIAS: COURVILLERICH, LISA | | | | | | |
| | ALIAS: LIBERI, LISA RENEE | | | | | | |
| | ALIAS: LIBERI, LISA | | | | | | |
| | ALIAS: RICHARDSON, LISA RENEE | | | | | | |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE – Status

|  |  |  |  |
|--|--|--|--|
| | | Custody | N/A |
| Filing Type | Held to Answer | Filing Date | 05/09/2003 |
| Ordered Bail | $0.00 | Posted Bail | $0.00 |
| D.A. | James R. Secord | Defense | Dean Pitcl (Court Appointed) |
| Next Action: | | Deputy Report #: | RA-RC 110013759 |

| Warrant | Type | Status | Issued | Affidavit |
|---------|------|--------|--------|-----------|
| | | NONE | N/A | N/A |
| Probation | Type | Granted | Expiration | |
| | Formal | 03/21/2008 | 03/21/2011 | |
| Sentence | Convicted Date | County Jail | CTS | |
| | 01/25/2008 | 26 Days | 26 Days | |
| | State Prison | Max Sentence | | |
| | N/A | N/A | | |
| | Fine and Penalty | Restitution Fine | Restitution to Victim | |
| | | 0 | N/A | |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE – Charges

| Arrest Charges | | | | | | | |
|----------------|--|--|--|--|--|--|--|
| Count | Charge | Severity | Description | Violation Date | Plea | Status | |
| | | | | | | | |

Exhibit "105"
Pg. 767

| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

## Filed Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

## Infor Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

## Exhibit "105"
## Pg. 768

| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
|---|---|---|---|---|---|---|
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

**Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE – Probation**

*Probation Type:* FORMAL     *Granted:* 03/21/2008     *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1)     SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1-PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE.

2)     VIOLATE NO LAW.

## Exhibit "105"
## Pg. 769

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7) NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

☺ SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9) NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.

10) SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

11) NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

13) NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

Exhibit "105"
Pg. 770

Extremely important. Yet another example of highly irregular and suspicio...

14) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES,

15) NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16) SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER QUARTERLY.

17) NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE PROBATION OFFICER.

18) NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER, EXCEPT IN THE COURSE OF EMPLOYMENT.

19) REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS OF ACQUISITION.

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT (10%) ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27) THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

28) DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

29) COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

31) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

32) PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.

**EXHIBIT 4**

Exhibit "105"
Pg. 771

A July 25, 2005 article from The Legal Intelligencer, "Lawyer Slapped With $10K in Sanctions for 'Laundry List of Unethical Actions' sums the situation here up:

"Finding that a Pennsylvania lawyer had committed a "laundry list of unethical actions," a federal judge has imposed more than $10,000 in sanctions and ordered the lawyer to complete six hours of ethics training. **U.S. District Judge J. Curtis Joyner's 10-page opinion in *Holsworth v. Berg* is packed with criticism of the conduct of attorney Philip Berg of Lafayette Hill, Pa."Other attorneys should look to Mr. Berg's actions as a blueprint for what not to do when attempting to effectively and honorably perform the duties of the legal profession," Joyner wrote. "This court has grown weary of Mr. Berg's continuous and brazen disrespect toward this court and his own clients. Mr. Berg's actions ... are an enormous waste of judicial time and resources that this court cannot, in good conscience, allow to go unpunished," Joyner wrote**. In the suit, Berg is accused of legal malpractice by former clients who claim his failure to respond to an ERISA claim against them led to a default judgment. But the sanctions against Berg stem from his decision to file a third-party counterclaim of fraud against a pension fund that had sued his former clients, according to court papers. Joyner blasted Berg for filing the fraud claim, calling it an "irresponsible decision" because the claim was "utterly barren of any scintilla of legal principles." Berg's motion was rejected and a default judgment of more than $5,300 was entered against his clients. The judgment swelled to more than $10,000 when Carpenters Health later successfully moved for a supplemental judgment to recover more than $4,700 in attorney fees for its efforts in responding to Berg's untimely motions. Holsworth and his wife later filed a legal malpractice suit against Berg in the Philadelphia County Court of Common Pleas, alleging that Berg negligently failed to represent them in the Carpenters Health case. A year later, in February 2005, Berg moved to join Carpenters Health as a third-party defendant in the malpractice suit, demanding more than $20,000 in damages. In his counterclaim, Berg alleged that the ERISA suit filed by Carpenters Health in 2001, which led to the malpractice claim against him, was "a fraud upon the court and a fraudulent taking from the Holsworths."Carpenter Health's lawyers removed the case to federal court and filed a motion to dismiss the claim. Joyner agreed, finding that Berg's fraud claim was "frivolous" and was motivated by an intent "to harass Carpenters Health and the Holsworths, as well as to delay and disrupt the administration of justice." The claim was fatally flawed, Joyner found, because Berg had no standing to bring suit against Carpenters Health and had "failed to conduct even a minimally reasonable inquiry before filing his complaint." Granting summary judgment in favor of Carpenters Health, Joyner said he found it "wholly unnecessary" even to consider the facts of the ERISA case because it was "abundantly clear" that Carpenters Health was entitled to a judgment as a matter of law. Joyner invited Carpenters Health to file a motion for Rule 11 sanctions. When it did, Joyner found that Berg "continued his trend of unprofessional conduct "... "Berg's fraud claim, Joyner said, was "inadequately pled, not grounded in fact, time-barred, and utterly irrelevant to the pending malpractice action against him."..."In his sanctions order, Joyner ordered Berg to reimburse Carpenters Health the $10,668 in attorney fees and costs it incurred in defending the claim. He also ordered Berg to complete six credits of ethics courses certified by the Pennsylvania Board of Continuing Legal Education, and recommended that Berg be investigated by the Pennsylvania Bar Association's Committee on Legal Ethics and Professional Responsibility."

**Category:** HOT ITEMS!, Help Needed, LINKS, Latest News, Legal Actions, Other Criminal or Suspicious Activities, Supporting Documentation, Uncategorized

## Comments

One Response to "Extremely important. Yet another example of highly irregular and suspicious activity in US District court. Demand for investigation filed with Chief Judge Bartle, chief Circuit Judge McKee, Public Integrity unit, Inspector General, House committee on the Judiciary and other authorities"

1. Politijabber
   January 13th, 2011 @ 10:20 am

Exhibit "105"
Pg. 772

**EXHIBIT "106"**



Exhibit "106"
Pg. 773

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

# World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

# I need your help

**Posted on** | January 15, 2011 | 3 Comments

Submitted on 2011/01/14 at 9:15pm

**Politijabber** Foggy lives in Coto de Caza.     update on Fogbow

I believe that this Foggy character is mentally deranged. If indeed he lives in Coto de Caza, it is right by my office. It is too close to comfort. If he is a licensed CA attorney, who stopped practicing law and became a flower shop owner, than he is using his home address with the CA bar. Coto De Caza is a small community. How many licensed attorneys reside there? Not too many. How many of them are no longer practicing law and instead selling flowers? Even less. Can someone help me check the public database of the CA bar and try

## Exhibit "106"
## Pg. 774

to find this person?

Another person, who posted on fogbow defamatory statements about me is believed to be Evelyn Adams, aka "momma E", who believed to be posting under name Lea. Evelyn Adams provided a number of perjured affidavits for the convicted document forger and thief Lisa Liberi and her attorney Philip Berg.  Fogbow was a vehicle of obstruction of justice and I can add this information to my complaint filed with the Orange County CA DA as well as San Bernardino CA  DA. This nightmare needs to end now.

**Category:** Uncategorized

## Comments

3 Responses to "I need your help"

1. Walter K.
   January 15th, 2011 @ 5:13 am

   You must be getting real close to the truth, Orly, or this people wouldn't be attacking you so viciously.

   This guy by the name of Foggy could quite possibly be the person that has tampered with your car. Think about it. If he is a florist, what better cover to act like he is delivering flowers in your area so he could pull your hoses.

   You can search for photos on Google. This could be that Foggy character from a family photo album I found.

   http://good-times.webshots.com/photo/1167719140038311650weSTej

2. alex
   January 15th, 2011 @ 5:41 am

   Orly. You need to be careful because being a florist seems to me to be a perfect way to stalk someone. Just think if he were out acting like he was delivering flowers and he came to your office. He could easily get under your car and pull emissions hoses.

   Until you have an exact name and address for this foggy character, I'd be watching all florist deliveries for suspicious activity. Do they actually deliver flowers? Do they do anything out of the ordinary, like maybe put flowers down in front of cars? Floral arrangements could be used for cover to hide the nefarious activities of the person.

3. james m
   January 15th, 2011 @ 8:10 am

   Orly. There are 30 flower shows in that town. If there's anyone that can help, I would suggest sending supporters to each shop and have them take photos of the people in the stores. I can go on my lunch breaks.

   Perhaps we could go in and say we're doing an article for a local paper and want a group photo. Then, once we have every person's photo taken, we could send the photos to you and you could identify this scoundrel.

Exhibit "106"
Pg. 775

**EXHIBIT "107"**



Exhibit "107"
Pg. 776

http://www.orlytaitzesq.com/?p=17844

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## Did Politijab'Fogbow attorneys harass Constitutional Law Professor Ron Rotunda and Chapman university? who is pressuring the Third Circuit Court of Appeals to change their ruling on jurisdiction in my case against Berg and his felon paralegal Lisa Liberi?

Posted on | January 15, 2011 | 9 Comments

Exhibit "107"
Pg. 777

A well know constitutional Law professor Ron Rotunda signed up as my friend on one of my Facebook pages. He also sent me an e-mail, where he stated that he supported my candidacy and voted for me for Secretary of State of CA.

When this information became public, some of the Politijab/ Fogbow attorneys, one of them goes by the name Raicha, called Professor Rotunda and Chapman university, where he is employed as the chair of the Constitutional law department, as well as the committee for the political reform, where he is a member.

Considering that some of these Democratic party attorney-operatives seem to know the outcome of my legal challenges before those are announced to the public, it is believed that a number of them work as clerks in the high courts as well as attorneys for the department of Justice. If indeed such governmental employees applied pressure and harassed professor Rotunda, Chapman University or other individuals, than it is very serious, as it would be an undue influence and violation of the Constitutional right for free speech perpetrated under color of authority. I need the public to help me identify these attorneys, officers of the court, who engaged in this practice and aided and abetted Obama in this massive elections fraud, social security fraud and treason. I believe some of these attorneys work in the 11th circuit court of appeals and third circuit court of appeals.

I am concerned by the fact, that just like Judge Carter was pressured to change his ruling, it appears that someone in high position of power is now pressuring the third circuit court of appeals to change it's ruling. The third circuit court of appeals already decided in my favor about half a year ago and found that I was right in that the 3rd court had jurisdiction to hear my appeal. In my appeal I was stating that Federal district judge Eduardo Robreno erred in that he did not grant my motion to dismiss the whole frivolous law suit filed by Berg. He denied all of Berg's motions, but he did not dismiss the whole case, even though it was a clear case of lack of subject matter jurisdiction.

Suddenly, after thousands of pages of pleadings and on the eve of the oral argument, and when the dismissal of the whole case filed by Berg is near, I got a bizarre letter from the third circuit, which came from the clerk, without any name of any judge. It said that the court wants the parties to write a letter, why the court even has jurisdiction to hear the appeal. What??? After it was already decided by the panel, they want us to go back to jurisdiction. It looks just like the same dirty trick Obama regime played in Judge Carter's court when they planted Siddharth Velamoor from Obama's defense firm Perkins Coie and suddenly the judge changed his ruling and decided that he no longer has jurisdiction, after he stated on the record that there is jurisdiction. I need to know, who specifically in the 3rd circuit court of appeals written this letter, on what authority and why is it being done, after the panel of their own judges decided that there is jurisdiction to hear my appeal? We have to expose and prosecute this dirty legal mafia influencing the courts or they will destroy the whole country.

They have the money, billions of Soros dollars, billions of Saudi dollars, but we have the truth on our side. We have to prevail.

**Category:** Uncategorized

## Comments

9 Responses to "Did Politijab'Fogbow attorneys harass Constitutional Law Professor Ron Rotunda and Chapman university? who is pressuring the Third Circuit Court of Appeals to change their ruling on jurisdiction in my case against Berg and his felon paralegal Lisa Liberi?"

1. raicha
   January 15th, 2011 @ 9:59 am
   Yes, I emailed Professor Rotunda, using my real name, including my real telephone number and real

# Exhibit "107"
# Pg. 778

**EXHIBIT "108"**



Exhibit "108"
Pg. 779

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## more on "Foggy", a person who was spreading slander about me

**Posted on** | January 16, 2011 | 15 Comments

**Politijabber**

Submitted on 2011/01/16 at 5:27am

None of these persons is Foggy. I lied about him living there, he lives in the Valley

answer from Orly

no, Foggy does not live in the Valley. He stated that he was a patient of mine. Valley is about a 100 miles away from my office. His IP registers in El

below are names of some attorneys in Coto de caza. I don't know if this character Foggy is listed among them. does anyone know?

Exhibit "108"
Pg. 780

Toro- that is next to my office, which means that he is either in Coto De Caza or El Toro, right by my office. This man is mentally unstable. Look at his ramblings. The name he got for himself "Captain Cock". This man sonds like he suffers from some type of psychosis, some from some sexual mental disfunction mixed with potential violence. Why would you want to hide this man's identity. You've seen what a crazy man did in AZ. Do you want something like this on your conscience. Please, disclose this man's name, so he can be referred to a psychiatrist and so that he can get help that he needs.

Similarly, a number of people suggested that actions of Lisa Liberi and Berg represent behavior of people who are not well mentally. How can someone in his right mind think to get away with such insane action? Claiming that she is a different person, that she is a resident of PA, when she was convicted in CA and multiple victims can testify, who she is.

After she already admitted that she is indeed a convicted thief from CA, they continue with their insane action. Maybe they think that the Federal system is so completely corrupt that anything will fly. I don't know. Berg's disciplinary board hearing is scheduled for February 23rd. We'll see, what will the board do. At this point you just don't know: they may disbar him, they may suspend his license, they may give him a private reprimand, which will not be visible to the public. We'll have to wait and see. This hearing is dealing with prior complaints against Berg, not current action. Even if the board gives him a private reprimand, it will have a cumulative effect, when current complaints reach the hearing level.

**Category:** Uncategorized

## Comments

15 Responses to "more on "Foggy", a person who was spreading slander about me"

1. Politijabber
   January 16th, 2011 @ 10:52 am

   So, you have no qualms about violating HIPPA by publishing the name of your former patient on the internet?

2. dr_taitz@yahoo.com
   January 16th, 2011 @ 11:46 am

   You don't have to publish it, my e-mail address and my phone number are on the top of my blog. You can call or e-mail

3. Rob Patterson
   January 16th, 2011 @ 3:07 pm

   Breaking News: we have found out who this Foggy and his co-conspirators are.

   Foggy is Patrick Compani from Compani's Flowers in Lake Forest, a number of obots congregate with him there and in a local coffee shop

Exhibit "108"
Pg. 781

**EXHIBIT "109"**



Exhibit "109"
Pg. 782

Case 8:11-cv-00485-AG -AJW    Document 190-20    Filed 05/20/11    Page 30 of 64    Page ID #:5304

http://www.orlytaitzesq.com/?p=17941

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## Another plaintiff reports on Judicial corruption and 11th circuit court of Appeals covering up.

**Posted on** | January 16, 2011 | 3 Comments

# JUDGE DONALD L. GRAHAM AND ELEVENTH CIRCUIT, U.S. COURT OF APPEALS: MASTERS OF DISHONESTY

HOME PAGE | JUNK LAW | JUDICIAL MISCONDUCT COMPLAINTS AGAINST JUDGE GRAHAM | SUA SPONTE ISSUED FILING INJUNCTION | JUDGE GRAHAM'S LAWSUIT | A TALE OF TWO APPEALS, SAME FACTS DIFFERENT RESULTS || ABOUT | JUDGE GRAHAM AWARDS $200,000 ATTORNEY'S FEES AGAINST

Exhibit "109"
Pg. 783

Orly:…it appears that all the info in this post has revealed one, major pattern:…that these federal judges have now been allowed to "play God!" And they don't have to answer to anyone! How absolutely disgusting and lazy and useless they are!

What we need is a: "Citizen/Patriot Court System," to protect all Americans against the vile, evil 'judicial incantations' of 'double-speak' judges!"

[Just like the supremes found out what can happen in Iowa with the judges voting to "allow" same-sex marriages!!] I loved it!

The 3 that were up for the re-election were voted "OUT" of office! Guess what's going to happen to the other 4 judges when they come up for re-election?

They seem to like to proclaim "T(l)R(i)U(e)T(s)H" and talk out of both sides of their mouth at the same time!

We need to set up New Rules for these "gods from Olympus!" The rule would be simple:… "either conduct your court, honestly and objectively, to do what is right, or else! Otherwise, as The Donald would say: "You're FIRED!"

This can also be arranged with a "Citizens Congress!" This is why it's so very important to have more and more members of the Patriotic, Christian Tea Party to win in the next election!

Then, this will help the (R)'s to take the Senate! Once both houses are under the (R) control…whatever needs to be "repealed," will be repealed!!!

This nonsense of having a judge or other official stay in office for such a long time, does nothing but create an attitude of "I can do anything I want to 'play' God!"

Maybe that's why God allowed Orly to come across this covert "attempt" at C.E.T.s trying to destroy America! Now…we just need to fight UNTIL WE WIN!

Davey Crockett…

2. Chum Lee
   January 17th, 2011 @ 6:49 am

   It is unfortunate that the term "judicial corruption" usually means "the judge ruled against me" or "I interpret the rules differently so I should always be right."

   Why aren't these folks in a rage about Citizen's United, where the Supreme Court went well beyond the scope of the issue before it?

   I guess the outrage is selective.

   While I am sure corruption is out there, I just do not see it to the extent this person or Orly does.

3. dr_taitz@yahoo.com
   January 17th, 2011 @ 7:15 am

   what do you think about my case in PA, where Liberi admits that she is a recently convicted felon from CA, her probation clearly states that she is not allowed to live in PA and the judge continues writing that she is a resident of PA, which gives cover to Berg and Liberi and he allows them to continue harassing me? Is this corruption within the judiciary? What would you do?
   When the court deletes the whole cross examination from the transcript, is this corruption within the Federal court? One has to be blind not to see it. You are saying that you are a successful lawyer, so why don't you help me fight this corruption of the judiciary system one case at a time. I understand that you are a Democrat and you would not do anything against Obama, but this is not an Obama case and it screams "corruption in the federal court" you can e-mail me to orly.taitz@gmail.com, as I have problems with my yahoo

Exhibit "109"
Pg. 784

# EXHIBIT "110"



Exhibit "110"
Pg. 785

http://www.orlytaitzesq.com/?p=18076

- [VIDEOS](#)
- [Home](#)

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho
Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of
checking the veracity of all the claims and allegations in the articles.

## from the web site Lawless America

**Posted on** | January 20, 2011 | [1 Comment](#)

**Part of the problem is that one of the pilars of this tyranny is Judicial
corruption. Please, report to the House of Representatives
of Congress corruption in the federal judiciary. You can report to the
state assemblies judicial corruption in  state courts.  This is a threat to
anybody. I am an example of how a regime can use criminals like Lisa
Liberi in filing frivolous legal actions and how innocent people can be**

Exhibit "110"
Pg. 786

harassed by such actions by criminals and how federal judges can aid
and abet this harassment by lying about fact amd law and refusing to
dismiss frivolous law suits. This a form of intimidation. You can find
web sites like InProPerin LA, Hall of Shame, LawlessInAmerica. In
any tyranny, in any police state, in any regime for an attorney to be
successful, he had to be dishonest, without conscience. It scares me.

As I see more and more corruption, outright lying by judges, abuse of
their authority, obstrucion of justice in the courts by clerks, by court
reporters, I realize how bad things are, how much work we have
ahead of us.  You can't be silent. When people were silent, they ended
up in the gas chambers in Buchenwald and Treblinka. Shockingly, in
Nazi Germany there were courts, there were judges. As people were
loaded on the freight trains and sent to their death in concentration
camps, most of German citizens thought that they had a system of
justice. Men and women wearing black robes, hiding black soles were
looking the other way at best, or aiding and abeting the tyranical
regime at worst. That is what is happening today in this country and
it is getting worse. I can see an assault mounted on Sarah Palin, on
beacons of free speech like Mark Levine, like Rush Limbaugh, on tea
party.  You can see brain dead lackeys of the regime in the media
lashing out on dissidents. I can see intellectuals and civil rights
attorneys living the country and living in exile and working from
Europe and other countries around the world to end this tyranny.

Today, more than ever we need you, the patriots of this country to end this tyranny. We need you to hold
your representatives accountable. Demand judicial committee hearing and removal from office of the illegal
usurper who sits in the White house with some one else's Connecticut social security number 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.
Demand holding judges accountable, bringing them to the hearing of the judicial committee and impeaching
ones who egregiously vio.ate the law and abuse their judicial discretion.

I will post later the pleadings that are being filed today in the Third Circuit court of Appeals.

 We all know that part of the PsyOp used by the regime since the 60s is using the legal system, particularly
federal judiciary to harass any dissidents, any patriots standing up to regime. Often, just as you see corrupt
attorneys working as clerks for judges or aids for Congressmen and senators, you can also see corrupt
attorneys supposedly helping patriots, but in reality hurting them. One always wonders, who is the real client
of these attorneys.

Exhibit "110"
Pg. 787

# Federal Judge Impeached…It's a Start

Wednesday, 08 December 2010 00:00 William M. Windsor Hits: 202

E-mail  Print  PDF

porteous-g-thomas-300w

It's a start.

The U.S. Senate found Federal Judge G. Thomas Porteous of Louisiana guilty on four articles of impeachment on Wednesday, which will remove him from the federal bench.

He had been accused of accepting kick-backs and lying to the Senate and FBI.

The vote makes Porteous, 63, only the eighth federal judge in the nation's history to be impeached and convicted.

Porteous is also "forever disqualified to hold and enjoy any office of honor, trust or profit under the United States," Sen. Daniel Inouye said during Wednesday's Senate hearing.

The Senate adopted the motion barring Porteous from holding a future federal office by a vote of 94 to 2.

In March, the House of Representatives voted unanimously to impeach Porteous on corruption charges.

"Our investigation found that Judge Porteous participated in a pattern of corrupt conduct for years," U.S. Rep. Adam Schiff, D-California, chairman of the House Judiciary Committee Task Force on Judicial Impeachment.

In a statement at the time, Porteous' lawyer, Richard W. Westling, said the Justice Department had decided not to prosecute because it did not have credible evidence.

"Unfortunately, the House has decided to disregard the Justice Department's decision and to move forward with impeachment," he said. "As a result, we will now turn to the Senate to seek a full and fair hearing of all of the evidence."

Porteous, who turns 64 this year, was appointed to the federal bench in 1994. He has not worked as a judge since he was suspended with pay in the fall of 2008, Westling said.

The most recent previous impeachment of a federal judge by the House was last year.

Judge Samuel B. Kent of the U.S. District Court for the Southern District of Texas resigned after being impeached on charges of sexual assault, obstructing and impeding an official proceeding and making false and misleading statements, according to the website of the Federal Judicial Center.

Before then, Judge Walter L. Nixon of U.S. District Court for the Southern District of Mississippi was impeached in 1989 on charges of perjury before a federal grand jury. The Senate convicted him and removed him from office that year.

(Reprinted from CNN)

Exhibit "110"
Pg. 788

EXHIBIT "111"



Exhibit "111"
Pg. 789

Case 8:11-cv-00485-AG -AJW   Document 190-20   Filed 05/20/11   Page 39 of 64   Page ID #:5313

http://www.orlytaitzesq.com/?p=18129

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## Filed yesterday in the Third Circuit Court of Appeals

**Posted on** | January 21, 2011 | 1 Comment

Part 1 (87 pages)
Part 2 (88 pages)
Part 3 (102 pages)
Part 4 (103 pages)

**Category:** Uncategorized

**Comments**

Exhibit "111"
Pg. 790



EXHIBIT 4

COMPLAINT TO THE CHIEF JUDGE OF THE CIRCUIT

(SUMMARY OF APPELLEE/LIBERI'S RECORD OF CRIMINAL CONVICTIONS AND CONDITIONS OF PROBATION INCLUDED)

Exhibit "111"
Pg. 792

DR. ORLY TAITZ ESQ

PRESIDENT

DEFEND OUR FREEDOMS FOUNDATION

29839 SANTA MARGARITA PKWY, ste. 100

Rancho Santa Margarita CA 92688

Ph 949-683-5411 fax 949-766-7603

orly.taitz@gmail.com

**Attention Hon Harvey Bartle, III**

**Chief Judge**

**US District Court**

**Eastern District of PA**

**601 Market str**

**Philadelphia, PA 19106**


**Theodor McKee**

**Chief Judge**

**Third Circuit Court of Appeals**

**20614 US courthouse**

**601 Market str.**

**Philadelphia PA 19106**


## COMPLAINT

*Complaint to Chief Judge of US District Court for the Eastern District of PA    Harvey Bartle, III*        1

Exhibit "111"
Pg. 793

Re:   1. Highly irregular and suspicious activity by a court reporter and other employees of the U.S. District court for the Eastern District of Pennsylvania, removal of important testimony from the certified transcript of the hearing, attempt to hide testimony.

   2. manipulation of the docket, refusal to docket important documents

   3. Fraud, Perjury by a PA licensed attorney

   4. Bias, Abuse of judicial discretion, possible judicial misconduct

Your Honor,

Actions observed in this court were so troubling, that a copy of this letter is provided to the Inspector General of the Department of Justice, Public Integrity Unit of the Department of Justice, Third Circuit Court of Appeals, Philadelphia District Attorney, Judicial Conduct Board, Disciplinary Board of PA and Committee on the Judiciary of the House of Representatives, as well as to the U.S. and international media and public at large .

- Together with multiple innocent parties I was sued in this district in case *Liberi et al v Taitz et al*, 09-1898 filed by PA attorney Philip J. Berg as a plaintiff and attorney for plaintiffs. This case was filed in federal court because the plaintiffs claimed diversity of citizenship, they claimed that the lead plaintiff Lisa Liberi is a resident of PA. This is the case of falsely alleged defamation of character, slander. The essence of this case in that the plaintiffs claimed that Liberi-paralegal for attorney Berg, who works with him via e-mails and mail, and her attorney Berg were defamed, when the defendants, the whistleblowers, published the summary of Liberi's 2008 CA criminal record for forgery of documents, forgery of official seal and theft from CA (Exhibit 1). Plaintiffs claimed that the plaintiff Liberi is a resident of PA and not a convicted felon from CA. Later at 12.20.2010 hearing Liberi admitted that she is indeed a convicted felon from CA.

Exhibit "111"
Pg. 794

- After Defendants were served with the complaint, defendants demanded documentary proof of Liberi's PA citizenship for the purpose of establishing, if there is diversity to proceed in federal court and, as due to the fact that Liberi's state citizenship is essential for the whole case. In response Plaintiffs refused to provide Liberi's PA drivers license and instead made outrageous allegations of crimes, among them they claimed that Liberi cannot provide her PA drivers license because she is afraid for her life, because attorney Orly Taitz tried to hire a hit man and kill her and kidnap children of another party Lisa Ostella. Plaintiffs never provided any documentary evidence of Liberi's state citizenship, and instead demanded multiple TRO hearings, claiming that Liberi's life is in danger. As a result of those 3 hearings Judge Robreno did not find any basis for TRO and found no evidence of threats. Berg appealed Judge Robreno's decision and filed an a motion for an emergency TRO hearing prior to filing his Appelant's brief. His motion was also denied, he later withdrew his appeal. At the last hearing in the District court Judge Robreno found that Attorney Berg and his co-plaintiffs Liberi and Ostella "**were evasive on the stand and not believable as witnesses**" (12.23.2010 Memorandum and order *Liberi v Taitz*). Judge Robreno found no basis for Plaintiffs' allegations of threats.
- At the prior hearing Judge Robreno **ordered the plaintiffs to file with court documentary evidence of Liberi's state citizenship.**(Transcript of 08.07.2009 Liberi v Taitz.) **Liberi never complied and there is no documentary evidence of her state citizenship filed with the court.**
- Without documentary proof of state citizenship one cannot proceed in diversity. Judge Robreno has acted with bias and abuse of judicial discretion and completely ignored multiple motions by the defendants to dismiss the case due to lack of subject matter jurisdiction, due to the fact that Liberi never filed any documents, showing her state citizenship. Judge Robreno refused to dismiss the case, even though he does not have any documentary evidence of the state citizenship of the lead plaintiff, which is necessary for diversity jurisdiction.

forger and thief from CA, who is currently on probation. She submitted to judge Robreno multiple letters, where she stated that she was not served by attorney Berg for nearly a year. Her address on the court docket was incorrect. Belcher reported to judge Robreno, that not only Berg did not serve her, but that he also submitted to Robreno multiple pleadings, where he interpreted Belcher's silence as acquiescence with his outrageous allegations and with Berg's demands to sanction attorney Taitz. Belcher demanded to correct her address in the court records, reverse all the decisions made by the court during the time she was not served by Berg, she demanded sanctions assessed against Berg.  Typically, judges make an extra effort to accommodate a pro se party. Judge Robreno had a duty to address Belcher's letters and allegations against Berg and demand from Berg proof of service, particularly considering the fact that the docket showed a 12.22.2009 notation that letter sent to Belcher came back, showing wrong address. Clearly, Belcher was not getting correspondence.  Instead, judge Robreno simply ignored Belcher, he treated her as if she wasn't a human being by simply refusing to docket any of her multiple letters, refusing to refer to them in his rulings and orders. This showed an impermissible bias and abuse of judicial discretion.

- In and around 12.2009-01.2010  I submitted to Judge Robreno a motion for Rule 11 sanctions against Berg for filing a frivolous legal action based on fraud and perjury and for making multiple allegations and accusing me of multiple crimes, including capital crimes without a shred of evidence. Berg sent a letter of response and I replied. Judge Robreno docketed only Berg's response, but did not docket my motion or my reply. This showed bias and abuse of judicial discretion.

- I provided judge Robreno with evidence that Berg is submitting to this court and submitted to the Third Circuit Court of Appeals as well as the Supreme Court of the United States multiple documents prepared or at least handled by Liberi, who is a convicted document forger on probation. In his sworn affidavit, submitted to this court Berg admitted that Liberi prepared his complaint in Berg v Obama, which he submitted to this court, Third Circuit Court of Appeals and the Supreme Court of the United States. I provided the court with information that Berg was doing nationwide fundraising while using Liberi as

Exhibit "111"
Pg. 796

his assistant and paralegal. Former researcher Belcher and former web master Staples provided information that Liberi manually handled the credit card accounts of donors, which is in violation of her probation. Judge Robreno's order and memorandum after 12.20.2010 hearing showed that there was no basis for Berg's accusations of multiple crimes, including capital crimes made against the defendants. Not only Judge Robreno had a duty to dismiss this case, as there was never any jurisdiction, but he had a duty to sanction the plaintiffs and particularly their attorney Berg in order to protect the public at large, to protect the integrity of the System of Justice and compensate the defendants for a year and a half of harassment and severe emotional distress, caused by Berg and bringing this frivolous legal action based on fraud and perjury and by malicious egregious misconduct in making accusations of serious crimes without any base in fact or law. Judge Robreno never sanctioned Berg for this behavior and he is de facto allowing Berg to continue to harass innocent individuals and endanger the public at large.

- Currently Philip J, Berg is subject to disciplinary proceedings by the Disciplinary Board of the state of PA, which are scheduled for February 23rd. I believe, these proceedings are in connection to other cases, when Berg was already sanctioned by the district court. . See *In Re Berg*, 2008 Bankr. LEXIS 322 (ED PA 2008); *Holsworth v. Berg*, 2005 U.S. Dist. LEXIS 15393 (ED PA 2005). (Exhibit 4). I ask your Honor to forward to this proceeding any and all findings, your Honor will gather in this case.

- **MISCONDUCT BY THE EMPLOYEES OF THE COURT: demand to investigate evidence of suspicious irregular handling of the transcript, omitting of multiple pages of testimony from the transcript, mishandling of the docket, removal of documents from the docket, refusal to docket documents and affidavits**

- On 12.202010 Judge Robreno held a TRO hearing in the above case. At the hearing party to action, web master Lisa Ostella admitted to locking me out from the web site of my foundation, replacing my e-mail address connected to pay-pal account with her own and continuing solicitation of donations. She admitted to creating a stamp with my signature and posting it on multiple

Exhibit "111"
Pg. 797

documents. She also provided the most damaging testimony for her attorney Philip J. Berg. She stated, that she never made claims and allegation, that I tried to kidnap her children. She stated that those claims were made up by her attorney, Philip J. Berg.

- I paid $480 to the reporter Dona Anders for the transcript, I ordered it around 12.24.2010 and after multiple phone calls I received the transcript via e-mail on January 7th. On page 149 it contained certification "I, Matthew Tilghman, do hereby certify that the foregoing is the true and correct transcript from the electronic sound recordings of the proceedings in the above captioned matter". Signed and dated 01.06.2011 Matthew Tilgman. (Exhibit 2) When certified transcript was received, it was missing the most damaging testimony. It was missing the whole cross examination of Ostella and some other parts. This did not look like an error. If there is an error, one can expect typos, misspelling, a word or maybe a sentence missing here or there. This was consistent with intentional removal from the transcript of the damaging testimony. It looked like an attempt to defraud, to hide damaging evidence, as testimony of the next witness was neatly arranged after the direct of Ostella, starting on the middle of the page, the whole cross examination of Ostella was missing. I posted on my web site, that I will go with this to FBI, secret service and House Committee on the Judiciary. Two other attorneys were in the court room that day observing, what was going on and they could be subpoenaed to testify. Additionally, everything in Federal courtrooms is audio recorded. I started getting comments on my web site from some individuals, claiming that there was no cross examination of Ostella, someone was posting under assumed name, using an out of the country server. This person tried to convince me, that cross examination of Ostella never happened. Some individuals were sending messages to me, trying to convince me that I went crazy, that there was no cross examination of Ostella, or that judge has stricken it from the record. Luckily, the order and memorandum from the presiding judge contained reference to cross examination of Ostella, so clearly I was not going crazy, it happened, it was not stricken, but there was an attempt to tamper with evidence. Next day, on Sunday, I received an e-mail from the court reporter Donna Anders. It contained a second certified version

Exhibit "111"
Pg. 798

of the same hearing, which contained 13 more pages. She claimed that the scanner malfunctioned, which looked like an attempt to cover up. If the scanner malfunctions, a page would be missing here or there. One would not see a situation, where a scanner selectively omits 13 pages of cross examination, starting in the middle of the page. After I received the second version, I noted some errors and the reporter sent a third version of the true and correct report, which contained 164 pages. (Exhibit 3). There appears to be a coordinated effort by a number of employees of this court. Under title 28 USC section 351 I demand investigation, whether indeed there was a collusion between the court reporter Donna Anders and other employees of this federal court to assist plaintiffs in this case and detrimentally affect the defendants. I demand investigation, whether there was any directive from the chambers of any judge or any attorney or any other individual to remove the whole cross examination of party Lisa Ostella from the transcript of the 12.20.2010 hearing and make it look as if cross examination never took place. This is extremely troubling, as it happened in the U.S. Federal court. As it is, currently the public surveys show only 9% approval rating for U.S. Judiciary. When the public at large sees, what is going on in the courts, as it happened in this case, the public loses the last grain of trust in the integrity of the judiciary and the public will take justice in its' own hands. This is extremely dangerous for the country as a whole. That is why it is imperative for Your Honor to take immediate action in investigating and prosecuting this matter.

## CONCLUSION

Your Honor,

I demand expedient investigation of all of the above activity that transpired in this District Court. We have a convicted felon Lisa Liberi, who admitted during the December 20, 2010, that she is indeed a convicted felon from CA. Together with PA attorney Philip J. Berg and former web master Ostella, on 05.04.2009 Liberi filed a frivolous law suit, claiming that she and Berg were defamed, when Liberi's criminal record was published, claiming that she was a different Lisa Liberi, resident of PA, who was slandered by allegations of crimes. 12.20.2010 transcript shows that the whole law suit was frivolous, as Liberi admitted to being a convicted felon from CA. According to her probation she cannot reside in PA. The

Exhibit "111"
Pg. 799

whole legal action was fraud on the court and an attempt to harass and silence the whistle blowers.

Information above suggests a highly suspicious and irregular handling of the docket and transcripts in the US District Court for the Eastern District of Pennsylvania, cross examination was selectively removed from the transcript, important documents were not docketed, removed from the docket, letters from pro-se defendant Linda Belcher were not docketed and not acted upon, presiding judge rendered opinions and orders contrary to the clear evidence and law and simply ignored multiple motions by the defendants and ignored all the evidence in front of him. This court is being de facto used to aid and abet a felon, Lisa Liberi in violating terms of her probation, it is used to aid and abet an attorney Philip J Berg, committing perjury and fraud on the court, when he is claiming that Liberi is a resident of PA, while knowing that not to be the case, the court is being used to harass innocent individuals for a year and a half with a frivolous multimillion dollar law suit and with outrageous accusations of multiple crimes.

I demand immediate investigation of what transpired in this courtroom. I demand Your Honor to review the docket of this case and information provided herein and take appropriate action.

Sincerely

Dr. Orly Taitz, ESQ

pro se and for Defend Our Freedoms Foundation

cc Congressman Lamar Smith
Chairman of the House Committee
On the Judiciary
2409 Rayburn House Office Building
Washington DC, 20515

Judicial conduct board
Ste 403, 301 Chestnut str
Harrisburg, PA 17101

Complaint to Chief Judge of US District Court for the Eastern District of PA   Harvey Bartle, III          9

Exhibit "111"
Pg. 800

Public Integrity Section
Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

Mr. Glenn Fine
Inspector General
U.S. Department of Justice
Investigations Division
950 Pennsylvania Avenue, N.W.
Room 4706
Washington, DC 20530


Philadelphia District Attorneys' office

3 South Penn square

Philadelphia, PA


Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland


Complaint to Chief Judge of US District Court for the Eastern District of PA    Harvey Bartle, III        10

International Criminal bar Hague

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

released to US and international media and posted on the Internet

Exhibit "111"
Pg. 802

**EXHIBIT 1**



Case FWV028000 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | | | | RA 110013759 | 05/18/2001 | | 05/18/2001 |

Complaint to Chief Judge of US District Court for the Eastern District of PA    Harvey Bartle, III    12

Exhibit "111"
Pg. 803

ALIAS: LIBERI, LISA R

ALIAS: COURVILLERICHARDSON, LISA

ALIAS: LIBERI, LISA A

ALIAS: RICHARDSON, LISA C

ALIAS: COURVILLERICH, LISA

ALIAS: LIBERI, LISA RENEE

ALIAS: LIBERI, LISA

ALIAS: RICHARDSON, LISA RENEE

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Status

|  |  |  |  |
|---|---|---|---|
|  |  | *Custody* | **N/A** |
| *Filing Type* | **Held to Answer** | *Filing Date* | **05/09/2003** |
| *Ordered Bail* **$0.00** |  | *Posted Bail* | **$0.00** |
| *D.A.* | **James R. Secord** | *Defense* | **Dean Pitcl (Court Appointed)** |
| *Next Action:* |  | *Deputy Report #:* | **RA-RC 110013759** |

| *Warrant* | *Type* | *Status* | *Issued* | *Affidavit* |
|---|---|---|---|---|
|  |  | **NONE** | **N/A** | **N/A** |
| *Probation* | *Type* |  | *Granted* | *Expiration* |
|  | **Formal** |  | **03/21/2008** | **03/21/2011** |
| *Sentence* | *Convicted Date* |  | *County Jail* | *CTS* |

Complaint to Chief Judge of US District Court for the Eastern District of PA   Harvey Bartle, III        13

## Exhibit "111"
## Pg. 804

| 01/25/2008 | 26 Days | 26 Days |
|---|---|---|
| State Prison | Max Sentence | |
| N/A | N/A | |
| Fine and Penalty | Restitution Fine | Restitution to Victim |
| | 0 | N/A |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

Complaint to Chief Judge of US District Court for the Eastern District of PA   Harvey Bartle, III   14

Exhibit "111"
Pg. 805

| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | HTA |
|---|---|---|---|---|---|
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |

Complaint to Chief Judge of US District Court for the Eastern District of PA   Harvey Bartle, III          15

Exhibit "111"
Pg. 806

| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
|---|---|---|---|---|---|---|
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |

Exhibit "111"
Pg. 807

| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation

*Probation Type:* FORMAL    *Granted:* 03/21/2008    *Expire* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS

1) SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1- PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE

2) VIOLATE NO LAW.

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT OR SCHOOL

6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24) HOURS PRIOR TO ANY CHANGES PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF

Exhibit "111"
Pg. 808

RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM

7) NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

8) SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9) NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER

10) SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

11) NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

13) NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

14) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES,

15) NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR

Exhibit "111"
Pg. 809

POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16) SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER QUARTERLY.

17) NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE PROBATION OFFICER

18) NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER, EXCEPT IN THE COURSE OF EMPLOYMENT.

19) REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS OF ACQUISITION

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF $66951 08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200 00, PLUS A TEN PERCENT (10%) ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS

27) THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

28) DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

29) COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION

31) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

32) PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.

## EXHIBIT 4

A July 25, 2005 article from The Legal Intelligencer, "Lawyer Slapped With $10K in

Sanctions for 'Laundry List of Unethical Actions' sums the situation here up:

"Finding that a Pennsylvania lawyer had committed a "laundry list of unethical

actions," a federal judge has imposed more than $10,000 in sanctions and

ordered the lawyer to complete six hours of ethics training. **U.S. District Judge J.**

**Curtis Joyner's 10-page opinion in** *Holsworth v. Berg* **is packed with criticism of**

**the conduct of attorney Philip Berg of Lafayette Hill, Pa."Other attorneys should**

**look to Mr. Berg's actions as a blueprint for what not to do when attempting to**

**effectively and honorably perform the duties of the legal profession," Joyner**

**wrote. "This court has grown weary of Mr. Berg's continuous and brazen**

**disrespect toward this court and his own clients. Mr. Berg's actions ... are an**

**enormous waste of judicial time and resources that this court cannot, in good**

Complaint to Chief Judge of US District Court for the Eastern District of PA    Harvey Bartle, III         20

Exhibit "111"
Pg. 811

# EXHIBIT "112"



Exhibit "112"
Pg. 812

- VIDEOS
- Home

# Dr. Orly Taitz Esquire

**Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010**

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## I need your help in PA. I need people to come to this disciplinary hearing against Berg as witnesses. It is open to the public, but for some reason they were not willing to agree to allow members of the public to purchase the audiotape or transcript of the hearing. I did not get the audio tapes of the hearings in Philadelphia, PA and Santa Ana CA. I am extremely concerned about things that are happening

**Posted on** | January 24, 2011 | Comments Off

Please, call me 949-683-5411 and let me know if you can be there as a witness, to record what was going on , particularly if

Exhibit "112"
Pg. 813

you are an attorney or retired judge or a court reporter or a member of law enforcement.

Disciplinary Board of the Supreme Court of Pennsylvania                    Page 1 of 1

# The Disciplinary Board
of the Supreme Court of Pennsylvania

**Attorney ID: 9867**

B e r g ,   P h i l i p   J .

## PENDING PROCEEDINGS

### PETITION FOR DISCIPLINE

| DB NO. | DATE | DESCRIPTION | EFFECTIVE |
|---|---|---|---|
| 208 DB 2010 | 10/18/2010 | PETITION FOR DISCIPLINE FILED | |
| 208 DB 2010 | 12/13/2010 | ANSWER TO PETITION FOR DISCIPLINE FILED BY RESPONDENT | |
| 208 DB 2010 | 12/17/2010 | HEARING SCHEDULED (02/23/2011), 09:30 AM DISTRICT II | |
| 208 DB 2010 | 12/17/2010 | PETITION REFERRED TO HEARING COMMITTEE BARRETT, MALLON, SANTARELLI | |

## HISTORY

©2007-2011 The Disciplinary Board of the Supreme Court of Pennsylvania. |
**Disclaimer**

For questions or comments regarding the website, please contact us at
**comments@padisciplinaryboard.org.**

http://www.padisciplinaryboard.org/pa_attorney_public.php?id=9867&attname=Berg%2C...   1/15/2011

Exhibit "112"
Pg. 814