1 | JAYSON Q. MARASIGAN (Bar No. 227525)
2 | DACK MARASIGAN, LLP
  | 23041 Avenida de la Carlota, Suite 300
  | Laguna Hills, California 92653
3 | Telephone: (949) 206-9848
  | Facsimile: (949) 206-9851
4 |
  | Attorneys for Defendant Orly Taitz
5 |
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
10 |
11 | LISA LIBERI and PHILIP J. BEG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL,
   | CASE NO. 8:11-cv-00485-AG (AJW)
   | **PROOF OF SERVICE**
14 | Plaintiffs,
   | vs.
15 | ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC. and YOSEF TAITZ and THE SANKEY FIRM and SANKEY INVESTIGATIONS, INC. and NEIL SANKEY and JAMES SUNQUIST and ROCK SALT PUBLISHING and LINDA SUE BELCHER a/k/a LINDA S. BELCHER a/k/a LINDA STARR; a/k/a NEWWOMENSPARTY a/k/a STITCHENWITCH a/k/a EVA BRAUN a/k/a WEB SERGEANT a/k/a KATY a/k/a WWW.OBAMACITIZENSHIPDEBATE.ORG and EDGAR HALE a/k/a JD SMITH; and CAREN HALE; and PLAINS RADIO NETWORK, a/k/a PLAINS RADIO NETWORK, INC. a/k/a PLAINS RADIO; and BAR H FARMS; and KPRN AM 1610; and DOES 1 through 200 Inclusive,
   | Complaint Filed: May 4, 2009
   | Defendants.

1

PROOF OF SERVICE

## PROOF OF SERVICE

**COUNTY OF ORANGE, STATE OF CALIFORNIA, UNITED STATES OF AMERICA**

I am employed in the County of Orange. I am over the age of eighteen years and not a party to the within entitled action; my business address is 23041 Avenida de la Carlota, Suite 300, Laguna Hills, California 92653.

On May 23, 2011, I served the following document(s) described as **NOTICE OF ASSOCIATION OF COUNSEL PENDING ORDER ON REQUEST FOR SUBSTITUTION OF ATTORNEY** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**SEE ATTACHED LIST**

[x] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Laguna Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (949) 206-9851. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2011, at Laguna Hills, California.

Liz Mendoza

PROOF OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | The Sankey Firm, Inc |
| | 2470 Stearns St., #162 |
| 4 | Simi Valley, California 93063 |
| | Fax: (805) 520-5804 |
| 5 | E-Mail: **todd@thesankeyfirm.com** |
| | Defendant in Pro Se |
| 6 | |
| | Neil Sankey |
| 7 | Sankey Investigations, Inc. |
| | P.O. Box 8298 |
| 8 | Mission Hills, California 91346 |
| | Fax: (805) 520-5804 |
| 9 | E-mail: **nsankey@thesankeyfirm.com** |
| | Defendants in Pro Se |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE