| | |
|---|---|
| 1 | JAYSON Q. MARASIGAN (Bar No. 227225)<br>DACK MARASIGAN, LLP |
| 2 | 23041 Avenida de la Carlota, Suite 300<br>Laguna Hills, California 92653 |
| 3 | Telephone:  (949) 206-9848<br>Facsimile:   (949) 206-9851 |
| 4 | |
| 5 | Attorneys for Defendant Orly Taitz |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL,<br><br>Plaintiffs,<br>vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC. and YOSEF TAITZ and THE SANKEY FIRM and SANKEY INVESTIGATIONS, INC. and NEIL SANKEY and JAMES SUNQUIST and ROCK SALT PUBLISHING and LINDA SUE BELCHER a/k/a LINDA S. BELCHER a/k/a LINDA STARR; a/k/a NEWWOMENSPARTY a/k/a STITCHENWITCH a/k/a EVA BRAUN a/k/a WEB SERGEANT a/k/a KATY a/k/a WWW.OBAMACITIZENSHIPDEBATE.ORG and EDGAR HALE a/k/a JD SMITH; and CAREN HALE; and PLAINS RADIO NETWORK, a/k/a PLAINS RADIO NETWORK, INC. a/k/a PLAINS RADIO; and BAR H FARMS; and KPRN AM 1610; and DOES 1 through 200 Inclusive,<br><br>Defendants. | CASE NO. 8:11-cv-00485-AG (AJW)<br><br>**EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LISA LIBERI SUBMITTED IN SUPPORT OF ORLY TAITZ'S REPLY TO PLAINTIFFS' OPPOSITION TO ANTI-SLAPP MOTION TO DISMISS**<br><br>Date: June 13, 2011<br>Time: 10:00 a.m.<br>Dept.: Crtrm 10D<br><br>[Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Orly Taitz; and Evidentiary Objections to the Declaration of Philip J. Berg Filed Concurrently Herewith]<br><br>Complaint Filed: May 4, 2009 |

1

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LISA LIBERI SUBMITTED IN SUPPORT OF ORLY TAITZ'S REPLY TO PLAINTIFFS' OPPOSITION TO ANTI-SLAPP MOTION TO DISMISS

Defendant Orly Taitz ("Taitz") hereby objects to the Declaration of Lisa Liberi filed and served in support of Plaintiffs' opposition to Anti-SLAPP motion to dismiss as follows:

| No. | DESIGNATED TESTIMONY | EVIDENTIARY OBJECTION(S) |
|---|---|---|
| 1 | Page 1, line 27 to page 2, line 6. "I filed suit against Ms. Taitz and the other Defendants as a result of the illegal background check conducted on me; the illegal access of my credit reports; the illegal disclosure of my full social security number, date of birth, place of birth, mother's maiden name, father's name, home address, telephone number, the harassment of my friends and family, and Ms. Taitz's disclosure of my private details to John Mark Allen, my son's father who my son and I were provided protection from as a result of the crimes committed against us." | Relevance; lack of foundation; improper lay-opinion; opinion as to ultimate fact. FRE Rules 401-402; 601-602; 701-705; 901-902. |
| 2 | Page 2, lines 8-9. "Ms. Taitz continues twisting the reasons Plaintiffs filed suit and continues misstating the truth." | Relevance; lack of foundation. FRE Rules 401-402; 601-602. |
| 3 | Page 2, lines 17-20. "In fact, a dangerous criminal, Ruben Nieto, | Relevance; lack of foundation; improper lay-opinion; opinion as to |

| No. | DESIGNATED TESTIMONY | EVIDENTIARY OBJECTION(S) |
|---|---|---|
|  | who attempted to get paid by Ms. Taitz live in Albuquerque, New Mexico, forty-five [45] minutes from my house." | ultimate fact. FRE Rules 401-402; 601-602; 701-705; 901-902. |
| 4 | Page 2, lines 22-26. "Ms. Ostella was set up as Ms. Taitz's customer contact in Ms. Taitz's PayPal account. This did **not** give Ms. Ostella access to Ms. Taitz [sic] accounts, but instead it carbon copied Ms. Ostella's email address for PayPal payment requests from Ms. Taitz's PayPal account." | Relevance; lack of foundation. FRE Rules 401-402; 601-602. |
| 5 | Page 3, lines 1-4. "Further, Ms. Taitz has harassed every governmental agency in New Mexico to the point they called in the New Mexico Attorney General to put a stop to Ms. Taitz [sic] harassing and illegal behaviors [sic]." | Relevance; lack of foundation; improper lay-opinion; hearsay; opinion as to ultimate fact. FRE Rules 401-402; 601-602; 701-705; 801-807; 901-902. |
| 6 | Page 3, lines 7-8. "…she continued calling on them to further cyber-stalk; cyber-harass; and cyber-bully me, which they did" | Relevance; lack of foundation; improper lay-opinion; opinion as to ultimate fact. FRE Rules 401-402; 601-602; 701-705; 901-902. |
| 7 | Page 3, lines 17-25. | Relevance; lack of foundation; |

3

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LISA LIBERI SUBMITTED IN SUPPORT OF ORLY TAITZ'S REPLY TO PLAINTIFFS' OPPOSITION TO ANTI-SLAPP MOTION TO DISMISS

| No. | DESIGNATED TESTIMONY | EVIDENTIARY OBJECTION(S) |
|---|---|---|
|  | "This is a result of Orly Taitz publishing and continued publishing of her threats against me, her calling for her supporters for help regarding me; and her continued publishing of my full Social Security number, my maiden name, my mother's maiden name, my father's name, my home address, my place of birth, my date of birth and my husband's primary identification information." | improper lay-opinion; opinion as to ultimate fact. FRE Rules 401-402; 601-602; 701-705; 901-902. |
| 8 | Page 3, line 25 to page 4, line 2. "As a result, my husband and my identities have been stolen, our credit has been used repeatedly, accounts have been set up fraudulently in our names using our identifying information, my credit reports show me residing in States I have never resided including but **not** limited to Massachusetts and Iowa." | Relevance; lack of foundation; improper lay-opinion. FRE Rules 401-402; 601-602; 701-705; 901-902. |
| 9 | Page 4, lines 5-6. "… harassment, cyber-stalking, cyber-bullying, cyber-harassment, and other illegal acts…" | Relevance; lack of foundation; improper lay-opinion; opinion as to ultimate fact. FRE Rules 401-402; 601-602; 701-705; 901-902. |

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LISA LIBERI SUBMITTED IN SUPPORT OF ORLY TAITZ'S REPLY TO PLAINTIFFS' OPPOSITION TO ANTI-SLAPP MOTION TO DISMISS

| No. | DESIGNATED TESTIMONY | EVIDENTIARY OBJECTION(S) |
|---|---|---|
| 10 | Page 4, lines 12-13<br>"My medical bills to date were provided to Judge Robreno on December 20, 2010." | Lack of foundation; hearsay. FRE Rules 401-402; 801-807. |
| 11 | Page 4, lines 19-20.<br>"Ms. Taitz' is well aware of the fact I do **not** reside in the State of California." | Lack of foundation. FRE Rules 401-402. |
| 12 | Page 4, line 20.<br>"Ms. Taitz has stalked my son..." | Relevance; lack of foundation; improper lay-opinion; opinion as to ultimate fact. FRE Rules 401-402; 601-602; 701-705; 901-902. |
| 13 | Page 5, lines 23-24.<br>"Ms. Taitz also threatened to have Ms. Ostella's children professionally kidnapped." | Relevance; lack of foundation. FRE Rules 401-402; 601-602. |
| 14 | Page 5, line 24 to page 6, line 8.<br>"A man in Albuquerque, NM attempted to get paid by Ms. Taitz in three [3] consecutive money requests totaling Twenty-Five Thousand [$25,000.00] Dollars. The requests came in consecutively in the amount of Nine Thousand [$9,000.00] Dollars and two (2) in the amount of Eight Thousand [$8,000.00] Dollars totaling Twenty-Five | Relevance; lack of foundation; hearsay. FRE Rules 401-402; 601-602; 801-807. |

5
EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LISA LIBERI SUBMITTED IN SUPPORT OF ORLY TAITZ'S REPLY TO PLAINTIFFS' OPPOSITION TO ANTI-SLAPP MOTION TO DISMISS

| No. | DESIGNATED TESTIMONY | EVIDENTIARY OBJECTION(S) |
|---|---|---|
|  | [$25,000.00] Dollars, as on file with this court." |  |

DATED: May 27, 2011

DACK MARASIGAN, LLP
MARTIN E. DACK
JAYSON Q. MARASIGAN

By: _____
JAYSON Q. MARASIGAN
Attorneys for Defendant Orly Taitz

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LISA LIBERI SUBMITTED IN SUPPORT OF ORLY TAITZ'S REPLY TO PLAINTIFFS' OPPOSITION TO ANTI-SLAPP MOTION TO DISMISS