Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com      *Attorney in pro se and for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**PLAINTIFFS EVIDENTERY OBJECTIONS TO DEFENDANT, ORLY TAITZ'S REQUEST FOR JUDICIAL NOTICE OF EXHIBIT "6"**<br><br>Date of Hearing:  June 13, 2011<br>Time of Hearing:  10:00 a.m.<br>Location:          Courtroom 10D |

### PLAINTIFFS EVIDENTARY OBJECTIONS TO DEFENDANT ORLY TAITZ'S REQUEST FOR JUDICIAL NOTICE OF EXHIBIT "6", DOCKET ENTRY NO. 210-1

Plaintiffs, Philip J. Berg, Esquire [hereinafter at times "Berg"]; Lisa Ostella [hereinafter at times "Ostella"]; Go Excel Global; Lisa Liberi [hereinafter at times "Liberi"]; and The Law Offices of Philip J. Berg by and through their undersigned counsel, Philip J. Berg, Esquire, Object pursuant to the Federal Rules of Evidence

103, to Defendant, Orly Taitz's Request for Judicial Notice of Exhibit "6", appearing as Docket No. 210-1.

### **PLAINTIFFS EVIDENTARY OBJECTIONS**

1. On May 26, 2011, Defendant Orly Taitz by and through her Attorney, Jason Q. Marasigan, Esquire, filed a Request for Judicial Notice of three [3] Exhibits. *See* Docket Entry Nos 210 and 201-1. In particular, Exhibit "6" which supposedly purports a Bankruptcy Filing. Plaintiffs OBJECT to Exhibit "6" as it is unauthenticated in violation of Federal Rules of Evidence ["*Fed. R. Evid.*"] 901 and 1005; it is hearsay in violation of *Fed. R. Evid.* 801 and is inadmissible pursuant to *Fed. R. Evid.* 802; and Defendant Orly Taitz lacks personal knowledge in violation of *Fed. R. Evid.* 602.

Respectfully submitted,

Dated: May 31, 2011    /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com

*Attorney for Plaintiffs*

1 | Philip J. Berg, Esquire
2 | Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
3 | 555 Andorra Glen Court, Suite 12
4 | Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
5 | E-mail: philjberg@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
**SOUTHERN DIVISION**

| | |
|---|---|
| LISA LIBERI, et al, | CIVIL ACTION NUMBER: |
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | **PLAINTIFFS CERTIFICATE OF SERVICE** |
| ORLY TAITZ, et al, | |
| Defendants. | |

I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs Evidentiary Objections to Defendant Orly Taitz's Request for Judicial Notice of Exhibit "6", was served through the ECF filing system and/or mail as indicated below, this 31st day of May 2011 upon the following:

Jason Q. Marasigan
**Dack Marasigan, LLC**
23041 Avenida de la Carlota, Suite 300
Laguna Hills, CA 92653
Email: jmarasigan@dacklaw.com
Served via the ECF Filing System

*Attorney for Defendant, Orly Taitz, Esquire*

---

Liberi, et al Plaintiffs Evidentiary Objections to Def. Taitz Req. For Judicial Notice of Exb 6    3

| | |
|---|---|
| 1 | Orly Taitz |
| 2 | 26302 La Paz Ste 211 |
| | Mission Viejo, CA 92691 |
| 3 | Ph: (949) 683-5411 |
| 4 | Fax: (949) 586-2082 |
| | Email: orly.taitz@gmail.com and |
| 5 | Email: dr_taitz@yahoo.com |
| 6 | Served via the ECF Filing System |

*Attorney for Defendant Defend our Freedoms Foundation, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
By USPS Mail with Postage fully prepaid

Neil Sankey
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

   /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com