Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com *Attorney in pro se and for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
**SOUTHERN DIVISION**

LISA LIBERI, et al,

Plaintiffs,

vs.

ORLY TAITZ, et al,

Defendants.

CIVIL ACTION NUMBER:
**8:11-cv-00485-AG (AJW)**

**PLAINTIFFS EVIDENTERY OBJECTIONS TO DEFENDANT ORLY TAITZ'S DECLARATION AND NOTICE TO THE COURT OF DEFENDANT'S FILING OF AN ALTERED/FORGED DOCUMENT AS GENUINE**

Date of Hearing: June 13, 2011
Time of Hearing: 10:00 a.m.
Location: Courtroom 10D

**PLANITIFFS EVIDENTARY OBJECTIONS TO DEFENDANT ORLY TAITZ'S DECLARATION and NOTICE TO THE COURT OF DEFENDANT'S FILING of an ALTERED/FORGED DOCUMENT AS GENUINE**

Plaintiffs, Philip J. Berg, Esquire [hereinafter at times "Berg"]; Lisa Ostella [hereinafter at times "Ostella"]; Go Excel Global; Lisa Liberi [hereinafter at times "Liberi"]; and The Law Offices of Philip J. Berg by and through their undersigned

counsel, Philip J. Berg, Esquire, Objects pursuant to the Federal Rules of Evidence 103, to the Declaration of Orly Taitz and the Exhibits thereto filed May 26, 2011, appearing as Docket Entry No. ["Dkt No."] 207, in support of her Anti-SLAPP and Motion to Dismiss.

Plaintiffs are also notifying this Court of the altered/forged document, as genuine, filed by Defendant Orly Taitz's with **her** Declaration as **Exhibit "4".**

## A. PLAINTIFF'S OBJECTIONS TO DEFENDANT ORLY TAITZ'S DECLARATION, DOCKET NO. 207

a. Plaintiffs OBJECT to Paragraph 2, lines 10-15 on the grounds there is **no** foundation, and Defendant, Orly Taitz's litigation against President Obama and the reasons thereto are irrelevant and immaterial. *See* Federal Rules of Evidence ["*Fed. R. Evid.*"] 401 and 402.

b. Plaintiffs OBJECT to Paragraph 3 in its entirety on the grounds it is misleading, lacks foundation, immaterial, irrelevant, is an improper characterization, infers Orly Taitz and Plaintiff Philip J. Berg, Esquire worked together, which they **never** did and it is irrelevant. *See Fed. R. Evid.* 401 and 402.

c. Plaintiffs OBJECT to Paragraph 4 in its entirety on the grounds it is irrelevant and immaterial to the within litigation and irrelevant to Defendant Orly Taitz Anti-SLAPP Motion and Motion to Dismiss. *See Fed. R. Evid.* 401 and 402.

d. Plaintiffs OBJECT to Paragraph 5 in its entirety and Exhibit "3" as they are irrelevant and immaterial to the within litigation and irrelevant to Defendants Orly Taitz Anti-SLAPP Motion and Motion to Dismiss. *See* Fed. *R. Evid.* 401 and 402.

e. Plaintiffs OBJECT to Paragraph 6 in its entirety, as it is ambiguous, misleading, misstates facts, assumes facts **not** in evidence and lack of competent evidence. Plaintiff Lisa Ostella did **not** approach Defendant Orly Taitz and did **not** support Defendant Taitz's litigation regarding President Obama. Instead, Plaintiff Ostella was sought out by Defendant Orly Taitz through a third party. Plaintiff Ostella was falsely lead to believe Defendant Taitz was looking into the violations of the Hava Act. Plaintiff Ostella was **not** supporting Defendant Taitz foundation, as it did **not** exist at the time Plaintiff Ostella and Defendant Taitz were introduced and Plaintiff Ostella was asked to assist with Defendant Orly Taitz's website.

f. Plaintiffs OBJECT to Paragraph 7 in its entirety as it is ambiguous, misleading, is an improper opinion, assumes facts **not** in evidence and is **not** supported by competent evidence. Plaintiff Ostella did **not** register the domain names 'defendourfreedoms' on behalf of Defendant Taitz's foundation as Defendant Taitz created, registered and incorporated her company, Defend our Freedoms Foundations, Inc., **after** Plaintiff Ostella had purchased and registered the 'defendourfreedoms' domain names.

g. Plaintiffs OBJECT to Paragraph 8, line 10, as it is ambiguous, misleading, assumes facts **not** in evidence, improper characterization, misstates facts, improper opinion, and lacks competent evidence to support the misleading statement. 'Defendourfreedoms' is **not** a trade name and was **not** a trade name at the time Plaintiff Ostella purchased the 'defendourfreedoms' domain names.

h. Plaintiffs OBJECT to Paragraph 8, lines 11-14 beginning with "Ostella refused…" as it is ambiguous, misleading, improper opinion, misquotes Plaintiff Ostella, assumes facts **not** in evidence, lack of personal knowledge and lacks competent evidence to support. Plaintiff Ostella did **not** refuse to give Defendant Taitz full control of the domain names on the basis that Plaintiff Ostella was to maintain full control as webmaster. The 'defendourfreedoms' domain names were owned by Plaintiff Ostella and were located on Plaintiff Ostella's servers. Plaintiff Ostella would **never** give access to her servers, server accounts or domain names purchased and owned by her to any third party.

i. Plaintiffs OBJECT to Paragraph 9 in its entirety as it is ambiguous, misleading, misstates evidence, lacks competent evidence and is completely false. *See* the Declaration of Lisa Ostella. It was Defendant Orly Taitz who commenced the commercial activity pertaining to T-shirt sales through a third party. Defendant Orly Taitz is who set the pricing for the T-shirts as demonstrated by the Email attached to Plaintiff Ostella's Declaration. Plaintiff Ostella **never** placed any link

to the sales of T-shirts on any of the 'defendourfreedoms' websites or blogs. Plaintiff Ostella did **not** have any type of Petition drive, did **not** take in any donations for sales of T-shirts or any petition drive(s), and did **not** solicit any donations for anything to do with Defendant Taitz's Company, Defend our Freedoms Foundations, Inc.  Objection is also based on inadmissible hearsay and lack of personal knowledge.

    j.    Plaintiffs OBJECT to Paragraph 10, lines 27-28 and line 1 located on page 4 as ambiguous, misleading and lacks competent evidence.  Objection also based on inadmissible hearsay and lack of personal knowledge.

    k.    Plaintiffs OBJECT to Paragraph 11, line 6 beginning with "At that time Ostella…" as it is misleading and lacks competent evidence.

    l.    Plaintiffs OBJECT to Paragraph 12, lines 10 and 11 "registered on my behalf and on behalf of my foundation" as ambiguous, misleading, assumes facts **not** in evidence, misstates the evidence, improper opinion, misquotes Plaintiff Ostella and lacks competent evidence.  Plaintiff Ostella purchased and owns the 'defendourfreedoms' domain names and Plaintiff Ostella purchased the domain names prior to Defendant Orly Taitz's creating, registering and/or incorporating the company name Defend our Freedoms Foundations, Inc.

    m.    Plaintiffs OBJECT to Paragraph 13 in its entirety as ambiguous, misleading, lacks competent evidence and lack of personal knowledge.

      n.      Plaintiffs OBJECT to Paragraph 14 in its entirety as it is ambiguous, misleading, misstates evidence, assumes facts **not** in evidence and lacks competent evidence.

      o.      Plaintiffs OBJECT to Paragraph 15 in its entirety as it is ambiguous, misleading, is an improper opinion, is a conclusion and lacks competent evidence.

      p.      Plaintiffs OBJECT to Paragraph 16 and Exhibit "4" in its entirety as it is ambiguous, misleading, misstates evidence, lacks foundation, **not** supported by competent evidence, inadmissible hearsay, and Exhibit "4" lacks authenticity as it is an altered/forged document. *See* the Declaration of Lisa Ostella.

      q.      Plaintiffs OBJECT to Paragraph 17 in its entirety as it is ambiguous, misleading, misstates evidence, is a conclusion, an improper opinion, improper speculation, assumes facts **not** in evidence and it is **not** supported by competent evidence.

      r.      Plaintiffs OBJECT to Exhibit "5" as it is irrelevant and immaterial. *See Fed. R. Evid*. 401 and 402.

      s.      Plaintiffs OBJECT to Paragraph 18 in its entirety as it is misleading, misstates evidence, assumes facts **not** in evidence, is **not** supported by competent evidence, is an improper conclusion and is completely false.

**B. NOTICE of the FILING of a FALSE/ALTERED DOCUMENT; and PERJURED TESTIMONY as GENUINE EVIDENCE**

1. On or about May 24, 2011, Philip J. Berg, Esquire was contacted by Jason Q. Marasigan, Attorney for Defendant Orly Taitz, and asked to cooperate in the filing of a supplemental Joint 26(f) report. *See* Philip J. Berg's Declaration.

2. Mr. Berg stated he would review the supplemental prepared by Mr. Marasigan. *See* Philip J. Berg's Declaration.

3. On or about May 24, 2011, Mr. Berg received Mr. Marasigan's proposed supplemental Joint 26(f) report. *See* Mr. Philip J. Berg's Declaration.

4. Mr. Berg refused to cooperate with the proposed supplemental report as it contained new allegations and stories which clearly contradicted Defendant Taitz's prior statements, declarations and filings. *See* the Declaration of Philip J. Berg.

5. Mr. Marasigan responded to Mr. Berg. Mr. Berg sent a second email to Mr. Marasigan explaining the new claimed defenses and the false allegations against Plaintiff Ostella, and stated he would **not** participate in perpetrating a fraud upon the Court. See Mr. Berg's Declaration with the emails attached. Mr. Berg never heard back from Mr. Marasigan. In particular was the false allegations that "Plaintiffs have engaged in revisionist history in attempting to tailor their allegations to their claims…" and the false statement "Some time [sic] after the

blog was running, Taitz noticed that Ostella was placing commercial messages on the pages, directing traffic to another website through which Ostella was selling goods.  When Taitz confronted Ostella about the commercial content, Ostella, utilizing her position of trust and confidence as Taitz's webmaster retaliated by changing the e-mail address…".  Mr. Berg informed Mr. Marasigan that Orly Taitz had filed numerous stories, but this was a first, and it appeared after two (2) years, and a new Judge.  Orly Taitz was now attempting to deceive the Court and perpetrate a fraud upon the Court, which he (Mr. Berg) would **not** participate.

6. Knowing Defendant Orly Taitz's statements to be false and perjured, Mr. Marasigan filed the Declaration of Orly Taitz where Orly Taitz claims that she confronted Plaintiff Lisa Ostella regarding the sales of T-shirts, and asked for an accounting of the proceeds, a copy of the contract, as Lisa Ostella created and handled these sales.  The truth of the matter, it was Orly Taitz who was dealing with a third party regarding the sales of T-shirts and it was Orly Taitz who dealt with the issues of contracts and pricing for the sales of these particular T-shirts.  Plaintiff Lisa Ostella **never** had any dealings with the T-shirts, and there was **never** a link of Defendant Taitz's blog site to purchase any T-shirts. *See* the Declaration of Lisa Ostella.

7. Furthermore, attached to Orly Taitz Declaration as Exhibit "4" is an altered/forged document purported to be a print-screen of Plaintiff Lisa Ostella's

blog site, http://defendourfreedoms.net. However, the document is a forged/altered copy where Defendant Taitz or someone on her behalf has input the initials "DOFF" to appear as if Lisa Ostella was using Defendant Orly Taitz's business name to obtain monies. Plaintiff Ostella **never** had Defend our Freedoms Foundations, Inc. name or DOFF located anywhere on her blog site, http://defendourfreedoms.net. *See* the Declaration of Lisa Ostella.

8. The alterations/forgery of this particular document is explained with Exhibits to substantiate the statements in the Declaration of Lisa Ostella. See also the Declaration of Philip J. Berg, Esquire.

9. Defendant Orly Taitz is attempting to obtain an unfair advantage over the Plaintiffs, which should not be permitted.

10. The filing of forged/altered documents as genuine in a Federal Court and perjured statements are a criminal act, as this Court is aware, and should **not** be permitted.

Respectfully submitted,

Dated: May 31, 2011                 /s/ Philip J. Berg
                                    Philip J. Berg, Esquire
                                    Pennsylvania I.D. 9867
                                    **LAW OFFICES OF PHILIP J. BERG**
                                    555 Andorra Glen Court, Suite 12
                                    Lafayette Hill, PA 19444-2531
                                    Telephone: (610) 825-3134
                                    E-mail: philjberg@gmail.com

                                    *Attorney for Plaintiffs*

Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION**

LISA LIBERI, et al,
Plaintiffs,

vs.

ORLY TAITZ, et al,

Defendants.

CIVIL ACTION NUMBER:

**8:11-cv-00485-AG (AJW)**

**PLAINTIFFS CERTIFICATE OF SERVICE**

I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs Objections to Defendant Orly Taitz's Declaration was served through the ECF filing system and/or mail this 31st day of May 2011, upon the following:

Jason Q. Marasigan
Dack Marasigan, LLC
23041 Avenida de la Carlota, Suite 300
Laguna Hills, CA 92653
Email: jmarasigan@dacklaw.com
Served via the ECF Filing System

*Attorney for Defendant, Orly Taitz, Esquire*

Orly Taitz
26302 La Paz Ste 211
Mission Viejo, CA 92691
Ph: (949) 683-5411
Fax: (949) 586-2082
Email: orly.taitz@gmail.com and
Email: dr_taitz@yahoo.com
Served via the ECF Filing System

*Attorney for Defendant Defend our Freedoms Foundation, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
By USPS Mail with Postage fully prepaid

Neil Sankey
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

/s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com