Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com                 *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br>**8:11-cv-00485-AG (AJW)**<br><br>**DECLARATION OF LISA OSTELLA**<br><br>Date of Hearing:   June 13, 2011<br>Time of Hearing:  10:00 a.m.<br>Location:             Courtroom 10D |

### Declaration of Lisa Ostella

I, Lisa Ostella am over the age of 18 and am a party to the within action.  I have personal knowledge of the facts herein, and if called to do, I could and would competently testify.  I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

1.     As Orly Taitz attempts to reduce the focus of our suit to a school yard argument of 'it's mine', I found the need for this declaration to address to Your Honor the fact that Orly Taitz is submitting to your Court forged documents and

false statements.

2.     Orly Taitz, herself, addresses the fact that the domain, defendourfreedoms.**net** was **never** used by her; see page 4 paragraph 14, lines 18-20 of Orly Taitz's Declaration.   Orly Taitz at page 4, paragraph 16, lines 26-28 of her declaration cites her Exhibit "4".  Orly Taitz's exhibit "4" is nothing but her own paper mache exhibit claiming the sidebar elements of my blog stated "DOFF" (Defend Our Freedoms Foundation).    My blog located at http://defendourfreedoms.net did **not** have "DOFF" (Defend our Freedoms Foundations) or the statement "**…while raising money for DOFF**" located any place on my blog site, http://defendourfreedoms.**net**.

3.     Drawing your Honor's attention to the sidebar in Orly Taitz's Exhibit "4", it clearly states Defend Our Freedoms **Community Network**.

4.     Taitz's Exhibit "4" is created with scissors and tape and multiple pages of different sidebar elements that appeared over time on the defendourfreedoms domains, including the domain she was using, defendourfreedoms.us.   The defendourfreedoms site had many customizable sidebar elements since January 2009.

5.     For a blog, which is a database that runs within a web template, when you use the print function of your browser, it prints the text that runs within the database. The html template is the frame or layout of the blog. The browser stamps

the header with the Meta Title (the Meta Title declares the title of the html page) and with the page URL (URL stands for *Uniform Resource Locator,* the global address of documents and other resources on the World Wide Web), and date of print.  Attached as **EXHIBIT "A"** is a screen shot (picture) of the print-preview of my Happy Mother's Day post of May 10, 2009.  In the top left of **EXHIBIT "A"** you see the Meta title and in the bottom left of **EXHIBIT "A"** you see the URL.  In the bottom right of **EXHIBIT "A"** you see the date and on the top right of **EXHIBIT "A"** you see the page numbers.   The screen shot (picture) attached as **EXHIBIT "A"** was taken using Internet Explorer web browser.  The order of the Meta title; URL; page numbers and date can vary depending on what Internet browser you are using.  Regardless of the browser being used, the Meta title, URL, date and page numbers always appear on the print copy.

6.   What Taitz has done with her Exhibit "4" is pasted a press release received from a campaign email and pasted it onto a browser print screen that she printed out from defendourfreedoms.net.  Attached as **EXHIBIT "B"** is a copy of the actual email sent out on May 10, 2009.  On the Press release, **EXHIBIT "B"** under      the      Obama      Crimes      logo,      you      will      see http://defendourfreedoms.createsend3.com/t/r/l/tdirg/pdtiylid/y,   the   same   URL appearing on Orly Taitz's Exhibit "4".  This was **not** the URL appearing on this post located on my blog, see **EXHIBIT "A"**.

7.      CreateSend3 is the domain for my account with Campaign Monitor. Campaign Monitor is my mass mailing account I use for clients' press releases. The email attached as **EXHIBIT "B"** is a press release that was sent out in mass mail on behalf of Mr. Berg, as well as posted on my blog.  This press release posted on my blog May 10, 2009, I manually formatted.  This May 10, 2009 post is still available on my blog at     http://defendourfreedoms.net/2009/05/10/happy-mothers-day-.aspx.  The domain link appearing under the logo on my blog site has always been http://philbergvsobama.com, see **EXHIBIT "A"**.  That was a domain Philip J. Berg owned at that time and it was pointing to his website.

8.      As I stated in paragraph 5 above, a browser print shows the Meta title and page URL.  The date stamp in the footer of Taitz's Exhibit 4 says 5/11/2009. There were two posts made on 5/11/2009, after my Happy Mother's Day post, which would have changed the position of the press release on my blog.  In order for that post to be display in the fashion Taitz is presenting with her Exhibit "4", the URL of the post would have http://defendourfreedoms.net/2009/05/10/happy-mothers-day-.aspx and **not** just http://defendourfreedoms.net/.   The Meta title appearing on Orly Taitz's Exhibit "4" is **<u>not</u>** consistent with the printing of this blog page as demonstrated by my **EXHIBIT "A"**.

9.      Orly Taitz in her declaration has now created and presented a brand-new story regarding the lawsuit against her.  On page 3, paragraph 9, lines 15-24,

---

Orly Taitz falsely states there was unauthorized commercial activity relating to T-shirt sales on her site.  Orly Taitz also falsely states she confronted me and demanded a copy of the contract and an accounting of all funds received as a result of the T-shirt sales.  Contrary to Orly Taitz's statements, I had nothing to do with the T-shirt creation and/or sales, see attached hereto as **EXHIBIT "C"** the email exchanges between Orly Taitz, Neil Sankey, me and another individual that shows Orly Taitz involvement with the T-shirts and Orly Taitz's pricing of these T-shirts. The link to the sales of these T-shirts was never on any of the defendourfreedoms sites.  I have no knowledge of who handled the T-Shirts on behalf of Orly Taitz.

10.    I purchased the defendourfreedoms domain names in December 2008, before Orly Taitz registered the company name of "Defend our Freedoms Foundations, Inc." and before this company name was incorporated, as admitted in Orly Taitz's Declaration.  My domain names have always been on my servers and in my control.  I allowed Orly Taitz to use my domain defendourfreedoms.us.  Orly Taitz never paid me for my domain name(s) nor has she ever attempted to purchase my domain names from me.

11.    Once Orly Taitz began falsely claiming her website and PayPal accounts had been "hacked", at this point, Orly Taitz wanted me to lie to law enforcement and substantiate her story, which I refused to do.

12.    I told Orly Taitz she must withdraw her false claims of "hacking",

which she refused to do. At this point, I told her she had to find a new webmaster. Instead of complying, Orly Taitz changed her story that I had "hacked" her site and PayPal. In fact, Orly Taitz did articles with World Net Daily (WND) and went on radio shows falsely accusing me of these crimes.

13. At that point, I locked the domains to maintain the site intact and I put up a post 'Understanding the Internet 101', to protect myself from Orly Taitz's false allegations. This post is still available online at http://defendourfreedoms.net/2009/04/12/understanding-the-internet-102.aspx. In this post, I explain that Orly Taitz's site and PayPal were never "hacked". I included email exchanges and screen shots (pictures) to support my statements and to protect myself. This is also explained in our Complaint and in other affidavits on file in this case.

14. This is not the first time Orly Taitz has altered/forged pages from my blog site. In the case of _Rivernider, et al v. U.S. Bank National Association_, filed in the U.S. District Court, Southern District of Florida, Case No. 9:09-cv-81255-WPD, I was a witness on behalf of Charles Edward Lincoln, III. Orly Taitz filed a letter with the Florida Court with another altered version of my blog site attached as her Exhibit "D", see the letter of Orly Taitz attached as **EXHIBIT "D",** pages 67-69. I immediately responded to Orly Taitz's false allegations and forged/altered documents by way of another Affidavit see **EXHIBIT "E"** and

explained the alterations (forgery).    I also included a screen shot (picture) of my blog site page, which Orly Taitz had altered, showing the alterations made by Orly Taitz in her attempt to mislead and defraud the Florida Court.

15.    Orly Taitz as an attorney and an officer of the Court filed false reports against me claiming I had a criminal record; that Lisa Liberi and I were the same person; that I stole funds from her; that I had an extensive criminal record for forgery, theft and fraud; and gave a different account of the events than she is now providing to this Court.  Orly Taitz filed this false report with the Orange County Sheriff's Department, Report No. 09-068339, see **EXHIBIT "F"**.  Orly Taitz repeated her false allegations to the Orange County FBI, Supervisor Michael Haas; the Los Angeles FBI, Agent Nathan Lee; the California Attorney General; the Senate Judiciary Committee; the United States Department of Justice; the North Brunswick Police Department; and various other agencies.

16.    The reason I sued Orly Taitz is due to the facts she ran illegal background checks on me, as admitted in the Orange County Sheriff's Department Report attached as **EXHIBIT "F"**; she ran  illegal credit checks; she filed false law enforcement reports against me; she put "call outs" for retaliation on me and my family; she falsely accused me and my husband of theft; she threatened to have my children professionally kidnapped; she physically came to New Jersey driving around my home and my children's schools stalking me and my family; she

---

Declaration of Lisa Ostella

published my personal identifying information; she contacted friends, business associates and family members of mine accusing me of theft and other false allegations; and many other acts which have completely destroyed my reputation and my business, not to mention endangering my family.

17.    Also, Orly Taitz in her declaration on pages 3 and 4 in paragraph 10, Orly Taitz again raises donations she claims she didn't receive.  These are the same donations; Orly Taitz has claimed on numerous occasions that I stole.  Orly Taitz posted two PayPal receipts of donations she claims she did not receive, see **EXHIBIT "G"**.  According to Orly Taitz's PayPal records subpoenaed on May 4, 2010, Orly Taitz received these donations; see **EXHIBIT "H",** page 155.

18.    My bank statements and PayPal records show that I never took in any monies as claimed by Orly Taitz.  My bank and PayPal records were reviewed by the Denville Police Department. My bank and PayPal records were submitted to Judge Robreno's Court at our December 20, 2010 TRO hearing.  A copy of my bank statements and PayPal records were given to Orly Taitz at this hearing.  I have no idea why all of our paperwork from the December 2010 hearing that were submitted to the Court did **_not_** go up on the Court Docket; but I will resubmit this data if or when it is needed.

//
//
//
//

1    I declare under the penalty of perjury of the Laws of the United States and

2   California that the foregoing is true and correct.

3

4    Executed this 28th day of May, 2011 in the State of New Jersey.

5

6

7                                                    LISA OSTELLA, Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Lisa Ostella                                                      9