1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"



Exhibit "A"
Pg. 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"

**From:** Philip J. Berg <philjberg@gmail.com>
**To:** "reedesign@sbcglobal.net    reedesign@sbcglobal.net>
**Sent:** Sunday, May 10, 2009 5:54:21 PM
**Subject:** HAPPY MOTHER'S DAY !!!



http://defendourfreedoms.createsend3.com/t/r/l/tdirg/pdtiylid/y

# HAPPY MOTHER'S DAY !!!

Dear **obamacrimes.com** supporter:

Phil Berg here - with a lot to report.

Delays caused by webmaster disappearing - new one on board.

A lot is happening !!  Three [3] cases of mine pending against Obama !!

One in Third Circuit Court of Appeals [Berg vs. Obama]- * * * Oral argument SCHEDULED end of May / beginning of June - waiting for exact date - this is case on "Standing !"

One case in District of Columbia Court of Appeals [Hollister vs. Soetoro a/k/a Obama] - Interpleader case where retired Air Force Colonel wants to know, if recalled, does he obey a valid Order from a legitimate President or can he disobey an Order from a Usurper, a person Constitutionally ineligible to be President.  PLEASE SEE "ATTACHED" PRESS RELEASE.

One case - "Under Seal" - cannot be discussed.

I NEED YOUR HELP !!  I need each of you to spread the word to more of your friends, relatives and neighbors.  Send **obamacrimes.com** to

**Exhibit "B"**

**pg. 13**

EVERYONE on your address file and ask them to send to EVERYONE on their address file and on and on and on.

The more people that know about Obama "hiding" all of his records regarding where he was born, the faster we will have Obama "legally" removed from office. I believe 10 to 15 million people are aware of Obama <u>not</u> being "natural born" and therefore Constitutionally ineligible to be President. We need 60 to 100 million people aware!

And I could use your <u>**FINANCIAL SUPPORT**</u>, and for many of you, again. I am now in my tenth [10th] month and I will continue until the truth about Obama's Constitutionally ineligibility is proven !! Please go to **obamacrimes.com** and contribute or mail a check to:

obamacrimes
c/o Philip J. Berg, Esq.
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531`

Obama and Michelle Obama [by the way did you know Michelle was "disbarred" from the practice of law in 1993]; Howard Dean, former head of the DNC; other officials at the DNC [Democratic National Committee]; Obama's senior campaign officials; and now senior administration officials must be brought forth into the Criminal Justice System and be tried and when found guilty, go to prison !

And I regretfully advise you that I had to file a lawsuit against Orly Taitz, Esquire as she has gone too far. Months ago, I advised Orly that I would <u>not</u> work with her because our legal styles were so different.

However, I decided <u>not</u> to bad mouth her.

Well, Orly decided to take me down and she states through my very able paralegal, Lisa. I cannot understand why she would want to take me down unless she's working for Obama.

**Exhibit "B"**

**pg. 14**

**Orly went too far by publishing, spreading over the internet, the name, address, DATE OF BIRTH and, believe it, the SOCIAL SECURITY NUMBER of Lisa, all in violation of State [California] and Federal laws.**

**I will be putting out a Press Release regarding Orly shortly.**

**Thank you.**

**Respectfully,**

*Phil*

**Philip J. Berg**

# obamacrimes.com

Proud member of the Defend Our Freedoms Community Network

**Exhibit "B"**

**pg. 15**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "C"**

Declaration of Lisa Ostella 16

> Date: Sun, 8 Feb 2009 16:18:47 -0800
> From: dr_taitz@yahoo.com
> To: lisaostella@hotmail.com; nsankey@thesankeyfirm.com
> CC: savant-noir@cox.net
>
>
>
>
> Lisa
> I talked to Mr. Edington, he ordered t-shirts with embroidered logo for
> $6.99. If we sell a t-shirt for $27.00, we will be making $20 per t-shirt,
> not $2
> Orly Taitz DDS Esq
>
> 26302 La Paz ste 211
> Mission Viejo Ca 92691
>
> 29839 S. Margarita Pkwy
> Rancho Santa Margarita Ca 92688
>
> ph. w 949-586-8110 c-949-683-5411
> fax 949-586-2082
>
> _____
>
> Windows Live™: E-mail. Chat. Share. Get more ways to connect. Check it out.
> <http://windowslive.com/explore?ocid=TXT_TAGLM_WL_t2_allup_explore_022009>
>

---

Windows Live™: E-mail. Chat. Share. Get more ways to connect. See how it works.

**Exhibit "C"**

**pg. 17**