1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "E"

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,                    :
ROBERT H. RIVERNIDER, and                :
CHARLES EDWARD LINCOLN, III,             :
                                         :
           Plaintiffs,   :
                                         :
                                         :
    vs.                                :
                                         :
U.S. BANK NATIONAL ASSOCIATION,          :
As Trustee for the C-Bass Mortgage Loan  :
Asset-Backed Certificates, Series 2006-CBS, :
and all John & Jane Does, 1-10,          :
                                         :
           Defendants.   :

---

### <u>AFFIDAVIT OF LISA OSTELLA</u>

I, Lisa Ostella am over the age of eighteen (18) and not a party to the within action. I have personal knowledge of the facts stated herein and if called to do so, I could and would competently testify under oath.

I declare the following:

1.    In regards to Dr. Taitz's letter filed with the Court January 20, 2010, I wish to limit my response because it seems Dr. Taitz would like to litigate _Liberi, et al v. Taitz, et al,_ which I do not feel is proper in this case.

2.    As I stated in my previous affidavit, Dr. Taitz did report me to the FBI as well as several police departments based on false allegations. Matter of fact, she drove around NJ and personally visited several police departments demanding I be arrested. No officer or agent has ever contacted me, or questioned me regarding Dr. Taitz's false accusations, nor

## Exhibit "E"
## pg. 74

have I ever been contacted by any type of law enforcement regarding any type of alleged crime. This is one of the bases for me being a Plaintiff in *Liberi, et al v. Taitz, et al*. I am willing to testify to and address any of these issues for your court if you need more information.

3.    As for the subpoenas Dr. Taitz is disputing, Dr. Taitz sent me a subpoena form, 982(a)(15.2) to use for the creation and preparation of all the subpoenas. I've never worked in the legal industry before. I had never seen a subpoena before January 2009. I entered the subpoena's form # 982(a)(15.2) in a search engine hoping to find samples of how subpoenas are filled out. The search return took me to the California Court system which told me the subpoena form 982(a)(15.2) was replaced by subpoena form SUBP-010. So I looked to see where I could find a new version and form number. I was able to find a downloadable Microsoft Word (MS Word) Doc form template for SUBP-010 at LawCA.com. LawCA.com converts legal forms to templates for Adobe and MS Word users. I purchased the subpoena template SUBP-010 and downloaded the Word template. The receipt for this subpoena template purchase is attached hereto and incorporated in by reference as **EXHIBIT "1"**.

4.    This subpoena template I purchased is run in Microsoft Word (MS Word). The template is not a stand alone form; it is a template that runs from MS Word software. Since it is a template, it is not an emailable blank form.

5.    If you notice, at the footer of each of the SUBP-010 subpoena form, attached as Exhibit "A" to my previous affidavit, there is a brand box. In the brand box it shows the form being from this purchased template, LawCA.com. See the enlarged "brand box" attached hereto and incorporated in by reference as **EXHIBIT "2"**.

# Exhibit "E"
# pg. 75

6.    I had to prepare these subpoenas from my computer. I prepared all of the subpoenas, attachments, signed and coordinated with all the volunteers for service as per Dr. Taitz instructions. I have multiple emails between myself and Dr. Taitz going back and forth during the entire process.

7.    In addition, I had to fax the completed subpoenas to the volunteers who were serving the subpoenas upon the Governmental Agencies. While compiling these emails for exhibits in this Affidavit, I noticed a typo I made in my January 20th Affidavit to this court. In my January 20th Affidavit, line 7, I stated that I started sending the subpoenas out on January 28, 2009. That date should have been January 26, 2009. I apologize to the Court for this typo. The copies of these emails are attached hereto and incorporated in by reference as **EXHIBIT "3"**.

8.    As the proof of services came in from the volunteers that served the subpoenas, I was instructed by Dr. Taitz to upload the subpoenas with the proof of services onto the website for everyone to review, see a copy of this email attached hereto and incorporated in by reference as **EXHIBIT "4"**.

9.    The subpoenas Dr. Taitz attached to her letter as Exhibit "A" look like she took the attachments from my Affidavit and altered them. For starters, if you look at the subpoenas attached as Exhibit "A" to Dr. Taitz's letter to this court filed with this Court January 20, 2010, you will see how the copies of the subpoena sheets are cut off at the bottom, which ironically is identical to the subpoenas furnished to this Court in my affidavit filed as Exhibit "1" to Charles Edward Lincoln, III's Brief filed on January 20, 2010. Plus, if you look at Dr. Taitz's Exhibit "A" attached to her letter filed January 20, 2010, you will see at the bottom of the pages the copyright LawCA.com brand box.

**Exhibit "E"**

**pg. 76**

10.    The only way Dr. Taitz would have a copy of the subpoenas made from the template I purchased, is if she scanned my exhibits in and changed them.  I **never** faxed the subpoena form SUBP-010 to Dr. Taitz.  If I had, Dr. Taitz would have had to fax them back to me, in order for me to send them out for service.  The attached emails in **EXHIBIT "4"** show that I faxed and emailed the subpoenas to the volunteer servers.  None of those subpoenas contain a fax header from California.  Moreover, if you look at the fax header located on Dr. Taitz's copies of subpoenas attached to her letter filed with this Court, January 20, 2010, you will see that the **time stamp from the fax machine never changes** as explained below:

**Dr. Taitz's Letter dated 1/18/10 docketed with this Court 1/20/2010 as Document No. 50**

**Fax Header of Dr. Taitz's Exhibit "A"**

**Subpoenas  Fax Header**

| ECF Filing Pg. # | Date | Time | From | | Page |
|---|---|---|---|---|---|
| 11 of 54 | does not apply it does not show being faxed to Orly Taitz, however, I did send the old form, 982(a)(15.2) to her, see **EXHIBIT "5"** | | | | |
| 12 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 01 |
| 13 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 13 |
| 14 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 19 |
| 15 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 18 |
| 16 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 17 |
| 17 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 16 |
| 18 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 15 |
| 19 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 14 |
| 20 of 54 | 1/20/2009 | 00:50 | 7328462875 | GOEXCELGLOBAL INC | Page 12 |
| 21 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 11 |
| 22 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 10 |
| 23 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 09 |
| 24 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 08 |
| 25 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 07 |
| 26 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 06 |
| 27 of 54 | 1/20/2009 | **00:50** | 7328462875 | GOEXCELGLOBAL INC | Page 02 |

**Exhibit "E"**

**pg. 77**

The above time is military time.  As you can see above, **the time never changes**, which is impossible. If I had faxed these documents to Dr. Taitz as she proclaims, which I did not, the time would have changed on her incoming faxes.  I did not fax the subpoenas to her.  The page numbers are out of sequence, and Dr. Taitz failed to include pages 3, 4, and 5. What Dr. Taitz is asking this Court to believe is that I faxed her nineteen (19) pages within seconds, which is impossible.  I ask this Court to please look at a fax the Court has received that is several pages long, look at the time, it changes.  Unfortunately, this is not the first time; Dr. Taitz's has altered documents of mine.  See attached hereto and incorporated in by reference as **EXHIBIT "5"** emails bearing my email address which Dr. Taitz altered and forged before placing them on her website.  Please note **EXHIBIT "5"** is on file in the Pennsylvania Federal case *Liberi, et al v. Taitz, et al*.

8.     The time on the fax headers attached as Dr. Taitz's Exhibit "A" would be Pacific Time zone, 00:50 being 12:50 a.m. the time where Dr. Taitz's is located.  The time affixed is the time the recipient fax machine receiving the fax is located.  I reside in New Jersey, which is in the Eastern Time zone (3 hours ahead of California).

9.     According to Dr. Taitz's fax headers, if I had faxed those subpoenas to her, which again I did not, it would have been at 3:50 a.m.  I have young school aged children. I have to be up to get my children ready for school, make breakfast, make my children's and husband's lunches, etc.

10.    In addition, there are email exchanges between me and Dr. Taitz.  Attached hereto and incorporated in by reference as **EXHIBIT "6"** are the emails exchanged between Dr. Taitz and me.  As you can clearly see from the attached email exchanges between me, Dr. Taitz and the volunteers who served these subpoenas, the subpoenas were sent by me to the

**Exhibit "E"**

**pg. 78**

volunteer individuals who served the subpoenas and Dr. Taitz was well aware I had prepared the subpoenas.

11.     I would like to pursue forgery charges and charges of filing false and altered documents in a Federal Case.  This Court is also a victim of Dr. Taitz's falsifications and alterations of documents she claims to be genuine and she should not be permitted to continue this type of behavior, which I believe to be criminal.

12.     The reason the subpoenas I created and signed Dr. Taitz name too, again at her direction and with her authorization is due to the fact, I had to print the form created on the template I purchased, then fax the copy from my fax machine to my computer into PDF format, as shown on the attached emails as **EXHIBIT "5"**, to the volunteers serving the subpoenas.

13.     What is more interesting in Dr. Taitz's letter on page 3 is she claims there are only seven (7) documents which I signed or affixed her signature to.  Again, Dr. Taitz directed me and authorized me to sign her name to the subpoenas, which there were far more than seven (7) as shown in my affidavit.  Dr. Taitz then claims that she signed the subpoenas and I erased her signature out and affixed a different one.  That makes absolutely no sense and there would be no reason for me to do that.  The subpoenas were served for materials from Government Agencies to benefit Dr. Taitz's case, a case I had nothing to do with except administrative support I supplied to her at the time.  Moreover, as mentioned above, if Dr. Taitz signed the subpoenas, which she did not, and faxed them back to me to coordinate the service, as she proclaims, where is Dr. Taitz's fax header?  It does not appear on the subpoenas which I prepared, signed her name to and had served, but more interesting it does not appear on her Exhibits either.

# Exhibit "E"
# pg. 79

14.     Dr. Taitz's also attached as an Exhibit with this Court (Dr. Taitz Exhibit "D") an altered print out of my blogsite to support her statements to this Court accusing me of soliciting and stealing donations of hers.  The soliciting and stealing donations as well as the arguments about this blogsite are part of the Federal case, *Liberi, et al v. Taitz, et al*.  Since Dr. Taitz has introduced and filed altered and forged documentation with this Court in an attempt to discredit me to the Court, I feel it necessary to show the Court how she has altered the documents filed as her Exhibits..

15.     The print out (copy of blogsite page as Dr. Taitz's Exhibit "D") provided by Dr. Taitz, is copied and pasted in several areas to block out and remove numerous items which appeared.  Dr. Taitz has typed in items, that did not appear on the page as of that date,  in the side bar, of which, the font doesn't even match.   Attached hereto and incorporated in by reference as **EXHIBIT "7"** is a copy and printout of the actual article she removed during her (Dr. Taitz's) altering process.  Notice the large white area in Dr. Taitz's Exhibit "D", this is where my article was.  Please read this article and you will understand why she (Dr. Taitz) removed it.

16.     The article removed from the print out provided by Dr. Taitz, is me defending the allegations from Dr. Taitz of theft of her foundation funds.  She supplied an erroneous PayPal statement to a radio show for them to broadcast to their audience, which was "supposed" 'proof' that I stole from her.  I explain in the article, where I supplied a print out of my own PayPal account, that her statements were false and fabricated.  This is why she deleted my article on this altered webpage which she filed with this Court on January 20, 2010 in her (Dr. Taitz's) Exhibit "D".

# Exhibit "E"
# pg. 80

17.     Now, on my **EXHIBIT "7"** that I've attached to show the actual article, shows the actual right hand sidebar and as this Court can see, is different than that on the copy Dr. Taitz's has supplied to this Court in her Exhibit "D". My **EXHIBIT "7"** is only to represent the article she has altered. **EXHIBIT "7"** unfortunately does **not** contain the full header and sidebar of my blogsite at the time I posted my article which was in or about May 2009. Because I had updated my software in or about November 2009, my blogsite head and sidebar had changed since May 2009. I looked through web archives and caches for what exactly the blogsite looked like in May 2009, the time I posted this article, and was unable to find one.

18.     There are other items in the sidebar that have been altered in Dr. Taitz's Exhibit "D". For instance, Dr. Taitz blocked out and removed "Community Network" that was showing above the Tip Jar. In Dr. Taitz's altered copy of this blogsite, she has changed the wording above the Tip Jar to say "HELP OFFSET THE COSTS OF DEFEND OUR FREEDOMS". What it **actually said and read** was: "HELP OFFSET THE COSTS OF DEFEND OUR FREEDOMS COMMUNITY NETWORK".

19.     I own DefendOurFreedoms: COM, NET, US, and INFO. I've owned them since December 2008. Dr. Taitz did not start using my blog site until February 2009. Nor did she have a log in (admin paneil) until this time either. I build what I call Community Sites, which I have done since 2001.

20.     The Defend Our Freedoms Community Network was a collection of DefendOurFreedoms domain sites that contained a Portal which owned a custom search engine, library, media pages with radio shows uploaded, and various other data. It was not just a blog site.

# Exhibit "E"
# pg. 81

21.     Dr. Taitz only used (borrowed) my website from February 2009 to April 2009; she did **not** own this blog site as she is claiming.

22.     In the altered copy of this blog site provided by and filed with this Court by Dr. Taitz as her Exhibit "D", the copy was changed by Dr. Taitz to read "CAN'T DONATE? RAISE MONEY!" with a faded line (sentence) under it. The faded sentence **actually said** **"Run an auction. Earn money for yourself while you are raising money for DOFF"** and **only appeared when Dr. Taitz was using my blog site, where she had her own PayPal donate button affixed on the blog site from February to April 2009** not a day before or after. During this time, February to April 2009, Dr. Taitz blog site was linked to the auction site I built years ago. I configured my auction site to pay a percentage of commissions as a referral fee to the referrer.. This is what was meant by "earn money for yourself while you raise money." But I took that link down when Dr. Taitz and I parted ways in April 2009.

23.     During some investigation, I later learned that the Nonprofit Tax ID Number Dr. Taitz supplied for her "supposed" Foundation, Defend our Freedoms Foundations, Inc. 26-4328440, did **not** exist. I also learned from a retired IRS accountant that all monies are taxable and she (Dr. Taitz) needed to claim hacking and theft of her (Dr. Taitz) PayPal in order to claim a loss of monies coming in, to the Internal Revenue Service (IRS), so she would **not** have to pay the taxes.

24.     This is why she (Dr. Taitz) became so malicious and vindictive to the fact that I would **not** back (substantiate) her (Dr. Taitz) false reports she had made to the FBI, Sheriffs Department and other agencies of "hacking" of her website and PayPal account. Her claims of loss donations due to cyber attacks were unsubstantiated without my support of the claims as her webmaster. It should also be noted, Dr. Taitz has claimed "hacking" of her PayPal

# Exhibit "E"
# pg. 82

account numerous times and has accused several different people to this day. I understand this issue is really not before this Court, however, since these allegations were made by Dr. Taitz to this Court, I felt I needed to respond and needed to point-out the altered material Dr. Taitz filed with this Court.

25.    If this Court would like additional information, it can be obtained from the _Liberi, et al v. Taitz, et al_ case; or I will supply more information to this Court, if requested.

26.    Dr. Taitz next states that Lisa Liberi, Philip J. Berg, Esq. and me colluded to harass and defame her. This is completely out in left field. It has been Dr. Taitz who has slandered, libeled, falsely accused, lied, manipulated documents, invaded our privacy and other acts that caused us to file suit against her and that is where the Federal Case, _Liberi, et al v. Taitz, et al_ originated. There are over 760 pages of evidence and affidavits supporting our claims of the horrible and demeaning acts of Orly Taitz towards all of us. Now she has extended this to include Charles Edward Lincoln, III. Dr. Taitz has a history of this behavior towards people including Federal Judges (Judge Clay D. Land, GA and Judge David O. Carter, CA), law enforcement, a United States Supreme Court Law Clerk, Danny Bickel and a United States District Court Clerk Siddharth Velamoor (Law Clerk to Judge Carter in California).

27.    I am not even going to address the nonsense stated by Dr. Taitz regarding Mr. Berg and Lisa Liberi. Dr. Taitz's statements are ridiculous. However, I would like to address Dr. Taitz's statements that she "**inadvertently**" published Lisa Liberi's social security number only one (1) time and when it was brought to her attention she redacted it. This is completely false and a lie to this Court.

**Exhibit "E"**
**pg. 83**

28.    Dr. Taitz **published** Lisa Liberi's full social security number as well as other very personal, private, confidential information in what Dr. Taitz's calls her dossier #6. Dossier #6 has been **published** by Dr. Taitz with Lisa Liberi's full social security number in excess of 140,000 times, by Dr. Taitz's own admissions, which includes mass certified mailing, mass emailing, posting on websites, posting on her own websites, entering it into search engines, sending it internationally.    Actually, there really is no way to calculate the continuous **republications** since Dr. Taitz has leverage e-publication through the social networking sites and crosslinks on blogs.    This Dossier continues to be **republished** electronically, with Mrs. Liberi's full social security number, to this day. Dr. Taitz still has not redacted the social security number of Lisa Liberi or others that Judge Robreno ordered her to back in June 2009 on blog sites that she, herself posted. And, contrary to Dr. Taitz's false statement that, the number she published is not Lisa Liberi's, it is in fact Lisa Liberi's social security number, again as explained and proven in the Federal case, _Liberi, et al v. Taitz, et al_, this clearly is just another deception by Dr. Taitz's upon this Court.

29.    Dr. Taitz's statements on page 6 that she believes that Berg, Liberi and me were afraid of criminal indictments and decided to silence her.  This is completely unbelievable and absurd.  Dr. Taitz did everything in her power attempting to have Lisa Liberi and me arrested on **false** allegations.  Dr. Taitz filed false criminal reports against us with the Orange County Sheriff's Department; FBI and our local authorities.  Dr. Taitz posted on her website several times for all her "supporters" and "followers" to call the law enforcement agencies where she believes we reside to have Lisa Liberi and me arrested.  And what criminal indictments were Mr. Berg, Mrs. Liberi and myself afraid of?  This makes no sense.

# Exhibit "E"
# pg. 84

30.     As for Dr. Taitz's statements on page 7 "*I constantly expose criminals…*" This is absurd also.  Dr. Taitz accuses every one who disagrees with her of crimes.  I've been finding her statements of crimes to be projective.

31.     As far as Dr. Taitz's statements and accusations to this Court, I have not forged anything; I have been completely honest with this Court and am willing to testify to these matters  before this Court.


I declare under the Penalty of Perjury of the Laws of the United States that the foregoing is true and correct..  Executed this 25 day of January 2010 in the State of New Jersey.

Lisa M. Ostella

Lisa Ostella, Affiant

State of New Jersey          )
                                     §
County of  Morris        )

On this 25 day of January, I the year of 2010, before me  MADELEINE R. VASQUEZ
Notary Public Name

A notary public, personally appeared Lisa Osetlla, and proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged she executed the same.  Witness my hand and official seal.


NOTARY PUBLIC

SEAL

My commission expires:  7 17 2013

MADELEINE R. VASQUEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 17, 2013

**Exhibit "E"**

**pg. 85**

**EXHIBIT "1"**

**Exhibit "E"**

**pg. 86**

From: [lisaostella@hotmail.com](mailto:lisaostella@hotmail.com)
To: [c.non@lawca.com](mailto:c.non@lawca.com)
Subject: RE: Individual Lawforms you ordered & receipt
Date: Mon, 19 Jan 2009 13:25:29 -0500

THANK YOU!!!

And great customer service too!


Lisa Ostella
1-732-846-2875


---

Date: Mon, 19 Jan 2009 10:16:00 -0800
From: [c.non@lawca.com](mailto:c.non@lawca.com)
To: [lisaostella@hotmail.com](mailto:lisaostella@hotmail.com)
Subject: Re: Individual Lawforms you ordered & receipt

Dear Lisa Ostella,

Thank you for your order. Save this e-mail, it is your credit card
receipt.

Your credit card has been charged $10.00.


Your Credit Card Receipt and Approval code # is found at the bottom of
this letter.

The individual form(s) you ordered are attached to this e-mail.
982(a)(15.2)* replaced by SUBP-010.DOC


Instructions can be found at:

[http://www.lawca.com/instruct.html](http://www.lawca.com/instruct.html)

[http://www.lawca.com](http://www.lawca.com)

If you do not have Microsoft Word you can use Word Viewer to fill in
the
forms. You can obtain Word Viewer from:
[http://www.microsoft.com/downloads/details.aspx?FamilyID=95e24c87-8732-48d5-8689-ab826e7b8fdf&DisplayLang=en](http://www.microsoft.com/downloads/details.aspx?FamilyID=95e24c87-8732-48d5-8689-ab826e7b8fdf&DisplayLang=en)

# Exhibit "E"

# pg. 87

```
=============================
Lisa Ostella
622 Remsen Ave
North Brunswick
NJ
08902
732-846-2875
```
[lisaostella@hotmail.com](mailto:lisaostella@hotmail.com)
▓▓▓▓▓▓▓▓▓▓▓
```
=============================
RECEIPT:
```

**LAWCA CORP.**

**10580 N. MCCARREN BLVD**

**RENO, NV 89503-0000**

**7752788937**

**Store #1001124943**

**01/19/09 10:13:49 AM**

**eCommerce Sale**

**Billing Address**

Lisa Ostella

622 Remsen Ave

North Brunswick , NJ  08902

**Credit Card Information**

CREDIT CARD NUMBER: ▓▓▓▓▓▓▓

SWIPE CARD:                    No

STATUS:                          APPROVED - 134747

ORDER NUMBER:           Lisa Ostella01.19.2009

# Exhibit "E"
# pg. 88

PO NUMBER:                individual forms

| Qty | Unit Cost | | Extended Cost |
|---|---|---|---|
| 1 | 10.00 | 10.00 | |

SUBTOTAL:            $10.00

TOTAL:               $10.00

    I AGREE TO PAY ABOVE AMOUNT ACCORDING TO CARD ISSUER.


    SIGNATURE X_____

Lisa Ostella

```
==============================
*Important billing information. Please remember our credit card billing
name: Our credit card charge will appear on your card as charged by
LawCA or Fresno LaserGraphics, Inc. We apologize, but in order to
maintain our low prices ...Our credit card company charges $20.00 for
disputes. If you dispute this charge and the dispute is settled in our
favor, your card will be charged this amount.
```

# Exhibit "E"

# pg. 89

**EXHIBIT "2"**

**Exhibit "E"**

**pg. 90**



**Exhibit "E"**

**pg. 91**

EXHIBIT "3"

Exhibit "E"

pg. 92

Date: Tue, 20 Jan 2009 09:06:08 -0800
From: michelepecora@yahoo.com
Subject: Serve Subpoenas
To: lisaaadia@hotmail.com

HI Lisa,
I live in McLean, VA and have supported Orly Taitz's work; I introduced myself to her, Bob Schulz and Rev. Manning at the Washington Press Club Conference, then as a member of the democratic-disaster group (which now has morphed into another organization that I no longer follow).  I am a regular at the ObamaCrimes blog using my full name: Michele Pecora
I am willing to help with the subpoenas.
My cell phone is 703-447-3281.
Michele Pecora, MBA, CPA
9117 Falls Run Road
McLean, VA 22102

Hotmail: Trusted email with Microsoft's powerful SPAM protection. Sign up now.

**Exhibit "E"**
**Pg. 93**

Subject: Volunteers to server subpoenas
Date: Tue, 20 Jan 2009 09:11:10 -0700
From: barbcris@genesisf.com
To: lisa.sella@hotmail.com

I live in Bethesda, MD, right on the border to DC.  I don't know what qualifications you need to serve a subpoena, I'm just an ordinary citizen, but tell me what to do and I will do it.

Thanks,

Bernie (Bernard) Schoch

Your E-mail and More On-the-Go. Get Windows Live Hotmail Free. Sign on now

**Exhibit "E"**
**Pg. 94**

From: lisacsella@hotmail.com
To: rksmart@gmail.com
Subject: Fax Number
Date: Fri, 23 Jan 2009 13:17:04 -0500

Fred, can you give me your fax number so I can send you a subpoena to serve Patrick Fitzgerald.

Thanks.

Lisa Ostella
Peace through Strength
http://www.barofintegrity.com

---

Hotmail® goes where you go. On a PC, on the Web, on your phone. See how.

---

Hotmail: Trusted email with powerful SPAM protection. Sign up now.

**Exhibit "E"**
**Pg. 95**

From: lisaostella@hotmail.com
To: fksmart@gmail.com
Subject: RE: Fax Number
Date: Fri, 23 Jan 2009 14:49:40 -0500

Faxing to you as I type, 2 subpoenas.  1 for Patrick Fitzgerald, 1 of the main US Attorney office in Chicago.  Included is a page called Attachment 3.  That goes with each subpoena.  There also are 2 proofs of service that need to be filled out by whomever does the serving.  The Executive Order they serving is being done under is also included.

Now, Orly wanted the case filings to be included with these subpoenas.  I did snail mail those case filings with my subpoenas.  If you want to included them with the hand delivered ones, I can fax those too.  But I will have to do that when I get back.  I need to leave to get my kids from school.  The case filings are a total of 45 pages.

Do you want those sent too?  Or do you the the receipt of them in mail is enough?


Lisa Ostella
Defend Our Freedoms Foundation
http://defendourfreedoms.org
Peace through Strength
http://www.barofintegrity.com
1-732-846-2875



Date: Fri, 23 Jan 2009 13:22:03 -0600
Subject: Re: Fax Number
From: fksmart@gmail.com
To: lisaostella@hotmail.com

Hi Lisa:

You can try 847-328-3733.

If that doesn't work I need to use our home number with my other fax machine which is not on a dedicated line.

Fred


# Exhibit "E"

# pg. 96

On Fri, Jan 23, 2009 at 12:17 PM, Lisa Ostella <lisaostella@hotmail.com> wrote:

> Fred, can you give me your fax number so I can send you a subpoena to serve
> Patrick Fitzgerald.
>
> Thanks.
>
>
> Lisa Ostella
> Peace through Strength
> http://www.barofintegrity.com
>
>
>
>
> Hotmail® goes where you go. On a PC, on the Web, on your phone. See how.

--
Fred Smart
847-878-8090

"Lord I have no plans of my own save those you shall reveal to me." - Dean Fagerstrom,
The Mission of Anglion"

Notice: This e-mail (including attachments) is covered by the Electronic Communications
Privacy Act, 10 U.S.C. 2510-2521, is confidential and may be legally privileged.  If you
are not the intended recipient, you are hereby notified that any retention, dissemination,
distribution, or copy of this communication is strictly prohibited.  Please reply to the
sender that you have received the message in error and then delete it.  Thank you.

Windows Live™ Hotmail®…more than just e-mail. See how it works.

Hotmail: Free, trusted and rich email service. Get it now.

# Exhibit "E"
# Pg. 97

From: lisaostella@hotmail.com
To: fksmart@gmail.com

Subject: FW: MyFax Delivery from 7328462875
Date: Mon, 26 Jan 2009 11:25:47 -0500

PDF is attached


Lisa Ostella
Defend Our Freedoms Foundation
http://defendourfreedoms.org
Peace through Strength
http://www.barofintegrity.com


Date: Mon, 26 Jan 2009 11:23:52 -0500
To: lisaostella@hotmail.com
Subject: MyFax Delivery from 7328462875
From: NoReply@MyFax.com

Fax Received at: 01/26/2009 11:22:30 GMT -5
Receiving Fax Number: (732) 289-6083
# of Pages: 2
Duration: 79
Sending Fax: 7328462875
Caller Id: 7328462875

Please note that the image shown here is only the first page of the attached fax and is
compressed to fit a 1024 X 768 screen. If you have problems reading text on it, view the
attached file.

Click here if you want to report this as a junk fax


# Exhibit "E"
# Pg. 98

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq  223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO.:                FAX NO. (Optional):  949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Attorney, 219 S. Dearborn St. 5th Floor   Honorable Patrick Fitzgerald
Chicago, IL 60604
1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To (name of deposition officer):  Orly Taitz, Esq.
On (date) : 02/20/09                                      At (time):  10:00am
Location (address): 26302 La Paz  STE 211 Mission Viejo, CA 92691
         Do not release the requested records to the deposition officer prior to the date and time stated above.

 a. [X]  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

 b. [ ]  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

 c. [ ]  by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
    [X]  Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

         Dr. Orly Taitz, Esq
         (TYPE OR PRINT NAME)

                              (Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | | Code of Civil Procedure,<br>§§ 2020.410–2020.440;<br>Civil Code, § 1985.3 |
|---|---|---|---|

## Exhibit "E"
## pg. 99

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq  223433 | |

Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.:                    FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Attorney, 219 S. Dearborn St. 5th Floor
Chicago, IL 60604

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer): Orly Taitz, Esq.
On (date): 02/20/09                          At (time): 10:00am
Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691
Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
Per Executive Order from January/6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)                                              (TITLE)

(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | | Code of Civil Procedure,<br>§§ 2020.410–2020.440;<br>Govt. Code, § 68097.1 |
|---|---|---|---|

Windows Live™: E-mail. Chat. Share. Get more ways to connect. Check it out.

Your E-mail and More On-the-Go. Get Windows Live Hotmail Free. Sign up now.

7328462875_090126_146627790.pdf  **Exhibit "E"**
65K  View  Download

**pg. 100**

From: lisaostella@hotmail.com
To: bpschoch@hotmail.com
Subject: FW: MyFax Delivery from 7328462875
Date: Wed, 28 Jan 2009 22:31:40 -0500

PDF form of Subpoenas attached.

I'll have more tomorrow, ok?

Thanks.


Lisa Ostella
Defend Our Freedoms Foundation
http://defendourfreedoms.org
Peace through Strength
http://www.barofintegrity.com

**Exhibit "E"**

**pg. 101**

01/28/2009  23:44  7328462875               GOEXCELGLOBAL INC                    PAGE  01

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>    TELEPHONE NO: 949-683-5411        FAX NO. *(Optional):*  949-586-8110<br>E-MAIL ADDRESS *(Optional):* dr_taitz@yahoo.com<br>    ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA  95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Robert S. Mueller, III Director - US Immigrations and Customs Enforcement
500 12th St. SW, Washington, DC  20535-0001

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

| To *(name of deposition officer):*  Orly Taitz, Esq. | |
|---|---|
| On *(date)* :  02/20/2009 | At *(time):*  10:00AM |
| Location *(address):*  26302 La Paz STE 211 Mission Viejo, CA 92691 | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [  ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [  ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued:  January 19, 2009

          Dr. Orly Taitz, Esq.                                    ▶
          (TYPE OR PRINT NAME)

*(Proof of service on reverse)*

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | Electronic form © 2005<br>www.LawCa.com<br>Law Publishers | Code of Civil Procedure,<br>§§ 2020.410-2020.440; |

# Exhibit "E"
# pg. 102

01/28/2009 23:44    7328462875              GOEXCELGLOBAL INC                PAGE 02

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Orly Taitz, Esq. 223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>　　　TELEPHONE NO.: 949-683-5411　　FAX NO. *(Optional)*: 949-586-8110<br>E-MAIL ADDRESS *(Optional)*: dr_taitz@yahoo.com<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF　Sacramento<br>　STREET ADDRESS: 720 Ninth Street<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: Sacramento, CA 95815<br>　BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:

Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505
**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer)*: Orly Taitz, Esq.
On *(date)* : 02/20/2009                                At *(time)*: 10:00AM
Location *(address)*: 26302 La Paz STE 211 Mission Viejo, CA 92691

　　Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OR CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

　　　Dr. Orly Taitz, Esq.　　　　　　　　　　▶　　　　　　　　　　　　
　　　(TYPE OR PRINT NAME)　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　(Proof of service on reverse)　　　　　　(TITLE)

| Form Adopted for Mandatory Use<br>Judicial Council of California | **DEPOSITION SUBPOENA FOR PRODUCTION**<br>OF BUSINESS RECORDS | *[Publisher logo]* | Code of Civil Procedure<br>§§ 2020.410–2020.440; |
|---|---|---|---|

# Exhibit "E"

# pg. 103

01/28/2009  23:44    7328462875              GOEXCELGLOBAL INC            PAGE  03

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO.: 949-683-5411    FAX NO. *(Optional):*  949-586-8110<br>E-MAIL ADDRESS *(Optional):* dr_taitz@yahoo.com<br>ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Mike Hayden - Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer):*  Orly Taitz, Esq.
On *(date):*  02/20/2009                                          At *(time):*  10:00AM
Location *(address):*  26302 La Paz STE 211 Mission Viejo, CA 92691

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
*(TYPE OR PRINT NAME)*

*(Proof of service on reverse)*                                        (TITLE)

| Form Adopted for Mandatory Use<br>Judicial Council of California | **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS** | Code of Civil Procedure,<br>§§ 2020.410–2020.440; |
|---|---|---|

# Exhibit "E"
# pg. 104

Case 8:09-cv-00082-DOC-AN Document 55 Filed 03/03/2009 Page 32 of 56
Case 8:09-cv-00082-DOC-AN Document 21-3 Filed 02/20/09 Page 33 of 52
#:5508

01/28/2009  23:44   7328462875          GOEXCELGLOBAL INC          PAGE  04

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Orly Taitz, Esq.  223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>TELEPHONE NO.: 949-683-5411     FAX NO. (Optional):  949-586-8110<br>E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA  95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Micheal W. Hager - Office of Personnel Management
1900 E. Street NW, Washington, DC  20415
1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in Item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.
On (date) :  02/20/2009                                    At (time):  10:00AM
Location (address): 26302 La Paz STE 211 Mission Viejo, CA  92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X]  by delivering a true, legible, and durable copy of the business records described in Item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ]  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ]  by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X]  Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

                                                        (TITLE)
(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | Code of Civil Procedure,<br>§§ 2020.410–2020.440; |
|---|---|---|

**Exhibit "E"**

**pg. 105**

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 Orly Taitz, Esq. 26302 La Paz, STE 211 Mission Viejo, CA 92691 TELEPHONE NO: 949-683-5411    FAX NO. (Optional) 949-586-8110 E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Margaret Spellings - Department of Education
400 Maryland Avenue SW, Washington, DC 20202
1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.
On (date): 02/20/2009      At (time): 10:00AM
Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)      (TITLE)

| Form Adopted for Mandatory Use Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | Westlaw Doc & Form Builder WWW.LawCA.com Law Publishers | Code of Civil Procedure, §§ 2020.410–2020.440; |
|---|---|---|---|

Windows Live™ Hotmail®:…more than just e-mail. Check it out.

Hotmail: Powerful Free email with security by Microsoft. Get it now.

7328462875_090128_147349991.pd **Exhibit "E"**
191K   View   Download

**pg. 106**

**ACTUAL COPIES OF THE SUBPOENA
FORMS FAXED TO THE PROCESS SERVERS**

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 Orly Taitz, Esq. 26302 La Paz, STE 211 Mission Viejo, CA 92691 TELEPHONE NO.: 949-683-5411   FAX NO. *(Optional)*: 949-586-8110 E-MAIL ADDRESS *(Optional)*: dr_taitz@yahoo.com ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| **DEPOSITION SUBPOENA** **FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER: 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:

Robert S. Mueller, III Director - US Immigrations and Customs Enforcement
500 12th St. SW, Washington, DC 20535-0001

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer)*: Orly Taitz, Esq.

On *(date)*: 02/20/2009                              At *(time)*: 10:00AM

Location *(address)*: 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☒ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

**3. The records to be produced are described as follows:**

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
☒ Continued on Attachment 3.

**4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 AND 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

_____Dr. Orly Taitz, Esq._____              ▶
(TYPE OR PRINT NAME)

*(Proof of service on reverse)*

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Electronic form © 2005.1
www.LawCA.com
Law Publishers

Code of Civil Procedure,
§§ 2020.410-2020.440;

**Exhibit "E"**
**pg. 108**

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 <br> Orly Taitz, Esq. <br> 26302 La Paz, STE 211 Mission Viejo, CA 92691 <br> TELEPHONE NO.: 949-683-5411    FAX NO. *(Optional)*  949-586-8110 <br> E-MAIL ADDRESS *(Optional)*: dr_taitz@yahoo.com <br> ATTORNEY FOR *(Name)*: | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento |
|---|
| STREET ADDRESS: 720 Ninth Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Sacramento, CA  95815 |
| BRANCH NAME: |

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| **DEPOSITION SUBPOENA** <br> **FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER: <br> 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Central Intelligence Agency
Office of Public Affairs, Washington, DC  20505

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in Item 3, as follows:**

| To *(name of deposition officer)*:   Orly Taitz, Esq. |
|---|
| On *(date)* :  02/20/2009                              At *(time)*:  10:00AM |
| Location *(address)*:  26302 La Paz STE 211 Mission Viejo, CA  92691 |
| Do not release the requested records to the deposition officer prior to the date and time stated above. |

a. ☒ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   ☒  Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)                         (TITLE)

| Form Adopted for Mandatory Use <br> Judicial Council of California | **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS** | Code of Civil Procedure, §§ 2020.410–2020.440; |
|---|---|---|

# Exhibit "E"
## pg. 109

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq.  223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>TELEPHONE NO.: 949-683-5411          FAX NO. *(Optional):*  949-586-8110<br>E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
   STREET ADDRESS: 720 Ninth Street
   MAILING ADDRESS:
   CITY AND ZIP CODE: Sacramento, CA  95815
   BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER:<br><br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Mike Hayden - Central Intelligence Agency
Office of Public Affairs, Washington, DC  20505

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in Item 3, as follows:**

   To *(name of deposition officer):*  Orly Taitz, Esq.
   On *(date):*  02/20/2009                                             At *(time):*  10:00AM
   Location *(address):*  26302 La Paz STE 211 Mission Viejo, CA  92691

   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner
   wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner
   wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the
   address in item 1.

   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the
   witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined
   under Evidence Code section 1563(b).

   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the
   attorney's representative and permitting copying at your business address under reasonable conditions during normal
   business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the
deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available
or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be
accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

   Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of
   character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER
CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN
SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE
AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE
FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued:  January 19, 2009

              Dr. Orly Taitz, Esq.
              (TYPE OR PRINT NAME)

                                    (Proof of service on reverse)                    (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California
                          DEPOSITION SUBPOENA FOR PRODUCTION
                                  OF BUSINESS RECORDS
Code of Civil Procedure,
§§ 2020.410–2020.440;

**Exhibit "E"**
**pg. 110**

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO.: 949-683-5411    FAX NO. *(Optional)*: 949-586-8110<br>E-MAIL ADDRESS *(Optional)*: dr_taitz@yahoo.com<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:

Micheal W. Hager - Office of Personnel Management
1900 E. Street NW, Washington, DC 20415
**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer)*: Orly Taitz, Esq.
On *(date)*: 02/20/2009                                              At *(time)*: 10:00AM
Location *(address)*: 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)                    (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California    **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**    Martin Dean's Essential Forms<br>WWW.LawCA.com<br>Law Publishers    Code of Civil Procedure,
§§ 2020.410–2020.440;

**Exhibit "E"**
**pg. 111**

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 | |

Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.: 949-683-5411          FAX NO. (Optional)  949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
   STREET ADDRESS: 720 Ninth Street
   MAILING ADDRESS:
   CITY AND ZIP CODE: Sacramento, CA 95815
   BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Margaret Spellings - Department of Education
400 Maryland Avenue SW, Washington, DC 20202
1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer):*  Orly Taitz, Esq.
On *(date)* :  02/20/2009                                      At *(time):*  10:00AM
Location *(address):*  26302 La Paz STE 211 Mission Viejo, CA 92691

   **Do not release the requested records to the deposition officer prior to the date and time stated above.**

   a. ☒  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

   b. ☐  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. ☐  by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

   Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   ☒  Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE<br>FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued:  January 19, 2009

Dr. Orly Taitz, Esq.
        (TYPE OR PRINT NAME)

(Proof of service on reverse)                                    (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION**
**OF BUSINESS RECORDS**

Code of Civil Procedure,
§§ 2020.410–2020.440;

**Exhibit "E"**

**pg. 112**

EXHIBIT "4"

Exhibit "E"
pg. 113

Date: Sat, 24 Jan 2009 06:04:31 -0800
From: dr_taitz@yahoo.com
Subject: Re: COLB Number - Verify
To: lisa.ostella@hotmail.com

Lisa
I don't think it will do us any good. I believe COLB was issued based on a story by a grandma, so they will verufy taht he ws born in HI.
Do you have the subpoena for annenberg ready?
Can you post the subpoenas on the blog?
Orly

Orly Taitz DDS Esq

26302 La Paz ste 211
Mission Viejo Ca 92691

29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411
fax 949-586-2082

--- On **Sat, 1/24/09, Lisa Ostella <lisa.ostella@hotmail.com>** wrote:
From: Lisa Ostella <lisa.ostella@hotmail.com>
Subject: COLB Number - Verify
To: "Orly Taitz" <dr_taitz@yahoo.com>
Date: Saturday, January 24, 2009, 5:42 AM

Is this the procedure we need to follow to verify the information on certificate number 151 1961 - 010641?


http://hawaii.gov/health/vital-records/vital-records/vital_records.html


**Letters of Verification**
Letters of verification may be issued in lieu of certified copies (HRS §338-14.3). This document verifies the existence of a birth/death/marriage/divorce certificate on file with the Department of Health and any other information that the applicant provides to be verified relating to the vital event. (For example, that a certain named individual was born on a certain date at a certain place.) The verification process will not, however, disclose information about the vital event contained within the certificate that is unknown to and not provided by the applicant in the request.

Letters of verification are requested in similar fashion and using the same request forms as for certified copies.

# Exhibit "E"
# Pg. 114

Case 8:09-cv-01058-VMC-TBM Document 213-3 Filed 01/05/13 Page 42 of
Case 0:11-cv-61885-RG Document 55-1 Entered on FLSD Docket 12/23/2016 Page 44 of
#: 5518

The fee for a letter of verification is $5 per letter.


Lisa Ostella
Peace through Strength
http://www.barofintegrity.com

---

Windows Live™ Hotmail®…more than just e-mail. See how it works.

---

Hotmail: Trusted email with Microsoft's powerful SPAM protection. Sign up now.

**Exhibit "E"**
**pg. 115**

**EXHIBIT "5"**

**Exhibit "E"**
**pg. 116**

**FORGED AND ALTERED EMAIL placed on Orly Taitz's website at http://www.orlytaitzesq.com/blog1/?p=1843 BY Orly Taitz**

**NUMBER 1:**

> From: nsankey@thesankeyfirm.com
> To: lisaostella@hotmail.com
> Subject: RE: HELLO ??? (again)
> Date: Sun, 15 Mar 2009 17:02:00 -0700
>
> Indeed it would. If you would pass this on to Dr-O, I will go out to San Bdo this week and have a look at the 2002 file, doncha think?
>
> N
>
>

**NUMBER 2:**

——Original Message——
> From: Lisa Ostella [mailto:lisaostella@hotmail.com]
> Sent: Sunday, March 15, 2009 4:49 PM
> To: Neil Sanky
> Subject: RE: HELLO ??? (again)
>
> Hmm, if the forged documents actually came out of Phil Berg's office, well, filing lawsuits would be an excellent cover, huh?
> or not.
>
> Factcheck is in Pennsylvania.
>
> As is Phil Berg.
>
> Lisa Ostella
> Defend Our Freedoms Foundation
> http://defendourfreedoms.org <http://defendourfreedoms.org/>
> Peace through Strength
> http://www.barofintegrity.com <http://www.barofintegrity.com/>

---

**ORIGINAL CORRECT UN-ALTERED EMAIL WHICH WAS SENT AND RECEIVED:**

**NUMBER 1:**

> From: nsankey@thesankeyfirm.com
> To: lisaostella@hotmail.com
> Subject: RE: HELLO ??? (again)
> Date: Sun, 15 Mar 2009 17:02:00 -0700
>
> If you would pass this on to Dr-O, I will go out to San Bdo
> this
> N
>

**NUMBER 2:**

NO SUCH EMAIL EXISTS – NEVER SENT NUMBER 2 ON ORLY TAITZ WEBSITE IS A COMPLETE MANUFACTURED AND FORGED EMAIL

**Exhibit "E"**

**Pg. 117**

3

**NUMBER 3:**

> > From: nsankey@thesankeyfirm.com
> >> To: lisaostella@hotmail.com
> >> Subject: RE: HELLO ??? (again)
> >> Date: Sun, 15 Mar 2009 16:35:46 -0700
> >
> > Yes but a SEAL !!, and HOW MANY aliases?

**NUMBER 4:**

> ——Original Message——
> From: Lisa Ostella [mailto:lisaostella@hotmail.com]
> Sent: Sunday, March 15, 2009 3:46 PM
> To: Neil Sanky
> Subject: RE: HELLO ??? (again)
>
> Insight, such as, Lisa Liberi (Phil Berg's assistant) really being Lisa
> Richards, with a police record for ID theft? 😊
>
> Mighty convenient talent to have when there are multiple identities flying
> around.
>
> I've not researched that insight yet. I didn't have a warm and fuzzy
> interaction with (redacted name of volunteer )So I don't know if this is planted info
> droppings
> or not.
>
>
> Lisa Ostella
>
>
> Peace through Strength
> http://www.barofintegrity.com <http://www.barofintegrity.com/>

This entry was posted on Sunday, May 31st, 2009 at 2:19 pm and is filed under Uncategorized. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

Dr. Orly Taitz Esquire is proudly powered by WordPress Entries (RSS) and Comments (RSS).

**NUMBER 3:**

Actual Email -- No Alterations on this document

**NUMBER 4:**

> ——Original Message——
> From: Lisa Ostella [mailto:lisaostella@hotmail.com]
> Sent: Sunday, March 15, 2009 3:46 PM
> To: Neil Sanky
> Subject: RE: HELLO ??? (again)
>
> I've not researched that insight yet. I didn't have a warm and fuzzy
> interaction with Sarah. So I don't know if this is planted info droppings
> or not.
>
>
> Lisa Ostella
> Defend Our Freedoms Foundation
> Defend Our Freedoms Foundation
> http://defendourfreedoms.org <http://defendourfreedoms.org>
> http://defendourfreedoms.org <http://defendourfreedoms.org/>
> Peace through Strength
> http://www.barofintegrity.com <http://www.barofintegrity.com/>

**Exhibit "E"**
**Pg. 118**

***

Note on Number 4: The smiley in the forged email bears the exact same smiley face used by Orly Taitz on her website at
**http://www.orlytaitzesq.com/blog1/?p=1445**

***

NOTE – NEIL SANKEY WITH THE SANKEY FIRM WAS ON PLAINS RADIO, www.plainsradio.com ON MAY 28, 2009 WHEREIN NEIL SANKEY STATED: *I RECEIVED AN EMAIL FROM LISA OSTELLA STATING LISA LIBERI (PHIL BERG'S ASSISTANT) WAS REALLY LISA RICHARDS WITH A POLICE RECORD FOR IDENTIFICATION THEFT.*

5

# Exhibit "E"
# Pg. 119

# EXHIBIT "6"

## Exhibit "E"
## Pg. 120

Date: Sat, 24 Jan 2009 06:04:31 -0800
From: dr_taitz@yahoo.com
Subject: Re: COLB Number - Verify
To: lisa.ostella@hotmail.com

Lisa
I don't think it will do us any good. I believe COLB was issued based on a story by a grandma, so they will verufy taht he ws born in HI.
Do you have the subpoena for annenberg ready?
Can you post the subpoenas on the blog?
Orly

Orly Taitz DDS Esq

26302 La Paz ste 211
Mission Viejo Ca 92691

29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411
fax 949-586-2082

--- On **Sat, 1/24/09, Lisa Ostella <lisa.ostella@hotmail.com>** wrote:
From: Lisa Ostella <lisa.ostella@hotmail.com>
Subject: COLB Number - Verify
To: "Orly Taitz" <dr_taitz@yahoo.com>
Date: Saturday, January 24, 2009, 5:42 AM

Is this the procedure we need to follow to verify the information on certificate number 151 1961 - 010641?


http://hawaii.gov/health/vital-records/vital-records/vital_records.html

### Letters of Verification
Letters of verification may be issued in lieu of certified copies (HRS §338-14.3). This document verifies the existence of a birth/death/marriage/divorce certificate on file with the Department of Health and any other information that the applicant provides to be verified relating to the vital event. (For example, that a certain named individual was born on a certain date at a certain place.) The verification process will not, however, disclose information about the vital event contained within the certificate that is unknown to and not provided by the applicant in the request.

Letters of verification are requested in similar fashion and using the same request forms as for certified copies.

# Exhibit "E"
# Pg. 121

The fee for a letter of verification is $5 per letter.


Lisa Ostella
Peace through Strength
http://www.barofintegrity.com

---

Windows Live™ Hotmail®…more than just e-mail. See how it works.

---

Hotmail: Trusted email with Microsoft's powerful SPAM protection. Sign up now.

**Exhibit "E"**
**Pg. 122**

From: lisaostella@hotmail.com
To: dr_taitz@yahoo.com
Subject: Patrick Fitzgerald Letter
Date: Thu, 22 Jan 2009 08:40:36 -0500

Orly,

This Patrick Fitzgerald letter you faxed to me yesterday, this is a cover letter to go out with the subpoenas to be mailed today?

Second paragraph, 'These are the documents that I would consider most crucial....' insert what we created for Attachment 3 here?

Then customize it for all subpoenas and send regular mail?


Lisa Ostella
Peace through Strength
http://www.barofintegrity.com

---

Windows Live™: E-mail. Chat. Share. Get more ways to connect. Check it out.

---

Hotmail: Trusted email with Microsoft's powerful SPAM protection. Sign up now.

**Exhibit "E"**
**Pg. 123**

**EXHIBIT "7"**

**Exhibit "E"**
**Pg. 124**



# Defend Our Freedoms

Every major political movement starts not in Washington but it starts with the grassroots-D.L. Hunter

## Ed Hale at Plains Radio and His Guest Ralph - PayPalGate

Previous threads:

http://defendourfreedoms.net/2009/04/12/understanding-the-internet-101.aspx
Understanding the Internet 101

http://defendourfreedoms.net/2009/04/14/understanding-the-internet-102--paypalgate.aspx
Understanding the Internet 102 - PayPalGate

http://defendourfreedoms.net/2009/04/15/part-2--understanding-the-internet-102--paypalgate.aspx
Part 2 - Understanding the Internet 102 - PayPalGate

On Ed Hale's Plains Radio Station Show this evening, my PayPal Account again has come into question.  If anyone knows his guest Ralph, please forward this link to him.  The specific date of January 18th was being questioned.  Here are are screen shots:



**Exhibit "E"**
**Pg. 126**

As you can see, I sent Orly Taitz $500.00 in December. I sent it to her Yahoo email account that is labeled Orly Taitz. The PayPal I had a login for was under her Gmail account, orly.taitz@gmail.com. That site was labeled Defend our Freedoms Foundation that I was listed as a cutomer service contact for at my hotmail email and my 800#.

That $500.00 I sent Orly was to cover the Lightfoot v. Bowen filing. Once she started getting donations, she refunded it to me.



Posted by Defend Our Freedoms at 5/25/2009 8:41 PM
Categories: DrOrly,PayPalGate


What did you think of this article?

Liked

Disliked

No Opinion

Vote & See Results

**Exhibit "E"**
**Pg. 127**

-->

**Trackbacks**

<u>Trackback specific URL for this entry</u>

- No trackbacks exist for this entry.

**Comments**

Display comments as (Linear | <u>Threaded</u>)

# Exhibit "E"
# Pg. 128