1  Philip J. Berg, Esquire
2  Pennsylvania I.D. 9867
   **LAW OFFICES OF PHILIP J. BERG**
3  555 Andorra Glen Court, Suite 12
4  Lafayette Hill, PA 19444-2531
   Telephone: (610) 825-3134
5  E-mail: philjberg@gmail.com
6
                **UNITED STATES DISTRICT COURT**
7             **FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
8                        **SOUTHERN DIVISION**

9   LISA LIBERI, et al,              : CIVIL ACTION NUMBER:
10                    Plaintiffs,    : **8:11-cv-00485-AG (AJW)**
11
12      vs.                          : **PLAINTIFFS CERTIFICATE OF SERVICE**
13  ORLY TAITZ, et al,
14                    Defendants.
15

16      I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiff, Lisa
17  Ostella's Declaration in support of Plaintiffs Objections to Defendant Orly Taitz's
18  Declaration was were served through the ECF filing system and/or mail as indicated
19
20  below, this 31st day of May 2011 upon the following:

21                         Jason Q. Marasigan
22                         Dack Marasigan, LLC
23              23041 Avenida de la Carlota, Suite 300
                        Laguna Hills, CA 92653
24                 Email: jmarasigan@dacklaw.com
25                  Served via the ECF Filing System

26              *Attorney for Defendant, Orly Taitz, Esquire*
27
28

Liberi, et al, Plaintiff Lisa Ostella's Declaration Cert of Svc                    1

| | |
|---|---|
| 1 | Orly Taitz |
| 2 | 26302 La Paz Ste 211 |
| | Mission Viejo, CA 92691 |
| 3 | Ph:  (949) 683-5411 |
| 4 | Fax:  (949) 586-2082 |
| | Email:  orly.taitz@gmail.com and |
| 5 | Email:  dr_taitz@yahoo.com |
| 6 | Served via the ECF Filing System |

*Attorney for Defendant Defend our Freedoms Foundation, Inc.*

The Sankey Firm, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
By USPS Mail with Postage fully prepaid

Neil Sankey
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

Sankey Investigations, Inc.
P.O. Box 8298
Mission Hills, CA 91346
By USPS Mail with Postage fully prepaid

 /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com

Liberi, et al, Plaintiff Lisa Ostella's Declaration Cert of Svc            2