# The Disciplinary Board of the Supreme Court of Pennsylvania

**Attorney ID:** 9867

# Berg, Philip J.

## PENDING PROCEEDINGS

### PETITION FOR DISCIPLINE

| DB NO. | DATE | DESCRIPTION | EFFECTIVE |
|---|---|---|---|
| 208 DB 2010 | 10/18/2010 | PETITION FOR DISCIPLINE FILED | |
| 208 DB 2010 | 12/13/2010 | ANSWER TO PETITION FOR DISCIPLINE FILED BY RESPONDENT | |
| 208 DB 2010 | 12/17/2010 | HEARING SCHEDULED (02/23/2011), 09:30 AM DISTRICT II | |
| 208 DB 2010 | 12/17/2010 | PETITION REFERRED TO HEARING COMMITTEE BARRETT, MALLON, SANTARELLI | |
| 208 DB 2010 | 03/02/2011 | HEARING RESCHEDULED (04/07/2011), 09:30 AM, DISTRICT II | |
| 208 DB 2010 | 05/06/2011 | HEARING CONTINUED (05/25/2011), 09:30 AM, DISTRICT II | |

## HISTORY

©2007-2011 The Disciplinary Board of the Supreme Court of Pennsylvania. |
**Disclaimer**

For questions or comments regarding the website, please contact us at
**comments@padisciplinaryboard.org.**