

## Case FWV028000 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 |  |  |  | RA 110013759 | 05/18/2001 |  | 05/18/2001 |

ALIAS: LIBERI, LISA R

ALIAS: COURVILLERICHARDSON, LISA

ALIAS: LIBERI, LISA A

|  | Fine and Penalty | Restitution Fine | Restitution to Victim |
|---|---|---|---|
|  |  | 0 | N/A |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 |  |  |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 |  | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 |  | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 |  | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 |  | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 |  | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 |  | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 |  | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 |  | HTA |

| Count | Charge | Severity | Description | Violation Date | | Status |
|---|---|---|---|---|---|---|
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |

| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | DISMISSED |

Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation

*Probation Type:* FORMAL    *Granted:* 03/21/2008    *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1) SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1-PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE.

2) VIOLATE NO LAW.

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO

ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7) NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

8) SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9) NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.

10) SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

11) NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

13) NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

14) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES,

15) NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16) SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER QUARTERLY.

17) NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE PROBATION OFFICER.

18) NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER, EXCEPT IN THE COURSE OF EMPLOYMENT.

19) REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS OF ACQUISITION.

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT (10%) ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27) THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

28) DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

29) COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

31) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

32) PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.