Such negligence and misprision threaten to nullify these essential safeguards. Thus Relators request this Quo Warranto be related to the Supreme Court under its original jurisdiction.

Enclosed is a summary motion for leave to file Quo Warranto on Barack Hussein Obama II aka Barry Soetoro, with the Supreme Court. The list of Questions Presented is attached. A full brief supporting this motion is in preparation.

1) Relators respectfully pray that the Attorney General recuse himself over bringing this Quo Warranto for the United States on Barack H. Obama II, by reason of intrinsic conflict of interest.
2) Relators pray the Attorney General appoint a Special Assistant (prosecutor) of Archibald Cox's reputation and expertise, to relate this Quo Warranto to the Supreme Court per 28 USC 543.
3) Relators request that their attorney, Orly Taitz, ESQ DDS, assist in relating this Quo Warranto, being recognized at bar before the Supreme Court.
4) Relators further request the assistance of Patrick Fitzgerald, United States Attorney General for the Northern District of Illinois, as having familiarity with issues involving Barack H. Obama II while Senator from Illinois and as President Elect.
5) Relators request guidance from the Attorney General, within one week of receipt of this information, regarding his decision on whether to appoint such a Special Assistant.

With respect, in absence of such guidance, Relators will proceed to request leave from the Supreme Court to relate information for this Quo Warranto on Mr. Obama to test his title.

Yours Sincerely,

*[signature]*

Orly Taitz, ESQ
Attorney for Relators
26302 La Paz
Mission Viejo, CA  92691
949-683 5411

Encl. Motion to Supreme Court for leave to relate Quo Warranto on Barack Hussein Obama II, testing his title to the Federal office of President.