01/28/2009 23:44 5302627... EXCELGLOBAL INC PAGE 05
Case 8:11-cv-00485-AG-AJW Document 224-7 Filed 06/10/11 Page 1 of 1 Page ID #:6357
Case 9:09-cv-81255-WPD Document 55-1 Entered on FLSD Docket 01/26/2010 Page 39 of 55

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Orly Taitz, Esq. 223433
Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.: 949-683-5411   FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

SUBP-010

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

CASE NUMBER: 34-2008-80000096-CU-WM-GDS

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):
Margaret Spellings - Department of Education
400 Maryland Avenue SW, Washington, DC 20202

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:
   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/2009
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691    At (time): 10:00AM

   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.
   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).
   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
   Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE)
(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Code of Civil Procedure,
§§ 2020.410–2020.440;