Phone: 2145990260
Fax: 8665421498

**Fax**

To: Orly Taitz

From: Geoff Staples / Hostricity Web Hosting

Fax: 9497667603

Pages: 16

Re: Your Faxed Request

Date: September 24, 2010

Ms. Taitz:

Per your faxed request for information regarding Lisa Liberi's access to credit card accounts while I was web host for Phil berg and the obamacrimes .com website:

I have attached emails from our archive showing that Lisa Liberi had access to donors credit card information, that she was processing credit cards, and that she was involved in the setup of the Linkpoint merchant account.

In order to process credit cards, she had to log in to the Linkpoint virtual terminal.

Please note that the credit cards listed in these emails have now expired, so I did not remove them.

Geoff Staples, Owner
Hostricity Web Hosting
Hostricity.com
214.599.0260

3883 Turtle Creek Blvd. Suite 205, Dallas, TX 75219

## DR. ORLY TAQITZ ESQ

## 29839 SANTA MARGARITA CA 93688, STE 100

## RANCHO SANTA MARGARITA CA 92688

## PH 949-683-5411 FAX 949-766-7603

08.29.10.

Attn Mr. Jeoff Staples

Hostricity.com

3823 Turtle Creek Blvd ste 205

Dallas TX 75219

ph 214-599-0200 fax 866-542-1498

Request for information

Dear Mr. Staples,

I am writing to you in regards to ongoing legal action, involving Lisa Liberi (Richardson, Courvile), who works as a paralegal for Attorney Philip J. Berg.

It is my understanding that you managed Mr. Berg's web site as a web master. I am not asking for content of any e-mails or comments sent to that web site or any confidential information of the supporters or donors. I need to verify the following information:

1. Did Lisa Liberi or her husband Brent Liberi have access to credit card information of the donors, pay-pal account, merchant accounts of Philip Berg?

2. Was there a paypal account or merchant account or any other financial account set in relation to that site under a name different from Philip Berg?

This is a request for information only and I hope there will be no need for issuance of a formal subpoena at a later date.

Sincerely

Dr. Orly Taitz ESQ


**Cerberus Helpdesk**

## Declined
**Status:** Closed  **Team:** Domain Desk  **Bucket:** Domain Renewals  **Mask:** K3-Y2-R8  **Internal ID:** 12579

**Subject:** Declined
**From:** Llisaliberi@aol.com
**Date:** Mon, 3 Nov 2008 02:25:29 EST
**To:** Llisaliberi@aol.com, <helpdesk@hostricity.com>

Geoff,

This one declined.

[inbound] navstar@iolfree.ie
_address book_ (javascript:;)

_minimize_ (javascript:;)
To: <geoffstaples@hostricity.com>
Date: Sun, 2 Nov 2008 18:12:45 -0500

X-Envelope-From: hostricity.com@megawebservers.com
Return-Path: <hostricity.com@megawebservers.com>
Received: from asp-1.reflexion.net (ASP-1.reflexion.net [205.237.99.176]) by mail84c0.megamailservers.com (8.13.6.20060614/8.13.1) with SMTP id mA2NCotY017422 for <geoffstaples@hostricity.com>; Sun, 2 Nov 2008 18:12:52 -0500
(qmail 24400 invoked from network); 2 Nov 2008 23:12:50 -0000
from unknown (HELO asp-1.reflexion.net) (127.0.0.1) by 0 (rfx-qmail) with SMTP; 2 Nov 2008 23:12:50 -0000
by asp-1.reflexion.net (Reflexion email security v5.50.2) with SMTP; Sun, 02 Nov 2008 18:12:50 -0500 (EST)
(qmail 24351 invoked from network); 2 Nov 2008 23:12:48 -0000
from unknown (HELO mailrelay3.megawebservers.com) (216.251.35.243) by 0 (rfx-qmail) with (DHE-RSA-AES256-SHA encrypted) SMTP; 2 Nov 2008 23:12:48 -0000
from web197c0.megawebservers.com (web197c0.megawebservers.com

```
[216.251.35.197]) by mailrelay3.megawebservers.com (8.13.6.20060614/8.13.1) with ESMTP id
mA2NCjjT026729 for <geoffstaples@hostricity.com>; Sun, 2 Nov 2008 18:12:46
-0500
from web197c0.megawebservers.com (localhost [127.0.0.1]) by
web197c0.megawebservers.com (8.13.6/8.12.6/SuSE Linux 0.6) with ESMTP id mA2NCjic017925 for
<geoffstaples@hostricity.com>; Sun, 2 Nov 2008 18:12:45 -0500
(from hostricity.com@localhost) by web197c0.megawebservers.com
(8.13.6/8.12.6/Submit) id mA2NCj0G017924; Sun, 2 Nov 2008 18:12:45 -0500
Date: Sun, 2 Nov 2008 18:12:45 -0500
Message-Id: <200811022312.ma2ncj0g017924@web197c0.megawebservers.com>
To: <geoffstaples@hostricity.com>
Subject: Donation: 0e33ed2
From: navstar@iolfree.ie
Reply-To: navstar@iolfree.ie
X-Rfx-Filter-Score: score="2 (2/0)"; threshold="CUSTOM(29)"; result="OK"
Mime-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----------Boundary-00=_E5BQT35G1VH4WS6TN1EC"
X-Mmr:
```

_full headers_ (javascript:;) | _skip to bottom_
(file:///C:/Documents%20and%20Settings/DAD/Local%20Settings/Te
mp/Temporary%20Directory%201%20for%20OBAMACRIMES.zip
/Donations%2012AM%2011-%202-08..htm#13080act)

Name: Francis Kuhn

Company:

E-mail: navstar@iolfree.ie

Address: Far Horizons Seaview, Murrintown County Wexford, Ireland 00000

Phone: 053-9139780

Fax:

Credit Card # / Exp date (MM/YY): ████████████ / 12-08

Donation Donation to the Berg v. Obama Fund

1 x 6 = 6

10/06/2010 16:03 9497667603 ORLY TAITZ Case 8:11-cv-00485-AG -AJW Document 224-9 Filed 06/10/11 Page 5 of 16 Page ID #:6363

24/10 01:03PM PDT Hostricity -> Orly Taitz 9497667603 Pg 5/16
ket #K3-Y2-R8. Declined - Hostricity Web Hosting Help Desk          http://support.hostricity.com/ccrb4/print/ticket/K3-Y2-R8

Sub-Total = 6

Quantity Discount = 0.00

Total = 6.00

The reference number of this donation is: 0e33ed2

The customer has received his/her receipt and reference number by email.

Total Control Panel

_https://asp-1.reflexion.net/userHome.jsp?uID=10005602_
(https://asp-1.reflexion.net/userHome.jsp?uID=10005602)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*Plan your next getaway with AOL Travel. Check out Today's Hot
5 Travel Deals!
(http://pr.atwola.com/promoclk/100000075x1212416248x1200771803/aol?redir=http://travel.aol.com
/discount-travel?ncid=emlcntustrav00000001)
Total Control Panel
https://asp-1.reflexion.net/userHome.jsp?uID=10008535



# Cerberus Helpdesk

## Fwd: Welcome to LinkPoint(R) API

**Status:** Closed  **Team:** Domain Desk  **Bucket:** Domain Renewals  **Mask:** YG-J6-8T  **Internal ID:** 5797

**Subject:** Fwd: Welcome to LinkPoint(R) API
**From:** Llisaliberi@aol.com
**Date:** Tue, 21 Oct 2008 22:26:14 EDT
**To:** <helpdesk@hostricity.com>

**************New MapQuest Local shows what's happening at your destination.
Dining, Movies, Events, News & more. Try it out
(http://local.mapquest.com/?ncid=emlcntnew00000002)
Total Control Panel
https://asp-1.reflexion.net/userHome.jsp?uID=10008535
*Geoff:*
*LinkPoint sent me two [2] sets of e-mails to set up regarding replacement
of PayPal.*
*They appear to be very simillar.*
*This is the first which is for LinkPoint (R) API and the other is LinkPoint
Central.*
**
*Please do ASAP.*

*My Store Name Should change as it is "LAW OFFICES OF PHILIP"*
**
*Perhaps to;*
**
*"Support Federal Lawsuit to Remove Obama from Ballot" which is what you had
on PayPal.*
**
*Thanks,*
**
*Phil*


---------- Forwarded message ----------
From: secure@secure.linkpt.net <secure@secure.linkpt.net>
Date: Tue, Oct 21, 2008 at 10:17 AM
Subject: Welcome to LinkPoint(R) API
To: "philjberg@gmail.com" <philjberg@gmail.com>


Welcome to LinkPoint(R) API

Cardservice International(R) welcomes you to Internet payment processing and the LinkPoint(R) Secure Payment Gateway. We are pleased that you have chosen our LinkPoint Select API for your e-commerce Web site, and we offer the following information to ensure effective setup of this application. Please read this e-mail carefully.

This e-mail contains confidential information about your LinkPoint account. Please protect this information to prevent unauthorized access to your account.

Your DBA store name is: "LAW OFFICES OF PHILIP"
Your store number (store name) is between the quotation marks ("): "1202841"
Your user ID is between the quotation marks ("): "1202841"
Your secure host name is: "secure.linkpt.net" (port 1129)

Your Temporary Password
Please call our 24-hour Internet Support Department at (888) 477-3611, to obtain your activation password. To expedite this process, please have your store number ready and available. You will need your password to access reports and administrative tools.

Forget your password?
If you should forget your private password at anytime, call our 24-hour Internet Support Department at (888) 477-3611, to obtain a new temporary password. After you receive a new password, it will take approximately 30 minutes for the system to update. We suggest that you change your new temporary password the next time you log on to LinkPoint Central.

Technical Questions?
Please contact LinkPoint Select API support at (888) 477-3611 Monday through Friday 9am to 6pm Eastern Standard Time.

General Questions?
Please contact your Cardservice International sales agent at DOMINICK@FDISMWS.COM.

Getting Started
See the LinkPoint API Integration Guide for full instructions on using the LinkPoint API.

To access LinkPoint reports and administrative tools, please use LinkPoint Central. Log on using the URL below.

LinkPoint reports and administration URL (LinkPoint Central) =>
https://www.linkpointcentral.com

After you log on to the LinkPoint Central secure Web site, you should change your temporary password to a new secret or private password. To change your password, click on Admin in the Main Menu Bar, then on Change Password. Choose a password that is familiar to you, and commit it to memory. Once you establish your new password, Linkpoint will have no record of your private

password. Note: For your own security, please do not share this password with anyone.

Your Digital Certificate
In order for you to begin accepting credit card payments, your ISP may require a digital certificate to complete the setup of your store. This certificate should be saved as a file on your Web server with a .pem extension.
To download your digital certificate, please use LinkPoint Central.
Access LinkPoint download Center in the LinkPoint Central Support section:
- Log in at https://www.linkpointcentral.com.
- Click on "Support" in the Main Menu Bar.
- Click on the word "Download Center" under Downloads in the Side Menu Box.
- Click on the word "download" Store PEM File section on main page.
- Key in necessary information to start download.

Merchant Services
If you have questions about your merchant account, statement, etc., contact Card Service International Merchant Services Department at (877) 274-7915.

Thank you for processing with Cardservice International and the Linkpoint Secure Gateway. We appreciate your business!

----------------------------

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

Subject: Re: Fwd: Welcome to LinkPoint(R) API
From: Help Desk <helpdesk@hostricity.com>
Date: Tue, 21 Oct 2008 22:40:59 -0500
To: llisaliberi@aol.com

Phil has to contact Linkpoint to get his password. Instructions are in the email below.

Geoff

On Tue, 21 Oct 2008 21:26:14 -0500, Llisaliberi@aol.com wrote:
> **************New MapQuest Local shows what's happening at your destination.
> Dining, Movies, Events, News & more. Try it out

> (http://local.mapquest.com/?ncid=emkcntnew00000002)
> Total Control Panel
> https://asp-1.reflexion.net/userHome.jsp?uID=10008535
> *Geoff:*
> *LinkPoint sent me two [2] sets of e-mails to set up regarding replacement
> of PayPal.*
> *They appear to be very simillar.*
> *This is the first which is for LinkPoint (R) API and the other is LinkPoint
> Central.*
> **
> *Please do ASAP.*
>
> *My Store Name should change as it is "LAW OFFICES OF PHILIP"*
> **
> *Perhaps to;*
> **
> *"Support Federal Lawsuit to Remove Obama from Ballot" which is what you had
> on PayPal.*
> **
> *Thanks,*
> **
> *Phil*
>
>
>
> ---------- Forwarded message ----------
> From: secure@secure.linkpt.net <secure@secure.linkpt.net>
> Date: Tue, Oct 21 2008 at 10:17 AM
> Subject: Welcome to LinkPoint(R) API
> To: "philjberg@gmail.com" <philjberg@gmail.com>
>
>
> Welcome to LinkPoint(R) API
>
> Cardservice International(R) welcomes you to Internet payment processing and
> the LinkPoint(R) Secure Payment Gateway. We are pleased that you have chosen
> our LinkPoint Select API for your e-commerce Web site, and we offer the
> following information to ensure effective setup of this application. Please
> read this e-mail carefully.
>
> This e-mail contains confidential information about your LinkPoint account.
> Please protect this information to prevent unauthorized access to your
> account.
>
> Your DBA store name is: "LAW OFFICES OF PHILIP"
> Your store number (store name) is between the quotation marks ("): "1202841"
> Your user ID is between the quotation marks ("): "1202841"
> Your secure hostname is: "secure.linkpt.net" (port 1129)
>
> Your Temporary Password
> Please call our 24-hour Internet Support Department at (888) 477-3611, to

> obtain your activation password. To expedite this process, please have your
> store number ready and available. You will need your password to access
> reports and administrative tools.
>
> Forget your password?
> If you should forget your private password at anytime, call our 24-hour
> Internet Support Department at (888) 477-3611, to obtain a new temporary
> password. After you receive a new password, it will take approximately 30
> minutes for the system to update. We suggest that you change your new
> temporary password the next time you log on to LinkPoint Central.
>
> Technical Questions?
> Please contact LinkPoint Select API support at (888) 477-3611 Monday through
> Friday 9am to 6pm Eastern Standard Time.
>
> General Questions?
> Please contact your Cardservice International sales agent at
> DOMINICK@FDIS-MWS.COM.
>
> Getting Started
> See the LinkPoint API Integration Guide for full instructions on using the
> LinkPoint API.
>
> To access LinkPoint reports and administrative tools, please use LinkPoint
> Central. Log on using the URL below.
>
> LinkPoint reports and administration URL (LinkPoint Central) =>
> https://www.linkpointcentral.com
>
> After you log on to the LinkPoint Central secure Web site, you should change
> your temporary password to a new secret or private password. To change your
> password, click on Admin in the Main Menu Bar, then on Change Password.
> Choose a password that is familiar to you, and commit it to memory. Once you
> establish your new password, Linkpoint will have no record of your private
> password. Note: For your own security, please do not share this password
> with anyone.
>
> Your Digital Certificate
> In order for you to begin accepting credit card payments, your ISP may
> require a digital certificate to complete the setup of your store. This
> certificate should be saved as a file on your Web server with a .pem
> extension.
> To download your digital certificate, please use LinkPoint Central.
> Access LinkPoint download Center in the LinkPoint Central Support section:
> - Log in at https://www.linkpointcentral.com.
> - Click on "Support" in the Main Menu Bar.
> - Click on the word "Download Center" under Downloads in the Side Menu Box.
> - Click on the word "download" Store PEM File section on main page.
> - Key in necessary information to start download.
>
> Merchant Services

10/06/2010 16:03 9497667603 ORLYTAITZ #0771 P.011/016
Case 8:11-cv-00485-AG -AJW Document 224-9 Filed 06/10/11 Page 11 of 16 Page ID #:6369

24/10 01:03PM PDT Hostricity -> Orly Taitz http://support.hostricity.com/cerb4/print/ticket/YG-J6-8T
ket #YG-J6-8T: Fwd: Welcome to LinkPoint(R) API - Hostricity Web...

```
> If you have questions about your merchant account, statement, etc., contact
> Card Service International Merchant Services Department at (877) 274-7915.
>
> Thank you for processing with Cardservice International and the Linkpoint
> Secure Gateway. We appreciate your business!
>
>
>
>
> -----------------------------------------
> The information in this message may be proprietary and/or
> confidential, and protected from disclosure. If the reader of this
> message is not the intended recipient, or an employee or agent
> responsible for delivering this message to the intended recipient,
> you are hereby notified that any dissemination, distribution or
> copying of this communication is strictly prohibited. If you have
> received this communication in error, please notify First Data
> immediately by replying to this message and deleting it from your
> computer.
```

Hostricity Help Desk

---

**Subject:** Fwd: Fwd: Welcome to LinkPoint(R) API
**From:** Help Desk <helpdesk@hostricity.com>
**Date:** Sun, 02 Nov 2008 00:01:23 -0500
**To:** philjberg@gmail.com

We need to reset the password.

```
> Your DBA store name is: "LAW OFFICES OF PHILIP"
> Your store number (store name) is between the quotation marks ("): "1202841"
> Your user ID is between the quotation marks ("): "1202841"
> Your secure host name is: "secure.linkpt.net" (port 1129)
>
> Please call our 24-hour Internet Support Department at (888) 477-3611,to
> obtain your activation password. To expedite this process, please have your
> store number ready and available. You will need your password to access
> reports and administrative tools.
```

Hostricity Help Desk

---- Forwarded message ----
**Subject:** Re: Fwd: Welcome to LinkPoint(R) API
**From:** Help Desk <helpdesk@hostricity.com>
**Date:** Tue, 21 Oct 2008 22:40:59 -0500
**To:** llisaliberi@aol.com

Phil has to contact Linkpoint to get his password. Instructions are in the email below.

Geoff

On Tue, 21 Oct 2008 21:26:14 -0500, Llisaliberi@aol.com wrote:
> **************New MapQuest Local shows what's happening at your destination.
> Dining, Movies, Events, News & more. Try it out
> (http://local.mapquest.com/?ncid=emlcntnew00000002)
> Total Control Panel
> https://asp-1.reflexion.net/userHome.jsp?uID=10008535
> *Geoff:*
> *LinkPoint sent me two [2] sets of e-mails to set up regarding replacement
> of PayPal.*
> *They appear to be very simillar.*
> *This is the first which is forLinkPoint (R) API and the other is LinkPoint
> Central.*
> **
> *Please do ASAP.*
>
> *My Store Name should change as it is "LAW OFFICES OF PHILIP"*
> **
> *Perhaps to:*
> **
> *"Support Federal Lawsuit to Remove Obama from Ballot" which is what you had
> on PayPal.*
> **
> *Thanks,*
> **
> *Phil*
>
>
>
> ---------- Forwarded message ----------
> From: secure@secure.linkpt.net <secure@secure.linkpt.net>
> Date: Tue, Oct 21, 2008 at 10:17 AM
> Subject: Welcome to LinkPoint(R) API
> To: "philjberg@gmail.com" <philjberg@gmail.com>
>
>
> Welcome to LinkPoint(R) API
>
> Cardservice International(R) welcomes you to Internet payment processing and
> the LinkPoint(R) Secure Payment Gateway. We are pleased that you have chosen
> our LinkPoint Select API for your e-commerce Web site, and we offer the
> following information to ensure effective setup of this application. Please
> read this e-mail carefully.
>
> This e-mail contains confidential information about your LinkPoint account.
> Please protect this information to prevent unauthorized access to your
> account.
>
> Your DBA store name is: "LAW OFFICES OF PHILIP"

> Your store number (store name) is between the quotation marks ("): "1202841"
> Your user ID is between the quotation marks ("): "1202841"
> Your secure host name is: "secure.linkpt.net" (port 1129)
>
> Your Temporary Password
> Please call our 24-hour Internet Support Department at (888) 477-3611, to
> obtain your activation password. To expedite this process, please have your
> store number ready and available. You will need your password to access
> reports and administrative tools.
>
> Forget your password?
> If you should forget your private password at anytime, call our 24-hour
> Internet Support Department at (888) 477-3611, to obtain a new temporary
> password. After you receive a new password, it will take approximately 30
> minutes for the system to update. We suggest that you change your new
> temporary password the next time you log on to LinkPoint Central.
>
> Technical Questions?
> Please contact LinkPoint Select API support at (888) 477-3611 Monday through
> Friday 9am to 6pm Eastern Standard Time.
>
> General Questions?
> Please contact your Cardservice International sales agent at
> DOMINICK@FMS-MWS.COM.
>
> Getting Started
> See the LinkPoint API Integration Guide for full instructions on using the
> LinkPoint API.
>
> To access LinkPoint reports and administrative tools, please use LinkPoint
> Central. Log on using the URL below.
>
> LinkPoint reports and administration URL (LinkPoint Central) =>
> https://www.linkpointcentral.com
>
> After you log on to the LinkPoint Central secure Web site, you should change
> your temporary password to a new secret or private password. To change your
> password, click on Admin in the Main Menu Bar, then on Change Password.
> Choose a password that is familiar to you, and commit it to memory. Once you
> establish your new password, Linkpoint will have no record of your private
> password. Note: For your own security, please do not share this password
> with anyone.
>
> Your Digital Certificate
> In order for you to begin accepting credit card payments, your ISP may
> require a digital certificate to complete the setup of your store. This
> certificate should be saved as a file on your Web server with a .pem
> extension.
> To download your digital certificate, please use LinkPoint Central.
> Access LinkPoint download Center in the LinkPoint Central Support section:
> - Log in at https://www.linkpointcentral.com

> - Click on "Support" in the Main Menu Bar.
> - Click on the word "Download Center" under Downloads in the Side Menu Box.
> - Click on the word "download" Store PEM File section on main page.
> - Key in necessary information to start download.
>
> Merchant Services
> If you have questions about your merchant account, statement, etc., contact
> Card Service International Merchant Services Department at (877) 274-7915.
>
> Thank you for processing with Cardservice International and the Linkpoint
> Secure Gateway. We appreciate your business!
>
>
>
>
> - ------------------------------------
> The information in this message may be proprietary and/or
> confidential, and protected from disclosure. If the reader of this
> message is not the intended recipient, or an employee or agent
> responsible for delivering this message to the intended recipient,
> you are hereby notified that any dissemination, distribution or
> copying of this communication is strictly prohibited. If you have
> received this communication in error, please notify First Data
> immediately by replying to this message and deleting it from your
> computer.

Hostricity Help Desk

[Sticky Note]
From: Geoff Staples
Date: Sun, 02 Nov 2008 00:41:31 -0500
z1asdf9



## Fwd: Donation: 0f6d3d2

**Status:** Closed  **Team:** Domain Desk  **Bucket:** Domain Renewals  **Mask:** 43-2D-7U  **Internal ID:** 13190

---

Subject: Fwd: Donation: 0f6d3d2
From: Llisaliberi@aol.com
Date: Wed, 5 Nov 2008 14:45:01 EST
To: <helpdesk@hostricity.com>

***************AOL Search: Your one stop for directions, recipes and all other Holiday needs. Search Now.
(http://pr.atwola.com/promoclk/100000075x1212792382x1200798498/aol?redir=http://searchblog.aol.com/2008/11/04/happy-holidays-from-aol-search/?ncid=emlcntussear00000001)
Total Control Panel
https://asp-1.reflexion.net/userHome.jsp?uID=10008535
This should be the last of them.

Geoff

Starting with the newest message:
[inbound] brianmalik1@yahoo.com
address book
minimize
To: <geoffstaples@hostricity.com>
Date: Mon, 3 Nov 2008 23:45:29 -0500
X-Envelope-From: hostricity.com@megawebservers.com
Return-Path: <hostricity.com@megawebservers.com>
Received: from asp-1.reflexion.net (ASP-1.reflexion.net [205.237.99.176]) by mail87c0.megamailservers.com (8.13.6.20060614/8.13.1) with SMTP id mA44jV9t006550 for <geoffstaples@hostricity.com>; Mon, 3 Nov 2008 23:45:34 -0500
(qmail 24412 invoked from network); 4 Nov 2008 04:45:31 -0000
from unknown (HELO asp-1.reflexion.net) (127.0.0.1) by 0 (rfx-qmail) with SMTP; 4 Nov 2008 04:45:31 -0000
by asp-1.reflexion.net (Reflexion email security v5.50.2) with SMTP; Mon, 03 Nov 2008 23:45:31 -0500 (EST)
(qmail 24403 invoked from network); 4 Nov 2008 04:45:31 -0000
from unknown (HELO mailrelay1.megawebservers.com) (216.251.35.241) by 0 (rfx-qmail) with (DHE-RSA-AES256-SHA encrypted) SMTP; 4 Nov 2008 04:45:31 -0000
from web196c0.megawebservers.com (web196c0.megawebservers.com [216.251.35.196]) by mailrelay1.megawebservers.com (8.13.6.20060614/8.13.1) with ESMTP id mA44jU0u026126 for <geoffstaples@hostricity.com>; Mon, 3 Nov 2008 23:45:30 -0500
from web196c0.megawebservers.com (localhost [127.0.0.1]) by web196c0.megawebservers.com (8.13.6/8.12.6/SuSE Linux 0.6) with ESMTP id mA44jUcJ025401 for <geoffstaples@hostricity.com>; Mon, 3 Nov 2008 23:45:30 -0500

(from hostricity.com@localhost) by web196c0.megawebservers.com (8.13.6/8.12.6/Submit) id mA44jT95025400; Mon, 3 Nov 2008 23:45:29 -0500
Date: Mon, 3 Nov 2008 23:45:29 -0500
Message-Id: <200811040445.mA44jT95025400@web196c0.megawebservers.com>
To: <geoffstaples@hostricity.com>
Subject: Donation: 0fd369e
From: brianmalek1@yahoo.com
Reply-To: brianmalek1@yahoo.com
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="------------Boundary-00=_V7LSWT7KWBLIXQF5MEZ8"
X-Mmr:
full headers | skip to bottom

Name: brian malek
Company:
E-mail: brianmalek1@yahoo.com
Address: 15000 mansions view dr. 501, Conroe Texas 77384

Phone: 8178007899
Fax:

Credit Card # / Exp. date (MM/YY): 4011710003909358 / 03/10-Visa

Donation Donation to the Berg v. Obama Fund
1 x 5 = 5

0 = 0;
0 = 0;

Sub-Total = 5
Quantity Discount = 0
Total = 5.00

The reference number of this donation is: 0fd369e
The customer has received his/her receipt and reference number by email.

The Support Team
Hostricity Web Hosting
3883 Turtle Creek Blvd., Suite 205
Dallas, TX 75219
Website: http://www.hostricity.com
Support: http://support.hostricity.com
214.599.0260

If you have not already done so, please whitelist the domain "hostricity.com" in your spam filter.

We use Hostricity Total Mail Control for Spam and Virus Filtering: http://www.hostricity.com/tmc