UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | June 14, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     [IN CHAMBERS] ORDER REGARDING PRO HAC VICE APPLICATION

Philip J. Berg ("Berg") has filed an application to be admitted pro hac vice ("Application") to represent plaintiffs in this case. While the Court previously denied a pro hac vice application by Berg in another case, circumstances here lead to a different result. First, this case started in Pennsylvania, where Berg is located and duly licensed. Second, plaintiffs did not seek to transfer this case to this Court. Third, plaintiffs here need a lawyer, and Berg has been serving as their lawyer in this case for the past several years, so switching lawyers now would impose an economic hardship. Fourth, Berg is a named plaintiff in addition to serving as counsel for other plaintiffs, so Berg will appear in this case whether or not he is admitted pro hac vice.

The Court GRANTS the Application.

                                                                                       :     0

Initials of Preparer      lmb