UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | | Date | June 16, 2011 |
|---|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** **[IN CHAMBERS] ORDER REGARDING APPEAL OF ANTI-SLAPP ORDER**

Defendant Orly Taitz has submitted a letter regarding an appeal of a Court Order and the pre-filing requirement the Court recently imposed. (Dkt. # 228.) The pre-filing requirement is not intended to create any restriction on or interfere with any appeal of this Court's orders. The parties may do whatever is necessary to pursue an appeal without regard to the pre-filing requirement.

_____ : 0

Initials of Preparer        lmb