**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
_____

File Number _____

| | | |
|---|---|---|
| A.B., | ) | |
|     *Plaintiff,* | ) | |
|   v. | ) | Notice of Appeal |
| | ) | |
| C.D., | ) | |
|     *Defendant.* | ) | |

Notice is hereby given that (_____ here name all parties taking the appeal _____, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the _____Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _____ day of _____, 19____.

                                                                                  /s/
                                                        _____
                                                        Attorney for
                                                       _____
                                                       Address:
                                                       _____

*See Rule 3(c) for permissible ways of identifying appellants