UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | June 28, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:     [IN CHAMBERS] ORDER DENYING REQUEST**

Defendant Orly Taitz submitted a request "seeking leave of court for this court to comply with an outstanding order by the Third Circuit Court of Appeals to hear all of the outstanding motions, that were not heard in this case for two years now," followed by two pages of stream-of-consciousness statements that are difficult to relate to the request. (Dkt. # 234.)  The request is DENIED.

                                                                                  :     0

Initials of Preparer         lmb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | June 28, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |