UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | June 29, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER REGARDING PREFILING REQUIREMENT**

The Court imposed a pre-filing restriction on the parties in this matter. In the Order imposing the requirement, the Court stated: "**Failure to comply with the letter and spirit of this order may result in sanctions, including the summary denial of improperly requested motions, or other sanctions such as dismissal or striking of the answer**." (Dkt. # 227) (emphasis in original).

The pre-filing restriction does NOT include the right to reply to a request. Plaintiff and counsel Philip J. Berg has filed a reply letter to a request by Defendant Orly Taitz. Such a filing is in violation of the spirit of the pre-filing restriction. Any future violations of the pre-filing restriction will likely result in sanctions.

_____ : 0

Initials of Preparer   lmb