UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | June 29, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     [IN CHAMBERS] ORDER REGARDING REQUEST TO FILE MOTION

Through her counsel, Defendant Orly Taitz ("Defendant") filed a request for leave of court to "file a motion to dismiss the foregoing action based upon California Code of Civil Procedure section 425.16 and Federal Rules of Civil Procedure 12(b)(6)" ("Request").  The Court has attached the Request as Exhibit A to this Order.

The Court GRANTS the request for leave to file a motion to dismiss the First Amended Complaint under Rule 12(b)(6).

The Court DENIES the request for leave to file a motion under California Code of Civil Procedure § 425.16 ("Anti-SLAPP").  The Court has already ruled on an Anti-SLAPP motion regarding the initial complaint and Defendant has appealed that ruling.  In light of these reasons and in the interests of judicial economy, the Court declines to accept this requested new Anti-SLAPP motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 11-0485 AG (AJWx)** | Date | June 29, 2011 |
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

  : 0

Initials of Preparer    lmb