**DR. ORLY TAITZ ESQ**

**29839 SANTA MARGARITA PKWY, STE 100**

**RANCHO SANTA MARGARITA, CA 92688**

**PH 949-683-5411 FAX 949-766-7603**

**ATTORNEY FOR LAW OFFICES OF ORLY TAITZ,**

**DEFEND OUR FREEDOMS FOUNDATION, ORLY TAITZ INC**

**AND A CO-COUNSEL FOR ORLY TAITZ**

## US DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIBERI ET AL,** | ) CASE NO.: 11-CV-00485 |
|     **PLAINTIFF,** | ) |
|   **VS.** | ) **HON. ANDREW GUILFORD** |
| **TAITZ AT AL,** | ) **PRESIDING** |
|     **DEFENDANT** | ) NOTICE OF REPRESNTATION AND |
| | ) CLARIFICATION ON ADDRESS |
| | ) FOR DOFF |

NOTICE OF REPRESENTATION AND CLARIFICATION ON ADDRESS FOR DOFF- 1

)

)

)

this is to notify and clarify, that Orly Taitz ESQ is an attorney of record for Defend Our Freedoms Foundation(hereinfter DOFF), Orly Taitz, inc, Law Offices of Orly Taitz and she is a co-counsel for Orly Taitz.

Recently clerk of the court requested a change of address for DOFF. Counsel reminds the court, that she notified the court previously, that she is representing DOFF, there is a need to make a change in the docket, to remove notation pro se next to DOFF and leave only representation by the counsel Orly Taitz. Counsel reminds the court, that there is no need to mail any documents to DOFF, as the counsel receives them electronically via ECF and mailing is just a waste of court resources.

Respectfully submitted,

Dated this 07.04.2011

NOTICE OF REPRESENTATION AND CLARIFICATION ON ADDRESS FOR DOFF- 2

/s/ Orly Taitz

_____

Dr. Orly Taitz, ESQ

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the above pleadings was served on 07.04.2011 via ECF on Philip J. Berg, attorney for all the plaintiffs. Other defendants on the case were served electronically on 07.04.2011 at following e-mail addresses:

Neil Sankey and Sankey firm at nsankey@sankeyfirm.com

/s/ Dr. Orly Taitz, ESq