Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile:  (310) 893-5195

Attorneys for Defendant
Oracle Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*, | Case No.: CV11-00485 AG (AJWx) |
| Plaintiffs, | **DEFENDANT ORACLE CORPORATION'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| vs. | |
| ORLY TAITZ a/k/a DR. ORLY TAITZ, *et al.* | |
| Defendants. | |

{00043781.DOC - v1}

DEFENDANT ORACLE'S NOTICE OF INTERESTED PARTIES

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendant Oracle Corporation, certifies that, other than the parties to this action, the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1. Oracle America, Inc.

DATED: July 6, 2011        CRONE HAWXHURST LLP

By    /s/
Daryl M. Crone
Attorneys for Defendant
Oracle Corporation

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

{00043781.DOC - v1}

-1-
DEFENDANT ORACLE'S NOTICE OF INTERESTED PARTIES