Daryl M. Crone (Bar No. 209610)
daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for Defendant
Oracle Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*, | Case No.: CV11-00485 AG (AJWx) |
| Plaintiffs, | **DEFENDANT ORACLE CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO <u>FED. R. CIV. P.</u> 7.1** |
| vs. | |
| ORLY TAITZ a/k/a DR. ORLY TAITZ, *et al.* | |
| Defendants. | |

{00043782.DOC - v1}

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for defendant Oracle Corporation, reports that Oracle Corporation has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

DATED: July 6, 2011          CRONE HAWXHURST LLP

                                   By    /s/
                                       Daryl M. Crone
                                       Attorneys for Defendant
                                       Oracle Corporation

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195