John A. Vogt (State Bar No. 198677)
javogt@JonesDay.com
Edward S. Chang (State Bar No. 241682)
echang@JonesDay.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
INTELIUS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORLY TAITZ, et al.,<br><br>    Defendants. | Case No. 8:11-cv-00485-AG (AJWx)<br><br>Assigned for all purposes to<br>Hon. Andrew J. Guilford<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR INTELIUS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>FAC served: June 28, 2011<br>Current response date: July 19, 2011<br>New response date: August 18, 2011 |

IRI-22623v1

## ORDER

Upon consideration of the parties Stipulation to Extend Time to Respond to Complaint, and Good Cause showing, Intelius' deadline to respond to the First Amended Complaint is extended to August 18, 2011.

DATED: July 07, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

IRI-22623v1