UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | July 7, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:** [IN CHAMBERS] ORDER DENYING REQUEST TO FILE TEMPORARY RESTRAINING ORDER

On June 30, 2011, Plaintiffs filed a request seeking leave to file an emergency temporary restraining order against Defendant Orly Taitz. In a dense single-spaced two-page letter, Plaintiffs discuss some recent and some on-going actions allegedly taken by Defendant Taitz and some actions taken by non-parties to this lawsuit.

Emergency motions, especially emergency temporary restraining orders, raise serious due process concerns. *Fuentes v. Shevin*, 407 U.S. 67, 80-82 (1972) (due process requires that affected parties "are entitled to be heard" following "meaningful" notice, except in "extraordinary situations"); *Sniadach v. Family Finance Corp. of Bay View*, 395 U.S. 337, 339-40 (1969) ("the right to be heard 'has little reality or worth unless one is informed that the matter is pending and can choose for himself whether to appear or default, acquiesce or contest'").

The Court DENIES Plaintiffs' request.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 11-0485 AG (AJWx)** | Date | July 7, 2011 |
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

 : 0

Initials of Preparer    lmb