Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
Peter Cook, Esq., State Bar #232742
**SCHUMANN, RALLO & ROSENBERG, LLP**
3100 Bristol Street, Suite 400
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile (714) 850-0551
Email: pcook@srrlawfirm.com

Attorneys for Defendant, ORLY TAITZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC. and YOSEF TAITZ and THE SANKEY FIRM and SANKEY INVESTIGA- TIONS, INC. and NEIL SANKEY and JAMES SUNQUIST and ROCK SALT PUBLISHING and LINDA SUE BELCHER a/k/a LINDA S. BELCHER a/k/a LINDA STARR; a/k/a NEWWOMENSPARTY a/k/a STITCHENWITCH a/k/a EVA BRAUN a/k/a WEB SERGEANT a/k/a KATY a/k/a WWW.OBAMACITIZENSHIP DEBATE.ORG and EDGAR HALE a/k/a JD SMITH; and CAREN HALE; and PLAINS RADIO NETWORK, a/k/a PLAINS RADIO NETWORK, INC. a/k/a PLAINS RADIO; and BAR H FARMS; and KPRN AM 1610; and DOES 1 through 200 Inclusive,<br><br>Defendants. | Case No. 8:11-CV-00485-AG (AJW)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**NOTICE OF ASSOCIATION OF COUNSEL PENDING ORDER ON REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>Date Action Filed: May 4, 2009<br>Discovery Cut-Off: March 12, 2012<br>Trial Date: June 5, 2012 |

-1-

NOTICE OF ASSOCIATION OF COUNSEL PENDING ORDER ON REQUEST FOR SUBSTITUTION OF ATTORNEY

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Schumann, Rallo & Rosenberg, LLP, 3100 S. Bristol St., Suite 400, Costa Mesa, CA 92626, hereby associates as counsel with Dack | Marasigan, LLP and Orly Taitz, Esq. on behalf of Defendant, Orly Taitz, in the above-captioned action. All pleadings and other papers served on Orly Taitz, Esq. and Jayson Q. Marasigan, Esq. of Dack | Marasigan, LLP, should also be directed to the following:

    Kim Schumann, Esq.
    e-mail: kschumann@srrlawfirm.com
    Jeffrey P. Cunningham, Esq.
    e-mail: jcunningham@srrlawfirm.com
    Peter Cook, Esq.
    e-mail: pcook@srrlawfirm.com
    SCHUMANN, RALLO & ROSENBERG, LLP
    3100 S. Bristol St., Suite 400
    Costa Mesa, CA 92626
    Phone: (714) 850-0210
    Fax: (714) 850-0551

DATED: July 11, 2011    **SCHUMANN, RALLO & ROSENBERG, LLP**

    By: /s/- Peter Cook
        Kim Schumann, Esq.
        Peter Cook Esq.
        Attorneys for Defendant,
        ORLY TAITZ

NOTICE OF ASSOCIATION OF COUNSEL PENDING ORDER ON REQUEST FOR SUBSTITUTION OF ATTORNEY