NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Kim Schumann, State Bar No. 170942
Peter Cook, State Bar No. 232742
SCHUMANN, RALLO & ROSENBERG, LLP
3100 S. Bristol St., Suite 400
Costa Mesa, CA 92626
(714) 850-0210 - telephone
(714) 850-0551 - facsimile
Email: pcook@srrlawfirm.com

ATTORNEYS FOR: *DEFENDANT, ORLY TAITZ*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LISA LIBERI, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | 8:11-CV-00485-AG(AJW) |
| ORLY TAITZ, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant, ORLY TAITZ
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                       **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

(1) Defendant, ORLY TAITZ
(2) CHUBB GROUP OF INSURANCE COMPANIES, a
Division of Federal Insurance Company

7/11/11
Date

Sign

*DEFENDANT, ORLY TAITZ*
Attorney of record for or party appearing in pro per

CV-30 (04/10)                          NOTICE OF INTERESTED PARTIES