Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
Peter Cook, Esq., State Bar #232742
**SCHUMANN, RALLO & ROSENBERG, LLP**
3100 Bristol Street, Suite 400
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile  (714) 850-0551
Email: pcook@srrlawfirm.com

Attorneys for Defendant, ORLY TAITZ

Dr. Orly Taitz, Esq.
**LAW OFFICES OF DR. ORLY TAITZ, ESQ.**
29839 Santa Margarita Pkwy, Suite 100
Rancho Santa Margarita, CA 92688
Telephone (949) 683-5411
Facsimile  (949) 766-7603
Email: orly.taitz@gmail.com

Attorney for Defendant,
DEFEND OUR FREEDOMS FOUNDATION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL, <br><br>Plaintiffs, <br><br>vs. <br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATION, INC. and YOSEF TAITZ and THE SANKEY FIRM and SANKEY INVESTIGA-TIONS, INC. and NEIL SANKEY and JAMES SUNQUIST and ROCK SALT PUBLISHING and LINDA SUE BELCHER a/k/a LINDA S. BELCHER a/k/a LINDA STARR; a/k/a NEWWOMENSPARTY a/k/a STITCHENWITCH a/k/a EVA BRAUN a/k/a WEB SERGEANT a/k/a KATY | Case No. 8:11-CV-00485-AG (AJW) <br>Hon. Andrew Guilford <br>Courtroom 10D <br><br>**DEFENDANT ORLY TAITZ'S JOINDER IN DEFENDANT DEFEND OUR FREEDOMS FOUNDATION, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND 12(b)(6) and DEFENDANT DEFEND OUR FREEDOMS FOUNDATION, INC.'S JOINDER IN DEFENDANT ORLY TAITZ'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1)** <br><br> Date Action Filed:    May 4, 2009 <br> Discovery Cut-Off:   March 5, 2012 <br> Final Pre-Trial Conf.: May 21, 2012 <br> Trial Date:           June 5, 2012 |

-i-

**ORLY TAITZ'S JOINDER IN DEFEND OUR FREEDOMS'S  MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

| | | |
|---|---|---|
| a/k/a WWW.OBAMACITIZENSHIP DEBATE.ORG and EDGAR HALE a/k/a JD SMITH; and CAREN HALE; and PLAINS RADIO NETWORK, a/k/a PLAINS RADIO NETWORK, INC. a/k/a PLAINS RADIO; and BAR H FARMS; and KPRN AM 1610; and DOES 1 through 200 Inclusive, Defendants. | Hearing Date: Hearing Time: Courtroom: Location: | August 15, 2010 10:00 AM 10D Santa Ana Courthouse 411 W. Fourth St. Santa Ana, CA 92701 |

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

Defendant ORLY TAITZ hereby joins in Defendant DEFEND OUR FREEDOMS FOUNDATION, INC.'s Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6), filed with this Court on July 11, 2011 and set for hearing on August 15, 2011 at 10:00 AM; and Defendant, DEFEND OUR FREEDOMS FOUNDATION, INC., hereby joins in Defendant ORLY TAITZ's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to F.R.C.P. 12(b)(6), filed with this Court on July 11, 2011 and set for hearing on August 15, 2011 at 10:00 AM.

DATED: July 12, 2011    **SCHUMANN, RALLO & ROSENBERG, LLP**

By:    /s/ - Peter Cook
Kim Schumann, Esq.
Peter Cook, Esq.
Attorneys for Defendant,
ORLY TAITZ

DATED: July 12, 2011    **LAW OFFICES OF DR. ORLY TAITZ, ESQ.**

By:    /s/ - Dr. Orly Taitz, Esq.
Dr. Orly Taitz, Esq.
Attorneys for Defendant,
DEFEND OUR FREEDOMS
FOUNDATION, INC.

**ORLY TAITZ'S JOINDER IN DEFEND OUR FREEDOMS'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**