Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
Peter Cook, Esq., State Bar #232742
**SCHUMANN, RALLO & ROSENBERG, LLP**
3100 Bristol Street, Suite 400
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile  (714) 850-0551
Email: pcook@srrlawfirm.com

Attorneys for Defendant, ORLY TAITZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al.,<br><br>Defendants. | Case No. 8:11-CV-00485-AG (AJW)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**DEFENDANT ORLY TAITZ'S NOTICE OF APPEAL**<br><br>Date Action Filed:   May 4, 2009<br>Discovery Cut-Off:   March 5, 2012<br>Final Pre-Trial Conf.:   May 21, 2012<br>Trial Date:   June 5, 2012 |

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that ORLY TAITZ, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying Motion to Strike Complaint pursuant to California Code of Civil Procedure § 425.16 ("Anti-SLAPP Motion") entered in this action on the 14th day of June, 2011.

///

///

///

-1-

**DEFENDANT ORLY TAITZ'S NOTICE OF APPEAL**

| | | |
|---|---|---|
| Dated: July 13, 2011 | By: | /s/ - Peter Cook |

Kim Schumann, Esq.
Jeffrey P. Cunningham, Esq.
Peter Cook, Esq.
SCHUMANN, RALLO & ROSENBERG, LLP
3100 Bristol Street, Suite 400
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile  (714) 850-0551

Attorneys for Defendant, ORLY TAITZ