8:11-cv-00485-AG -AJW

LISA LIBERI et al v. ORLY TAITZ et al

filed by Defendant ORLY TAITZ.

Payment for Notice of Appeal - $455.00

Filed on 7/13/2011

**9th CCA,** 11-56164

```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA002234
Cashier ID: nccash
Transaction Date: 07/18/2011
Payer Name: Schumann Rallo
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Schumann Rallo
 Case/Party: D-CAC-8-11-CV-000485-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1695
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```