1 Steven A. Silverstein, Bar No. 64610
Mark W. Huston, Bar No. 119872
2 Robert I. Cohen, Bar No. 168686
SILVERSTEIN & HUSTON
3 701 South Parker Street, Suite 5500
Orange, California 92868
4 Tel: (714) 547-2511
Fax: (714) 547-0230
5 Email: silverstein@silversteinhuston.com

6 Attorneys for Defendant, DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA LIBERI and LISA M. OSTELLA, and GO EXCEL GLOBAL and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ a/k/a DR. ORLY TAITZ and LAW OFFICES OF ORLY TAITZ and ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC., and NEIL SANKEY and SANKEY INVESTIGATIONS, INC. and TODD SANKEY anD THE SANKEY FIRM, INC. and REED ELSEVIER, INC. and LEXISNEXIS GROUP, INC. anD LEXISNEXIS, INC. and LEXISNEXIS RISK and INFORMATION ANALYTICS GROUP, INC. and SEISINT, INC. d/b/a ACCURINT and CHOICEPOINT, INC. and INTELLIUS, INC. and ORACLE CORPORATION and DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC. and YOSEF TAITZ, individually and as Owner/CEO of Daylight Chemical Information Systems, Inc. and DOES 1 through 186 INCLUSIVE<br><br>Defendants. | Case No.: 8:11-cv-00485-AG (AJWx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>First Amended Complaint Served: June 29, 2011<br>Current Response Date: July 20, 2011<br>New Response Date: August 19, 2011 |

## STIPULATION

WHEREAS, Plaintiffs LISA LIBERI and LISA M. OSTELLA, and GO EXCEL GLOBAL and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG (collectively "Plaintiffs") filed the above entitled action on May 4, 2009.

WHERAS, Plaintiffs, pursuant to a motion for leave of court, obtained leave to file a First Amended Complaint, which First Amended Complaint was filed on June 17, 2011. This First Amended Complaint added Defendant DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC. ("Defendant").

WHEREAS, the First Amended Complaint was served on Defendant on June 29, 2011.

WHEREAS, Defendant's time to answer the First Amended Complaint is and was July 20, 2011.

WHEREAS, Counsel for Plaintiffs, Philip J. Berg, and Counsel for Defendants, Steven A. Silverstein, met and conferred by telephone on July 13, 2011, wherein counsel for Plaintiffs agreed and acknowledged to allow Defendant additional time to respond to the complaint.

///
///
///
///
///
///

SILVERSTEIN
& HUSTON
701 S. Parker St.
Suite 5500
Orange, CA
92868
(714) 547-2511

1  WHEREAS, counsel for Plaintiffs and Defendant stipulated and agreed that
2  Defendant, DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC. shall
3  have a 30-day extension from the current due of July 20, 2011, to August 19,
4  2011, within which to file a response to the First Amended Complaint.

Dated: July 21, 2011               LAW OFFICES OF PHILIP J. BERG

                                   By: /s/ Philip J. Berg
                                   Philip J. Berg, Esquire
                                   Attorneys for Plaintiffs, LISA
                                   LIBERI, et al.

Dated: July 21, 2011               SILVERSTEIN & HUSTON

                                   By: /s/ Mark W. Huston
                                   Mark W. Huston
                                   Robert I. Cohen
                                   Attorneys for Defendant, Daylight
                                   Chemical Information Systems, Inc.

SILVERSTEIN & HUSTON
701 S. Parker St.
Suite 5500
Orange, CA
92868
(714) 547-2511