UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | July 21, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, etl al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**  **[IN CHAMBERS] ORDER STRIKING MOTIONS AND IMPOSING SANCTIONS**

On June 14, 2011, the Court imposed a pre-filing restriction. (Dkt. # 227.) It stated, in part:

> A party seeking leave to file a motion or other document may do so by letter to the Court, with copies to all parties. The letter shall be no more than two pages and shall set forth the nature of the motion or document and good cause for its filing. The letter shall have no attachments or exhibits. Upon a showing of good cause, the Court may grant leave to file. **Failure to comply with the letter and spirit of this order may result in sanctions, including the summary denial of improperly requested motions, or other sanctions such as dismissal or striking of the answer**.

(Emphasis in original.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | July 21, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, etl al. | | |

Since then, the parties have largely followed both the letter and the spirit of that Order. But recently, there have been some problems.

The Court VACATES the Motion to Dismiss filed on behalf of Defend Our Freedoms Foundation, Inc., by Orly Taitz, Esq. (Dkt. # 283.) The Court never authorized this motion.

The Court VACATES the Motion to Strike filed on behalf of Defendant Yosef Taitz, Schumann, Rallo & Rosenberg, LLP. (Dkt. # 295.) The Court never authorized this motion.

The Court VACATES the Motion to Dismiss filed on behalf of Defendant Yosef Taitz, Schumann, Rallo & Rosenberg, LLP. (Dkt. # 296.) The Court never authorized this motion.

The Court VACATES the Motion to Dismiss filed on behalf of Defendants Orly Taitz and the Law Offices of Orly Taitz, Schumann, Rallo & Rosenberg, LLP. (Dkt. # 298.) The Court never authorized this motion.

The Court VACATES the Motion to Dismiss filed on behalf of Orly Taitz, Inc., and Law Offices of Orly Taitz, by Orly Taitz, Esq. (Dkt. # 299.) The Court never authorized this motion.

All of these unauthorized motions were filed by either Orly Taitz, Esq., or by Schumann, Rallo & Rosenberg, LLP. As stated, the Court warned the parties about the consequences of filing motions without first seeking leave of the Court. All counsel, whether new to this case or not, are obliged to obey all previous Orders in this case.

The Court ORDERS sanctions on Orly Taitz, Esq., in the amount of $250, to be paid to the Clerk of Court within 14 days.

The Court ORDERS sanctions on Schumann, Rallo & Rosenberg, LLP, in the amount of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | July 21, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, etl al. | | |

$250, to be paid to the Clerk of Court within 14 days.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | | lmb |