UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | July 21, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |//
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER GRANTING AND DENYING REQUESTS TO FILE

As the parties are aware, the Court has imposed a pre-filing requirement before the parties may file any motion. The Court now rules on several pending requests.

Plaintiffs Philip J. Berg et al. have filed a request "seeking Leave to file a Motion Objection to any attorney from Schumann, Rallo & Rosenberg, LLP from representing Yosef Taitz due to a Conflict-of-Interest; and for Leave to file a Motion Consolidating the Hearing dates set for Defendants pending Motions." The request is DENIED in full.

Defendant Oracle Corporation has filed a request for leave to file a Rule 12(b)(6) motion to dismiss. The request is GRANTED.

Defendants Orly Taitz and Defend Our Freedoms Foundation, Inc., have filed a request for leave to file a motion for reconsideration of this Court's Order on Plaintiffs' motion for leave to file a first amended complaint. The request is DENIED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | July 21, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| | : | 0 |
|---|---|---|
| Initials of Preparer | | lmb |