# **TABLE OF CONTENTS**

**Page(s)**

TABLE OF CONTENTS………………………………………….……….....i-ii

TABLE OF AUTHORITIES…………………………………………….….…iii-vii

MEMORANDUM OF POINTS AND AUTHORITIES……………………...1-25

    **I.**    **FACTS…**………………... ……….….…………………….……1-4

    **II.**    **THIS COURT LACKS JURISDICTION TO ENTERTAIN TAITZ'S   MOTION TO DISMISS COUNTS "1" THROUGH "9" OF PLAINTIFFS FAC AS THESE ARE THE SAME COUNTS OUTLINED IN TAITZ'S ANTI-SLAPP MOTION WHICH IS UNDER APPEAL**…………………….......4-6

    **III.**    **THIS COURT'S REVIEW OF *FED. R. CIV. P.* 12(b)(6) MOTIONS TO DISMISS**………………………….6-7

    **IV.**    ***CAL. CIV. CODE* §47 PROTECTIONS DO NOT APPLY TO TAITZ'S PUBLICATIONS**……………………….7-8

    **V.**    **THE COMMUNICATIONS DECENCY ACT, 47 U.S.C. §230 DOES NOT APPLY TO THE WITHIN ACTION OR TO TAITZ'S PUBLICATIONS**……………………………………..9-13

    **VI.**    **PLAINTIFF LIBERI HAS PLEAD FACTS SUFFICIENT TO SUPPORT HER MALICIOUS PROSECUTION and ABUSE OF PROCESS CAUSE OF ACTIONS**…………………………………...13-18

        A. Malicious Prosecution Claim ………………………..………14- 16

        B.  Abuse of Process Claim…………………………………...16- 18

## TABLE OF CONTENTS - Continued

**Page(s)**

**VII.   PLAINTIFFS LIBERI AND OSTELLA HAVE PLEAD
        SUFFICIENT FACTS TO SUPPORT THEIR CYBER-
        STALKING
        CLAIMS**………………………………………………...19-21

**VII.  PLAINTIFFS WILL PREVIAL UNDER THE
        PRIVACY ACT, CAL. CIVIL CODE
        SECTION 1798.53**……………………………………………..21-24

**VIII. PLAINTIFFS WILL PREVAIL UNDER THE
        PRIVACY ACT, *CAL. CIV. CODE* SECTION
        1798.85**………………………………………………………..24

**X.     CONCLUSION**……………….…………………………...24-25

# TABLE OF AUTHORITIES

## CASES                                                                                      Page(s)

*All One God Faith, Inc. v. Hain Celestial Group, Inc.*,
2009 WL 4907433, (N.D. Cal. 2009)……………………………………………5

*Ashcroft v. Iqbal,* (2009) 129 S.Ct. 1937, 173 L.Ed.2d 868 ……………………… 7

*Barnes v. Yahoo!, Inc.,*570 F.3d 1096 (9th  Cir.2009)……………………….…...11

*Barquis v. Merchants Collection Assn*. (1972) 7 Cal.3d 94,
101 Cal. Rptr. 745, 496 P.2d 817……………………………………………………18

*Barrett v. Rosenthal* (2006) 30 Cal. 4th 33, 51 Cal. Rptr.3d 55…………………..…9

*Batzel v. Smith*, 333 F.3d 1018 (9th Cir.2003)…………………………………....12

*Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 127 S. Ct. 1955,
167 L.Ed.2d 929 (2007)……………………….…………………………………...7

*Bradley v.  Hartford Accident & Indem. Co.,*
(1973) 30 Cal. App. 3d 818 ……………...………………..………...…..............8

*Britton v. Co-Op Banking Group*, 916 F.2d 1405, 1412 (9th Cir. 1990)…………..5

*Brown v. Kennard*, (2001) 94 Cal. App. 4th 40,
113 Cal. Rptr.2d 891 …………….…………………………………………..17

*Carafano v. Metrosplash.Com. Inc.*, 339 F.3d 1119 (9th  Cir. 2003)………...…10, 11

*Cantu v. Resolution Trust Corp.*, (1992) 4 Cal. App. 4th 857,
 6 Cal. Rptr. 2d 151 …………….…………………………………………17

*City of L.A., Harbor Div. v. Santa Monica Baykeeper*,
254 F.3d 882 (9th Cir. 2001)……………………………………………………5

*Coleman v. Gulf Ins. Group*, (1986) 41 Cal. 3d 782,
[226 Cal., Rptr. 90]…………………………………………………………...17

## TABLE OF AUTHORITIES - Continued

<u>CASES</u>                                                                    <u>Page(s)</u>

*Conrad v. U.S.* 447 F.3d 760 (9th Cir. 2006)……………………………………..…..15

*Contemporary Services Corp. v. Staff Pro Inc.*, 61 Cal. Rptr. 3d 434
 (Cal. App. 4th Dist. 2007)…………………………………………………………15

*Edwards v. Centex Real Estate Corp.* (1997) 53 Cal.App.4th 15,
61 Cal.Rptr.2d 518………………………………………………………………....8

*Fair Housing Council of San Fernando Valley v. Roommates, Com, LLC*
 521 F.3d 1157, 1167-68 (9th Cir.2008)................................................................11

*Floro v. Lawton*, (1960) 187 Cal. App. 2d 657,
10 Cal. Rptr. 98 ……………………………………………………………………...14

*Goddard v. Google,* No. C 08-2738 JF (PVT),
2008 WL 5245490 (N.D. Cal. Dec. 17, 2008)…………………………………….…11

*Gogue v. MacDonald*, (1950)  35 Cal. 2d 482, 218 P. 2d542,
21 A.L.R. 2d 639 …......…………………………………………………………..14

*Gomez v. Garcia*, (1980) 112 Cal. App. 3d 392,
169 Cal. Rptr. 350 …………………………………………………………………...14

*Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)……………..4, 6

*Hardy v. Vial*, (1957) 48 Cal. 2d 577, 311 P.2d 494, 66 A.L.R. 2d 739…………14

*Hilton v.Hallmark Cards*, 599 F.3d 894, 900 (9th Cir. 2010)…………………..4, 6

*Jennifer M. v. Redwood Women's Health Ctr*.,
(2001) 88 Cal.App. 4th 81 …………………………………………………...22, 23

*Jenkins v. McKeithen,* 395 U.S. 411, 89 S.Ct. 1843,
23 L.Ed.2d 404 (1969)……………………………………………………….…6

*Lucas v. Dep't of Corr.,* 66 F.3d 245 (9th Cir.1995)…………………………..……7

## <u>TABLE OF AUTHORITIES - Continued</u>

<u>CASES</u>                                                                                  <u>Page(s)</u>

*Marijanovic v. Gray, York and Duffy*,
(2006) 137 Cal.App.4th 1262, 40 Cal. Rptr. 3d 867 …………………...…………...15

*Meadows v. Bakersfield S. & L. Assn.* (1967) 250 Cal.App.2d 749,
59 Cal.Rptr. 34…………………………………………………………………......16

*Mendiondo v. Centinela Hosp. Med. Ctr.,*
521 F.3d 1097 (9th Cir. 2008)……………………………………………………….6

*Nascimento v. Dummer*, 508 F.3d 905, 910 (9th Cir. 2007)………………………...5

*Oren Royal Oaks Venture v. Greenberg, Bernhard, Weiss & Karma, Inc.*
(1986) 42 Cal.3d 1157, 1168, 232 Cal.Rptr. 567, 728 P.2d 1202……………16, 17

*Reno v. American Civil Liberties Union* (1997) 521 U.S. 844,
117 S.Ct. 2329, 138 L.Ed.2d 874…………………………………………………....10

*Robinson v. Vicory* (2006) 143 Cal. App. 4th 1416,
50 Cal. Rptr. 3d 65 ………………………………………….……………………...15

*Rothman v. Jackson*, (1996) 49 Cal. App 4th 1134,
57 Cal.Rptr.2d 284…………………………………………………………………7

*Rusheen v. Cohen*, (2006) 37 Cal. 4th 1048, 1056,
[39 Cal. Rptr. 3d 516]…………………………………………………………...17

*Siam v. Kizilbash*, (2005) 130 Cal. App. 4th 1563,
31 Cal. Rptr. 3d 368 …………………………………………………….…………17

*Silberg v. Anderson* (1990) 50 Cal.3d 205,
266 Cal.Rptr. 638, 786 P.2d 365……………….……………………………….8

*Silver v. Gold*, (1989) 211 Cal. App. 3d 17,
259 Cal. Rptr. 185……………………….…………………………………………17

*Singleton v. Perry*, (1955) 45 Cal. 2d 489……………………………………………14

## <u>TABLE OF AUTHORITIES - Continued</u>

<u>CASES</u>                                                                              <u>Page(s)</u>

*Soukup v. Law Offices of Herbert Hafif,* (2006) 39 Cal. 4th 260,
48 Cal. Rptr. 3d 638, 139 P3d 30 …………………………..……………….15

*Spellens v. Spellens*, (1957) 49 Cal. 2d 210………………………………………16

*StaffPro, Inc. v. Elite Show Services, Inc*. (2006) 136 Cal.App.4th 1392,
39 Cal. Rptr. 3d 682 …………………..………………………………………15

*Stubbs v. Abercrombie*, (1919) 42 Cal. App. 170, 183 P. 458 ……………………16

*Sullivan v. County of Los Angeles*, (1974) 12 Cal, 3d 710,
117 Cal. Rptr. 241, 527 P.2d 865 ……...……………………………………………14

*Templeton Feed and Grain v. Ralston Purina Co.*,
(1968) 69 Cal. 2d 461, 72 Cal. Rptr. 344, 446 P.2d 152 ..…………………….16, 17

*Vargas v. Giacosa*, (1953) 121 Cal. App. 2d 521, 263 P.2d 840 …………...…….14

*Varian Medical Systems, Inc. v. Delfino*, (2005) 35 Cal. 4th 180………………….4, 6

*Witriol v. LexisNexis Group*, 2006 WL 1128036
(N.D. Cal. Apr 27, 2006)……………………………………………………...22, 23

*Younger v. Solomon* (1974) 38 Cal.App.3d 289,
113 Cal. Rptr. 113……………………………………………………….……….8

*Zamos v. Stroud*, (2004) 32 Cal.4th 958,
12 Cal. Rptr. 3d 54, 87 P.3d 802 ……………….…………………………...14

*Zurich Ins. Co. v. Peterson*, (1986) 188 Cal. App. 3d 438,
232 Cal. Rptr. 807 ………………...…………………………………………15

## <u>TABLE OF AUTHORITIES - Continued</u>

-

### <u>FEDERAL STATUTES</u>                                          <u>Page(s)</u>

47 U.S.C. §230……………………………………………………9, 10, 11, 13


### <u>STATE STATUTES</u>                                          <u>Page(s)</u>

California Civil Code §47…………………………………………………..7, 8

California Civil Code §1708.7…………………………………………...19, 20

California Civil Code §1798.53………………………………..…..12, 21, 22

California Civil Code §1798.85………………………………..…….…..12, 24


### <u>FEDERAL RULES OF CIVIL PROCEDURE</u>                      <u>Page(s)</u>

Federal Rules of Civil Procedure 12(b)(1)………………………....…………1, 2, 5

Federal Rules of Civil Procedure 12(b)(6)…………………………..1, 2, 3, 5, 6, 23