Philip J. Berg, Esquire (PA I.D. 9867)
E-mail: philjberg@gmail.com
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134 Fax: (610) 834-7659
*Attorney in pro se and for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br>**8:11-cv-00485-AG (AJW)**<br><br>**DECLARATION OF PLAINTIFF LISA OSTELLA**<br><br>Date of Hearing: August 8, 2011<br>Time of Hearing: 10:00 a.m.<br>Location:          Courtroom 10D |

## DECLARATION OF LISA OSTELLA

I, Lisa Ostella, am over the age of 18 and am a party to the within action. I have personal knowledge of the facts herein, and if called to do, I could and would competently testify. I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

1.     I worked in several companies during my years that required teaching others how to use software applications. My business, Go Excel Global, also taught classes at a Chamber of Commerce to small businesses how to

compete with big box stores through eCommerce. People I've taught that don't know how to use computers behave quite differently than Orly Taitz, herein often referred to as "Taitz". People that don't know how to use computers need their hand held in understanding the difference between personal computer functions versus Internet functions. This is not the case with Orly Taitz. Taitz is malingering for creating plausible deniability.

2.  When I first started working with Taitz in fall 2008, she brought to the table that her business website, drtaitz.com, was hacked by "Obama thugs" and wanted that posted at drorly.blogspot.com where I was her assistant webmaster.  I did not want that posted until it was investigated. Taitz was very allusive during all my questions to find out what happened to drtaitz.com. In the end of my investigations, it turned out she lied. Her husband, Yosef Taitz, set up the site drtaitz.com and Taitz took her own domain off the virtual host for the site.

3.  Next, Taitz wanted a PayPal account set up for Defend Our Freedoms Foundation, December 2008. She told me she didn't know how to do it because she never had a PayPal account before. This was another lie. One of the problems I encountered in setting up the PayPal account was her email; dr_taitz@yahoo.com was already associated with a PayPal account. She, or Yosef Taitz, had set up a PayPal for her personal use in October 2008.

Therefore, Bob Stevens, her head webmaster, had to set up gmail e-mail accounts for her in order to continue the set up of her new PayPal account because PayPal does not allow emails to be associated with more than one account, see PayPal Records attached as Exhibits "22" and "23", Docket number 190-5 and Understanding the Internet, PayPalGate, see Plaintiffs Original complaint, filed May 4, 2009, Docket number 1 at pages 13 through 15, paragraphs 44-52; and Affidavit of Lisa Ostella filed August 27, 2009, Docket number 107-1, pages 17 through 32.

4.     While working as an assistant at drorly.blogspot.com, Taitz kept very close monitoring of what comments were allowed from people posted under her articles on her blog. Her head webmaster, Bob Stevens, not real name; but the name I knew him by, set up a 3rd party program JS-Kit by HaloScan so Taitz would have an easier time blocking people by IPs. When Taitz's blog started redirecting to porn sites and trying to force command downloads on my computer, I signed into her gmail account. There was the link to the control panel for her JS-Kit controls. I went to the control panel to investigate the problems we were having on the drorly.blogspot.com, see Plaintiffs Original complaint, filed May 4, 2009, Docket number 1 at pages 13 through 15, paragraphs 44-52; and Affidavit of Lisa Ostella filed August 27, 2009, Docket number 107-1, pages 17 through 32..

5.     I was overwhelmed by all the data I saw that this JS-Kit was collecting. There were multiple panel views everywhere much like an FTP program. Data was being collected on blog visitors and uploaded to a different server. This was all under the control of Taitz's control panel. This was not someone who did not understand computers, let alone the Internet.

6.     Taitz came over to use my blog site, still protesting she had no idea about anything I had found. She blamed it all on Bob Stevens. I gave her access to my blog for her to post and monitor comments. Taitz right away settled in and was using features in my blog control panel that I had never used. She was using the blog as a private mail relay, remote blogging and email blogging all set up without any need for me to give her a tour of the blogcast control panel. Please note this blogcast site was different software than the blogspot software and had different features. Taitz would also setup posts that she would keep and want left in draft as well as posts with unusual Google Tags, such as: 'googlea72548778058f8bc.html' and I would never get an explanation as to what these set ups were for. All of these behaviors led me further to believe that her statements that she did not understand computers was <u>inaccurate</u>.

7.     Also, Taitz had no problems utilizing VOIP or video conferencing. She video conferenced multiple interviews as well as sat in on Citizen Grand

Juries remotely.

8.     Even observing her Internet activity as an outsider now, Taitz is utilizing developer tools with Facebook to thread all of her site activity for her blogs and social networks. These are not behaviors of someone that does not know the Internet. However, Taitz definitely <u>wants to project</u> that she doesn't know computers. She needs that image to make others believe her sites were and are constantly hacked and monies stolen. <u>Why is that?</u>

9.     In December 2008, Taitz, had me searching for a book on Vatel so she could reference the definition on Natural Born Citizen.  I found a book online and purchased it.  I had inadvertently purchased a book in PDF format rather than a physical book.  I downloaded the PDF format.  The download format cost $24.95.  I used this downloaded format to send to people as a thank you for donating to Taitz's Defend Our Freedoms Foundations, Inc.  I was able to see the donations coming in because my email was in the Defend Our Freedoms Foundation PayPal account as a customer service representative.  So, as donations were made to Taitz, I sent a thank you letter with a link to a free download of the Vatel paper on Natural Born Citizen.  Taitz sent me a check for $25.00 to reimburse me for this PDF format book.  The check was issued from her dental practice and not from her personal account.

10.     In January 2009, Taitz wanted to utilize me further as a legal assistant. I told her on many occasions I had never worked in law before.  January to February 2009, I was tasked with creating subpoenas.

11.     February 2009, Taitz wanted me to write legal briefs for her Military and Politician Case.  I told her again I did not have legal experience and I had never seen a brief before.  Taitz asked me if I had a Lexis account to find briefs and copy them.  I had never heard of Lexis at this point and did not know what she was talking about.  Taitz brought in a volunteer that was a retired paralegal to work with me in or around February 18, 2009.  I worked with this former paralegal for only a few weeks (name and contact can be furnished under seal).  I sent the paralegal copies of everything Taitz had sent me and she started helping organize the material and plaintiffs for the suit.  The paralegal had strongly suggested breaking the cases out to a Military and a separate Representative suit rather than having all the plaintiffs on one suit.  I assisted with organizing the Plaintiffs.

12.     We never got around to writing the brief.  The paralegal did not last that long as a volunteer.  The first task the paralegal had me assist with was to contact Taitz's clients to verify their consent to be Plaintiffs.  We did not complete that task.  The first few we had contacted had no idea they were Plaintiffs in a lawsuit.  We brought that to Taitz's attention.  Taitz yelled and

screamed that we had no right contacting her clients.  Taitz accused the paralegal of trying to steal her clients.  Taitz fired the paralegal and ordered me never to speak with the paralegal again.  The Military and Representative Suits we were supposed to be working on were never written.

13.    The same above mentioned paralegal called me late on May 6th, 2009.  Apparently Taitz had listened to an interview Phil Berg had on Patriots Heart Network and was seeing plaid.  The paralegal was extremely concerned and strongly encouraged me to take my kids out of school and move immediately.  The paralegal told me to stay aware of where my dogs were at all times, if they went silent, to call the police fast.  She told me to make arrangements with my husband to call and check on me often and if I didn't answer the phone, to call the police fast.   She said Orly Taitz threatened that professionals were going to be used to "get my kids".

14.    I reported this to the North Brunswick Police.  My contact was Detective Cano.  The threats started to increase. Payment requests had been submitted to Orly Taitz's, Defend Our Freedoms Foundation PayPal account for a total sum of $25,000 in three consecutive increments under the $10,000 reporting laws on two separate occasions; see Ruben Nieto payment requests, Exhibits "138" and "139" filed on May 20, 2011, docket numbers 190-24 and 190-25.  I ran a social networking search in Spokeo.com using

the email Ruben Nieto used in the PayPal payment request and learned he resided in Albuquerque, New Mexico, close to Lisa Liberi's home.  It was also discovered in the New Mexico Judiciary that Nieto had been convicted of serious violent type offenses.  I feared this man was hired by Taitz to harm me, Lisa Liberi and our families as had been threatened by Orly Taitz.

15.     I was provided a Court date in North Brunswick to appear regarding the criminal threats made by Taitz.  The Court sent a subpoena to Orly Taitz to appear for criminal court to establish whether there was sufficient cause to charge her criminally.   Taitz never appeared.   The Judge handling this procedure stated he had spoken with the Federal Bureau of Investigations (FBI); and he had to close the proceedings.  I was scared to death that Orly Taitz was going to harm me, my children and husband.

16.     August 7, 2009, we had our TRO hearing before Judge Robreno in Pennsylvania.  I testified to the criminal report I had filed; the threats by Orly Taitz to have my children professionally kidnapped and my fear, see the August 7, 2009 Transcript, docket number 141, pages 68 through 80, my testimony regarding Orly Taitz's threat to have my children professionally kidnapped and the Police report are located on page 71, lines 22-25; page 72, lines 4-7; the balance of my testimony through page 80 of this transcript relates to the threats being posted on the Internet about me, my family and

Plaintiff Lisa Liberi.

17.     Judge Robreno denied our TRO, I was horrified and scared to death for my children's lives and the life of me and my husband.

18.     Taitz had put out multiple messages containing various threats against us and they were increasing.   A GlueText search query done on 7/23/11 shows a total of 743 articles in current circulation on the Internet, cite: http://www.gluetext.com/content/l/lisa_ostella/lisa_ostella.html.     GlueText search scripts only return live links and includes the publishing source as well as last date published.  Most of these articles and posts were published by Taitz through her developer's applications as per the provided source in the GlueText search query.  That is further proof that she is not naive when it comes to computers and the Internet.  95% of these returns show articles, posts with Taitz's false claims of my criminal activity and criminal record. Taitz continues to post about us and this case even after Judge Guilford sanctioned her, 7/22/11.  No average person would know or believe that the accusations are not true.  Average people are not in contact with the service providers like we have been.  The service providers that host these sites tell us we cannot have these stories removed without a court order as per their standard policy.

19.     Taitz had contact directly and indirectly with my neighbors, people in

my town, my county and two other counties I worked in when we lived in North Brunswick.  She sent her posts with false assertions and accusations to them through the email, through links and third person outreach. Taitz, with her associates reached out to every customer I had as Go Excel Global, associates of mine in town, county and the Chamber of Commerce's my business belonged to and told them I had a felony record and I was stealing from her Nonprofit Foundation.  Taitz and her associates reported me and my business, Go Excel Global to the North Brunswick Police, the New Jersey FBI, New Jersey State Consumer Affairs, North Brunswick Republican Organization, Middlesex County Republican Organization; individual customers found listed with my domain name and politicians I had worked for.  Search engines run on my name brings up endless listings of 'Crimes by Lisa Ostella'.  She did this as an attorney with the backing of a Private Investigator with Scotland Yard credentials and did this through a person that works as a Minister and Author.  And no one shut her down.  So no one knew what to believe.

20.     We moved to get away from the fear and humiliation caused by Taitz. Since these stories and posts continue to be published and republished, my new neighbors and people my family and I are involved with such as school, clubs activities, and my husband's work colleagues and students  are now

seeing these posts and articles.   People are trying to tip toe around the information politely; but, they are wondering if I am a criminal and are making decisions based on this confusion.  I will never be able to undo these perceptions. My children and husband, who is professionally credentialed, has become victims of these perceptions too.

21.   During the same time Taitz was posting my personal information, such as: name, address, phone number, maiden name, and names of my family members, my social security number and personal information on the Internet and showed up in the slavehack.com database see Plaintiffs First Amended Complaint on page 56, paragraph 133.   Slavehack.com is an online game for hackers.   Slavehack is for training hackers to crack computers, servers and banks as well as live time attacks.   Attached as **EXHIBIT "1"** is a partial member list.  This list alone includes some very well known hacker groups including 4Chan, a known anonymous "hacking" group.

22.   January 2011.  My private information was available to all these hacker groups internationally.   After Taitz started distributing our private information through the Internet and other third parties, Lexis searches on Liberi and myself started showing our social securities numbers as being used by multiple people.  I never expected Taitz or anyone else to have

access to any of my private data.

23.   I had learned from North Brunswick's Detective Cano we had jurisdictional issues when it came to Internet crimes with different laws in different states.   Judge Robreno in our civil case didn't give us a tool Detective Cano said we needed, the TRO, and Orly Taitz had escalated her threats against me, my family and the other Plaintiffs in our case.   I felt powerless; I was scared for my safety and that of my family.

24.   I had to get my family out of our North Brunswick home for their safety.  Now we are in danger in our new town.

25.   We were going to move to keep my children in the same private diocese school system.   But Taitz's threatening and dangerous actions radically changed that.  I couldn't bring strangers in to see the house if we were to list it any multiple listing service, MLS.  I wouldn't know if they were Taitz followers and staking out my house since Taitz also works in real estate and has access to that service.  I called investors, had my mortgage bought out within two weeks, and physically moved my family in to my husband's uncle's house.  I had that house in North Brunswick packed up and moved in three weeks by myself due to my husband's work schedule.  I honestly didn't know, since Taitz had real estate connections (see TaitzOfficeSuites.com) if she would have contacts with any professional

movers. I wasn't risking it. What I couldn't move, I left. We resided in my husband's uncle's house without an approved mortgage for months trying to hide for our safety from Orly Taitz, her followers and supporters.

26.     While all this was going on, a woman called me on my cell phone claiming to be my 'biological Aunt'. She said she had seen a post on some unnamed message forum claiming to be from me, looking for my biological mother and that I had my cell phone posted for contact. I never made any such post. I especially wouldn't post on a message on a forum looking for information about my biological family and leave my personal contact information. I knew very well the Internet is the Wild West for insanity. This woman, calling herself 'LeeAnn' said my biological mother was looking to get in touch with me and her name is 'Jane' and lives in California. I told her this 'Jane' could send me an email and I didn't want 'LeeAnn' or 'Jane' to call me. I had no idea where this was coming from and I didn't want to go down this rabbit hole.

27.     During this time, I found a MySpace page while running Orly Taitz's Yahoo email in Spokeo.com (a social networking search engine). Spokeo pulled a MySpace page made with Taitz's Yahoo email where she called herself 'Jane'. She listed her age as 18 and had MySpace friends that looked like a bunch of young girls.

28.     Also, during this time period, Orly Taitz posted that my attorney's assistant, Lisa Liberi, was born in Washington State, her father's name and her mother's maiden name.    We called the records office in Washington State to learn what information was needed to obtain a copy of a birth certificate.   Washington State just needed the same primary identification information that Taitz had sent out all over the Internet.   We both wondered if this is how Taitz learned I was adopted, if my 'Jane' was also Taitz or an associate of hers.

29.     The day we began residing at my husband's uncle's house, I received an email from 'Jane'.  She said she was watching our moving day on Google Satellite.   Normal Google Satellite doesn't allow for live time viewing. However, Orly Taitz's husband's company, Daylight, is a  U.S. Department of Defense Contractor.  I have no idea what access they have to live satellite feeds.  Now I didn't know what to think or what to do.  I made this move, fast and as quietly as possible in order to protect myself and family.

30.     When we filed suit, my attorney recommended that I use a P.O. Box number to mask my personal contact information.  I obtained a post office box in the town I moved out of, North Brunswick, to help mask my move. That didn't fool Orly Taitz.  Taitz posted all over her blog that the P.O. Box was only used as my business address.  So that didn't work.

31.    Months later, our mortgage came through and now we had to make my husband's uncle's house our legal address.  I put as much of the utility and contact information under our P.O. Box as I could; New Jersey has stricter laws than most states in using P.O. Boxes as contact information.  A few days after the deed was filed in the state records, I ran our information in search engines.  The deed record came up cached in a Google search page.  That record information is entered in a database.  The record was cached in a html page.  In order for that to happen, that record would have had to been pulled several times for Google to cache it as an html (web page) page.  That means someone ran our information several times and pulled that information to make it display as a webpage in order to get it cached in a Google search engine.

32.    Nine days after this record was publicly accessible, my children's rabbits were gutted.  The carcasses were nowhere to be found; but the inerts were intact and laid out at the foot of our deck right where one would step off our deck.  Animal Control set up a motion camera in my yard right where their coops were kept.  If it was an animal that did this, they would be back to the same spot within a few days if we left the smells (hay and bedding) there.  That camera was up for two weeks.  No animal came into our yard and approached the coops looking for the rabbits.  Wild animals

will tear apart their meals and or carry them off and bury them. Not lay out and display the inerts. We reside in a private upper class community. The neighborhood and area we reside has a very low crime rate. Most of the people here didn't even know we had rabbits; we were still too new to the neighborhood.

33. Now I learned I had a new problem. Our move changed our jurisdiction. Even though I had my reports I had made with North Brunswick transferred, my new town can't prosecute anything that happened in North Brunswick. Yes, the events were on record, but we had to start all over again.

34. Shortly after my rabbits were killed, I agreed to lend testimony to Charles Lincoln, referred to as Lincoln from here on, in a case he was being falsely accused of crimes by Orly Taitz, _U.S. Bank v. Riverneider_, U.S. District Court, Southern District of Florida, Case No. 9:09-cv-81255-WPD. I had learned from my attorney, who was representing Lincoln that he had information for me and would provide me with an affidavit.

35. It turned out that Lincoln drove Orly Taitz around New Jersey after a hearing in our case in Pennsylvania. The areas they drove around were that of my children's school and where we resided.

36. The testimony Lincoln had needed from me for his _Riverneider_ Case

was in regards to when I was her assistant. Orly Taitz had me sign documents for her, which was pertinent to his case, as Orly Taitz was falsely accusing Lincoln of forging her name. Lincoln had become Taitz assistant after I had kicked her off of my website. I was shocked, horrified and scared when I saw Lincoln's affidavit. During the time when I had received information that Orly Taitz was going to have my children professionally kidnapped, she had come here to New Jersey. Lincoln had driven her to the locations she (Taitz) had instructed. He drove her past my children's school, my home, and to the North Brunswick Police Department. I know this because of the roads Lincoln stated he was on and the paths taken.

37.    A few months after I received Lincoln's affidavit, I was running my children's emails in Spokeo.com and for the first time a picture of my daughter came up. An account was opened for my daughter at Slide.com with her Yahoo email. A picture (blurred) of her was there, standing outside her school waiting for me to pick her up. That picture would have been taken during the time Orly Taitz and Lincoln drove by because of my daughter's hairstyle. My daughter always had long hair and had it cut the first time in her life late May 2009 (Taitz and Lincoln were driving around my children's school and our residence on or about June 25, 2009). The picture was uploaded to the Slide.com account as a slide show; but this was

the only picture left on the account so I couldn't see what other pictures were used to create the slide show.

38.    Between my Attorney's office and the Denville Police, I finally got the account down and closed.  I gave the Denville Police the affidavit of Charles Lincoln about Orly Taitz and their drive by.  But again, jurisdictional issues became a problem.  The drive by occurred in North Brunswick.  They made a contact with the FBI and started forwarding all the information.   The Denville Police said if our Judge would issue a TRO, it would give them more tools to work with.  I took steps after this to make a few changes in my children's appearance.   Thankfully, many of these officers I was working with are also the resource officers at their schools.  I did not know what else to do.

39.    Orly Taitz of course, during all of these times, continued to issue lies and threats about us online.  She continues to create sites and reissue old as well as new posts with false accusations about me and my 'crimes' and false accusations about Lisa Liberi and Mr. Berg.

40.    My daughter's birthday was coming up and we were planning the event.   I started receiving posts that were awaiting moderation in the DefendOurFreedoms blog.  The IPs were coming from a server out of the Russian Federation.  They were comments about my daughter's birthday and

to buy online drugs from them for a present.  Why would anyone posting from a Russian Federation Server know I had a daughter, let alone that her birthday was coming up??!!  A few weeks after this post, I received a card in the mail from this woman from California, 'Jane' saying she was going to be in my state during the weekend of my daughter's birthday and she wanted to come by and see my daughter.  'Jane' claimed she had just moved and her old contact information would no longer work.  So now this woman claims she was going to be here. This scared me so much that I hired a police officer to guard my daughter's party and protect my family.  It must have worked because two days after the party, some random unnamed person on one of the forums that follows every breathe that Orly Taitz takes,  posted an out of the ordinary story about his daughter having a birthday (at a zoo) and there were police all around.  I am glad I took measures to have the police there.

41.    As demonstrated by the Exhibits on file with this Court, see Exhibits "1" through "145" filed May 20, 2011, docket number 190 through 190-27, all of Orly Taitz's emails, with the false and damaging information she sent regarding me and Lisa Liberi, were signed DDS as well as Esq. with the addresses and contact information to her dental offices:

Orly Taitz DDS Esq

26302 La Paz ste 211

Mission Viejo Ca 92691

29839 S. Margarita Pkwy

Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411

fax 949-586-2082

Anyone that didn't want to use PayPal were to mail checks of donations to her dental office.

DOFF is listed with a business address to her dental office.

A whois on OrlyTaitzEsq.com that Taitz uses for DOFF is:

Registrant:

Orly Taitz Esquire

26302 Lapaz Suite 211

Mission Viejo, CA 92691

US

Domain Name: ORLYTAITZESQ.COM

Administrative Contact, Technical Contact:

Orly Taitz Esquire http://www.domaintools.com/research/reverse-whois/?email=b4881eb33c430f573f2d563f76ea54fa&&&&&&&&&&&http://www.domaintools.com/research/reverse-whois/?email=b4881eb33c430f573f2d563f76ea54fa

26302 Lapaz Suite 211

Mission Diejo, CA 92691

US

949-683-5411


Record expires on 17-Apr-2015.

Record created on 17-Apr-2009.


42.    Orly Taitz has her Defend our Freedoms Foundations, Inc. blog registered to her dental office as well as using her dental office to receive communications regarding her posts on her blog and monies.

43.    I live in fear every day for myself, my children and husband. Because of the continued threatening, harassing and damaging actions of Orly Taitz.  Due to the acts of Orly Taitz I have suffered and continue suffering from severe, substantial emotional distress.

1  I declare under the penalty of perjury of the Laws of the United States and

2  the State of California that the foregoing is true and correct.

3

4  Executed this 22nd day of July, 2011 in the State of New Jersey

5

6

7  Lisa Ostella, Declarant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"





Desktop

Join the Chat !

Free online hacking game - Slave hack, hack computers, banks and servers.        http://www.slavehack.com/index.php?page=highscore&view=groups&be...

Login:

Username: [_____]   Password [_____]   Layout: Default   [ login ]

Forgot your password ? Recover it here
Have any other problems/questions? Contact the support.

127.0.0.1

## Highscores

The highscore updates every 30 minutes.

1-100

| # | Tag | Name | Members | Avg. reputation | Total reputation | Avg. spam | Total spam | Avg. warez | Total warez | Avg. DDoS | Total DDoS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TDC | The Devils Crypt | 4 | 200037889 | 800151557 | 1073741824 | 4294967295 | 83319358 | 333277432 | 70842 | 283369 |
| 2 | Kaos | KaoSyNK | 3 | 10890315 | 32670946 | 759880618 | 2279641855 | 3198259 | 9594777 | 8127 | 24381 |
| 3 | =TNF= | =The Night Fall= | 3 | 7878404 | 23635211 | 544481716 | 1633445149 | 2361967 | 7085901 | 6027 | 18080 |
| 4 | F1net | FragmentOne | 5 | 740333 | 3701667 | 15067774 | 75338868 | 587120 | 2935601 | 71 | 354 |
| 5 | R1FT | Nu Age Hackers | 5 | 1233006 | 6165031 | 68122515 | 340612574 | 541918 | 2709591 | 707 | 3534 |
| 6 | F-BLD | Nu Age Hackers | 5 | 1228824 | 6144119 | 67943854 | 339719269 | 541259 | 2706297 | 550 | 2750 |
| 7 | 92188 | Klub Kobra | 4 | 646197 | 2584788 | 10187207 | 40748828 | 541622 | 2166486 | 5 | 21 |
| 8 | VIDI | Group of REDMK 8082 | 3 | 740267 | 2220800 | 9793169 | 29379506 | 637173 | 1911519 | 107 | 320 |
| 9 | DanEl | Danish Elite | 3 | 1115868 | 3347604 | 56806867 | 170420601 | 543925 | 1631775 | 55 | 166 |
| 10 | Will- | Will-s Server | 4 | 1396254 | 5588919 | 99743092 | 398972370 | 392094 | 1568374 | 80 | 321 |
| 11 | GLFRY | Gallifrey | 3 | 860025 | 2580076 | 39093376 | 117280127 | 463567 | 1390702 | 0 | 0 |
| 12 | TPC | Titi Pekpek Crew | 5 | 1198831 | 5994155 | 92195354 | 460976772 | 274377 | 1371883 | 58 | 289 |
| 13 | xG. | Xtreme Gaming | 4 | 1086896 | 4347583 | 77003939 | 308015757 | 310544 | 1242174 | 134 | 538 |
| 14 | ~FPS~ | File Protector Squad | 10 | 219152 | 2191518 | 14784942 | 147849417 | 70479 | 704792 | 0 | 0 |
| 15 | VSQ | Vayliria Squad | 3 | 320062 | 960185 | 9861417 | 29584252 | 218928 | 656783 | 19 | 58 |
| 16 | LOLD | LOL Dongs | 4 | 1114803 | 4459213 | 98047251 | 392189005 | 131392 | 525567 | 36 | 145 |
| 17 | KrT3L | Mexican Cartel | 3 | 5417768 | 16253305 | 513789200 | 1541367599 | 156269 | 468808 | 11702 | 35106 |
| 18 | -=T=- | -=TRT=- | 3 | 1001399 | 3004196 | 84595907 | 253787721 | 151254 | 453763 | 43 | 130 |
| 19 | [NmR] | Necromonger | 3 | 490322 | 1470965 | 36340790 | 109022370 | 124630 | 373890 | 3 | 10 |
| 20 | HUG | HackerUnderground | 4 | 255688 | 1022752 | 17068568 | 68274274 | 80984 | 323934 | 177 | 709 |
| 21 | SpidN | SpiderNET | 3 | 242472 | 727145 | 14191162 | 42573486 | 96991 | 290973 | 0 | 0 |
| 22 | D. 19 | Domain - 19 | 3 | 1546568 | 4639705 | 145371169 | 436113506 | 90890 | 272670 | 25 | 76 |
| 23 | eXoC | Exothermic Crew | 3 | 534403 | 1603208 | 45050729 | 135152187 | 82301 | 246902 | 0 | 0 |
| 24 | LUE | Luelink Hackers | 71 | 35997 | 2555761 | 3269631 | 232143830 | 2960 | 210169 | 1 | 40 |
| 25 | NSoT | NS OffTopic | 13 | 70336 | 914366 | 5393990 | 70121871 | 15869 | 206296 | 0 | 0 |
| 26 | TSG | Team Alfa Strike | 9 | 145138 | 1306239 | 12244336 | 110199025 | 21983 | 197848 | 0 | 0 |
| 27 | ShM | ShMafia | 3 | 1154627 | 3463880 | 109183782 | 327551347 | 59507 | 178520 | 6 | 19 |
| 28 | WSB | Wideman\'s Bakery | 3 | 290992 | 872975 | 22763074 | 68289221 | 59186 | 177559 | 135 | 406 |
| 29 | 4225 | R31041\'s Clan (517) | 4 | 401874 | 1607496 | 36238240 | 144952958 | 38915 | 155660 | 4 | 14 |
| 30 | ~EvL~ | xxEVILxEMPIRExx | 3 | 1797022 | 5391065 | 171759526 | 515278579 | 46259 | 138777 | 2939 | 8818 |
| 31 | Rush | _Rush_ | 3 | 281087 | 843261 | 23293368 | 69880104 | 46108 | 138324 | 64 | 192 |
| 32 | WDC | Waynesburo Departme | 61 | 71154 | 4340379 | 6917786 | 421984943 | 1733 | 105727 | 1 | 44 |
| 33 | SH Gr | Group of wiiasabi SH | 5 | 385962 | 1929810 | 36468121 | 182340607 | 20472 | 102361 | 0 | 0 |
| 34 | WBC | Westboro Baptist Chu | 61 | 66661 | 4066336 | 6480183 | 395291145 | 1628 | 99288 | 1 | 44 |
| 35 | 187 | Q80 Crew | 3 | 700955 | 2102864 | 66475983 | 199427608 | 32379 | 97137 | 67 | 202 |
| 36 | ShD | Slavehacked | 3 | 208543 | 625630 | 17556051 | 52668152 | 31799 | 95398 | 0 | 0 |
| 37 | FPS | Facepunch Studios | 15 | 101304 | 1519570 | 9547678 | 143215173 | 4960 | 74396 | 2 | 25 |
| 38 | L-O-A | Legion Of the Apocal | 8 | 70267 | 562137 | 6086626 | 48693007 | 7984 | 63873 | 9 | 73 |
| 39 | [F1] | the new hotness | 3 | 152273 | 456818 | 13173959 | 39521877 | 19019 | 57057 | 18 | 55 |
| 40 | Jueh | Wonderland | 3 | 607167 | 1821501 | 58789178 | 176367533 | 18334 | 55003 | 0 | 0 |
| 41 | TPcBa | TitiPekpekCrewBash | 5 | 81265 | 406325 | 6921383 | 34606914 | 10664 | 53318 | 70 | 349 |
| 42 | {JCP} | Group of Jacoponium | 3 | 383985 | 1151955 | 36623551 | 109870653 | 15542 | 46625 | 25 | 76 |
| 43 | G.U.N | Gangsta Unitd Nation | 3 | 977597 | 2932791 | 96295117 | 288885351 | 12686 | 38058 | 0 | 0 |
| 44 | o.o | Hennessey | 5 | 403405 | 2017027 | 39557674 | 197788370 | 6782 | 33912 | 0 | 0 |
| 45 | 27497 | BTK-BORN2KILL | 3 | 151912 | 455735 | 14090248 | 42270743 | 10661 | 31982 | 11 | 34 |
| 46 | L-HAX | LOL-HAX | 3 | 228981 | 686942 | 21893413 | 65680239 | 9436 | 28308 | 20 | 60 |
| 47 | 35748 | Group of Spieke 8396 | 3 | 709814 | 2129441 | 69888469 | 209665408 | 9251 | 27752 | 64 | 193 |
| 48 | LaA | Leather and Ace | 4 | 493708 | 1974833 | 48503016 | 194012063 | 6686 | 26744 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | -LYS- | Lost Ya Software | 3 | 363492 | 1090477 | 34939584 | 104818752 | 8682 | 26047 | 444 | 1333 |
| 50 | HRV | Hacker Revolution | 3 | 42461 | 127383 | 3364940 | 10094819 | 8652 | 25956 | 0 | 0 |
| 51 | 12767 | EliteSpot` | 3 | 249976 | 749929 | 24087902 | 72263707 | 8552 | 25656 | 0 | 0 |
| 52 | Bay12 | Bay12 Slavehack | 15 | 81856 | 1227844 | 7997979 | 119969690 | 1580 | 23703 | 0 | 0 |
| 53 | Y4rr! | Merirosmot | 4 | 449755 | 1799021 | 44167180 | 176668720 | 5547 | 22189 | 155 | 620 |
| 54 | ngl | nglol.com | 3 | 99675 | 299025 | 9207634 | 27622902 | 6650 | 19950 | 14 | 41 |
| 55 | xElyx | Elysium | 7 | 330921 | 2316450 | 32511491 | 227580435 | 2846 | 19921 | 167 | 1172 |
| 56 | Botz | Group of Kneber | 3 | 275210 | 825629 | 26944845 | 80834535 | 4117 | 12352 | 89 | 266 |
| 57 | B.C | Blue Cosmos | 3 | 218903 | 656708 | 21444737 | 64334212 | 4117 | 12350 | 0 | 0 |
| 58 | STK | STK Group Server | 3 | 533666 | 1600998 | 52801579 | 158404738 | 4057 | 12172 | 47 | 142 |
| 59 | =DS= | Drecksaeue | 4 | 226746 | 906986 | 22388741 | 89554964 | 2535 | 10139 | 2 | 6 |
| 60 | SHZ | StormHackerZ | 3 | 143234 | 429703 | 14011377 | 42034132 | 2450 | 7349 | 0 | 0 |
| 61 | 1800Z | 1800Zeta | 4 | 43721 | 174885 | 4193596 | 16774383 | 1757 | 7027 | 0 | 0 |
| 62 | 59402 | Free software and sl | 10 | 79646 | 796463 | 7858448 | 78584483 | 586 | 5863 | 0 | 5 |
| 63 | |DC| | Dos Cables | 7 | 125851 | 880955 | 12469980 | 87289859 | 744 | 5208 | 0 | 0 |
| 64 | GnC | Group of GnC | 3 | 257706 | 773118 | 25516055 | 76548165 | 1544 | 4632 | 0 | 0 |
| 65 | Patel | King Patel | 5 | 217737 | 1088687 | 21610218 | 108051091 | 899 | 4495 | 13 | 66 |
| 66 | TAG | triplethreat | 4 | 69930 | 279722 | 6844390 | 27377560 | 962 | 3847 | 15 | 60 |
| 67 | (QQ) | teh (QQ) | 4 | 242523 | 970092 | 24098460 | 96393842 | 846 | 3382 | 4 | 17 |
| 68 | NetG | NetGuardians | 3 | 23679 | 71037 | 2209722 | 6629165 | 1114 | 3343 | 0 | 0 |
| 69 | Nubs | Cheggit Clan | 5 | 90885 | 454425 | 8934247 | 44671237 | 612 | 3058 | 56 | 280 |
| 70 | 28031 | GrindR\'s Group | 3 | 522992 | 1568977 | 52031511 | 156094534 | 990 | 2971 | 10 | 31 |
| 71 | Bob9 | Confederation of Bob | 5 | 38767 | 193833 | 3774964 | 18874821 | 539 | 2693 | 2 | 11 |
| 72 | =WP= | Wolf Pack | 4 | 59736 | 238943 | 5896525 | 23586101 | 608 | 2431 | 0 | 0 |
| 73 | Slave | SlaveCheat | 4 | 114154 | 456614 | 11166349 | 44665396 | 542 | 2166 | 0 | 0 |
| 74 | RLS | Ruthless Slavers | 3 | 2054078 | 6162235 | 205141043 | 615423130 | 711 | 2132 | 0 | 0 |
| 75 | -TL- | The Legion | 3 | 278392 | 835176 | 27470226 | 82410679 | 620 | 1859 | 150 | 449 |
| 76 | HHT | HungarianHackerTeam | 4 | 78176 | 312705 | 7734517 | 30938068 | 433 | 1732 | 2 | 8 |
| 77 | ~ND~ | Nunti Diaboli | 3 | 189002 | 567007 | 18773841 | 56321524 | 568 | 1705 | 0 | 0 |
| 78 | UHN | United Hacker Nation | 4 | 44584 | 178336 | 4358436 | 17433743 | 395 | 1579 | 18 | 72 |
| 79 | GLDOS | Aperture Science | 7 | 128135 | 896948 | 12485937 | 87401556 | 200 | 1401 | 7 | 49 |
| 80 | V.S. | Vascular Sclerosis | 3 | 472160 | 1416481 | 47007897 | 141023692 | 442 | 1327 | 0 | 0 |
| 81 | XKLN3 | XakerKlan G | 5 | 421302 | 2106510 | 42071690 | 210358448 | 220 | 1099 | 0 | 0 |
| 82 | CANTR | CantrNET Hack Team | 3 | 92102 | 276306 | 9150485 | 27451455 | 327 | 982 | 0 | 0 |
| 83 | FTC | FTC-Crew | 3 | 283291 | 849874 | 28240372 | 84721117 | 326 | 978 | 9 | 26 |
| 84 | PTHnC | PT Crackers n Hacker | 6 | 114956 | 689974 | 11392111 | 68352666 | 163 | 976 | 0 | 0 |
| 85 | [PGH] | PirateGroup Hackers | 5 | 118457 | 592283 | 11775352 | 58876758 | 184 | 921 | 0 | 0 |
| 86 | 4chan | Pedo Bears | 3 | 1940 | 5819 | 159189 | 477567 | 282 | 846 | 0 | 0 |
| 87 | BOFH | B.OperatorsFromHell | 3 | 207770 | 623310 | 20845184 | 61985202 | 282 | 845 | 0 | 0 |
| 88 | Sir S | Group of Sir_Spud 95 | 4 | 200156 | 800624 | 19892436 | 79569746 | 195 | 780 | 0 | 0 |
| 89 | oEAo | Electronic Artists | 3 | 177653 | 532960 | 17703737 | 53111211 | 213 | 639 | 0 | 0 |
| 90 | Elite | Elite Hax | 5 | 62020 | 310101 | 6171722 | 30858610 | 127 | 633 | 8 | 42 |
| 91 | =H1T= | FPS Downloads | 3 | 112306 | 336919 | 11105902 | 33317705 | 205 | 616 | 71 | 213 |
| 92 | ATRA | Awesomeintranets | 4 | 272712 | 1090847 | 27160979 | 108643915 | 137 | 547 | 26 | 105 |
| 93 | TES | Skyrim | 4 | 179877 | 719508 | 17675355 | 70701419 | 124 | 497 | 0 | 0 |
| 94 | Gold | TrIcKys Gold Clan | 3 | 172968 | 518903 | 17210652 | 51631956 | 161 | 484 | 0 | 0 |
| 95 | LulzS | LulzSec | 3 | 155438 | 466455 | 15488192 | 46464577 | 159 | 477 | 0 | 0 |
| 96 | 60664 | Electronic Artists | 3 | 154133 | 462398 | 15357738 | 46073214 | 159 | 477 | 0 | 0 |
| 97 | RSNL | Rsnl Group Server | 5 | 66621 | 333105 | 6639685 | 33198424 | 88 | 438 | 3 | 14 |
| 98 | YJLTG | May Contain Nuts | 3 | 166424 | 499272 | 16545920 | 49637759 | 116 | 347 | 0 | 0 |
| 99 | -=SA= | Super Awesome | 3 | 162864 | 488591 | 16214273 | 48642819 | 104 | 313 | 0 | 0 |
| 100 | O.13. | Organization 13 | 3 | 3156163 | 9468489 | 315088198 | 945264593 | 103 | 310 | 2 | 5 |

© Slavehack 2011 - By m2h