1 Marc Steven Colen, sbn 108275
2 Law Offices of Marc Steven Colen
5737 Kanan Road, Ste. 347
3 Agoura Hills, CA 91301
4 Tele: 818.716.2891
Fax: 818.597.4631
5 Email: mcolen@colenlaw.com
6
7 Attorney for Defendants Neil Sankey,
Todd Sankey, The Sankey Firm, Inc.,
8 and Sankey Investigations, Inc.
9
10 **UNITED STATES DISTRICT COURT**
11 **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
12

| | |
|---|---|
| Lisa Liberi, et al., ) | Case No.: 8:11-cv-00485 AG |
| Plaintiffs, ( | (AJWx) |
| vs. ) | |
| ) | |
| Orly Taitz, et al., ) | **CERTIFICATION AND** |
| Defendants ) | **NOTICE OF INTERESTED** |
| ) | **PARTIES** |
| _____ ) | |
| | Honorable Andrew J. Guilford, |
| | Judge of the United States District |
| | Court, Presiding |
| | |
| | Courtroom: 10D |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel for Defendants Neil Sankey, Todd Sankey, The Sankey Firm, Inc., and Sankey Investigations, Inc. certifies that the parties listed below have a direct, pecuniary interest in the outcome of this case.

---

*Liberi v. Taitz*  Case No.: 8:11-cv-00485 AG    SANKEY's Certification of Interested Parties   page 1

| | PARTY | CONNECTION |
|---|---|---|
| 1 | | |
| 2 | Neil Sankey | Defendant |
| 3 | Todd Sankey | Defendant |
| 4 | The Sankey Firm, Inc. | Defendant |
| 5 | Sankey Investigations, Inc. | Defendant |
| 6 | Orley Taitz | Defendant |
| 7 | Law Offices of Orley Taitz | Defendant |
| 8 | Orley Taitz, Inc. | Defendant |
| 9 | Defend Our Freedoms Foundation, Inc. | Defendant |
| 10 | Reed Elsevier, Inc. | Defendant |
| 11 | LexisNexis, Inc. | Defendant |
| 12 | Intelius, Inc. | Defendant |
| 13 | Oracle Corporation | Defendant |
| 14 | Daylight Chemical Information Systems, Inc. | Defendant |
| 15 | Yosef Taitz | Defendant |
| 16 | Caren Hale | Defendant |
| 17 | Edgar Hale | Defendant |
| 18 | Radio Plains Network | Defendant |
| 19 | James Sundquist | Defendant |
| 20 | Rock Salt Publishing | Defendant |
| 21 | KPRN AM | Defendant |
| 22 | Bar Farms | Defendant |
| 23 | Linda Sue Belcher | Defendant |
| 24 | J. Johnson | Mov. |
| 25 | Philip Berg | Plaintiff |
| 26 | Law Offices of Philip Berg | Plaintiff |
| 27 | Lisa Liberi | Plaintiff |
| 28 | Lisa Ostella | Plaintiff |

*Liberi v. Taitz* Case No.: 8:11-cv-00485 AG    SANKEY's Certification of Interested Parties    page 2

1  Dated 25 July 2011

2  *Marc Steven Colen*

3  _____
4  Marc Steven Colen
   Law Offices of Marc Steven Colen
5  Attorney for Defendants Neil Sankey,
6  Todd Sankey, The Sankey Firm, Inc.,
   Sankey Investigations, Inc.
7

*Liberi v. Taitz*  Case No.: 8:11-cv-00485 AG    SANKEY's Certification of Interested Parties    page 3