Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
Peter Cook, Esq., State Bar #232742
**SCHUMANN, RALLO & ROSENBERG, LLP**
3100 Bristol Street, Suite 400
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile  (714) 850-0551
Email: pcook@srrlawfirm.com

Attorneys for Defendant, YOSEF TAITZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI; LISA M. OSTELLA; GO EXCEL GLOBAL; PHILIP J. BERG, ESQUIRE; and THE LAW OFFICES OF PHILIP J. BERG,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ; LAW OFFICES OF ORLY TAITZ; ORLY TAITZ, INC.; DEFEND OUR FREEDOMS FOUNDATIONS, INC.; NEIL SANKEY; SANKEY INVESTIGATIONS, INC; TODD SANKEY; THE SANKEY FIRM, INC.; REED ELSEVIER, INC.; LEXISNEXIS GROUP, INC., a Division of Reed Elsevier, Inc.; LEXISNEXIS RISK AND INFORMATION ANALYTICS GROUP, INC.; LEXISNEXIS SEISINT, INC. d/b/a ACCURINT, a Division of Reed Elsevier, Inc.; LEXISNEXIS CHOICEPOINT, INC., a Division of Reed Elsevier, Inc.; LEXISNEXIS RISK SOLUTIONS, INC., a Division of Reed Elsevier, Inc.; INTELIUS, INC.; ORACLE CORPORATION; DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC.; YOSEF TAITZ, individually, and as Owner / CEO of DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC.; and DOES 1 through 186, inclusive,<br>Defendants. | Case No. 8:11-CV-00485-AG (AJW)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**DECLARATION OF JEFFREY P. CUNNINGHAM, COUNSEL FOR DEFENDANT, YOSEF TAITZ, REGARDING MEET AND CONFER ON DEFENDANTS' MOTIONS TO DISMISS AND STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**[FILED CONCURRENTLY WITH MOTION TO DISMISS, MOTION TO STRIKE/FOR MORE DEFINITE STATEMENT, AND REQUEST FOR JUDICIAL NOTICE]**<br><br>Date:   August 29, 2011<br>Time:   10:00 a.m.<br>Place:   Courtroom 10D<br><br>Date Action Filed:  May 4, 2009<br>Discovery Cut-Off:  March 5, 2012<br>Final Pre-Trial Conf.:  May 21, 2012<br>Trial Date:   June 5, 2012 |

-1-

**DECLARATION RE: DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**

I, JEFFREY P. CUNNINGHAM, declare and state as follows:

1. I am an attorney and a Senior Associate of the law firm Schumann, Rallo & Rosenberg, LLP, counsel for Defendant, YOSEF TAITZ. I make this declaration based on my personal knowledge of the facts stated herein. I gained my knowledge of those facts by virtue of my participation in the events described herein, my preparation or review of the documents described herein, or some combination of the foregoing as identified herein. If called to testify to the facts stated herein, I could and would do so competently and truthfully.

2. Our office in compliance with Local Rules, Rule 7-3 has met and conferred with counsel for all Plaintiffs herein, Philip J. Berg, Esq. (who is also a Plaintiff herein) with regard to the concurrently-filed motions to dismiss by Mr. Taitz, and the motion by Mr. Taitz to strike Plaintiffs' operative First Amended Complaint.

3. Attached hereto as identified below and incorporated herein by this reference as though fully set forth are true and correct copies of the following documents:

    a. July 14, 2011 correspondence to Mr. Berg (**"Exhibit A"**);

    b. July 14, 2011 correspondence of Mr. Berg (**"Exhibit B"**);

    c. July 15, 2011 correspondence to Mr. Berg (**"Exhibit C"**); and

    d. July 18, 2011 correspondence to Mr. Berg (**"Exhibit D"**).

4. As reflected in such exhibits, the parties have been unable after meeting and conferring on the subject issues, to come to agreement on same and, therefore, it is necessary for Mr. Taitz to file these motions.

I hereby declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct.

Dated this 1st day of August, 2011, in Costa Mesa, California.

                                         /s/ - Jeffrey P. Cunningham
                                         _____
                                         Jeffrey P. Cunningham, Esq.

**DECLARATION RE: DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**