# EXHIBIT A

# SCHUMANN, RALLO & ROSENBERG, LLP

ATTORNEYS AT LAW

KIM SCHUMANN
THOMAS C. RALLO
DAVID R. ROSENBERG

JEFFREY P. CUNNINGHAM
TIFFANY T. LY
BRADLEY R. MATHEWS
STEPHANIE M. TRAN
ERIC AREVALO
STEPHANIE B. SAUNDERS
PETER COOK
CHARLES D. LAWRENCE

MICHAEL C. HERZOG
ARTHUR J. TRAVIESO
KENNETH L. MARIBOHO II
EDYE HILL
DAVID P. REID
SHARMAN L. BROOKS
ROBERT J. SULLIVAN
HEATHER BROWN-SMITH
ERIC C. BRADLEY

3100 BRISTOL STREET
4TH FLOOR
COSTA MESA, CALIFORNIA 92626
TELEPHONE: (714) 850-0210
FACSIMILE: (714) 850-0551
www.srrlawfirm.com

RIVERSIDE COUNTY OFFICE
3890 ELEVENTH STREET, SUITE 214
RIVERSIDE, CALIFORNIA 92501
TELEPHONE: (714) 850-0210

July 14, 2011

**Via U.S. Mail & Facsimile: (610) 894-7659**
**Via Email: philjberg@gmail.com**

Philip J. Berg, Esq.
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

    Re:    Liberi v. Taitz
              Our File No.: CH-078

Dear Mr. Berg:

Our offices have been retained to represent Yosef Taitz in the above-reference lawsuit. Mr. Taitz is due to file his responsive pleadings to your First Amended Complaint on July 19, 2011.

The First Amended Complaint, as filed against Mr. Taitz, completely disregards a prior Court Order in this matter, signed on May 28, 2009, that requires Plaintiffs to apply to the Court for leave to add Mr. Taitz as a defendant in this matter. Specifically, the Court Order states: "**Leave shall be granted on the Court's finding that Plaintiff have established evidence sufficient to support a cognizable claim against Defendant Yosef Taitz.**" A copy of the 5/28/09 Court Order has been attached herein for your reference. You have clearly failed to obtain the necessary Court authorization to add Mr. Taitz as a party in this matter.

Please be advised that your improper naming of Mr. Taitz, in *direct violation* of the prior Court Order, has not been well-received. Plaintiffs must dismiss Mr. Taitz immediately, otherwise Mr. Taitz will exercise his rights in dismissing this matter against him. Mr. Taitz will seek sanctions against each of the Plaintiffs in this matter, including against you for this improper conduct against him.

As such, consider this letter a meeting and conference under Local Rule 7-3, that Mr. Taitz intends on filing a Motion to Dismiss and Strike the First Amended Complaint under FRCP 12(b)(6) and 12(f), and further intends on seeking sanctions against each of the Plaintiffs. Please advise our office immediately if you agree to dismiss Mr. Taitz from this matter.

Philip J. Berg, Esq.
Liberi v. Taitz
Page 2

You may still file a motion, pursuant to the 5/28/09 Court Order, to add Mr. Taitz as a Defendant in this matter upon a Court Order that you have established evidence sufficient to state a claim against him.

Thank you for your time and attention to this important matter. You can reach me at (714) 850-0210, or by email at pcook@srrlawfirm.com.

Very truly yours,

SCHUMANN, RALLO & ROSENBERG, LLP

PETER COOK

PC/mll
Enclosure

Case 8:11-cv-00485-AG -AJW   Document 330-2   Filed 08/01/11   Page 4 of 5   Page ID #:7905
Case 8:11-cv-00485-AG -AJW   Document 29   Filed 05/28/09   Page 1 of 2   Page ID #:355

Case 2:09-cv-01898-ER   Document 26   Filed 05/26/2009   Page 1 of 2

Law Offices of:
Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867.
(610) 825-3134

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT,
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI, et al,

    Plaintiffs,

vs.

ORLY TAITZ, et al,

    Defendants.

Case No.: 09-cv-01898-ECR

FILED
MAY 28 2009
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

### STIPULATED DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT YOSEF TAITZ

AND NOW, Plaintiffs, Lisa Liberi, Philip J. Berg, Esquire, Law Offices of Philip J. Berg, Evelyn Adams, Lisa Ostella and Go Excel Global and Defendant, Yosef Taitz, through their undersigned counsel hereby stipulate and agree as follows:

1. All claims against Defendant Yosef Taitz are hereby Dismissed without Prejudice.

2. Plaintiffs may apply to the Court for leave to join Defendant Yosef Taitz in this action upon satisfaction of all applicable joinder rules and leave of Court. Leave shall be granted only upon the Court's finding that Plaintiffs have established

Case 8:11-cv-00485-AG -AJW Document 330-2 Filed 08/01/11 Page 5 of 5 Page ID #:7906
Case 8:11-cv-00485-AG -AJW Document 29 Filed 05/28/09 Page 2 of 2 Page ID #:356
Case 2:09-cv-01898-ER Document 26 Filed 05/26/2009 Page 2 of 2

evidence sufficient to support a cognizable claim against Defendant Yosef Taitz arising out of the allegations in the Complaint filed May 4, 2009. No application for leave to join Defendant Yosef Taitz shall be made later than sixty [60] days before the close of discovery.

3. In the event the Court grants leave to join Defendant Yosef Taitz in this action, Yosef Taitz shall be permitted to assert all defenses available to him as of the date of this stipulation, including but not limited to defenses based upon failure to state a claim and expiration of any applicable statute of limitations.

4. Defendant Yosef Taitz shall be deposed and produce documents in this action as a non-party witness.

5. Counsel for Defendant Yosef Taitz shall continue to be included on the Court's docket for purposes of receiving all filings, and shall be permitted to participate in all discovery proceedings.

IT IS AGREED AND STIPULATED:

_____
PHILIP J. BERG, ESQUIRE
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Attorney for the Plaintiffs'

_____
BRAD S. MILLER, ESQUIRE
COOPER MORRISON & ASSOC, LLC
325 Chestnut Street, Suite 403
Philadelphia, PA 19106
Attorney for Defendant, Yosef Taitz

IT IS SO ORDERED:

_____
Honorable Eduardo C. Robreno
*United States District Judge*