UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 2, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:**   [IN CHAMBERS] ORDER CONTINUING HEARINGS

Defendants Defend Our Freedoms Foundation, et al. filed a Motion to Stay (Dkt. # 278), set for hearing on August 8, 2011, at 10:00 a.m.  Defendant Orly Taitz filed a Motion to Dismiss (Dkt. # 280), set for hearing on August 15, 2011, at 10:00 a.m.

On the Court's own motion, for reasons of calendar management and for the convenience of the parties, the Court CONTINUES the Motion to Dismiss until August 22, 2011, at 10:00 a.m., and also CONTINUES the Motion to Stay until August 22, 2011, at 10:00 a.m.

  :   0

Initials of Preparer   lmb