UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 12, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**    **[IN CHAMBERS] ORDER TO SUBMIT INFORMATION**

The Court is aware that some parties to this case have been involved in numerous lawsuits and the Court has ongoing concerns about the litigation history and behavior of certain parties here. The Court must therefore ORDER that Plaintiff Philip J. Berg and Defendant Orly Taitz file a document with the Court by September 2, 2011, answering the following about themselves:

1) How many cases they have filed in the past three years on behalf of <u>themselves or affiliated entities</u> with a list of case names and numbers;

2) How many cases they have personally been a party to in the past three years (including cases they filed), with a list of case names and numbers; and

3) How many sanction orders have been issued against them – in either a pro se or representative capacity – in the past three years, in what amount or other form, and in which cases.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | August 12, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

Failure to comply fully and timely with this Order may result in sanctions.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb/db | |