UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 12, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:    [IN CHAMBERS] ORDER GRANTING AND DENYING REQUESTS TO FILE**

The parties have submitted numerous new requests to file motions and other documents. The parties will increase their likelihood of prompt ruling by limiting themselves to thoughtful requests and avoiding unnecessary submissions to the Court.

The Court rules as follows.

The Court DENIES the request filed by Plaintiff Philip J. Berg, on August 9, 2011, for "Leave to Respond to Objections."

The Court GRANTS the request filed by Defendants Law Offices of Orly Taitz and Orly Taitz, on July 26, 2011, followed up on August 3, 2011 by Peter Cook as counsel, for leave to file a stipulation dismissing the party "Law Offices of Orly Taitz."

The Court GRANTS the request filed by Intelius, Inc., on July 29, 2011, for leave to file a Rule 12(b)(6) motion to dismiss.

The Court GRANTS in part and DENIES in part the request filed by Defendant Defend

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 12, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

Our Freedoms Foundation, on July 28, 2011. The Court GRANTS the request to file a Rule 12(b)(6) motion to dismiss, but DENIES the request to file a Rule 12(b)(1) motion to dismiss.

The Court DENIES any request concerning reconsideration of the $250 sanctions imposed previously.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | | lmb |