Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT, YOSEF TAITZ, IN HIS INDIVIDUAL CAPACITY, MOTION TO STRIKE**<br><br>Date of Hearing:  August 29, 2011<br>Time of Hearing:  10:00 a.m.<br>Location:  Courtroom 10D |

**COMES NOW** Plaintiffs, Philip J. Berg, Esquire [hereinafter at times "Berg"]; Lisa Ostella [hereinafter at times "Ostella"]; Lisa Liberi [hereinafter at times "Liberi"]; Go Excel Global and Law Offices of Philip J. Berg by and through their undersigned counsel, Philip J. Berg, Esquire and files the within Response in Opposition: Memorandum of Points and Authorities; Declaration of Philip J. Berg, Esquire in Opposition to Defendant, Yosef Taitz ["Taitz"], in his Individual

Capacity, Motion to Strike portions of Plaintiffs First Amended Complaint ["FAC"].  Plaintiffs aver the following:

    1.    Defendant Yosef Taitz's Motion to Strike seeks to Strike portions of Plaintiffs Prayer for Relief that does **not** pertain to Yosef Taitz.  In particular, Paragraph four (4) on page 165-166 of Plaintiffs First Amended Complaint ["FAC"].  This is improper as Defendant Yosef Taitz is **not** even named in Paragraph 4 of Plaintiffs Prayer for Relief, Plaintiffs FAC, pages 165-166, nor does it pertain to Defendant Yosef Taitz.

    2.    Defendant Yosef Taitz is seeking to strike Plaintiffs prayer for relief as to all Defendants, which is **not** proper and should **not** be allowed.

    3.    Plaintiffs do have a couple of typographical errors in their pleadings, which are pointed out in Plaintiffs Memorandum of Points and Authorities filed concurrently herewith.  If the Court requires, Plaintiffs will be happy to file an Errata to correct said errors.

    4.    Defendant Yosef Taitz's Motion to Strike is premature and only brought to delay the proceedings.

    5.    Plaintiffs Opposition is based on this Response in Opposition; Plaintiffs Memorandum of Points and Authorities; Declaration of Philip J. Berg, Esquire; the records on file with this Court; and such other argument and evidence which may be presented at the time of Hearing.

1  **WHEREFORE**, for the reasons stated Defendant Yosef Taitz's Motion to Strike must be Denied.  Plaintiffs Request this Court to Grant them Attorney Fees and Costs for Defendant Yosef Taitz's improper Motion.  If this Court is inclined to Grant any part of Defendant Yosef Taitz's' Motion, Plaintiffs respectfully Request Leave to Amend their Compliant.

Respectfully submitted,

Dated:  August 13, 2011          /s/ Philip J. Berg
_____
Philip J. Berg, Esquire
E-mail: philjberg@gmail.com
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134

*Attorney for Plaintiffs*