Philip J. Berg, Esquire (PA I.D. 9867)
E-mail: philjberg@gmail.com
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134 Fax: (610) 834-7659
*Attorney in pro se and for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**DECLARATION OF PHILIP J. BERG, ESQUIRE**<br><br>Date of Hearing: August 29, 2011<br>Time of Hearing: 10:00 a.m.<br>Location:        Courtroom 10D |

### DECLARATION OF PHILIP J. BERG, ESQUIRE

I, Philip J. Berg, Esquire, am over the age of 18 and am a party to the within action.  I have personal knowledge of the facts herein, and if called to do, I could and would competently testify.  I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

1. I am an Attorney in good standing, licensed to practice law in the Commonwealth of Pennsylvania.  I am licensed to practice in the U.S. District Courts, Middle and Eastern District of Pennsylvania; Third Circuit

Court of Appeals; the Pennsylvania Supreme Court; and the U.S. Supreme Court. I am also entered in this Court *Pro Hac Vice* and represent the Plaintiffs herein.

2.   Defendant Yosef Taitz in his Individual Capacity, according to the Docket, has filed a Motion to Dismiss and concurrently filed therewith a Motion to Strike Portions of Plaintiffs First Amended Complaint.

3.   In particular, Defendant Yosef Taitz is asking the Court to strike number 4 of Plaintiffs Prayer for Relief, in which he is **not** named or listed. This is completely improper and should **not** be permitted.

4.   As outlined in Plaintiffs Response in Opposition and Memorandum of Points and Authorities in Support thereof, Plaintiffs have properly pled their requests for Punitive Damages and the Causes of Actions which give rise to the granting of Punitive Damages.

5.   Defendant Yosef Taitz's Motion to Strike is premature as discovery has **not** commenced between the parties. As stated in Plaintiffs Opposition to Defendants Motion to Dismiss, it is necessary and mandatory that Plaintiffs receive the **"source codes"** to the products supplied by Defendants Yosef Taitz, Daylight Chemical Information Systems, Inc. and Oracle to the Reed Defendants and Defendant Intelius from January 1, 2009 through

Declaration of Philip J. Berg, Esquire                        2

today's date. It is also necessary for Electronic Discovery to take place and I anticipate the need and requirement of **<u>"extensive Electronic Discovery"</u>**.

6. For these reasons, I respectfully request this Court to Deny Defendants Motion to Strike. In the alternative, if this Court is inclined to grant any portion of Defendant Yosef Taitz's Motion to Strike, then I respectfully Request this Court to Grant Plaintiffs Leave to Amend their Complaint.

I declare under the penalty of perjury of the Laws of the United States and California that the foregoing is true and correct.

Executed this 13th day of July, 2011 in the Commonwealth of Pennsylvania, County of Montgomery.

/s/ Philip J. Berg<br>
Philip J. Berg, Esquire, Declarant

---

Declaration of Philip J. Berg    3