**EXHIBIT "A"**

## Jeff Cunningham

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Saturday, August 13, 2011 6:05 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 8:11-cv-00485-AG -AJW LISA LIBERI et al v. ORLY TAITZ et al Response in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Berg, Philip on 8/13/2011 at 6:05 PM PDT and filed on 8/13/2011

| | |
|---|---|
| **Case Name:** | LISA LIBERI et al v. ORLY TAITZ et al |
| **Case Number:** | 8:11-cv-00485-AG -AJW |
| **Filer:** | Lisa Liberi |
| | PHILIP J. BERG |
| | THE LAW OFFICES OF PHILIP J. BERG |
| | LISA M. OSTELLA |
| | GO EXCEL GLOBAL |

**Document Number:** 345

**Docket Text:**
OPPOSITION to MOTION to Strike Plaintiff's First Amended Complaint Amended Complaint,,,, [231] MOTION to Strike Plaintiff's First Amended Complaint Amended Complaint,,,, [231] MOTION to Strike Plaintiff's First Amended Complaint Amended Complaint,,,, [231][330] ; *Memorandum of Points and Authorities; Decl of Philip J. Berg, Esq; Proposed Order; and Certificate of Service* filed by Plaintiffs PHILIP J. BERG, GO EXCEL GLOBAL, Lisa Liberi, LISA M. OSTELLA, THE LAW OFFICES OF PHILIP J. BERG. (Attachments: # (1) Table of Contents, # (2) Memorandum, # (3) Declaration of Philip J. Berg, Esquire, # (4) Proposed Order, # (5) Certificate of Service)(Berg, Philip)


8:11-cv-00485-AG -AJW Notice has been electronically mailed to:

BRAD MILLER    brad.miller@cbmfirm.com

Daryl M Crone    daryl@cronehawxhurst.com, calendar@cronehawxhurst.com

Edward San Chang    echang@jonesday.com, macastellanos@jonesday.com

1

Gary G Kreep    usjf@usjf.net, elliotwilson@gmail.com, emun8dog@gmail.com

James F McCabe    jmccabe@mofo.com, ahrvatin@mofo.com, cjmccall@mofo.com, MArroyo@mofo.com

Jeffrey Paul Cunningham    jcunningham@srrlawfirm.com

John A Vogt , Jr    javogt@jonesday.com, vswanson@jonesday.com

Joshua Paul Gelbart    jgelbart@cronehawxhurst.com

Kim Schumann    kschumann@srrlawfirm.com

L. THEODORE HOPPE , JR    thoppe@hoppemartin.com

Marc Steven Colen    mcolen@colenlaw.com

Michael J Niborski    mniborski@pryorcashman.com

Orly Taitz    orly.taitz@gmail.com

Peter L Cook    pcook@srrlawfirm.com, mlaclair@srrlawfirm.com

Philip J Berg    philjberg@gmail.com, lisaliberi@gmail.com, lisaostella@hotmail.com

**8:11-cv-00485-AG -AJW Notice has been delivered by First Class U. S. Mail or by fax to: :**

SANKEY INVESTIGATIONS, INC.
c/o NEIL SANKEY
4230 ALAMO STREET
SIMI VALLEY, CA 93063

J. Johnson
2600 Brinkley Road PH 1005
Fort Washington, MD 20744

Neil Sankey
4230 Alamo Street
Simi Valley, CA 93063

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Liberi Pl Resp in Opp to Yosef Taitz MTS 08.13.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2011] [FileNumber=12114477-0
] [585af3a049d95c9723dc98716f9b23172cfa6f3819f1f962851fd6578eec63ed9e4
b8c1af5bfde209326409c44821966b119ef07fc852216ca180e0a188f93e6]]
**Document description:** Table of Contents
**Original filename:** Liberi, Table of Contents re Opp to Y Taitz MTS 08.13.pdf
**Electronic document Stamp:**

2

[STAMP cacdStamp_ID=1020290914 [Date=8/13/2011] [FileNumber=12114477-1
] [4d75f75572c2a691f98bc01cf68e532e568ccff464bdce85345c0df1c9e6cbf2a6e
619e6522aacd166a321520b93858cac7f16ed00a94406f423369b9559fa59]]
**Document description:**Memorandum
**Original filename:**Liberi Pl Memorandum in Opp to Yosef Taitz MTS 08.13.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2011] [FileNumber=12114477-2
] [8511a1b6fbd097aa8b39637ab5408cc9b75f750515e8db78eefc53a0692e74226e4
33fa38537ce8dcdb55f0f3de6f11d49152214613ca39dfd45d0c300dee606]]
**Document description:**Declaration of Philip J. Berg, Esquire
**Original filename:**Liberi Decl of Berg re Yosef Taitz MTS 08 13 11.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2011] [FileNumber=12114477-3
] [6a0fff35faf0a2f6008e18f550c5dcbb9b1913abeda437c4b19c1e252649e4172cf
bac56e3bb1cf49276cea3937614e266da920dc153622ee2be15083d19eac9]]
**Document description:**Proposed Order
**Original filename:**Liberi Proposed Order on Yosef Taitz MTS 08 13 11.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2011] [FileNumber=12114477-4
] [49d42f451eb0a2e15cab43eb70f778256fd561c17e1fcd55f9fc9eb9158c782b96b
e7386b5520b503a0a4f3577cd60599414587eb0872ed0fb79ea52c6c7108d]]
**Document description:** Certificate of Service
**Original filename:**Liberi Opp to Yosef Taitz's MTS Cert of Svc 08 13 11.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2011] [FileNumber=12114477-5
] [6d732e8e6610596634637637fd3d820a581ecd4cd3fbce3fa88777f4fb7cf62feff
39ddfd87f1fe4b7e2026f29b8b92a95955f04ab6972cf95c6dbaf844c6a4e]]