NOTE: CHANGES MADE BY THE COURT

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LISA LIBERI, *et al.*, | Case No. 8:11-cv-00485-AG-AJW |
| Plaintiffs, | |
| v. | **ORDER EXTENDING TIME FOR REED DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |
| ORLY TAITZ, *et al.*, | |
| Defendants. | |

ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 8:11-cv-00485-AG-AJW
sf-3034000

Having considered the parties' stipulation to extend the time for defendants Reed Elsevier, Inc., LexisNexis Risk and Information Analytics Group, Inc., LexisNexis, Inc., LexisNexis Risk Solutions, Inc., LexisNexis ChoicePoint, Inc., LexisNexis Seisint, Inc., d/b/a Accurint, and LexisNexis Group, Inc. (collectively, the "Reed Defendants") to answer or otherwise respond to the first amended complaint, and good cause appearing, the Reed Defendants shall have until September 16, 2011 to respond to the complaint in this action.

NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT A FURTHER SHOWING OF GOOD CAUSE.

IT IS SO ORDERED.

Dated: August 16, 2011

_____
HONORABLE ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 8:11-cv-00485-AG-AJW
sf-3034000

1