Philip J. Berg, Esquire (PA I.D. 9867)
E-mail: philjberg@gmail.com
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134 Fax: (610) 834-7659
*Attorney in pro se and for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA,
### SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**DECLARATION OF PHILIP J. BERG, ESQUIRE**<br><br>Date of Hearing: September 12, 2011<br>Time of Hearing:  10:00 a.m.<br>Location:            Courtroom 10D |

### DECLARATION OF PHILIP J. BERG, ESQUIRE

I, Philip J. Berg, Esquire, am over the age of 18 and am a party to the within action.  I have personal knowledge of the facts herein, and if called to do, I could and would competently testify.  I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

1.     I am an Attorney in good standing, licensed to practice law in the Commonwealth of Pennsylvania.  I am licensed to practice in the U.S. District Courts, Middle and Eastern District of Pennsylvania; Third Circuit

Court of Appeals; the Pennsylvania Supreme Court; and the U.S. Supreme Court. I was granted *Pro Hac Vice* admission in this Court and represent the Plaintiffs herein.

2. I originally filed this case in Federal Court in the United States Eastern District of Pennsylvania on May 4, 2009.

3. Oracle's Motion to Dismiss is premature as to certain Causes of Action outlined in Plaintiffs Response in Opposition to Oracle's Motion. In particular, Cause of Action Twenty, Res Ipsa Loquitur. Discovery has **not** commenced with Defendants Yosef Taitz, Oracle or Daylight Chemical Information Systems, Inc. ["Daylight"] as of this date.

4. Once discovery commences, it is imperative for Plaintiffs to receive all the **source codes** used by Defendants Yosef Taitz, Oracle and Daylight on their products supplied to and used by the Reed Defendants and Defendant Intelius from the time period of January 1, 2009 to current. Plaintiffs also anticipate the need for **extensive electronic discovery**.

5. On May 20, 2011, Plaintiffs filed their proposed First Amended Complaint with 145 Exhibits. This was due to the fact there are numerous Defendants and many events causing severe damages upon the Plaintiffs.

6. On or about June 14, 2011, this Court granted Plaintiffs Leave to File their First Amended Complaint without any exhibits. Now, Defendants

Declaration of Philip J. Berg, Esquire                                                                     2

Attorneys are screaming that Plaintiffs are attempting to bring in new evidence in answering the Motions to Dismiss. This is **not** the case.

7. For instance, Oracle claims that it is speculation on the part of Plaintiffs that they are partnered with Yosef Taitz and Daylight. However, as demonstrated in Exhibits "141" through "144" filed May 20, 2011, Docket No. 190, it is by Oracle, Daylight and Yosef Taitz's own admissions on their websites that they are partnered.

8. In Oracle's footnote 2 of their Motion to Dismiss, Oracle claims "Plaintiffs speculate that version "8i" of Oracle's database software incorporated code authored by Daylight CIS…This implausible allegation is supported by **no** facts whatsoever. Again, **not** true and dishonest. What Plaintiffs stated in their FAC, on pages 75-76, ¶179 beginning with line 24 is "Yosef Taitz…Daylight CIS developed and released "DayCart$^{TM}$, an application using the unique extensibility features of Oracle8i designed to fully integrate the molecular structures and reactions in an Oracle8i database server environment". The use of DayCart with the Oracle server, unlocks the access of existing Oracle applications and tools (such as dual program interface plug in applications) and footnotes Daylight's press release of July 13, 2000.

9. And, to further elaborate, as filed on May 20, 2011, Daylight explains at http://www.daylight.com/meetings/emug00/Kappler/intro.html   "**What is DayCart?**" "**A:** tools for integration of Daylight into Oracle database server

Declaration of Philip J. Berg, Esquire                                                                 3

environment". "**DayCart** integration of Daylight into Oracle database server environment. Extend Oracle clients and servers with new chemistry capabilities". "**Can I integrate the Daylight system with Oracle?** Yes, in cooperation with Oracle, Daylight has created DayCart $^{TM}$…" and at http://www.daylight.com/meetings/mug00/Delany/cartridge.html "Daylight Chemistry Cartridge". "The Daylight Chemistry cartridge is the result of several distinct collaborative development projects within Oracle… whitepaper/presentation will describe Oracle Cartridge technology, review the history of the internal and external projects which have contributed to this effort, describe the current Daylight Cartridge implementation, and provide a view of future direction for the cartridge…From Oracle's point of view…expand the capabilities of the Oracle database server in a modular, supportable fashion…Interest generated from Mug98 **resulted in an ongoing Daylight/Oracle project to generate requirements, develop a cartridge prototype, and refine its functionality.**" [emphasis added].

10. People involved in the Daylight/Oracle project "Johnny Peterson (Oracle CH)…Norah MacCuish (Daylight)… The paradigm for this version of the cartridge was the "dayblob". Dayblob is a complete set of chemical functions and a merlin-pool-like implementation of chemical searching **embedded completely within Oracle**." [emphasis added]. "The Daylight toolkit interfaces with the Oracle server via callouts to the "extproc" utility. This utility provides a RPC-like mechanism for performing C-language function calls. Daylight toolkit code is

wrapped inside this RPC layer for each of the defined cartridge functions." As can be seen, Oracle's arguments to mislead this Court fail. Plaintiffs pleading in their FAC against Oracle are far from "speculative or speculation" and Plaintiffs have plead sufficient facts to support their Causes of Action against Oracle.

11.   All of the above can be found in Plaintiffs Complaint, and in Exhibits on file with this Court.

12.   As also pointed out in Plaintiffs filings of May 20, 2001, Docket No.'s 190 through 190-27, the illegal access of Plaintiffs private data located on Oracle's clients, the Intelius and Reed Defendants, databases, servers and computer systems by Yosef Taitz, was utilized through the back-door configurations built into the web development tools collaborated with Oracle and Daylight.

13.   Plaintiffs have met their burden and therefore Oracle's Motion must be Denied. In the alternative, I respectfully Request Leave to Amend Plaintiffs Complaint to cure any deficiencies this Court feels exist.

I declare under the penalty of perjury of the Laws of the United States and California that the foregoing is true and correct.

Executed this 18th day of August, 2011 in the Commonwealth of Pennsylvania, County of Montgomery.

/s/ Philip J. Berg
Philip J. Berg, Esquire, Declarant