UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 19, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**    [IN CHAMBERS] ORDER CONTINUING HEARINGS

On the Court's own motion, for judicial economy and for the convenience of the parties – particularly parties traveling long distances for these hearings – the Court CONTINUES the following hearings.

Motion To Stay Case, filed by Defend Our Freedoms Foundation, et al. (Dkt. # 278), currently set for hearing on August 22, 2011, is CONTINUED to September 12, 2011, at 10:00 a.m.

Motion to Dismiss, filed by Orly Taitz (Dkt. # 280), currently set for hearing on August 22, 2011, is CONTINUED to September 12, 2011, at 10:00 a.m.

Motion to Dismiss, filed by Yosef Taitz (Dkt. # 329), currently set for hearing on August 29, 2011, is CONTINUED to September 12, 2011, at 10:00 a.m.

Motion to Strike, filed by Yosef Taitz (Dkt. # 330), currently set for hearing on August 29, 2011, is CONTINUED to September 12, 2011, at 10:00 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 19, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |