UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 19, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER GRANTING AND DENYING REQUESTS

The Court now rules on the following requests for leave to file motions or other documents.

The Court GRANTS the request to file a Motion to Dismiss, filed by the "Reed Defendants," dated August 15, 2011.

The Court DENIES the request to file a "Motion to Accept as Timely Plaintiffs Response in Opposition to Yosef Taitz's Motion to Strike," filed by Plaintiff Philip Berg, dated August 15, 2011.

The Court DENIES the request to file a request for default against Orly Taitz, Inc., and Yosef Taitz, filed by Plaintiff Philip Berg, dated August 8, 2011.

The Court DENIES any pending requests filed by Defendants Orly Taitz, Orly Taitz, Inc., and Defend Our Freedoms Foundation, as the Court has recently granted those parties' motion to stay pending appeal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 19, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |