UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 23, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |

**Proceedings:**     **[IN CHAMBERS] ORDER DENYING REQUEST**

Defendant Orly Taitz, Inc. ("OTI") filed a request on August 23, 2011, for leave to file a Rule 12(b)(6) motion to dismiss. The Court DENIES the request.

On July 8, 2011, OTI and other defendants filed a Motion to Stay. The Court recently granted that motion. Apparently now OTI is arguing that the Court was incorrect to grant the relief OTI asked for. This is a perplexing argument. OTI contends in the request that it did not file an appeal. But Docket Numbers 289 and 300 indicate that OTI did file an appeal.

The Court is continually frustrated by the extraneous information that OTI and other parties include in their requests for leave to file. For example, in this request, the Court fails to see how it is relevant that Orly Taitz has purportedly not filed any lawsuits against the plaintiffs here. The Court also fails to see how Taitz's crusade against President Barack Obama has any relevance to this request. **The Court may impose sanctions for extraneous arguments and statements in future requests, including references to President Obama, who appears to have no direct relationship to the August 23 request.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 11-0485 AG (AJWx)** | Date | August 23, 2011 |
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

  : 0

Initials of Preparer   lmb