Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION**

LISA LIBERI, et al,

                          Plaintiffs,

         vs.

ORLY TAITZ, et al,

                          Defendants.

CIVIL ACTION NUMBER:

**8:11-cv-00485-AG (AJW)**


**PLAINTIFF PHILIP J. BERG,
ESQUIRE'S ANSWERS TO THE
COURT'S THREE [3] QUESTIONS**

**COMES NOW** Plaintiff, Philip J. Berg, Esquire [hereinafter at times "Berg"

or "Plaintiff"]; and files the within responses to this Court's questions asked on

Friday, August 12, 2011.  In Answer thereto, Plaintiff avers as follows:

1.  The Court asked Plaintiff,  "How many cases they have filed in the past

     three years on behalf of themselves or affiliated entities with a list of case

     names and numbers:

     **Answer:**     4

//
//

i.    ***Berg v. Obama, et al***:

    U.S.D.C., Eastern District of PA, Case No. 08-cv-04083-RBS

ii.    ***Liberi, et al v. Taitz, et al***:

    U.S.D.C., Eastern District of PA, Case No. 09-cv-01898-ECR

At the Defendants request, Judge Robreno severed the case into 2 separate

cases and transferred the case to:

    ***Liberi, et al v. Belcher, et al***:
    U.S.D.C. Western District of Texas, Case No. 5:11-cv-00259-OLG

    and transferred again to:

    U.S.D.C., Northern District of Texas Case No. 2:11-cv-00090-J; and

    ***Liberi, et al v. Taitz, et al***: U.S.D.C., Central District of CA, Southern

    Division, Case No. 8:11-cv-00485 AG

iii.    ***Berg, et al v. Obama, et al***: Qui Tam Action

    U.S.D.C., District of Columbia, Case No. 1:08-cv-01933-RWR

iv.    ***Berg and Miller v. Weichert Realtors, et al***:

    U.S.D.C., Eastern District of PA, Case No. 2:09-cv-00321 LDD
    Case transferred to:
    U.S.D.C., District of New Jersey, Case No. 1:10-cv-00353 NHL

## APPEALS:

a.    ***Liberi, et al v. Taitz, et al***: U.S. Court of Appeals for the Third Circuit
    Plaintiffs Appeal re Injunction
    (Plaintiffs moved for dismissal: Granted)
    Case No.  09-3403

//
//

b. ***Berg v. Obama, et al***: U.S. Court of Appeals for the Third Circuit
Case No.  08-4340
U.S. Supreme Court re Injunction, Case No. 08A391
U.S. Supreme Court re Injunction, Case No. 08A505
U.S. Supreme Court re Writ of Certiorari, Case No. 08-570

c. ***Berg as Relator v. Obama***:
U.S. Court of Appeals for the District of Columbia
Case No. 09-5362

d. ***Philip J. Berg, et al., v. U.S. Bank National Association, Trustee for Lehman Brothers-Structured Assets Loan Trust Sail 2005-7***:
NJ Superior Court, Case No. A-4696-08T2
U.S. Supreme Court re Application for Stay, Case No. 08A1140

e. ***In re Philip J. Berg***: U.S. Court of Appeals for the Third Circuit
Case No. 10-2243

f. ***Berg v. Akropolis***: Superior Court of PA, Case No. 3104 EDA 2009

g. ***Rambo v. Greene***: Superior Court of PA, Case No. 2467 EDA 2008

2. The Court asked Plaintiff "How many cases they have personally been a party to in the past three years (including cases they filed), with a list of case names and numbers:

**Answer:**

i. **Cases filed by Philip J. Berg, Esquire:  Answer:  4**

a. ***Berg v. Obama, et al***:
U.S.D.C., Eastern District of PA, Case No. 08-cv-04083-RBS

b. ***Liberi, et al v. Taitz, et al***:
U.S.D.C., Eastern District of PA, Case No. 09-cv-01898-ECR

At the Defendants request, Judge Robreno severed the case into 2 separate

cases and transferred the case to:

> ***Liberi, et al v. Belcher, et al***:
> U.S.D.C. Western District of Texas, Case No. 5:11-cv-00259-OLG
>
> and transferred again to:
>
> U.S.D.C., Northern District of Texas Case No. 2:11-cv-00090-J; and

> ***Liberi, et al v. Taitz, et al***: U.S.D.C., Central District of CA, Southern
> Division, Case No. 8:11-cv-00485 AG

  c. ***Berg, et al v. Obama, et al:*** Qui Tam Action
     U.S.D.C., District of Columbia, Case No. 1:08-cv-01933-RWR

  d. ***Berg and Miller v. Weichert Realtors, et al***:
     U.S.D.C., Eastern District of PA, Case No. 2:09-cv-00321 LDD
     Case transferred to:
     U.S.D.C., District of New Jersey, Case No. 1:10-cv-00353 NHL

  ii.  **Cases filed against Philip J. Berg, Esquire**:  **Answer:**  1

    a. ***In re Philip J. Berg***, Pennsylvania Supreme Court,
      Case No. 208 DB 2010

  iii.  **Appeals filed by Philip J. Berg, Esq.**

    a. ***Liberi, et al v. Taitz, et al***, U.S. Court of Appeals for the Third Circuit
      Plaintiffs Appeal re Injunction
      (Plaintiffs moved for dismissal: Granted)
      Case No.  09-3403

//

    b. ***Berg v. Obama, et al***, U.S. Court of Appeals for the Third Circuit
Case No.  08-4340
U.S. Supreme Court re Injunction, Case No. 08A391
U.S. Supreme Court re Injunction, Case No. 08A505
U.S. Supreme Court re Writ of Certiorari, Case No. 08-570

    c. ***Berg as Relator v. Obama***,
U.S. Court of Appeals for the District of Columbia
Case No. 09-5362

    d. ***Philip J. Berg, et al., v. U.S. Bank National Association, Trustee for Lehman Brothers-Structured Assets Loan Trust Sail 2005-7***
NJ Superior Court, Case No. A-4696-08T2
U.S. Supreme Court re Application for Stay, Case No. 08A1140

    e. ***In re Philip J. Berg***, U.S. Court of Appeals for the Third Circuit
Case No. 10-2243

    f. ***Berg v. Akropolis***, Superior Court of PA, Case No. 3104 EDA 2009

    g. ***Rambo v. Greene***, Superior Court of PA, Case No. 2467 EDA 2008

iv. **Appeals filed against Philip J. Berg, Esq.**

    a. ***Liberi, et al v. Taitz, et al***, U.S. Court of Appeals for the Third Circuit
Defendant Orly Taitz Appeal re Transfer Order (Order upheld)
Case No.  10-3000

    b. ***Liberi, et al v. Taitz, et al***, U.S. Court of Appeals for the Ninth Circuit
Defendant Defend our Freedoms Foundations, Inc. Appeal of this
Court's Anti-SLAPP ruling
Case No. 11-56079

    c. ***Liberi, et al v. Taitz, et al***, U.S. Court of Appeals for the Ninth Circuit
Defendant Orly Taitz/Orly Taitz, Inc. Appeal of this Court's Anti-
SLAPP Ruling
Case No. 11-56164

3.      The Court asked Plaintiff "How many sanction orders have been issued against them – in either a pro se or representative capacity – in the past three years, in what amount or other form, and in which cases:  **Answer:** 1

i.      ***Shecktor v. Louisville Ladder,*** U.S.D.C., Middle District of PA, Case No. 09-00466

Philip J. Berg, Esquire was sanctioned $1,000 as attorney fees payable to Defense Counsel by Judge John E. Jones, III for a discovery issue.  Mr. Berg was unable to respond to the Motion filed, as the Court reduced time to answer, and Mr. Berg was in the Hospital in Colorado.

Respectfully submitted,

Dated:  August 30, 2011

/s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com