| | |
|---|---|
| 1 | Michael J. Niborski (State Bar No. 192111) |
| | e-mail: mniborski@pryorcashman.com |
| 2 | PRYOR CASHMAN LLP |
| | 1801 Century Park East, 24th Floor |
| 3 | Los Angeles, California 90067-2302 |
| | Tel: (310) 556-9608 |
| 4 | Fax: (310) 556-9670 |
| 5 | Tom J. Ferber |
| | e-mail: tferber@pryorcashman.com |
| 6 | PRYOR CASHMAN LLP |
| | 7 Times Square |
| 7 | New York, New York 10036-6569 |
| | Tel: (212) 326-0194 |
| 8 | Fax: (212) 798-6388 |
| 9 | *Attorneys for Defendant* |
| | Daylight Chemical Information Systems, Inc. |

**NOTE CORRECT CASE NUMBER**

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al. | Case No. SACV 11-00485 AG (AJW) |
| | Hon. Andrew Guilford |
| Plaintiffs, | Courtroom 10D |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT DAYLIGHT CHEMICAL INFORMATION SYSTEMS, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| ORLY TAITZ, et al., | |
| Defendants. | Complaint Served: June 29, 2011 |
| | Current Response Date: Sept. 16, 2011 |
| | New Response Date: Oct. 7, 2011 |

1

**ORDER**

WHEREAS good cause is shown, IT IS HEREBY ORDERED that based on the concurrently filed Stipulation by and between Plaintiffs and Defendant Daylight Chemical Information Systems, Inc., through their counsel of record, that Defendant Daylight Chemical Information Systems, Inc. may have up to and including <u>October 7, 2011</u> to answer, move or otherwise respond to the Complaint in this action.

***<u>NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT A FURTHER STRONG SHOWING OF GOOD CAUSE.</u>***

IT IS SO ORDERED.

Dated: September 8 , 2011          By: _____
                                         United States District Judge