Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
Peter Cook, Esq., State Bar #232742
**SCHUMANN, RALLO & ROSENBERG, LLP**
3100 Bristol Street, Suite 400
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile  (714) 850-0551
Email: pcook@srrlawfirm.com

Attorneys for Defendant, ORLY TAITZ

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC. and YOSEF TAITZ and THE SANKEY FIRM and SANKEY INVESTIGA-TIONS, INC. and NEIL SANKEY and JAMES SUNQUIST and ROCK SALT PUBLISHING and LINDA SUE BELCHER a/k/a LINDA S. BELCHER a/k/a LINDA STARR; a/k/a NEWWOMENSPARTY a/k/a STITCHENWITCH a/k/a EVA BRAUN a/k/a WEB SERGEANT a/k/a KATY a/k/a WWW.OBAMACITIZENSHIP DEBATE.ORG and EDGAR HALE a/k/a JD SMITH; and CAREN HALE; and PLAINS RADIO NETWORK, a/k/a PLAINS RADIO NETWORK, INC. a/k/a PLAINS RADIO; and BAR H FARMS; and KPRN AM 1610; and DOES 1 through 200 Inclusive,<br><br>Defendants. | Case No. 8:11-CV-00485-AG (AJW)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**REQUEST FOR JUDICIAL NOTICE OF RECORDS FROM THE SAN BERNARDINO CRIMINAL COURT AND THE SAN BERNARDINO BANKRUPTCY COURT**<br><br>*[Filed concurrently with Motion to Dismiss pursuant to FRCP 12(b)(6)]*<br><br>Date Action Filed:     May 4, 2009<br>Discovery Cut-Off:     March 5, 2012<br>Final Pre-Trial Conf.:  May 21, 2012<br>Trial Date:            June 5, 2012 |

-i-

**DEFENDANT ORLY TAITZ'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF 12(b)(6) MOTION**

TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:

Defendant, ORLY TAITZ, hereby submits its request for judicial notice of records regarding criminal charges and convictions of Lisa Liberi from the California Superior Court, County of San Bernardino, attached herein as Exhibit "A," and records regarding the bankruptcies filed by Lisa Liberi filed in the United States Bankruptcy Court, Central District of California, attached herein as Exhibit "B," and based upon the Declaration of Peter Cook in Support of Request for Judicial Notice, attached herein.

This request for judicial notice is based upon Federal Rules of Evidence, Rule 201, as well as the following fact that these documents reflect is a true and accurate records kept by the California Superior Court, County of San Bernardino and the United States Bankruptcy Court, Central District of California, respectively.

DATED: July 11, 2011          SCHUMANN, RALLO & ROSENBERG, LLP


By:  _____/s/ Peter Cook_____
     Kim Schumann, Esq.
     Peter Cook Esq.
     Attorneys for Defendant,
     ORLY TAITZ

-ii-

DEFENDANT ORLY TAITZ'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF 12(b)(6) MOTION

```
 1  Kim Schumann, Esq., State Bar #170942
    Jeffrey P. Cunningham, Esq., State Bar #151067
 2  Peter Cook, Esq., State Bar #232742
    SCHUMANN, RALLO & ROSENBERG, LLP
 3  3100 Bristol Street, Suite 400
    Costa Mesa, CA 92626
 4  Telephone (714) 850-0210
    Facsimile  (714) 850-0551
 5  Email: pcook@srrlawfirm.com

 6  Attorneys for Defendant, ORLY TAITZ

 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC. and YOSEF TAITZ and THE SANKEY FIRM and SANKEY INVESTIGA-TIONS, INC. and NEIL SANKEY and JAMES SUNQUIST and ROCK SALT PUBLISHING and LINDA SUE BELCHER a/k/a LINDA S. BELCHER a/k/a LINDA STARR; a/k/a NEWWOMENSPARTY a/k/a STITCHENWITCH a/k/a EVA BRAUN a/k/a WEB SERGEANT a/k/a KATY a/k/a WWW.OBAMACITIZENSHIP DEBATE.ORG and EDGAR HALE a/k/a JD SMITH; and CAREN HALE; and PLAINS RADIO NETWORK, a/k/a PLAINS RADIO NETWORK, INC. a/k/a PLAINS RADIO; and BAR H FARMS; and KPRN AM 1610; and DOES 1 through 200 Inclusive,<br><br>Defendants. | Case No. 8:11-CV-00485-AG (AJW)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**DECLARATION OF PETER COOK IN SUPPORT OF DEFENDANT ORLY TAITZ'S REQUEST FOR JUDICIAL NOTICE OF RECORDS FROM THE SAN BERNARDINO CRIMINAL COURT AND THE SAN BERNARDINO BANKRUPTCY COURT**<br><br>*[Filed concurrently with Motion to Dismiss pursuant to FRCP 12(b)(6)]*<br><br>Date Action Filed:   May 4, 2009<br>Discovery Cut-Off:   March 5, 2012<br>Final Pre-Trial Conf.: May 21, 2012<br>Trial Date:   June 5, 2012 |

-i-

DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

# DECLARATION OF PETER COOK IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

I, Peter Cook, declare and state as follows:

1. I am an attorney duly licensed to practice law in all courts of the State of California and am an associate in the law offices of Schumann, Rallo & Rosenberg, LLP.

2. Our office represents the Defendant, ORLY TAITZ in the matter of *LIBERI, et. al. v TAITZ, et al.*, filed in the United States District Court, Central District of California, Case No. 8:11-CV-00485-AG (AJW).

3. Attached herein as <u>Exhibit "A"</u> is a true and correct copy of records obtained from the Superior Court of California, County of San Bernardino regarding the criminal status, including charges and convictions, of Lisa Liberi, in San Bernardino Case Nos. FWV028000 and FSB044914, among others. These documents can be access by the public at the San Bernardino Courts website: http://www.sb-court.org/Divisions/Civil/CaseInformationOnline.aspx

4. Attached herein as Exhibit "B" are true and correct copies of filings by Lisa Liberi in her bankruptcy proceedings in the United States Bankruptcy Court for the Central District of California, Case No. 6:02-bk-22845-PC, which are publicly accessible through the PACER system, and have multiple instances of Liberi's private identifying data, including Social Security Numbers, which have been duly redacted for the purposes of this filing.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 11th day of July, 2011 at Costa Mesa, California

By: /s/ Peter Cook
Peter Cook
Declarant

-ii-

DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A




# Defendant Names

Home

## Name Search

If names appear in red they are AKA (Also Known As) names used by the defendant on the case. You should research further by clicking on the Charge to display the "True Name" on the case.

| Name | Month/Year of Birth | Case Number | Filing Date | Count 1 Charge |
|---|---|---|---|---|
| AKA - LIBERI, LISA | 05/1965 | FSB044914 | 06/30/2004 | PC 115(A) |
| AKA - LIBERI, LISA | 00/0000 | FWV028000 | 05/09/2003 | PC 487(A) |
| AKA - LIBERI, LISA A | 00/0000 | FSB044914 | 06/30/2004 | PC 115(A) |
| AKA - LIBERI, LISA A | 00/0000 | FWV028000 | 05/09/2003 | PC 487(A) |
| LIBERI, LISA R | 05/1965 | 030202LL | 03/21/2002 | CO I32.0108(A) |
| LIBERI, LISA R | 05/1965 | FSB044914 | 06/30/2004 | PC 115(A) |
| AKA - LIBERI, LISA R | 00/0000 | FSB044914 | 06/30/2004 | PC 115(A) |
| LIBERI, LISA R | 05/1965 | FWV028000 | 05/09/2003 | PC 487(A) |
| AKA - LIBERI, LISA R | 00/0000 | FWV028000 | 05/09/2003 | PC 487(A) |
| AKA - LIBERI, LISA RENEE | 00/0000 | FWV028000 | 05/09/2003 | PC 487(A) |

[ New Defendant Search ]

Case 8:11-cv-00485-AG -AJW   Document 280-6   Filed 07/11/11   Page 3 of 9   Page ID #:6896




# Case Defendants

Home

## Case FWV028000

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | LIBERI, LISA R | | | RA 110013759 | 05/18/2001 | PC 487(A) | 05/18/2001 |
| | ALIAS: LIBERI, LISA R | | | | | | |
| | ALIAS: COURVILLERICHARDSON, LISA | | | | | | |
| | ALIAS: LIBERI, LISA A | | | | | | |
| | ALIAS: RICHARDSON, LISA C | | | | | | |
| | ALIAS: COURVILLERICH, LISA | | | | | | |
| | ALIAS: LIBERI, LISA RENEE | | | | | | |
| | ALIAS: LIBERI, LISA | | | | | | |
| | ALIAS: RICHARDSON, LISA RENEE | | | | | | |

Case 8:11-cv-00485-AG -AJW   Document 280-3   Filed 07/11/11   Page 5 of 9   Page ID #:6898


# Charges


Home | Def. Status | Def. Info | Charges | Actions | Minutes | Probation
Case Report | Fine Info | Images

Open Quick Search

Defendant 1 of 1

## Case FWV028000 Defendant 1608112 LIBERI, LISA R

| Arrest Charges | | | | | | |
|---|---|---|---|---|---|---|
| Count | Charge | Severity | Description | Violation Date | Plea | Status |
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

| Filed Charges | | | | | | |
|---|---|---|---|---|---|---|
| Count | Charge | Severity | Description | Violation Date | Plea | Status |
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

# Defendant Status

Home | Def. Status | Def. Info | Charges | Actions | Minutes | Probation
Case Report | Fine Info | Images

Open Quick Search

Defendant 1 of 1

## Case FWV028000 Defendant 1608112 - LIBERI, LISA R

Filing Type **Held to Answer**  Custody **N/A**
Ordered Bail **$0.00**  Filing Date **05/09/2003**
D.A. **James Secord**  Posted Bail **$0.00**
Next Action:  Defense **Dean Picl (Court Appointed)**
 Deputy Report #: **RA-RC 110013759**

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
|  |  | NONE | N/A | N/A |
| **Probation** | Type | | Granted | Expiration |
|  | Formal | | 03/21/2008 | 03/21/2011 |
| **Sentence** | Convicted Date | | County Jail | CTS |
|  | 01/25/2008 | | 26 Days | 26 Days |
|  | State Prison | | Max Sentence | |
|  | N/A | | N/A | |
|  | Fine and Penalty | | Restitution Fine | Restitution to Victim |
|  |  | | 0 | N/A |

# EXHIBIT B

In re LISA LIBERI ¶¶¶ _____ ,   Case No. _____
                   Debtor                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7196298<br>HOME AMERICAN MORTGAGE | | FAMILY RESIDENCE LOCATED AT:<br><br>VALUE $ | | | | ██████ | .00 |
| ACCOUNT NO.<br>SS# ████<br>SAN DIEGO CREDIT UNION<br>988 ERMA RD.<br>SAN DIEGO, CA 92130 | | 2001 CHEVY Z-28 LOAN AT DEBTORS RESIDENCE.<br><br>VALUE ████ | | | | ██████ | .00 |
| ACCOUNT NO. | | VALUE $ | | | | | |
| ACCOUNT NO. | | VALUE $ | | | | | |

0 continuation sheets attached                                Subtotal $ ██████         FORM B6D
                                                              Schedule Total $ ██████   (6/90)

In re LISA LIBERI ¶¶¶ _____,   Case No. _____
                  Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2▓▓▓▓▓▓▓<br>VINYARD NATIONAL BANK<br>CALIFORNIA BANKING CORP<br>409-B CENTRAL AVE.<br>UPLAND, CA 91786 | | | JUDGMENT | | | | ▓▓▓▓▓ |
| ACCOUNT NO. ▓▓▓▓▓▓▓<br>WILLIAN M. BAKER<br>409-B CENTRAL AVE.<br>UPLAND, CA 91786<br>(909) 982-5987 | | | C/O VINYARD NATIOANAL BANK A CALIFORNIA BANKING CORP. | | | | 0.00 |
| ACCOUNT NO. 2▓▓▓▓▓▓▓<br>PFF BANK & TRUST<br>601 S FIGUIROA ST.<br>#2400 LOS ANGELES, CA 90017 | | | JUDGMENT 2▓▓▓▓▓▓▓ | | | | ▓▓▓▓▓ |
| ACCOUNT NO. ▓▓▓▓▓▓▓<br>JENNIFER A. SMITH<br>601 S FIGUEROA ST.<br>#2400 LOS ANGELES, CA 90017 | | | C/O PFF BANK & TRUST | | | | 0.00 |

_5_ continuation sheets attached                                       Page Total $ ▓▓▓▓▓▓9

FORM B6F (Official Form 6F)
(9/97)

In re LISA LIBERI, Debtor                         Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. ████<br>BUSINESS BANK OF CA<br>401 W "A" ST. STE. 2600<br>SAN DIEGO, CA 92101 | | JUDGMENT | | | | ███ |
| ACCOUNT NO. ████98<br>GEOFFREY E. MERR<br>401 W "A" ST. STE. 2600<br>SAN DIEGO, CA 92101 | | C/O BUSINESS BANK OF CALIFORNIA | | | | 0.00 |
| ACCOUNT NO. ████<br>REDLANDS CENRENNIAL BANK<br>440 E. LA HABRA BLVD.<br>LA HABRA, CA 906312 | | JUDGEMENT | | | | ███ |
| ACCOUNT NO. ████<br>DAVID T. WARD<br>440 E. LA HABARA BLVD.<br>LA HABRA, CA 90631 | | C/O REDLANDS CENTENNIAL BANK. | | | | 0.00 |
| ACCOUNT NO. ████<br>VERIZON<br>P.O. BOX 30001<br>INGLEWOOD, CA 90313 | | TELEPHONE BILL | | | | ███ |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
FORM B6F (10/89)

Page Total  $ ███

In re LISA LIBERI ¶¶¶,          Case No. _____
     Debtor                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. ■■■■■ <br> CCWD <br> P.O. BOX 638 <br> RANCHO CUCAMONGA, CA 91729 | | PERSONAL CREDIT | | | | ■■■ |
| ACCOUNT NO. ■■■■■ <br> WASTE MANAGEMENT OF THE ILAND EMPIRE <br> 800 S TEMSCAL ST. <br> CORONA, CA 92879 | | PERSONAL CREDIT | | | | ■■■ |
| ACCOUNT NO. SS# ■■■■■ <br> SOUTHERN CALIFORNIA EDISON <br> P.O BOX 6400 RANCHO CUCAMONGA, CA 91729 | | ELECTRICITY BILL | | | | ■■■ |
| ACCOUNT NO. SS# ■■■■■ <br> YUKON DISPOSAL <br> P.O. BOX 5460 <br> BUENA PARK, CA 90633 | | PERSONAL CREDIT | | | | ■■■ |
| ACCOUNT NO. ■■■■■ <br> CHARTER COMMUNICATIONS <br> 7337 CENTRAL AVE. <br> RIVERSIDE, CA 92504 | | PERSONAL CREDIT | | | | ■■■ |

Sheet no. ___ of ___ sheets attached to Schedule of            Page Total   $ ■■■
Creditors Holding Unsecured Nonpriority Claims
FORM B6F
(10/89)

In re LISA LIBERI ¶¶¶ _____, Case No. _____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. ▇▇▇9<br>FINGERHUT<br>P.O. BOX 2900<br>ST. CLOUD, MN 56395 | | PERSONAL CREDIT<br>▇1 | | | | ▇▇▇ |
| ACCOUNT NO. 8▇▇▇▇▇▇909<br>LOWES<br>P.O. BOX 105980 DEPT. 79<br>ATLANTA, CA 30353 | | CREDIT CARD<br>▇▇▇▇ | | | | ▇▇▇ |
| ACCOUNT NO.<br>SS# ▇▇▇▇▇▇▇▇<br>VERIZON WIRELESS<br>P.O. BOX 19769<br>IRVINE, CA 92623 | | CELL PHONE BILL<br>2▇▇ | | | | ▇▇▇ |
| ACCOUNT NO.<br>SS# ▇▇▇▇▇▇▇<br>GMAC<br>P.O. BOX 98014<br>INGLEWOOD, CA 90398 | | BALANCE ON A REPOSSESSED<br>▇▇▇▇▇▇▇▇▇<br>▇▇▇▇92 | | | | ▇▇▇ |
| ACCOUNT NO.<br>SS# ▇▇▇▇▇▇▇2<br>SAN ANTONIO COMMUNITY<br>999 SAN BERNARDINO RD.<br>UPLAD, CA 91786 | | MEDICAL BILL | | | | ▇▇▇▇ |

Sheet no. ___ of ___ sheets attached to Schedule of　　　　　Page Total　$ ▇▇▇▇
Creditors Holding Unsecured Nonpriority Claims
FORM B6F
(10/89)