1 Dr. Orly Taitz, ESQ

2 29839 Santa Margarita pkwy, ste 100

3 Rancho Santa Margarita CA 92688

4 Attorney for "Defend our Freedoms" Foundation

5

6

7 UNITED STATES DISTRICT COURT

8 CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BEG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL, <br><br>Plaintiffs, <br><br>vs. <br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC. and YOSEF TAITZ and THE SANKEY FIRM and SANKEY INVESTIGATIONS, INC. and NEIL SANKEY and JAMES SUNQUIST and ROCK SALT PUBLISHING and LINDA SUE BELCHER a/k/a LINDA S. BELCHER a/k/a LINDA STARR; a/k/a NEWWOMENSPARTY a/k/a STITCHENWITCH a/k/a EVA BRAUN a/k/a WEB SERGEANT a/k/a KATY a/k/a WWW.OBAMACITIZENSHIPDEBATE.ORG and EDGAR HALE a/k/a JD SMITH; and CAREN HALE; and PLAINS RADIO NETWORK, a/k/a PLAINS RADIO NETWORK. INC. a/k/a PLAINS RADIO; and BAR H FARMS; and KPRN AM 1610; and DOES 1 through 200 Inclusive, <br><br>Defendants. <br><br>DATED: July 11, 2011 | CASE NO. 8:11-cv-00485-AG (AJW) <br><br>Request for judicial notice of Declaration by Lisa Liberi in criminal caseFWV 028000, where Liberi voluntarily entered in public record her full unredacted social security number <br>Bankruptcy petitions by Lisa Liberi, filed in 2000 and 2002 with full, unredacted social security numbers <br>Criminal record of Lisa Liberi from San Bernardino superior court showing 10 felony convictions of grand theft, forgery of an official seal and offer to file forged/altered documents <br>Date: August 8, 2011 <br>Time: 10:00 a.m. <br>Dept.: Crtrm 10D <br><br><br>Judge: Andrew J. Guilford <br>Magistrate Judge: Robert N. Block <br>Trial Date: June 5, 2012 <br>Complaint Filed: May 4, 2009 |

1

NTC. OF MOT. AND MOT. BY TAITZ TO DISMISS THE 1ST THROUGH 11TH CAUSES OF ACTION IN PLAINTIFFS FIRST AMENDED COMPLAINT PURSUANT TO CCP 425.16 AND FRCP RULE 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES

/s/ Orly Taitz

Proof of service

I attest, that a true and correct copy of the above pleadings was served on all the parties to this action by ECF and/or e-mail on 07.11.2011

/s/ Orly Taitz

**DECLARATION BY ORLY TAITZ, ESQ**

I Declare under penalty of perjury, that Attached declaration of Lisa Liberi is a true and correct copy of the declaration filed by Lisa Liberi in San Bernardino, CA Superior Court on September 21, 2006 and signed under penalty of perjury by Lisa Liberi. On the first page of the declaration, which is contained in public records, Lisa Liberi entered her full unredacted social security number. For the purpose of this filing I redacted the last four digits of Liberi's Social Security number.

/s/ Orly Taitz

## DECLARATION OF LISA LIBERI

\*\*\*

I, Lisa Liberi, do hereby declare that:

I am the defendant in the within action and am making this Declaration in support of my Motion to recuse the Office of the District for the County of San Bernardino.

1. On numerous occasions during the pendency of this action, DDA Secord has made reference to a criminal record which I purportedly had in the State of Texas. These references were made during my attempts to obtain an OR release or bail reduction and appear to have been an attempt to prejudice the Court against me. The attempt was apparently successful as the Court wouldn't even grant electronic monitoring.

2. While it is true that in or about 1985, I was arrested in Waco, Texas, my mother, Shirley Waddell posted bail for me, no charges were filed against me and, obviously, I was not convicted of anything. I do not recall what I was arrested for, as it was 21 years ago.

3. My attorney asked me what the District Attorney was talking about. In an effort to establish the truth, I went to the Texas Department of Public Safety, Crime Records Service, and Computerized Criminal History at                          and ran my name as Lisa R. Richardson and as Lisa R. Courville with my date of birth, May 28, 1965, no criminal records were found. (A true and correct copy of the search is attached hereto and incorporated in by reference as Exhibit 1.)

4. I then went to Instant Criminal Checks and paid to run my name with my social security number         -6858 at                          , again, no records were found. (A true and correct copy of the instant criminal check is attached hereto and incorporated in by reference as Exhibit 2.)

DECLARATION OF LISA LIBERI

5. A few months after the arrest in Texas, I secured a job, got married to William Courville and we bought a home together in Texas.

6. I was divorced in or about the end of 1989 and I accepted a transfer to Newport Beach, California with the company I was working for. I relocated from Texas to California in or about December 1989.

7. On January 15, 2002 a Search Warrant was served on my property located at 11952 Huntley Avenue, Etiwanda, California 91739. At this same time, I was arrested on allegations of P.C. 470 and P.C. 487, based on San Bernardino County Sheriff's Department Case #110200477.

8. My bail was set at $20,000 which was posted on January 15, 2002 and I was released from West Valley Detention Center.

9. February 25, 2002 my Arraignment came on for hearing in San Bernardino County Superior Court, Rancho Cucamonga District, Case #0201341972. No one from the San Bernardino County District Attorney's Office appeared, no charges were filed, my bail bond was exonerated and I was released.

10. In or about September 2002, I filed a motion in my Paternity Action, San Bernardino County Superior Court, Rancho Cucamonga District, Case #RFL-034080, requesting permission to relocate with my minor son to New Mexico. On or about October 18, 2002, my motion was granted along with a new visitation order permitting my child's biological father, John Allen to visit with our son in Albuquerque, New Mexico the third weekend of every month at Neutral Corner, a County facility.

11. In or about early November 2002, my husband, child and I relocated to New Mexico.

DECLARATION OF LISA LIBERI

The reason for the relocation was due to my health complications, harassment I was enduring from my child's biological father, my father's poor health and to be closer to my family and assist my sister with her medical and psychiatric conditions. The District Attorney has alleged that I fled California to avoid prosecution without a single shred of evidence to support such an allegation, once again attempting to prejudice the Court against me.

12. Upon arrival in New Mexico, my husband, Brent Liberi, immediately obtained a job with Seeds of Change located in Santa Fe. My husband is still with this company and was recently promoted.

13. January 14, 2003, Michelle D. Strickland, Esq. filed a civil lawsuit on my behalf, in San Bernardino County Superior Court, Central District, Case #SCVSS-98957 against among others, Paul Morrison, the investigating officer in the matter herein.

14. April 01, 2003 Michelle D. Strickland filed a motion re Writ of Possession. D.D.A. James Secord made an appearance as a Special Party of Interest. I was not present for this hearing, however, I was informed by Ms. Strickland that D.D.A. Secord stated I was under investigation and was required to bring the motion for writ of possession before the Judge who issued the search warrant. This was the first time I heard I was under investigation. Based on the statements of D.D.A. Secord my motion was denied without prejudice.

15. April 10, 2003, Ms. Strickland filed a motion for reconsideration as she determined the statements given by D.D.A. Secord were not accurate. A hearing was set for May 13, 2003.

16. May 09, 2003 the San Bernardino County District Attorney's Office filed the first set of charges against me, Case #FWV 028000, based on the same San Bernardino County

DECLARATION OF LISA LIBERI

Sheriff's Department Case #110200477.

17. In or about October 2003, during the ongoing preliminary hearing in this matter, D.D.A. James Secord obtained an ex parte order from the Orange County Superior Court, Lamoreaux Justice Center in order to obtain access to my confidential Paternity Action, Case #AD-60301. D.D.A. Secord failed to give notice to my attorney's or any parties associated with the Paternity Action so they would have an opportunity to protect the confidentiality of that file. I learned of this during my preliminary hearing in Case #FWV-028000 when D.D.A. Secord had my Paternity file brought up to the court room and requested judicial notice of certain documents.

18. In or about February 2004, I learned that Randolph C. Houts, Attorney for USA Federal Credit Union and a witness in this case obtained copies of documents which were located within my Paternity Action.

19. On March 31, 2004, I underwent Open Heart Surgery at the Heart Hospital located in Albuquerque, New Mexico.

20. As a result of the complications I suffered from my Open Heart Surgery, my court appearances were continued. My then attorney, David Goldstein and D.D.A. James Secord stipulated to have my court hearings continued to July 13, 2004.

21. On or about June 14, 2004, the San Bernardino County District Attorney's Office signed for Government Claims filed on my behalf by Michelle D. Strickland for the illegal access and dissemination of confidential documents taken from my Paternity Action to Randolph C. Houts.

22. In or about mid June 2004, John Allen, D.D.A. Secord's witness contacted Officer Rudy Gallegos with the Santa Fe Police Department and attempted to have me arrested on a warrant prior to its issuance. The only way Mr. Allen would have had knowledge a

warrant was being sought was from D.D.A. Secord and/or the San Bernardino County District Attorney's Office. D.D.A. Secord was well aware that my child and I are the victims of John Allen's crimes, for which Mr. Allen was convicted. Further, Mr. Allen was aware I was being arrested when I flew to California as he also sent the child support for July 2004 by restricted delivery knowing I would be unable to pick up the check. (A true and correct copy of Officer Rudy Gallegos declaration is attached hereto and incorporated in by reference as Exhibit 3.)

23. On June 30, 2004, D.D.A. James Secord obtained another warrant for my arrest from the San Bernardino County Superior Court, Central District, Case #FSB 044914 under my married name of LIBERI involving the same vehicle and Credit Union relative to which I was litigating in the first case, Case #FWV-028000. D.D.A. Secord was aware I was litigating the first case under my maiden name of RICHARDSON in San Bernardino County Superior Court, Rancho Cucamonga District, as he was the deputy district attorney who filed the first case, Case #FWV 028000.

24. July 12, 2004, I was arrested at the Ontario Airport by Michael Leiberich with the San Bernardino County District Attorney's Office on behalf of D.D.A. Secord when I flew in for my July 13, 2004 court date. As previously stated, D.D.A. Secord knew I would be appearing as he had stipulated to the hearing date of July 13, 2004.

25. I was taken to West Valley Detention Center, booked and placed in isolation in the men's unit. I suffered another heart attack, which shut down the bypassed area of my heart and Ketoacidosis.

26. I appeared in Court July 14, 2004 in-custody for my Arraignment for Case #FSB 044914 and bail hearing on both cases. I entered a plea of Not Guilty to all counts. My bail on this arrest, Case #FSB 044914 was set at $100,000.00 with a 1275.1 hold. My

DECLARATION OF LISA LIBERI

Preliminary hearing was set for July 26, 2004.

27. August 04, 2004 at 8:30 a.m. I was present for a bail hearing on both cases and to have the 1275.1 hold removed on Case FSB-044914. D.D.A. Secord had Mr. Thomas Rice from the Department of Insurance appear in attempts to have my bail bond agent, Scott Mehr's license revoked. D.D.A. Secord stated to the court that Scott Mehr was kicking me back money paid for the bail premium, and that he had a tape of our conversation. This simply was not the case; Scott Mehr was reducing my bail premium to 8% based on a new law which had just passed. Judge Pacheco removed the 1275.1 hold and asked Mr. Mehr if he was posting my bail. D.D.A. Secord then made an oral motion and attempted to have my bail raised to $750,000.00. Judge Pacheco denied D.D.A. Secord's request. Steve & Scott Mehr bail bonds posted my bail totaling $350,000.00. I was released from West Valley Detention Center on August 05, 2004.

28. On or about August 09, 2004, I had a court appearance in my Paternity Action. I arrived at Department R-17 of this court at approximately 8:30 a.m. I was sitting in the courtroom waiting for my attorney, P. Timothy Pittullo, when D.D.A. Secord appeared. I got up and left the courtroom with a friend of mine, and D.D.A. Secord chased me down the hall. It frightened me and I went into the women's bathroom and waited for awhile. D.D.A. Secord was well aware that I was represented by counsel in the criminal matter. And shouldn't talk to me without my lawyer. D.D.A. Secord came into Department R-17 two more times and my family attorney had to intervene.

29. On or about December 10, 2004, my civil attorney, Michelle D. Strickland filed a lawsuit against D.D.A. Secord, D.A. Michael Ramos, San Bernardino County, San Bernardino County District Attorney's Office, San Bernardino County District Attorney's Office Investigator Robert Schreiber, and other defendants on my behalf and on behalf of my

DECLARATION OF LISA LIBERI

minor son, Clifford, for the illegal access and dissemination of confidential documents from my Paternity Action. United States District Court, Central District of California, Case #04-1524-VAP (SGLx).

30. In or about May 2005, San Bernardino County Counsel, representing D.D.A. James Secord, D.A. Michael Ramos, San Bernardino County, San Bernardino County District Attorney's Office, SBCDA Investigator Robert Schreiber and other county employees filed a motion to dismiss pursuant to F.R.C.P. 12(B)(6).

31. County Counsel's motion to dismiss was heard on August 01, 2005. Honorable Virginia Phillips dismissed Michael A. Ramos, SBCDA Investigator Robert Schreiber and the District Attorney's Office, however found that there was sufficient allegations asserted and held D.D.A. James Secord to answer nine (9) causes of action. The causes of actions D.D.A. James Secord was held to answer for include Abuse of Process, Invasion of Privacy, violation of equal protection of the laws, violations of non-discriminatory policing services, civil conspiracies, 42 U.S.C. §§ 1983, 1985 and 1986 claims, negligence and violations of due process rights. Judge Phillips further ruled that the alleged conduct of D.D.A. Secord is not protected from prosecutorial immunity because it falls outside the scope of his prosecutorial functions. (A true and correct copy of the Federal Ruling on the County's motion to dismiss is attached hereto and incorporated in by reference as Exhibit 4.)

32. I have not been treated fairly by D.D.A. Secord or as all other defendants are treated. It is apparent that there is a conflict which prohibits D.D.A. Secord and the San Bernardino County District Attorney's Office from making professional, unbiased decisions pertaining to me and my case. I fear I have no chance at a fair trial as long as D.D.A. Secord and the San Bernardino County District Attorney's Office are allowed to remain

DECLARATION OF LISA LIBERI

on my case.

33. For the above aforementioned reasons, I respectfully request that D.D.A. James Secord and the San Bernardino County District Attorney's office be recused to insure me a chance at a fair trial.

I declare under the penalty of perjury of the laws of the State of California the foregoing is true and correct.

DATED: September 21, 2006

_____
LISA LIBERI

DECLARATION OF LISA LIBERI