| | |
|---|---|
| 1 | John A. Vogt (State Bar No. 198677) |
| 2 | javogt@JonesDay.com |
| | Edward S. Chang (State Bar No. 241682) |
| 3 | echang@JonesDay.com |
| 4 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 5 | Irvine, California  92612 |
| 6 | Telephone:  (949) 851-3939 |
| | Facsimile:   (949) 553-7539 |
| 7 | |
| 8 | Attorneys for Defendant |
| | INTELIUS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LISA LIBERI, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>ORLY TAITZ, et al.,<br><br>           Defendants. | Case No. 8:11-cv-00485-AG (AJWx)<br><br>Assigned for all purposes to<br>Hon. Andrew J. Guilford<br><br>**DECLARATION OF BENJAMIN NELSON IN SUPPORT OF INTELIUS' MOTION TO DISMISS**<br><br>Date:     October 17, 2011<br>Time:    10:00 a.m.<br>Dept:     10 D |

# DECLARATION OF BENJAMIN NELSON

I, Benjamin Nelson, declare and state:

1.     I am the Custodian of Records of the Consumer Business Unit of Intelius Inc. ("Intelius"). I have been Custodian of Records of the Consumer Business Unit of Intelius for six years. I make this Declaration in Support of Intelius' Motion to Dismiss. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would competently testify concerning such matters.

2.     Intelius owns and operates various interactive websites—including www.intelius.com and www.talentwise.com—that allow users to obtain, over the Internet, various public records, such as addresses, phone numbers, and court records. Intelius' business is separated into two distinct divisions: The "Consumer Division" and the "Enterprise Division." The two divisions offer very different products and services.

3.     The Consumer Division serves users seeking public records information for reasons other than employment screening, tenant screening, or other purposes covered by the Fair Credit Reporting Act. The Consumer Division operates through www.intelius.com. One of the services that Intelius offers users through its Consumer Division is a generic "background check" search.

4.     The Enterprise Division, by contrast, serves users seeking employment or tenant screening products—products and services that are designed to be fully compliant with the Fair Credit Reporting Act. The services Intelius offers through its Enterprise Division are provided through Intelius' subsidiary, TalentWise Solutions, LLC at www.talentwise.com.

5.     Intelius maintains record of every search that was ever run on any individual's name. According to Intelius' records, the only defendant in this case to have ever conducted a search on "Lisa Liberi" was Orly Taitz on April 12, 2009 through Intelius' website, www.intelius.com. That search was a generic

2

1  "background search," which contains only public information.  I attach as Exhibit 1
2  to this Declaration, a true and correct copy of the search results Orly Taitz obtained
3  on the name "Lisa Liberi" on April 12, 2009 through www.intelius.com.

4      6.    Intelius' records also indicate that Ms. Liberi herself conducted a
5  search on the name "Lisa Liberi" on April 10, 2010 through www.intelius.com.
6  I attach as Exhibit 2 to this Declaration, a true and correct copy of the search results
7  Ms. Liberi obtained on the name "Lisa Liberi" on April 10, 2010 through
8  www.intelius.com.  Intelius' records also indicate that Ms. Liberi conducted two
9  searches on herself, on April 10 and 12, 2010, respectively, through
10 www.talentwise.com.  I attach as Exhibit 3, a true and correct copy of the
11 TalentWise reports Ms. Liberi purchased on herself.

12     7.    Before anyone can run any search through Intelius' websites, including
13 the "background check" searches that Ms. Taitz and Ms. Liberi ran on the name
14 "Lisa Liberi" on www.intelius.com, they must agree to be bound by Intelius'
15 "Terms and Conditions," which are accessible via hyperlink on the order
16 confirmation screen.  (See   http://www.intelius.com/useragreement.php).
17 This confirmation screen is a webpage that requires users to confirm their purchase,
18 and to make the following affirmation:  "I accept the Terms and Conditions."
19 The user conducting the search must then click a button on the screen titled,
20 "Complete the Purchase and Show my Report," to finalize the purchase.

21     8.    Intelius' "Terms and Conditions" read, in part, as follows:

> **1.**    **Access to Intelius**.  Upon registration, Intelius grants you a nontransferable, nonexclusive license to access our databases and the information contained in the databases, solely for the purpose of performing data verification, person, property and address location and related searches for qualified individual non-commercial use only.

|   |   |   |
|---|---|---|
| 1 | | Intelius may authorize broader enterprise business |
| 2 | | use through its enterprise services program. |
| 3 | | *   *   * |
| 4 | **4.** | **FCRA Restrictions**.  Intelius is not a consumer |
| 5 | | reporting agency as defined in the Fair Credit |
| 6 | | Reporting Act ("FCRA"), and the information in |
| 7 | | the Intelius databases has not been collected in |
| 8 | | whole or in part for the purpose of furnishing |
| 9 | | consumer reports, as defined in the FCRA. You |
| 10 | | shall not use any of our information as a factor in |
| 11 | | (1) establishing an individual's eligibility for |
| 12 | | personal credit or insurance or assessing risks |
| 13 | | associated with existing consumer credit |
| 14 | | obligations, (2) evaluating an individual for |
| 15 | | employment, promotion, reassignment or retention |
| 16 | | (including employment of household workers such |
| 17 | | as babysitters, cleaning personnel, nannies, |
| 18 | | contractors, and other individuals), or (3) any other |
| 19 | | personal business transaction with another |
| 20 | | individual (including, but not limited to, leasing an |
| 21 | | apartment). |

22  A true and correct copy of Intelius' "Terms and Conditions" are attached as
23  Exhibit 4 to this Declaration.  Although Intelius' "Terms and Conditions" get
24  modified and amended from time to time, I can attest the Paragraphs 1 and 4 of the
25  "Terms and Conditions" (quoted above) are the same as those that were presented
26  and agreed to Ms. Taitz and Ms. Liberi when they purchased their "background
27  check" searches on the name "Lisa Liberi."
28

9. A "background check" search through Intelius at www.intelius.com provides users with only public information from public sources about the potential person the user is searching for (such as name, address, phone numbers). To locate public records over the Intelius website via a "background check" search, a user enters three search terms: first name, last name, and state of residence of the person they are searching for. The website then performs a search that accesses public records databases, and identifies all records that contain the search terms. The website retrieves the matching records, and displays them. The website almost instantly filters through millions of public records to yield results based on the search terms. Because there are many people that share the same or very similar names, a search will return public records for different individuals with the same or similar name—just as a phonebook has multiple listings for different people with the same name.

10. A "background check" does not contain any original content created by Intelius.

11. None of the search results obtained by Ms. Taitz on the name "Lisa Liberi" contained non-public information, such as social security numbers, financial information, or credit information.

12. Intelius' records indicate that Todd Sankey, Neil Sankey, Sankey Investigations, Inc., and The Sankey Firm, Inc. (the "Sankey Defendants") did not run a background check or any other search on the name "Lisa Liberi" (or Ms. Liberi in any capacity), including on April 8, 2009. The Intelius account of Neil Sankey—the only Sankey Defendant ever having an account with Intelius was not created until November 30, 2009.

13. Neither Todd Sankey, Yosef Taitz, nor Lisa Ostella has ever had an Intelius account.

14. On April 14, 2010, counsel Philip Berg sent a letter to Intelius (on behalf of Ms. Liberi) to Naveen Jain, CEO of Intelius, dated April 14, 2010. On

page 5 of this letter, Mr. Berg challenges the accuracy of certain information appearing on a report that Ms. Liberi acquired on herself: social security numbers, names and addresses. The exact wording of his letter is as follows:

> On April 11, 2010, Mrs. Liberi again pulled her Intelius report as a result of actions of Orly Taitz, Esquire. Only this time, her Intelius record was completely changed. As of April 11, 2010, Intelius has now combined Mrs. Liberi's old and new Social Security number [462-xx-xxxx and 622-xx-xxxx]; added her maiden name of Richardson and other names, many of which have never belonged to or been used by Lisa Renẽ Liberi as well as her home [house] address. Moreover, there are approximately six [6] different Social Security numbers tied to Lisa Renẽ Liberi's report, which have never belonged to or been used by Lisa Renẽ Liberi. What is more ironic are the names and "multiple Social Security numbers" appearing is exactly what Orly Taitz, Esquire and Neil Sankey had accused her of. Lisa Renẽ Liberi, Lisa M. Ostella and Mrs. Ostella's husband's Social Security numbers are now flagged showing multiple people using their numbers.

A true and correct copy of the letter Mr. Berg sent on behalf of Ms. Liberi to Naveen Jain, dated April 14, 2010, is attached hereto as Exhibit 5.

15. Intelius' records indicate that the name "Lisa Ostella" was never searched through Intelius or any of its affiliates.

16. On October 29, 2010, Ms. Ostella wrote a letter to Intelius requesting the names of any person that had ever done a search on her. A true and correct copy of that letter is attached hereto as Exhibit 6. Intelius responded to that letter

6

on December 6, 2010, and informed Ms. Ostella that, absent a subpoena or court order, Intelius' terms and conditions prohibit the disclosure of such information. A true and correct copy of that letter is attached hereto as Exhibit 7. Intelius has no record that Ms. Ostella pursued this inquiry any further.

17. Intelius' records indicate that the name "Phillip Berg" was never searched through Intelius or any of its affiliates.

18. Intelius' website does not provide users with the ability to search for information on business organizations, such as Go Excel Global and The Law Offices of Philip J. Berg. A true and correct copy of Intelius' "Frequently Asked Questions," which advise users of this fact, is attached as Exhibit 8 to this Declaration. Intelius does not possess, and has never provided to anyone, any information on Go Excel Global or The Law Offices of Philip J. Berg.

19. In the interests of completeness, three other individuals ran searches on the name "Lisa Liberi" through Intelius: (i) Katrinka Lawson; (ii) Teresa Loggia; and (iii) Julieana Choy. Each of these searches were generic "background check" searches of the kind that Liberi and Taitz had run on the name "Lisa Liberi." These searches contained only public information about the name "Lisa Liberi" generally, not "Lisa Liberi" the plaintiff in this case. That is, they did not contain any non-public information about any person named "Lisa Liberi." While I understand that Ms. Lawson, Ms. Loggia and Ms. Choy are not parties to this case and are not mentioned in the complaint, I felt that the Court should be aware of the complete search history on the name "Lisa Liberi" in ruling on Intelius' motion.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 16 day of September, 2011, in Bellevue, Washington.

_____
Benjamin Nelson