# Exhibit 1

# Background Report on Lisa Liberi

feedback

Click these individual sections to view your report

- Report Summary
- Personal Public Records Data
- Address History
- Property History Summary
- Single State Criminal Check
- Single State Civil Judgments
- People Search Report
- Nationwide Criminal Check
- Nationwide Federal Criminal Records
- Business Profile Summary
- View All

**Available Addons:**

- Current Phone & Address Check
  Learn More
- Email Lookup
  Learn More

Name: Lisa Liberi

## Personal Public Records Data

**What is a Personal Public Records Data?**

Personal public records data refers to information such as aliases, birth dates, age and other data found to be connected to Lisa Liberi in the public record. This information can further help you by identifying alternate and/or maiden names, age variations, and any other information that may be associated with Lisa Liberi.
Personal public record data can be inaccurate, so it's important to understand what is in the public records for Lisa Liberi.

Subject:          Aliases:                    Relatives:                Dates of Birth:

| Lisa Liberi | Anthony Liberi | Jessie G Libreri | Jun 3rd, 1922 (Age 89) |
|---|---|---|---|
| | Anthony C Libreri | | 1923 (Age 88) |
| | Anthony George Libreri | | |

Address History For Lisa Liberi

**What is an Address History?**

This report section lists historical addresses associated with an individual from public records. An Address History can assist in flagging address exceptions that may exist in public records. The addresses and phone numbers are not listed in date order and should be individually reviewed.

**What is a current phone and address check?**

The **Phone Numbers & Addresses** listed in the report here were verified against public utility. All addresses and phone numbers WITHOUT a verified resident and current phone connection are NOT highlighted with red text. Some addresses and phone numbers may still be current but not confirmed via public utilities.





| 1 | Anthony Liberi<br>(925) 933-9315 | 1915 Silver Ave<br>San Francisco, CA 94124 | Property Report |
| 2 | Anthony Liberi | 2290 San Bruno Ave<br>San Francisco, CA 94134 | Property Report |
| 3 | Anthony Liberi | 2632 Fox Cir<br>Walnut Creek, CA 94596 | Property Report |

## Property History Summary

The **Phone Numbers & Addresses** listed in the report here were verified against public utilities. All addresses and phone numbers WITHOUT a verified resident and current phone connection are NOT highlighted with red text. Some addresses and phone numbers may still be current but not confirmed via public utilities.

**ADDRESS & CONTACT INFO:**
**1915 Silver Ave**
**San Francisco, CA 94124**
**(925) 933-9315**

Get A Complete Property Report

### Property Details

Complete Property Reports
Include:

- List of all **50**
  neighborhood sex

| Owner Name | Property Info |
|---|---|
| Lam Cuong Duy | **Sq. ft.**: 1,075<br>**Bedrooms:** 2<br>**Taxes:** $3,175 (2010) |

Exhibit 1, Page 11

offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**[Get a Complete Property Report](#)**

**Neighbors Around The Property**

| Name | |
|------|------|
| **Daniel Rodriguez**<br>1907 Silver Ave<br>San Francisco, CA 94124<br>(415) 656-0642 | Background Check |
| **Irene Kelly**<br>1920 Silver Ave<br>San Francisco, CA 94124<br>(415) 467-8963 | Background Check |
| **S R Hakim**<br>1901 Silver Ave<br>San Francisco, CA 94124<br>(415) 468-2559 | Background Check |
| **Lam Cuong**<br>1915 Silver Ave<br>San Francisco, CA 94124<br>(415) 715-6886 | Background Check |
| **Roberto G Bamaca**<br>1901 Silver Ave<br>San Francisco, CA 94124<br>(415) 657-3289 | Background Check |

**Area Data**

| Total Population | Avg. House Price | Avg. Household Income | Area Sex Offenders |
|------------------|------------------|------------------------|--------------------|
| 33,170 | $253,900 | $37,146 | 50 |

**ADDRESS & CONTACT INFO:**
**2290 San Bruno Ave**
**San Francisco, CA 94134**
**(925) 933-9315**

**Neighbors Around The Property**

| Name | |
|------|------|
| **Mery Trujillo**<br>2302 San Bruno Ave<br>San Francisco, CA 94134 | Background Check |

| (415) 468-1871 | |
|---|---|
| **C Ramirez**<br>2308 San Bruno Ave<br>San Francisco, CA 94134<br>(415) 508-1026 | Background Check |
| **Azam Mirza**<br>2304 San Bruno Ave<br>San Francisco, CA 94134<br>(415) 467-4258 | Background Check |
| **Luis Marroquin**<br>2306 San Bruno Ave<br>San Francisco, CA 94134<br>(415) 508-1072 | Background Check |
| **Lidia Arevalo**<br>2306 San Bruno Ave<br>San Francisco, CA 94134<br>(415) 715-8137 | Background Check |

**Area Data**

| Total Population | Avg. House Price | Avg. Household Income | Area Sex Offenders |
|---|---|---|---|
| 40,134 | $286,400 | $54,342 | 27 |

**ADDRESS & CONTACT INFO:**
**2632 Fox Cir**
**Walnut Creek, CA 94596**
**(925) 933-9315**

Get A Complete Property Report

**Property Details**

**Complete Property Reports Include:**

- List of all **3** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

| Owner Name | Property Info |
|---|---|
| Libreri Anthony G<br>Libreri Jessie G | **Sq. ft.:** 2,509<br>**Bedrooms:** 3<br>**Taxes:** $2,367 (2009) |

**Neighbors Around The Property**

| Name | |
|---|---|
| **Judy Richmond** | Background Check |

**Get a Complete Property Report**

| | |
|---|---|
| 2608 Fox Cir<br>Walnut Creek, CA 94596<br>(925) 932-4646 | |
| **Anthony Libreri**<br>2632 Fox Cir<br>Walnut Creek, CA 94596<br>(925) 933-9315 | Background Check |
| **Steve J Krelle**<br>2616 Fox Cir<br>Walnut Creek, CA 94596<br>(925) 945-0517 | Background Check |
| **John A Inzerillo**<br>2639 Fox Cir<br>Walnut Creek, CA 94596<br>(925) 938-6378 | Background Check |

**Area Data**

| Total Population | Avg. House Price | Avg. Household Income | Area Sex Offenders |
|---|---|---|---|
| 40,916 | $359,200 | $64,389 | 3 |

## Criminal Check

**What is a Single State Criminal Check?**

This section lists criminal records from county courts, department of corrections, administration of the courts, and other legal agencies for the selected state. The types of offenses include felonies, misdemeanors, sexual offenses, and more. Please closely review each record as subjects with a common name may return multiple criminal record results.

**Criminal & Civil Check Disclaimer**

Customers are charged a search fee for executing a Criminal & Civil Check. The Criminal & Civil Check report returns results which may include all criminal records or no results found on the individual. In the event of using this service for criminal background checks, you should not assume that this data provides a complete or accurate history of any person's criminal history. You should use extreme caution when interpreting the results of a criminal background search for any type of personal verification. Positive or false matches in criminal searches may not provide confirmation of an individual's criminal background. Please reference the updated Intelius User Agreement for additional restrictions regarding the usage of this data.

**Nationwide Criminal Check Offer**

"30% of people change their addresses nationwide each year...especially criminals"

Get $10 off on a Nationwide Criminal Check for Lisa Liberi now.

Exhibit 1, Page 14

Criminal & Civil Check for all *Lisa Liberi* in the state of *CA*

Record 1 of 4

**LISA A LIBERI**

| | | | |
|---|---|---|---|
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE TYPE:** | COUNTY |
| **STATE CODE:** | CA | **RECORD TYPE:** | CRIMINAL |
| **RECORD UPLOAD DATE:** | 3/12/2011 | **NAME:** | LIBERI, LISA A |
| **LAST NAME:** | LIBERI | **FIRST NAME:** | LISA |
| **MIDDLE NAME:** | A | | |

**OFFENSE DETAILS (1 OF 1)**

| | | | |
|---|---|---|---|
| **CASE NUMBER:** | **FSB044914 - Confirm Case at the Courthouse** | | |
| **RECORD ID:** | CASANBERNARDINOALT2215946 | **STATE CODE:** | CA |
| **CASE ID:** | CASANBERNARDINOALT2215946-1 | **CASE NUMBER:** | FSB044914 |
| **FILED DATE:** | 6/30/2004 | **OFFENSE DESC:** | NOT SPECIFIED |
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE ID:** | 0607140 |
| **CLASSIFICATION:** | ZZZ | | |

Record 2 of 4

**LISA R LIBERI**

| | | | |
|---|---|---|---|
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE TYPE:** | COUNTY |
| **STATE CODE:** | CA | **RECORD TYPE:** | CRIMINAL |
| **RECORD UPLOAD DATE:** | 3/12/2011 | **NAME:** | LIBERI, LISA R |
| **LAST NAME:** | LIBERI | **FIRST NAME:** | LISA |
| **MIDDLE NAME:** | R | | |

**OFFENSE DETAILS (1 OF 1)**

| | | | |
|---|---|---|---|
| **CASE NUMBER:** | **FSB044914 - Confirm Case at the Courthouse** | | |
| **RECORD ID:** | CASANBERNARDINOALT2215948 | **STATE CODE:** | CA |
| **CASE ID:** | CASANBERNARDINOALT2215948-1 | **CASE NUMBER:** | FSB044914 |
| **FILED DATE:** | 6/30/2004 | **OFFENSE DESC:** | NOT SPECIFIED |
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE ID:** | 0607140 |
| **CLASSIFICATION:** | ZZZ | | |

Record 3 of 4

**LISA LIBERI**

| | | | |
|---|---|---|---|
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE TYPE:** | COUNTY |
| **STATE CODE:** | CA | **RECORD TYPE:** | CRIMINAL |

Exhibit 1, Page 15

| | | | |
|---|---|---|---|
| RECORD UPLOAD DATE: | 3/12/2011 | NAME: | LIBERI, LISA |
| LAST NAME: | LIBERI | FIRST NAME: | LISA |
| DOB: | 1965 | | |

**OFFENSE DETAILS (1 OF 1)**

| | | | |
|---|---|---|---|
| CASE NUMBER: | FSB044914 - Confirm Case at the Courthouse | | |
| RECORD ID: | CASANBERNARDINOALT2215945 | STATE CODE: | CA |
| CASE ID: | CASANBERNARDINOALT2215945-1 | CASE NUMBER: | FSB044914 |
| FILED DATE: | 6/30/2004 | OFFENSE DESC: | NOT SPECIFIED |
| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE ID: | 0607140 |
| CLASSIFICATION: | ZZZ | | |

Record 4 of 4

**LISA R LIBERI**

| | | | |
|---|---|---|---|
| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE TYPE: | COUNTY |
| STATE CODE: | CA | RECORD TYPE: | CRIMINAL |
| RECORD UPLOAD DATE: | 3/12/2011 | NAME: | LIBERI, LISA R |
| LAST NAME: | LIBERI | FIRST NAME: | LISA |
| MIDDLE NAME: | R | DOB: | 5/28/1965 |

**OFFENSE DETAILS (1 OF 1)**

| | | | |
|---|---|---|---|
| CASE NUMBER: | 030202LL - Confirm Case at the Courthouse | | |
| RECORD ID: | CASANBERNARDINOALT2215947 | STATE CODE: | CA |
| CASE ID: | CASANBERNARDINOALT2215947-1 | CASE NUMBER: | 030202LL |
| FILED DATE: | 3/21/2002 | OFFENSE DESC: | NOT SPECIFIED |
| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE ID: | 0607140 |
| CLASSIFICATION: | ZZZ | | |

## Civil Judgment Report

**What are Tax Lien, Bankruptcy, & Judgments?**

This section lists civil records from county courts for the selected address. The types of records include property tax liens, general tax liens, bankruptcies, small claims, judgments, and more associated with the selected address. Please closely review each record as common addresses may return multiple civil record results.

Customers are charged a search fee for executing a Civil Judgment check. The Civil Judgment report returns results which may include all civil judgment records or no results found on the individual. In the event of using this service for civil background checks, you should not assume that this data provides a complete or accurate history of any person's civil judgment history. You should use extreme caution when interpreting the results of a civil judgment background search for any type of personal verification. Positive or false matches in civil searches may not provide confirmation of an individual's civil judgment background. Please reference the updated Intelius User agreement for additional restrictions regarding the usage of data.

**Civil Judgment Records for *Lisa Liberi* in the state of *CA* - 6 records found**

**RECORD 1**

CIVIL RECORD VERIFICATION: **CONFIRM CASE # 2002 193850 AT THE COURT HOUSE**

| | | | |
|---|---|---|---|
| Defendant: | Liberi, Lisa | Case Number: | **2002 193850** |
| Filing Type: | Civil Judgment | Entity Type: | Individual Record |
| Filing Date: | 20020400 | Amount Liability: | $20,944.00 |
| Address: | 10567 Green Acre Dr | City: | Rancho Cucamonga |
| State: | Ca | Zip: | 91730 |
| Plaintiff: | Redlands Centennial | Court Code: | Ca254 |
| Court Name: | San Bernardino County, San Bernardino Superior Court | Unlawful Detainer: | N |

**RECORD 2**

CIVIL RECORD VERIFICATION: **CONFIRM CASE # 0222845 AT THE COURT HOUSE**

| | | | |
|---|---|---|---|
| Defendant: | Liberi, Lisa | Case Number: | **0222845** |
| Filing Type: | Chapter 7 Filing (new) | Entity Type: | Individual Record |
| Filing Date: | 20020807 | Address: | 11952 Huntley Dr |
| City: | Rancho Cucamonga | State: | Ca |
| Zip: | 91739 | Attorney: | Curtis R Aijala |
| Attorney Phone: | 9099830877 | Attorney Address: | 123 W B St # C |
| Attorney City: | Ontario | Attorney State: | Ca |
| Attorney Zip: | 91762 | Assets Available: | N |
| Court Code: | Casbrf1 | Court Name: | California Fed Court-riverside |
| Judge Initials: | Pc | Action Type: | Bankruptcy |

**RECORD 3**

CIVIL RECORD VERIFICATION: **CONFIRM CASE # 0222845 AT THE COURT HOUSE**

| | | | |
|---|---|---|---|
| Defendant: | Liberi, Lisa | Case Number: | **0222845** |
| Filing Type: | Chapter 7 Dismissal | Entity Type: | Individual Record |
| Filing Date: | 20020807 | Address: | 11952 Huntley Dr |
| City: | Rancho Cucamonga | State: | Ca |
| Zip: | 91739 | Attorney: | Curtis R Aijala |
| Attorney Phone: | 9099830877 | Attorney Address: | 123 W B St # C |
| Attorney City: | Ontario | Attorney State: | Ca |
| Attorney Zip: | 91762 | Assets Available: | N |
| Court Code: | Casbrf1 | Court Name: | California Fed Court-riverside |

| | | | |
|---|---|---|---|
| **Judge Initials:** | Pc | **Action Type:** | Bankruptcy |

**RECORD 4**

CIVIL RECORD VERIFICATION: **CONFIRM CASE # 0222845 AT THE COURT HOUSE**

| | | | |
|---|---|---|---|
| **Defendant:** | Liberi, Lisa | **Case Number:** | **0222845** |
| **Filing Type:** | Chapter 7 Dismissed | **Entity Type:** | Individual Record |
| **Filing Date:** | 20020807 | **Address:** | 11952 Huntley Dr |
| **City:** | Rancho Cucamonga | **State:** | Ca |
| **Zip:** | 91739 | **Schedule 341 Date:** | 20020910 |
| **Attorney:** | Curtis R Aijala | **Attorney Phone:** | 9099830877 |
| **Attorney Address:** | 123 W B Street Ste C | **Attorney City:** | Ontario |
| **Attorney State:** | Ca | **Attorney Zip:** | 91762 |
| **Assets Available:** | N | **Court Code:** | Ca006 |
| **Court Name:** | San Bernardino Central District | **Judge Initials:** | Pc |
| **Unlawful Detainer:** | N | | |

**RECORD 5**

CIVIL RECORD VERIFICATION: **CONFIRM CASE # 0222845 AT THE COURT HOUSE**

| | | | |
|---|---|---|---|
| **Defendant:** | Liberi, Lisa R | **Case Number:** | **0222845** |
| **Filing Type:** | Chapter 7 Filing (new) | **Entity Type:** | Individual Record |
| **Filing Date:** | 20020807 | **Address:** | 11952 Huntley Dr |
| **City:** | Rancho Cucamonga | **State:** | Ca |
| **Zip:** | 91739 | **Attorney:** | Curtis R Aijala |
| **Attorney Phone:** | 9099830877 | **Attorney Address:** | 123 W B St # C |
| **Attorney City:** | Ontario | **Attorney State:** | Ca |
| **Attorney Zip:** | 91762 | **Assets Available:** | N |
| **Court Code:** | Casbrf1 | **Court Name:** | California Fed Court-riverside |
| **Judge Initials:** | Pc | **Action Type:** | Bankruptcy |

**RECORD 6**

CIVIL RECORD VERIFICATION: **CONFIRM CASE # 0222845 AT THE COURT HOUSE**

| | | | |
|---|---|---|---|
| **Defendant:** | Liberi, Lisa R | **Case Number:** | **0222845** |
| **Filing Type:** | Chapter 7 Dismissal | **Entity Type:** | Individual Record |
| **Address:** | 11952 Huntley Dr | **City:** | Rancho Cucamonga |
| **State:** | Ca | **Zip:** | 91739 |

Exhibit 1, Page 18

| Attorney: | Curtis R Aijala | Attorney Phone: | 9099830877 |
|---|---|---|---|
| Attorney Address: | 123 W B St # C | Attorney City: | Ontario |
| Attorney State: | Ca | Attorney Zip: | 91762 |
| Assets Available: | N | Court Code: | Casbrf1 |
| Court Name: | California Fed Court-riverside | Judge Initials: | Pc |
| Action Type: | Bankruptcy | | |

## Current & Historical People Search Report

**What is a Current & Historical People Search Report?**

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subjects name across multiple public sources.

**What is a current phone and address check?**

The **Phone Numbers & Addresses** listed in the report here were verified against public utility. All addresses and phone numbers WITH a verified resident and current phone connection are highlighted with red text. Some addresses and phone numbers may still be current but not confirmed via public utilities.

| | Name | Address / Phone | Previous Cities | |
|---|---|---|---|---|
| 1 | **Anthony Liberi**<br><br>**AGE:** 89 years old<br><br>**RELATIVES:**<br>Jessie G Liberi | Address 1:<br>1915 Silver Ave<br>San Francisco, CA 94124<br>(925) 933-9315<br><br>Address 2:<br>2290 San Bruno Ave<br>San Francisco, CA 94134<br>(925) 933-9315<br><br>Address 3:<br>2632 Fox Cir<br>Walnut Creek, CA 94596<br>(925) 933-9315 | **San Francisco, CA**<br>**Walnut Creek, CA** | Property Report |
| 2 | **Nicholas Liberi**<br><br>**AGE:** 70 years old | Address 1:<br>17825 Strathern St<br>Reseda, CA 91335<br>964-5451 | **Reseda, CA**<br>**Arcadia, CA**<br>**Pasadena, CA**<br>**Huntington Beach, CA** | Property Report |

| | | | | |
|---|---|---|---|---|
| | **RELATIVES:**<br>Nectari J Liberis<br>Georgia Liberis<br>Demetra Kousoulas<br>Jane Nicole Dimopoulos<br>Maria D Anaya | Address 2:<br>464 Cambridge Dr<br>Arcadia, CA 91007<br><br>Address 3:<br>295 Hudson Ave<br>Pasadena, CA 91101<br>(714) 377-7102 | | |
| 3 | **Jami Ann Liberi**<br><br>**AGE:** 50 years old<br><br>**RELATIVES:**<br>James P Collins<br>Andrew J Collins | Address 1:<br>2239 Canyon Park Dr<br>Diamond Bar, CA 91765<br><br>Address 2:<br>2200 Ortega St<br>San Francisco, CA 94122<br><br>Address 3:<br>442 Kirkham St<br>San Francisco, CA 94122<br>(707) 964-8303 | **Diamond Bar, CA<br>San Francisco, CA<br>Buena Park, CA<br>Fort Bragg, CA** | Property Report |
| 4 | **Jessie Liberi**<br><br>**AGE:** 87 years old<br><br>**RELATIVES:**<br>Anthony Libreri | Address 1:<br>2632 Fox Cir<br>Walnut Creek, CA 94596<br>(925) 933-9315 | **Walnut Creek, CA** | Property Report |
| 5 | **Elba M Liberi**<br><br>**AGE:** 72 years old | Address 1:<br>112 36th Ave<br>San Mateo, CA 94403<br><br>Address 2:<br>750 Polhemus Rd<br>San Mateo, CA 94402<br><br>Address 3:<br>649 Newlands Ave<br>San Mateo, CA 94403 | **San Mateo, CA** | Property Report |

Exhibit 1, Page 20

| | | | | |
|---|---|---|---|---|
| | | (650) 341-9016 | | |
| 6 | **Milano Dante Liberi**<br><br>**AGE:** 46 years old<br><br>**RELATIVES:**<br>Nevalda Liberi<br>Malono Liberi<br>Illona L Liberi<br>Dante J Liberi | Address 1:<br>4449 Casa Grande Cir<br>Cypress, CA 90630<br><br>Address 2:<br>63 Hummingbird Ln<br>Aliso Viejo, CA 92656<br>837-3727<br><br>Address 3:<br>430<br>Cypress, CA 90630 | **Cypress, CA**<br>**Aliso Viejo, CA**<br>**Laguna Beach, CA**<br>**San Francisco, CA** | **Property Report** |
| 7 | **Alyssa Liberi**<br><br>**RELATIVES:**<br>Linda A Liberi<br>Elizabeth Liberi<br>Dominic S Liberi | Address 1:<br>2017 Argyle Ave<br>Los Angeles, CA 90068 | **Los Angeles, CA** | **Property Report** |
| 8 | **Illona Liberi**<br><br>**AGE:** 52 years old<br><br>**RELATIVES:**<br>Milano Liberi<br>Malono Liberi<br>Ilona Liberi<br>Dante J Liberi<br>Sean R Kelly | Address 1:<br>63 Hummingbird Ln<br>Aliso Viejo, CA 92656<br><br>Address 2:<br>1441 Temple Hills Dr<br>Laguna Beach, CA 92651<br><br>Address 3:<br>2 Wigeon Ln<br>Aliso Viejo, CA 92656 | **Aliso Viejo, CA**<br>**Laguna Beach, CA**<br>**Laguna Niguel, CA** | **Property Report** |
| 9 | **Joseph Liberi**<br><br>**RELATIVES:**<br>Louis L Liberi | Address 1:<br>2810 Reservoir St<br>Los Angeles, CA 90026 | **Los Angeles, CA** | **Property Report** |

| | Name | Address / Phone | Previous Cities | |
|---|---|---|---|---|
| 10 | **Dante J Liberi**<br><br>**AGE:** 91 years old<br><br>**RELATIVES:**<br>Nevalda Liberi<br>Milano Liberi<br>Malono Liberi<br>Illona L Liberi | Address 1:<br>350 Coast Hwy<br>Laguna Beach, CA 92651<br><br>Address 2:<br>350 Pacific Cs S<br>Laguna Beach, CA 92651<br><br>Address 3:<br>63 Hummingbird Ln<br>Aliso Viejo, CA 92656 | **Laguna Beach, CA**<br>**Aliso Viejo, CA** | Property Report |
| 11 | **Nevalda Liberi**<br><br>**AGE:** 88 years old<br><br>**RELATIVES:**<br>Milano Liberi<br>Malono Liberi<br>Illona L Liberi<br>Dante J Liberi | Address 1:<br>63 Hummingbird Ln<br>Aliso Viejo, CA 92656<br>837-3727<br><br>Address 2:<br>4 Wigeon Ln<br>Aliso Viejo, CA 92656<br><br>Address 3:<br>2 Wigeon Ln<br>Aliso Viejo, CA 92656 | **Aliso Viejo, CA** | Property Report |
| 12 | **L Liberi** | Address 1:<br>1537 Grandview St<br>Upland, CA 91784 | **Upland, CA** | Property Report |
| 13 | **Louis L Liberi**<br><br>**AGE:** 96 years old<br><br>**RELATIVES:**<br>Joseph Liberi<br>Ann Liberi | Address 1:<br>1439 Waterloo St<br>Los Angeles, CA 90026<br><br>Address 2:<br>2810 Reservoir St<br>Los Angeles, CA 90026 | **Los Angeles, CA**<br>**Burbank, CA** | Property Report |

Exhibit 1, Page 22

|  |  | Address 3:<br>340 Harbor Rd Apt<br>Burbank, CA 91502 |  |  |
|---|---|---|---|---|
| 14 | **Joseph Liberi**<br><br>RELATIVES:<br>Louis L Liberi | Address 1:<br>340 Harvard Rd<br>Burbank, CA 91502 | **Burbank, CA** | **Property Report** |
| 15 | **Malono Liberi**<br><br>RELATIVES:<br>Nevalda Liberi<br>Milano Liberi<br>Illona L Liberi<br>Dante J Liberi | Address 1:<br>2 Wigeon Ln<br>Aliso Viejo, CA 92656 | **Aliso Viejo, CA** | **Property Report** |
| 16 | **Joe Liberi** | Address 1:<br>137 Benton Way<br>Los Angeles, CA 90026 | **Los Angeles, CA** | **Property Report** |
| 17 | **Ann Liberi**<br><br>RELATIVES:<br>Louis L Liberi | Address 1:<br>1439 Waterloo St<br>Los Angeles, CA 90026 | **Los Angeles, CA** | **Property Report** |
| 18 | **Consiglia Liberi**<br><br>**AGE:** 116 years old | Address 1:<br>1443 Alta Vista Blvd<br>Los Angeles, CA 90046 | **Los Angeles, CA** | **Property Report** |
| 19 | **Paulette T Liberi** | Address 1:<br>Po Box 15518<br>San Francisco, CA 94115 | **San Francisco, CA** | **Property Report** |
| 20 | **Brittany P Liberi**<br><br>**AGE:** 24 years old | Address 1:<br>6513 Reflection Dr<br>San Diego, CA 92124<br><br>Address 2:<br>6489 Lake Arrowhead Dr | **San Diego, CA** | **Property Report** |

| | Name | Address / Phone | Previous Cities | |
|---|---|---|---|---|
| | | San Diego, CA 92119 | | |
| 21 | **Maryjo N Liberi**<br><br>**AGE:** 53 years old<br><br>**RELATIVES:**<br>James K Thompson<br>Alan Stanley Thompson<br>Mary R Liberi<br>Joseph Joseph Liberi<br>Cynthia A Liberi | Address 1:<br>137 Signal Rd<br>Drexel Hill, PA 19026<br>(610) 853-1636<br><br>Address 2:<br>4122 Sturgeon Ct<br>San Diego, CA 92130<br>242-9828<br><br>Address 3:<br>10207 Rutherford Ct<br>Oakton, VA 22124<br>(772) 228-9328 | Drexel Hill, PA<br>**San Diego, CA**<br>Oakton, VA | **Property Report** |
| 22 | **Paulette Theresa Liberi**<br><br>**AGE:** 66 years old<br><br>**RELATIVES:**<br>Jennifer E Liberi | Address 1:<br>14461 La Paz Dr<br>Victorville, CA 92395<br>(760) 245-7248<br><br>Address 2:<br>1500 8th St<br>Upland, CA 91786<br><br>Address 3:<br>1500 8th St<br>Upland, CA 91786 | **Victorville, CA**<br>**Upland, CA**<br>Wilmington, DE | **Property Report** |
| 23 | **Marissa A Liberi**<br><br>**AGE:** 42 years old<br><br>**RELATIVES:**<br>Tara Nicole Liberi<br>Peter M Gordon<br>Marissa Gordon | Address 1:<br>508 Kains Ave<br>Albany, CA 94706<br><br>Address 2:<br>203 Laurie Meadows Dr<br>San Mateo, CA 94403 | **Albany, CA**<br>**San Mateo, CA**<br>Fairport, NY | **Property Report** |

| | | | | |
|---|---|---|---|---|
| | Josette E Gordon<br>Dennis L Gordon | Address 3:<br>393 Laurie Meadows Dr<br>San Mateo, CA 94403<br>(716) 223-4950 | | |
| 24 | **Richard C Liberi**<br><br>**AGE:** 69 years old<br><br>**RELATIVES:**<br>Richard P Liberi<br>Patrick P Liberi<br>Joyce Ann Liberi<br>Michelle A Hartle<br>Valerie M Bovee | Address 1:<br>1136 Garson Ave<br>S San Francisco, CA 94080<br><br>Address 2:<br>4005 Hall Center Rd<br>Walworth, NY 14568<br>(315) 926-3430<br><br>Address 3:<br>100 Redwood Dr<br>Rochester, NY 14617<br>(585) 319-3900 | **S San Francisco, CA**<br>Walworth, NY<br>Rochester, NY | **Property Report** |
| 25 | **Dawn M Liberi**<br><br>**AGE:** 57 years old<br><br>**RELATIVES:**<br>Theresa L Liberi<br>Joseph J Liberi<br>April Liberi | Address 1:<br>154 Oriente St<br>Daly City, CA 94014<br><br>Address 2:<br>35 Santos St<br>San Francisco, CA 94134<br><br>Address 3:<br>3734 Fairfax Way<br>South San Francisco, CA 94080<br>234-9662 | **Daly City, CA**<br>**San Francisco, CA**<br>**South San Francisco, CA**<br>Miami Beach, FL | **Property Report** |
| 26 | **Louis Liberi** | Address 1:<br>287 Resevior St<br>Los Angeles, CA 90026 | **Los Angeles, CA** | **Property Report** |

Exhibit 1, Page 25

| | | | | |
|---|---|---|---|---|
| 27 | **Pamela C Liberi**<br><br>RELATIVES:<br>Jh Seldes<br>Jeffrey H Seldes<br>David Bernard Seldes<br>Susan K Liberi<br>Mark P Liberi | Address 1:<br>14151 Flower St<br>Garden Grove, CA 92843<br><br>Address 2:<br>1855 Rose Ave<br>Orange, CA 92867<br><br>Address 3:<br>1946 Kirkbride Cir<br>Yardley, PA 19067<br>(215) 750-6118 | **Garden Grove, CA**<br>**Orange, CA**<br>Yardley, PA | Property Report |
| 28 | **Lorraine Liberi**<br><br>AGE: 47 years old<br><br>RELATIVES:<br>Kevin Lynn Mcclellan | Address 1:<br>1220 Simon Cir<br>Anaheim, CA 92806<br><br>Address 2:<br>1205 Cherry Brook Way<br>Flower Mound, TX 75028 | **Anaheim, CA**<br>Flower Mound, TX | Property Report |
| 29 | **Ann Liberi**<br><br>AGE: 97 years old | Address 1:<br>Los Angeles, CA 90026 | **Los Angeles, CA** | Property Report |
| 30 | **Ilona Liberi**<br><br>AGE: 22 years old<br><br>RELATIVES:<br>Illona L Liberi | Address 1:<br>29622 Kensington Dr<br>Laguna Niguel, CA 92677<br><br>Address 2:<br>2 Wigeon Ln<br>Aliso Viejo, CA 92656 | **Laguna Niguel, CA**<br>**Aliso Viejo, CA** | Property Report |
| | Name | Address / Phone | Previous Cities | |
| 31 | **Ugo J Liberti**<br><br>AGE: 90 years old | Address 1:<br>702 Redwood Ave<br>Ventura, CA 93003<br>647-2606 | **Ventura, CA**<br>Concho, AZ | Property Report |

| RELATIVES:<br>Ugo J Liberti<br>Iugo J Liberti<br>Corsina Liberti<br>Ann M Liberti<br>Michelle Jelley | Address 2:<br>1066 Hingham Ln<br>Ventura, CA 93001<br><br>Address 3:<br>3074 Channel Dr<br>Ventura, CA 93003 | | |
| --- | --- | --- | --- |

## Criminal Check

**What is a Nationwide Criminal Check?**

This section lists criminal records from county courts, department of corrections, administration of the courts, and other legal agencies. The types of offenses include felonies, misdemeanors, sexual offenses, and more. Please closely review each record as subjects with a common name may return multiple criminal record results.

**Criminal & Civil Check Disclaimer**

Customers are charged a search fee for executing a Criminal & Civil Check. The Criminal & Civil Check report returns results which may include all criminal records or no results found on the individual. In the event of using this service for criminal background checks, you should not assume that this data provides a complete or accurate history of any person's criminal history. You should use extreme caution when interpreting the results of a criminal background search for any type of personal verification. Positive or false matches in criminal searches may not provide confirmation of an individual's criminal background. Please reference the updated Intelius User Agreement for additional restrictions regarding the usage of this data.

**Nationwide Criminal Check Offer**

"30% of people change their addresses nationwide each year...especially criminals"

Get $10 off on a Nationwide Criminal Check for Lisa Liberi now.

## Criminal & Civil Check for all *Lisa Liberi* in the state of *CA*

Record 1 of 4

### LISA A LIBERI

| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE TYPE: | COUNTY |
| --- | --- | --- | --- |
| STATE CODE: | CA | RECORD TYPE: | CRIMINAL |
| RECORD UPLOAD DATE: | 3/12/2011 | NAME: | LIBERI, LISA A |

| LAST NAME: | LIBERI | FIRST NAME: | LISA |
|---|---|---|---|
| MIDDLE NAME: | A | | |

**OFFENSE DETAILS (1 OF 1)**

| CASE NUMBER: | FSB044914 - Confirm Case at the Courthouse | | |
|---|---|---|---|
| RECORD ID: | CASANBERNARDINOALT2215946 | STATE CODE: | CA |
| CASE ID: | CASANBERNARDINOALT2215946-1 | CASE NUMBER: | FSB044914 |
| FILED DATE: | 6/30/2004 | OFFENSE DESC: | NOT SPECIFIED |
| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE ID: | 0607140 |
| CLASSIFICATION: | ZZZ | | |

Record 2 of 4

**LISA R LIBERI**

| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE TYPE: | COUNTY |
|---|---|---|---|
| STATE CODE: | CA | RECORD TYPE: | CRIMINAL |
| RECORD UPLOAD DATE: | 3/12/2011 | NAME: | LIBERI, LISA R |
| LAST NAME: | LIBERI | FIRST NAME: | LISA |
| MIDDLE NAME: | R | | |

**OFFENSE DETAILS (1 OF 1)**

| CASE NUMBER: | FSB044914 - Confirm Case at the Courthouse | | |
|---|---|---|---|
| RECORD ID: | CASANBERNARDINOALT2215948 | STATE CODE: | CA |
| CASE ID: | CASANBERNARDINOALT2215948-1 | CASE NUMBER: | FSB044914 |
| FILED DATE: | 6/30/2004 | OFFENSE DESC: | NOT SPECIFIED |
| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE ID: | 0607140 |
| CLASSIFICATION: | ZZZ | | |

Record 3 of 4

**LISA LIBERI**

| SOURCE NAME: | Defendant/criminal ca sanbernardinoalternatefile | SOURCE TYPE: | COUNTY |
|---|---|---|---|
| STATE CODE: | CA | RECORD TYPE: | CRIMINAL |
| RECORD UPLOAD DATE: | 3/12/2011 | NAME: | LIBERI, LISA |
| LAST NAME: | LIBERI | FIRST NAME: | LISA |
| DOB: | 1965 | | |

**OFFENSE DETAILS (1 OF 1)**

| CASE NUMBER: | FSB044914 - Confirm Case at the Courthouse | | |
|---|---|---|---|
| RECORD ID: | CASANBERNARDINOALT2215945 | STATE CODE: | CA |
| CASE ID: | CASANBERNARDINOALT2215945-1 | CASE NUMBER: | FSB044914 |
| FILED DATE: | 6/30/2004 | OFFENSE DESC: | NOT SPECIFIED |

| | | | |
|---|---|---|---|
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE ID:** | 0607140 |
| **CLASSIFICATION:** | ZZZ | | |

Record 4 of 4

LISA R LIBERI

| | | | |
|---|---|---|---|
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE TYPE:** | COUNTY |
| **STATE CODE:** | CA | **RECORD TYPE:** | CRIMINAL |
| **RECORD UPLOAD DATE:** | 3/12/2011 | **NAME:** | LIBERI, LISA R |
| **LAST NAME:** | LIBERI | **FIRST NAME:** | LISA |
| **MIDDLE NAME:** | R | **DOB:** | 5/28/1965 |
| **OFFENSE DETAILS (1 OF 1)** | | | |
| **CASE NUMBER:** | 030202LL - Confirm Case at the Courthouse | | |
| **RECORD ID:** | CASANBERNARDINOALT2215947 | **STATE CODE:** | CA |
| **CASE ID:** | CASANBERNARDINOALT2215947-1 | **CASE NUMBER:** | 030202LL |
| **FILED DATE:** | 3/21/2002 | **OFFENSE DESC:** | NOT SPECIFIED |
| **SOURCE NAME:** | Defendant/criminal ca sanbernardinoalternatefile | **SOURCE ID:** | 0607140 |
| **CLASSIFICATION:** | ZZZ | | |

## Federal Criminal Check

**Criminal Check Disclaimer**

Customers are charged a search fee for executing a Criminal Check. The Criminal Check report returns results which may include all criminal records or no results found on the individual. In the event of using this service for criminal background checks, you should not assume that this data provides a complete or accurate history of any person's criminal history. You should use extreme caution when interpreting the results of a criminal background search for any type of personal verification. Positive or false matches in criminal searches may not provide confirmation of an individual's criminal background. Please reference the updated Intelius User Agreement for additional restrictions regarding the usage of this data.

**Federal Criminal Check for *Lisa Liberi* in the state of *CA***

NAME:
Lisa Liberi
STATE SEARCHED:
CA
RESULT:

We have searched the following for Lisa Liberi for all available federal courts in the state of CA:

- Federal Appellate records

- District Court records

**No records were found**. Positive or false matches within a criminal search may not provide confirmation of a criminal background.

## Business People Search

The **Phone Numbers & Addresses** listed in the report here were verified against public utilities. All addresses and phone numbers WITHOUT a verified resident and current phone connection are NOT highlighted with red text. Some addresses and phone numbers may still be current but not confirmed via public utilities.

Expanded Search Results:

We tried searching for **Lisa Liberi** and similar variants in **CA** and found **0** results.
We tried searching for **Lisa Liberi** and similar variants across the Nation and found **1** results.

## Record 1 of 1

**Profile Info**

**LISA LIBERI**

**ADDRESS**
447 Box
Herndon, VA 20172

**PHONE**
(570) 708-8780

**Domain Names**

KEEPYOURNATIONFREE.COM

**Employment History**

- **Contact Info:**

  447 Box
  Herndon, VA 20172