# Exhibit 3

Case 8:11-cv-00485-AG -AJW   Document 380-6   Filed 09/16/11   Page 1 of 3   Page ID #:8761



TalentWise Customer Support
P.O. Box 1048 | Bothell, WA 98041-1048
1.866.338.6739 | customersupport@talentwise.com

Per California Civil Code 1786, TalentWise does not guarantee the accuracy or truthfulness of the information in this report as to the person who is the subject of the investigation, only that the information is accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the person who is the subject of the report.

Applicant Report: **Lisa Liberi**

| | | | |
|---|---|---|---|
| **Requested by** | Lisa Liberi<br>LisaLIberi<br>(505) 424-9055 | **REPORT STATUS** | Complete |
| | | **Request Submitted** | Apr 10, 2010 9:36 pm |
| | | **Report Completed** | Apr 16, 2010 3:22 pm |
| **Package Title** | Nationwide Employment Background Check | **Completion Time** | 4 business days, 15 hours |
| **Applicant ID** | 45747986 | **Address** | 1704b Llano Street #159<br>Santa Fe, NM 87505 |
| **Applicant Name** | Lisa Liberi | | |
| **Social Security Number** | ▮▮▮ | **Memo** | Liberi |
| **Date of Birth** | ▮▮▮ | | |

| | Applicant Report Contents | Complete | Status |
|---|---|---|---|
| 1 | SSN Verification | ✓ | Success |
| 2 | Address History | ✓ | Review Below |
| 3 | Criminal Database Search | ✓ | Complete |
| 4 | Nationwide Sex Offender Registry Check | ✓ | Clear |
| 5 | Criminal Check by Jurisdiction<br>Jurisdiction: **San Bernardino County, California** | ✓ | Alert |

### 1  SSN Verification

| | |
|---|---|
| **SSN** | ▮▮▮ |
| **State Issued** | CALIFORNIA |
| **Date Issued** | 2000 |
| **Name Searched** | LISA LIBERI |
| | ✓ **Success:** Full name matches SSN. |
| **AKA Results** | No AKAs were found for this applicant. |

### 2  Address History

This report shows addresses associated with the SSN searched. Addresses are usually, but not always, listed from most to least recent.

| | |
|---|---|
| **Address 1** | 2983 PLAZA BLANCA<br>SANTA FE, NM 87507 |
| **Address 2** | 11952 HUNTLEY DR<br>RANCHO CUCAMONGA, CA 91739 |
| **Address 3** | 4 BONITO<br>SANTA FE, NM 87508 |
| **Address 4** | PO BOX 548<br>RIBERA, NM 87560 |
| **Address 5** | 1537 GRANDVIEW<br>UPLAND, CA 91784 |
| **Address 6** | 7349 MILLIKEN #140<br>RANCHO CUCAMONGA, CA 91730 |

TalentWise obtains address history information from public records and other third-party sources. TalentWise cannot guarantee that this information is accurate or current.

### 3  Criminal Database Search

### 4  Nationwide Sex Offender Registry Check

| | |
|---|---|
| **Search Description** | We have searched for the applicant in the sex offender registries of all 50 states, the District of Columbia, and Puerto Rico. |
| **Result** | **Clear**<br>No records were found. Positive or false matches within a criminal search may not provide confirmation of a criminal background. |

### 5  Criminal Check by Jurisdiction          Jurisdiction: **San Bernardino County, California**

| | |
|---|---|
| **Search Type** | FELONY AND MISDEMEANOR |
| **Jurisdiction Searched** | SAN BERNARDINO COUNTY, CA |
| **Result** | Alert |
| | 1 RECORD FOUND |

### Record 1 of 1

| | |
|---|---|
| **Court** | San Bernardino County |
| **Case Type** | Felony |
| **Case Number** | FSB044914 |
| **File Date** | 2004-06-30 |
| **Charges** | 1. Offer Forged Instrument File 2, 3. Forgery 4. Forge Official Seal |
| **Disposition** | 1-4. Warrant issued 06/30/2004 |
| **Subject Identifiers** | Name and DOB match |

— END OF REPORT —

USERS OF THIS REPORT MUST COMPLY WITH THEIR OBLIGATIONS UNDER THE FAIR CREDIT REPORTING ACT:

http://www.ftc.gov/os/2004/11/041119factaapph.pdf

APPLICANTS MAY VIEW THEIR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT:

http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre35.pdf

© 2003 - 2011 TalentWise Solutions LLC