# Exhibit 5

4/14/2010 3:39 PM FROM: Fax 4259746199 PAGE: 002 OF 032

LAW OFFICES OF
**PHILIP J. BERG**

555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

PHILIP J. BERG
CATHERINE R. BARONE
BARBARA MAY

(610) 825-3134

FAX  (610) 834-7659

E-Mail: philjberg@gmail.com

NORMAN B. BERG, Paralegal [Deceased]

April 14, 2010

**PERSONAL and CONFIDENTIAL**

Naveen Jain, CEO and President
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
**MAMMA INTELIUS.COM**
500 108th Avenue, NE
Bellevue, WA 98004-5580

**Sent by Facsimile (425) 974-6199**………………........................................................................ **31 Pages**

Re: Illegal Disclosure of Private Data and Credit Reports on Lisa Renē Liberi and Lisa Ostella

Dear President Jain:

Please be advised that I represent Lisa Renē Liberi and Lisa M. Ostella [hereinafter at times "the Parties"] in a matter, which involves your companies [hereinafter "Intelius"].

In or about March 2009, due to litigation I am involved with, Orly Taitz, Esquire, announced publicly and published all over the Internet that she was going to take me down and to do so she was going to destroy my Paralegal, Lisa Liberi. With the assistance of the Intelius Corporations Orly Taitz, Esquire has been successful with her threats in destroying my paralegal.

In or about April 2009, Neil Sankey, a Private Investigator in California, by and through his Companies, Sankey Investigations, Inc. and The Sankey Firm, Inc., illegally obtained from the Intelius Corporations without any type of permissible purpose, the full name, address, Social Security number, date of birth, place of birth, mother's maiden name, credit reports and other personal private identifying information of Lisa Renē Liberi and her husband, Brent J. Liberi.  In addition, Neil Sankey

Exhibit 5, Page 58

4/14/2010 3:39 PM FROM: Fax                    259740199   PAGE 003 OF 032

Naveen Jain, CEO and President                                    April 14, 2010
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
**MAMMA INTELIUS.COM**
Page Two

through his companies, Sankey Investigations, Inc. and The Sankey Firm, Inc., obtained, <u>without any type of permissible purpose,</u> the same information, including the adoption records of Lisa M. Ostella. Furthermore, Mr. Sankey through his companies, Sankey Investigations, Inc. and The Sankey Firm, Inc., also obtained information on Lisa Renē Liberi's sister who died in 2005 of a self-inflicted drug-overdose.

Mr. Sankey through his companies on April 10, 2009, sent Lisa Renē Liberi's private data via email to Bob Unruh, a reporter with World Net Daily and to Orly Taitz, Esquire. *See Mr. Sankey's* email attached hereto and incorporated in by reference as **EXHIBIT "A"**.

In turn, on or about April 17, 2009, Orly Taitz, Esquire, sent Lisa Renē Liberi's full name, address, Social Security number, date of birth, mother's maiden name, place of birth, address and other private identifying information by mass emailing, by her own admission, to over one hundred and forty [140,000] thousand individuals and companies on more than twelve [12] occasions, **including internationally**, as well as many false allegations about Lisa Renē Liberi and Lisa M. Ostella, in a document Orly Taitz, Esquire called "Dossier #6". In addition, Orly Taitz, Esquire, sent the information by mass mailings, hand delivery, and posted this information on her website, that republished every three [3] hours, seven [7] days a week [each of which is a new republication], and her websites also sent the information out on two [2] separate RSS feeds, Facebook, Twitter, social networks, etc., at the following locations, just to name a few:

www.repubix.com;
http://www.orlytaitzesq.com/blog1/?p=8;
http://orlytaitzesq.com/dossier-006.htm;
http://www.orlytaitzesq.com/blog1/?m=20090417;
http://orlytaitzesq.com/drorlytaitzesq/documentation/Dossier6new2.doc;
http://www.orlytaitzesq.com/blog1/?cat=29;
http://www.orlytaitzesq.com/blog1/?cat=3&paged=2
www.orlytaitzesq.com;
www.orlytaitzesq.com/?s=dossier+%236; and
http://www.orlytaitzesq.com/wpcontent/uploads/2010/01/Dc279.doc,
http://69.84.25.250/blogger/post/Obamas-Lost-Face.aspx
http://69.84.25.250/blogger/post/Dossie6.aspx#id_9948a52d-c3e2-42d4-bc6e-84e0dc2c6123
http://www.oilforimmigration.org/facts/?p=1478

Exhibit 5, Page 59

4/14/2010 3:39 PM FROM: Fax                    12597746199     PAGE: 004 OF 032

Naveen Jain, CEO and President                                    April 14, 2010
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
**MAMMA INTELIUS.COM**
Page Three


http://www.orlytaitzesq.com/blog1/?p=2522

*See* Orly Taitz, Esquire's Dossier #6 attached hereto and incorporated in by reference as **EXHIBIT "B"** and Orly Taitz, Esquire's document entitled "Ties to Everette" attached hereto and incorporated in as **EXHIBIT "C"**. Orly Taitz, Esquire's posting entitled, "Every day I get such evidence of missing or misdirected funds" which includes Lisa M. Ostella's maiden name, is attached hereto and incorporated in by reference as **EXHIBIT "D"**. Orly Taitz, Esquire's posting giving Lisa M. Ostella's husband's full name [Dr. Ostella is a Psychiatrist] is attached hereto and incorporated in by reference as **EXHIBIT "E"**. Along with these postings by Orly Taitz, Esquire, was another entitled, "I am back from PA" wherein Orly Taitz, Esquire falsely accused Lisa Renē Liberi of murdering her sister, which devastated Mrs. Liberi's family as her sister's death was extremely hard on the entire family. Again, all of which was sent by mass emailing; mass mailing; hand delivered; and posted all over the Internet. The postings remained on Orly Taitz, Esquire's website for almost a year. In addition, other websites also posted this information on behalf of Orly Taitz, Esquire. As if this was not enough, Orly Taitz, Esquire then published all of Lisa Renē Liberi's private data outlined above by filing it in Pacer, the Federal Electronic Docketing System, in cases completely unrelated to Lisa Renē Liberi and Lisa M. Ostella.

On May 28, 2009, Neil Sankey went onto a radio station, Plains Radio. During Mr. Sankey's interview, Edgar Hale, radio host of Plains Radio announced according to Neil Sankey, Lisa Liberi had just taken out a loan, which Mr. Sankey confirmed on air. Mrs. Liberi had in fact just taken out a loan, for her son's college. During this same time, Mrs. Ostella began receiving calls from a woman who claimed to be her [Lisa M. Ostella's] birth mother. No one was aware that Mrs. Ostella had been adopted.

Lisa Renē Liberi and Lisa M. Ostella knew their credit reports had been illegally pulled, as it appears under the inquiry section of their credit reports and there was no other way for Neil Sankey to have known Lisa Renē Liberi had just taken out a loan. At no time, did Lisa Renē Liberi and/or Lisa M. Ostella authorize Mr. Sankey, Ms. Taitz or any other individuals to obtain their credit reports during the dates appearing on their credit reports. However, it clearly explained how Mr. Sankey was aware Lisa Renē Liberi had in fact taken out a loan. Moreover, as you are aware, it is a **federal crime** to access or be given access to one's credit reports **without a permissible purpose or permission to do so.**

4/14/2010 3:39 PM FROM: Fax 14259746199 PAGE 005 OF 032

Naveen Jain, CEO and President          April 14, 2010
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
**MAMMA INTELIUS.COM**
Page Four

As a result of the above, Lisa Renē Liberi and Lisa M. Ostella have been severely damaged and placed in severe danger due to Intelius Corporations negligence and assistance to Neil Sankey, Sankey Investigations, Inc., The Sankey Firm, Inc. and Orly Taitz, Esquire's criminal activities.

Lisa Renē Liberi has been instructed that her husband and her to obtain new Social Security numbers. However, the problem associated with this is the fact that the public-at-large now have all of Lisa Renē Liberi's identifying information and any party can call the Social Security administration and answer all the legally required questions to obtain her new Social Security number. Lisa Renē Liberi is now the victim of identity theft; other individuals are using Lisa Liberi's personal identifying information; parties have attempted to have Lisa Renē Liberi's gas turned off; she has been harassed day and night, etc. Lisa Renē Liberi and Lisa M. Ostella will be dealing with this for the rest of their lives as a result of Intelius Corporations inappropriate and illegal actions. Not to mention the fact, upon receiving a brand new Social Security number, one must re-establish their entire credit history, which is extremely difficult for someone in their mid forties [40's].

At all times, my clients, Lisa Renē Liberi and Lisa M. Ostella believed and relied on their personal information, which is maintained by State and Government entities, such as social security numbers, place of birth, driving records, etc. being maintained confidential pursuant to the State and Federal Laws. Intelius Corporations are bound by the same confidentiality laws. *See* the California Privacy Laws, *Cal.fornia Civil Procedure 1798, et sequitur.*

Intelius Corporations had a duty to ensure Neil Sankey through his corporations, Sankey Investigations, Inc. and The Sankey Firm; and Orly Taitz; Esquire had a permissible purpose to obtain the confidential information of my clients, which they did **not**. In addition, Intelius Corporations had a duty to ensure the information would **not** be used for an improper purpose and maintained confidential, if in fact Mr. Sankey, his corporations and Orly Taitz, Esquire had a permissible purpose and were entitled to the confidential information. Again, Neil Sankey, his corporations and Orly Taitz, Esquire did **not** have a permissible purpose; they were **not** entitled to the information and the information was used for an improper purpose. Instead, the private confidential information of my clients were used to destroy my clients, in which Intelius Corporations were complicit in allowing.

In the case of Lisa Renē Liberi and Lisa M. Ostella, and their spouses and children, the acts are extremely egregious. It has been brought to my attention that Intelius Corporations obtains information from Reed Elsevier, Inc., LexisNexis Group, Inc., and their affiliates. If what I have been

Z:\Liberi\Letter to Intelius Corporations 04.14.2010      4

Naveen Jain, CEO and President                                      April 14, 2010
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
**MAMMA INTELIUS.COM**
Page Five

told is true, please explain what permissible purpose Intelius Corporations used in order to access my client's private data and credit reports. It should be noted, Orly Taitz, Esquire labeled Lisa Renē Liberi and Lisa M. Ostella as Obama [President Obama] supporters and President Obama and his supporters should be purged. Purged in the political sense means "death; to kill".

In or about 2000, Lisa Renē Liberi was provided a new Social Security number and her child, her husband and herself were placed in the "Safe at Home" program as a result of being victims of serious type crimes. As a result, her old and new Social Security numbers and/or her personal information have been maintained separate and apart. At the end of April 2009, Mrs. Liberi ran an Intelius report on herself. At which time, her name appeared as Lisa Liberi and Lisa R. Liberi with her Social Security number, 622-xx-xxxx, and did **not** contain her physical address, only her post office box in New Mexico.

On April 11, 2010, Mrs. Liberi again pulled her Intelius report as a result of actions of Orly Taitz, Esquire. Only this time, her Intelius record was completely changed. As of April 11, 2010, Intelius has now combined Mrs. Liberi's old and new Social Security number [462-xx-xxxx and 622-xx-xxxx]; added her maiden name of Richardson and other names, many of which have never belonged to or been used by Lisa Renē Liberi as well as her home [house] address. Moreover, there are approximately six [6] different Social Security numbers tied to Lisa Renē Liberi's report, which have never belonged to or been used by Lisa Renē Liberi. What is more ironic are the names and "multiple Social Security numbers" appearing is exactly what Orly Taitz, Esquire and Neil Sankey had accused her of. Lisa Renē Liberi, Lisa M. Ostella and Mrs. Ostella's husband's Social Security numbers are now flagged showing multiple people using their numbers.

Intelius Corporations are fully responsible for the damages incurred by Lisa Renē Liberi and Lisa M. Ostella, by the illegal acts of Neil Sankey, Sankey Investigations, Inc., The Sankey Firm, Inc. and Orly Taitz, Esquire.

Moreover, these acts are in clear violation of the California Privacy Protection Laws, CCP 1798, et sequitur, which carries anywhere from Five Hundred [$500.00] Dollars to Three Thousand [$3,000] Dollars per violation [each person the information is sent to] just in statutory damages, and the Fair Credit Reporting laws, which your companies have previously been sued for, cases which your companies settled out of Court. The higher amount applies to Lisa Renē Liberi as she has been a client /customer of Intelius Corporations since 2005. In addition, Intelius Corporations have caused the following damages to my clients:

Exhibit 5, Page 62

Naveen Jain, CEO and President                                          April 14, 2010
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
**MAMMA INTELIUS.COM**
Page Six

1. Violation of California Code of Civil Procedure (CCP) 1798, et sequitur;
2. Invasion of Privacy;
3. Invasion of personal liberty / right to be left alone;
4. Intruding upon another's seclusion;
5. Placing one in a false light before the public;

6. Willful noncompliance with Federal Credit Reporting Act (FCRA)15 U.S.C. §§
   1681b, 1681n, 1681c-2, 1681e, 1681o, 1681r;
7. Willful noncompliance with California Civil Code §§ 1785.11; 1785.14; 1785.25;
   and 1785.31, et sequitur;
8. Violation of the Federal Credit Reporting Laws for publishing information that is
   **not** true and does **not** belong to Lisa Renē Liberi;
9. Harassment;
10. Endangerment;
11. Gross Negligence;
12. Slander/libel;
13. Disclosure of private facts;
14. Liberi is now a victim of serious identity theft; and
15. Liberi's entire identity has been stolen and is being used by the unknown;
16. Liberi, her spouse and child were in the California Safe at Home program, provided a
    Confidential address and new Social Security number as a result of them being victims
    serious stalking type crimes.  Intelius Corporations and Businesses have destroyed this
    program for Liberi and placed her, her child and spouse in serious danger.

As such, my clients are entitled to damages pursuant to, just to name a few, the following:

1.      CA Civil Procedure (CCP)   §§ 1798.53; 1798.81.5(c); 1798.84; 1798.85;
2.      CA Civil Code: §§  1785.11; 1785.14; 1785.25; and 1785.31, et sequitur;
3.      15 U.S.C. §§ 1681b, 1681n, 1681c-2, 1681e, 1681o, 1681r;
4.      Actual Damages;
5.      Special Damages;
6.      General Damages;
7.      Statutory damages;
8.      Punitive Damages; and
9.      Attorney fees and costs.

Z:\Liberi\Letter to Intelius Corporations 04.14.2010                              6

Naveen Jain, CEO and President                                                April 14, 2010
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
MAMMA INTELIUS.COM
Page Seven

In the case herein, the statutory damages would be based on all the individuals and companies my clients private data, obtained from Intelius Corporations, were sent to by Neil Sankey, Sankey Investigations, Inc., The Sankey Firm, Inc. and Orly Taitz, Esquire which is in excess of One Million [1,000,000] individuals.

Intelius Corporations have also placed Lisa Renē Liberi, her family, Lisa M. Ostella, and Mrs. Ostella's family in severe danger as a result. To begin with, you have now placed all of Lisa Renē Liberi's personal identifying information and home address in Intelius and Intelius Corporations affiliated companies, which can be tracked by the perpetrator, of which Mrs. Liberi and her family are the victims of. You have provided Neil Sankey, Sankey Investigations, Inc., The Sankey Firm, Inc. and Orly Taitz, Esquire with all of Mrs. Liberi's private data, which is now all over the Internet and has been sent en masse, **including internationally**. In fact, Orly Taitz, Esquire, when sending out Lisa Renē Liberi and Lisa M. Ostella's private data stated she was going to have Lisa M. Ostella's children professionally kidnapped. Soon thereafter, Orly Taitz, Esquire and another individual were driving around Lisa M. Ostella's home, which is across the Country from where Orly Taitz, Esquire resides, stopping at the police departments along the way as well as contacting the law enforcement agencies where Lisa Renē Liberi resides attempting to have my clients arrested on false allegations and charges. False reports were made to law enforcement wherein Orly Taitz admits she had Neil Sankey through his corporations do background checks on my clients. *See* **EXHIBIT "F"** and to the Social Security Administration about my client, Lisa Renē Liberi, which was further harassment. There are too many instances of harassment; stalking; and dangerous acts my clients have been forced to endure, to list in this letter; however, I will be happy to discuss these issues with you directly.

With all this said, I trust I will hear from your legal division or appropriate individual in attempts to settle these issues within fourteen [14] days.

Of course, if we can resolve these matters on an amicable basis, **then all negotiations and settlements will be confidential and sealed**.

Meanwhile, **I trust you will also remove my clients, their spouses and their children's names and private data from all of your databases**.

Otherwise, I will be naming Intelius Corporations in the lawsuit currently pending against Neil Sankey; Sankey Investigations, Inc.; The Sankey Firm, Inc; Orly Taitz, Esquire; Defend our Freedoms Foundations, Inc; and other Defendants in the U.S. District Court, Eastern District of

Exhibit 5, Page 64

Naveen Jain, CEO and President                                April 14, 2010
**INTELIUS, INC.**
**INTELIUS SALES, INC.**
**INTELIUS GROUP**
**INTELIUS.COM**
**PEOPLEFINDER.COM**
**INFOSPACE.COM**
**PEOPLELOCATOR.COM**
MAMMA INTELIUS.COM
Page Seven


Pennsylvania, Case No. 09-cv-01898 ECR. Neil Sankey has admitted publicly in interviews he used Intelius Corporations.

In addition, I will instruct my clients to report Intelius Corporations to the Federal Trade Commission, where I'm aware other complaints against you have been lodged; California Attorney General; the California Office of Privacy Protection; Federal Bureau of Investigations; U.S. Department of Justice and the Secret Service for your illegal acts.

Mr. Sankey through Sankey Investigations, Inc. and The Sankey Firm, Inc. and Orly Taitz, Esquire could **not** have done these heinous things towards Lisa Renē Liberi and Lisa M. Ostella, had Intelius Corporations **not** provided the information, which was used, to destroy and cause harm to my clients.

Should you like to review additional material, you are welcome to contact me or you may secure information from the case of *Liberi, et al v. Taitz, et al*, U.S. District Court, Eastern District of Pennsylvania, Case No. 09-cv-01898 as there are thousands of pages of affidavits, copies of the postings, and other information related to the acts herein.

I look forward to answering any questions you may have and resolving these issues amicably and in the best interest of my clients and your companies/corporations.

Respectfully,

Philip J. Berg

PJB:jb

Enclosures

Exhibit 5, Page 65

# EXHIBIT "A"

Exhibit 5, Page 66

From: Neil SANKEY <nsankey@thesankeyfirm.com>
Subject: FW: LISA LIBERI etc
To: dr_taitz@yahoo.com
Date: Monday, April 13, 2009, 7:04 PM

Here is the Liberi stuff you requested. This is also what I sent to Bob Unruh

**From:** Neil SANKEY [mailto:nsankey@thesankeyfirm.com]
**Sent:** Friday, April 10, 2009 10:01 AM
**To:** Bob Unruh
**Subject:** LISA LIBERI etc

Bob here are some bare facts about Berg's assistant. See below and attachments

I don't know how much of the story you have already, but is essentially about WHO she really is and the questions that unfortunately brings up about Berg.

Call, if you need to, at your convenience.

Neil Sankey
Investigator & Consultant.

THE SANKEY FIRM

Simi Valley, California 93063
nsankey@thesankeyfirm.com

805 520 3151
818 212 7615 cell

(Addendum)

LISA RENEE LIBERI. Bn 5/28/1965. 462-45-xxxx,  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 (& others)

 According to the Police she was born COURVILLE and married a Richardson (Possible Alan Douglas Richardson, currently residing in Las Vegas .) IF it was the other way around, then the Courville is Bill Marshall Courville 11/10/61 of Houston , Tx. 457-71-x I have several SS#'s for her and a LOT of AKA's. Her real SS# is probably 462-45-xxxx. Most prominent otherwise are 563-60-xxxx, 572-17-x, 622-19-x She went BK in 2002 Her brother is probably Lawrence E Morris of Fontana and Rancho Cuc , CA . He was born 1/16/64 Her Husband, Brent J, a Parolee, I have not researched that. Is probably Brent J McCormack 563-77, also uses 331-02-x

There is also a Jerry HELLER and Douglas Cramer look interesting, but where do you stop?.

From: Neil SANKEY <nsankey@thesankeyfirm.com>
Subject: Bergs Paypal
To: dr_taitz@yahoo.com
Date: Monday, April 13, 2009, 7:15 PM

It comes as no surprise to learn that the link to a Visa donation to Berg, (as opposed to Paypal) has been removed

Neil

This report came from volunteer Sarah redacted

4/14/2010 5:55 PM FROM: Fax 4255746199 PAGE: 013 OF 032

# EXHIBIT "B"

4/14/2010 5:59 PM FROM: Fax                        4259740195        PAGE: 014 OF 032

**NOTE: This dossier #6 is posted on thirteen (13) locations of Taitz website. Liberi's SSN is located on the last page.**
http://www.orlytaitzesq.com/blog1/?p=8;
http://www.orlytaitzesq.com/blog1/?m=20090417;
http://orlytaitzesq.com/dossier-006.htm;
http://orlytaitzesq.com/drorlytaitzesq/documentation/Dossier6new2.doc;
http://www.orlytaitzesq.com/blog1/?cat=29; and
http://www.orlytaitzesq.com/blog1/?cat=3&paged=2
http://www.orlytaitzesq.com
http://www.orlytaitzesq.com/?s=dossier+%236
http://www.orlytaitzesq.com/wpcontent/uploads/2010/01/Dc279.doc
http://69.84.25.250/blogger/post/Obamas-Lost-Face.aspx
http://69.84.25.250/blogger/post/Dossie6.aspx#id_9948a52d-c3e2-42d4-bc6e-84e0dc2c6123
http://www.oilforimmigration.org/facts/?p=1478
http://www.repubix.com

# Dr. Orly Taitz Esquire

Defend Our Freedoms Foundation 26302 La Paz ste 211, Mission Viejo CA 92691 Copyright
2009

« Dr. Orly Taitz Esquire
Videos on You Tube »

## Dossier #6

**Dossier #6**

Dr. Orly Taitz, ESQ
26302 La Paz ste 211
Mission Viejo CA 92691
ph 949-683-5411
fax 949-586-2082
dr_taitz@yahoo.com

www.repubx.com
04.08.09.

Attorney General Eric Holder;
Solicitor General Elena Kagan;
Director of FBI Robert Mueller;
FBI Cyber Crime division, Orange County CA,
Officer Nathan Le
Director of Secret Service Mark Sullivan;
Chief of Security of the Supreme Court,
Officer Christine Giaccio;
Chief Justice of the Supreme Court John Roberts;
Legal Counsel to the Chairman of Joint
Chiefs of Staff Admiral Mullen, Captain Crawford

Via Certified mail, return receipt, restricted delivery addressee only

Dossier #6 in the form of
open letter posted on the internet and forwarded to 26,000 outlets of US and international media
**Dossier #6 Further evidence of forgery; more questioned raised in regards to illegal campaign contributions; efforts to undermine fundraising of dissidents, criminal element used; more cyber crimes, defamation of character, identity theft; false leaders of the dissident constitutional movement.**

 Please see in attachment affidavit of licensed private investigator Jorge Baro and forensic document examiner Sandra Ramsey Lines. Both are stating that Certification of Live Birth posted by Obama on internet cannot be viewed as genuine and original birth certificate from the vault in Hawaii needs to be produced to verify his place of birth and citizenship.

 Further you can see a statement by Suzie Murzinski in regards to fundraising by Obama in Senegal, using Western Union. Fundraising abroad for the presidential election is illegal and this statement is consistent with prior reports of Obama illegally getting campaign contributions from abroad, mostly from Arabic Muslim countries.

 Further you can see receipts showing diversion of campaign contributions. I have received e-mails from donors, stating that they had problems with pay-pal. I described these problems in dossier #5, specifically that the e-mail address in my blog for pay-pal was changed, which prevented me from raising funds. My web master Lisa Ostella stated that such a report gives her, as a web master. bad name and demanded that I take the hacking report back. She stated that she was convinced that the changing of the e-mail address was done by a volunteer moderator Fran, she stated that she locked Fran from the blog and that should solve the problem. I felt that the matter needs to be investigated by the FBI and I felt that they should draw their own conclusions. Ms. Ostella stated that if  I do not take back my complaint to FBI, she will no longer host my foundation on her server. When I found a new web master to host my foundation, Ms. Ostella instead of transferring the access codes and the domain, has locked me and another volunteer moderator out of the blog, posted a bizarre defamatory statement, that I supposedly authorized hacking into my own account and further defamatory comments about me were placed under different names and aliases. Moreover, there were comments posted supposedly under my name, even though I was locked out of the account and couldn't respond.  I got reports that some defamatory comments were made under alias usually used by Lisa Liberi, assistant for Attorney Phillip Berg, who filed similar legal actions.  I started receiving statements and copies of pay -pal receipts, showing instead of my e-mail address, an e-mail address of  Lisa Ostella. Originally, I thought that maybe her address showed on the receipt, since she was a web master on the account, however, when I checked the names and dates on the receipts against the names on the roster, that I downloaded earlier, I could see that those were not received by the foundation, those donations were missing.

 A couple of weeks ago I have received a phone call, providing information that Lisa Liberi, a paralegal, assisting Mr. Berg, has an extensive criminal record. I decided to verify that. According to Mr. Neil Sankey, licensed private investigator with 20 years of experience in Scotland Yard and over 12 years of experience in US, those statements were correct. Lisa Liberi aka Lisa Richardson aka Lisa Courville and other aliases had an extensive criminal record going back to 1990s, that included Grand Theft, forgery, forgery of seals "From 2000 to 2004, Liberi

engaged in a complex fraud involving falsification of police reports, manipulation of credit bureau reports, loan fraud, and counterfeiting of court documents resulting in hundreds of thousands of dollars in losses to banks and credit unions." (see attachment). Please see the report attached and reports relating to criminal conviction in San Bernardino California. Interesting fact is that Lisa Liberi was convicted recently, in March of 2008, she was supposed to serve 8 years in jail. Miraculously this 8 year jail term was reduced to probation and an order to repay the victims. When I added up all the restitutions in the conviction, it added up to 21,000 per month. Where is this money coming from? Who is paying it? And paying to do what? I have sent an e-mail to Philip Berg, alerting him to this matter, however I did not hear from him back. After I raised my concerns to other parties and they confronted Liberi, she tried to claim that it is not her, but another Liberi, that lives in PA and the one convicted lives in NM, however several sources confirmed that she indeed lives in NM, they confirmed her date of birth and appearance as matching the ones on file with the San Bernardino, CA district attorney. I tried to analyze the instances when Liberi was the most vicious in her attacks towards me and found two distinct areas:

a. Obama's Natural Born status and definition of it

b. my efforts to conduct investigation of illegal, criminal activity and my efforts to have FBI and attorney generals of different states involved.

In regards to the Natural Born status, she claimed that she has written pleadings for Phil Berg and that the citizenship of Obama's father is of no importance. This was repeated time and again when she appeared together with Phil Berg at different radio programs. In reality definition of Natural Born citizen is, that it is one, who is born in the country, with **both parents citizens of the country**, one that does not have allegiance to any other sovereignty at birth. It appears that it was an effort to sway the public and redirect attention from the most obvious, the fact that Obama's father was not a citizen of the US and therefore he does not qualify, no matter where he was born. Did someone help Liberi avoid 8 year jail term here in CA in exchange for her efforts to cloud the issue?

Second issue dealt with criminal activities surrounding Obama and his supporters. I have been the only one investigating those issues. Why?

Another interesting fact. Plains radio had a legal action against a blog radio talk show host Evelyn Adams aka momma E. Momma E is represented in this action by attorney Philip Berg. When Lisa Ostella locked me out of my own foundation, due to the fact that she has registered the domain before I had an opportunity to do so; she created several diversionary blogs and posted links to Momma E and a few other parties that are rumored to be plants, meaning false leaders of the movement.

I am not a historian and not a theologist, however this whole situation reminds me of a story of Shabtai Zvi. A few centuries ago there was a false leader in Europe, his name was Shabtai Zvi. He claimed to be a Masaya and thousands followed him until he was summoned by a sultan, who has given Zvi two choices:

First- if you are really a Masaya, you will be executed, but you will be resurrected as a Masaya.

Second - if you are not a Masaya and want to live, you have to convert to Islam.

Within about five minutes Shabtai Zvi put on a Muslim garb and converted and that was the end of the false Masaya, false leader and false movement.

Similarly here, a leader is judged by his willingness to go all the way, regardless of hardships and risks or financial problems. You can't talk only about the birth certificate and not see an elephant in the room, which is Obama'd British citizenship at birth, based on his father's citizenship. You can't talk about his birth certificate only and not demand immediate investigation of his numerous reported social security numbers, reported forgery of the Selective Service Certificate, perjury on the Illinois Bar application, all the evidence of campaign contributions fraud, charitable foundations fraud, tax fraud and numerous reports of his supporters being engaged in cyber crimes, intimidation, harassment, identity theft and all the other related crimes

Due to the above I renew my demand upon all the law enforcement agencies listed in this dossier to conduct immediate criminal investigator, I demand on behalf of my clients Quo Warranto proceedings to resolve those issues once and for all.

Sincerely,

Dr. Orly Taitz, ESQ

**NOTE:   EXHIBIT "A" REDACTED DUE TO LENGTH OF DOCUMENT**

 > From: nsankey@thesankeyfirm.com
> To: lisaostella@hotmail.com; dr_taitz@yahoo.com
> Subject: FW: >>>>>>>>>Urgent IMPORTANT INFO SAME SUBJECT<<<<<
> Date: Mon, 16 Mar 2009 14:57:13 -0700
>
>
>
> PLEASE NOTE THE LAST LINE!
>
> Thursday, April 10, 2008
>
>
> New Mexico Woman Sentenced in Identity Theft and Real Estate Fraud
>
>

> Lisa Liberi, aka Lisa Richardson, 42, New Mexico, was sentenced in
> connection with felony charges involving identity theft and forged
> documents. Liberi appeared in San Bernardino County, Rancho Cucamonga,
> Superior Court, on March 21, 2008. She was sentenced to a state prison term
> of 8 years, imposed but stayed, and placed on supervised probation for 3
> years as part of a plea agreement. Liberi was sentenced on ten felony
> counts ranging from Grand Theft, Forgery, and Filing False Documents.
>
> From 2000 to 2004, Liberi engaged in a complex fraud involving falsification
> of police reports, manipulation of credit bureau reports, loan fraud, and
> counterfeiting of court documents resulting in hundreds of thousands of
> dollars in losses to banks and credit unions.
>
> In 2002, San Bernardino County Sheriff's Department personnel arrested
> Liberi on theft by false pretense charges. In July 2004, Investigators from
> the San Bernardino County District Attorney's Real Estate Fraud Unit
> arrested Liberi at the Ontario International Airport for additional felony
> charges while she was out on bail.
>
> She has an extensive criminal record going back to the 90's.


 From: Neil SANKEY <nsankey@thesankeyfirm.com>
Subject: FW: LISA LIBERI etc
To: dr_taitz@yahoo.com
Date: Monday, April 13, 2009, 7:04 PM

Here is the Liberi stuff you requested. This is also what I sent to Bob Unruh


**From:** Neil SANKEY [mailto:nsankey@thesankeyfirm.com]
**Sent:** Friday, April 10, 2009 10:01 AM
**To:** Bob Unruh
**Subject:** LISA LIBERI etc


Bob here are some bare facts about Berg's assistant. See below and attachments

I don't know how much of the story you have already, but is essentially about WHO she really is and the questions that unfortunately brings up about Berg.

Call, if you need to, at your convenience.

Exhibit 5, Page 74

4/14/2010 5:59 PM FROM: Fax 4259746199 PAGE: 019 OF 032

Neil Sankey
Investigator & Consultant.

THE SANKEY FIRM

Simi Valley, California 93063
nsankey@thesankeyfirm.com

805 520 3151
818 212 7615 cell


(Addendum)

LISA RENEE LIBERI. Bn 5/28/1965. 462-45-xxxx,  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 (& others)

According to the Police she was born COURVILLE and married a Richardson (Possible Alan
Douglas Richardson, currently residing in Las Vegas .) IF it was the other way around, then the
Courville is Bill Marshall Courville 11/10/61 of Houston , Tx. 457-71-x I have several SS#'s for
her and a LOT of AKA's. Her real SS# is probably 462-45-xxxx. Most prominent otherwise are
563-60-xxxx, 572-17-x, 622-19-x She went BK in 2002 Her brother is probably Lawrence E
Morris of Fontana and Rancho Cuc , CA . He was born 1/16/64 Her Husband, Brent J, a Parolee,
I have not researched that. Is probably Brent J McCormack 563-77, also uses 331-02-x

There is also a Jerry HELLER and Douglas Cramer look interesting, but where do you stop?.

From: Neil SANKEY <nsankey@thesankeyfirm.com>
Subject: Bergs Paypal
To: dr_taitz@yahoo.com
Date: Monday, April 13, 2009, 7:15 PM

It comes as no surprise to learn that the link to a Visa donation to Berg, (as opposed to Paypal)
has been removed

Neil

This report came from volunteer Sarah redacted

**NOTE:  ATTACHED PRINT-OUT WAS REDACTED DUE TO LENGTH**

4/14/2010 3:39 PM FROM: Fax 4254255740199 PAGE: 020 OF 032

# EXHIBIT "C"

Exhibit 5, Page 76

4/14/2010 3:39 PM FROM: Fax 4255746199 PAGE: 021 OF 692

http://www.orlytaitzesq.com/blog1/?p=2522

# Dr. Orly Taitz Esquire

Defend Our Freedoms Foundation 26302 La Paz ste 211, Mission Viejo CA 92691 Copyright 2009

« Previous Post

## *Ties to Everett, need help with research*

,

You mentioned Everett, Wash. connection with Barack Obama's mother's family. Just wondering if you knew that connection went back for over a century…

http://www.heraldnet.com/apps/pbcs.dll/article?AID=/20081026/NEWS01/710269867

Plus a bit more about the Wolfleys: http://www.santacruzsentinel.com/world/ci_12517525

So with a POTUS with a Muslim father and German roots mother, why shouldn't Israelis be worried?

If you do post this info, please don't mention my name or email.

Cheers

**Response**
I am really concerned about several coincidences
1. a man who threatened to shoot me and burn my body for the world to see was tracked to a computer server in Everett WA. Another person that threatened me was traced to Chauhelis WA and yet another one to Canada (from what I understand not far from the border with WA state). A few days after the threat there was a clamp missing and a disconnected fumes emissions hose in my car and my husbands car died, suddenly a fuse was missing.
2. Obama does not talk about it, but his mother wasn't in HI when he was a baby, she was enrolled in the U of Seattle WA from August 1961-till June 1962, which means that as a baby he lived in WA.
**3. Lisa Liberi, assistant for Berg, who has a lengthy criminal record of grand theft, forgery of documents and forgery of official seal doesn't talk about it, but according to records she was born in WA state. From what I recall Bellview WA. (her name at birth was Lisa Richardson. From what I recall father -Jack Richardson, mother Shirley Wadell)**

**4. Obama, Liberi and Obama's mother  Stanley Ann Dunham- all have multiple social security numbers according to databases.**

**5. Liberi was convicted of forgery of documents and according to experts, there are multiple signs of forgery in Obama's documents.**

**6. Stanley Ann Dunham also went by the name Shirley Ann Dunham.**

**We found a Dunham organization, owned by Shirley Ann Dunham; one location was in Seattle another in Bellview WA. They dealt with insurances, lawyers, mortgages- you can get ss numbers from all of these records.**

7. From what I recall, there was a discrepancy between Intellius records and Secretary of state records. According to the sec. of state a man owned that co. One of our volunteers pulled court records in Bellview for the Dunham organization. This man, Mr. Dunham (don't remember first name) kept changing his middle initial  in several court cases, which was suspicious by itself.

8. There was a very strange newspaper article in WA (I believe Seattle), from what I recall, when Obama supposedly was in Columbia. It stated that one, Roman Obama studied at the university of Patrice Lumumba in Moscow, Russia, and had some financial difficulties.

9. When grandma Dunham got sick, a reporter from WA (I believe Seattle) has writen an interview with Charles Payne, saying the grandma got a broken hip. She was dead of cancer a few days later. I was wondering, why did it come out in WA, and not HI or IL?

10. Based on all of the above, I have a nagging feeling, that there is somebody there in WA, some relative of Obama, somebody who we might think is no longer with us.

This entry was posted on Monday, June 22nd, 2009 at 3:35 pm and is filed under Uncategorized. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

**[emphasis added]**

# EXHIBIT "D"

4/14/2010 3:39 PM  FROM: Fax                    4285746199         PAGE: 024 OF 032

http://www.orlytaitzesq.com/blog1/?p=119

# **Dr. Orly Taitz Esquire**

Defend Our Freedoms Foundation 26302 La Paz ste 211, Mission Viejo CA 92691
Copyright 2009

« Key witness in presidential passport case fatally shot
from Field McConnell »

## *Every day I get such evidence of missing or misdirected funds*

Every day I get such receipts, showing that my former web master Lisa Ostella (posts under name Calpernia) has redirected donations to herself, to her e-mail address. Currently, as this was uncovered, she created new web sites Defend our freedoms .org, .net and continues the scheme by making those sites similar to my old ones and using the foundation name to steal more donations. She created a visa donation site with her e-mail account Go Excell Global, underneath she posted a paypal button showing my foundation Defend Our Freedoms (without my consent) and my e-mail address (without my consent) to look as if she is still connected to me and my foundation, even though all ties with her were severed a couple of weeks ago, when I found out about this scheme and I closed the Pay Pal account completely. Any person, whose donations were stolen by Lisa Ostella aka Lisa Current aka Calpernia is asked to report this to his local police or sheriff's department. As I found out, she appears to be connected to Lisa Liberi, who is still working for attorney Phillip Berg. Please see my dossier #6, Lisa Liberi aka Lisa Richardson aka Lisa Courvelle has a long criminal record, that includes grand theft, forgery of documents, forgery of seal, falsification of police reports and credit statements, where financial institutions were defrauded out of thousands of dollars. She claims to be a different Lisa Liberi, living in PA, however she lives in NM and her probation officers are Joanne Martinez 505-827-8627 and   Dawn Helling (not sure about spelling) 505-476-2359.

Hi Dr. Taitz,

 Just to let you know that I donated to your cause on 1/19/09 thru PAYPAL.  I copied the transaction that was provided to me by PAYPAL, please see the following:

Dear Joseph Iadarola,

This email confirms that you have donated $25.00 USD to Defend Our Freedoms (lisaostella@hotmail.com) using PayPal.

Donation Details

   Confirmation number:    0MT49606HT922673B

Exhibit 5, Page 80

4/14/2010 9:59 PM  FROM: Fax          4259740199  PAGE: 025 OF 032

| | |
|---|---|
| Donation amount: | $25.00 USD |
| Total: | $25.00 USD |
| Purpose: | For being a great American! |
| Contributor: | Joseph Iadarola |

Recipient information

| | |
|---|---|
| Donations coordinator: | Defend Our Freedoms |
| Contact email: | lisaostella@hotmail.com |
| Contact Phone Number: | 866-954-5625 |

This entry was posted on Sunday, April 19th, 2009 at 8:32 am and is filed under Other Criminal or Suspicious Activities. You can follow any responses to this entry through the RSS 2.0 feed. Both comments and pings are currently closed.

## One Response to "Every day I get such evidence of missing or misdirected funds"

1.  *wow!* says:

    April 21, 2009 at 4:35 pm

    Why not just file a lawsuit against this Lisa Ostella aka Lisa Current aka Lisa Liberi aka Lisa Richardson aka Lisa Courvelle aka Lisa Calpernia? It seems she has done this case irreparable damage in regards to trust. How can anyone trust who anyone or any site is in this case?

4/14/2010 3:39 PM FROM: Fax 4257 4255740199 PAGE: 026 OF 032

# EXHIBIT "E"

4/14/2010 3:39 PM FROM: Fax 4259746199 PAGE: 027 OF 32

http://www.orlytaitzesq.com/blog1/?p=1222



## NJ Police

As you know my previous site, Defend Our Freedoms was taken over by the web master Lisa Ostella. For over a month now Lisa Ostella had no affiliation with Defend Our Freedoms Foundation, however she has been sending e-mails from Defend Our Freedoms and collecting donations. If you are a donor and received such solicitations or have given a donation believing that it went to Defend Our Freedoms Foundation, you were defrauded, since such donations from at least April 11 or possibly earlier date went to the pocket of Lisa Ostella and benefited the household of Lisa and Frnak (Mario) Ostella. If you received such solicitation or have given a donation please contact North Brunswick New Jersey Police 732-545-3200 and file a criminal comlaint.

This entry was posted on Tuesday, May 19th, 2009 at 2:22 pm and is filed under Uncategorized. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

Exhibit 5, Page 83

4/14/2010 3:39 PM FROM: Fax 4255746199 PAGE: 028 OF 032

# EXHIBIT "F"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

Plaintiff(s): LISA LIBERI; ET AL )
) Case No. 09-01898-ECR
)
) DECLARATION OF
) CUSTODIAN OF RECORDS
Defendant(s): ORLY TAITZ; ET AL ) (Evidence rule 902(11))
)
)

DECLARATION OF CUSTODIAN OF RECORDS

FOR THE SHERIFF OF ORANGE COUNTY

This Declaration is made pursuant to Federal Rules of Evidence, rule 902(11).

1. Declarant is the duly authorized Custodian of Records of the Office of the Sheriff-Coroner and is authorized to certify such records.

2. The records attached hereto, are true copies of the records[1] held by this office, that are described in the Deposition Subpoena herein dated January 22nd , 2010, issued on behalf of Philip J. Berg, Esq.

3. Said records were prepared by the personnel of the County of Orange in the ordinary course of business at or near the time of the act, condition or event, all as more particularly shown on each such record.

I declare under penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed at Santa Ana, California, this 26th day of January, 2010.

Carol Morris, Administrative Manager III
Custodian of Records
Orange County Sheriff's Department
vbr

---

[1] The Sheriff's Department will be producing these following items redacted: DR # 09-066339. This said record has been redacted of third party information based on the right to privacy

1. COPIES TO:
*Mission Viejo, Dignitary Protection Unit, & U.S. Secret Service(f)*

# ORIGINAL

## SHERIFF'S DEPARTMENT
### ORANGE COUNTY
### SANTA ANA, CALIFORNIA

2. CASE NO. 09-068339

PRIORITY:  ☐ Yes
           ☒ No

3. ☐ INITIAL NON-CRIMINAL
4. ☐ INITIAL CRIMINAL
5. ☐ FOLLOW-UP CRIMINAL
6. ☐ CONTINUATION REPORT NO

### SANDRA HUTCHENS, SHERIFF-CORONER

FOLLOW-UP REPORT

| 7. OFFENSE | 8. LOCATION OF OCCURRENCE | | |
|---|---|---|---|
| Information report - suspicious circumstances | 26302 La Paz #211, Mission Viejo (949) 683-5411 | | |
| 9. VICTIM/INFORMANT | 10. DATE AND TIME OF OCCURRENCE | 11. GRID | |
| Orly (NMN) Taitz (DOB: 8-13-60) | 4-17-09 @ 1620 hours | 922B1 | |

12. DETAILS OF OFFENSE

**Informant's home address/phone:** 31912 Monarch Crest, Laguna Niguel 92677 / (949) 661-1056.

**Related documents:** 85 pages of information considered relevant by informant.

**Details:** On 4-17-09 I was dispatched to 26302 La Paz #211 in Mission Viejo reference a possible theft report. Upon my arrival at 1630 hours, I contacted the informant, Orly Taitz. Orly owns/operates a dentist office at that location.

Orly told me she is a fulltime dentist and also an attorney. In addition to being a dentist and an attorney, Orly is the president of a non-profit foundation called "Defend Our Freedoms." Defend Our Freedoms is an Internet website that Orly started in December 2008. Orly uses her Mission Viejo dentist office as the mailing address for her foundation. The web address(es) for Orly's foundation is: dr_taita@yahoo.com and www.repubx.com.

Upon starting her foundation, Orly received an e-mail in late 2008 from a woman who identified herself as Lisa Ostella (no description) from an unknown location in New Jersey. Orly never met Lisa in person but discovered they shared common religious/political views via their e-mail (only) communication. Although Orly knew very little about Lisa, Orly decided she could trust Lisa.

In December 2008 Lisa told Orly she could setup and manage the Defend Our Freedoms website because Internet/website management was Lisa's specialty. Consequently, Lisa became the "webmaster" for the Defend Our Freedoms website. According to Orly, Lisa was responsible for establishing computer systems to facilitate the goals of Orly's Internet based foundation. One of Lisa's duties was to setup a "Pay-Pal" link to allow website visitors to donate money to the foundation.

Since the inception of her website, Orly has received monetary donations of varying amounts. Orly was not sure how much money she has received in donations to date. Recently (unknown date), Orly learned via e-mail(s) from other(s) who visit her website that some monetary donations intended for the Defend Our Freedoms cause were redirected to Lisa's personal e-mail account.

Orly said she confronted Lisa (though e-mail correspondence) about the missing donations and Lisa became hostile with her. Incidental to Orly's allegations of missing money, Lisa locked Orly out of the website. Lisa also began a character assassination against Orly by warning all website visitors that Orly was a fraud and was illegally soliciting money by way of a fictitious cause (Defend Our Freedoms).

| INVESTIGATING OFFICERS | REPORT BY | DATE OF REPORT | APPROVED |
|---|---|---|---|
| | D. Mendoza #2303 | 4/17/09 | |

PAGE 1 OF 5

Exhibit 5, Page 86

1. COPIES TO:
*Mission Viejo, Dignitary
Protection Unit, & U.S. Secret
Service*

2. CASE NO. 09-068339

### SHERIFF'S DEPARTMENT
ORANGE COUNTY
SANTA ANA, CALIFORNIA

SANDRA HUTCHENS, SHERIFF-CORONER                                      REPORT CONTINUATION

Although Orly could not say with any certainty how much of the foundation money was redirected by Lisa to her personal account, Orly estimated the loss at approximately $10,000.

As a result of her situation with Lisa Ostella, Orly contacted another Internet friend named Neil Sankey. Orly met Neil (unknown description) in December 2008 via Internet/e-mail communications. Orly has never seen Neil in person, but he told Orly he was a private investigator and had 20 years experience with "Scotland Yard." According to Orly, Neil ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Since Orly and Neil shared common religious/political views, Neil became a close (cyber) friend. Orly also believed that Neil's extensive experience with Scotland Yard could be instrumental in achieving the goals of the foundation.

Orly had Neil conduct a background investigation on Lisa Ostella. Neil told Orly that Lisa Ostella is actually "Lisa Renee Liberi," who is approximately 42 years old and living at an unknown location in New Mexico. Neil told Orly that Lisa Liberi has an extensive criminal history involving various forgery crimes many of which resulted in convictions (unknown jurisdictions).

Though the course of Neil's background investigation of Lisa Liberi (via unknown means), he discovered that she also operated an Internet website (unknown name/web address). Lisa Liberi's website was very similar (in political/social issues) to Orly's Defend Our Freedoms website. Neil told Orly that Lisa Liberi's website had link(s) directing visitors to the Defend Our Freedoms site. Visitors could then make monetary donations at either website presumably in support of Orly's cause; however, in reality the donations were redirected to Lisa Ostella's (AKA: Lisa Liberi) personal account.

Orly contacted the FBI (unknown person) about this situation. Orly said she was told by an unknown FBI representative that her monetary loss was not sufficient enough for Federal authorities to get involved. Orly said she was told to contact the local law enforcement agency for a report.

Upon being briefed by Orly, she gave me 85 pages of what she deemed relevant information regarding the theft of foundation funds, Lisa Liberi's Internet "rap-sheet" provided by Neil Sankey, and also information related to her foundation's cause. Orly said she sent some of this information to Attorney General Eric Holder, Solicitor General Elena Kagan, FBI Director Robert Mueller, Officer Nathan Le at the Orange County FBI Cyber Crime Division, Christine Glaccio – Chief of Security of the Supreme Court, Supreme Court Chief Justice John Roberts, and Captain Crawford who is the Legal Counsel to the Chairman of the Joint Chiefs of Staff.

Upon completing my initial interview with Orly, I asked her about the Defend Our Freedoms website. Orly told me her website exposes U.S. President Obama as a criminal and a fraud. Orly said her website contains information that President Obama is not a United States citizen but rather he is an Indonesian citizen. Orly told me she obtained school/educational records belonging to President Obama when lived and attended school in Indonesia. Orly also believes that President Obama has several social security numbers that he uses to alter/hide his true citizenship.

| INVESTIGATING OFFICERS | REPORT BY | DATE OF REPORT | APPROVED |
|---|---|---|---|
|  | D. Mendoza #2303 | 4/17/09 |  |

Exhibit 5, Page 87

1. COPIES TO:
*Mission Viejo, Dignitary Protection Unit, & U.S. Secret Service*

2. CASE NO. 09-068339

**SHERIFF'S DEPARTMENT**
ORANGE COUNTY
SANTA ANA, CALIFORNIA

**SANDRA HUTCHENS, SHERIFF-CORONER**

REPORT CONTINUATION

Orly went on to say her foundation exposes President Obama as a supporter of radical terrorists. Orly said she posted evidence on her website that President Obama has been instrumental in releasing Muslim terrorists, including Hamas members, from United States controlled custody facilities throughout the world.

Orly believes President Obama has endangered American (and global) populations with his extremely liberal religious, social, and political views. Therefore, she established her Internet foundation to expose, indict, and possibly criminally charge President Obama. Orly's ultimate goal is for President Obama to be convicted of his crimes and be removed from office.

Orly told me she personally met with Supreme Court Justice Antonin Scalia last month on 3-9-09 and also with Supreme Court Justice John Roberts on 3-15-09. Orly said she attended a legal conference in Downtown Los Angeles (unknown location) which is where she met with both Justices. Orly said Justice Scalia and Justice Roberts were interested in her information about President Obama and encouraged her to forward any evidence she might have to their office.

Orly closed by saying neither she nor her foundation advocates any type force or violence against President Obama or any other government official because she is a non-violent professional. Orly said she welcomes any type of follow-up investigation from the Sheriff's Department. I completed my interview and gave Orly a business card with the case number for an information report. At the end of my shift I booked the 85 pages of information given to me by Orly at the south sub-station evidence locker.

| INVESTIGATING OFFICERS | REPORT BY | DATE OF REPORT | APPROVED |
|---|---|---|---|
|  | D. Mendoza #2303 | 4/17/09 |  |

PAGE 3

Exhibit 5, Page 88