# Exhibit 6

Lisa Ostella
8 Riekens Trail
Denville, NJ 07834
973-784-4208

October 29, 2010

Intelius Inc.
500 108th Ave NE
22nd Floor
Bellevue, WA 98004
With Signature Request

**RE: Information of Data Requests for Lisa and Frank Ostella**

To Whom It May Concern:

From October 2008 to present, my family and I have fallen victims to harassment that have increased to threats and stalking. These incidents have been reported to North Brunswick Police Department New Jersey reports #8046531 and #9024817 as well as Denville Police Department New Jersey #2010-8464. Denville Police has referred the incidents to Special Agent Mcloud of the F.B.I. of the Newark, New Jersey Office.

The people suspected of causing these incidents of stalking and threats have gone on record with the Orange County Sheriff's Department of California, Docket filings in a Federal Court Case, as well as media interviews stating that private information was obtained on me through background checks run through your company or company affiliates.

Due to safety concerns, I need released all requests made to your company, affiliates and business aggregates made on myself and my husband, Frank Mario Ostella from September 2008 to October 2010.

Intelius Inc.                                          October 29, 2010
Page Two (2)

From the time period of September 2008 through October 2010, please provide:

1) Name, entity and contact information of all requests or purchases of information, including; but not limited to, any and all consumer reports, credit reports, or any other reports or written communications requested or purchased on Frank Mario Ostella DOB: 9/2/1961
2) Name, entity and contact information of all requests or purchases of information, including; but not limited to, any and all consumer reports, credit reports, or any other reports or written communications requested or purchased on Lisa Michelle Ostella aka Lisa Michelle Current DOB: 1/8/1968
3) Purpose given for the request of information
4) Provide a copy of all consumer reports, credit reports, or any other reports or written communications to me immediately that reference Lisa Michelle Ostella aka Lisa Michelle Current and Frank Mario Ostella
5) Dates the information was supplied to the requester.

Since specific threats have been made against my children, your immediate response is required.

Thank you in advance for all of your assistance.

Regards,

*Lisa M. Ostella*

Lisa Ostella


Cc: John Soumilas, Esquire
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110