# Exhibit 7



500 108th Avenue NE
25th Floor
Bellevue, WA 98004

T 425.974.6100
F 425.974.6199

December 6, 2010

Lisa Ostella
8 Reikens Trail
Denville, NJ 07834

Dear Ms. Ostella,

We have received your request that we provide you with the identity of all individuals requesting information regarding you and your husband. Unfortunately, without a court order or valid subpoena compelling production of the information our user agreements with our customers prevent the release of the requested information.

I apologize for any inconvenience this has caused you.

Regards,

*Stanley J. Willoretta*
Stanley J. Willoretta
Customer Concerns Manager

**INTELIUS**
P.O. Box 808
Bothell, WA 98041
www.intelius.com

www.intelius.com