# Exhibit 8



| People Search | Background Check | Criminal Records | Reverse Lookup |

About Us | All Products & Services | Careers | FAQs | Contact Us | Affiliates | Help | Site Map | Privacy Policy | Terms & Conditions

## Frequently Asked Questions

Consumer FAQ | Membership FAQ

1. What is a Security Code (CVV2)?
2. How do I print the full report?
3. What is issued within the Background Check?
4. Can I search people from other countries?
5. What if I forgot my password?
6. How do I view my purchased report?
7. Do you have a subscription service?
8. How do I edit my payment information on file?
9. How do I sign into my account?
10. What does "Available" mean?
11. How current is data?
12. Is anyone notified I am searching for them?
13. Do you have any sample reports?
14. How do I edit my user Information on file?
15. What Credit Card types do you accept?
16. What is issued in the one time people search report?
17. Do you accept International Credit Cards?
18. How do I create an Intelius account?
19. Are you able to search for company information?
20. Are you able to search for unlisted phone numbers?
21. Is your website secure?
22. Is there a charge to setup an Intelius Account?
23. What does the 24 hour people search report pass provide?
24. What does the Criminal Check provide?
25. Am I charged if the person I searched upon does not have a criminal record?
26. What Payment Methods does Intelius Accept?
27. How do I view my purchased report?

---

1. **What is a Security Code (CVV2)?**

   The Security code (CVV2 - Card Code Verification) is the last three digits of the code on the back signature line of your credit card. This is required to make an online purchase as it is verified for non card present transactions as a form of fraud protection.

2. **How do I print the full report?**

   To print the full reports try using the Landscape format, print to size button in your print preferences, resizing the report, or you can always copy and paste the data into Excel. Using Landscape will fit the full report into one page.

3. **What is issued within the Background Check?**

   Intelius provides instant and comprehensive Background Searches on anyone. This detailed search includes the following information:

   o Criminal Check
   o Bankruptcies
   o Small Claims
   o Property Info (If available)
   o Neighbors (If available)
   o Tax Liens

- o Judgments
- o Licenses
- o 20 Year Address History
- o Mortgage
- o And Much More

4. **Can I search people from other countries?**

    Unfortunately, Intelius does not offer the ability to search for international people or information. The Intelius services are provided to locate US based information and people.

5. **What if I forgot my password?**

    **To request a new password please do the following:**

    - o Go to https://www.intelius.com/password-forgot.php
    - o Enter the e-mail address associated with your Intelius accont and click continue
    - o Your new password will be sent to the e-mail address you provided

    For security reasons please change your temporary password once you log into the account.

    **To change your password please do the following:**

    - o Log into your Intelius account at https://www.intelius.com/login.php
    - o Click on "My Account"
    - o Click on "Password"
    - o Type your old password
    - o Create a new password
    - o Confirm your new password
    - o Click on "Change password"

6. **How do I view my purchased report?**

    The report purchased will be viewable on your computer screen immediately after your purchase by clicking the show my report button, and emailed to you if you opted for the email add-on option. If you close your internet connection you may now view your search report again within 45 days of the purchase date by logging into your account and clicking on "My Reports".

7. **Do you have a subscription service?**

    Intelius does offer a monthly subscription service, our Identity Protect product. This award-winning service includes:

    - o 10% off intelius purchases
    - o Reduce junk mail
    - o A Free Credit Report
    - o Reduce credit card offers
    - o 24/7 recovery services
    - o SSN Monitoring
    - o Credit & Debit Card monitoring
    - o Bank Account Monitoring
    - o Email fraud alerts
    - o Public Records Monitoring
    - o A customizable "Watch List"
    - o A real-time ID theft risk score
    - o $25,000 in ID theft monitoring

8. **How do I edit my payment information on file?**

    **To edit your payment information on file please do the following:**

    - o Go to http://www.intelius.com/login.php
    - o Enter your e-mail address and password
    - o Click Login
    - o Click on "Manage Account"
    - o Click on "Payment Info"
    - o Edit your credit card information on file
    - o Click on "Update Payment Information"

9. **How do I sign into my account?**

    **To sign into your account please do the following:**

Exhibit 8, Page 93

- Go to https://www.intelius.com/login.php
- Enter your email address
- Select "Yes, I have a password"
- Type your password into the appropriate field
- Click "Login"

10. **What does "Available" mean?**

We access a variety of different public records sources from our data partners. As you can imagine, some of the sources are courthouses, county and other government offices. These offices can be slow to update public information. We are as current as they are but some of the updates are out of our immediate control.

11. **How current is data?**

We access a variety of different public records sources from our data partners. As you can imagine, some of the sources are courthouses, county and other government offices. These offices can be slow to update public information. We are as current as they are but some of the updates are out of our immediate control.

12. **Is anyone notified I am searching for them?**

No one is notified that you are using the Intelius services, including the person you are searching for.

13. **Do you have any sample reports?**

The below links will show you sample people search, background report and property reports that we offer:

- People Search Report: View People Search Sample
- Background Search Report: View Background Report Sample
- Property Search Report: View Property Report Sample
- Criminal Check Report: View Criminal Report Sample
- Marriage & Divorce Records: View Marriage/Divorce Report Sample
- Death Record Report: View Death Record Report Sample

14. **How do I edit my user Information on file?**

To edit your User information on file please do the following:

- Go to Member's Login
- Log into your account with your email address and password
- Click on "My Account"
- Click on Account
- Edit your information
- Click on "Update Profile"

15. **What Credit Card types do you accept?**

Currently, Intelius accepts Visa, Master Card, Discover and AMEX. You can make your purchase with a debit or a credit card on the Intelius website.

16. **What is issued in the one time people search report?**

This would provide you with all available information which could include; first name, middle initial, last name, address, city, state, zip code, phone number, age, date of birth, average yearly income and average house price. You must sign into your account to perform your searches. Once within the account please click on people search by; name, address, phone or advanced. Next, type in your search criteria and click "search". Your results will be returned directly on your computer screen. To sign into your account please do the following:

- Go to https://www.intelius.com/login.php
- Enter your email address
- Click "Yes, I have a password"
- Type your password into the appropriate field
- Click "Login"

17. **Do you accept International Credit Cards?**

We do not currently accept payment from international credit cards for security and fraud protective purposes.

18. **How do I create an Intelius account?**

To setup an Intelius account please follow the below instructions. Please note you are not charged for setting up an account. You are only charged when you confirm the charge to your credit card through our three step confirmation checkout page.

- Go to https://www.intelius.com/login.php
- Enter your email address
- Select "No, I am a new customer"
- Click "Login"
- Create a password(minimum of 6 characters)
- Confirm your password by re-typing it

Exhibit 8, Page 94

- Select payment method (Credit Card)
- Read and Accept our User Agreement if you wish to continue

**Payment Method**

- Select your card type in the pull down menu bar (Visa, Master Card, Discover or AMEX)
- Enter your Credit Card number with no dashes or spaces
- Select your Expiration Date using the pull down menu bar
- Enter your First Name
- Enter your Last Name
- Enter your billing information: street address, city, state, zip code and country (**PLEASE NOTE** - The billing address on file must match the billing address on file with your credit card issuing bank. For fraud protective purposes if the addresses do not match the transaction will be declined.)
- Enter your 3 digit security code (the last 3 digits on the back signature line of your credit card)
- Click "Create Account"

19. **Are you able to search for company information?**

Unfortunately, we do not provide business information searches. Our search product is primarily focused on searching for consumers, not companies or organizations.

20. **Are you able to search for unlisted phone numbers?**

Intelius provides online access to public records such as real estate deeds, lawsuit filings, and other information filed by individuals and businesses with local, state and federal agencies. We also provide access to publicly-available information such as published telephone numbers. Your telephone number is not available in these databases if you have a non-published telephone number, that is, a number that is not listed in the phone book, or not available from directory assistance.

For information on how to obtain a non-published telephone number, please contact your telephone company. We can obtain unlisted numbers. These are numbers that are not listed in the phone book, but are available from public records sources.

The Intelius website offers customers the ability to search by name, address or phone number. To search by a phone numbers on the Intelius website please do the following:

- Click On: Search By Phone

21. **Is your website secure?**

The sign in screen [ https://www.intelius.com/login.php ] is a secure webpage which you can notate by the security lock at the bottom of the page and the "s" in the website address of "https". However, once you click "Login" you are brought to a non-secure page to search as there is no secure information submitted when you are searching on the search screen. Please notate when you go into "My Account" or make a purchase through our three step confirmation checkout page that the page then becomes secure again.

We are very sensitive to the privacy and security concerns that individuals have with respect to personal information. The Intelius website is secure and utilizes 128bit encryption and we have a valid security certificate which again can be notated by the security lock at the bottom of the page and the "s" in the https:// indicating the security. Please rest assured our website is secure.

22. **Is there a charge to setup an Intelius Account?**

No. You are not charged for setting up an Intelius account, nor are you charged on a monthly or recurring basis. The only time you will be charged by Intelius is when you confirm a charge to your credit card by making a purchase on the Intelius website and walking through the three step confirmation checkout page.

23. **What does the 24 hour people search report pass provide?**

The 24 hour unlimited people search report pass provides the ability to perform unlimited people searches for a 24 hour consecutive hour timeframe. The 24 hour unlimited people search report pass only provides unlimited people search reports for 24 hours. All other reports are sold separately.

24. **What does the Criminal Check provide?**

Our instant Criminal Checks include felony, misdemeanor, federal, & county offenses on anyone. You may search to verify if an individual has a criminal record or not on the Intelius website by searching by first name, last name, state and date of birth. Our reports will provide you with all people within the state with the name and date of birth provided with a criminal record available from public records. You can accomplish a criminal check by performing a state-wide or nation-wide criminal check on the Intelius website.

To view a sample criminal check please visit the below URL:
http://www.intelius.com/example-criminal.php

To perform a criminal check please visit the below URL:
http://www.intelius.com/search-name.php?searchform=criminal1

25. **Am I charged if the person I searched upon does not have a criminal record?**

You are charged regardless of whether the individual searched upon has a criminal record or not as we are charged for searching public records to confirm this for you. Not all individuals have a criminal record. The point of purchasing a Criminal Check is to check and verify if an individual has a criminal record or not. There are some instances where you may feel a person has a criminal, but the public records database confirms there are no criminal offenses. The following explain some instances where an individual would not have an available criminal record from the public records database:

Exhibit 8, Page 95

- o  The person has never been convicted of a crime. (An arrest does not create a criminal record. The person must be convicted of a crime to have a criminal record)
- o  The criminal records have been expunged
- o  The criminal records have not yet been updated in the public records database. (Updates can take several months)
- o  The criminal records have been sealed and are no longer public. (ie - Minors criminal offenses are sealed and not a matter of public records)
- o  The criminal record is in a different state then the state searched upon
- o  criminal offenses are under a different name/d.o.b then the one searched upon

26. **What Payment Methods does Intelius Accept?**

   Intelius accepts **Visa, Mastercard, Discover** and **American Express** Cards.

27. **How do I view my purchased report?**

   **Instant Searches**
   The report purchased will be viewable on your computer screen immediately after your purchase and emailed to you if you opted for the email add-on option.

   **Assisted / Expert Searches**
   Your assisted search results will be e-mailed to you within 5-7 business days.

   - o  You can view your purchased report again within 45 days of the purchase date by Clicking Here.

**Back to top**

All Products & Services | Help | About | Careers | Contact Us | FAQ | Site Map | Directory | Affiliates | Volume Discounts | Intelius Blog

© 2003-2011 Intelius, Inc. All Rights Reserved. Privacy Policy | Terms & Conditions

