Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney in pro se and for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, | CIVIL ACTION NUMBER: |
| Plaintiffs, | **8:11-cv-00485-AG (AJW)** |
| vs. | **PLAINTIFFS OBJECTIONS TO DEFENDANT LAW OFFICES OF ORLY TAITZ'S MOTION TO DISMISS and AMENDED MOTOIN TO DISMISS, DOCKET NO.'S 376 and 377** |
| ORLY TAITZ, et al, | |
| Defendants. | Date of Hearing:   October 17, 2011 |
| | Time of Hearing:   10:00 a.m. |
| | Location:             Courtroom 10D |

Plaintiffs, by and through their undersigned counsel, Philip J. Berg, Esquire
files the within Evidentiary Objections and Objections to Defendant Law Offices
of Orly Taitz ["L.O.O.T."] Motion to Dismiss ["MTD"], Docket No. ["DN"] 376
and Amended MTD, DN 377 for failure to follow the Federal Rules of Civil
Procedure and this Court's Local Rules.

- L.O.O.T.'s MTD and Amended MTD does **not** comply with the *Fed. R. Civ. P.* 10, 11, 11(b)(1), 11(b)(2) and 11(b)(3);

- L.O.O.T.'s MTD and Amended MTD does **not** comply with the with this Court's Local Rules ["*L.R.*"] 7-3, 7-4, 7-6, 11-3.1.1, 11-3.8(a), 11-5.2, 11-6, 6-1 and L.O.O.T.'s Amended MTD is also in violation of this Court's L.R. 11-3.2.  Therefore, this Court should strike Taitz's filing; *see L.R.* 7-4;

- L.O.O.T.'s MTD and Amended MTD were filed for an improper purpose to further slander, libel and defame the Plaintiffs, waste judicial resources, cost Plaintiffs unnecessary litigation expenses, and to use as Press Releases which Orly Taitz posted all over the Internet; and

- L.O.O.T.'s MTD and Amended MTD contains lies; false recitations of the case; false recitations of the pleadings on file with this case; false recitations of what was plead in Court filed documents; false recitations as to why this case was filed; false allegations against the Plaintiffs; and are an improper attempt to re-write the history of this case.

## A.    **FACTS**:

1.    Plaintiffs filed suit due to Defendants invasion of privacy, selling of confidential information, illegal access and distribution of Plaintiffs private data, including but **not** limited to credit data, financial data, full Social Security

---

numbers, dates of birth, address, family information, medical information, place of birth, maiden names, mother's maiden names and other primary identifying information.  In addition, Defendant Orly Taitz and other Defendants used this private data to harass, cyber-stalking, cyber-bully, cyber-harass and other torts the Plaintiffs.  As a direct result, Plaintiffs were severely injured and damaged.

2.     Peter Cook, Esquire, Attorney for the Law Offices of Orly Taitz, brought to Plaintiffs attention that the Law Offices of Orly Taitz was **not** a legal entity and therefore could **not** be sued.

3.     Mr. Cook then sought Leave of Court on or about the end of July 2011, to file a Motion to Dismiss the Law Offices of Orly Taitz.  This Court Granted Mr. Cook Leave to File the Motion to Dismiss, but encouraged Mr. Cook to combine Defendant Yosef Taitz's and the Law Offices of Orly Taitz's Motion to Dismiss.  Mr. Cook failed to do so.

4.     Plaintiffs agreed to Stipulate to the Dismissal of Defendant the Law Offices of Orly Taitz Without Prejudice, but with the agreement that the Law Offices of Orly Taitz could be renamed should it be discovered it was in fact a legal entity.

5.      Mr. Cook then sought Leave to File a Stipulated Agreement to Dismiss the Law Offices of Orly Taitz, which this Court Granted on or about August 3, 2011.

6.      Mr. Cook sent counsel for the Plaintiffs a Proposed Stipulation, in PDF format so it could **not** be changed, Dismissing the Law Offices of Orly Taitz. However, the Stipulation prepared by Mr. Cook was for Dismissal With Prejudice so Plaintiffs would be precluded from renaming the Law Offices of Orly Taitz if it was discovered it was in fact a legal entity. *See* the Declaration of Philip J. Berg, Esquire filed concurrently herewith at pg. 4, ¶10.

7.      Mr. Berg responded to Mr. Cook on August 16, 2011 and asked for two [2] corrections.  One that the dismissal is without prejudice; and second, that Plaintiffs could rename the Law Offices of Orly Taitz if it were discovered that it was in fact a legal entity.  Mr. Berg never heard back from Mr. Cook.

8.      A hearing took place in this Court on September 12, 2011.  During this hearing, which Orly Taitz was present for, the Court asked Mr. Berg if he was familiar with Ethical violations and Media pertaining to a case.   Mr. Berg responded to the Court that yes he was.

---

9.     Defendant Orly Taitz left the courtroom and immediately began posting false statements about the case and Plaintiffs' Counsel, Philip J. Berg, Esquire and Gary Kreep.

10.     Thereafter, in the late evening of September 14, 2011, Defendant Orly Taitz filed a Motion to Dismiss ["MTD"] on behalf of the Law Offices of Orly Taitz.  The grounds for their MTD were that the Law Offices of Orly Taitz was **not** a legal entity.

11.     Instead of filing a proper Motion concentrating on the true issue, Defendant Orly Taitz ["Taitz"] filed twenty-seven [27] pages of false statements about the Plaintiffs; false allegations about the Plaintiffs; false recitations of this case; numerous lies which contradicted Taitz's previous lies; and unauthenticated documents, all of which were irrelevant, redundant, immaterial, impertinent, or scandalous matter.

12.     Taitz then posted this filing all over the internet in approximately nine [9] places on her website http://www.orlytaitzesq.com at:

http://www.orlytaitzesq.com/?p=25553
http://www.orlytaitzesq.com/?attachment_id=25552
http://www.orlytaitzesq.com/?attachment_id=25551
http://www.orlytaitzesq.com/?attachment_id=25550
http://www.orlytaitzesq.com/?attachment_id=25549

http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Lisa-Liberi-criminal-record-bankruptcy-record.pdf

http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Liberi-v-Taitz-12.23.2010-pdf-memorandum-by-Judge-Robreno.pdf

http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Liberi-v-TAaitz-10.10.2011-hearing-motion-to-dismiss-Law-offices.pdf

http://www.orlytaitzesq.com/wp-content/uploads/2011/09/declaration-of-Lisa-Liberi-first-5-digits-of-SSN-redacted-.pdf

Approximately eight [8] places on her Facebook pages at:

http://www.facebook.com/orlytaitz/posts/10150295924320975

http://www.facebook.com/dr.orly.taitz/posts/10150312895303950

http://www.facebook.com/dr.orly.taitz?sk=app_9953271133

http://www.facebook.com/dr.orly.taitz?sk=app_45439413586

http://www.facebook.com/dr.orly.taitz

http://www.facebook.com/orlytaitz?sk=wall

http://networkedblogs.com/n6vA1

http://networkedblogs.com/n6vA1?a=share&ref=nf

And, on her *Before It's News* Media Page as a reporter at:

http://beforeitsnews.com/story/1101/559/submitted_to_Judge_Andrew_Guilford_in_Central_District_of_CA_today.html

13.    Plaintiffs notified the Court of Defendant Taitz's improper use of the Court's docketing system.    Plaintiffs also notified this Court that the date

calendared by Defendant Orly Taitz was an actual holiday and the Court had closed since February 2011.

14.    Instead of contacting this Court's clerk to correct the date of hearing, Defendant Orly Taitz re-filed all her false allegations, false statements, false recitations of this case, false recitations of the Court's Rulings, etc., on September 16, 2011. *See* Docket No. 377.  In addition, Taitz filed over the page limits as she used font 12, instead of the required 14 font pursuant to this Court's local Rules and her pleading fails to follow the Federal Rules of Civil Procedure and this Court's Local Rules as outlined below.

15.    In further retaliation, harassment and cyber-stalking, Defendant Taitz again created a post falsely accusing Plaintiffs of crimes; falsely accusing Plaintiffs of harassing, defaming and slandering her; falsely accusing Plaintiffs of keeping her from her Obama litigation; misrepresenting Orders of the Court; misrepresenting Plaintiffs lawsuit; misrepresenting the Court filings; falsely accusing Plaintiffs of preparing Complaints on behalf of those individuals who filed against Orly Taitz for her wrong doings; inciting her supporters, followers and readers against Plaintiffs, their spouses and their witnesses; listing private information pertaining to Plaintiff's spouse, showing she has again conducted an illegal background check; falsely accusing Plaintiffs witness and Plaintiff Liberi's mother of sending thousands of emails (this is **not** the first time Taitz has gone

after Plaintiff Liberi's mother), etc.   Taitz posted this on her website at http://www.orlytaitzesq.com/?p=25592; and all over her Facebook pages at:

http://www.facebook.com/dr.orly.taitz/posts/10150314194668950

http://www.facebook.com/dr.orly.taitz

http://www.facebook.com/orlytaitz?sk=wall

http://www.facebook.com/dr.orly.taitz?sk=app_9953271133

http://networkedblogs.com/n9Kno?a=share&ref=nf

http://networkedblogs.com/n9Kno

http://www.facebook.com/dr.orly.taitz?sk=app_45439413586

http://www.facebook.com/orlytaitz/posts/10150295924320975

16.    Taitz is using the Court's docketing system to further harass, post false statements, false allegations, publish private data regarding Plaintiffs, cyber-stalk, cyber-bully, cyber-harass Plaintiffs, incite against Plaintiffs witnesses; invade Plaintiffs Privacy; and damage the Plaintiffs.

17.    L.O.O.T.'s MTD should **not** be considered by this Court.  Plaintiffs Objections are submitted to this Court with an express reservation of Plaintiffs General Objections to L.O.O.T. MTD and without waiving any such General Objections.  As outlined below, Taitz and LO.O.T.'S statements, opinions, false recitations, false allegations, false characterizations and baseless statements are devoid of any competent or admissible evidence.  Further, these unnecessary wastes of pages in Taitz and L.O.O.T.'s MTD are irrelevant, immaterial, redundant, impertinent or scandalous matter.

18.     For these reasons, Plaintiffs Object to the Law Offices of Orly Taitz's MTD and Amended MTD filed by Defendant Orly Taitz as follows:

//
//
//
//
//
//

**B.      PLAINTIFFS OBJECT TO L.O.O.T.'s MTD and AMENDED MTD AS IT IS NOT COMPLIANT WITH THE FEDERAL RULES OF CIVIL PROCEDURE or THIS COURT'S LOCAL RULES:**

19.     Defendant Orly Taitz as attorney for L.O.O.T. filed a MTD on September 14, 2011. *See* Docket No. ["DN"] 376.   Taitz's MTD was **not** compliant with the pleading requirements of the Federal Rules of Civil Procedure ["*Fed. R. Civ. P.*"] 10, failure to number her paragraphs; and Rule 11, as it was submitted for an improper purpose in violation of *Fed. R. Civ. P.* 11(b)(1), contains approximately twenty-five [25] pages of frivolous argument that does **not** pertain to the Motion, to harass the Plaintiffs and make litigation expensive in violation of *Fed. R. Civ. P.* 11(b)(2), and Taitz signed her pleadings knowing she had included false statements, false allegations, false recitations, etc. in violation of *Fed. R. Civ. P.* 11(b)(3).

20.     Defendant Taitz's MTD on behalf of L.O.O.T. also violated this Court's Local Rules ["*L.R.*"] 7-3 as Taitz failed to Confer with Plaintiffs' Counsel prior to the filing of the Motion and failed to include a Certificate of Counsel; *L.R.*

7-4. Taitz failed to prepare and file a proper Notice of Motion; *L.R.* 7-5. Taitz's Memorandum of Points and Authorities is **not** brief and contains approximately twenty-five [25] pages of unnecessary bashing of Plaintiffs, false recitations of this Case, of the Orders on File, of pleadings, etc., false allegations and statements about Plaintiffs, and documents that were unauthenticated and impertinent, irrelevant to the within Motion; *L.R.* 7-6 Declaration of Orly Taitz contesting that L.O.O.T. is **not** a legal entity; *L.R.* 11-3.1.1 as Taitz used only twelve [12] point font to exceed the page limits; *L.R.* 11-3.8(a) Taitz failed in include her bar number; *L.R.* 11-5.2 even though Taitz's exhibits were unauthenticated, irrelevant and immaterial, she failed to number them as required; *L.R.* 11-6 exceeds the page limits had the proper font been used; and failed to properly Notice the Motion in violation of this Court's *L.R.* 6-1. Therefore, this Court should strike Taitz's filing, see *L.R.* 7-4.

21.    Taitz then filed an Amended Notice of Motion and MTD correcting the hearing date. *See* DN 377. This pleading is worse than the first one. This pleading is incompliant with the above rules outlined in paragraphs 19-20. Therefore, Plaintiffs incorporate by reference paragraphs 19-20, as if fully set forth here at length. In addition, Taitz failed to file this pleading on proper pleading paper in violation with this Court's *L.R.* 11-3.2.

---

22.   Both of Taitz's pleadings, DN 376 and 377 fail to properly cite their cases, cite the names of the cases properly; cite the correct page numbers, etc. Taitz, as an attorney, her pleadings are sloppy, incompliant, hard to read, contain rhetoric that fails to pertain to this case and/or her MTD, and an embarrassment to the legal profession.

23.   For these reasons, Defendant L.O.O.T.'s MTD and Amended MTD filed by Taitz must be stricken and **not** considered by the Court.  And, Plaintiffs must be awarded Attorney Fees and costs.

## C.   PLAINTIFFS SPECIFIC OBJECTIONS:

24.   Taitz's MTD [DN 376] and Amended MTD [DN 377], page 2, ¶1 "Later Berg stated, that he refuses to dismiss with prejudice."

**PLAINTIFFS OBJECTIONS**: Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Inadmissible opinion testimony, FRE 701, et. seq; and Argumentative.

25.   Taitz MTD [DN 376] and Amended MTD [DN 377], page 2, ¶1 "This is particularly true as Berg  tends to sue not only the party to dispute but any and all entities and relatives of opponents, in this case relatives of individuals, who blew the whistle on Berg, Liberi and Ostella, plaintiffs herein…".

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Speculation; Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Inadmissible opinion testimony, FRE

701, et. seq.; Argumentative; misleading, immaterial, irrelevant, is an improper characterization; and Hearsay, FRE 802, et seq.

26.     Taitz MTD [DN 376] and Amended MTD [DN 377], page 2, ¶2 "Berg included in the original complaint as additional defendants Yosef Taitz, the husband of attorney Orly Taitz, Caren Hale, wife of talk show host Ed Hale (Hale case was moved to TX), Todd Sankey, son of investigator Neil Sankey. Berg previously stipulated to dismissal of Mr. Taitz with a stipulation, that prior to bringing him back into the case "the plaintiffs will seek a leave of court and a decision by the court, that Plaintiffs have established evidence sufficient to support a cognizable claim" against Mr. Taitz. (Exhibit 1)[sic] In violation of stipulation and without a finding by this court, that Plaintiffs established such evidence Berg joined Mr. Taitz as a defendant. With that in mind Defendants cannot agree to dismissal without prejudice and a stipulation [sic] and the Plaintiffs refuse…"

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Inadmissible opinion testimony, FRE 701, et. seq.; Argumentative; and Hearsay, FRE 802, et seq.

**PLAINTIFFS OBJECTIONS TO EXHIBIT** "1": Irrelevant and Immaterial, FRE 401, 402; unauthenticated, FRE 901; Lack of Personal Knowledge; and Hearsay, FRE 802. et seq.

27.   Taitz MTD [DN 376] and Amended MTD [DN 377], page 3, ¶1 "Additionally, previously in the interest of judicial economy, Orly Taitz, who is both an attorney and Doctor of Dental surgery, and represents both "Law offices of Orly Taitz" and Orly Taitz, inc, [sic] her dental office, and asked for leave of court to file one 12(b)6 [sic] motion to dismiss the complaint against both Law offices of Orly Taitz and Orly Taitz, inc, [sic] her dental practice. Due to a docketing error by the clerk of the court, this court erroneously believed, that Orly Taitz, inc [sic] filed an appeal of the original AntiSLAPP [sic] motion. This error was corrected by the docketing clerk, however leave of court to file 12(b)6 [sic] motion on behalf of Orly Taitz, inc [sic] was not granted yet. As such, not to be seen as engaged in stalling, she is filing this motion on behalf of Law offices of Orly Taitz <u>only</u>."

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; and Hearsay, FRE 802, et seq.

28.   Taitz MTD [DN 376] and Amended MTD [DN 377], page 5, ¶1 "…but who is currently assisting Berg, as well as their affiliated entities."

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion

testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, irrelevant, is an improper characterization; and Hearsay, FRE 802, et seq.

29.    Taitz MTD [DN 376] and Amended MTD [DN 377], page 6, ¶1 "Three years ago Berg, Taitz and Berg's local co-counsel California attorney Gary Kreep maintained similar civil rights legal actions. All three of them: Berg, Kreep and Taitz maintain similar web sites, which contain pay-pal buttons allowing donations by supporters. While Berg and Kreep did not bring new cases for about two years, Taitz continued working in the field and brought new cases, with new plaintiffs, new angles and legal theories and new explosive evidence. As such media has called her a leader of the movement, featured her in thousands of TV, radio and newspaper interviews in U.S. and around the world and supporters and donors flocked to her. At the same time donations to Berg and Kreep fizzled."

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; and Hearsay, FRE 802, et seq.

30.    Taitz MTD [DN 376] and Amended MTD [DN 377], page 6, ¶2 "Taitz had other concerns in regards to Ostella using the web site of foundation for sales of T-shirts and other financial endeavors, where Ostella did not provide Taitz, president of DOFF, with any accounting or revenues for DOFF. Taitz advised Ostella, that she will be transferring to another web master. Instead of providing a

smooth transfer Ostella locked Taitz out of the old web site for the foundation and used the web site as well as list of donors to continuously seek donations, which went to Ostella, not DOFF, Ostella also used the old website to denigrate Taitz and promote competing attorney Berg. Taitz was forced to create a new web site and lost significant amount of donations due to actions of Ostella. Taitz wrote to attorney Berg and asked him to cease and desist providing patronage to Ostella, who was diverting funds from Taitz and DOFF."

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, irrelevant, is an improper characterization; and Hearsay, FRE 802, et seq. Most of this statement is a lie and is falsified.

31.     Taitz MTD [DN 376] and Amended MTD [DN 377], page 7, ¶2 "…Taitz also advised Berg, that she received a report from a licensed investigator Sankey, that showed that Berg's assistant Lisa Liberi has a lengthy criminal record with 27 charges and 10 felony convictions of forgery of documents and theft. Taitz advised Berg, that some of the evidence, that Berg brought in his cases was included by Taitz by reference in her case and she was concerned about the veracity of those documents, considering Liberi's recent conviction of forgery. She also advised Berg of danger to the public in Liberi's involvement in fund raising

---

considering her convictions of grand theft. Berg never responded, though he later confirmed receipt of the e-mail. Taitz started a new web site, where she advised her supporters and donors, that the old web site was taken over by the former volunteer web master Ostella and that any donations given to the old web site will not benefit DOFF as Ostella replaced Taitz pay-pal account with her own private account in connection to the pay-pal button on that old web site. Taitz also posted on her web site a report by investigator Sankey, which contained true and correct copy of Liberi's criminal record, that he lawfully obtained from reputable databases gathering records from reputable public sources, such as California Superior court and bankruptcy court."

> **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. seq.; Argumentative; misleading, immaterial, is an improper characterization; and Hearsay, FRE 802, et seq. Most of this statement is a lie and is falsified.

32.    Taitz MTD [DN 376] and Amended MTD [DN 377], page 7, ¶2 "Within two weeks of publication Berg, Liberi and Ostella filed this legal action in Pennsylvania, claiming defamation and invasion of privacy. In verified complaint Plaintiffs attempted to create an impression that Liberi is a different person, an individual, residing in PA and working in Berg's office, who was defamed by the

allegations of criminal record. In December of 2010 at a motion hearing before judge Robreno in Eastern District of PA during cross examination conducted by Taitz, Liberi admitted, that she was indeed a convicted felon, who was convicted in 2008 in California, Ostella admitted, that she indeed locked Taitz out of the old web site for DOFF and replaced Taitz pay-pal account with her own.  (Exhibit 2 Memorandum by judge" page 8, "Robreno). Judge Robreno found Berg, Liberi and Ostella "evasive on the stand" and "not believable as witnesses"."

> **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, is an improper characterization; and  Hearsay, FRE 802, et seq. Most of this statement is a lie and is falsified.

> **PLAINITFFS OBJECTIONS TO EXHIBIT "2":** Irrelevant, Immaterial, FRE 401, 402 and the statements of Taitz to the contents thereof is falsified and untruthful.

33.    Taitz MTD [DN 376] and Amended MTD [DN 377], page 8, ¶2 "In April of 2011 this case was transferred to CA and Taitz immediately filed an AntiSLAPP motion to dismiss the complaint in its' entirety.  While the AntiSLAPP was pending, Plaintiffs filed a first amended complaint, doubling the original 86 page complaint to 172 page complaint and claiming that they need to adjust the

1  complaint to CA statutes, even though the original complaint was based on CA

2  statutes."

3
4  "FAC contains 20 causes of action, claims #1-11 relate to LO."

5

6  **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal

7  Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of

8  Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible

9  opinion testimony, FRE 701, et. seq.; and Argumentative;

10

11  34.  Taitz MTD [DN 376] and Amended MTD [DN 377], page 8, ¶3,

12  "**THE COMMUNICATIONS DECENCY ACTS IMMUNIZES TAITZ AND HER**

13  **AFFILIATED ENTITIES FROM LIABILITY…**Plaintiffs' 1st, 2nd, 3rd, 4th,

14
15  5th, 6th, 7th, 8th, 9th causes of action arise out of Taitz alleged publication and re-

16  publication of a report prepared by licensed investigator Sankey for internet

17
18  magazine WorldNetdaily [sic] editor Bob Unruh and cc-ed to attorney Taitz."

19

20  **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Speculation;

21  Lacks Foundation; Assumes facts **not** in evidence; misleading, immaterial,

22  irrelevant, is an improper characterization; and Argumentative; Moreover,

23  Taitz false statements, lies to this Court that Sankey only "cc'ed [sic] to

24  Attorney Taitz" is contacted by Taitz own documents and court filings.

25

26  35.  Taitz MTD [DN 376] and Amended MTD [DN 377], page 8 ¶4 and

27  pages 9-10 "This case was filed only a couple of weeks after publication by Taitz

28

---

of the report…Communications Decency Act…any and all publications made by Taitz based on information…obtained by Sankey…Taitz affiliated parties"

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Speculation; Lacks Foundation; Assumes facts **not** in evidence; misleading, immaterial, is an improper characterization; and Argumentative; These pages and paragraphs are dishonest and contradict Taitz own statements in her filing appearing as DN 283 filed July 11, 2011 at pages 15-19 and Taitz filing, DN 280 filed July 11, 2011 at pages 15-17.

36. Taitz MTD [DN 376] and Amended MTD [DN 377], page 10, ¶2 and page 11 "**CLAIMS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, ARE BARRED BY PRIVILEGE AFFORDED BY CALIFORNIA CIVIL CODE SECTION 47**..."

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Speculation; Lacks Foundation; misleading, and is an improper characterization;

37. Taitz MTD [DN 376] and Amended MTD [DN 377], page 11, ¶2, "…with the sixth cause of action, as it is representative of the modus operandi of the Plaintiffs and their attorneys and is a financial centerpiece of the complaint."

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. seq.; misleading, immaterial, is an improper characterization; and Argumentative;

38.    Taitz MTD [DN 376] and Amended MTD [DN 377], page 11, ¶2,

pages 12-14 "Plaintiffs are suing for alleged violation of California IPA Cal Civ.

Code §1798.85, however Plaintiffs are egregiously defrauding the

court…Attorneys Berg and Kreep are egregiously defrauding this court by cutting

and pasting a quotation in regards to statutory penalty from an unrelated

statute…This is not a simple omission, this is egregious and malicious fraud in

light of the following facts: a. in their original complaint Plaintiffs sued under Ca

statute §1798.81. In her prior AntiSLAPP [sic] motion Taitz disclosed to the court,

that §1798.81 relates to governmental agencies…Plaintiff are improperly suing

defendants, who are not governmental agencies under that statute, so Plaintiffs

filed an amended complaint, where they sued under §1798.85, which does not have

any statutory damages but cut and pasted penalty from a different statute…b. in the

9th and 10th causes of action Liberi admits to being a felon on probation and

claims, that complaints brought by Taitz to her probation status hearing were

improper…contains a fact pattern of her engaging in the same activity: cutting and

pasting parts of documents and creating "documents"…Is it plausible to believe,

that somebody would read this report and would want to assume an identity of an

individual, who was recently convicted…Why would anyone want to attempt to

assume her identity?...If one were to assume, that there is somewhere an insane

person…however Liberi was in bankruptcy, there was nothing to steal and the

complaint does not plead any facts…Liberi personally entered her two unredacted full social security numbers in her two applications for bankruptcy in California  in 2000 and 2002…(Exhibit 3) Additionally, Liberi has provided her  full unredacted social security number in her declaration…(Exhibit 4). If arguendo there was ever any damage from published full social security number, it is more plausible, that it would be from such posting in the records readily available to the public for 10 years and not from a blog posting available for a day or two...Based on the fact…violation of statute, defendants respectfully request to dismiss this cause of action…Additionally, Defendants believe that actions of Plaintiffs' attorneys in cutting and pasting civil penalty of unrelated statute to fraudulently claim…Lisa Liberi as a main witness for Berg…"

> **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. seq.; Argumentative; Hearsay, FRE 802, et seq; misleading, immaterial, is an improper characterization; and contains falsified recitations of this Case, what is plead in pleadings, what is on file with this Case, and false accusations, allegations and statements.
>
> **PLAINTIFFS OBJECTIONS TO EXHIBITS** "3" and "4":  Irrelevant and Immaterial, FRE 401, 402; unauthenticated, FRE 901; Lack of Personal Knowledge; and Hearsay, FRE 802. et seq.

---

39.   Taitz MTD [DN 376] and Amended MTD [DN 377], pages 15-16
"Second part of this cause of action is invasion of privacy, which Plaintiffs repeat
in several following causes of action. For invasion of privacy…If Plaintiffs allege a
claim for invasion of privacy under a common law theory of intrusion upon
seclusion, plaintiff must establish: "(1.) intrusion upon a private place,
conversation or matter…California and sister states would drown in law suits from
felons…this claim needs to be dismissed against all defendants…"

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal
Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of
Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible
opinion testimony, FRE 701, et. Seq.; Argumentative;  misleading,
immaterial, is an improper characterization;  Hearsay, FRE 802, et seq. and
contains falsified recitations of this Case, what is plead in pleadings, what is
on file with this Case, and false accusations, allegations and statements.

40.   Taitz MTD [DN 376] and Amended MTD [DN 377], page 16-17,
"Plaintiffs allege public disclosure of private facts…While clearly Plaintiffs
wanted to hide from the public the fact, that Ostella locked Taitz out of the website
of her foundation and that Liberi has a criminal record of forgery and theft…is
clearly in public interest in order to warn the public, that an individual with such
record has access to nation-wide donations drive…Taitz had to apprise the public
that their donations given to DOFF on old web site did not go to DOFF, as Ostella

locked Taitz out and replaced the pay-pal account connected to the old web site. This is clearly the matter of public interest… action needs to be dismissed against all defendants."

    **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, is an improper characterization; Hearsay, FRE 802, et seq.; and contains falsified recitations of this Case, what is plead in pleadings, what is on file with this Case, and false accusations, allegations and statements.

    41.    Taitz MTD [DN 376] and Amended MTD [DN 377], pages 17-18 "In claim #3 Plaintiffs allege false light… Again, the plaintiff is talking about Taitz posting a report about her criminal record and about actions of Ostella locking Taitz out of her web site. The Plaintiffs never plead any specific facts, that are not true… The fact, that Liberi s criminal record was published, was not offensive, as it was a truthful statement… and it definitely did not lower her reputation, as her reputation was exactly that, a reputation of a convicted document forger...Lastly, Plaintiffs did not plead any plausible facts, that would show malice on part of Taitz… needs to be dismissed against all defendants."

    **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of

Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, irrelevant, is an improper characterization; Hearsay, FRE 802, et seq; and contains falsified recitations of this Case, what is plead in pleadings, what is on file with this Case, and false accusations, allegations and statements.

42.    Taitz MTD [DN 376] and Amended MTD [DN 377], pages 18-19 "In claim #4 Plaintiffs allege that defendants' publication… Liberi and Ostella are not movie stars, not beauty queens. Prison mug shot of Lisa Liberi did not make any product more appealing… There is nothing unique or identifiable about either Liberi or Ostella that would lend to a cognizable right of publicity… In reality, the opposite is true. Liberi used likeness and trade mark of Taitz's not for profit foundation and solicited donations, while Liberi and Berg benefitted from those actions of Ostella, as she locked Taitz out of her old web site and used that web site to promote law office of Berg. This will be addressed in cross complaint against the defendants… to be dismissed against all defendants."

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, is an improper characterization; Hearsay, FRE 802, et seq.; and

1    contains falsified recitations of this Case, what is plead in pleadings, what is

2    on file with this Case, and false accusations, allegations and statements.

3

4    43.    Taitz MTD [DN 376] and Amended MTD [DN 377], pages 19- 20

5    "Plaintiffs allege violation of section 1798.53 of California Information privacy

6    Act ( IPA )… 1. **they did not show, that the information was not otherwise**

7    **public**… as evidenced on the face of the report… **Plaintiffs did not plead any**

8    **facts to show, that Taitz knew of should have known**… to be dismissed against

10   all defendants."

11

12

13   **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal

14   Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of

15   Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible

16   opinion testimony, FRE 701, et. Seq.; Argumentative; misleading,

17   immaterial, is an improper characterization; Hearsay, FRE 802, et seq; and

18   contains falsified recitations of this Case, what is pled in pleadings, what is

19   on file with this Case, falsification of what the evidence recites and shows;

20   and false accusations, allegations and statements.

21

22   44.    Taitz MTD [DN 376] and Amended MTD [DN 377], pages 20-22 "In

23   the seventh claim plaintiffs allege three causes of action… This case revolves

24   around publication made by defendants regarding behavior of the Plaintiffs. The

25   complaint is void of any facts, that would show defendants ever following or

26   harassing any of the defendants… Taitz, also apprised her supporters of the hearing

27

28

in this case and pleadings submitted. All of the publications represented matter of public concern… there is no credible fact plead by the Plaintiffs to show, that the Plaintiffs were afraid for their lives… claiming that Taitz called for political purging of Liberi and Ostella, "Taitz openly threatened to destroy Liberi and get rid of her and have Liberi's children professionally kidnapped", none of these allegations was substantiate, none was credible or in any way plausible. It is more plausible, that this is a product of criminal mind of Liberi, who is measuring people around her by her standards, who was the one concocting these pleadings, and who included those outlandish slanderous statements without any credibility and plausibility in order to retaliate against an attorney, who outed her and disclosed to the public her recent serious convictions… Further, the allegation that some unspecified "supporter" of Taitz… action should be dismissed against all defendants"

> **PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, is an improper characterization; Hearsay, FRE 802, et seq; and contains falsified recitations of this Case, what is plead in pleadings, what is on file with this Case, and false accusations, allegations and statements.

45.    Taitz MTD [DN 376] and Amended MTD [DN 377], pages 22-23 "Plaintiffs allege defamation per se, slander and libel per se… They are talking about the publication by the defendants, but did not specify any specific fact, which would actually be wrong… Moreover, during December 20, 2010 hearing Liberi and Ostella admitted that Liberi indeed had felony convictions in 2008 and Ostella locked Taitz out of the website for her foundation and replace Taitz pay-pal account with her own… Even, if arguendo some minor part of the report was not correct, Plaintiffs did not plead any facts to show, that defendants knew that any part of the report was not correct and intentionally published incorrect information…"

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative; misleading, immaterial, is an improper characterization; Hearsay, FRE 802, et seq; and contains falsified recitations of this Case, false recitations of testimony; false recitations of what is plead in pleadings, what is on file with this Case, and false accusations, allegations and statements.

46.    Taitz MTD [DN 376] and Amended MTD [DN 377], pages 24-26 "In claim #10 Plaintiffs allege malicious prosecution cause of action is entirely based upon Defendants' filing of a motion for Emergency Revocation of probation

---

against Liberi in San Bernardino…by virtue of filling it Liberi confirms, that she indeed was a convicted felon… It shows, that for two and a half years Plaintiffs harassed defendants with a totally frivolous bogus complaint, claiming defamation… draft pleadings and with her as his assistant conducted a nationwide donations drive…where Berg and Liberi attempted to create an impression, that Liberi was a different Lisa Liberi, who worked in Berg's office in Pennsylvania, not a convicted felon…"

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Lack of Personal Knowledge, FRE 602; Speculation; Lacks Foundation; No Showing of Personal Knowledge, FRE 602; Assumes facts **not** in evidence; Inadmissible opinion testimony, FRE 701, et. Seq.; Argumentative;  misleading, is an improper characterization; and  Hearsay, FRE 802, et seq.; and contains falsified recitations of this Case, false recitations of testimony; false recitations of what is plead in pleadings, what is on file with this Case, and false accusations, allegations and statements.

47.    Taitz MTD [DN 376] and Amended MTD [DN 377], pages 26-27 "In eleventh claim the Plaintiffs allege abuse of process…"

**PLAINTIFFS OBJECTIONS**: Irrelevant, FRE 401, 402; Speculation; Lacks Foundation; misleading, is an improper characterization; and Argumentative.

48.    For the reasons outlined herein, Defendant Law Offices of Orly Taitz filed by Counsel, Defendant Orly Taitz should **not** be considered by the Court.

**WHEREFORE**, Plaintiffs respectfully request this Court to strike and **not** consider Defendant Law Offices of Orly Taitz Motion to Dismiss, Docket No. 376 and/or Amended Motion to Dismiss, Docket No. 377 filed by Defendant Orly Taitz.  Plaintiffs are also seeking Attorney Fees in the amount of Five Thousand Dollars [$5,000.00] and Costs in the amount of One Thousand Dollars [$1,000.00] for Defendant Law Offices of Orly Taitz's frivolous filing to be paid by Defendant's Attorney, Defendant Orly Taitz.

Respectfully submitted,

Dated:  September 21, 2011          /s/ Philip J. Berg
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:   (610) 825-3134
E-mail: philjberg@gmail.com

*Attorney in Pro Se and Counsel for Plaintiffs*