Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney in pro se and for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ORLY TAITZ, et al, <br><br> Defendants. | CIVIL ACTION NUMBER: <br><br> **8:11-cv-00485-AG (AJW)** <br><br> **PLAINTIFFS OPPOSITION TO DEFENDANTS LAW OFFICES OF ORLY TAITZ MOTION TO DISMISS AND AMENDED MOTION TO DISMISS, DOCKET NO.'S 376 and 377** <br><br> Date of Hearing:  October 17, 2011 <br> Time of Hearing:  10:00 a.m. <br> Location:          Courtroom 10D |

Plaintiffs, by and through their undersigned counsel, Philip J. Berg, Esquire file the within Response in Opposition; Memorandum of Points and Authorities; and Declarations in Opposition to Defendant, Law Offices of Orly Taitz ["L.O.O.T." or "Defendant"] Motion to Dismiss ["MTD"] Plaintiffs First Amended Complaint ["FAC"], Docket No. ["DN"] 376 and Amended Motion to

Dismiss ["Amended MTD"] Plaintiffs FAC, DN 377.  In support hereof, Plaintiffs aver the following:

1. Law Offices of Orly Taitz's [L.O.O.T.] Motion and Amended Motion to Dismiss are **not** compliant with the Federal Rules of Civil Procedure and/or this Court's Local Rules.

2. Plaintiffs are **not** willing to dismiss the Law Offices of Orly Taitz without strict proof that it is **not** a legal entity.

3. After Suit was originally filed, Defendant Orly Taitz filed a Motion to Dismiss stating that the Law Offices of Orly Taitz was **not** an a/k/a, that it was a law firm, which she claimed had nothing to do with this dispute. *See* Orly Taitz's filing of May 28, 2009, appearing as DN 35 at page 3, ¶7.

4. The Law Offices of Orly Taitz was sued recently by Charles Edward Lincoln, III, U.S.D.C., Central District of California, Southern Division, Case No. 8:10-cv-01573-AG (PLAx).  In this case, which was dismissed without prejudice by the Plaintiff in March 2011, the attorney's representing L.O.O.T. never claimed it was **not** a legal entity.  Instead, the Attorneys, who were hired by Zurich Insurance, L.O.O.T.'s insurance company, filed a Certification of Interested Parties naming the Law Offices of Orly Taitz and its Insurance Company, Zurich Insurance. *See* DN 10 in Case No. 8:10-cv-01573-AG (PLAx) filed December 15, 2010.

5. Plaintiffs have pled valid and sufficient claims against L.O.O.T, in their FAC as Cause of Action numbers "1" through "11", for which relief can be granted. Therefore, Defendant L.O.O.T.'s Motion must be denied.

6. L.O.O.T.'s MTD and Amended M.T.D. were filed for improper purposes, to further libel, slander, defame, harass, cyber-stalk and damage the Plaintiffs as demonstrated by Defendant Orly Taitz by and through L.O.O.T.'s website postings of L.O.O.T.'s MTD, DN 376, and postings on their Facebook pages, social networks, *Before it's News* websites, and other publications on the Internet. *See* the declarations of Lisa Liberi and Lisa Ostella.

7. Defendant Orly Taitz who filed the MTD and Amended MTD on behalf of L.O.O.T. did **not** support her Motions with any type of evidentiary support, Affidavit, Declaration or any type of proof whatsoever which substantiates her assertion that L.O.O.T. is **not** a legal entity.

8. Plaintiffs would have been willing to dismiss L.O.O.T. without prejudice with the right to re-name L.O.O.T. upon a finding it was in fact a legal entity. However, since further discovery has surfaced in Case No. 8:10-cv-01573-AG (PLAx) where L.O.O.T. was named and shown to be insured by Zurich, and with Orly Taitz's previous Motion to Dismiss filed in this Case May 28, 2009, Plaintiffs believe Defendant Orly Taitz has attempted to defraud them and this Court by now claiming L.O.O.T. is **not** a legal entity.

9. Taitz by and through L.O.O.T. has admitted to and substantiated Plaintiffs lawsuit against them as to the illegal obtaining of Plaintiffs private data; distribution of Plaintiffs private data; slander, libel and defamation of Plaintiffs; that they obtained the information directly from the Sankey Defendants, Reed Defendants and Defendant Intelius; cyber-stalking; harassment; and the other causes pled in Plaintiffs FAC. As a result thereof, there are not any triable issues or any facts in dispute. Therefore, Judgment by way of a Summary Judgment Motion, which Plaintiffs will be seeking Leave to file, would be properly entered against them.

10. Plaintiffs Opposition is based upon their Opposition, the attached Memorandum of Points and Authorities in Support hereof; Declaration of Philip J. Berg, Esquire; Plaintiffs Objections and Declarations of Shirley Waddell, Philip J. Berg, Esquire, Lisa Liberi and Lisa Ostella filed concurrently herewith, upon records on file with this Court and such further oral and/or documentary evidence that may be presented at the time of the Hearing.

**WHEREFORE**, for the reasons stated herein, Plaintiffs respectfully request this Court to deny Defendant Law Offices of Orly Taitz Motion to Dismiss and Amended Motion to Dismiss. Plaintiffs are also Requesting this Court to Grant them Attorney Fees and Costs for Orly Taitz's frivolous filings for the improper

purpose to further harass and harm the Plaintiffs. In the alternative, Plaintiffs Request Leave to Amend their Complaint.

Respectfully submitted,

Dated:  September 21, 2011

\_\_\_/s/ Philip J. Berg_____
Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com

*Attorney in Pro Se and Counsel for Plaintiffs*