# **TABLE OF CONTENTS**

**Page(s)**

TABLE OF CONTENTS……………………………………….……...i-ii

TABLE OF AUTHORITIES…………………………………………...iii-ix

MEMORANDUM OF POINTS AND AUTHORITIES……………………..1-25

   I.     STANDARD OF REVIEW …………..………………..……...1-2

   II.    TAITZ and L.O.O.T are NOT IMMUNE by the
           COMMUNICATIONS DECENCY ACT,
           47 U.S.C. 230:…………………………….................................2-4

   III.   TAITZ and L.O.O.T.'S CLAIMS OF IMMUNITY
           and/or PROTECTION by *CAL. CIV. CODE* §47
           FAILS:…………......................................................................4-7

   IV.   PLAINTIFFS WILL PREVAIL on their 6th
           CAUSE OF ACTION, *CAL. CIV. CODE* 1798.85:……………..…7-8

   V.    PLAINTIFFS 1st through 4th Causes of Action –
           (Invasion of Privacy):………………………...…………………8-9

           A.    Plaintiffs 1st Cause of Action –
                  Willful and Intentional Intrusion
                  upon Plaintiffs Solitude, Seclusion and
                  Private Affairs - Invasion of Privacy……………………...10-11

           B.    Plaintiffs Second Cause of Action, Public
                  Disclosure of Private Facts is Properly Pled
                  against Taitz by and through L.O.O.T……………………11-12

           C.    Plaintiffs 3rd Cause of Action – False Light
                  Invasion of Privacy……………………………………12-13

            D.    Plaintiffs 4th Cause of Action
                  Misappropriation of Name and Like……………………13-14

# **TABLE OF CONTENTS**

**Page(s)**

VI.   PLAINTIFFS WILL PREVIAL UNDER
THE PRIVACY ACT, *CAL. CIVIL CODE*
SECTION 1798.53…………………………………………………15-16

VII.  PLAINTIFFS LIBERI and OSTELLA HAVE
PLED SUFFICIENT FACTS TO SUPPORT
THEIR CYBER-STALKING CLAIMS…………………………16-18

VIII. PLAINTIFFS 8th CAUSE OF ACTION –
DEFAMATION per se, SLANDER and
LIBEL, per se……………………………………………………18-19

IX.   PLAINTIFFS WILL PREVAIL ON THEIR
EMOTIONAL DISTRESS CLAIMS……………………………....19

X.    PLAINTIFF LIBERI WILL PREVIAL ON
HER MALICIOUS PROSECUTION and
ABUSE OF PROCESS CAUSE OF ACTIONS………………...19-24

      A. Malicious Prosecution Claim ……………………...………20-22

      B. Abuse of Process Claim……………………………………...22-24

XI.   PLAINTIFFS BELIEVE L.O.O.T. is a LEGAL ENTITY………24-25

XII.  CONCLUSION…………………………………………………..…25

# <u>TABLE OF AUTHORITIES</u>

## <u>CASES</u>                                                                    <u>Page(s)</u>

*American Economy Insurance Co. v. Reboans, Inc.,*
852F. Supp. 875, 879-880 (N.D. Cal. 1994)…………………………………...14

*Ashcroft v. Iqbal,* (2009) 129 S.Ct. 1937, 173 L.Ed.2d 868 (……………………...2

*Barnes v. Yahoo!, Inc.,*570 F.3d 1096 (9th Cir.2009)………………………………..4

*Barquis v. Merchants Collection Assn.* (1972) 7 Cal.3d 94,
101 Cal. Rptr. 745, 496 P.2d 817………………………………………………………….23

*Barrett v. Rosenthal* (2006) 30 Cal. 4th 33, 51 Cal. Rptr.3d 55…………………...3

*Batzel v. Smith,* 333 F.3d 1018 (9th Cir.2003)………………………………….......4

*Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 127 S. Ct. 1955,
167 L.Ed.2d 929 (2007)……………….…………………………………………...2

*Bradley v. Hartford Accident & Indem. Co.,*
(1973) 30 Cal. App. 3d 818 …………………………..……………...…….........5, 6

*Carafano v. Metrosplash.Com. Inc.,* 339 F.3d 1119 (9th Cir. 2003)…………....3, 4

*Carney v. Rotkin, Schmerin & McIntyre* (1988) 206 Cal.App.3d 1513,
254 Cal. Rptr. 478……………………………………………………………..…7

*Cayley v. Nunn,* (1987) 190 Cal. App. 3d 300, 236 Cal. Rptr. 385……………...6, 7

*Coleman v. Gulf Ins. Group*, (1986) 41 Cal. 3d 782,
226 Cal., Rptr. 90, 718 P.2d 77, 62 A.L.R. 4th 1083………………………..…..23

*Comedy III Productions, Inc. v. Gary Saderup, Inc* (2001)
25 Cal 4th 387……………………………………………………………………...14

*Contemporary Services Corp. v. Staff Pro Inc.,*
61 Cal. Rptr. 3d 434, (Cal. App. 4th Dist. 2007)…………………………………21

## <u>TABLE OF AUTHORITIES - Continued</u>

<u>**CASES**</u>                                                                                  <u>**Page(s)**</u>

*Conrad v. U.S.* 447 F.3d 760 (9th Cir. 2006)……………………………………..21

*Edwards v. Centex Real Estate Corp.* (1997) 53 Cal.App.4th 15,
61 Cal.Rptr.2d 518……………………………………………………………………6

*Evans v. Unkow*, (1995) 38 Cal. App. 4th 1490 [45 Cal.Rptr.2d 624]…………....12

*Fair Housing Council of San Fernando Valley v. Roommates, Com, LLC*
 521 F.3d 1157, 1167-68 (9th Cir.2008)....................................................................4

*Fisher v. Larsen*, (1982)
138 Cal. App. 3d 627, 640 [188 Cal. Rptr. 216]………………………………...12

*Floro v. Lawton*, (1960) 187 Cal. App. 2d 657,
10 Cal. Rptr. 98 …………………………………………………………………...21

*Forsher v. Bugliosi*, (1980) 26 Cal. 3d 702 [163 Cal. Rptr. 628]………………….9

*Fuhrman v. California Satellite Systems* (1986) 179 Cal.App.3d 408,
231 Cal.Rptr.113……………………………………………………………….....7

*Gertz v. Robert Welch, Inc*., 418 U.S. 323 (1974)……………………………...19

*Goddard v. Google,* No. C 08-2738 JF (PVT),
2008 WL 5245490 (N.D. Cal. Dec. 17, 2008)…………………………….….4

*Gogue v. MacDonald*, (1950)  35 Cal. 2d 482, 218 P. 2d542,
21 A.L.R. 2d 639 …......…………………………………………………..21

*Gomez v. Garcia*, (1980) 112 Cal. App. 3d 392,
169 Cal. Rptr. 350 ………………………………………………………...21

*Guillory v. Godfrey*, 134 Cal. App. 2d 628
[286 P.2d 414] (2d Dist. 1955)…………………………………………………19

*Hardy v. Vial*, (1957) 48 Cal. 2d 577, 311 P.2d 494, 66 A.L.R. 2d 739.…………21

## <u>TABLE OF AUTHORITIES - Continued</u>

<u>CASES</u>                                                                    <u>Page(s)</u>

<u>Hill v. National Collegiate Athletic Assn</u>. (1994)
7 Cal. 4th 1, [26 Cal. Rptr. 2d 834]……………………………………………9

<u>Hilton v.Hallmark Cards</u>,
580 F.4d 874, 889 fn. 12, (9th Cir. 2009)…………………………………………14

<u>Jennifer M. v. Redwood Women's Health Ctr</u>.,
(2001) 88 Cal.App. 4th 81 ………………………………………………….…15

<u>Jenkins v. McKeithen</u>, 395 U.S. 411, 89 S.Ct. 1843,
23 L.Ed.2d 404 (1969)…………………………………………………….…..1

<u>Kinnamon v. Staitman & Snyder</u> (1977) 66 Cal.App.3d 893,
136 Cal. Rptr. 321……………………………………………………………......7

<u>Kinsey v. Macur</u>, (1980) 107 Cal. App. 3d 264 [165 Cal. Rptr. 608]…………… 12

<u>KNB Enters v. Matthews</u>, 78 Cal. App. 4th 362 (2000)…………………………..14

<u>Leibert v. Transworld Systems, Inc.</u>, 32 Cal. App. 4th 1693
[39 Cal. Rptr. 2d 65] (1st Dist. 1995)……………………………………………9

<u>Lucas v. Dep't of Corr.</u>, 66 F.3d 245 (9th Cir.1995)……………………….…….2

<u>Meadows v. Bakersfield S. & L. Assn</u>. (1967) 250 Cal.App.2d 749,
59 Cal.Rptr. 34……………………………………………………...….…22

<u>Michaels v. Internet Entertainment Group</u>,
5 F.Supp.2d 823, 838 (C.D. Cal. 1998)……………………………………...14

<u>Mendiondo v. Centinela Hosp. Med. Ctr.</u>,
521 F.3d 1097 (9th Cir. 2008)……………………………………………1

<u>Neary v. Regents of University of California</u>,
185 Cal. App. 3d 1136 [230 Cal. Rptr. 281] (1st Distr. 1986)……………...18, 19

## TABLE OF AUTHORITIES - Continued

**CASES**                                                        **Page(s)**

*Ochon v. Superior Court*, (1985) 39 Cal. 3d 159 [216 Cal. Rptr. 661]…………...19

*Operating Engineers Local 3 v. Johnson*,
110 Cal. App. 4th 180 [1 Ca. Rptr. 3d 552] (1st Dist. 2003)……………………..12

*Oren Royal Oaks Venture v. Greenberg, Bernhard, Weiss & Karma, Inc.*
(1986) 42 Cal.3d 1157, 1168, 232 Cal.Rptr. 567, 728 P.2d 1202……………..22, 23

*Pettitt v. Levy* (1972) 28 Cal.App.3d 484,
104 Cal. Rptr. 650……………………………………………………………...….6

*Rancho La Costa, Inc. v. Superior Court*, (1980)
106 Cal. App. 3d 646, 667 [165 Cal. Rptr. 347]……………………………..…12

*Reader's Digest Assn. v. Superior Court*, (1984)
37 Cal.3d 244, 258, [208 Cal. Rptr. 137, 690 P.2d 610…………………………..12

*Reno v. American Civil Liberties Union* (1997) 521 U.S. 844,
117 S.Ct. 2329, 138 L.Ed.2d 874……………………………………………..4

*Rothman v. Jackson*, (1996) 49 Cal. App 4th 1134,
57 Cal.Rptr.2d 284……………………………………………………………5, 6

*Rusheen v. Cohen*, (2006) 37 Cal. 4th 1048, 1056,
*39 Cal. Rptr. 3d 516*, 128 P. 3d 713 ………...…………………………………23

*Schwartz v. Thiele*, 242 Cal. App. 2d 799 [51 Cal. Rptr. 767] (2d Dist. 1966)……….9, 11

*Siam v. Kizilbash*, (2005) 130 Cal. App. 4th 1563,
31 Cal. Rptr. 3d 368 ……………………………………………….………….23

*Silberg v. Anderson* (1990) 50 Cal.3d 205,
266 Cal.Rptr. 638, 786 P.2d 365………………...……………………………….6

*Singleton v. Perry*, 45 Cal. 2d 489, 289 P.2d 794 (1955)…………………………21

## <u>TABLE OF AUTHORITIES - Continued</u>

<u>CASES</u>                                                                  <u>Page(s)</u>

<u>*Smith v. Los Angeles Bookhinders Union No. 63*</u>,
133 Cal. App. 2d 486 [286 P.2d 194] (2d Dist. 1955)……………………….……18

<u>*Smith v. National Broadcasting Co.,*</u>
138 Cal. App. 2d 807807 (2nd Dist. 1956)……………………………………....9

<u>*Soukup v. Law Offices of Herbert Hafif*</u>, (2006) 39 Cal. 4th 260,
48 Cal. Rptr. 3d 638, 139 P3d 30 ……………………………..…………………..21

<u>*Spackman v. Good*</u>, (1966) 245 Cal. App. 2d 518 [54 Cal. Rptr. 78]…………..19

*Spellens v. Spellens*, 49 Cal. 2d 210, 317 P.2d 613 (1957)………………………23

<u>*State Rubbish CollectorsAss'n v. Siliznoff*</u>, (1952)
38 Cal. 2d 330 [240 P. 2d 282]……………………………………………….....19

<u>*Stubbs v. Abercrombie*</u>, (1919) 42 Cal. App. 170, 183 P. 458 ……………………22

<u>*Sullivan v. County of Los Angeles*</u>, (1974) 12 Cal, 3d 710,
117 Cal. Rptr. 241, 527 P.2d 865 ……...…………………………………………..21

*Taus v. Loftus*, (2007) 40 Cal. 4th 683 [54 Cal. Rptr. 3d 775]…………………..11

<u>*Templeton Feed and Grain v. Ralston Purina Co.*</u>,
(1968) 69 Cal. 2d 461, 72 Cal. Rptr. 344, 446 P.2d 152 ..……………………...23

<u>*Timperley v. Chase Collection  Service*</u>,
272 Cal. App. 2d 697 [77 Cal. Rptr. 782] (2d Dist. 1969)………………………..12

<u>*Vargas v. Giacosa*</u>, (1953) 121 Cal. App. 2d 521, 263 P.2d 840 …………...……21

<u>*Waits v. Frito-Lay, Inc*</u>., 978 F.2d 1093, 1100 (9th Cir. 1992)……………………14

<u>*Witriol v. LexisNexis Group*</u>,
2006 WL 1128036 (N.D.Cal. Apr 27, 2006)………………………………………15, 16

## <u>TABLE OF AUTHORITIES - Continued</u>

**<u>CASES</u>**                                                                                          **<u>Page(s)</u>**

*<u>Younger v. Solomon</u>* (1974) 38 Cal.App.3d 289,
113 Cal. Rptr. 113……………………………………………….………6

*<u>Zamos v. Stroud</u>*, (2004) 32 Cal.4[th] 958,
12 Cal. Rptr. 3d 54, 87 P.3d 802 …………….………………………...21

*<u>Zurich Ins. Co. v. Peterson</u>*, (1986) 188 Cal. App. 3d 438,
232 Cal. Rptr. 807 …………………...**………………………………………21**


**<u>FEDERAL STATUTES</u>**                                                     **<u>Page(s)</u>**

47 U.S.C. §230……………………………………………………….2

47 U.S.C. §230(c)(1)…………………………………………………3

47 U.S.C. §230(f)(2)…………………………………………………3


**<u>STATE STATUTES</u>**                                                          **<u>Page(s)</u>**

Business and Professions Code§6068(d)………………………………...7

California Civil Code §47………………………………………….4, 5, 6

California Civil Code §1708.7………………………………………17

California Civil Code §1798.53………………………………….15, 16

California Civil Code §1798.81……………………………….…...8

California Civil Code §1798.81.5……………………………….......8

California Civil Code §1798.85…………………………...……….7, 8

California Civil Code §3344…………………………...……………12

## <u>TABLE OF AUTHORITIES - Continued</u>

## <u>FEDERAL RULES OF CIVIL PROCEDURE</u>                    <u>Page(s)</u>

Federal Rules of Civil Procedure 12(b)(6)………………………………………1


## <u>MISC.</u>                                                <u>Page(s)</u>

6A Cal. Jur. 3d, Assaults and Other Willful Torts §153 (2003)…………………..19

State Bar of California Rules of Professional Conduct  5-120……………………..7