Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
**SOUTHERN DIVISION**

| | |
|---|---|
| LISA LIBERI, et al<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>**8:11-cv-00485-AG (AJW)**<br><br>**DECLARATION OF SHIRLEY WADDELL**<br><br>Date of Hearing:  October 17, 2011<br>Time of Hearing:  10:00 a.m.<br>Location:           Courtroom 10D |

**<u>Declaration of Shirley Waddell</u>**

I, Shirley Waddell am over the age of 18 and not a party to the within action. I have personal knowledge of the facts herein, and if called to do, I could and would competently testify.  I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

1.  Orly Taitz has been quite busy since the court date on Monday September 12th, 2011 with burning up the internet with her latest concoction regarding the Plaintiffs of *Liberi v Taitz*.

---

Declaration of Shirley Waddell                                                                                        1

2. Taitz published on her website Thursday, September 15, 2011 at http://www.orlytaitzesq.com/?p=25592:

**Help me find this person, whose IP is now connected to all the comments on my blog, is there a connection to Perkins Coie?**

About me, Shirley Waddell:

*"Since 2009 Berg and Liberi used Liberi's mother, Shirley Waddell, to send e-mails to many of my supporters which contained the most despicable slander of my character, which was part of their pleadings. When Liberi's mother sent all of those e-mails to thousands of people, and when all of these horrendus defamations contained in pleadings were posted all over the Internet, they poisoned the well, they influenced potential jury, if this case and my upcoming cross complaint against all of them will ever go to th*e jury."

A true and correct copy of Orly Taitz's post is attached hereto and incorporated in by reference as **EXHIBIT "A"**.

3. The above paragraph is of course a lie. No one has used me to send emails to thousands of Taitz's supporters. I have **not** sent *thousands of emails to Taitz supporters.* This is not the first time that Orly Taitz has "targeted me" and come after me with false allegations. In fact, Orly Taitz even attempted to have me sanctioned by the Court for simply filing an Affidavit in support of the Plaintiffs.

Declaration of Shirley Waddell

2

4. It was Orly Taitz and company that were sending personal sensitive information via emails, internet postings, dossiers, talking on radio shows that made this lawsuit necessary in May of 2009. After the lawsuit was filed then Orly Taitz and company continued the same behavior into 2010, and 2011 to shame, embarrass, endanger, prejudice, and even hired an actor to play the part of a "journalist" to do a negative video about the Plaintiff's, Plaintiff Lisa Liberi, my daughter in particular.

5. The Plaintiff's remained Professional and tried to get help from the Court. Taitz did so many dishonest and unethical things that are already on file with this Honorable Court that there is no need to list all of them again. The *Liberi v Taitz* Plaintiffs still remained Professional.

6. I stand ready to testify with other witnesses regarding hundreds of pages on this Courts Docket that are filled with Taitz lies, exaggerations, incitement of Taitz followers to do harm to the Plaintiffs and other government agencies such as Police Department, Probation department in two states, New Mexico Coroner, etc., and false reports filed with law enforcement agencies to harass the Plaintiffs, and try to get Liberi arrested.

7. I also stand ready to testify with other witnesses regarding the extreme stress suffered by the Plaintiffs due to the continuous attacks of Orly Taitz and company. In particular the frequent *need and presence* of Paramedics at the home

3

Declaration of Shirley Waddell

of Lisa Liberi, and hospitalization of my daughter due to strain on her heart from harassment and intimidation of Taitz etc.

8. Taitz portrays herself as a doctor, a dental surgeon, an attorney, and has discussed my daughter's medical problems on her radio programs and posted about them on the Internet. Taitz knows exactly the effects of daily severe stress on my daughter's body, and particularly the heart. Taitz is aware that it could end my daughter's life. Taitz's associates Linda Belcher, and Ed Hale were laughing and joking on their radio broadcasts about *"Here comes the ambulance now, we can see the lights. Liberi has had the "big one", she is going down, there she goes, she is down on the ground"*.

9. Taitz would post on the Internet, send court documents that were prepared and filed by her in Judge Robreno's Court in Pennsylvania to California Judges, California DA, and other agencies. These filed documents contained forged/altered emails, and documents. The reason that Taitz kept this up was to "poison the well, influence/prejudice Judges, and a potential jury" and because she could. Taitz is well known for viciously attacking a person then turning around and accusing the victim of attacking her with the same acts and self motivation that she exhibited. Taitz has proven herself over and over to be an aggressive, vicious, unconscionable bully and liar.

4

Declaration of Shirley Waddell

10.     Orly Taitz was relentless, heartless and ruthless with her attack on my daughter that had passed away, and blaming Liberi for her death.   Orly Taitz wrote that the Santa Fe Police knew that Liberi had killed her sister but did **not** have enough proof to convict Liberi.  This was just one of the many vile lies put in postings that Orly Taitz continually circulated over the Internet ... over and over.  This caused much pain for the family that was still trying to heal.   Taitz kept on and on with her negative and dangerous postings of how *Liberi v Taitz* was taking up her time from throwing the "*Usurper*" out of the White House, and how the ranks (my daughter & Berg) needed to be purged.

11.     Taitz filed court documents, posted, and broadcasted more and more exaggerations and lies about Liberi's *criminal record,* over and over to brain wash her readers.   Of interest, during this time, was that Taitz had surrounded herself with her associates, and employees that were working on her legal documents, and *all  had criminal convictions*, Felony and/or multi Felony convictions which had resulted in prison/jail and/or multi prison/jail terms such as *to name a few*: Walter Francis Fitzpatrick III;   Leo Patrick Haffe; Cody Robert Judy;   Pamella R. Feldman, aka Heaven Feldman, aka Pamella Rowlette plus numerous other aka's; Dr. Charles Edward Lincoln III;  Lucas Daniel Smith; Lawrence Wayne Sinclair; Linda Sue Belcher - many aka's; John Mark Allen.    Her associate Geoff Staples was given probation for some "elder abuse" charges.   However, Taitz set out to

-5

Declaration of Shirley Waddell

crucify Lisa Liberi when Liberi and Berg refused to *join with/associate and/or work with* Taitz because of Taitz's very questionable ethics or unprofessional conduct. Liberi was working toward her Paralegal Certificate.

12. Orly Taitz's Court documents flooded the Pennsylvania Court Docket and were being uploaded onto scribd.com/jack ryan to be circulated on the Internet, and also posted on all of her (Taitz's) websites, Facebook pages, Twitter, etc. This told Taitz's twisted story of *Liberi v Taitz* . This created severe security problems for the Plaintiffs. Mr. Berg, Liberi, and Ostella were **not** publishing, or talking to the media about the case. Media did appear at hearings in this case in Pennsylvania *at the request of Taitz.*

13. No one knew the Plaintiffs side of the story or what was in the pleadings. A website nocompromisewtruth.com opened and started to upload the filed documents, including those filed by the Plaintiffs, for the public to read. This infuriated Taitz and company because now both sides of the story were being made available. Later scribd.com/jack ryan also started to upload all court filed documents of both the Plaintiffs, and the Defendants.[1]

14. Taitz now refers to the Plaintiffs Court Filed Documents as "***horrendus defamations posted all over the internet".***

---

[1] It is unknown who the parties are behind the website scribd.com/jack ryan and nocompromisewtruth.

6

Declaration of Shirley Waddell

15. I have never met Orly Taitz. I have been a distant observer of her postings of disjointed ramblings, encouragement of militia violence in the U.S., and arrogance from the end of 2008 onward.

I declare under the penalty of perjury of the Laws of the United States and the State of California that the foregoing is true and correct.

Executed this  18th  day of September, 2011 in the State of California, County of Sacramento.

                                 /s/ Shirley Waddell  
                                 Shirley Waddell, Declarant

Permission to electronically sign was provided. Signed declaration received by facsimile, which is attached hereto. Original is maintained in the Law Offices of Philip J. Berg, Esquire.

15. I have never met Orly Taitz. I have been a distant observer of her postings of disjointed ramblings, encouragement of militia violence in the U.S., and arrogance from the end of 2008 onward.

I declare under the penalty of perjury of the Laws of the United States and the State of California that the foregoing is true and correct.

Executed this 18th day of September, 2011 in the State of California, County of Sacramento.

*Shirley Waddell*
Shirley Waddell, Declarant

Declaration of Shirley Waddell — 7

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | **EXHIBIT "A"** |

Declaration of Shirley Waddell

8

# Dr. Orly Taitz Esquire

Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010

VIDEOS  Home  from Drudge report  from my supporter Jeanie  I just did Vicky Middleton show in Dallas, TX

*Dr. Orly Taitz Esquire*

DEFEND OUR FREEDOMS FOUNDATION

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.

Donate

WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

http://www.orlytaitzesq.com/?p=25592    Case 8:11-cv-00485-AG -AJW    Document 385    Filed 09/21/11    Page 11 of 20    Page ID
#:8935

- VIDEOS
- Home
- from Drudge report
- from my supporter Jeanie
- I just did Vicky Middleton show in Dallas, TX

# Dr. Orly Taitz Esquire

Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2010

## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



WHEN THE PEOPLE FEAR THEIR GOVERNMENT,

THERE IS TYRANNY.

WHEN THE GOVERNMENT FEARS THE PEOPLE,

THERE IS LIBERTY.

- Thomas Jefferson

DURING TIMES OF UNIVERSAL DECEIT,

TELLING THE TRUTH

BECOMES A REVOLUTIONARY ACT.

- George Orwell

The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

# Help me find this person, whose IP is now connected to all the comments on my blog, is there a connection to Perkins Coie?

**Posted on** | September 15, 2011 | [4 Comments](#)

I found a new irregular activity on my web site. Previously, when people posted comments on my web site, I could see different IP addresses. Now each and every comment on my web site has one of the same 2 IP addresses: 205.178.182.166     205.178.182.165. What is going on? We found out, that this IP is in VA, however it appears, that this person is from Seattle WA.

We know, that prior clerk for judge Carter on Obama case Siddharth Velamoor, worked for Obama legal defence firm Perkins Coie and he was from their Seattle Washington office. In some directories Velamoor was listed as graduate of Columbia, in others graduate of Comenius school of law in Bratislava Slovakia. Does anyone have his comments and his IP address? I remember he used to have a page on facebook, he was friends with another attorney, who clerked for Carter. I believe her first name was Nicole, she had a German last name, don't remember it at the moment, possibly Lutz.

We found receipts, showing that Governor of HI Neil Abercrombie at the same time paid large amounts to the same Seattle Washington   department of Perkins Coie. This happened before Abercrombie got elected governor last year. At a time he was a congressman from HI. Why is a congressman from HI paying this firm in Seattle WA?

We know, that on April 27 of this year another attorney from Perkins Coie, Judy Corley, allegedly traveled to HI and hand carried two certified copies of Obama's original birth certificate, which later were proven to be a forgery. She allegedly gave them to another Perkins Coie attorney, White House Counsel at a time, Robert Bauer. When I filed Taitz v Astrue and when judge Lamberth issued an order on May 1 of this year to proceed with this case to discovery, next day Bauer resigned and new WH legal counsel Kathy Ruemmler was appointed.

Another interesting piece of information. There was an article published in Seattle WA area sometime in early 80s about one Roman Obama, studying in the  university of Patrice Lumumba in Moscow. If I am not mistaken this individual was from Equatorial Guinea. I have a printout from one of database companies, given to me by one of the investigators, which by some reason shows Barack Obama's origin to be from Equatorial Guinea. I am wondering, was Obama in Equatorial Guinea in 1981-1982, a year missing from his Columbia records? I, also, saw a different birth-date 08.01 1961, not 08.04.1961, as well 04.08.1961.

Of course all of this can be just a coincidence. But than again maybe not… Please, help me solve these mysteries and find out, why suddenly instead of different IP addresses all the comments from all the readers on my blog show just 2 IP addresses in VA, which were posted by me a couple of days ago.

PS There is still tampering with my Yahoo account. I am still getting an error 50001 and unable to access my address book. I have to use different means. I am extremely angry with this unbelievable corruption in our government, in FBI, department of Justice, in our judiciary. Recently it was announced that FBI is hot on the trail searching for hackers, who hacked into the account of Scarlet Johanssen and stole some nude pictures of her. It looks like Robert Mueller FBI is more interested in nude pictures of this Hollyood starlet, than National Security, than following up on 3 years of unrelenting hacking, death threats, tampering with the car, threats to the family and hounding by courts of an attorney, who is engaged in the investigation and prosecution of the crime of the Century, Obama's use of a stolen Social Security number 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 and his use of a forged birth certificate. I am extremely angry at Joseph Farah from World net Daily, who claims to be on our side, but who is supporting and promoting in his brochures at a recent cruise Gary Kreep , who not only not doing one tenth of what I am doing, but who  together with Philip Berg is engaged in harassing me, my investigator Neil Sankey and all the database companies with a frivolous law suit, where they are spewing the most horrendous defamation of my character. Berg's assistant Lisa Liberi was told by previous judge to file with the court her drivers license, as she claimed to be a different person, not a convicted forger and thief Lisa Liberi from CA. She refused to file her drivers license or any other identification paper, as she said that she is

afraid of me because she believes that attorney Orly Taitz tried to hire a hit-man to kill Lisa Liberi, assistant of Philip Berg and she also tried to hire a hit man to kidnap children of Lisa Ostella and also Ostella found some dead rabbits in New Jersey and she thinks that attorney Taitz killed those rabbits. Totally insane allegations. In two and a half years this case was in three different courts and not one single judge took the time to review the original complaint and address my motions to dismiss the case on the merits. Now Judge Andrew Guilfordin the Central district of CA allowed Berg with Kreepas his local CA counsel, to file a new amended complaint. Instead of original 86 pages of defamation and slander, now I and 18 other individuals and companies have to deal with their new amended complaint of 172 pages full to the brim with defamation of my character and defamation of so many other individuals and companies. Instead of working on Obama cases I am spending hours and hours dealing with this work of Berg and Kreep, same Kreep,who is being promoted by Joseph Farah, as an attorney working with me on Obama cases.

Now we have a case against Obama with undeniable proof of fraud and the judges dismiss the case and bury everything. On the other hand, there is a frivolous case filed against me by two attorneys claiming to be on the same side, who are using a convicted forger and a convicted thief Lisa Liberi as their main plaintiff, piling insane defamatory accusations and the courts are allowing this to go on and on, which by now took thousands and thousands of hours of my time and thousands and thousands of dollars. So much for support from Joseph Farah. Incidently, I remember reading in one report that Liberi was born somewhere in North-West. If I am not mistaken, in Washington state or Oregon, than the family moved to TX and later she moved to CA and actually lived very close to where I live. Incidently, her ex boy friend, father if her only child lives right by my office. Her last name used to be Richardson, later Courville and later Liberi. Her husband's last name used to be McCormick, his brother's name was McCormick as well. I believe, he is from Chicago. For some reason he changed his name to Liberi. Does anyone know why did he changed his name to Liberi and when? Was he already married to Lisa at that time? I am trying to understand if there is a connection to other attacks on me. For example, in their pleadings they admit, that they drafted a complaint for Larry Sinclair, which was sent to Judge Carter in my Barnett, Keyes et al v Obama et al. This complaint by Sinclair helped derail that case. In the pleadings in this case Berg stated, that he started working with Liberi in the end of 2006-beginning of 2007.

I am trying to understand, if Berg and Kreepreally wanted to expose Obama, why didn't they come up with any new cases against Obama in the last two years? Why didn't they pursue the social security fraud? Why are they engaged in such despicable defamation of the only attorney who has the courage to continue this legal fight to expose Obama? Since 2009 Berg and Liberi used Liberi's mother, Shirley Waddell, to send e-mails to many of my supporters which contained the most despicable slander of my character, which was part of their pleadings. When Liberi's mother sent all of those e-mails to thousands of people, and when all of these horrendus defamations contained in pleadings were posted all over the Internet, they poisoned the well, they influenced potential jury, if this case and my upcoming cross complaint against all of them will ever go to the jury. All of the attacks on me seam to be well orchestrated. I am trying to understand, who are all of these people, who are attacking me in so many ways. Through attorney Jon Levy I contacted the FBI and asked for my file, but didn't get it yet. (they must be very busy searching for those nude photoes of Scarlett Johanssen) One day I hope to get to the bottom of everything, that was done to me. I hope, I will get the names of people, who orchestrated so many attacks on me.

I read multiple reports showing, that from early 60s beginning of Civil Rights movement the court system, particularly federal court system, was used as a tool of harassment of dissidents. Dissidents against the establishment were routinely marooned by judges in lengthy bogus law suits. Official media outlets were used as propaganda machine to defame and slander the same dissidents…

Here is a report of an individual, tracing the two IPs, which are currently attached to all the comments on my website, let me know, if you can help me find the person using theseIPs, see, if you can find these IPs  205.178.182.166    205.178.182.165    with comments posted on any of your sites:

"…He is correct. It is a static IP out of VA. It could be an Internet cafe or a business that offers free wireless ( like a coffee shop ). One thing we know of one person that used this IP, they like soccer football shoes 😀

http://www.soccerlockerusa.net/store/scripts/prodView.asp?idproduct=1145

Also ski lessons :

https://secure.netsolhost.com/alpinewestskischool.com/cart/

Now about the ski school. It is located 50 miles out of Seattle Washington ( you have had alot of Obot activity there).  Why would someone living in DC area take lessons in Washington state ? They wouldn't.  So it sems the server is located in VA, but the company ( or government agency ) that is using it is located in Washington State. It could be a local IP that uses that server or a large company ( or government agency ) that has its headquarters or IT department in VA.
As of Sept 2, 2011, they bought this ( sounds like a typical Obama supporter )

http://www.sheris-all-natural.com/index.php?main_page=product_info&products_id=4

Of course all of the above may not be the same person, but they are using the same IP…"



**Category:** HOT ITEMS!, Help Needed, LINKS, Latest News, Legal Actions, Letters from Readers and Patriots, Letters/Feedback from Readers, Obama Fraud Gate, Other Criminal or Suspicious Activities

## Comments

4 Responses to "Help me find this person, whose IP is now connected to all the comments on my blog, is there a connection to Perkins Coie?"

1. Mark Rudd
   September 16th, 2011 @ 3:33 am

   It's sad, how you believe you are the Most Important Person in the World.

   So very sad.

2. The Truth
   September 16th, 2011 @ 5:18 am

   Mark,
   It isn't sad that you are the Most Unimportant Idiot in the World.

   Orly,
   With the way these thugs work, I wouldn't be surprised if everything around you has been hacked, bugged, investigated, booby-trapped, and compromised.

   If I were you, I would pull back from everything for a day, and just think. Maybe you should keep some things closer to your vest.

   The technology exists that every phone call, email, and electronic transaction you make could be monitored. Even private conversations not involving electronics could be compromised.

This is not an unlikely scenario considering what has happened to "enemies of the state" and political dissidents in the past.

I hate to make you paranoid, but as you know, you have made many enemies, both foreign and domestic, and both public and private. These people would stop at nothing to destroy you and your work, so you have to be prepared.

I would hire an expert to try to debug and investigate what is going on. But who? Who can you trust? You may want to talk to someone like Charles Kerchner in person to discuss this and get some advice.

Unfortunately this comes with the territory when you take on some of the most powerful, despicable people in the world. It really is a shame.

There will be more and more pressure on you as you get closer to the truth. Don't let them get to you. Take comfort in knowing that you are doing the right thing, and that you have your own army behind you!

Fight on Orly, but fight cautiously! Trust no one.

3. questions
   September 16th, 2011 @ 5:42 am

   It's sad how Obama is going down in flames, so sad!!!

4. RacerJim
   September 16th, 2011 @ 6:17 am

   Not as sad as ursuper Soetoro, Soebarkah, Obama believing he is The Saviour of the World.

   No where near as sad.

Leave a Reply

Name (required)

Email Address(required)

Website

Comments

Submit Comment

# !! IMPORTANT NOTICES – PLEASE READ !!

**NEW! CA REP CENTRAL COMMITTEE LIST**
**CAMPAIGN FLIER** for Orly Taitz as CA SOS
**CAMPAIGN FLIER** for Orly Taitz as CA SOS, **2 Per Page**
**How to contact** public Integrity unit
**See** The PDF File Here
**US Department of Justice** has a special unit in their Criminal Division called the
PUBLIC INTEGRITY SECTION

## Contact Orly!

email: dr_taitz@yahoo.com Urgent? Call: 949-683-5411

## Recent Posts

- I never posted any documents on SCRIBD
- Was decision by judge Lambeth a Brask note? Was he as other judges forced to sign unconscionable orders? Were judges pressured or threatened?
- Help me find this person, whose IP is now connected to all the comments on my blog, is there a connection to Perkins Coie?
- I got a call from the campaign of another presidential candidate. If nothing happens, I will see him within a few days
- suporters recommend massive phone calls to social security hot line, reporting Obama

## Categories

- Dossiers (74)
- Dr. Orly TV; Videos (155)
- DUNNGATE (73)
- Events (358)
- Health & Safety (9)
- Help Needed (291)
- HOT ITEMS! (1048)
- Humor (89)
- Important Contacts (82)
- Latest News (935)
- Legal Actions (453)
- Letters from Readers and Patriots (374)
- Letters/Feedback from Readers (383)
- LINKS (251)
- Obama Fraud Gate (262)
- Other Criminal or Suspicious Activities (279)
- Radio and Media Broadcasts (305)
- Supporting Documentation (267)
- Uncategorized (6311)

## Archives

- September 2011
- August 2011
- July 2011
- June 2011
- May 2011
- April 2011
- March 2011
- February 2011
- January 2011
- December 2010
- November 2010
- October 2010
- September 2010
- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009

September 2011

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

« Aug

Search for: [    ] Search

## Official Facebook Page

Orly Taitz



Create Your Badge

# My RSS Feed

RSS Feed - Visit and Subscribe

# Other Sites

Atlas Shrugs

Alan Keyes - Loyal to Liberty

Birther Report

FedUpUSA.Net

Post & Email

 Rick Baker Show

# Blogroll

- Conservative Monster
- Give Us Liberty Blog
- How to contact public Integrity unit
- IMPORTANT.. PLEASE READ!!!!!
- Judges Hall of Shame
- Paypal Donate

# Advertisement / Sponsors

## Vote Dr. Orly Taitz for CA Secretary of State

Click the picture below to visit the campaign website.



---------------------------------------
Make a donation to Dr. Orly Taitz for CA Secretary of State 2010 Campaign
---------------------------------------

---------------------------------------

-------------------------------------

Videography by Barbara Rosenfeld

-------------------------------------



-------------------------------------

Bumper Sticker

$9.99 thru PayPal

-------------------------------------

Powered by WordPress | Copyright Defend Our Freedoms Foundation