Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ORLY TAITZ, et al, <br><br> Defendants. | CIVIL ACTION NUMBER: <br><br> **8:11-cv-00485-AG (AJW)** <br><br> **DECLARATION OF LISA LIBERI** <br><br> Date of Hearing:  October 17, 2011 <br> Time of Hearing:  10:00 a.m. <br> Location:          Courtroom 10D |

### Declaration of Lisa Liberi

I, Lisa Liberi, am over the age of 18 and am a party to the within action.  I have personal knowledge of the facts herein, and if called to do, I could and would competently testify.  I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746 and aver as follows:

1.      All through the Law Offices of Orly Taitz ["L.O.O.T."] Motion to Dismiss, Docket No. 376 and Amended Motion to Dismiss, Docket No. 377, Orly

1   Taitz ["Taitz"], Attorney for L.O.O.T. has lied repeatedly and is again attempting

2

3   to change the history of this case and the events evolving around why this lawsuit

4   was filed.

5      2.   In fact, Orly Taitz's filing of September 14, 2011, L.O.O.T.'s Motion

6
    to Dismiss, Docket No. 376 was posted by Orly Taitz all over the Internet at:
7

8   **Defendant Orly Taitz's Website, http://www.orlytaitzesq.com at:**

9      http://www.orlytaitzesq.com/?p=25553
      http://www.orlytaitzesq.com/?attachment_id=25552
10     http://www.orlytaitzesq.com/?attachment_id=25551
      http://www.orlytaitzesq.com/?attachment_id=25550
11     http://www.orlytaitzesq.com/?attachment_id=25549
      http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Lisa-Liberi-
12     criminal-record-bankruptcy-record.pdf
      http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Liberi-v-Taitz-
13     12.23.2010-pdf-memorandum-by-Judge-Robreno.pdf
14     http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Liberi-v-TAaitz-
      10.10.2011-hearing-motion-to-dismiss-Law-offices.pdf
15     http://www.orlytaitzesq.com/wp-content/uploads/2011/09/declaration-of-
16     Lisa-Liberi-first-5-digits-of-SSN-redacted-.pdf

17

18  **Defendant Orly Taitz and Defendant Dr. Orly Taitz's Facebook pages
    at:**
19

20     http://www.facebook.com/orlytaitz/posts/10150295924320975
21     http://www.facebook.com/dr.orly.taitz/posts/10150312895303950
      http://www.facebook.com/dr.orly.taitz?sk=app_9953271133
22     http://www.facebook.com/dr.orly.taitz
      http://www.facebook.com/orlytaitz?sk=wall
23     http://networkedblogs.com/n6vA1
24     http://networkedblogs.com/n6vA1?a=share&ref=nf
25

26  **Defendant Orly Taitz's *Before it's News*:
27  http://beforeitsnews.com/bio/0000000000024233 at pages at:**

28

---

http://beforeitsnews.com/story/1101/559/submitted_to_Judge_Andrew_Guilford_in_Central_District_of_CA_today.html

Taitz published her false pleadings all over the Internet to give her lies credibility and to further harm Lisa Ostella, Mr. Berg and me with her continued inciting, false allegations, false recitations and flat out lies.

3.     I filed suit against Ms. Taitz and the other Defendants as a result of the illegal background checks conducted on me; the illegal access of my credit reports; the illegal disclosure of my full Social Security number, date of birth, place of birth, mother's maiden name, father's name, home address, telephone number, the harassment of my friends and family, and Ms. Taitz's disclosure of my private details to John Mark Allen, my son's father who my son and I were provided protection from as a result of the crimes committed against us.  Ms. Taitz continues twisting the reasons Plaintiffs filed suit and continues misstating the truth.  All of the foregoing Orly Taitz has admitted in her Motion to Dismiss filed on behalf of Defend our Freedoms Foundations, Inc., Docket No. 283.

4.     Orly Taitz has threatened me several times.  Orly Taitz stated she was going to destroy me and get rid of me, which Orly Taitz has admitted in her Court filings.  Orly Taitz has put on the Internet and on her website that I needed to be "gotten" rid of and other threats.  Not only has Orly Taitz made these direct threats, she has also implied her intentions and threats with all her postings, her statements,

her circulation of my pictures and home address, sending my private details along with my pictures to white supremacy groups, hate groups, armed militia groups, posting about me on average every two [2] to three [3] days for the past two and one-half [2-1/2] years, calling for her supporters in Santa Fe, New Mexico where I reside to assist her regarding me, etc.

5.     Orly Taitz has been asked to stop; Orly Taitz has been served with all the pleadings in this case; she has all the transcripts of all hearings; Orly Taitz is well aware her actions have put me in fear of my life and fear for the lives of my son and husband; regardless, Orly Taitz has continued her actions.

6.     Orly Taitz is aware I have heart complications; she understands what this means as she has repeatedly stated she is a doctor, a dentist and a lawyer.  Orly Taitz is also aware of the complications her harassment has caused me; the hospitalizations, etc.  Regardless of this, Orly Taitz has continued her behaviors.

7.     I watch Orly Taitz's website at www.orlytaitzesq.com as do witnesses of ours for Orly Taitz's postings.  All of Orly Taitz postings on file with this Court I have obtained, as well as other individuals, directly from Orly Taitz's website by going to http://www.orlytaitzesq.com, I then print them to PDF format and maintain a hard copy.

8.     Orly Taitz, on behalf of her law practice, falsely claims on her first page that Lisa Ostella, Mr. Berg and I worked together.  This is a complete lie and

Taitz knows it.  Mr. Berg and I did **not** meet Lisa Ostella until the end of April, beginning of May 2009 when it was decided to file suit against Orly Taitz and the other Defendants.  We were introduced by Evelyn Adams, a Plaintiff in the Texas version of this case.  Lisa Ostella did assist Mr. Berg one time, after the within suit was filed, with his website on an emergency basis, that was it.  It was Orly Taitz who brought us together as Lisa Ostella and myself were being viciously attacked and falsely accused of crimes that we never committed, as well as other false allegations by Taitz.

9.      Orly Taitz states on the first page of her Motion to Dismiss ["MTD"] and Amended MTD that we filed suit against her and her family and relatives as a result of them "blowing the whistle" on me, "Berg" and "Ostella".  This is a complete lie.  There were **not** any whistles to blow.  Orly Taitz has **not** blown the whistle on anyone.  Orly Taitz manufactures statements about people to belittle them, harass them, bully them, embarrass them, libel, slander and defame them and manufactures, creates and forges documents in attempts to substantiate her false allegations.  This is not whistle blowing.

10.      As explained below, I believe Orly Taitz was seeking my help to blame me for her forgeries, fraudulent documents, and criminal behaviors, as she was aware I had a criminal conviction.  But, Taitz's plan did not work as I refused to have anything to do with her.  Taitz has a pattern of illegal acts, filing altered

Declaration of Lisa Liberi                                                                                              5

and fraudulent documents with our Courts and attacking those who refuse to give

her what she wants.

11.     I have never had anything to do with Orly Taitz.  Orly Taitz sought

the help of Mr. Berg and me.  I spoke to Orly Taitz one time, which was in or

about November 2008.  Orly Taitz wanted me to assist her with a Writ of Cert in

the U.S. Supreme Court.  I declined and refused to have anything to do with her.

12.     I later learned that the case she was collecting monies for, that she

wanted my assistance with, _Lightfoot v. Bowen_, was never filed in a trial Court.

Orly Taitz was lying to her supporters and collecting monies based on her false

statements.  What Orly Taitz had done was attempted to file the case for its first

time by way of a Writ of Mandamus for a Stay in the California Supreme Court,

and was denied.  Ms. Taitz was then attempting to appeal to the U.S. Supreme

Court, which as this Court is aware, is completely improper.  See _Lightfoot v._

_Bowen_, California Supreme Court Case No. S168690, filed December 3, 2008,

Denied December 5, 2008.

13.     Ms. Taitz then filed for an Emergency Stay with Justice Kennedy in

the U.S. Supreme Court on December 17, 2008, which was Denied; Taitz re-filed it

December 29, 2008 to the Chief Justice.  Since this was the second submission of

the Emergency Stay, pursuant to U.S. Supreme Court Rules, the Court set it for

Conference so all the Justices could review it, accept it or deny it in one sitting.

1   Instead of telling her supporters the truth, Orly Taitz continued lying to all her

2   supporters screaming her filings had merit and it was set for conference, at the

3   same time asking for her supporters to continue donating, which they did on her

4   false statements.   Ms. Taitz then attempted to recuse the Justices in the U.S.

5   Supreme Court from hearing the matter.  Once Ms. Taitz was denied by the panel,

6   she viciously went after Danny Bickel, the U.S. Supreme Court Stays Clerk.  Orly

7   Taitz falsely accused Danny Bickel of all types of crimes, including taking "kick-

8   backs" and "pay-offs" in the tobacco cases. *See Lightfoot v. Bowen*, U.S. Supreme

9   Court, Case No. 08A524.

10      14.    Thereafter, Taitz turned her attacks and false allegations on Lisa

11   Ostella, Mr. Berg and me.  Orly Taitz attacks then began on Judge Clay D. Land in

12   Georgia; Judge David O. Carter's Law Clerk in this Court, Siddharth Velamoor,

13   Chief Judge Royce Lamberth and his staff in Washington, D.C.; the list goes on.

14   As this Court can see, Taitz has a pattern of attacking those who disagree with her

15   or who will not do as she wants.

16      15.    While Taitz was attacking me, falsely accusing me of committing

17   crimes and trying to have me falsely arrested, Orly Taitz filed two [2] forged

18   Kenyan Birth Certificates or Certifications of Live Birth in Judge David O.

19   Carter's Court.  One of these was provided to Orly Taitz by Lucas Daniel Smith, a

20   convicted forger of identity documents.  Taitz then began filing forged and altered

documents in our case in Lisa Ostella's name and my name, as pointed out numerous times on the docket.

16.     Most recently, Orly Taitz filed documents in the case of *Taitz v. Astrue*, U.S.D.C., District of Columbia Case No. 1:11-cv-00402 RCL that had been fraudulently obtained in the name of President Obama. *See* Judge Royce C. Lamberth's Opinion of August 30, 2011, footnote at pages 7-8, this opinion is attached hereto and incorporated in by reference as **EXHIBIT "1"**.    Judge Lamberth in his Opinion stated:

> "The Court can only conclude that plaintiff has submitted a form that some individual obtained through a false request and subsequently posted online. Plaintiff also submits a "verification results" page from the Social Security Number Verification System ("SSNVS") indicating that social security number xxx-xx-4425 is "not in file (never issued)." Pl.'s Opp'n to Mot. for Summ. J. Ex. 2 [31]. She argues that this page is further evidence that the SSA is covering up the President's use of social security number xxx-xx-4425. The SSA uses the SSNVS to provide employers with a means of verifying the names and social security numbers of employees.  See SSNVS Handbook, http://www.ssa.gov/employer/ssnvshandbk/ssnvsHandbook.pdf . "Anyone who knowingly and willfully uses SSNVS to request or obtain information from SSA under false pretenses violates Federal law and may be punished by a fine, imprisonment or both." Id. at 5. As with the registration acknowledgement form discussed above, the Court can only conclude that plaintiff has submitted a page that some individual obtained under false pretenses—that is, by representing himself as the President's employer. The Court notes that both documents submitted by plaintiff are incomplete; the address on the registration acknowledgment form and the employer

identification number on the SSNVS page have been blacked out, further confirming the documents' fraudulent origins."

17.     If interested, the Court can easily find these documents referred to by Judge Lamberth as Orly Taitz is the person who posted them all over the Internet. Taitz posted them all over her website at http://www.orlytaitzesq.com, on all her Facebook pages, social network sites, tweeted them and sent them to private and public blogs and websites demanding everyone to post the documents.  Just as she (Taitz) has done with her pleadings in this case.

18.     As this Court can see, the only person committing any type of fraudulent crimes is Orly Taitz herself and then accusing us, her victims, of what she is doing.

19.     On page six of Taitz's MTD and Amended MTD she accuses Lisa Ostella of using "the website" to sell t-shirts and other financial endeavors and that Ostella failed to provide Taitz with any type of accounting.  Taitz is again lying and making up false allegations.  Evidence was filed with this Court proving Lisa Ostella was **not** selling anything on the websites; instead it was Taitz and her volunteers, followers and supporters. *See* Plaintiffs Objections filed May 31, 2011, Docket No. ["DN"] 212 at pages 4-5, ¶¶ "i" and "p", pages 6-9 and the Declaration of Lisa Ostella, DN 213 filed May 31, 2011.  This was also addressed in the U.S. Court of Appeals for the Third Circuit in Case No. 10-3000 where Plaintiffs

(Appellees) included in their supplemental Appendice filed November 7, 2010 at pages J-260-J262 and J277, screen shots and web pages showing it was another volunteer of Orly Taitz's, Lyn Shaw, who was selling T-shirts and collecting credit cards for Orly Taitz's convention in Dallas, Texas, which never took place.

20.    Taitz also states on page 6 of her MTD and Amended MTD that Ostella was sending out emails collecting donations in Taitz's name.  This is another Taitz lie.  I was present at the Court Hearings before Judge Robreno on August 7, 2009 and December 20, 2009, and reviewed Lisa Ostella's bank statements and PayPal records, all of which Mr. Berg provided Judge Robreno as Exhibits.  Lisa Ostella did **not** receive any donations, much less those intended for Orly Taitz, which her banking and PayPal records proved.  We subpoenaed Orly Taitz's PayPal records. *See* Exhibits "22" and "23" filed May 20, 2011 as DN 190. All donations Taitz falsely accused Lisa Ostella and me of stealing were in fact deposited into Taitz's PayPal accounts and transferred to Taitz's Bank of American checking accounts.

21.    On page 7, Taitz again lies to this Court and states she notified Berg that I had 27 counts and 10 convictions of forging documents.  I have never been convicted of forging documents, much less 27 counts.  Taitz also states I was involved in Mr. Berg's fundraising, another lie.  I have never had anything do with

Mr. Berg's financial accounts or fundraising. Taitz developed this false story trying to substantiate her attacks on me.

22. Taitz on page 7 also attempts to mislead this Court and her audiences falsely stating that suit was filed because she published a report from Defendant Neil Sankey, showing my criminal record. Another lie which is contradicted by Taitz's testimony to Judge Robreno on June 25, 2011. *See* the June 25, 2011 transcript at pages 41, lines 24, 25, page 42, lines 1-25 attached hereto as **EXHIBIT "2"** and appearing on the Court's docket as Exhibit "15", DN 190-4, pages 250-251, where Taitz testifies that she did not publish Sankey's report until after suit had been filed and other false statements that she did not publish my SSN, that it was another SSN she published, lie after lie after lie. It is true that Taitz has published and republished and circulated all over the Internet different versions of print-outs which she calls my "criminal record". These papers of Taitz's and Sankey are not my "criminal record". I did not sue Taitz and Sankey for the publication of these papers she calls a "criminal record".

23. On April 17, 2009, Taitz published a document called "Dossier #6". Dossier #6 was created by Orly Taitz and contained Orly Taitz's false statements that I had a long criminal history going back to the 1990's; that I had been convicted of forging police reports; manipulation of credit reports; that I had to pay $21,000 per month in restitution and that I had viciously attacked her (Taitz)

---

because I disagreed with her definition of the law pertaining to "natural born" citizenship.  In Taitz Dossier #6, Taitz included my name, my maiden name, my full Social Security number ["SSN"], my date of birth, where I resided, my husband's name, SSN and date of birth, a partial of my old SSN and other private data. *See* Dossier #6 on file with this appearing as Exhibits "13", "14" and "54, filed May 20, 2011 as DN's 190-3; 190-4 and 190-10.  Taitz's Dossier #6 is also on file as DN's 1; 3; 4; 63; 83; 102; and 190.

24.   On page 9 of L.O.O.T.'s MTD and Amended MTD, Taitz again changes her story, and creates another lie.  Taitz states, "*Plaintiffs' 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th causes of action arise out of Taitz alleged publication and re-publication of a report prepared by licensed investigator Sankey for internet magazine WorldNetdaily editor Bob Unruh and cc-ed to attorney Taitz.*" *See* Defendant Neil Sankey's email addressed directly to Orly Taitz with a note to Taitz: Defendant Neil Sankey states, "Here is the Liberi's stuff you requested". *See* **EXHIBIT "3"**.  Taitz's statement in her MTD and Amended MTD are also contradicted by her own previous statements; Taitz admits to having Neil Sankey conduct a background check on both Lisa Ostella and me. *See* DN's  1; 3; 4; 63; 83; 102; 190-3; 190-4 and 190-10.

25.   Taitz on page 12 of L.O.O.T.'s MTD and Amended MTD states, "As such attorneys on the case are well aware, that Liberi is a felon on probation.

---

Minimal investigation required under rule 11 would show that Liberi's criminal case FWV 028000 contains a fact pattern of her engaging in the same activity: cutting and pasting parts of documents and creating "documents" for which she was convicted…"  Another lie by Orly Taitz to this Court and her audiences.  I have never been convicted of any such thing; nor am I currently on probation.

26.    Taitz on pages 12 and 13 of L.O.O.T.'s MTD and Amended MTD states in essence it does not matter that she published my private data, my Social Security number, date of birth and other personal identifying information.  Taitz states **no** sane person would want to assume my identity and risk going to jail for eight [8] years, and that I was bankrupt.  This again is yet more lies to justify her wrong doings.  Taitz and her own investigator, Defendant Neil Sankey, illegally pulled my credit in or about May 2009.  Defendant Neil Sankey went on Edgar Hale's radio show and discussed a loan I had just taken out.  I had taken a signature loan (a loan based just on my signature without any type of collateral) out for over Seven Thousand [$7,000.00] Dollars for my son's college.  In order to qualify for a personal loan in that amount, you must have "A" rated credit, as I did.  My FICO score at that time was over 750.

27.    After the publication of all my private identifying information, loans, car loans, credit cards, and numerous other financial accounts were fraudulently opened in my name, without my knowledge and/or authorization.  My credit shows

Declaration of Lisa Liberi                                                                                         13

me currently residing in Texas, Massachusetts, California, New Mexico, Virginia, and other states that I have never resided in.  Defendant Orly Taitz as an Attorney, Doctor and Dentist by and through L.O.O.T. single handedly destroyed my credit and that of my husband by publishing our private identifying information.  Moreover, she sent all our private identifying information internationally.  How many Lisa Liberi's are entering our Country illegally?  Using my Identity?

28.     Further, anyone using my identity to commit crimes would **not** land them in jail, since it is under my name, my identity; police would arrest me until they found that my identity had been stolen numerous times.

29.     Taitz claims that we did not plead any facts pertaining to her disclosure and publication of our Social Security numbers, and other primary identifying information.  Not true, all through our Amended Complaint it is pled that I have suffered full identity theft over and over again. *See* our First Amended Complaint ["FAC"] at pgs. 41-43 ¶¶ 106-108, 110, pg. 50 ¶121, pg. 56 ¶133, pgs. 59-60, ¶¶ 140-141, pg. 79 ¶ 190 and many other places in our FAC.

30.     Taitz continues on page 13 of L.O.O.T.'s MTD and Amended MTD, "*How within 2 weeks from the time the report was posted and the complaint was filed, this imaginary individual managed to damage Liberi*?  Taitz is trying to mislead this Court into believing she only had my full Social Security number and other private identifying information posted for two [2] weeks on her site.  Another

lie by Orly Taitz. Taitz had all my primary identifying information, including my full Social Security number, date of birth, place of birth, maiden name, mother's maiden name, father's name, address, phone number, financial information, and other private information posted since April 2009 to current. Taitz's Dossier #6 with my full Social Security number and private data is still available online at http://www.oilforimmigration.org/facts/?p=1478. *See* **EXHIBIT "4"** – note, I have redacted my Social Security Number from the two [2] pages of screen shots.

31.    Taitz's continues on page 13 that I entered my unredacted Social Security numbers on documents filed with Courts. Even if true, Taitz as an Attorney would have access to unredacted court documents, depending on how she identified herself. Regardless, if true, Taitz had **no** right to publish the documents all over the internet and my information was **not** online until Taitz put it there. My name was unknown on the Internet prior to all of Taitz's publications. Now, you get pages after pages in Google when you input my name; it is truly disgusting the damages Orly Taitz has caused me and my family.

32.    California Courts, as this Court is aware, are required to redact any and all private confidential information from documents provided to the public. However, as stated, Attorneys have access to documents the general public does **not**, especially if they misrepresent themselves as being counsel for the person whom the documents relate.

---

Declaration of Lisa Liberi

33.     Taitz's ignorant argument is **no** different than me trying to convince this Court that Taitz's PayPal records have her full Social Security number and it is okay for Lisa Ostella, Philip J. Berg, Esquire or me to publish it all over the Internet.  This simply is **not** the case.

34.     On page 19, Taitz states in L.O.O.T.'s MTD and Amended MTD "*Liberi used likeness and trade mark of Taitz's not for profit foundation and solicited donations, while Liberi and Berg benefitted from those actions of Ostella, as she locked Taitz out of her old web site and used that web site to promote law office of Berg.*"  This is another lie of Orly Taitz.  I have never used Taitz's name, or anything pertaining to Taitz's name or any of her affiliates.  I have never solicited donations from anyone, much less Orly Taitz.  In fact, I had never been to any of Orly Taitz's websites **until after** she published my Social Security number and other private data which was mid April 2009.  I have **not** and did **not** benefit from anything pertaining to Orly Taitz; I have only suffered severe damages and extreme emotion distress as a result of Orly Taitz's actions.  Not to mention the fact, Orly Taitz's contradicts her own statements in her MTD and Amended MTD.

35.     Ms. Taitz continues stating I am a career document forger and that I have a criminal record going back to the 1990's.  This is not true, I do not have a criminal record going back to the 1990's and I have not been convicted of forgery of documents or document forgery.

---

36.     Further, Ms. Taitz has harassed every governmental agency in New Mexico to the point they called in the NM Attorney General to put a stop to Ms. Taitz's harassing and illegal behaviors.

37.     Moreover, Ms. Taitz called on her readers, followers and supporters to contact the law enforcement agency where I reside; she continued calling on them to further cyber-stalk; cyber-harass; and cyber-bully me; which they did.

38.     I have received nonstop phone calls stating I am going to meet my maker real soon if I don't drop this lawsuit against Ms. Taitz.  I have had strange individuals show up at my home, peeking in my windows, scrambling my phones, all after Ms. Taitz publication of my home address and telephone number.

39.     My local law enforcement has been forced to take reports for Stalking, Cyber-stalking, Cyber-harassment, Cyber-bullying; fraud; forgery; identity theft; threats, where they have listed the prime suspect as Orly Taitz.  This is a result of all of Orly Taitz publishing and continued republishing of her threats against me, her calling for her supporters for help regarding me; and her continued publishing of my full Social Security number, my maiden name, my mother's maiden name, my father's name, my home address, my place of birth, my date of birth and my husband's primary identification information.  As a result, my husband and my identities have been stolen, our credit has been used repeatedly, accounts have been set-up fraudulently in our names using our identifying information, my credit

report shows me residing in States I have never resided including but **not** limited to Massachusetts and Iowa. All the law enforcement reports were forwarded to the Federal Bureau of Investigations as the crimes crossed several state lines.

40.    As a result of Ms. Taitz's continued harassment, cyber-stalking, cyber-bullying, cyber-harassment, and other illegal acts, I have had to have emergency service from the paramedics numerous times, emergency room visits, cardiac treatments, and hospitalizations due to the complications I suffered with my heart and other medical conditions, resulting from stress induced by Orly Taitz and the other Defendants. This has cost my family in excess of Two Hundred Fifty Thousand [$250,000.00] Dollars. My medical bills to date were provided to Judge Robreno on December 20, 2010.

41.    Ms. Taitz is well aware of what she is doing; she has talked about my medical complications on her radio shows, TV appearances and in her pleadings filed with this Court and in the same breath claims she is a doctor.

42.    As I have testified several times, I do believe Ms. Taitz attempted to hire a dangerous man in Albuquerque to carry out her threats towards me and Mrs. Ostella, to harm me and my family and harm Mrs. Ostella and her family. Ms. Taitz never disputed that Mr. Nieto's PayPal money requests were **not** from her PayPal account. I asked Ms. Taitz on December 20, 2010 in Judge Robreno's Courtroom if she was saying the PayPal account the money requests from Mr.

Nieto was not her PayPal account, and Ms. Taitz answered "**NO**", because they were. *See* the December 20, 2010 Transcript, page 94, lines 7-11, filed on the docket January 14, 2011, appearing as Docket Entry 162.

43.    Orly Taitz filed numerous false reports with the Santa Fe Probation Department, all of which were investigated and found to be without merit.  When this failed and law enforcement refused to falsely arrest me, Orly Taitz filed an Emergency Petition in the San Bernardino County Superior Court to have my probation revoked.  Orly Taitz filed these same false accusations that were filed with the Orange County Sheriff's Department; Santa Fe Police Department; the Santa Fe Probation Department; the San Bernardino County District Attorney's Office and the San Bernardino County Probation Office.  Additionally, Orly Taitz included that I tampered with her car, jeopardizing her and her families lives and that I killed my sister.

44.    This Case had been closed for three [3] years and was reopened due to Orly Taitz's petition.  Three [3] court hearings took place, and on each hearing Orly Taitz was publishing it on her website, as filed on May 20, 2011 with this Court. *See* Docket No. 190 through 190-27, and summonsing people to attend the hearings and be "victims" of "Liberi's".  I had to have counsel attend the hearings. The Court found absolutely no merit to Orly Taitz, Neil Sankey and Orly Taitz's supporters false reports; I was found "not guilty" of any violations and the case

closed again.   All of this was done with malicious intent.   Orly Taitz was attempting every way possible to have me falsely accused and jailed because I was and am suing her, which was her ulterior motive.

45.    Orly Taitz was very unhappy so she began seeking her supporters to file formal complaints against the supervising Probation Officers in San Bernardino County.  Orly Taitz at this same time also put out all over the Internet that I had four [4] active felony charges, knowing this information was false. *See* **Exhibits** "125" through "128" filed May 20, 2011, which I located on Orly Taitz website by going to http://www.orlytaitzesq.com.  Again, all of which shows Orly Taitz's malicious intent.

46.    I have never worked for or had anything to do with Orly Taitz.  I am not a blogger; I do not and have not posted anything on the Internet, on web forums, on bulletin boards, nowhere on the World Wide Web about Orly Taitz, her company, her family, or anyone she knows.  I have never authorized Orly Taitz or any of the other Defendants to publish my private data, obtain and publish my family pictures or single photos, none of which are public, publish my home address or any other information about me.  I am not a public person.

47.    Since the filing of my Declaration with this Court on July 25, 2011, Docket No. 314, where I put all of Defendant Taitz's continued postings and publications with false statements, false allegations, false recitations of this case,

pleadings on file with this case, and incitement against Lisa Ostella and me, Taitz

has continued these actions.  Taitz posted the following:

**EXHIBIT "5"**

**World Net Daily is sending flyers and asking for money for Gary ...**

*www.orlytaitzesq.com/*

*http://www.orlytaitzesq.com/?p=25677*

6 hours ago by dr_taitz@yahoo.com

It is despicable, that attorneys claiming to be on the same side would collude with a known convicted felon, forger and thief Lisa *Liberi*, put their name and license under garbage drafted by her and World Net Daily would promote such attorney **...**

**EXHIBIT "6"**

**Help me find this person, whose IP is now connected to all the ...**

*www.orlytaitzesq.com/*

http://www.orlytaitzesq.com/?p=25592

3 days ago by dr_taitz@yahoo.com

She refused to file her drivers license or any other identification paper, as she said that she is afraid of me because she believes that attorney Orly Taitz tried to hire a hit-man to kill Lisa *Liberi*, assistant of Philip Berg and she also tried to hire a **...**

**EXHIBIT "7"**

**submitted to Judge Andrew Guilford in Central District of CA today ...**

*www.orlytaitzesq.com/*

*http://www.orlytaitzesq.com/?p=25553*

*http://www.orlytaitzesq.com/?attachment_id=25549*

*http://www.orlytaitzesq.com/?attachment_id=25550*

*http://www.orlytaitzesq.com/?attachment_id=25551*

*http://www.orlytaitzesq.com/?attachment_id=25552*

*http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Liberi-v-TAaitz-10.10.2011-hearing-motion-to-dismiss-Law-offices.pdf*

*http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Liberi-v-Taitz-12.23.2010-pdf-memorandum-by-Judge-Robreno.pdf*

*http://www.orlytaitzesq.com/wp-content/uploads/2011/09/Lisa-Liberi-criminal-record-bankruptcy-record.pdf*

*http://www.orlytaitzesq.com/wp-content/uploads/2011/09/declaration-of-Lisa-Liberi-first-5-digits-of-SSN-redacted-.pdf*

4 days ago by dr_taitz@yahoo.com
Complaint at hand was filed by plaintiff Pennsylvania attorney Philip Berg,
his assistant Lisa *Liberi* and web master Lisa Ostella, who for a short time
was a volunteer web master for defendant Orly Taitz, but who is currently
assisting Berg, **...**

**EXHIBIT "8"**
**submitted today | Dr. Orly Taitz Esquire**
*www.orlytaitzesq.com/*
*http://www.orlytaitzesq.com/?p=24922*
Aug 24, 2011 by dr_taitz@yahoo.com
Re *Liberi* v Taitz 11-cv-485. Request for leave of court to file a request to
correct a serious error made by a docketing clerk in entries #289, #300 and
correct a relating error in order by the court from August, 19 2011 and for
leave of court to file **...**

**EXHIBIT "9"**
**submitted today to judge Guilford. Does anyone know, if any of his ...**
*www.orlytaitzesq.com/*
*http://www.orlytaitzesq.com/?p=24901*
*http://www.orlytaitzesq.com/?attachment_id=24902*
*http://www.orlytaitzesq.com/?attachment_id=24903*
*http://www.orlytaitzesq.com/wp-content/uploads/2011/08/Liberi-v-Taitz-final-request-to-modify-the-order-of-litigation-history.docx*
*http://www.orlytaitzesq.com/wp-content/uploads/2011/08/Liberi-v-Taitz-request-to-correct-an-error-in-order-and-leave-of-court-to-file-12b6.pdf*
Aug 23, 2011 by dr_taitz@yahoo.com
*Liberi* v Taitz final request to modify the order of litigation history *Liberi* v
Taitz request to correct an error in order and leave of court to file. **...**
TAITZ@GMAIL.COM. Attorney for "Orly Taitz, inc" in *Liberi* v Taitz
11-cv-485. 08.23.2011. Request for **...**

**EXHIBIT "10"**
**More on connection between WND and Kreep | Dr. Orly Taitz Esquire**
*www.orlytaitzesq.com/*
*http://www.orlytaitzesq.com/?p=24891*
Aug 23, 2011 by dr_taitz@yahoo.com
Recently Editor of Post and E-mail Sharon Rondeau published a criminal
record of Lisa *Liberi*, assistant to Berg, she explained that the law suit was

bogus, there was no defamation, no invasion of privacy, that all publication about Berg's **...**

**EXHIBIT "11"**
**Update on HI and the Boehner plan vote | Dr. Orly Taitz Esquire**
*www.orlytaitzesq.com/*
*http://www.orlytaitzesq.com/?p=24293*
Jul 29, 2011 by dr_taitz@yahoo.com
I am still having to spend enormous amount of time on this bogus law suit filed by Philip Berg, his local counsel Gary Kreep and his sidekicks Lisa *Liberi* and Lisa Ostella. This is an enourmous waste of my time, money and energy, which could **...**

48.     Orly Taitz also published all the above posts, attached as Exhibits, on her accounts with Facebook (in approximately eight [8] places on Facebook); beforeitsnews.com; friends feed; twitter; freedables.com; and other social network sites and search engines including internationally and in foreign languages.  We have copies and all the links should the Court wish them to be filed.  Orly Taitz also sent these posts through hundreds of RSS feeds to thousands of private and public blogs and websites for posting.

49.     There is absolutely no permissible purpose, no tangible reason for all these postings regarding Lisa Ostella our attorney or me and it does **not** serve any legitimate purpose.  All these postings since 2009 have kept me living in daily fear for son, husband or me.  Further, it has caused my family and me severe (substantial) emotional and mental distress to the point I ended up hospitalized for heart complications due to the stress and repeated emergency personnel at my

home due to heart complications and other medical complications caused by the harassment and stress.

50.     Your Honor has made comment regarding the docket and all the filings several times.  The reason Plaintiffs are forced to file so much paper is because Orly Taitz will take one document and publish it in hundreds of places on the Internet.  We then feel it necessary to file them to substantiate our statements as Taitz continues lying to the Court and accusing of crimes we have never committed.

51.     Orly Taitz has proven to be completely fixated on Lisa Ostella and me to an extreme that I feel warrants psychiatric intervention.  Otherwise, Orly Taitz, with all her rage, is going to end up physically harming our children, family members or us.

52.     In fact, in Orly Taitz's post of September 15, 2011, attached hereto as **EXHIBIT "6"** Orly Taitz goes after my mother, Shirley Waddell with false tales and gives the names of relatives of my husband, who Taitz could have only obtained by conducting further illegal background checks.  Orly Taitz has also stalked my son.  Your Honor, this must stop, I am asking this Court to please stop this woman.

53.     All of the above posts I obtained by going directly to Orly Taitz website at www.orlytaitzesq.com and in the search box typing "Liberi" each and

Declaration of Lisa Liberi

24

1    every post with my name came up, at which time I took a screen shot and printed
2
3    the page to PDF.  The above postings by Taitz are only over the past month and are
4    the same type of postings Orly Taitz has done regarding me since April 2009, all
5    with false tales, false allegations, where I am being blamed for what Orly Taitz is
6
7    actually doing to us.
8        54.    Orly Taitz incites people against us, as proven by the postings by her
9    own   web   person,   Bob   Stevens   on   www.skypeassholes.com   and
10
11   http://domesticenemies.net, as well as Taitz's own statements.  I certainly believe
12   this justifies and substantiates her cyber-stalking of Lisa Ostella and me.
13
14       55.    Your Honor, Orly Taitz will **not** stop until the Court's force her to
15   stop her dangerous, illegal and damaging conduct.
16
17       I declare under the penalty of perjury of the Laws of the United States and
18   the State of California that the foregoing is true and correct.
19
20       Executed this 20th day of September, 2011 in the State of New Mexico.
21
22
23                                        _____
24                                        Lisa Liberi, Declarant
25
26
27
28

Declaration of Lisa Liberi                                                          25