Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com

*Attorney in pro se and for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION**

LISA LIBERI, et al,

Plaintiffs,

vs.

ORLY TAITZ, et al,

Defendants.

CIVIL ACTION NUMBER:
**8:11-cv-00485-AG (AJW)**

**PLAINTIFFS OPPOSITION TO THE REED DEFENDANTS MOTION TO DISMISS, DOCKET NO. 381**

Date of Hearing: October 17, 2011
Time of Hearing: 10:00 a.m.
Location: Courtroom 10D

Plaintiffs, by and through their undersigned counsel, Philip J. Berg, Esquire, file the within Response in Opposition; Memorandum of Points and Authorities; and Declarations in Opposition to Defendants, Reed Elsevier, Inc., LexisNexis Risk and Information Analytics Group, Inc., LexisNexis, Inc., LexisNexis Risk Solutions, Inc., LexisNexis ChoicePoint, Inc., LexisNexis Seisint, Inc., d/b/a Accurint, and LexisNexis Group, Inc. [the "Reed Defendants"] Motion to Dismiss ["MTD"]. In support hereof, Plaintiffs aver the following:

- The Reed Defendants have waived their defenses to Plaintiffs 12 through 16 Cause of Actions;

- Plaintiffs have properly pled their Causes of Action against the Reed Defendants;

- Plaintiff Lisa Liberi was a customer of the Reed Defendants when they sold her private information to Taitz, Yosef Taitz and the Sankey Defendants; and

- Defendants Orly Taitz, Yosef Taitz and the Sankey Defendants have already admitted to obtaining Plaintiffs Lisa Liberi and Lisa Ostella's private information, credit reports, etc. from LexisNexis, ChoicePoint, Inc. and Intelius.

1. Defendant Orly Taitz ["Taitz"] as an attorney threatened to take Philip J. Berg, Esquire ["Berg"] down and to do so she stated she was going to destroy his paralegal, Plaintiff Lisa Liberi ["Liberi"], and get rid of her. Taitz's threat was due to Liberi refusing to assist Taitz in her litigation, which Liberi later learned was a scam. During this same time, Plaintiff Lisa Ostella ["Ostella"] told Taitz to find another web master as Ostella refused to lie and substantiate Taitz's false statements of "hacking".

2. This case is **<u>not</u>** about "in-fighting"; it is **<u>not</u>** about President Obama; it is **<u>not</u>** about Politics; nor are any of the Plaintiffs part of a "venomous political

clique"; nor do the Plaintiffs and Defendants have histories of working together, except for Taitz and Ostella for a very short few months.

3. In or about April 2009, Taitz as an attorney and a Dentist through the Law Offices of Orly Taitz ["L.O.O.T."], Orly Taitz, Inc., and as President of Defend our Freedoms Foundations, Inc. ["DOFF"] hired or sought Neil Sankey, Todd Sankey, Sankey Investigations, Inc., The Sankey Firm ["Sankey Defendants"] to obtain very private data of Liberi and Ostella; and to conduct illegal background checks; obtain credit and financial data and obtain other very private information of Liberi and Ostella.

4. The private data obtained by the Sankey Defendants and Taitz from the Reed Defendants was Liberi and Ostella's Social Security numbers; dates of birth; places of birth; father's names; relatives names; siblings names; addresses; unlisted phone numbers; children's names; spouses names, spouses dates of birth; spouses Social Security numbers; financial records; credit reports; medical records; sealed Court information; and other primary identifying information. In fact, Plaintiff Liberi does **not** own real estate, yet the Reed Defendants and Defendant Intelius supplied Plaintiff Liberi's home address and Liberi and Ostella's unlisted phone numbers.

5. It was later learned that Taitz and the Sankey Defendants utilized LexisNexis, ChoicePoint, Accurint ["the Reed Defendants"] and Defendant Intelius to obtain Plaintiffs Ostella and Liberi's private data.

6. Defendant Yosef Taitz is the "hands-on" CEO of Daylight. Mr. Taitz was involved with the design of Daylight's programs, software and hardware. Mr. Taitz and Daylight's toolkits provide programming interface applications which are built into the design and used with Oracle. The design allows for remote application execution, cross site scripting, remote interface and injection attacks, which are vulnerabilities that Oracle, Daylight and Mr. Taitz were aware of.

7. Defendants Yosef and Orly Taitz used their expertise with the Daylight tools and Oracle flexibilities to access the Reed Defendants databases, where they also obtained Plaintiffs Liberi and Ostella's private data. Mr. Taitz in his Motion to Dismiss in his individual capacity stated he could **not** be held liable as any damages caused to the Plaintiffs would be the responsibility of Defendant Daylight Chemical Systems, Inc.

8. Defendants Taitz; DOFF; L.O.O.T., have admitted in Court filings that they obtained Plaintiffs private data directly from the Sankey Defendants; the Reed Defendants and Defendant Intelius. S*ee* DOFF's Motion to Dismiss ["MTD"] filed July 11, 2011, appearing as Docket No. ["DN"] 283; Orly Taitz's MTD filed July 11, 2011, DN 280; and L.O.O.T.'s MTD filed September 14, 2011, DN 376

and their Amended MTD filed September 16, 2011, DN 377. Taitz stated that the Sankey Defendants, Reed Defendants and Defendant Intelius, Inc. are responsible for Plaintiffs damages. Taitz also published all over her website that she obtained the private data from LexisNexis, ChoicePoint and Intelius. *See* DN 190 through 190-27 filed May 20, 2011.

9. In the Reed Defendants MTD they claim Plaintiffs have failed to state a claim in which relief can be granted. The Reed Defendants also moved to join Oracle's Motion to Dismiss claiming they are in the same position as Oracle, which simply is **not** the case. The Reed Defendants also attempt to claim they only provided public records to Taitz and the Sankey Defendants.

10. The Reed Defendants do utilize Oracle databases and is confirmed by the Reed Defendants seeking Oracle personnel to run their databases, see the employment list located online at: https://reedelsevier.taleo.net/careersection/50/jobdetail.ftl?lang=en&job=LEX003Q5

11. As outlined in Plaintiffs Opposition; Brief and Declarations of Lisa Liberi, Lisa Ostella and Philip J. Berg, Esquire, the Reed Defendants have **not** met their burden to have Plaintiffs Complaint Dismissed.

12. Plaintiffs Opposition is based upon their Opposition, the attached Memorandum of Points and Authorities in Support hereof; Declarations of Philip J.

Berg, Esquire; and Lisa Liberi filed concurrently herewith; upon records on file with this Court and such further oral and/or documentary evidence that may be presented at the time of the Hearing.

**WHEREFORE**, for the reasons stated herein, Plaintiffs respectfully request this Court to Deny the Reed Defendants Motion to Dismiss. In the alternative, Plaintiffs Request Leave to Amend their Complaint.

Respectfully submitted,

Dated: September 25, 2011

/s/ Philip J. Berg

Philip J. Berg, Esquire
Pennsylvania I.D. 9867
**LAW OFFICES OF PHILIP J. BERG**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone: (610) 825-3134
E-mail: philjberg@gmail.com

*Attorney in Pro Se and Counsel for Plaintiffs*