John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Edward S. Chang (State Bar No. 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
INTELIUS INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ORLY TAITZ, et al.,<br><br>   Defendants. | Case No. 8:11-CV-00485-AG (AJWx)<br><br>Assigned for all purposes to<br>Honorable  Andrew J. Guilford<br><br>**DEFENDANT INTELIUS INC.'S NOTICE OF JOINDER AND JOINDER IN THE REED DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         October 17, 2011<br>Time:        10:00 a.m.<br>Dept:         10 D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, Defendant Intelius Inc. ("Intelius") hereby joins in the Motion to Dismiss filed in the above-captioned matter by Defendants Reed Elsevier, Inc., LexisNexis Risk and Information Analytics Group, Inc.,

LexisNexis, Inc., LexisNexis Risk Solutions, Inc., LexisNexis ChoicePoint, Inc., LexisNexis Seisint, Inc., d/b/a/ Accurint, and LexisNexis Group, Inc. (collectively, the "Reed Defendants"). Intelius joins the Reed Defendants' Motion to Dismiss on the same grounds as those set forth in the Reed Defendants' Memorandum of Points and Authorities in support of its Motion to Dismiss. Because Plaintiffs have failed to allege facts sufficient to state a cause of action and, because they cannot do so through amendment, the First Amended Complaint should be dismissed with prejudice in its entirety as to both Intelius and the Reed Defendants for substantially the same reasons.

This Joinder is based upon this Notice of Joinder and Joinder, the Reed Defendants' Notice of Motion and Motion to Dismiss, the Memorandum of Points and Authorities filed concurrently therewith, all pleadings, papers and other documents on file with this Court, and such further material or argument as the Court may consider at or before the hearings on the Motion to Dismiss.

Dated: October 3, 2011

Respectfully submitted,

JONES DAY

By: */s/ John A. Vogt*
    John A. Vogt

Attorneys for Defendant
INTELIUS INC.

1