Daryl M. Crone (Bar No. 209610)
 daryl@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
 jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for Defendant
Oracle Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ORLY TAITZ a/k/a DR. ORLY TAITZ, *et al.*, <br><br> Defendants. | Case No.: SACV11-0485 AG (AJWx) <br><br> **DEFENDANT ORACLE CORPORATION'S NOTICE OF LODGING PROPOSED JUDGMENT OF DISMISSAL** |

{00046032.DOC - v1}

DEFENDANT ORACLE'S NOTICE OF LODGING PROPOSED JUDGMENT OF DISMISSAL

1 TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR
2 ATTORNEYS OF RECORD:

3     PLEASE TAKE NOTICE THAT, pursuant to the Court's order dated
4 September 12, 2011 (see Docket No. 405), defendant Oracle Corporation hereby
5 lodges the attached Proposed Judgment of Dismissal for consideration and entry by
6 the Court.

7
8 DATED: October 4, 2011     CRONE HAWXHURST LLP

By     /s/
    Daryl M. Crone
    Attorneys for Defendant
    Oracle Corporation

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195