<div style="font-size:small">CRONE HAWXHURST LLP<br/>
10880 WILSHIRE BOULEVARD, SUITE 1150<br/>
LOS ANGELES, CALIFORNIA 90024<br/>
Tel: (310) 893-5150 • Fax: (310) 893-5195</div>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ORLY TAITZ a/k/a DR. ORLY TAITZ, *et al.*,<br><br>    Defendants. | Case No.: SACV11-0485 AG (AJWx)<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT ORACLE CORPORATION** |

{00046033.DOC - v1}

By order dated September 12, 2011 (see Docket No. 405), the Court granted defendant Oracle Corporation's motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(6), without leave to amend.

IT IS THEREFORE ORDERED AND ADJUDGED THAT judgment is entered in favor of Defendant Oracle Corporation and against Plaintiffs Lisa Liberi, Lisa M. Ostella, Go Excel Global, Philip J. Berg and The Law Offices of Philip J. Berg, on the First Amended Complaint.

DATED:

_____
UNITED STATES DISTRICT JUDGE