UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | October 5, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER DENYING PLAINTIFFS' REQUEST FOR LEAVE TO FILE MOTION TO SEAL**

On September 20, 2011, Plaintiffs submitted a letter to this Court asking for leave to file a motion to seal Defendant Intelius' filing Docket No. 380-8 (Declaration of Benjamin Nelson in Support of Defendant Intelius' Motion to Dismiss, Ex. 5) ("Exhibit 5"). In their letter, Plaintiffs claimed that Exhibit 5 should be sealed because it contained "Plaintiff Lisa Liberi's full social security number, date of birth, husband's social security number, date of birth, and other private identifying data."

Sealing documents interferes with the public's right "to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). It also imposes a burden on the clerk's office. Thus, parties seeking to seal court documents must establish "compelling reasons" for doing so. *Id.*

The Court has reviewed Exhibit 5, which is a letter authored by Plaintiff Berg, and sent to Defendant Intelius. Thus, Plaintiffs voluntarily disclosed any information in that letter to Defendant Intelius. It appears that Plaintiffs were aware at the time that they sent the letter that it contained identifying information, and took the time to redact all of the social

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | October 5, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

security numbers.  Furthermore, Plaintiffs themselves have previously filed this exact same exhibit in whole or in part during the course of this litigation.  (*See* 2:09-cv-01898 Dkt. No. 3 at p. 10-11; *id.,* Dkt. No. 4 at p. 42; *see also* 8:11-cv-00485-AG-AJW Dkt. No. 190-3 at pp. 37-42; *id.,* Dkt. No. 190-9 at pp. 17-18; *id.,* Dkt. No. 190-5 at p. 3-6; *id.*, Dkt. No. 190-7 at p. 26-27; *id.* Dkt. No. 190-4 at pp. 30-33.)

Considering these circumstances, this Court believes it will be impossible for Plaintiffs to establish a compelling reason to seal Exhibit 5.  Thus, there is no reason to grant leave to file a motion to seal Exhibit 5.

Plaintiffs' request for leave to file a motion to seal Exhibit 5 is DENIED.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |