UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ORLY TAITZ a/k/a DR. ORLY TAITZ, *et al.*,<br><br>  Defendants. | Case No.:  SACV11-0485 AG (AJWx)<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT ORACLE CORPORATION** |

By order dated September 12, 2011 (see Docket No. 405), the Court granted defendant Oracle Corporation's motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(6), without leave to amend.

IT IS THEREFORE ORDERED AND ADJUDGED THAT judgment is entered in favor of Defendant Oracle Corporation and against Plaintiffs Lisa Liberi, Lisa M. Ostella, Go Excel Global, Philip J. Berg and The Law Offices of Philip J. Berg, on the First Amended Complaint.

DATED:
October 6, 2011

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD

CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

{00046033.DOC - v1}

-1-

JUDGMENT OF DISMISSAL