John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Edward S. Chang (State Bar No. 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
INTELIUS INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>ORLY TAITZ, et al.,<br><br>           Defendants. | Case No. 8:11-CV-00485-AG (AJWx)<br><br>Assigned for all purposes to Honorable Andrew J. Guilford<br><br>**DEFENDANT INTELIUS INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1    For itself and no other party, Defendant Intelius Inc. ("Intelius") hereby

2    responds to the First Amended Complaint ("Complaint") of Lisa Liberi, *et. al.* as

3    follows:

4    **ANSWER TO ALLEGATIONS RE: NATURE OF ACTION**

5    1.    In response to Paragraph 1 of the Complaint, Intelius states that the

6    allegations contained in Paragraph 1 are legal conclusions and/or argument not

7    subject to admission or denial.  To the extent that Paragraph 1 contains allegations

8    requiring admission or denial, Intelius denies that Plaintiffs are entitled to the relief

9    requested in the Complaint, or any relief whatsoever.  Intelius states that it is

10   without knowledge or information sufficient to form a belief as to the truth or

11   falsity of the allegations of Paragraph 1, referring to any other defendant and, on

12   that basis, denies each and every remaining allegation contained in Paragraph 1.

13   **ANSWER TO ALLEGATIONS RE: JURISDICTION AND VENUE**

14   2.    In response to Paragraph 2 of the Complaint, Intelius states that the

15   allegations contained in Paragraph 2 are legal conclusions and/or argument not

16   subject to admission or denial.  To the extent that Paragraph 2 contains allegations

17   requiring admission or denial, Intelius admits that this Court has original

18   jurisdiction over this matter under 28 U.S.C. § 1331.  Intelius also admits that this

19   Court has original jurisdiction over this matter, under 28 U.S.C. § 1332, in that it is

20   a civil action between citizens of different states in which the matter in controversy

21   allegedly exceeds the sum or value of seventy-five thousand dollars ($75,000),

22   exclusive of interest and costs.  Intelius further states that the First, Second, Third,

23   Fifth, Sixth, Eighth, Ninth, Seventeenth, Eighteenth, Nineteenth, and Twentieth

24   Causes of Action against Intelius have been dismissed with prejudice.  Intelius

25   states that it is without knowledge or information sufficient to form a belief as to

26   the truth or falsity of the allegations of Paragraph 2, referring to any other defendant

27   and, on that basis, denies each and every remaining allegation contained in

28   Paragraph 2.

3.      In response to Paragraph 3 of the Complaint, Intelius states that the allegations contained in Paragraph 3 are legal conclusions and/or argument not subject to admission or denial.  To the extent that Paragraph 3 contains allegations requiring admission or denial, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 3, referring to any other defendant and, on that basis, denies each such allegation.  Intelius admits that venue is proper in the Central District of California under 28 U.S.C. § 1391.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 3, referring to any other defendant and, on that basis, denies each and every remaining allegation contained in Paragraph 3.

## ANSWER TO ALLEGATIONS RE: PARTIES

4.      In response to Paragraph 4 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 4 and, on that basis, denies each and every allegation contained in Paragraph 4.

5.      In response to Paragraph 5 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 5 and, on that basis, denies each and every allegation contained in Paragraph 5.

6.      In response to Paragraph 6 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 6 and, on that basis, denies each and every allegation contained in Paragraph 6.

7.      In response to Paragraph 7 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 7 and, on that basis denies each and every allegation contained in Paragraph 7.

8.      In response to Paragraph 8 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 8 and, on that basis, denies each and every allegation contained in Paragraph 8.

9.      In response to Paragraph 9 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 9 and, on that basis, denies each and every allegation contained in Paragraph 9.

10.      In response to Paragraph 10 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 10 and, on that basis, denies each and every allegation contained in Paragraph 10.

11.      In response to Paragraph 11 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 11 and, on that basis denies each and every allegation contained in Paragraph 11.

12.      In response to Paragraph 12 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 12 and, on that basis, denies each and every allegation contained in Paragraph 12.

13.      In response to Paragraph 13 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 13 and, on that basis, denies each and every allegation contained in Paragraph 13.

14.      In response to Paragraph 14 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 14 and, on that basis, denies each and every allegation contained in Paragraph 14.

15.     In response to Paragraph 15 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 15 and, on that basis, denies each and every allegation contained in Paragraph 15.

16.     In response to Paragraph 16 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 16 and, on that basis, denies each and every allegation contained in Paragraph 16.

17.     In response to Paragraph 17 of the Complaint, Intelius states that the allegations contained in Paragraph 17 of the Complaint are legal conclusions and/or argument and are not subject to admission or denial.  To the extent that Paragraph 17 contains allegations requiring admission or denial, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 17 and, on that basis, denies each and every remaining allegation contained in Paragraph 17.

18.     In response to Paragraph 18 of the Complaint, Intelius states that the allegations contained in Paragraph 18 of the Complaint are legal conclusions and/or argument and are not subject to admission or denial.  To the extent that Paragraph 18 contains allegations requiring admission or denial, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 18 and, on that basis, denies each and every remaining allegation contained in Paragraph 18.

19.     In response to Paragraph 19 of the Complaint, Intelius states that the allegations contained in Paragraph 19 of the Complaint are legal conclusions and/or argument and are not subject to admission or denial.  To the extent that Paragraph 19 contains allegations requiring admission or denial, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 19 and, on that basis, denies each and every

1    remaining allegation contained in Paragraph 19.

2        20.    In response to Paragraph 20 of the Complaint, Intelius states that the

3    allegations contained in Paragraph 20 of the Complaint are legal conclusions and/or

4    argument and are not subject to admission or denial.  To the extent that Paragraph

5    20 contains allegations requiring admission or denial, Intelius states that it is

6    without knowledge or information sufficient to form a belief as to the truth or

7    falsity of the allegations of Paragraph 20 and, on that basis, denies each and every

8    remaining allegation contained in Paragraph 20.

9        21.    In response to Paragraph 21 of the Complaint, Intelius states that the

10   allegations contained in Paragraph 21 of the Complaint are legal conclusions and/or

11   argument and are not subject to admission or denial.  To the extent that Paragraph

12   21 contains allegations requiring admission or denial, Intelius states that it is

13   without knowledge or information sufficient to form a belief as to the truth or

14   falsity of the allegations of Paragraph 21 and, on that basis, denies each and every

15   remaining allegation contained in Paragraph 21.

16       22.    In response to Paragraph 22 of the Complaint, Intelius states that the

17   allegations contained in Paragraph 22 of the Complaint are legal conclusions and/or

18   argument and are not subject to admission or denial.  To the extent that Paragraph

19   22 contains allegations requiring admission or denial, Intelius states that it is

20   without knowledge or information sufficient to form a belief as to the truth or

21   falsity of the allegations of Paragraph 22 and, on that basis, denies each and every

22   remaining allegation contained in Paragraph 22.

23       23.    In response to Paragraph 23 of the Complaint, Intelius states that the

24   allegations contained in Paragraph 23 of the Complaint are legal conclusions and/or

25   argument and are not subject to admission or denial.  To the extent that Paragraph

26   23 contains allegations requiring admission or denial, Intelius states that it is

27   without knowledge or information sufficient to form a belief as to the truth or

28   falsity of the allegations of Paragraph 23 and, on that basis, denies each and every

1    remaining allegation contained in Paragraph 23.

2         24.    In response to Paragraph 24 of the Complaint, Intelius states that the

3    allegations contained in Paragraph 24 of the Complaint are legal conclusions and/or

4    argument and are not subject to admission or denial.  To the extent that Paragraph

5    24 contains allegations requiring admission or denial, Intelius admits that it is a

6    corporation organized under the laws of Washington.  Intelius further admits that it

7    conducts business in the County of Los Angeles, California, and other counties

8    throughout the United States.  Intelius denies that it acted as a "consumer reporting

9    agency" as defined in the Fair Credit Reporting Act or the California Credit

10   Reporting Agencies Act as to any of the plaintiffs.  Intelius further denies that it

11   acted as an "Investigative Consumer Reporting Agency" as defined in the

12   Investigative Consumer Reporting Agencies Act as to any of the plaintiffs.  Except

13   as expressly so admitted or denied, Intelius denies each and every allegation

14   contained in Paragraph 24.

15        25.    In response to Paragraph 25 of the Complaint, Intelius states that it is

16   without knowledge or information sufficient to form a belief as to the truth or

17   falsity of the allegations of Paragraph 25 and, on that basis, denies each and every

18   allegation contained in Paragraph 25.

19        26.    In response to Paragraph 26 of the Complaint, Intelius states that it is

20   without knowledge or information sufficient to form a belief as to the truth or

21   falsity of the allegations of Paragraph 26 and, on that basis, denies each and every

22   allegation contained in Paragraph 26.

23        27.    In response to Paragraph 27 of the Complaint, Intelius states that it is

24   without knowledge or information sufficient to form a belief as to the truth or

25   falsity of the allegations of Paragraph 27 and, on that basis, denies each and every

26   allegation contained in Paragraph 27.

27        28.    In response to Paragraph 28 of the Complaint, Intelius states that the

28   allegations contained in Paragraph 28 of the Complaint are legal conclusions and/or

argument and are not subject to admission or denial.  To the extent that Paragraph 28 contains allegations requiring admission or denial, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 28 and, on that basis, denies each and every allegation contained in Paragraph 28.

**ANSWER TO ALLEGATIONS RE: NAMING OF "DOE" DEFENDANTS**

29.    In response to Paragraph 29 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 29 and, on that basis, denies each and every allegation contained in Paragraph 29.

**ANSWER TO ALLEGATIONS RE: FACTUAL ALLEGATIONS PERTAINING TO DEFENDANTS ORLY TAITZ, LAW OFFICES OF ORLY TAITZ, ORLY TAITZ, INC., DEFEND OUR FREEDOMS FOUNDATIONS, INC., NEIL SANKEY, TODD SANKEY, SANKEY INVESTIGATION AND THE SANKEY FIRM, INC.**

30.    In response to Paragraph 30 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 30, referring to any other defendant and, on that basis, denies each and every allegation contained in Paragraph 30.

31.    In response to Paragraph 31 of the Complaint, Intelius states that the allegations contained in Paragraph 31 of the Complaint are legal conclusions and/or argument and are not subject to admission or denial.  To the extent that Paragraph 31 contains allegations requiring admission or denial, Intelius denies that the Sankey Defendants performed searches through Intelius on plaintiffs Liberi or Ostella.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 31, referring to any other defendant and, on that basis, denies each and every remaining allegation contained in Paragraph 31.

32.    In response to Paragraph 32 of the Complaint, Intelius admits that Lisa Liberi never worked for Intelius.  Intelius states that it is without knowledge or

1   information sufficient to form a belief as to the truth or falsity of the allegations of
2   Paragraph 32, referring to any other defendant and, on that basis, denies each and
3   every allegation contained in Paragraph 32.

4   33.    In response to Paragraph 33 of the Complaint, Intelius states that it is
5   without knowledge or information sufficient to form a belief as to the truth or
6   falsity of the allegations of Paragraph 33, and on that basis, denies each and every
7   allegation contained in Paragraph 33.

8   34.    In response to Paragraph 34 of the Complaint, Intelius states that it is
9   without knowledge or information sufficient to form a belief as to the truth or
10  falsity of the allegations of Paragraph 34, and on that basis, denies each and every
11  allegation contained in Paragraph 34.

12  35.    In response to Paragraph 35 of the Complaint, Intelius states that it is
13  without knowledge or information sufficient to form a belief as to the truth or
14  falsity of the allegations of Paragraph 35, and on that basis, denies each and every
15  allegation contained in Paragraph 35.

16  36.    In response to Paragraph 36 of the Complaint, Intelius states that it is
17  without knowledge or information sufficient to form a belief as to the truth or
18  falsity of the allegations of Paragraph 36, and on that basis, denies each and every
19  allegation contained in Paragraph 36.

20  37.    In response to Paragraph 37 of the Complaint, Intelius states that it is
21  without knowledge or information sufficient to form a belief as to the truth or
22  falsity of the allegations of Paragraph 37, referring to any other defendant and, on
23  that basis, denies each and every allegation contained in Paragraph 37.

24  38.    In response to Paragraph 38 of the Complaint, Intelius states that it is
25  without knowledge or information sufficient to form a belief as to the truth or
26  falsity of the allegations of Paragraph 38, and on that basis, denies each and every
27  allegation contained in Paragraph 38.

28  39.    In response to Paragraph 39 of the Complaint, Intelius states that it is

1   without knowledge or information sufficient to form a belief as to the truth or

2   falsity of the allegations of Paragraph 39, and on that basis, denies each and every

3   allegation contained in Paragraph 39.

4        40.    In response to Paragraph 40 of the Complaint, Intelius states that it is

5   without knowledge or information sufficient to form a belief as to the truth or

6   falsity of the allegations of Paragraph 40, and on that basis, denies each and every

7   allegation contained in Paragraph 40.

8        41.    In response to Paragraph 41 of the Complaint, Intelius states that it is

9   without knowledge or information sufficient to form a belief as to the truth or

10  falsity of the allegations of Paragraph 41, and on that basis, denies each and every

11  allegation contained in Paragraph 41.

12       42.    In response to Paragraph 42 of the Complaint, Intelius states that it is

13  without knowledge or information sufficient to form a belief as to the truth or

14  falsity of the allegations of Paragraph 42, and on that basis, denies each and every

15  allegation contained in Paragraph 42.

16       43.    In response to Paragraph 43 of the Complaint, Intelius states that it is

17  without knowledge or information sufficient to form a belief as to the truth or

18  falsity of the allegations of Paragraph 43, and on that basis, denies each and every

19  allegation contained in Paragraph 43.

20       44.    In response to Paragraph 44 of the Complaint, Intelius states that it is

21  without knowledge or information sufficient to form a belief as to the truth or

22  falsity of the allegations of Paragraph 44, and on that basis, denies each and every

23  allegation contained in Paragraph 44.

24       45.    In response to Paragraph 45 of the Complaint, Intelius states that it is

25  without knowledge or information sufficient to form a belief as to the truth or

26  falsity of the allegations of Paragraph 45, and on that basis, denies each and every

27  allegation contained in Paragraph 45.

28       46.    In response to Paragraph 46 of the Complaint, Intelius states that it is

1  without knowledge or information sufficient to form a belief as to the truth or

2  falsity of the allegations of Paragraph 46, and on that basis, denies each and every

3  allegation contained in Paragraph 46.

4        47.    In response to Paragraph 47 of the Complaint, Intelius states that it is

5  without knowledge or information sufficient to form a belief as to the truth or

6  falsity of the allegations of Paragraph 47, and on that basis, denies each and every

7  allegation contained in Paragraph 47.

8        48.    In response to Paragraph 48 of the Complaint, Intelius states that it is

9  without knowledge or information sufficient to form a belief as to the truth or

10  falsity of the allegations of Paragraph 48, and on that basis, denies each and every

11  allegation contained in Paragraph 48.

12        49.    In response to Paragraph 49 of the Complaint, Intelius states that it is

13  without knowledge or information sufficient to form a belief as to the truth or

14  falsity of the allegations of Paragraph 49, and on that basis, denies each and every

15  allegation contained in Paragraph 49.

16        50.    In response to Paragraph 50 of the Complaint, Intelius states that it is

17  without knowledge or information sufficient to form a belief as to the truth or

18  falsity of the allegations of Paragraph 50, and on that basis, denies each and every

19  allegation contained in Paragraph 50.

20        51.    In response to Paragraph 51 of the Complaint, Intelius states that it is

21  without knowledge or information sufficient to form a belief as to the truth or

22  falsity of the allegations of Paragraph 51, and on that basis, denies each and every

23  allegation contained in Paragraph 51.

24        52.    In response to Paragraph 52 of the Complaint, Intelius states that it is

25  without knowledge or information sufficient to form a belief as to the truth or

26  falsity of the allegations of Paragraph 52, and on that basis, denies each and every

27  allegation contained in Paragraph 52.

28        53.    In response to Paragraph 53 of the Complaint, Intelius states that it is

1   without knowledge or information sufficient to form a belief as to the truth or
2   falsity of the allegations of Paragraph 53, and on that basis, denies each and every
3   allegation contained in Paragraph 53.

4         54.     In response to Paragraph 54 of the Complaint, Intelius states that it is
5   without knowledge or information sufficient to form a belief as to the truth or
6   falsity of the allegations of Paragraph 54, and on that basis, denies each and every
7   allegation contained in Paragraph 54.

8         55.     In response to Paragraph 55 of the Complaint, Intelius states that it is
9   without knowledge or information sufficient to form a belief as to the truth or
10  falsity of the allegations of Paragraph 55, and on that basis, denies each and every
11  allegation contained in Paragraph 55.

12        56.     In response to Paragraph 56 of the Complaint, Intelius states that it is
13  without knowledge or information sufficient to form a belief as to the truth or
14  falsity of the allegations of Paragraph 56, and on that basis, denies each and every
15  allegation contained in Paragraph 56.

16        57.     In response to Paragraph 57 of the Complaint, Intelius states that it is
17  without knowledge or information sufficient to form a belief as to the truth or
18  falsity of the allegations of Paragraph 57, and on that basis, denies each and every
19  allegation contained in Paragraph 57.

20        58.     In response to Paragraph 58 of the Complaint, Intelius states that it is
21  without knowledge or information sufficient to form a belief as to the truth or
22  falsity of the allegations of Paragraph 58, and on that basis, denies each and every
23  allegation contained in Paragraph 58.

24        59.     In response to Paragraph 59 of the Complaint, Intelius states that it is
25  without knowledge or information sufficient to form a belief as to the truth or
26  falsity of the allegations of Paragraph 59, and on that basis, denies each and every
27  allegation contained in Paragraph 59.

28        60.     In response to Paragraph 60 of the Complaint, Intelius states that it is

1  without knowledge or information sufficient to form a belief as to the truth or

2  falsity of the allegations of Paragraph 60, and on that basis, denies each and every

3  allegation contained in Paragraph 60.

4      61.     In response to Paragraph 61 of the Complaint, Intelius states that it is

5  without knowledge or information sufficient to form a belief as to the truth or

6  falsity of the allegations of Paragraph 61, and on that basis, denies each and every

7  allegation contained in Paragraph 61.

8      62.     In response to Paragraph 62 of the Complaint, Intelius states that it is

9  without knowledge or information sufficient to form a belief as to the truth or

10  falsity of the allegations of Paragraph 62, and on that basis, denies each and every

11  allegation contained in Paragraph 62.

12      63.     In response to Paragraph 63 of the Complaint, Intelius states that it is

13  without knowledge or information sufficient to form a belief as to the truth or

14  falsity of the allegations of Paragraph 63, and on that basis, denies each and every

15  allegation contained in Paragraph 63.

16      64.     In response to Paragraph 64 of the Complaint, Intelius states that it is

17  without knowledge or information sufficient to form a belief as to the truth or

18  falsity of the allegations of Paragraph 64, and on that basis, denies each and every

19  allegation contained in Paragraph 64.

20      65.     In response to Paragraph 65 of the Complaint, Intelius states that it is

21  without knowledge or information sufficient to form a belief as to the truth or

22  falsity of the allegations of Paragraph 65, and on that basis, denies each and every

23  allegation contained in Paragraph 65.

24      66.     In response to Paragraph 66 of the Complaint, Intelius states that the

25  allegations contained in Paragraph 66 of the Complaint are legal conclusions and/or

26  argument and are not subject to admission or denial.  To the extent that Paragraph

27  66 contains allegations requiring admission or denial, Intelius denies that the

28  Sankey Defendants performed searches through Intelius on plaintiffs Liberi or

1    Ostella.  Intelius states that it is without knowledge or information sufficient to
2    form a belief as to the truth or falsity of the allegations of Paragraph 66, referring to
3    any other defendant and, on that basis, denies each and every remaining allegation
4    contained in Paragraph 66.
5           67.    In response to Paragraph 67 of the Complaint, Intelius denies that the
6    Sankey Defendants performed searches through Intelius on plaintiffs Liberi or
7    Ostella.  Intelius states that it is without knowledge or information sufficient to
8    form a belief as to the truth or falsity of the allegations of Paragraph 67, referring to
9    any other defendant and, on that basis, denies each and every remaining allegation
10   contained in Paragraph 67.
11          68.    In response to Paragraph 68 of the Complaint, Intelius states that it is
12   without knowledge or information sufficient to form a belief as to the truth or
13   falsity of the allegations of Paragraph 68, and on that basis, denies each and every
14   allegation contained in Paragraph 68.
15          69.    In response to Paragraph 69 of the Complaint, Intelius states that it is
16   without knowledge or information sufficient to form a belief as to the truth or
17   falsity of the allegations of Paragraph 69, and on that basis, denies each and every
18   allegation contained in Paragraph 69.
19          70.    In response to Paragraph 70 of the Complaint, Intelius denies that it
20   provided Orly Taitz with "Liberi and Ostella's private data[.]"  Intelius states that it
21   is without knowledge or information sufficient to form a belief as to the truth or
22   falsity of the allegations of Paragraph 70, referring to any other defendant and, on
23   that basis, denies each and every remaining allegation contained in Paragraph 70.
24          71.    In response to Paragraph 71 of the Complaint, Intelius states that it is
25   without knowledge or information sufficient to form a belief as to the truth or
26   falsity of the allegations of Paragraph 71, and on that basis, denies each and every
27   allegation contained in Paragraph 71.
28          72.    In response to Paragraph 72 of the Complaint, Intelius states that it is

1   without knowledge or information sufficient to form a belief as to the truth or

2   falsity of the allegations of Paragraph 72, and on that basis, denies each and every

3   allegation contained in Paragraph 72.

4          73.     In response to Paragraph 73 of the Complaint, Intelius states that it is

5   without knowledge or information sufficient to form a belief as to the truth or

6   falsity of the allegations of Paragraph 73, and on that basis, denies each and every

7   allegation contained in Paragraph 73.

8          74.     In response to Paragraph 74 of the Complaint, Intelius states that it is

9   without knowledge or information sufficient to form a belief as to the truth or

10  falsity of the allegations of Paragraph 74, and on that basis, denies each and every

11  allegation contained in Paragraph 74.

12         75.     In response to Paragraph 75 of the Complaint, Intelius states that it is

13  without knowledge or information sufficient to form a belief as to the truth or

14  falsity of the allegations of Paragraph 75, and on that basis, denies each and every

15  allegation contained in Paragraph 75.

16         76.     In response to Paragraph 76 of the Complaint, Intelius states that it is

17  without knowledge or information sufficient to form a belief as to the truth or

18  falsity of the allegations of Paragraph 76, and on that basis, denies each and every

19  allegation contained in Paragraph 76.

20         77.     In response to Paragraph 77 of the Complaint, Intelius states that it is

21  without knowledge or information sufficient to form a belief as to the truth or

22  falsity of the allegations of Paragraph 77, and on that basis, denies each and every

23  allegation contained in Paragraph 77.

24         78.     In response to Paragraph 78 of the Complaint, Intelius states that it is

25  without knowledge or information sufficient to form a belief as to the truth or

26  falsity of the allegations of Paragraph 78, and on that basis, denies each and every

27  allegation contained in Paragraph 78.

28         79.     In response to Paragraph 79 of the Complaint, Intelius states that it is

without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 79, and on that basis, denies each and every allegation contained in Paragraph 79.

80.     In response to Paragraph 80 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 80, and on that basis, denies each and every allegation contained in Paragraph 80.

81.     In response to Paragraph 81 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 81, and on that basis, denies each and every allegation contained in Paragraph 81.

82.     In response to Paragraph 82 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 82, and on that basis, denies each and every allegation contained in Paragraph 82.

83.     In response to Paragraph 83 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 83, and on that basis, denies each and every allegation contained in Paragraph 83.

84.     In response to Paragraph 84 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 84, and on that basis, denies each and every allegation contained in Paragraph 84.

85.     In response to Paragraph 85 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 85, and on that basis, denies each and every allegation contained in Paragraph 85.

86.     In response to Paragraph 86 of the Complaint, Intelius states that it is

1   without knowledge or information sufficient to form a belief as to the truth or

2   falsity of the allegations of Paragraph 86, and on that basis, denies each and every

3   allegation contained in Paragraph 86.

4       87.    In response to Paragraph 87 of the Complaint, Intelius states that it is

5   without knowledge or information sufficient to form a belief as to the truth or

6   falsity of the allegations of Paragraph 87, and on that basis, denies each and every

7   allegation contained in Paragraph 87.

8       88.    In response to Paragraph 88 of the Complaint, Intelius states that it is

9   without knowledge or information sufficient to form a belief as to the truth or

10  falsity of the allegations of Paragraph 88, and on that basis, denies each and every

11  allegation contained in Paragraph 88.

12      89.    In response to Paragraph 89 of the Complaint, Intelius states that it is

13  without knowledge or information sufficient to form a belief as to the truth or

14  falsity of the allegations of Paragraph 89, and on that basis, denies each and every

15  allegation contained in Paragraph 89.

16      90.    In response to Paragraph 90 of the Complaint, Intelius states that it is

17  without knowledge or information sufficient to form a belief as to the truth or

18  falsity of the allegations of Paragraph 90, and on that basis, denies each and every

19  allegation contained in Paragraph 90.

20      91.    In response to Paragraph 91 of the Complaint, Intelius states that it is

21  without knowledge or information sufficient to form a belief as to the truth or

22  falsity of the allegations of Paragraph 91, and on that basis, denies each and every

23  allegation contained in Paragraph 91.

24      92.    In response to Paragraph 92 of the Complaint, Intelius states that it is

25  without knowledge or information sufficient to form a belief as to the truth or

26  falsity of the allegations of Paragraph 92, and on that basis, denies each and every

27  allegation contained in Paragraph 92.

28      93.    In response to Paragraph 93 of the Complaint, Intelius states that it is

1   without knowledge or information sufficient to form a belief as to the truth or

2   falsity of the allegations of Paragraph 93, and on that basis, denies each and every

3   allegation contained in Paragraph 93.

4          94.     In response to Paragraph 94 of the Complaint, Intelius states that it is

5   without knowledge or information sufficient to form a belief as to the truth or

6   falsity of the allegations of Paragraph 94, and on that basis, denies each and every

7   allegation contained in Paragraph 94.

8          95.     In response to Paragraph 95 of the Complaint, Intelius states that it is

9   without knowledge or information sufficient to form a belief as to the truth or

10  falsity of the allegations of Paragraph 95, and on that basis, denies each and every

11  allegation contained in Paragraph 95.

12         96.     In response to Paragraph 96 of the Complaint, Intelius states that it is

13  without knowledge or information sufficient to form a belief as to the truth or

14  falsity of the allegations of Paragraph 96, and on that basis, denies each and every

15  allegation contained in Paragraph 96.

16         97.     In response to Paragraph 97 of the Complaint, Intelius states that it is

17  without knowledge or information sufficient to form a belief as to the truth or

18  falsity of the allegations of Paragraph 97, and on that basis, denies each and every

19  allegation contained in Paragraph 97.

20         98.     In response to Paragraph 98 of the Complaint, Intelius states that it is

21  without knowledge or information sufficient to form a belief as to the truth or

22  falsity of the allegations of Paragraph 98, and on that basis, denies each and every

23  allegation contained in Paragraph 98.

24         99.     In response to Paragraph 99 of the Complaint, Intelius states that it is

25  without knowledge or information sufficient to form a belief as to the truth or

26  falsity of the allegations of Paragraph 99, and on that basis, denies each and every

27  allegation contained in Paragraph 99.

28         100.    In response to Paragraph 100 of the Complaint, Intelius states that it is

1    without knowledge or information sufficient to form a belief as to the truth or

2    falsity of the allegations of Paragraph 100, and on that basis, denies each and every

3    allegation contained in Paragraph 100.

4        101.   In response to Paragraph 101 of the Complaint, Intelius states that it is

5    without knowledge or information sufficient to form a belief as to the truth or

6    falsity of the allegations of Paragraph 101, and on that basis, denies each and every

7    allegation contained in Paragraph 101.

8        102.   In response to Paragraph 102 of the Complaint, Intelius states that it is

9    without knowledge or information sufficient to form a belief as to the truth or

10    falsity of the allegations of Paragraph 102, and on that basis, denies each and every

11    allegation contained in Paragraph 102.

12        103.   In response to Paragraph 103 of the Complaint, Intelius states that it is

13    without knowledge or information sufficient to form a belief as to the truth or

14    falsity of the allegations of Paragraph 103, and on that basis, denies each and every

15    allegation contained in Paragraph 103.

16        104.   In response to Paragraph 104 of the Complaint, Intelius states that it is

17    without knowledge or information sufficient to form a belief as to the truth or

18    falsity of the allegations of Paragraph 104, and on that basis, denies each and every

19    allegation contained in Paragraph 104.

20        105.   In response to Paragraph 105 of the Complaint, Intelius states that it is

21    without knowledge or information sufficient to form a belief as to the truth or

22    falsity of the allegations of Paragraph 105, and on that basis, denies each and every

23    allegation contained in Paragraph 105.

24        106.   In response to Paragraph 106 of the Complaint, Intelius states that it is

25    without knowledge or information sufficient to form a belief as to the truth or

26    falsity of the allegations of Paragraph 106, and on that basis, denies each and every

27    allegation contained in Paragraph 106.

28        107.   In response to Paragraph 107 of the Complaint, Intelius states that it is

1  without knowledge or information sufficient to form a belief as to the truth or

2  falsity of the allegations of Paragraph 107, and on that basis, denies each and every

3  allegation contained in Paragraph 107.

4      108.   In response to Paragraph 108 of the Complaint, Intelius states that it is

5  without knowledge or information sufficient to form a belief as to the truth or

6  falsity of the allegations of Paragraph 108, and on that basis, denies each and every

7  allegation contained in Paragraph 108.

8      109.   In response to Paragraph 109 of the Complaint, Intelius states that it is

9  without knowledge or information sufficient to form a belief as to the truth or

10  falsity of the allegations of Paragraph 109, and on that basis, denies each and every

11  allegation contained in Paragraph 109.

12      110.   In response to Paragraph 110 of the Complaint, Intelius states that it is

13  without knowledge or information sufficient to form a belief as to the truth or

14  falsity of the allegations of Paragraph 110, and on that basis, denies each and every

15  allegation contained in Paragraph 110.

16      111.   In response to Paragraph 111 of the Complaint, Intelius states that it is

17  without knowledge or information sufficient to form a belief as to the truth or

18  falsity of the allegations of Paragraph 111, and on that basis, denies each and every

19  allegation contained in Paragraph 111.

20      112.   In response to Paragraph 112 of the Complaint, Intelius states that it is

21  without knowledge or information sufficient to form a belief as to the truth or

22  falsity of the allegations of Paragraph 112, and on that basis, denies each and every

23  allegation contained in Paragraph 112.

24      113.   In response to Paragraph 113 of the Complaint, Intelius states that it is

25  without knowledge or information sufficient to form a belief as to the truth or

26  falsity of the allegations of Paragraph 113, and on that basis, denies each and every

27  allegation contained in Paragraph 113.

28      114.   In response to Paragraph 114 of the Complaint, Intelius states that it is

1  without knowledge or information sufficient to form a belief as to the truth or

2  falsity of the allegations of Paragraph 114, and on that basis, denies each and every

3  allegation contained in Paragraph 114.

4          115.   In response to Paragraph 115 of the Complaint, Intelius states that it is

5  without knowledge or information sufficient to form a belief as to the truth or

6  falsity of the allegations of Paragraph 115, and on that basis, denies each and every

7  allegation contained in Paragraph 115.

8          116.   In response to Paragraph 116 of the Complaint, Intelius states that it is

9  without knowledge or information sufficient to form a belief as to the truth or

10 falsity of the allegations of Paragraph 116, and on that basis, denies each and every

11 allegation contained in Paragraph 116.

12         117.   In response to Paragraph 117 of the Complaint, Intelius states that it is

13 without knowledge or information sufficient to form a belief as to the truth or

14 falsity of the allegations of Paragraph 117, and on that basis, denies each and every

15 allegation contained in Paragraph 117.

16         118.   In response to Paragraph 118 of the Complaint, Intelius states that it is

17 without knowledge or information sufficient to form a belief as to the truth or

18 falsity of the allegations of Paragraph 118, and on that basis, denies each and every

19 allegation contained in Paragraph 118.

20         119.   In response to Paragraph 119 of the Complaint, Intelius states that the

21 allegations contained in Paragraph 119 of the Complaint are legal conclusions

22 and/or argument and are not subject to admission or denial.  To the extent that

23 Paragraph 119 contains allegations requiring admission or denial, Intelius states

24 that it is without knowledge or information sufficient to form a belief as to the truth

25 or falsity of the allegations of Paragraph 119, and on that basis, denies each and

26 every allegation contained in Paragraph 119.

27         120.   In response to Paragraph 120 of the Complaint, Intelius states that it is

28 without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of Paragraph 120, and on that basis, denies each and every allegation contained in Paragraph 120.

121.   In response to Paragraph 121 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 121, and on that basis, denies each and every allegation contained in Paragraph 121.

122.   In response to Paragraph 122 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 122, and on that basis, denies each and every allegation contained in Paragraph 122.

123.   In response to Paragraph 123 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 123, and on that basis, denies each and every allegation contained in Paragraph 123.

124.   In response to Paragraph 124 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 124, and on that basis, denies each and every allegation contained in Paragraph 124.

125.   In response to Paragraph 125 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 125, and on that basis, denies each and every allegation contained in Paragraph 125.

126.   In response to Paragraph 126 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 126, and on that basis, denies each and every allegation contained in Paragraph 126.

127.   In response to Paragraph 127 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of Paragraph 127, and on that basis, denies each and every allegation contained in Paragraph 127.

128.   In response to Paragraph 128 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 128, and on that basis, denies each and every allegation contained in Paragraph 128.

129.   In response to Paragraph 129 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 129, and on that basis, denies each and every allegation contained in Paragraph 129.

130.   In response to Paragraph 130 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 130, and on that basis, denies each and every allegation contained in Paragraph 130.

131.   In response to Paragraph 131 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 131, and on that basis, denies each and every allegation contained in Paragraph 131.

132.   In response to Paragraph 132 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 132, and on that basis, denies each and every allegation contained in Paragraph 132.

133.   In response to Paragraph 133 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 133, and on that basis, denies each and every allegation contained in Paragraph 133.

134.   In response to Paragraph 134 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or

1  falsity of the allegations of Paragraph 134, and on that basis, denies each and every
2  allegation contained in Paragraph 134.

3      135.   In response to Paragraph 135 of the Complaint, Intelius states that it is
4  without knowledge or information sufficient to form a belief as to the truth or
5  falsity of the allegations of Paragraph 135, and on that basis, denies each and every
6  allegation contained in Paragraph 135.

7      136.   In response to Paragraph 136 of the Complaint, Intelius states that it is
8  without knowledge or information sufficient to form a belief as to the truth or
9  falsity of the allegations of Paragraph 136, and on that basis, denies each and every
10  allegation contained in Paragraph 136.

11      137.   In response to Paragraph 137 of the Complaint, Intelius states that it is
12  without knowledge or information sufficient to form a belief as to the truth or
13  falsity of the allegations of Paragraph 137, and on that basis, denies each and every
14  allegation contained in Paragraph 137.

15      138.   In response to Paragraph 138 of the Complaint, Intelius states that it is
16  without knowledge or information sufficient to form a belief as to the truth or
17  falsity of the allegations of Paragraph 138, and on that basis, denies each and every
18  allegation contained in Paragraph 138.

19      139.   In response to Paragraph 139 of the Complaint, Intelius states that it is
20  without knowledge or information sufficient to form a belief as to the truth or
21  falsity of the allegations of Paragraph 139, and on that basis, denies each and every
22  allegation contained in Paragraph 139.

23      140.   In response to Paragraph 140 of the Complaint, Intelius states that it is
24  without knowledge or information sufficient to form a belief as to the truth or
25  falsity of the allegations of Paragraph 140, and on that basis, denies each and every
26  allegation contained in Paragraph 140.

27      141.   In response to Paragraph 141 of the Complaint, Intelius states that it is
28  without knowledge or information sufficient to form a belief as to the truth or

1  falsity of the allegations of Paragraph 141, and on that basis, denies each and every
2  allegation contained in Paragraph 141.

3       142.   In response to Paragraph 142 of the Complaint, Intelius states that it is
4  without knowledge or information sufficient to form a belief as to the truth or
5  falsity of the allegations of Paragraph 142, and on that basis, denies each and every
6  allegation contained in Paragraph 142.

7       143.   In response to Paragraph 143 of the Complaint, Intelius states that it is
8  without knowledge or information sufficient to form a belief as to the truth or
9  falsity of the allegations of Paragraph 143, and on that basis, denies each and every
10  allegation contained in Paragraph 143.

11  **ANSWER TO ALLEGATIONS RE: FACTUAL ALLEGATIONS
PERTAINING TO DEFENDANTS REED ELSEVIER, INC.; LEXISNEXIS
12  GROUP, INC.'; LEXISNEXIS RISK SOLUTIONS, INC.; LEXIS RISK &
INFORMATION ANALYTICS GROUP, INC.; SEISINT, INC d/b/a/
13  ACCURINT; CHOICEPOINT, INC. (HEREINAFTER AT TIMES "REED
DEFENDANTS"); AND INTELIUS**

14
15       144.   In response to Paragraph 144 of the Complaint, Intelius incorporates
16  by reference its responses to the allegations of Paragraphs 1 through 143, inclusive,
as though fully set forth herein.
17
18       145.   In response to Paragraph 145 of the Complaint, Intelius states that the
19  allegations contained in Paragraph 145 of the Complaint are legal conclusions
and/or argument and are not subject to admission or denial.  To the extent that
20  Paragraph 145 contains allegations requiring admission or denial, Intelius admits
21  that, through its Consumer Division, it owns and operates interactive websites that
22  allow users to obtain, over the Internet, public information from public sources for
23  reasons other than employment screening, tenant screening, or other purposes
24  covered by the Fair Credit Reporting Act.   The information that Intelius provides
25  through its Consumer Division is only public information from public sources.
26  Intelius does not create any of the content contained in any report that Intelius
27  provides users through its Consumer Division.  Instead, all of the content contained
28

in reports Intelius furnishes through its Consumer Division come from third parties. Intelius' Enterprise Division is operated through Intelius' subsidiary, TalentWise, which is not a party to this lawsuit.  Intelius denies that it has furnished consumer reports about any plaintiff in this action, either under the Fair Credit Reporting Act or any of its state equivalents.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 145, referring to any other defendant and, on that basis, denies each such allegation.  Except as expressly so admitted or denied, Intelius denies each and every allegation contained in Paragraph 145.

146.   In response to Paragraph 146 of the Complaint, Intelius incorporates its response to Paragraph 145.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 146, referring to any other defendant and, on that basis, denies each such allegation.  Except as expressly so admitted or denied, Intelius denies each and every allegation contained in Paragraph 146.

147.   In response to Paragraph 147 of the Complaint, Intelius incorporates its response to Paragraph 145.  Intelius admits that it is not an information content provider, but instead (as alleged) Intelius obtains its information from others. Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 147, referring to any other defendant and, on that basis, denies each such allegation.  Except as expressly so admitted or denied, Intelius denies each and every allegation contained in Paragraph 147.

148.   In response to Paragraph 148 of the Complaint, Intelius incorporates its response to Paragraph 145.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 148, referring to any other defendant and, on that basis, denies each such allegation.  Except as expressly so admitted or denied, Intelius denies each and

1    every allegation contained in Paragraph 148.

2        149.   In response to Paragraph 149 of the Complaint, Intelius incorporates

3    its response to Paragraph 145.  Intelius states that it is without knowledge or

4    information sufficient to form a belief as to the truth or falsity of the allegations of

5    Paragraph 149, referring to any other defendant and, on that basis, denies each such

6    allegation.  Except as expressly so admitted or denied, Intelius denies each and

7    every allegation contained in Paragraph 149.

8        150.   In response to Paragraph 150 of the Complaint, Intelius incorporates

9    its response to Paragraph 145.  Intelius states that it is without knowledge or

10   information sufficient to form a belief as to the truth or falsity of the allegations of

11   Paragraph 150, referring to any other defendant and, on that basis, denies each such

12   allegation.  Except as expressly so admitted or denied, Intelius denies each and

13   every allegation contained in Paragraph 150.

14       151.   In response to Paragraph 151 of the Complaint, Intelius states that the

15   allegations contained in Paragraph 151 of the Complaint are legal conclusions

16   and/or argument and are not subject to admission or denial.  To the extent that

17   Paragraph 151 contains allegations requiring admission or denial, Intelius

18   incorporates its response to Paragraph 145.  Intelius states that it is without

19   knowledge or information sufficient to form a belief as to the truth or falsity of the

20   allegations of Paragraph 151, referring to any other defendant and, on that basis,

21   denies each such allegation.  Except as expressly so admitted or denied, Intelius

22   denies each and every allegation contained in Paragraph 151.

23       152.   In response to Paragraph 152 of the Complaint, Intelius denies each

24   and every allegation that pertains to Intelius.  Intelius states that it is without

25   knowledge or information sufficient to form a belief as to the truth or falsity of the

26   allegations of Paragraph 152, referring to any other defendant and, on that basis,

27   denies each such allegation.

28       153.   In response to Paragraph 153 of the Complaint, Intelius denies each

1  and every allegation that pertains to Intelius.  Intelius states that it is without

2  knowledge or information sufficient to form a belief as to the truth or falsity of the

3  allegations of Paragraph 153, referring to any other defendant and, on that basis,

4  denies each such allegation.

5        154.   In response to Paragraph 154 of the Complaint, Intelius denies each

6  and every allegation that pertains to Intelius.  Intelius states that it is without

7  knowledge or information sufficient to form a belief as to the truth or falsity of the

8  allegations of Paragraph 154, referring to any other defendant and, on that basis,

9  denies each such allegation.

10        155.   In response to Paragraph 155 of the Complaint, Intelius denies each

11  and every allegation that pertains to Intelius.  Intelius states that it is without

12  knowledge or information sufficient to form a belief as to the truth or falsity of the

13  allegations of Paragraph 155, referring to any other defendant and, on that basis,

14  denies each such allegation.

15        156.   In response to Paragraph 156 of the Complaint, Intelius denies each

16  and every allegation that pertains to Intelius.  Intelius states that it is without

17  knowledge or information sufficient to form a belief as to the truth or falsity of the

18  allegations of Paragraph 156, referring to any other defendant and, on that basis,

19  denies each such allegation.

20        157.   In response to Paragraph 157 of the Complaint, Intelius denies each

21  and every allegation.

22        158.   In response to Paragraph 158 of the Complaint, Intelius denies each

23  and every allegation that pertains to Intelius.  Intelius states that it is without

24  knowledge or information sufficient to form a belief as to the truth or falsity of the

25  allegations of Paragraph 158, referring to any other defendant and, on that basis,

26  denies each such allegation.

27        159.   In response to Paragraph 159 of the Complaint, Intelius states that the

28  allegations contained in Paragraph 159 of the Complaint are legal conclusions

and/or argument and are not subject to admission or denial.  To the extent that Paragraph 159 contains allegations requiring admission or denial, Intelius admits that plaintiff Ostella wrote a letter to Intelius requesting, *inter alia*, the names of any person that had done a search on her through Intelius' website.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 159, referring to any other defendant and, on that basis, denies each such allegation.  Except as expressly so admitted or denied, Intelius denies each and every allegation contained in Paragraph 159.

9    160.   In response to Paragraph 160 of the Complaint, Intelius denies each and every allegation that pertains to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 160, referring to any other defendant and, on that basis, denies each such allegation.

14    161.   In response to Paragraph 161 of the Complaint, Intelius denies each and every allegation that pertains to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 161, referring to any other defendant and, on that basis, denies each such allegation.

19    162.   In response to Paragraph 162 of the Complaint, Intelius denies each and every allegation that pertains to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 162, referring to any other defendant and, on that basis, denies each such allegation.

24    163.   In response to Paragraph 163 of the Complaint, Intelius denies each and every allegation that pertains to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 163, referring to any other defendant and, on that basis, denies each such allegation.

164.   In response to Paragraph 164 of the Complaint, Intelius denies each
and every allegation that pertains to Intelius.  Intelius states that it is without
knowledge or information sufficient to form a belief as to the truth or falsity of the
allegations of Paragraph 164, referring to any other defendant and, on that basis,
denies each such allegation.

165.   In response to Paragraph 165 of the Complaint, Intelius states that it is
without knowledge or information sufficient to form a belief as to the truth or
falsity of the allegations of Paragraph 165, and on that basis, denies each and every
allegation contained in Paragraph 165.

166.   In response to Paragraph 166 of the Complaint, Intelius states that the
allegations contained in Paragraph 166 of the Complaint are legal conclusions
and/or argument and are not subject to admission or denial.  To the extent that
Paragraph 166 contains allegations requiring admission or denial, Intelius admits
that on April 14, 2020, Philip Berg sent a letter to Naveen Jain, the CEO of Intelius.
The content of that letter speaks for itself.  Intelius denies all other allegations
pertaining to Intelius.  Intelius states that it is without knowledge or information
sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
166, referring to any other defendant and, on that basis, denies each such allegation.
Except as expressly so admitted or denied, Intelius denies each and every allegation
contained in Paragraph 166.

167.   In response to Paragraph 167 of the Complaint, Intelius states that it is
without knowledge or information sufficient to form a belief as to the truth or
falsity of the allegations of Paragraph 167, and on that basis, denies each and every
allegation contained in Paragraph 167.

168.   In response to Paragraph 168 of the Complaint, Intelius states that it is
without knowledge or information sufficient to form a belief as to the truth or
falsity of the allegations of Paragraph 168, and on that basis, denies each and every
allegation contained in Paragraph 168.

169.   In response to Paragraph 169 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 169, and on that basis, denies each and every allegation contained in Paragraph 169.

170.   In response to Paragraph 170 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 170, and on that basis, denies each and every allegation contained in Paragraph 170.

171.   In response to Paragraph 171 of the Complaint, Intelius denies each and every allegation that pertains to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 171, referring to any other defendant and, on that basis, denies each such allegation.

332.   In response to Paragraph 332 (sic) of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 332 (sic), and on that basis, denies each and every allegation contained in Paragraph 332 (sic).

172.   In response to Paragraph 172 of the Complaint, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 172, and on that basis, denies each and every allegation contained in Paragraph 172.

173.   In response to Paragraph 173 of the Complaint, Intelius denies each and every allegation that pertains to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 173, referring to any other defendant and, on that basis, denies each such allegation.

174.   In response to Paragraph 174 of the Complaint, Intelius denies each and every allegation that pertains to Intelius.  Intelius states that it is without

knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations of Paragraph 174, referring to any other defendant and, on that basis,

denies each such allegation.

### ANSWER TO ALLEGATIONS RE: FACTUAL ALLEGATIONS PERTAINING TO DEFENDANTS ORACLE, DAYLIGHT CIS and YOSEF TAITZ

175.    In response to Paragraph 175 of the Complaint, Intelius incorporates

by reference its responses to the allegations of Paragraphs 1 through 174, inclusive,

as though fully set forth herein

176.    In response to Paragraph 176 of the Complaint, Intelius states that it is

without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of Paragraph 176, and on that basis, denies each and every

allegation contained in Paragraph 176.

177.    In response to Paragraph 177 of the Complaint, Intelius states that it is

without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of Paragraph 177, and on that basis, denies each and every

allegation contained in Paragraph 177.

178.    In response to Paragraph 178 of the Complaint, Intelius states that it is

without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of Paragraph 178, and on that basis, denies each and every

allegation contained in Paragraph 178.

179.    In response to Paragraph 179 of the Complaint, Intelius states that it is

without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of Paragraph 179, and on that basis, denies each and every

allegation contained in Paragraph 179.

180.    In response to Paragraph 180 of the Complaint, Intelius states that it is

without knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations of Paragraph 180, and on that basis, denies each and every

1    allegation contained in Paragraph 180.

2         181.   In response to Paragraph 181 of the Complaint, Intelius denies each

3    and every allegation pertaining to Intelius. Intelius states that it is without

4    knowledge or information sufficient to form a belief as to the truth or falsity of the

5    allegations of Paragraph 181 referring to any other defendant and, on that basis,

6    denies each and every allegation contained in Paragraph 181.

7         182.   In response to Paragraph 182 of the Complaint, Intelius states that it is

8    without knowledge or information sufficient to form a belief as to the truth or

9    falsity of the allegations of Paragraph 182, and on that basis, denies each and every

10   allegation contained in Paragraph 182.

11        183.   In response to Paragraph 183 of the Complaint, Intelius states that it is

12   without knowledge or information sufficient to form a belief as to the truth or

13   falsity of the allegations of Paragraph 183, and on that basis, denies each and every

14   allegation contained in Paragraph 183.

15        184.   In response to Paragraph 184 of the Complaint, Intelius states that it is

16   without knowledge or information sufficient to form a belief as to the truth or

17   falsity of the allegations of Paragraph 184, and on that basis, denies each and every

18   allegation contained in Paragraph 184.

19        185.   In response to Paragraph 185 of the Complaint, Intelius states that it is

20   without knowledge or information sufficient to form a belief as to the truth or

21   falsity of the allegations of Paragraph 185, and on that basis, denies each and every

22   allegation contained in Paragraph 185.

23        186.   In response to Paragraph 186 of the Complaint, Intelius denies each

24   and every allegation pertaining to Intelius.  Intelius states that it is without

25   knowledge or information sufficient to form a belief as to the truth or falsity of the

26   allegations of Paragraph 186, pertaining to any other defendant and, on that basis,

27   denies each and every remaining allegation contained in Paragraph 186.

28   ///

## **ANSWER TO ALLEGATIONS RE: FIRST CAUSE OF ACTION**

187.   In response to Paragraph 187, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

188.   In response to Paragraph 188 Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

189.   In response to Paragraph 189 Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

190.   In response to Paragraph 190, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

191.   In response to Paragraph 191, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

192.   In response to Paragraph 192, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

193.   In response to Paragraph 193, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

194.   In response to Paragraph 194, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

195.   In response to Paragraph 195, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

196.   In response to Paragraph 196, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

197.   In response to Paragraph 197, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

198.   In response to Paragraph 198, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

199.   In response to Paragraph 199, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

200.   In response to Paragraph 200, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

201.   In response to Paragraph 201, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

202.   In response to Paragraph 202, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

203.   In response to Paragraph 203, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

204.   In response to Paragraph 204, Intelius states that the First Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

///

## ANSWER TO ALLEGATIONS RE: SECOND CAUSE OF ACTION

205.   In response to Paragraph 205, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

206.   In response to Paragraph 206, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

207.   In response to Paragraph 207, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

208.   In response to Paragraph 208, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

209.   In response to Paragraph 209, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

210.   In response to Paragraph 210, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

211.   In response to Paragraph 211, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

212.   In response to Paragraph 212, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

213.   In response to Paragraph 213, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

214.    In response to Paragraph 214, Intelius states that the Second Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

**ANSWER TO ALLEGATIONS RE: THIRD CAUSE OF ACTION**

215.    In response to Paragraph 215, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

216.    In response to Paragraph 216, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

217.    In response to Paragraph 217, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

218.    In response to Paragraph 218, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

219.    In response to Paragraph 219, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

220.    In response to Paragraph 220, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

221.    In response to Paragraph 221, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

222.    In response to Paragraph 222, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

223.    In response to Paragraph 223, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

224.    In response to Paragraph 224, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

225.    In response to Paragraph 225, Intelius states that the Third Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

**ANSWER TO ALLEGATIONS RE: FOURTH CAUSE OF ACTION**

226.    In response to Paragraph 226, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

227.    In response to Paragraph 227, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

228.    In response to Paragraph 228, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

229.    In response to Paragraph 229, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

230.    In response to Paragraph 230, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

231.    In response to Paragraph 231, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

232.    In response to Paragraph 232, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

233.    In response to Paragraph 233, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

234.    In response to Paragraph 234, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

235.   In response to Paragraph 235, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

236.   In response to Paragraph 236, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

237.   In response to Paragraph 237, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

238.   In response to Paragraph 238, Intelius states that the Fourth Cause of Action does not name Intelius as a defendant and no answer is necessary.

## ANSWER TO ALLEGATIONS RE: FIFTH CAUSE OF ACTION

239.   In response to Paragraph 239, Intelius states that the Fifth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

240.   In response to Paragraph 240, Intelius states that the Fifth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

241.   In response to Paragraph 241, Intelius states that the Fifth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

242.   In response to Paragraph 242, Intelius states that the Fifth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

243.   In response to Paragraph 243, Intelius states that the Fifth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

244.   In response to Paragraph 244, Intelius states that the Fifth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

245.   In response to Paragraph 245, Intelius states that the Fifth Cause of

1   Action against Intelius has been dismissed with prejudice and no answer is
2   necessary.

3       246.   In response to Paragraph 246, Intelius states that the Fifth Cause of
4   Action against Intelius has been dismissed with prejudice and no answer is
5   necessary.

6       247.   In response to Paragraph 247, Intelius states that the Fifth Cause of
7   Action against Intelius has been dismissed with prejudice and no answer is
8   necessary.

9   **ANSWER TO ALLEGATIONS RE: SIXTH CAUSE OF ACTION**

10       248.   In response to Paragraph 248, Intelius states that the Sixth Cause of
11   Action against Intelius has been dismissed with prejudice and no answer is
12   necessary.

13       249.   In response to Paragraph 249, Intelius states that the Fifth Cause of
14   Action against Intelius has been dismissed with prejudice and no answer is
15   necessary.

16       250.   In response to Paragraph 250, Intelius states that the Fifth Cause of
17   Action against Intelius has been dismissed with prejudice and no answer is
18   necessary.

19       251.   In response to Paragraph 251, Intelius states that the Fifth Cause of
20   Action against Intelius has been dismissed with prejudice and no answer is
21   necessary.

22       252.   In response to Paragraph 252, Intelius states that the Fifth Cause of
23   Action against Intelius has been dismissed with prejudice and no answer is
24   necessary.

25       253.   In response to Paragraph 253, Intelius states that the Fifth Cause of
26   Action against Intelius has been dismissed with prejudice and no answer is
27   necessary.

28       254.   In response to Paragraph 254, Intelius states that the Fifth Cause of

1    Action against Intelius has been dismissed with prejudice and no answer is
2    necessary.

3         255.   In response to Paragraph 255, Intelius states that the Fifth Cause of
4    Action against Intelius has been dismissed with prejudice and no answer is
5    necessary.

6         256.   In response to Paragraph 256, Intelius states that the Fifth Cause of
7    Action against Intelius has been dismissed with prejudice and no answer is
8    necessary.

9         257.   In response to Paragraph 257, Intelius states that the Fifth Cause of
10   Action against Intelius has been dismissed with prejudice and no answer is
11   necessary.

12        258.   In response to Paragraph 258, Intelius states that the Fifth Cause of
13   Action against Intelius has been dismissed with prejudice and no answer is
14   necessary.

15        259.   In response to Paragraph 259, Intelius states that the Fifth Cause of
16   Action against Intelius has been dismissed with prejudice and no answer is
17   necessary.

18        260.   In response to Paragraph 260, Intelius states that the Fifth Cause of
19   Action against Intelius has been dismissed with prejudice and no answer is
20   necessary.

21        261.   In response to Paragraph 261, Intelius states that the Fifth Cause of
22   Action against Intelius has been dismissed with prejudice and no answer is
23   necessary.

24        262.   In response to Paragraph 262, Intelius states that the Fifth Cause of
25   Action against Intelius has been dismissed with prejudice and no answer is
26   necessary.

27        263.   In response to Paragraph 263, Intelius states that the Fifth Cause of
28   Action against Intelius has been dismissed with prejudice and no answer is

1   necessary.

2       264.   In response to Paragraph 264, Intelius states that the Fifth Cause of

3   Action against Intelius has been dismissed with prejudice and no answer is

4   necessary.

5       **ANSWER TO ALLEGATIONS RE: SEVENTH CAUSE OF ACTION**

6       265.   In response to Paragraph 265, Intelius states that the Seventh Cause of

7   Action does not name Intelius as a defendant and no answer is necessary.

8       266.   In response to Paragraph 266, Intelius states that the Seventh Cause of

9   Action does not name Intelius as a defendant and no answer is necessary.

10       267.   In response to Paragraph 267, Intelius states that the Seventh Cause of

11   Action does not name Intelius as a defendant and no answer is necessary.

12       268.   In response to Paragraph 268, Intelius states that the Seventh Cause of

13   Action does not name Intelius as a defendant and no answer is necessary.

14       269.   In response to Paragraph 269, Intelius states that the Seventh Cause of

15   Action does not name Intelius as a defendant and no answer is necessary.

16       270.   In response to Paragraph 270, Intelius states that the Seventh Cause of

17   Action does not name Intelius as a defendant and no answer is necessary.

18       271.   In response to Paragraph 271, Intelius states that the Seventh Cause of

19   Action does not name Intelius as a defendant and no answer is necessary.

20       272.   In response to Paragraph 272, Intelius states that the Seventh Cause of

21   Action does not name Intelius as a defendant and no answer is necessary.

22       273.   In response to Paragraph 273, Intelius states that the Seventh Cause of

23   Action does not name Intelius as a defendant and no answer is necessary.

24       274.   In response to Paragraph 274, Intelius states that the Seventh Cause of

25   Action does not name Intelius as a defendant and no answer is necessary.

26       275.   In response to Paragraph 275, Intelius states that the Seventh Cause of

27   Action does not name Intelius as a defendant and no answer is necessary.

28       276.   In response to Paragraph 276, Intelius states that the Seventh Cause of

1    Action does not name Intelius as a defendant and no answer is necessary.

2          277.   In response to Paragraph 277, Intelius states that the Seventh Cause of

3    Action does not name Intelius as a defendant and no answer is necessary.

4          278.   In response to Paragraph 278, Intelius states that the Seventh Cause of

5    Action does not name Intelius as a defendant and no answer is necessary.

6          279.   In response to Paragraph 279, Intelius states that the Seventh Cause of

7    Action does not name Intelius as a defendant and no answer is necessary.

8          280.   In response to Paragraph 280, Intelius states that the Seventh Cause of

9    Action does not name Intelius as a defendant and no answer is necessary.

10   **ANSWER TO ALLEGATIONS RE: EIGHTH CAUSE OF ACTION**

11         281.   In response to Paragraph 281, Intelius states that the Eighth Cause of

12   Action against Intelius has been dismissed with prejudice and no answer is

13   necessary.

14         282.   In response to Paragraph 282, Intelius states that the Eighth Cause of

15   Action against Intelius has been dismissed with prejudice and no answer is

16   necessary.

17         283.   In response to Paragraph 283, Intelius states that the Eighth Cause of

18   Action against Intelius has been dismissed with prejudice and no answer is

19   necessary.

20         284.   In response to Paragraph 284, Intelius states that the Eighth Cause of

21   Action against Intelius has been dismissed with prejudice and no answer is

22   necessary.

23         285.   In response to Paragraph 285, Intelius states that the Eighth Cause of

24   Action against Intelius has been dismissed with prejudice and no answer is

25   necessary.

26         286.   In response to Paragraph 286, Intelius states that the Eighth Cause of

27   Action against Intelius has been dismissed with prejudice and no answer is

28   necessary.

287.    In response to Paragraph 287, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

288.    In response to Paragraph 288, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

289.    In response to Paragraph 289, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

290.    In response to Paragraph 290, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

291.    In response to Paragraph 291, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

292.    In response to Paragraph 292, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

293.    In response to Paragraph 293, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

294.    In response to Paragraph 294, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

295.    In response to Paragraph 295, Intelius states that the Eighth Cause of
Action against Intelius has been dismissed with prejudice and no answer is
necessary.

296.    In response to Paragraph 296, Intelius states that the Eighth Cause of

1   Action against Intelius has been dismissed with prejudice and no answer is
2   necessary.

3        297.   In response to Paragraph 297, Intelius states that the Eighth Cause of
4   Action against Intelius has been dismissed with prejudice and no answer is
5   necessary.

6        298.   In response to Paragraph 298, Intelius states that the Eighth Cause of
7   Action against Intelius has been dismissed with prejudice and no answer is
8   necessary.

9        299.   In response to Paragraph 299, Intelius states that the Eighth Cause of
10  Action against Intelius has been dismissed with prejudice and no answer is
11  necessary.

12       300.   In response to Paragraph 300, Intelius states that the Eighth Cause of
13  Action against Intelius has been dismissed with prejudice and no answer is
14  necessary.

15       **ANSWER TO ALLEGATIONS RE: NINTH CAUSE OF ACTION**

16       301.   In response to Paragraph 301, Intelius states that the Ninth Cause of
17  Action against Intelius has been dismissed with prejudice and no answer is
18  necessary.

19       302.   In response to Paragraph 302, Intelius states that the Ninth Cause of
20  Action against Intelius has been dismissed with prejudice and no answer is
21  necessary.

22       303.   In response to Paragraph 303, Intelius states that the Ninth Cause of
23  Action against Intelius has been dismissed with prejudice and no answer is
24  necessary.

25       304.   In response to Paragraph 304, Intelius states that the Ninth Cause of
26  Action against Intelius has been dismissed with prejudice and no answer is
27  necessary.

28       305.   In response to Paragraph 305, Intelius states that the Ninth Cause of

1   Action against Intelius has been dismissed with prejudice and no answer is

2   necessary.

3        306.   In response to Paragraph 306, Intelius states that the Ninth Cause of

4   Action against Intelius has been dismissed with prejudice and no answer is

5   necessary.

6        307.   In response to Paragraph 307, Intelius states that the Ninth Cause of

7   Action against Intelius has been dismissed with prejudice and no answer is

8   necessary.

9        308.   In response to Paragraph 308, Intelius states that the Ninth Cause of

10  Action against Intelius has been dismissed with prejudice and no answer is

11  necessary.

12       309.   In response to Paragraph 309, Intelius states that the Ninth Cause of

13  Action against Intelius has been dismissed with prejudice and no answer is

14  necessary.

15       310.   In response to Paragraph 310, Intelius states that the Ninth Cause of

16  Action against Intelius has been dismissed with prejudice and no answer is

17  necessary.

18       311.   In response to Paragraph 311, Intelius states that the Ninth Cause of

19  Action against Intelius has been dismissed with prejudice and no answer is

20  necessary.

21       312.   In response to Paragraph 312, Intelius states that the Ninth Cause of

22  Action against Intelius has been dismissed with prejudice and no answer is

23  necessary.

24       313.   In response to Paragraph 313, Intelius states that the Ninth Cause of

25  Action against Intelius has been dismissed with prejudice and no answer is

26  necessary.

27       314.   In response to Paragraph 314, Intelius states that the Ninth Cause of

28  Action against Intelius has been dismissed with prejudice and no answer is

1   necessary.

2   **ANSWER TO ALLEGATIONS RE: TENTH CAUSE OF ACTION**

3   315.   In response to Paragraph 315, Intelius states that the Tenth Cause of

4   Action does not name Intelius as a defendant and no answer is necessary.

5   316.   In response to Paragraph 316, Intelius states that the Tenth Cause of

6   Action does not name Intelius as a defendant and no answer is necessary.

7   317.   In response to Paragraph 317, Intelius states that the Tenth Cause of

8   Action does not name Intelius as a defendant and no answer is necessary.

9   318.   In response to Paragraph 318, Intelius states that the Tenth Cause of

10  Action does not name Intelius as a defendant and no answer is necessary.

11  319.   In response to Paragraph 319, Intelius states that the Tenth Cause of

12  Action does not name Intelius as a defendant and no answer is necessary.

13  320.   In response to Paragraph 320, Intelius states that the Tenth Cause of

14  Action does not name Intelius as a defendant and no answer is necessary.

15  321.   In response to Paragraph 321, Intelius states that the Tenth Cause of

16  Action does not name Intelius as a defendant and no answer is necessary.

17  322.   In response to Paragraph 322, Intelius states that the Tenth Cause of

18  Action does not name Intelius as a defendant and no answer is necessary.

19  323.   In response to Paragraph 323, Intelius states that the Tenth Cause of

20  Action does not name Intelius as a defendant and no answer is necessary.

21  324.   In response to Paragraph 324, Intelius states that the Tenth Cause of

22  Action does not name Intelius as a defendant and no answer is necessary.

23  325.   In response to Paragraph 325, Intelius states that the Tenth Cause of

24  Action does not name Intelius as a defendant and no answer is necessary.

25  **ANSWER TO ALLEGATIONS RE: ELEVENTH CAUSE OF ACTION**

26  326.   In response to Paragraph 326, Intelius states that the Eleventh Cause of

27  Action does not name Intelius as a defendant and no answer is necessary.

28  327.   In response to Paragraph 327, Intelius states that the Eleventh Cause of

1   Action does not name Intelius as a defendant and no answer is necessary.

2       328.   In response to Paragraph 328, Intelius states that the Eleventh Cause of

3   Action does not name Intelius as a defendant and no answer is necessary.

4       329.   In response to Paragraph 329, Intelius states that the Eleventh Cause of

5   Action does not name Intelius as a defendant and no answer is necessary.

6       330.   In response to Paragraph 330, Intelius states that the Eleventh Cause of

7   Action does not name Intelius as a defendant and no answer is necessary.

8       331.   In response to Paragraph 331, Intelius states that the Eleventh Cause of

9   Action does not name Intelius as a defendant and no answer is necessary.

10      332.   In response to Paragraph 332, Intelius states that the Eleventh Cause of

11  Action does not name Intelius as a defendant and no answer is necessary.

12      333.   In response to Paragraph 333, Intelius states that the Eleventh Cause of

13  Action does not name Intelius as a defendant and no answer is necessary.

14      334.   In response to Paragraph 334, Intelius states that the Eleventh Cause of

15  Action does not name Intelius as a defendant and no answer is necessary.

16  **ANSWER TO ALLEGATIONS RE: TWELFTH CAUSE OF ACTION**

17      335.   In response to Paragraph 335 of the Complaint, Intelius incorporates

18  by reference its responses to the allegations of Paragraphs 1 through 334, inclusive,

19  as though fully set forth herein.

20      336.   In response to Paragraph 336 of the Complaint, Intelius incorporates

21  its response to Paragraph 145.  Intelius states that it is without knowledge or

22  information sufficient to form a belief as to the truth or falsity of the allegations of

23  Paragraph 336, referring to any other defendant and, on that basis, denies each such

24  allegation.  Except as expressly so admitted or denied, Intelius denies each and

25  every allegation contained in Paragraph 336.

26      337.   In response to Paragraph 337, Intelius states that the allegations

27  contained in Paragraph 337 of the Complaint are legal conclusions and/or argument

28  and are not subject to admission or denial.  Except as expressly so admitted or

1    denied, Intelius denies each and every allegation contained in Paragraph 337.

2         338.   In response to Paragraph 338, Intelius incorporates its response to

3    Paragraph 145.  Intelius states that it is without knowledge or information sufficient

4    to form a belief as to the truth or falsity of the allegations of Paragraph 338,

5    referring to any other defendant and, on that basis, denies each such allegation.

6    Except as expressly so admitted or denied, Intelius denies each and every allegation

7    contained in Paragraph 338.

8         339.   In response to Paragraph 339 of the Complaint, Intelius states that it is

9    without knowledge or information sufficient to form a belief as to the truth or

10   falsity of the allegations of Paragraph 339, and on that basis, denies each and every

11   allegation contained in Paragraph 339.

12        340.   In response to Paragraph 340, Intelius incorporates its response to

13   Paragraph 166.  Except as expressly so admitted or denied, Intelius denies each and

14   every allegation contained in Paragraph 340.

15        341.   In response to Paragraph 341 of the Complaint, Intelius states that it is

16   without knowledge or information sufficient to form a belief as to the truth or

17   falsity of the allegations of Paragraph 341, and on that basis, denies each and every

18   allegation contained in Paragraph 341.

19        342.   In response to Paragraph 342, Intelius denies each and every allegation

20   pertaining to Intelius.  Intelius states that it is without knowledge or information

21   sufficient to form a belief as to the truth or falsity of the allegations of Paragraph

22   342, referring to any other defendant and, on that basis, denies each such allegation.

23        343.   In response to Paragraph 343, Intelius denies each and every allegation

24   pertaining to Intelius.  Intelius states that it is without knowledge or information

25   sufficient to form a belief as to the truth or falsity of the allegations of Paragraph

26   343, referring to any other defendant and, on that basis, denies each such allegation.

27        344.   In response to Paragraph 344, Intelius states that the allegations

28   contained in Paragraph 344 of the Complaint are legal conclusions and/or argument

1    and are not subject to admission or denial.

2        345.   In response to Paragraph 345, Intelius denies each and every allegation

3    pertaining to Intelius.  Intelius states that it is without knowledge or information

4    sufficient to form a belief as to the truth or falsity of the allegations of Paragraph

5    345, referring to any other defendant and, on that basis, denies each such allegation.

6        346.   In response to Paragraph 346, Intelius denies each and every allegation

7    pertaining to Intelius.  Intelius states that it is without knowledge or information

8    sufficient to form a belief as to the truth or falsity of the allegations of Paragraph

9    346, referring to any other defendant and, on that basis, denies each such allegation.

10       **ANSWER TO ALLEGATIONS RE: THIRTEENTH CAUSE OF ACTION**

11       341.   In response to Paragraph 341 (sic) of the Complaint, Intelius

12   incorporates by reference its responses to the allegations of Paragraphs 1 through

13   346, inclusive, as though fully set forth herein.

14       342.   In response to Paragraph 342 (sic) of the Complaint, Intelius states that

15   it is without knowledge or information sufficient to form a belief as to the truth or

16   falsity of the allegations of Paragraph 342 (sic), and on that basis, denies each and

17   every allegation contained in Paragraph 342 (sic).

18       343.   In response to Paragraph 343 (sic), Intelius denies each and every

19   allegation pertaining to Intelius.  Intelius states that it is without knowledge or

20   information sufficient to form a belief as to the truth or falsity of the allegations of

21   Paragraph 343 (sic), referring to any other defendant and, on that basis, denies each

22   such allegation.

23       344.   In response to Paragraph 344 (sic) of the Complaint, Intelius states that

24   it is without knowledge or information sufficient to form a belief as to the truth or

25   falsity of the allegations of Paragraph 344 (sic), and on that basis, denies each and

26   every allegation contained in Paragraph 344 (sic).

27       345.   In response to Paragraph 345 (sic), Intelius denies each and every

28   allegation pertaining to Intelius.  Intelius states that it is without knowledge or

1  information sufficient to form a belief as to the truth or falsity of the allegations of
2  Paragraph 345 (sic), referring to any other defendant and, on that basis, denies each
3  such allegation.

4      346.   In response to Paragraph 346 (sic), Intelius denies each and every
5  allegation pertaining to Intelius.  Intelius states that it is without knowledge or
6  information sufficient to form a belief as to the truth or falsity of the allegations of
7  Paragraph 346 (sic), referring to any other defendant and, on that basis, denies each
8  such allegation.

9      347.   In response to Paragraph 347, Intelius denies each and every allegation
10 pertaining to Intelius.  Intelius states that it is without knowledge or information
11 sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
12 347, referring to any other defendant and, on that basis, denies each such allegation.

13     348.   In response to Paragraph 348, Intelius denies each and every allegation
14 pertaining to Intelius.  Intelius states that it is without knowledge or information
15 sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
16 348, referring to any other defendant and, on that basis, denies each such allegation.

17     349.   In response to Paragraph 349, Intelius denies each and every allegation
18 pertaining to Intelius.  Intelius states that it is without knowledge or information
19 sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
20 349, referring to any other defendant and, on that basis, denies each such allegation.

21     350.   In response to Paragraph 350, Intelius states that the allegations
22 contained in Paragraph 350 of the Complaint are legal conclusions and/or argument
23 and are not subject to admission or denial.

24     351.   In response to Paragraph 351, Intelius denies each and every allegation
25 pertaining to Intelius.  Intelius states that it is without knowledge or information
26 sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
27 351, referring to any other defendant and, on that basis, denies each such allegation.

28     352.   In response to Paragraph 352, Intelius denies each and every allegation

1   pertaining to Intelius.  Intelius states that it is without knowledge or information
2   sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
3   352, referring to any other defendant and, on that basis, denies each such allegation.

4   <u>**ANSWER TO ALLEGATIONS RE: FOURTEENTH CAUSE OF ACTION**</u>

5          353.   In response to Paragraph 353 of the Complaint, Intelius incorporates
6   by reference its responses to the allegations of Paragraphs 1 through 352, inclusive,
7   as though fully set forth herein.

8          354.   In response to Paragraph 354, Intelius denies each and every allegation
9   pertaining to Intelius.  Intelius states that it is without knowledge or information
10  sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
11  354, referring to any other defendant and, on that basis, denies each such allegation.

12         355.   In response to Paragraph 355, Intelius denies each and every allegation
13  pertaining to Intelius.  Intelius states that it is without knowledge or information
14  sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
15  355, referring to any other defendant and, on that basis, denies each such allegation.

16         356.   In response to Paragraph 356, Intelius denies each and every allegation
17  pertaining to Intelius.  Intelius states that it is without knowledge or information
18  sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
19  356, referring to any other defendant and, on that basis, denies each such allegation.

20         357.   In response to Paragraph 357, Intelius denies each and every allegation
21  pertaining to Intelius.  Intelius states that it is without knowledge or information
22  sufficient to form a belief as to the truth or falsity of the allegations of Paragraph
23  357, referring to any other defendant and, on that basis, denies each such allegation.

24         358.   In response to Paragraph 358 of the Complaint, Intelius states that it is
25  without knowledge or information sufficient to form a belief as to the truth or
26  falsity of the allegations of Paragraph 358, and on that basis, denies each and every
27  allegation contained in Paragraph 358.

28         359.   In response to Paragraph 359 of the Complaint, Intelius states that it is

1    without knowledge or information sufficient to form a belief as to the truth or

2    falsity of the allegations of Paragraph 359, and on that basis, denies each and every

3    allegation contained in Paragraph 359.

4         360.   In response to Paragraph 360 of the Complaint, Intelius states that it is

5    without knowledge or information sufficient to form a belief as to the truth or

6    falsity of the allegations of Paragraph 360, and on that basis, denies each and every

7    allegation contained in Paragraph 360.

8         361.   In response to Paragraph 361 of the Complaint, Intelius states that it is

9    without knowledge or information sufficient to form a belief as to the truth or

10   falsity of the allegations of Paragraph 361, and on that basis, denies each and every

11   allegation contained in Paragraph 361.

12        362.   In response to Paragraph 362 of the Complaint, Intelius states that the

13   allegations contained in Paragraph 362 of the Complaint are legal conclusions

14   and/or argument and are not subject to admission or denial.

15        363.   In response to Paragraph 363 of the Complaint, Intelius denies each

16   and every allegation pertaining to Intelius.  Intelius states that it is without

17   knowledge or information sufficient to form a belief as to the truth or falsity of the

18   allegations of Paragraph 363, referring to any other defendant and, on that basis,

19   denies each such allegation.

20        364.   In response to Paragraph 364 of the Complaint, Intelius denies each

21   and every allegation pertaining to Intelius.  Intelius states that it is without

22   knowledge or information sufficient to form a belief as to the truth or falsity of the

23   allegations of Paragraph 364, referring to any other defendant and, on that basis,

24   denies each such allegation.

25   **ANSWER TO ALLEGATIONS RE: FIFTEENTH CAUSE OF ACTION**

26        365.   In response to Paragraph 365 of the Complaint, Intelius incorporates

27   by reference its responses to the allegations of Paragraphs 1 through 364, inclusive,

28   as though fully set forth herein

366.   In response to Paragraph 366, Intelius denies each and every allegation pertaining to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 366, referring to any other defendant and, on that basis, denies each such allegation.

367.   In response to Paragraph 367, Intelius denies each and every allegation pertaining to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 367, referring to any other defendant and, on that basis, denies each such allegation.

368.   In response to Paragraph 368, Intelius denies each and every allegation pertaining to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 368, referring to any other defendant and, on that basis, denies each such allegation.

369.   In response to Paragraph 369, Intelius denies each and every allegation pertaining to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 369, referring to any other defendant and, on that basis, denies each such allegation.

370.   In response to Paragraph 370, Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 370, and on that basis, denies each such allegation.

371.   In response to Paragraph 371 of the Complaint, Intelius states that the allegations contained in Paragraph 371 of the Complaint are legal conclusions and/or argument and are not subject to admission or denial.

372.   In response to Paragraph 372 of the Complaint, Intelius denies each and every allegation pertaining to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 372, referring to any other defendant and, on that basis, denies each such allegation.

373.   In response to Paragraph 373 of the Complaint, Intelius denies each

1  and every allegation pertaining to Intelius.  Intelius states that it is without

2  knowledge or information sufficient to form a belief as to the truth or falsity of the

3  allegations of Paragraph 373, referring to any other defendant and, on that basis,

4  denies each such allegation.

5  <u>**ANSWER TO ALLEGATIONS RE: SIXTEENTH CAUSE OF ACTION**</u>

6      374.   In response to Paragraph 374 of the Complaint, Intelius incorporates

7  by reference its responses to the allegations of Paragraphs 1 through 373, inclusive,

8  as though fully set forth herein.

9      375.   In response to Paragraph 375, Intelius denies each and every allegation

10  pertaining to Intelius.  Intelius states that it is without knowledge or information

11  sufficient to form a belief as to the truth or falsity of the allegations of Paragraph

12  375, referring to any other defendant and, on that basis, denies each such allegation.

13      376.   In response to Paragraph 376, Intelius denies each and every allegation

14  pertaining to Intelius.  Intelius states that it is without knowledge or information

15  sufficient to form a belief as to the truth or falsity of the allegations of Paragraph

16  376, referring to any other defendant and, on that basis, denies each such allegation.

17      377.   In response to Paragraph 377, Intelius denies each and every allegation

18  pertaining to Intelius.  Intelius states that it is without knowledge or information

19  sufficient to form a belief as to the truth or falsity of the allegations of Paragraph

20  377, referring to any other defendant and, on that basis, denies each such allegation.

21      378.   In response to Paragraph 378 of the Complaint, Intelius states that the

22  allegations contained in Paragraph 378 of the Complaint are legal conclusions

23  and/or argument and are not subject to admission or denial.

24      379.   In response to Paragraph 379 of the Complaint, Intelius denies each

25  and every allegation pertaining to Intelius.  Intelius states that it is without

26  knowledge or information sufficient to form a belief as to the truth or falsity of the

27  allegations of Paragraph 379, referring to any other defendant and, on that basis,

28  denies each such allegation.

380.    In response to Paragraph 380 of the Complaint, Intelius denies each and every allegation pertaining to Intelius.  Intelius states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 380, referring to any other defendant and, on that basis, denies each such allegation.

**ANSWER TO ALLEGATIONS RE: SEVENTEENTH CAUSE OF ACTION**

381.    In response to Paragraph 381, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

382.    In response to Paragraph 382, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

383.    In response to Paragraph 383, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

384.    In response to Paragraph 384, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

385.    In response to Paragraph 385, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

386.    In response to Paragraph 386, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

387.    In response to Paragraph 387, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

388.    In response to Paragraph 388, Intelius states that the Seventeenth

Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

389.   In response to Paragraph 389, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

390.   In response to Paragraph 390, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

391.   In response to Paragraph 391, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

382.   In response to Paragraph 382, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

383.   In response to Paragraph 383, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

384.   In response to Paragraph 384, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

385.   In response to Paragraph 385, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

386.   In response to Paragraph 386, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

387.   In response to Paragraph 387, Intelius states that the Seventeenth Cause of Action against Intelius has been dismissed with prejudice and no answer is

1    necessary.

2        388.   In response to Paragraph 388, Intelius states that the Seventeenth

3    Cause of Action against Intelius has been dismissed with prejudice and no answer is

4    necessary.

5        389.   In response to Paragraph 389, Intelius states that the Seventeenth

6    Cause of Action against Intelius has been dismissed with prejudice and no answer is

7    necessary.

8    **ANSWER TO ALLEGATIONS RE: EIGHTEENTH CAUSE OF ACTION**

9        390.   In response to Paragraph 390, Intelius states that the Eighteenth Cause

10   of Action against Intelius has been dismissed with prejudice and no answer is

11   necessary.

12       391.   In response to Paragraph 391, Intelius states that the Eighteenth Cause

13   of Action against Intelius has been dismissed with prejudice and no answer is

14   necessary.

15       392.   In response to Paragraph 392, Intelius states that the Eighteenth Cause

16   of Action against Intelius has been dismissed with prejudice and no answer is

17   necessary.

18       393.   In response to Paragraph 393, Intelius states that the Eighteenth Cause

19   of Action against Intelius has been dismissed with prejudice and no answer is

20   necessary.

21       394.   In response to Paragraph 394, Intelius states that the Eighteenth Cause

22   of Action against Intelius has been dismissed with prejudice and no answer is

23   necessary.

24       395.   In response to Paragraph 395, Intelius states that the Eighteenth Cause

25   of Action against Intelius has been dismissed with prejudice and no answer is

26   necessary.

27       396.   In response to Paragraph 396, Intelius states that the Eighteenth Cause

28   of Action against Intelius has been dismissed with prejudice and no answer is

1  necessary.

2  397.   In response to Paragraph 397, Intelius states that the Eighteenth Cause

3  of Action against Intelius has been dismissed with prejudice and no answer is

4  necessary.

5  **ANSWER TO ALLEGATIONS RE: NINETEENTH CAUSE OF ACTION**

6  398.   In response to Paragraph 398, Intelius states that the Nineteenth Cause

7  of Action against Intelius has been dismissed with prejudice and no answer is

8  necessary.

9  399.   In response to Paragraph 399, Intelius states that the Nineteenth Cause

10  of Action against Intelius has been dismissed with prejudice and no answer is

11  necessary.

12  400.   In response to Paragraph 400, Intelius states that the Nineteenth Cause

13  of Action against Intelius has been dismissed with prejudice and no answer is

14  necessary.

15  401.   In response to Paragraph 401, Intelius states that the Nineteenth Cause

16  of Action against Intelius has been dismissed with prejudice and no answer is

17  necessary.

18  402.   In response to Paragraph 402, Intelius states that the Nineteenth Cause

19  of Action against Intelius has been dismissed with prejudice and no answer is

20  necessary.

21  403.   In response to Paragraph 403, Intelius states that the Nineteenth Cause

22  of Action against Intelius has been dismissed with prejudice and no answer is

23  necessary.

24  404.   In response to Paragraph 404, Intelius states that the Nineteenth Cause

25  of Action against Intelius has been dismissed with prejudice and no answer is

26  necessary.

27  405.   In response to Paragraph 405, Intelius states that the Nineteenth Cause

28  of Action against Intelius has been dismissed with prejudice and no answer is

1    necessary.

2         406.   In response to Paragraph 406, Intelius states that the Nineteenth Cause

3    of Action against Intelius has been dismissed with prejudice and no answer is

4    necessary.

5         407.   In response to Paragraph 407, Intelius states that the Nineteenth Cause

6    of Action against Intelius has been dismissed with prejudice and no answer is

7    necessary.

8         408.   In response to Paragraph 408, Intelius states that the Nineteenth Cause

9    of Action against Intelius has been dismissed with prejudice and no answer is

10   necessary.

11        409.   In response to Paragraph 409, Intelius states that the Nineteenth Cause

12   of Action against Intelius has been dismissed with prejudice and no answer is

13   necessary.

14        410.   In response to Paragraph 410, Intelius states that the Nineteenth Cause

15   of Action against Intelius has been dismissed with prejudice and no answer is

16   necessary.

17        411.   In response to Paragraph 411, Intelius states that the Nineteenth Cause

18   of Action against Intelius has been dismissed with prejudice and no answer is

19   necessary.

20        412.   In response to Paragraph 412, Intelius states that the Nineteenth Cause

21   of Action against Intelius has been dismissed with prejudice and no answer is

22   necessary.

23        413.   In response to Paragraph 413, Intelius states that the Nineteenth Cause

24   of Action against Intelius has been dismissed with prejudice and no answer is

25   necessary.

26        414.   In response to Paragraph 414, Intelius states that the Nineteenth Cause

27   of Action against Intelius has been dismissed with prejudice and no answer is

28   necessary.

415.   In response to Paragraph 415, Intelius states that the Nineteenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

416.   In response to Paragraph 416, Intelius states that the Nineteenth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

### ANSWER TO ALLEGATIONS RE: TWENTIETH CAUSE OF ACTION

417.   In response to Paragraph 417, Intelius states that the Twentieth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

418.   In response to Paragraph 418, Intelius states that the Twentieth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

419.   In response to Paragraph 419, Intelius states that the Twentieth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

420.   In response to Paragraph 420, Intelius states that the Twentieth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

421.   In response to Paragraph 421, Intelius states that the Twentieth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

422.   In response to Paragraph 422, Intelius states that the Twentieth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

423.   In response to Paragraph 423, Intelius states that the Twentieth Cause of Action against Intelius has been dismissed with prejudice and no answer is necessary.

## <u>ANSWER TO ALLEGATIONS RE: PRAYER</u>

Intelius denies that Plaintiffs are entitled to the relief sought in the Complaint and Prayer for Relief, or any relief whatsoever, and denies all of the allegations in the Prayer.

## <u>AFFIRMATIVE DEFENSES</u>

As separate and distinct affirmative defenses, Intelius states as follows:

## <u>FIRST AFFIRMATIVE DEFENSE</u>

(Communications Decency Act—Twelfth through Sixteenth Causes of Action)

The Complaint, and each and every remaining claim for relief against Intelius, fails as a matter of law because Intelius is immune under the Communications Decency Act, 47 U.S.C. § 230, <u>et. seq</u>.

## <u>SECOND AFFIRMATIVE DEFENSE</u>

(Failure To State A Claim—Twelfth through Sixteenth Causes of Action)

The Complaint, and each and every remaining claim for relief against Intelius, fails to state a claim upon which relief may be granted against Intelius, and further fails to entitle Plaintiffs to the relief sought or to any relief whatsoever against Intelius.

## <u>THIRD AFFIRMATIVE DEFENSE</u>

(Lack of Standing—Twelfth through Sixteenth Causes of Action)

Plaintiffs lack standing to bring the Complaint, and each and every remaining claim for relief against Intelius thereof.

## <u>FOURTH AFFIRMATIVE DEFENSE</u>

(Laches—Twelfth through Sixteenth Causes of Action)

Plaintiffs are barred from asserting the Complaint, and each and every claim for relief against Intelius, by the doctrine of laches.

## <u>FIFTH AFFIRMATIVE DEFENSE</u>

(Waiver—Twelfth through Sixteenth Causes of Action)

Plaintiffs are barred from asserting the Complaint, and each and every claim

1   for relief against Intelius, by the doctrine of waiver.

2   ### SIXTH AFFIRMATIVE DEFENSE

3   (Ratification—Twelfth through Sixteenth Causes of Action)

4   Plaintiffs are barred from asserting the Complaint, and each and every claim

5   for relief against Intelius, by the doctrine of ratification.

6   ### SEVENTH AFFIRMATIVE DEFENSE

7   (Estoppel—Twelfth through Sixteenth Causes of Action)

8   Plaintiffs are barred from asserting the Complaint, and each and every claim

9   for relief against Intelius, by the doctrine of estoppel.

10   ### EIGHTH AFFIRMATIVE DEFENSE

11   (Proximate Cause—Twelfth through Sixteenth Causes of Action)

12   The Complaint, and each and every claim for relief against Intelius, is barred,

13   in whole or in part, because no conduct by or attributable to Intelius was the cause

14   in fact or proximate cause of the damages Plaintiffs seek to recover in this action.

15   ### NINTH AFFIRMATIVE DEFENSE

16   (Conduct of Others—Twelfth through Sixteenth Causes of Action)

17   The Complaint, and each and every claim for relief against Intelius, is barred

18   because if Plaintiffs were injured and damaged as alleged, which is specifically

19   denied, then the injuries and damages were caused, in whole or in part, by the acts

20   or omissions of others, whether individual, corporate, or otherwise, whether named

21   or unnamed in the Complaint, for whose conduct Intelius is not responsible.

22   ### TENTH AFFIRMATIVE DEFENSE

23   (Failure to Mitigate—Twelfth through Sixteenth Causes of Action)

24   The Complaint, and each and every claim for relief against Intelius, is barred

25   in whole or in part because Plaintiffs failed to make reasonable efforts to mitigate

26   such purported injury or damage, which reasonable efforts would have prevented

27   their injury or damages, if any.

28   ///

## ELEVENTH AFFIRMATIVE DEFENSE

(First Amendment—Twelfth through Sixteenth Causes of Action)

The Complaint, and each and every claim for relief against Intelius, is barred to the extent that it violates Intelius' rights under the United States and California Constitutions by, among other things, violating Intelius' First Amendment rights of free speech.

## TWELFTH AFFIRMATIVE DEFENSE

(Preemption—Twelfth through Sixteenth Causes of Action)

The Complaint, and each and every claim for relief against Intelius, is barred by the doctrine of preemption.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations—Twelfth through Sixteenth Causes of Action)

Plaintiffs are barred from asserting the Complaint, and each and every claim for relief against Intelius, by the applicable statute(s) of limitations.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Adequate Remedies at Law— Twelfth through Sixteenth Causes of Action)

Equitable and injunctive relief are barred because Plaintiffs have available remedies at law.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Excessive Penalty and Forfeiture— Twelfth through Sixteenth Causes of Action)

The Complaint, and each and every remaining count against Intelius thereof, is barred to the extent that it seeks punitive damages, among other things. Plaintiffs' claims and prayers for relief would constitute an excessive penalty and forfeiture in violation of the Eighth Amendment of the Constitution, federal and state due process rights, applicable statutory provisions, and rules of equity, among other things.

///

///

1

## **SIXTEENTH AFFIRMATIVE DEFENSE**

2

(Additional Affirmative Defenses— Twelfth through Sixteenth Causes for Relief)

3

Intelius hereby gives notice that it intends to rely upon such other affirmative

4

defenses as may become available or apparent during the course of discovery and

5

thus reserves the right to amend this Answer to assert such defenses.

6

## **PRAYER FOR RELIEF**

7

WHEREFORE, Intelius prays for the entry of judgment in its favor and

8

against Plaintiffs as follows:

9

1.      That this action be dismissed in its entirety and with prejudice;

10

2.      That Plaintiffs take nothing by way of the Complaint;

11

3.      That Intelius be awarded its attorneys' fees and costs of suit pursuant

12

to 15 U.S.C. § 1681o; and

13

4.      For such other relief as is deemed just and proper.

14

15

Dated:      November 3, 2011                    JONES DAY

16

17

By: */s/ John A. Vogt*

18

John A. Vogt

19

Attorneys for Defendant
INTELIUS INC.

20

21

22

23

24

25

26

27

28