UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | December 1, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER DENYING REQUEST FOR LEAVE TO FILE

Plaintiffs filed a request ("Request") for leave to file a Motion for Leave to File a Second Amended Complaint.

Any such amendments should have been made long ago. This case has been pending since May 2009. Trial is fast approaching in June 2012, and there is at least one pending Motion to Dismiss based on the current First Amended Complaint ("FAC"), as well as eight filed Answers. While the FAC is unwieldy, the Court has already ruled that it is not per se deficient. The Court finds that filing a Second Amended Complaint at this late date would delay rather than promote the efficient resolution of this case.

The Court DENIES the Request.

_____ :    0

Initials of Preparer         lmb