UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | December 14, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     [IN CHAMBERS] ORDER CLARIFYING TERMS OF STAY

This case is currently stayed as to all claims against Defendants Orly Taitz, Inc. ("Taitz Inc."), Orly Taitz ("Taitz"), the Law Offices of Orly Taitz ("LOOT"), and Defending Our Freedom Foundation ("DOFF") (collectively, the "Taitz Defendants").

Taitz and DOFF have recently submitted two letter requests seeking clarification about the scope of that stay. Specifically, they question whether co-Defendant Intelius may depose Taitz, or seek a declaration from her. Intelius seeks this discovery to shore up a summary judgment motion. The goal of Intelius' summary judgment motion is to get itself out of this litigation, not to attack the Taitz Defendants. The proposed discovery does not trigger the concerns underlying the stay, and is permissible. Conversely, any discovery by Plaintiffs against the Taitz Defendants is barred because Plaintiffs are adverse to the Taitz Defendants. Plaintiff Berg may therefore not ask questions at Taitz' deposition.

To summarize: co-Defendants may seek discovery from the Taitz Defendants during the stay. Plaintiffs may not. Any discovery by the co-Defendants involving the Taitz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | December 14, 2011 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

Defendants does not waive or violate the stay, nor does it waive the pending appeal.

  :   0

Initials of Preparer   lmb