UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISON

| | |
|---|---|
| LISA LIBERI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ORLY TAITZ, et al., <br><br> Defendants. | Case No. 8:11-CV-00485-AG (AJWx) <br><br> **JUDGMENT** |

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of defendant Daylight Chemical Information Systems, Inc. pursuant to the Minute Order entered on December 19, 2011 and that defendant Daylight Chemical Information Systems, Inc. shall be entitled to any allowable costs of suit.

IT IS SO ORDERED.

Dated: January 11, 2012     By: _____
                                United States District Judge
                                Andrew J. Guilford

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28