UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | March 2, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

**Proceedings:        [IN CHAMBERS] ORDER DENYING REQUEST TO FILE**

On February 27, 2012, Plaintiffs filed a letter request seeking leave to file a sur-reply or supplement to their opposition filed February 20, 2012 to Defendant Intelius, Inc.'s Motion for Summary Judgment ("Motion").

The request is DENIED. Plaintiffs' proper avenue for relief is Federal Rule of Civil Procedure 56(d). Any such relief may be presented without first seeking leave, but must be limited to 5 pages, and requested before March 6, 2012.

_____ :    0

Initials of
Preparer              lmb