UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | March 5, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:**   [IN CHAMBERS] ORDER GRANTING REQUEST TO FILE SUMMARY JUDGMENT MOTION AGAINST SANKEY DEFENDANTS

On February 27, 2012, Plaintiffs filed a letter request seeking leave to file a motion for summary judgment against Neil Sankey, Todd Sankey, Sankey Investigations, Inc., and The Sankey Firm.

The request is GRANTED. **ANY** violation of **ANY** rule or statute affecting summary judgment will result in an immediate dismissal of the motion with prejudice.

                                                                                       : 0

Initials of Preparer      lmb