UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | March 30, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER CONCERNING SANKEY DEFENDANTS' REQUESTS FOR LEAVE

On March 29, 2012, Defendants Todd Sankey and The Sankey Firm ("Sankey Defendants") filed a letter request, concerning three issues.

First, the Sankey Defendants seek leave to file a Motion to Compel discovery responses from Plaintiffs.  The Court GRANTS the Sankey Defendants' request for leave to file a Motion to Compel.  Plaintiffs should take this opportunity to strongly consider whether they wish to amend their discovery responses, rather than engage in motion practice.

Second, the Sankey Defendants seek a Stay of Plaintiffs' Motion for Summary Judgment until (1) the Motion to Compel is ruled upon and any resulting discovery responses are received; (2) the Motion to Withdraw the Sankey Defendants' Admissions, which will be filed next week, is ruled upon, and (3) the stay on the portion of case involving Defendant Orly Taitz and related entities ("Taitz") is lifted, so that the Sankey Defendants may obtain discovery from Taitz.  The Court will not automatically grant such a stay without full briefing.  Instead, the Court GRANTS the Sankey Defendants leave to file a Motion for a Stay on an ex parte basis.  If the ex parte Motion for a Stay is not granted, then the pending briefing and hearing dates for the Motion for Summary Judgment will be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | March 30, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

continued at least ten days to allow the Sankey Defendants adequate time to oppose.

The Sankey Defendants' third request (concerning a 10-day stay for medical reasons) is MOOT at this time.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |