UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | April 2, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER GRANTING REED DEFENDANTS' REQUEST TO FILE SUMMARY JUDGMENT MOTION BY APRIL 4, 2012

Reed Elsevier Inc, LexisNexis Group, Inc., LexiNexis, Inc., LexisNexis Risk and Information Analytics Group, Inc., LexisNexis Risk Solutions, Inc., LexisNexis Seisent, Inc. (d/b/a Accurint), and LexisNexis ChoicePoint, Inc (collectively, the "Reed Defendants") requested leave to file a summary judgment motion by or on April 4, 2012. The Court GRANTS the Reed Defendants' request.

The Ex Parte Application filed as Docket Number 486 is VACATED as MOOT.

_____ : 0

Initials of Preparer    lmb