JIM MCCABE (CA SBN 104686)
JMcCabe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MICHAEL B. MILLER (*Pro Hac Vice*)
MBMiller@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: 212.468.8009
Facsimile: 212.468.7900

Attorneys for Reed Elsevier Inc., LexisNexis Risk and Information Analytics Group Inc., "LexisNexis, Inc.," "LexisNexis Risk Solutions, Inc.," "LexisNexis ChoicePoint, Inc.," "LexisNexis Seisint, Inc., d/b/a Accurint," and "LexisNexis Group Inc."

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORLY TAITZ, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-00485-AG-AJW<br><br>**STIPULATION TO CONTINUE HEARING DATE ON LEXISNEXIS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Judge Andrew J. Guilford<br><br>First Amended Complaint Filed: June 17, 2011 |

Plaintiffs Lisa Liberi, Lisa M. Ostella, Go Excel Global, Philip J. Berg, Esquire and the Law Offices of Philip J. Berg (collectively, "Plaintiffs") and

Stip. to Continue Hr'g on LexisNexis Defs.' MSJ
Case No. 8:12-cv-00108-CJC-RNB
sf-3136626

1

Defendants Reed Elsevier Inc., LexisNexis Risk and Information Analytics Group Inc., "LexisNexis, Inc.," "LexisNexis Risk Solutions, Inc.," "LexisNexis ChoicePoint, Inc.," "Lexis Nexis Seisint, Inc., d/b/a Accurint," and "LexisNexis Group, Inc." (collectively, the "LexisNexis Defendants"), through their respective attorneys, hereby stipulate and jointly request that the Court continue the May 14, 2012 hearing on the LexisNexis Defendants' Motion for Summary Judgment to May 21, 2012, as follows:

WHEREAS:

1. On June 13, 2011, before the LexisNexis Defendants were named as parties in the matter, the Court held an Early Scheduling Conference in which the Court set the following deadlines (*see* Docket No. 225):

| Discovery cutoff | March 5, 2012 |
| --- | --- |
| Pretrial Conference | May 21, 2012 |
| Start of Trial | June 5, 2012 |

2. On March 13, the Court granted the LexisNexis Defendants leave to file a motion for summary judgment;

3. On April 4, 2012, the LexisNexis Defendants filed their Motion for Summary Judgment noticing May 14, 2012, as the hearing date for the Motion;

4. On April 17, 2012, the Court issued an Order continuing the hearing on Plaintiffs' Motion for Summary Judgment against Todd Sankey and the Sankey Firm, (collectively, the "Sankey Defendants"), which was previously noticed for April 23, 2012, to May 21, 2012 (*See* Docket No. 497);

5. The parties agree that it would be efficient from both the Court's and the parties' perspectives to also continue the hearing on the LexisNexis Defendants' Motion to May 21, 2012, so that both summary judgment motions are heard on the

Stip. to Continue Hr'g on LexisNexis Defs.' MSJ
Case No. 8:12-cv-00108-CJC-RNB
sf-3136626

2

same date;

6. No party has previously sought to reschedule the hearing on the LexisNexis Defendants' Motion for Summary Judgment;

7. The parties previously wrote to the Court regarding these matters on April 20, 2012, and are filing the present Stipulation to facilitate the requests contained in that correspondence.

IIT IS HEREBY STIPULATED AND AGREED, through counsel for the parties, that the hearing date on the LexisNexis Defendants' Motion for Summary Judgment is continued to May 21, 2012.

Dated: April 24, 2011          LAW OFFICES OF PHILIP J. BERG

By: *Philip J. Berg with permission*
Philip J. Berg

Attorneys for Plaintiffs
Lisa Liberi, Lisa M. Ostella, Go Excel Global, Philip J. Berg, Esquire and the Law Offices of Philip J. Berg

Dated: April 24, 2012          JAMES F. MCCABE
MORRISON & FOERSTER LLP

By: /s/ James F. McCabe
James F. McCabe

Attorneys for Defendants

Reed Elsevier Inc., LexisNexis Risk and Information Analytics Group Inc., "LexisNexis, Inc.," "LexisNexis Risk Solutions, Inc.," "LexisNexis ChoicePoint, Inc.," "LexisNexis Seisint, Inc., d/b/a Accurint," and "LexisNexis Group Inc."

Stip. to Continue Hr'g on LexisNexis Defs.' MSJ
Case No. 8:12-cv-00108-CJC-RNB
sf-3136626

3