UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | April 24, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**   [IN CHAMBERS] ORDER VACATING TRIAL DATES AND CONTINUING HEARING ON REED DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Reed Elsevier Inc, LexisNexis Group, Inc., LexiNexis, Inc., LexisNexis Risk and Information Analytics Group, Inc., LexisNexis Risk Solutions, Inc., LexisNexis Seisent, Inc. (d/b/a Accurint), and LexisNexis ChoicePoint, Inc (collectively, the "Reed Defendants") filed a letter request on April 20, 2012 regarding two matters.

First, the Reed Defendants inquired whether the current trial dates might be continued given that this action is currently stayed against two sets of Defendants (the Taitz-related entities and the Sankey-related entities).  Currently, May 21, 2012 is the date of the Pre-trial Conference, and June 5, 2012 is the date of the 5-day trial.  The Court agrees that due to existing stays that this Court was required to impose, and for reasons of judicial efficiency and calendar management, this case will not go forward in May and June.  *See* Fed. R. Civ. P. 1.  The Court VACATES the currently-scheduled trial dates.  The Court ORDERS all parties to appear on May 21, 2012 at 9:00 a.m. for a status conference to discuss scheduling issues in this case.

Second, the Reed Defendants request that the Court to continue the May 14, 2012 hearing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | April 24, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

date on their Motion for Summary Judgment (Dkt. Nos. 491-494) to May 21, 2012, so that it may be heard concurrently with the Motion for Summary Judgment filed by Plaintiffs against certain of the Sankey Defendants (Dkt. No. 497).  The Court finds that for reasons of judicial economy, a hearing on this request is not required.  The Court GRANTS this request, and CONTINUES the May 14, 2012 hearing date on the Reed Defendants' Motion to May 21, 2012 at 10:00 a.m.

:   0

Initials of
Preparer       lmb