UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485-AG(AJWx) | | Date | July 9, 2012 |
|---|---|---|---|---|
| Title | LISA LIBERI, ET AL v ORLY TAITZ, ET AL | | | |

| Present: The Honorable | ANDREW J. GUILFORD |
|---|---|

| Lisa Bredahl | Denise Paddock | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Berg (telephonically) | Marc Colen |

**Proceedings:**   1. AMENDED MOTION BY DEFENDANTS TODD SANKEY AND THE SANKEY FIRM TO COMPEL FURTHER RESPONSES TO INTERROGATORIES FROM AND FOR SANCTIONS AGAINST PHILIP BERG [DKTS #528, 539]

 2. AMENDED MOTION BY DEFENDANTS TODD SANKEY AND THE SANKEY FIRM TO COMPEL FURTHER RESPONSES TO INTERROGATORIES FROM LISA OSTELLA AND FOR SANCTIONS AGAINST OSTELLA AND PHILIP BERG [DKTS #530, 541]

 3. AMENDED MOTION BY DEFENDANTS TODD SANKEY AND THE SANKEY FIRM TO COMPEL FURTHER RESPONSES TO INTERROGATORIES FROM LISA LIBERI AND FOR SANCTIONS AGAINST LISA LIBERI AND PHILIP BERG [DKTS #529, 537]

Cause is called for hearing and counsel make their appearances.  Motions are DENIED without prejudice for not complying with Local Rule 37.  Future motions to compel shall be heard before Magistrate Judge Wistrich.

                          :    10

Initials of Preparer     lmb