UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | September 13, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**    [IN CHAMBERS] ORDER REGARDING SANKEY LETTER REQUEST

On September 4, 2012, counsel for the Sankey Defendants filed a letter request to this Court concerning two items.

First, the Sankey Defendants requested leave to file a Motion for Summary Judgment. Second, the Sankey Defendants requested leave to file additional Motions to Compel.

Both requests are GRANTED. The additional Motions to Compel should be directed to the magistrate judge in this action.

:   0

Initials of Preparer    lmb