UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>ORLY TAITZ, *et al.*,<br><br>        Defendants. | Case No. SACV 11-0485 AG (AJWx)<br><br>**ORDER GRANTING LEXISNEXIS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Reed Elsevier Inc., LexisNexis Risk and Information Analytics Group Inc., "LexisNexis, Inc.," "LexisNexis Risk Solutions, Inc.," "LexisNexis ChoicePoint, Inc.," "LexisNexis Seisint, Inc., d/b/a Accurint," and "LexisNexis Group Inc." (the "LexisNexis Defendants") filed their Motion for Summary Judgment on the twelfth through sixteenth claims for relief in Plaintiffs' First Amended Complaint on April 4, 2012, and the Motion came on for hearing on May 14, 2012. Having considered the papers, the evidence, and the arguments of counsel, and good cause having been shown:

IT IS HEREBY ORDERED that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, the LexisNexis Defendants' Motion for Summary Judgment is GRANTED, and all the remaining claims for relief in Plaintiffs' First Amended Complaint are hereby dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that, pursuant to Rule 54 of Federal Rules of Civil Procedure and Central District Local Rule 54, the LexisNexis Defendants shall be entitled to their costs.

Dated: Sept 24, 2012

_____
The Honorable _Andrew Guilford
United States District Judge
_____