UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | October 2, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER REGARDING SEPTEMBER 22, 2012, AND SEPTEMBER 25, 2012, LETTER REQUESTS AND STATUS HEARING

ALL PARTIES ARE ORDERED TO ATTEND A HEARING ON OCTOBER 15, 2012, AS DESCRIBED IN THIS ORDER.

On September 22, 2012, counsel for Plaintiffs lodged a letter with the Court requesting leave to file a Motion to Compel Defendants Todd Sankey and The Sankey Law Firm, Inc., to provide complete and proper responses to Plaintiffs' interrogatories, and to file a Motion for a Discovery Protective Order.

On September 25, 2012, counsel for Defendants lodged a letter with the Court requesting that the Court remove Mr. Berg from this case due to disciplinary proceedings against him.  Alternatively, counsel requested leave to file a motion to have Mr. Berg removed.

The Court is very concerned about the allegations of misconduct.  The Court orders Mr. Berg to show cause why his pro hac vice status should not be revoked.

The hearing on October 15, 2012, at 10:00 a.m. will review the Order to Show Cause and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | October 2, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

the status of this case.  At the hearing, the Court will also address whether Plaintiffs should be permitted to file their requested discovery motions.  Representatives of all parties are ordered to attend in person.  All parties should be prepared to discuss all aspects of the case.  Any briefs relating to the hearing should not exceed 10 pages and must be filed by October 9, 2012.

: 0

Initials of Preparer     lmb