UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485-AG(AJWx) | Date | October 15, 2012 |
|---|---|---|---|
| Title | LISA LIBERI, ET AL v ORLY TAITZ, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD |
|---|---|

| Lisa Bredahl | Denise Paddock | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Berg | Marc Colen, Jeffrey Cunningham, Edward Chang, Orly Taitz |

**Proceedings:**     STATUS CONFERENCE

Cause is called for hearing and counsel make their appearances.  Court and counsel confer regarding the status of this case.  The matter as to the revocation of plaintiff's pro hac vice application is taken under submission.  Plaintiff's request to file a motion to compel is taken under submission. Intelius' request for judgment is taken under submission.

|  | : | 30 |
|---|---|---|
| Initials of Preparer | | |
| | lmb | |