1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9     FOR THE CENTRAL DISTRICT OF CALIFORNIA

10              SOUTHERN DIVISION

11

|  |  |
|---|---|
| 12   LISA LIBERI, et al., | Case No. 8:11-CV-00485-AG (AJWx) |
| 13          Plaintiffs, | Assigned for all purposes to |
| 14       v. | Honorable  Andrew J. Guilford |
| 15   ORLY TAITZ, et al., | **JUDGMENT IN FAVOR OF** |
| 16          Defendants. | **INTELIUS INC. GRANTING** |
| 17 | **MOTION FOR SUMMARY** |
| 18 | **JUDGMENT** |

19

20

21

22

23

24

25

26

27

28

<u>JUDGMENT IN FAVOR OF INTELIUS, INC. GRANTING MOTION FOR SUMMARY JUDGMENT</u>

Defendant Intelius, Inc.'s ("Intelius") Motion for Summary Judgment on the twelfth through sixteenth claims for relief in plaintiffs' First Amended Complaint was submitted on February 10, 2012 and heard on March 12, 2012.   Having considered the papers, the evidence, and the arguments of counsel, and good cause having been shown:

IT IS HEREBY ORDERED that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Intelius' Motion for Summary Judgment is GRANTED, and the twelfth through sixteenth claims for relief in plaintiffs' First Amended Complaint are hereby dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that, pursuant to Rule 54 of Federal Rules of Civil Procedure and Central District Local Rule 54, Intelius shall be entitled to its costs.

DATED:  October 19, 2012

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

Submitted By:

JONES DAY

By: <u>*s/ John A. Vogt*</u>
        John A. Vogt

Attorneys for Defendant
INTELIUS INC.

IRI-33640v1

1

1