| | |
|---|---|
| 1 | John A. Vogt (State Bar No. 198677) |
| 2 | javogt@jonesday.com |
|   | Edward S. Chang (State Bar No. 241682) |
| 3 | echang@jonesday.com |
| 4 | JONES DAY |
|   | 3161 Michelson Drive, Suite 800 |
| 5 | Irvine, California  92612 |
| 6 | Telephone:  (949) 851-3939 |
|   | Facsimile:   (949) 553-7539 |
| 7 | Attorneys for Defendant |
| 8 | INTELIUS INC. |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al., | Case No. 8:11-CV-00485-AG (AJWx) |
| Plaintiff, | |
| v. | Assigned for all purposes to Hon. Andrew J. Guilford |
| ORLY TAITZ, et al., | **INTELIUS DEFENDANT'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS** |
| Defendants. | |
| | **[LOCAL RULE 54-3]** |

IRI-44358v1

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on November 16, 2012 at 10:00 a.m., or as soon thereafter as the matter can reasonably be considered, before the Clerk of the United States District Court for the Central District of California, Southern Division located at 411 West Fourth Street, Santa Ana, California, 92701-4516, Defendant Intelius Inc. ("Intelius") will and hereby does apply to the Clerk, pursuant to the Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54, to tax costs on the ground that Intelius is the prevailing party and entitled to costs pursuant to the Court's October 19, 2012 Judgment in its favor.

This application to the Clerk to tax costs is based upon the Court's Judgment awarding Intelius its costs under Rule 54(d) and Local Rule 54-1, entered on October 19, 2012, this Notice, the Bill of Costs filed concurrently herewith, and upon such other matters as may properly be presented at the time of the application.

Dated:  November 1, 2012                    JONES DAY


By: */s/ Edward S. Chang*
     Edward S. Chang

Attorneys for Defendant
INTELIUS INC.

IRI-44358v1