GARY G. KREEP (SBN 066482)
932 "D" Street, Suite 2
Ramona, California 92065
Tel: (760) 787-9907
Fax: (760) 788-6414

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LIBERI, et al., | Case No.: 11-cv-00485-A6-AJW |
| Plaintiffs, | **DECLARATION OF GARY G. KREEP IN SUPPORT OF MOTION TO WITHDRAW** |
| v. | |
| ORLY TAITZ, et al., | |
| Defendants. | |

I, GARY G. KREEP, declare as follows:

1. That I am an attorney at law admitted to practice before all of the courts of the State of California, and before all Federal District Courts within the State of California, that I am the designated local counsel for purposes of attorney Philip Berg's Pro Hac Vice application herein, and that, if called upon to do so, I can, and will, competently testify as follows:

2. That, earlier this year, I was elected as Judge in the San Diego County Superior Court, and that I am scheduled to be sworn in on January 7, 2013.

3. That a copy of this Motion to Withdraw has been served on counsel for Defendants, and on all Plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 3, 2013, at Ramona, California.

/s/ *GARY G. KREEP*
Gary G. Kreep