UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | January 9, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**   [IN CHAMBERS] ORDER RE MOTION TO WITHDRAW AND JANUARY 14, 2013 HEARING

On January 4, 2013, Gary G. Kreep ("Kreep") filed a "Motion to Withdraw as Attorney of Record for Plaintiff" ("Motion"). (Dkt. No 586.) But the Motion does not set a date for a hearing on the matter. (*Id.*) Further, the effect of granting the Motion is unclear because even though there are numerous plaintiffs in this case, Kreep requests only to withdraw as attorney for "Plaintiff" while identifying himself as "Attorneys [sic] for Plaintiff." (*Id.*)

The Court also notes that Mr. Berg's status remains unclear despite the Court's October 22, 2012 Order requiring updates. (October 22, 2012 Order, Dkt. No. 574.)

Because of the uncertainty concerning the parties' representation, the Court finds that it would be inappropriate to hear Plaintiffs' pending motions to compel and takes them off calendar. Instead, the Court sets a status hearing for January 14, 2013, at 10:00 a.m. to discuss the status of representation in this case.

: 0

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0485 AG (AJWx) | Date | January 9, 2013 |
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| | |
|---|---|
| Initials of Preparer | lmb |