Name and address
Philip J. Berg, Esquire  PA I.D. 09867
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph: (610) 825-3134
Email: philjberg@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liberi, et al<br><br>v.<br><br>Taitz, et al<br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br>8:11-cv-00485 AJG<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Philip J. Berg, Esquire    ☐ Plaintiff  ☐ Defendant  ☒ Other _Pro Hac Vice_    Attorney for Plaintiffs admitted
_Name of Party_

hereby requests that the Court approve the substitution of  Randy A. Berg, Esquire as Sponsoring Attorney
                                                              _New Attorney_
as attorney of record instead of  Gary G. Kreep, Esquire
                                   _Present Attorney_

Dated  January 4, 2013

_Signature of Party/Authorized Representative of Party_
Philip J. Berg, Esquire

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

_Signature of Present Attorney_ Gary G. Kreep, Esquire

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  1-7-13

_Signature of New Attorney_ Randy A. Berg, Esquire
CA SBN: 128445
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____    _____
                            _Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED _ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY_ (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY