# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 11-0485-AG(AJWx)                          Date   January 14, 2013

Title   LISA LIBERI, ET AL v ORLY TAITZ, ET AL

---

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Berg | Marc Cohen |
| | Orly Taitz |
| | Jeffrey Cunningham |

**Proceedings:**   STATUS CONFERENCE

Cause is called for hearing and counsel make their appearances.  Court and counsel confer.

The outstanding discovery motions are held in abeyance pending the filing of the request for substitution of attorney.

                                                                                         :   30

                                                       Initials of Preparer   lmb

---