UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0485 AG (AJWx) | Date | January 23, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:**        **[IN CHAMBERS] ORDER RE SANCTION**

On October 22, 2012, the Court ordered the parties to "inform the Court immediately of any actions taken on pending ethical, disciplinary, or related matters." (October 22, 2012 Order, Dkt. No. 574, at 2-3.) On January 14, 2013, the Court was alerted to a possible unreported sanction against Orly Taitz. Taitz said in Court that the sanction was for discovery. The parties have since subjected the Court to a flurry of papers, which the Court dismisses as irrelevant except for the sole issue now of whether Taitz lied to the Court when she said the sanction was for discovery. Some evidence has been presented to the Court that the sanction involved far more than discovery.

The Court therefore now ORDERS Taitz to show cause in writing why she should not be sanctioned for lying to this Court. Taitz, and any other party, may file by February 4, 2013, papers on this order to show cause not exceeding 10 pages each *in total*. Particularly helpful would be documentary proof of the nature of and reasons for the subject sanction previously ordered against Taitz.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | January 23, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

                                                       :    0

Initials of
Preparer         lmb