# Affidavit

My name is Joseph Anthony Dolz. I also use the nick name Tony Dolz. I reside at 621 Rushing Creek Place, Thousand Oaks, California. I am an adult over the age of 21 years of age. I am a citizen of the United States and a resident of the state of California; and I am a registered voter.

I write concerning case number 30-2012 00582135 relative to Motion to Compel Occidental College to Produce Documents filed by Attorney at Law, United States citizen and former candidate for public office, Orly Taitz.

I attest that on November 1, 2012 I was present in the court room of Judge Charles Marginis, Superior Court of California, Orange County, who heard case number 30-2012 00582135. I arrived and sat in the courtroom before the judge arrived in the chamber and I left the room after the judge left the chamber.

I heard Judge Charles Marginis rule that Occidental College was to be awarded $4000 in order to shift the cost for attorney's fees and travel expenses from the defendant to the plaintiff.

I swear that the above is true and correct and I sign this affidavit in the city of Thousand Oaks, California, Ventura County on the date below.

_signature_                                               24 January 2013

Joseph Anthony Dolz (Tony Dolz)                Date


SEE ATTACHED ACKNOWLEDGEMENT



RUPERTO C. FABROS
Commission # 1945872
Notary Public - California
Ventura County
My Comm. Expires Jul 29, 2015

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of __VENTURA__

On __JAN 24, 2013__ before me, __RUPERTO C. FABROS__,
(Here insert name and title of the officer)

personally appeared __JOSEPH ANTHONY DOLZ__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

__Ruperto C. Fabros__
Signature of Notary Public

(Notary Seal)

RUPERTO C. FABROS
Commission # 1945872
Notary Public - California
Ventura County
My Comm. Expires Jul 29, 2015

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

__AFFIDAVIT__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document.