Certificate of service

I, Lila Dubert, attest that I am not a party to this case, I am over 18 years old and attached Response by Orly Taitz and exhibits was served on all the parties by ECF

_____

Lila Dubert

02.04.2013