Name and address
Philip J. Berg, Esquire     PA I.D. 09867
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph: (610) 825-3134   Fx: (610) 834-7659
Email: philjberg@gmail.com
Attorney for Plainitffs: Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; and Law Offices of Philip J. Berg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Liberi, et al,<br><br>                    Plaintiff(s)<br>v.<br><br>Orly Taitz, et al.<br><br>                    Defendant(s). | CASE NUMBER<br>8:11-cv-00485 AJG<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

Philip J. Berg, Esquire    ☐ Plaintiff  ☐ Defendant  ☑ Other  Attorney for Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; Law Offices of Philip J. Berg - Attorney Admitted Pro Hac Vice
*Name of Party*

hereby request the Court approve the substitution of  Randy A. Berg, Esquire for Plaintiiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; Law Offices of Philip J. Berg and as Sponsoring attorney for Philip J. Berg's *Pro Hac Vice Admittance*
*New Attorney*

as attorney of record in place and stead of  Gary G. Kreep as Spronsoring attorney for Philiip J. Berg's *Pro Hac Vice* Admittance
*Present Attorney*

and as attorney for Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; and the Law Offices of Philip J. Berg  as Gary Kreep was sworn in as a San Diego Superior Court Judge

Dated  January 22, 2013                              *[signature]*  Philip J. Berg, Esquire
                                                     *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  January 30, 2013                              *See the attached page with Gary G. Kreep's signature*
                                                     *Signature of Present Attorney*  Gary G. Kreep, Esquire

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  2/7/13                                        *[signature]*
                                                     *Signature of New Attorney*  Randy A. Berg, Esquire
                                                     CA SBN: 128445
                                                     *State Bar Number*

If party requesting to appear Pro Se:

Dated  _____                      _____
                                                     *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (**G-01** ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY          www.CalCourtForms.com

Name and address
Philip J. Berg, Esquire    PA I.D. 09867
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph: (610) 825-3134  Fx: (610) 834-7659
Email: philjberg@gmail.com
Attorney for Plaintiffs: Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; and Law Offices of Philip J. Berg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Liberi, et al, <br><br> Plaintiff(s) <br> v. <br><br> Orly Taitz, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 8:11-cv-00485 AJG <br><br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Philip J. Berg, Esquire  ☐ Plaintiff  ☐ Defendant  ☑ Other  Attorney for Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; Law Offices of Philip J. Berg - Attorney Admitted Pro Hac Vice
*Name of Party*

hereby request the Court approve the substitution of  Randy A. Berg, Esquire for Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; Law Offices of Philip J. Berg and as Sponsoring attorney for Philip J. Berg's *Pro Hac Vice* Admittance
*New Attorney*

as attorney of record in place and stead of  Gary G. Kreep as Sponsoring attorney for Philiip J. Berg's *Pro Hac Vice* Admittance
*Present Attorney*

and as attorney for Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; and the Law Offices of Philip J. Berg as Gary Kreep was sworn in as a San Diego Superior Court Judge

Dated  January 22, 2013

*Signature of Party*  Philip J. Berg, Esquire

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  1/20/13

*Signature of Present Attorney*  Gary G. Kreep, Esquire

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

*Signature of New Attorney*  Randy A. Berg, Esquire
CA SBN: 128445
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.