Name and address:
Philip J. Berg, Esquire        PA I.D. 09867
Law Offices of Philip J. Berg
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph: (610) 825-3134   Fx: (610) 834-7659
Email: philjberg@gmail.com
Attorney for Plaintiffs: Lisa Liberi, Lisa Ostella; Go Excel Global; Philip J. Berg; and The Law Offices of Philip J. Berg

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lisa Liberi, et al, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:11-cv-00485 AJG |
| v. | |
| Orly Taitz, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Philip J. Berg, Esquire    ☐ Plaintiff   ☐ Defendant   ☒ Other   Attorney for Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; Law Offices of Philip J. Berg Admitted *Pro Hac Vice*
*Name of Party*

to substitute Randy A. Berg, Esquire as Sponsoring Attorney for Philip J. Berg, Esquire and Counsel for Plaintiffs Lisa Liberi, Lisa Ostella, Go Excel Global, Philip J. Berg and The Law Offices of Philip J. Berg who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

10537 Santa Monica Blvd. #300
*Street Address*

Los Angeles, CA 90025              raberg@gblaw.net
*City, State, Zip*                 *E-Mail Address*

(310) 474-4007      (310) 474-4407      128445
*Telephone Number*   *Fax Number*       *State Bar Number*

as attorney of record instead of Gary G. Kreep, Esquire as sponsoring attorney for Philip J. Berg's *Pro Hac Vice* and for Plaintiffs Lisa Liberi; Lisa Ostella; Go Excel Global; Philip J. Berg; and The Law Offices of Philip J. Berg
*Present Attorney*

is hereby   ☒ GRANTED   ☐ DENIED

Dated _____

_____
Hon. Andrew J. Guilford
U. S. District Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.