1  Philip J. Berg, Esquire (PA I.D. 9867)
2  E-mail: philjberg@gmail.com
   **LAW OFFICES OF PHILIP J. BERG**
3  555 Andorra Glen Court, Suite 12
4  Lafayette Hill, PA 19444-2531
   Telephone:   (610) 825-3134 Fax: (610) 834-7659
5  *Attorney in pro se and for Plaintiffs*

6
               **UNITED STATES DISTRICT COURT**
7          **FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
                      **SOUTHERN DIVISION**
8

9

10 | LISA LIBERI, et al,            | CIVIL ACTION NUMBER:
11 |                                |
   |            Plaintiffs,         | **8:11-cv-00485-AG (AJW)**
12 |    vs.                         |
13 |                                | **PLAINTIFFS CERTIFICATE OF**
   | ORLY TAITZ, et al,             | **SERVICE**
14 |            Defendants.         |
15

16     I, Philip J. Berg, Esquire, hereby certify a true and correct copy of Plaintiffs

17 Request to Substitute Counsel; Proposed Order; and Certificate of Service were served
18
   through the ECF filing system this 7th day of February, 2013 upon the following:
19

20

21                          Orly Taitz
22              29839 Santa Margarita Parkway, Suite 100
                    Rancho Santa Margarita, CA 92688
23                 Email: orly.taitz@gmail.com and
24                  Email: dr_taitz@yahoo.com
                   Served via the ECF Filing System
25        *Attorney for Defendant Defend our Freedoms Foundation, Inc.*

26

27

28

---

Liberi, et al Plaintiffs Cert of Svc re Plaintiffs Req to Sub Counsel                    1

Kim Schumann, Esquire
Jeffrey P. Cunningham, Esquire
**SCHUMANN, RALLO & ROSENBERG, LLP**
3100 Bristol Street, Suite 400
Costa Mesa, CA 92626
Served via the ECF Filing System
*Attorney for Defendants Orly Taitz; Orly Taitz, Inc.; and*
*Law Offices of Orly Taitz*


Marc Steven Colen, Esq.
Law Offices of Marc Steven Colen
5737 Kanan Road, Ste. 347
Agoura Hills, CA 91301
Email: mcolen@colenlaw.com
Served via the ECF Filing System
*Attorney for Defendants:*
*Todd Sankey; and The Sankey Firm, Inc.*


   /s/ Philip J. Berg
Philip J. Berg, Esquire