UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | February 14, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER RE SUBSTITUTION OF ATTORNEY**

Attorney Gary G. Kreep ("Kreep") seeks to withdraw from this case.  The Court has previously found deficiencies in Kreep's "Motion to Withdraw as Attorney of Record for Plaintiff" (Dkt. No. 586) and the first related Request for Approval of Substitution of Attorney (Dkt. No. 588).

On February 7, 2013, Counsel for Plaintiffs submitted another Request for Approval of Substitution of Attorney ("Request").  (Dkt. No. 598.)  This document also contains deficiencies, particularly counsel signing for the parties.

Although these continuing deficiencies are most troubling, the Court recognizes that Kreep's duties as a recently-elected judge prevent him from practicing law.  Thus, the Court GRANTS the Request.  But, given the deficiencies of the Request, the Court will reconsider this Order if any of Kreep's clients object within 30 days of learning of this Order.  Counsel should consider giving notice of this Order to such parties to initiate the stated time period.

                                                                                                                      :     0

                                                    Initials of
                                                    Preparer            lmb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | February 14, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |