**NITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



Liberi, et al v. Taitz, et al
Returned Mail

NIXIE            3023 1    14 01/24/13
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
FEB 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
FEB 21 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                    DEPUTY



Date Transmitted:      1/18/2013 2:24:33 PM

8:11-cv-00485   Doc: 589

Brad Miller
Cooper Morrison & Associates LLC
325 Chestnut Street   Suite 403
Philadelphia, PA   19106
US

Number of Pages:      1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 8:11-cv-00485-AG-AJW Lisa Liberi et
 al v. Orly Taitz et al Status Conference
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 1/18/2013 at 2:16 PM PST and filed on 1/14/2013

Case Name:
Lisa Liberi et al v. Orly Taitz et al
Case Number:8:11-cv-00485-AG-AJW

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116099453?caseid=497989&de_seq_num=1843&magic_num=MAGIC&pdf_toggle_possible=1
>589
```

Docket Text:

MINUTES OF Status Conference held before Judge Andrew J. Guilford: Cause
is called for hearing and counsel make their appearances. Court and counsel
confer. The outstanding discovery motions are held in abeyance pending the
filing of the request for substitution of attorney.Court Reporter: Denise
Paddock.(lwag)

8:11-cv-00485-AG-AJW Notice has been electronically mailed to:

Michael J Niborski     mniborski@pryorcashman.com

Edward San Chang     macastellanos@jonesday.com, echang@jonesday.com

Marc Steven Colen     mcolen@colenlaw.com, lcolen@colenlaw.com

Daryl M Crone     calendar@cronehawxhurst.com, daryl@cronehawxhurst.com

Eric   Arevalo     earevalo@srrlawfirm.com

John A Vogt     vswanson@jonesday.com, javogt@jonesday.com

Gary G Kreep     elliotwilson@gmail.com, emun8dog@gmail.com, usjf@usjf.net

James F McCabe     jmccabe@mofo.com, ggerrish@mofo.com, mbmiller@mofo.com, marroyo@mofo.com, fgilbert@mofo.com, ipertsovsky@mofo.com

Joshua Paul Gelbart     jgelbart@cronehawxhurst.com

Michael B Miller     mbmiller@mofo.com

Philip J Berg     lisaostella@hotmail.com, philjberg@gmail.com, lisaliberi@gmail.com

L. THEODORE HOPPE     thoppe@hoppemartin.com

Jeffrey Paul Cunningham     jcunningham@srrlawfirm.com

Kim Schumann     kschumann@srrlawfirm.com

Orly Taitz     orly.taitz@gmail.com


8:11-cv-00485-AG-AJW Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


Neil Sankey
4230 Alamo Street
Simi Valley CA 93063
US

SANKEY INVESTIGATIONS, INC.
c/o NEIL SANKEY
4230 ALAMO STREET
SIMI VALLEY CA 93063

```
JAMES   SUNDQUIST
551 VALLEY ROAD, PMB #123
MONTCLAIR NJ 07043


EDGAR   HALE
1401 BOWIE
WELLINGTON TX 79095


CAREN   HALE
1401 BOWIE
WELLINGTON TX 79095


Brad   Miller
Cooper Morrison & Associates LLC
325 Chestnut Street  Suite 403
Philadelphia PA 19106
US
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0485-AG(AJWx) | Date | January 14, 2013 |
| Title | LISA LIBERI, ET AL v ORLY TAITZ, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Berg | Marc Cohen<br>Orly Taitz<br>Jeffrey Cunningham |

**Proceedings:** STATUS CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

The outstanding discovery motions are held in abeyance pending the filing of the request for substitution of attorney.

: 30

Initials of Preparer   lmb