UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | March 15, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER RE PENDING REQUESTS AND MOTIONS

Several matters are pending in this case. They are:

1. A request to file an anti-SLAPP motion.
2. A request to file additional briefing concerning sanctions.
3. Plaintiffs' Motions to Compel.

**1. Request to file an anti-SLAPP motion**

On February 15, 2013, the Ninth Circuit dismissed the anti-SLAPP appeal by Defendants Taitz and Defend Our Freedoms Foundation. The Ninth Circuit held that the appeal was moot because shortly after the appeal was filed, Plaintiffs filed a First Amended Complaint ("FAC") which became the operative complaint. (Mandate, Dkt. No. 609, at 4.)

The Ninth Circuit also noted that

> the parties in this case have persisted in treating the courts as a public

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | March 15, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

> spectacle in which they repeatedly manifest their personal dislike for one another without regard to the truth or appropriate decorum. As the district court aptly noted, "This case is roiled by in-fighting, petty history, and an apparent disregard for accuracy and fair play. Thus, the discernment of truth is a constant difficulty for the Court." The parties should consider this fair warning: continued failure to abide by the rules of the court may result in sanctions.

(*Id.* at n.1.)

On February 25, 2013, Counsel for Taitz emailed a letter to the Court requesting that Taitz be allowed to file an anti-SLAPP motion challenging the FAC.

The Court GRANTS Taitz' request.  Papers on this matter shall not exceed 20 pages each *in total*.  Declarations and exhibits will count towards the page limit.

**2.  Request to File Additional Briefing Concerning Sanctions**

On February 6, Plaintiff Berg requested permission to file additional briefing regarding possible sanctions against Taitz.

The Court GRANTS Berg's request.

**3.  Plaintiffs' Motions to Compel**

Plaintiffs have filed two motions to compel that are currently pending with this Court. (Dkt. Nos. 578, 579.)

In light of the concerns stated by the Ninth Circuit in its most recent mandate (Mandate, Dkt. No. 609, n.1.), each side may file one document per motion in support of their position concerning that motion.  These documents shall list in summary form the parties'

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | March 15, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

best arguments and shall not exceed five pages.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |