**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LISA LIBERI; et al.,

    Plaintiffs - Appellees,

 v.

DEFEND OUR FREEDOMS
FOUNDATIONS, INC., et al.

    Defendants - Appellants.

Nos. 11-56079
      11-56164

D.C. No. 8:11-cv-00485-AG-AJW
U.S. District Court for Central
California, Santa Ana

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

4/1/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before:  O'SCANNLAIN, Circuit Judge

    Appellees' opposed motion to tax costs is granted in part. 9th Cir. R. 39-1.2. Costs in the amount of $1,051.50 are taxed against appellants.

    Appellant Taitz's cross-motion to tax costs is denied. Fed. R. App. P. 39(a)(1).

    This order serves to amend the court's prior mandate. Fed. R. App. P. 39(d)(3).