Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
**SCHUMANN | ROSENBERG**
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile  (714) 850-0551
Email: Cunningham@SchumannRosenberg.com

Attorneys for Defendant, ORLY TAITZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and EVELYN ADAMS a/k/a MOMMA E and LISA M. OSTELLA and GO EXCEL GLOBAL,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC., et al.; and DOES 1 through 200 Inclusive,<br><br>Defendants. | Case No. 8:11-CV-00485-AG (AJW)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**REQUEST FOR JUDICIAL NOTICE SUPPORTING CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 ANTI-SLAPP MOTION TO STRIKE OF DEFENDANT, ORLY TAITZ**<br><br>[*Filed concurrently with Anti-SLAPP Motion to Strike*]<br><br>Date:            June 17, 2013<br>Time:           10: 00 a.m.<br>Courtroom:  10D<br>Date Action Filed:  May 4, 2009 |

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

　　Defendant, ORLY TAITZ ("Taitz"),  hereby submits this Request for Judicial Notice of court records supporting her concurrently-filed California Code of Civil Procedure § 425.16 Motion to strike:

/ / /

---

1

**DEFENDANT ORLY TAITZ'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ANTI-SLAPP MOTION TO STRIKE**

Pursuant to Federal Rules of Evidence, Rule 201, courts may take judicial notice of court files and records. <u>United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.</u>, 971 F.2d 244, 248 (9th Cir. 1992). Taitz respectfully requests that the Court take judicial notice of the following court records from the Court's file in this matter:

1. Plaintiffs' Complaint (Document 1), filed May 4, 2009.
2. Reporter's Transcript of August 7, 2009 hearing.
3. Information and report from <u>People v. Liberi</u>, Case No. FWV028000 (Document 136-1), filed July 29, 2010.
4. Report including terms of probation regarding <u>People v. Liberi</u>, Case No. FWV028000 (Document 178-2), filed April 25, 2011.
5. Declaration of Taitz and exhibits (Document 207 - 207-1), filed May 27, 2011.
6. Plaintiffs' First Amended Complaint (Document 231-0 - 231-6), filed June 17, 2011.
7. Order on Reed Defendants' Motion to dismiss (Document 414), filed October 17, 2011.
8. Order on Intelius' Motion for summary judgment (Document 478), filed March 16, 2012.
9. Order on LexisNexis Defendants' Motion for summary judgment (Document 535), filed May 22, 2012.

DATED: May 10, 2013                  **SCHUMANN | ROSENBERG**

By:   /s/ Jeffrey P. Cunningham
Kim Schumann, Esq.
Jeffrey P. Cunningham, Esq.
Attorneys for Defendant,
ORLY TAITZ

**DEFENDANT ORLY TAITZ'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ANTI-SLAPP MOTION TO STRIKE**