Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
**SCHUMANN | ROSENBERG**
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile (714) 850-0551
Email: Cunningham@SchumannRosenberg.com

Attorneys for Defendant, ORLY TAITZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI and PHILIP J. BERG, ESQUIRE and THE LAW OFFICES OF PHILIP J. BERG and LISA M. OSTELLA and GO EXCEL GLOBAL, <br><br> Plaintiffs, <br><br> vs. <br><br> ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC., et al.; and DOES 1 through 200 Inclusive, <br><br> Defendants. | Case No. 8:11-CV-00485-AG (AJW) <br> Hon. Andrew Guilford <br> Courtroom 10D <br><br> **NOTICE OF NON-OPPOSITION TO MOTION BY DEFENDANT, ORLY TAITZ, TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16** <br><br> Date: June 17, 2013 <br> Time: 10:00 a.m. <br> Courtroom: 10D <br><br> Date Action Filed: May 4, 2009 <br> Trial Date: None |

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, LISA LIBERI, LISA M. OSTELLA, PHILIP J. BERG, ESQUIRE, GO EXCEL GLOBAL, and THE LAW OFFICES OF PHILIP J. BERG (collectively "Plaintiffs"), have not filed or served opposition to the Motion of Defendant, ORLY TAITZ, for an order pursuant to California <u>Code of Civil Procedure</u> § 425.16 striking Plaintiffs' First Amended Complaint.

1

**NOTICE OF NON-OPPOSITION REGARDING DEFENDANT ORLY TAITZ'S ANTI-SLAPP MOTION TO STRIKE FIRST AMENDED COMPLAINT**

1  Such Motion is to be heard on June 17, 2013. Accordingly, pursuant to Local
2  Rule 7-9, Plaintiffs were required to file and serve their opposition papers via ECF
3  regarding the Motion no later than May 28, 2013.

5  DATED: May 29, 2013            **SCHUMANN | ROSENBERG**

         By:  /s/ - Jeffrey P. Cunningham, Esq.
              _____
              Kim Schumann, Esq.
              Jeffrey P. Cunningham, Esq.
              Attorneys for Defendant,
              ORLY TAITZ

2

**NOTICE OF NON-OPPOSITION REGARDING DEFENDANT ORLY TAITZ'S ANTI-SLAPP MOTION TO STRIKE FIRST AMENDED COMPLAINT**