1  PHILIP J. BERG ESQ. [PA I.D. 9867]
   LAW OFFICES OF PHILIP J. BERG
2  555 Andorra Glen Court, Suite 12
   Lafayette Hill, PA 19444-2531
3  Tele: (610) 825-3`134
   e-mail: philjberg@gmail.com
4

5  STEPHEN H. MARCUS, ESQ. [CSBN 48294]
   GITTLER & BRADFORD
6  10537 Santa Monica Blvd., Third Floor
   Los Angeles, CA 90025
7  Telephone  (310) 474-4007
   e-mail: smarcus@gblaw.net
8  Attorneys for Plaintiffs
   LISA LIBERI, LISA M. OSTELLA, GO EXCELL GLOBAL,
9  PHILIP J. BERG, ESQ. and THE LAW OFFICES OF PHILIP J. BERG

10

11

12              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT  OF CALIFORNIA

14

15  LISA LIBERI, etc., et. al.              )  CASE NO. CV 11-CV -00485 AG
                                            )  (AJWx)
16              Plaintiffs                  )
                                            )
17      v.                                  )  **PLAINTIFFS OBJECTIONS TO**
                                            )  **DEFENDANT ORLY TAITZ'S**
18  ORLY TAITZ, etc., et. al.               )  **REQUEST FOR JUDICIAL**
                                            )  **NOTICE**
19              Defendants.                 )
                                            )  Date:      June 17, 2013
20  _____        )  Time:      10:00 a.m.
                                               Courtroom: 10D
21  ___
                                               Date Action Filed:    May 4, 2009
22                                             Trial Date:           None set

23

24      Plaintiffs Lisa Liberi, Lisa M. Ostella, Go Excell Global, Philip J. Berg,

25  Esq. and the Law Offices of Philip J. Berg hereby object to the following

26  documents of which Defendant Orly Taitz ["Taitz"] is requesting this Court to

27  take Judicial Notice in attempts to support her Anti-SLAPP Motion to Dismiss the

28  Plaintiffs' First Amended Complaint ["FAC"].

1    Judicial Notice may be taken only of "matters of common knowledge" and

2    "readily verifiable facts".  Fed.  R. Evid. 201.

3    Plaintiffs object to Items Nos. 2, 3, and 4 of Taitz's Request for Judicial

4    Notice on the grounds that the said documents are not relevant (Fed. R. Evid. 402)

5    and constitute inadmissible hearsay [Fed. R. Evid. 802].   These documents,

6    consisting of unauthenticated computer print-outs, purport to relate to a criminal

7    conviction of Lisa Liberi.  These documents are not relevant to the within action

8    and this Court has stated such several times.

9    Plaintiffs object to Items Nos. 7,8, and 9 Taitz's Request for Judicial Notice

10   on the grounds that these documents are not relevant to the issues before the Court

11   on Taitz's Anti-SLAPP Motion. [Fed. R. Evid. 402.] These documents relate to

12   orders of this Court dismissing other defendants or other claims, based on different

13   theories or on facts or legal theories specific to those other defendants, and have

14   no relevancy to the issues raised on Taitz's Anti-SLAPP Motion.

15   Further, Plaintiffs object to Items Nos. 1, 2, 3, 4, 5, 7, 8, and 9 of Taitz's

16   Request for Judicial Notice for the additional reason that these documents go

17   beyond the FAC, do not contain facts which are indisputable, and are not proper

18   for consideration of Taitz's Anti-SLAPP Motion.

19

20

21

22

23

24

25

26

27

28

1    For the reasons outlined above, Plaintiffs respectfully request that this Court

2   decline and deny Taitz's Request for Judicial Notice Nos. 1 through 5 and 7

3   through 9.

4

5   Dated: May 31, 2013                    LAW OFFICES OF PHILIP J. BERG

6                                          GITTLER & BRADFORD

7

8                                          By: _____

9                                              STEPHEN H. MARCUS, ESQ.
                                           Attorneys for Plaintiffs
10                                         LISA LIBERI, LISA M. OSTELLA, GO
                                           EXCELL GLOBAL, PHILIP J. BERG,
11                                         ESQ. and THE LAW OFFICES OF PHILIP
                                           J. BERG

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28