UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | June 20, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER RE SANCTIONS**

On June 18, 2013, the Court issued a brief Minute Order declining to sanction Defendant Orly Taitz ("Taitz") on very narrow grounds. (Dkt. No. 632.) The Court now expands briefly on that Minute Order to say that another court did award sanctions against Taitz, but they were discovery sanctions that were less severe than other sanctions. This Court therefore decided not to sanction Taitz for misrepresentations about sanctions against her, hoping that the parties would better focus on the substantive issues in this litigation. There was no finding by this Court that Taitz never lied.

:   0

Initials of Preparer      lmb