UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 11-0485-AG(AJWx)    Date  June 17, 2013

Title  LISA LIBERI, ET AL v ORLY TAITZ, ET AL

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Berg (telephonically) | Jeffrey Cunningham |

**Proceedings:** DEFENDANT ORLY TAITZ MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO CA CCP SECTION 425.16 [DKT #618]

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

Motion to strike is DENIED. Other motions under submission are ruled on in a separate minute order to issue this date.

:  45

Initials of Preparer  lmb