1  Kim Schumann, Esq., State Bar #170942
   Jeffrey P. Cunningham, Esq., State Bar #151067
2  **SCHUMANN | ROSENBERG, LLP**
   3100 Bristol Street, Suite 100
3  Costa Mesa, CA 92626
   Telephone (714) 850-0210
4  Facsimile  (714) 850-0551

5  Attorneys for Defendant, ORLY TAITZ

8           **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| LISA LIBERI, *et al.* | Case No. 8:11-CV-00485-AG (AJW) |
| Plaintiffs, | Hon. Andrew Guilford<br>Courtroom 10D |
| vs. | |
| ORLY TAITZ, *et al.* | **NOTICE OF APPEAL BY DEFENDANT, ORLY TAITZ, FROM JUNE 18, 2013 ORDER DENYING ANTI-SLAPP MOTION TO STRIKE; AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| Defendants. | |
| | [Filed with Declaration] |
| | Date Action Filed:    May 4, 2009<br>Discovery Cut-Off:   None<br>Final Pre-Trial Conf.: None<br>Trial Date:           None |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant, ORLY TAITZ, hereby appeals from the June 18, 2013 Order (Document No. 632) of the United States District Court, Central District of California, Southern Division (Hon. Andrew Guilford, Judge) denying Defendant's anti-SLAPP motion to strike (California Code of Civil Procedure section 425.16) as to Plaintiffs' First Amended Complaint.

1  Defendant appeals from such Order to the United States Court of Appeals for the
2  Ninth Circuit.
3
4  DATED: July 17, 2013                    **SCHUMANN | ROSENBERG**
5
6
7                                          By:  /s/ Jeffrey P. Cunningham
                                                Kim Schumann, Esq.
8                                               Jeffrey P. Cunningham, Esq.
                                                Attorneys for Defendant,
                                                ORLY TAITZ

## RULE 3-2 REPRESENTATION STATEMENT

1. Defendant-Appellant, Orly Taitz, is represented by:

Kim Schumann, Esq., State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar #151067
**SCHUMANN | ROSENBERG, LLP**
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile (714) 850-0551
Email: Cunningham@SchumannRosenberg.com

2. Plaintiffs-Appellees, Lisa Liberi, Lisa M. Ostella, Philip J. Berg, The Law Offices of Philip J. Berg, and Go Excel Global, are *pro se* parties herein, but who have not provided their mailing addresses or other contact information. (Please see concurrently-filed Declaration of Jeffrey P. Cunningham, Esq.)

However, Defendant/Appellant provides contact information as is available to her below.

3. *Pro se* Plaintiff-Appellee, Philip J. Berg:

555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134 - telephone
(610) 834-7659 - fax
E-mail: philjberg@gmail.com

4. *Pro se* Plaintiff-Appellee, Law Offices of Philip J. Berg:

555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134 - telephone
(610) 834-7659 - fax

5. Defendants and Appellees, Todd Sankey, The Sankey Firm, Inc. and Sankey Investigations, Inc., are represented by:

Marc Steven Colen, Esq., State Bar #108275
**LAW OFFICES OF MARC STEVEN COLEN**
5737 Kanan Road, Suite 347
Agoura Hills, CA 91301
(818) 716-2891 - telephone
(818) 597-4631 - fax
e-mail: mcolen@colenlaw.com

///

///

///

///

6.     Defendants and Appellees, Defend Our Freedoms Foundations, Inc., Orly Taitz, Inc. and Law Offices of Orly Taitz, are represented by:

Orly Taitz, Esq., State Bar #223433
**LAW OFFICES OF DR. ORLY TAITZ ESQ.**
29839 Santa Margarita Pkwy., Suite 100
Rancho Santa Margarita, CA 92688
(949) 683-5411- telephone
(949) 766-7603 - fax
e-mail: orly.taitz@gmail.com