UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | July 26, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER DENYING REQUEST TO LIFT STAY AND FILE A MOTION FOR RECONSIDERATION

The Court previously ordered all parties to seek leave of Court before filing any motions or other documents in this case. (June 14, 2011 Order, Dkt. No. 227.) On July 24, 2013, Orly Taitz, Counsel for Defend Our Freedom Foundations, Inc., Orly Taitz, Inc., and Law Offices of Orly Taitz emailed the Court requesting a "temporary lift of stay" and "a leave of court to file a motion for reconsideration of the denial of the antislapp."

Taitz elected to appeal the Court's Anti-SLAPP rulings and stay this case. The arguments she now raises do not justify the drastic remedies she seeks. The Court DENIES the request.

|   | : | 0 |
|---|---|---|
| Initials of Preparer | enm | |