UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | July 24, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER GRANTING REQUEST TO FILE MOTION TO BE RELIEVED AS COUNSEL**

The Court previously ordered all parties to seek leave of Court before filing any motions or other documents in this case. (June 14, 2011 Order, Dkt. No. 227.) On July 22, 2013, Stephen Marcus and Randy Berg requested "leave of court to file a motion to be relieved as counsel for Plaintiffs Philip J. Berg and the Law Offices of Philip J. Berg." (July 22, 2013 Letter.)

The Court GRANTS the request.

                                                                                          :     0
                            Initials of Preparer       enm