UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0485 AG (AJWx) | Date | September 19, 2013 |
|---|---|---|---|
| Title | LISA LIBERI, et al. v. ORLY TAITZ, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER RE REQUEST FOR ADDITIONAL ORDER**

The Court issued an Order on September 9, 2013, granting Defendants Todd Sankey and The Sankey Firm, Inc.'s Motion for Summary Judgment. (Dkt. No. 653.) On September 17, 2013, counsel for Todd Sankey e-mailed the Court requesting that "an order dismissing Mr. Berg's with [sic] prejudice be issued." But with the September 9, 2013 Order, dismissal is both improper and unnecessary. The Court thus refuses counsel's request.

: 0

Initials of Preparer     lmb