1  Marc Steven Colen, sbn 108275
2  The Colen Law Firm
   2828 Cochran Street, #490
3  Simi Valley, CA 93065
   Tele: 818.716.2891
4
5  Attorney for Defendants
   Todd Sankey and The Sankey Firm, Inc.
6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Lisa Liberi, et al., | Case No.: 8:11-cv-00485 AG (AJWx) |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS TODD SANKEY AND THE SANKEY FIRM, INC., AS TO PLAINTIFF PHILIP J. BERG** |
| vs. | |
| Orly Taitz, et al., | Before Hon. Andrew J. Guilford, Judge, United States District Court |
| Defendants | |

Date:  3 February 2014

Time: 10:00 am

Courtroom:  10D

# TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, on 3 January 2014, at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Andrew J. Guilford, Courtroom 10 D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants Todd Sankey and The Sankey Firm, Inc., will, and hereby do, move, under Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against all Plaintiffs, except for Mr. Berg, against whom summary judment has already been granted.

Specifically, Defendants Todd Sankey and The Sankey Firm, Inc., will move on the grounds that prior to being served in the first Pennsylvania action, they had no knowledge of the existence of any of the Plaintiffs, took no acts that related or concerned any of the Plaintiffs and never authorized any person to use The Sankey Firm, Inc.'s IRBSearch account to perform any searches concerning the Plaintiffs or, indeed, concerning anyone other than those involved in The Sankey Firm's work for its clients.

This motion is based upon:
(i) this Notice of Motion and Motion;
(ii) the accompanying Memorandum of Points and Authorities;
(iii) the accompanying Declaration of Todd Sankey (previously submitted);
(iv) the accompanying Statement of Uncontroverted Facts and Conclusions of Law;
(v) the pleadings, papers, and other documents on file herein; and,
(vi) such further material as the Court may consider at or before the hearing on this Motion.

1  Pursuant to Local Rule 7-3, Mr. Marcus, counsel for the Plaintiffs and I
2  communicated repeatedly about this case, resolving this case and this motion
3  (analogous to the prior motion), but no resolution was possible.
4  In the interests of judicial economy and the possible convenience of
5  this Honorable Court, Todd Sankey and The Sankey Firm, Inc., will stipulate
6  to waive oral argument.

Respectfully submitted on this 1st day of December 2013,

/s/ *Marc Steven Colen*
Marc Steven Colen
The Colen Law Firm
Attorney for Defendants,
Todd Sankey and The Sankey Firm, Inc.