STEPHEN H. MARCUS, ESQ. [CSBN 48294]
GITTLER & BRADFORD
10537 Santa Monica Blvd., Third Floor
Los Angeles, CA 90025
Telephone: (310) 474-4007
e-mail: smarcus@gblaw.com
Attorneys for Plaintiffs
LISA LIBERI, LISA OSTELLA, and GO EXCEL GLOBAL

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA,
### SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>8:11-cv-00485-AG (AJW)<br><br>**DECLARATION OF PHILIP J. BERG**<br><br>Date of Hearing: February 3, 2013<br>Time of Hearing: 10:00 a.m.<br>Location:       Courtroom 10D |

### DECLARATION of PHILIP J. BERG

I, Philip J. Berg, am over the age of 18 and am a party to the within action. I have personal knowledge of the facts herein, and if called to do, I could and would competently testify. I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

1. From May 4, 2009 through July 2013, I was the Attorney of Record for the Plaintiffs' in the within action.

2. On January 19, 2012 I served upon Defendants Todd Sankey and The Sankey Firm, Inc. Plaintiffs' Discovery requests by way of Interrogatories, Request for Production of Documents, and Request for Admissions.

3. I received Defendants Todd Sankey and The Sankey Firm, Inc.'s responses to Plaintiffs' discovery on or about May 20, 2012 from their Attorney, Marc S. Colen, Esquire.

4. Of importance is Todd Sankey and The Sankey Firm, Inc.'s responses to Plaintiffs' Request for Admissions. Attached hereto and incorporated in by reference as **EXHIBIT "1"** is a true and correct copy of Todd Sankey's response to Plaintiffs' Request for Admissions; and attached hereto and incorporated in by reference as **EXHIBIT "2"** is a true and correct copy of The Sankey Firm, Inc.'s response to Plaintiffs' Request for Admissions ["RFA"].

5. In Plaintiffs' RFA's I asked both Defendants, Todd Sankey and The Sankey Firm, Inc. to admit that Neil Sankey was not licensed as an Investigator for The Sankey Firm, Inc. In response thereto Defendants Todd Sankey and The Sankey Firm, Inc. admitted that Neil Sankey was not licensed as an Investigator for The Sankey Firm, Inc. *See* Todd Sankey's Admission in **EXHIBIT "1"**, page 7, RFA No.4; and The Sankey Firm Inc.'s Admission in **EXHIBIT "2"**, pages 14-15, RFA No. 4.

6. This is important because in e-mails sent by Neil Sankey from his employee, The Sankey Firm, Inc., e-mail account nsankey@thesankeyfirm.com, Neil Sankey signed his e-mails "Neil Sankey, Investigator and consultant for The Sankey Firm, Inc." and placed his contact number as (805) 520-3151, which is The Sankey Firm, Inc.'s business phone number.

7. Additionally, Neil Sankey utilized his employee, The Sankey Firm, Inc.'s, log-in credentials to obtain the confidential reports on Plaintiffs' from his employer's, The Sankey Firm, Inc.'s, IRBSearch, LLC account.

I declare under the penalty of perjury of the laws of the United States and California that the foregoing is true and correct.

Executed this 14th day of December, 2013 in the Commonwealth of Pennsylvania, County of Montgomery.

*Philip J. Berg*
Philip J. Berg, Declarant

---

Declaration of Philip J. Berg                                                                 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

Declaration of Philip J. Berg, Esquire     **4**

1  Marc Steven Colen, sbn 108275
   Law Offices of Marc Steven Colen
2  5737 Kanan Road, Ste. 347
3  Agoura Hills, CA 91301
   Tele: 818.716.2891
4  Attorney for Defendants Todd Sankey and
5  The Sankey Firm, Inc.,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

Lisa Liberi, et al.,

        Plaintiffs,

vs.

Orly Taitz, et al.,

        Defendants

Case No.: 8:11-cv-00485 AG (AJWx)
Hon. Andrew Guilford
Courtroom 10D

**RESPONSE TO REQUEST FOR ADMISSIONS**

Date Action Filed:  May 4, 2009
Trial Date:  None

Propounding Parties: Plaintiffs

Responding Party: Todd Sankey

*Liberi v. Taitz* Case No.: 8:11-cv-00485 AG

Response to Request for Admissions pg. 1

**5**

# RESPONSES

**REQUEST FOR ADMISSION NO. 1:**

Admit YOU were aware and allowed Neil Sankey to use YOUR log in credentials to access Plaintiffs People Finder data and Personal Identifiers through the Reed Defendants (Reed Defendants includes Reed Elsevier, Inc.; LexisNexis Risk and Information Analytics Group, Inc.; LexisNexis Risk Solutions, Inc.; LexisNexis.com; LexisNexis, Inc.; LexisNexis Group; Accurint, ChoicePoint, Inc.) and Defendant Intelius, Inc. without any type of permissible purpose or legal entitlement.

RESPONSE: Deny.

**REQUEST FOR ADMISSION NO. 2:**

Admit YOU have accounts with Confi-Chek, U.S. Search, Intelius, Inc., Reed Elsevier, Inc.; LexisNexis Risk and Information Analytics Group, Inc.; LexisNexis Risk Solutions, Inc.; LexisNexis.com; LexisNexis, Inc.; LexisNexis Group; Accurint, ChoicePoint, Inc.)

RESPONSE: Deny.

**REQUEST FOR ADMISSION NO. 3:**

Admit YOU were aware and allowed Neil Sankey to use YOUR log-in credentials and obtain Plaintiffs financial records, credit records, employment records, medical records and other records from Intelius, Inc., Reed Elsevier, Inc.; LexisNexis Risk and Information Analytics Group, Inc.; LexisNexis Risk Solutions, Inc.; LexisNexis.com; LexisNexis, Inc.; LexisNexis Group; Accurint, and ChoicePoint, Inc., Intelius, Inc., U.S. Search, KnowX, Confi-Chek, etc. without a permissible purpose or any type of legal entitlement.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 4:

Admit Neil Sankey is not a licensed Private Investigator for the Sankey Firm.

RESPONSE: Admit.

REQUEST FOR ADMISSION NO. 5:

Admit YOU are the owner and operator of The Sankey Firm, Inc.

RESPONSE: Admit that I am an owner and am the President of The Sankey Firm, Inc. As to the rest, Deny.

REQUEST FOR ADMISSION NO. 6:

Admit YOU were aware and assisted Neil Sankey in filing false allegations about the Plaintiffs with State and Federal Agencies, including probation departments.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 7:

Admit Neil Sankey used YOUR office, YOUR telephone number, YOUR Company, The Sankey Firm, and YOUR log-in credentials to obtain the People Finder data, financial data, sealed court documents, medical data, and Personal Identifiers of the Plaintiffs.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 8:

Admit YOU accessed and obtained the People Finder data, Personal Identifiers, Credit Reports, Financial Reports, Sealed Court Documents and other documents on the Plaintiffs, Plaintiffs Spouses, Plaintiffs Children and Plaintiffs Family members through Intelius, Inc., Reed Elsevier, Inc.; LexisNexis Risk and

1. Information Analytics Group, Inc.; LexisNexis Risk Solutions, Inc.;
2. LexisNexis.com; LexisNexis, Inc.; LexisNexis Group; Accurint, and ChoicePoint,
3. Inc., Intelius, Inc., U.S. Search, KnowX, Confi-Chek, etc., without any type of
4. permissible purpose or legal entitlement and provided Plaintiffs data to the other
5. Defendants, including but not limited to Neil Sankey
6. RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 9:
Admit Neil Sankey has portrayed himself as a Private Investigator for The Sankey Firm.
RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 10:
Admit YOU were aware Neil Sankey sent an email to Reporter Bob Unruh with World Net Daily, from the Sankey Firm, about Plaintiff Lisa Liberi that contained Plaintiff Liberi's full Social Security number, date of birth, spouses name and Social Security number and other private data.
RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 11:
Admit the California Bureau of Security and Investigative Services restricts Private Investigators from accessing and obtaining a person(s) full Social Security number and other private identifying information for the purpose of publishing to harm the individual(s).
RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 12:
Admit YOU were aware and allowed Neil Sankey to utilize YOUR log in

credentials and obtain information from the California Department of Motor Vehicles, other person(s), agencies and entities, including the other Defendants, on the Plaintiffs based on false pretenses.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 13:

Admit YOU have created irreversible harm and damages to Plaintiffs by disseminating erroneous information; their People Finder Data and their Personal Identifiers to an immeasurable amount of people and businesses.

RESPONSE:

Deny.

REQUEST FOR ADMISSION NO. 14:

Admit YOU did not have any permissible purpose or legal entitlement to any information regarding any of the Plaintiffs.

RESPONSE:

Deny that I require any purpose or entitlement to obtain publicly available information about the Plaintiffs. As to the rest, Deny.

REQUEST FOR ADMISSION NO. 15:

Admit YOU are unable to demonstrate how many people have received Plaintiffs private personal identifying information and incorrect information because of the nature of the internet and the numerous ways it was repeatedly posted on the Internet and sent out by Defendant Orly Taitz.

RESPONSE: Admit.

REQUEST FOR ADMISSION NO. 16:

Admit YOU were aware Neil Sankey falsely accused Plaintiff Lisa Liberi's

1 husband of being a "parolee" and diverting funds from Philip J. Berg, Esquire's
2 website.
3 RESPONSE: Deny.
4
5 REQUEST FOR ADMISSION NO. 17:
6 Admit YOU were aware and allowed Neil Sankey to use YOUR log-in
7 credentials and YOUR resources to assist Defendant Orly Taitz in harming and
8 causing damages to the Plaintiffs.
9 RESPONSE: Deny.
10
11 REQUEST FOR ADMISSION NO. 18:
12 Admit LexisNexis (Reed Elsevier, Inc.) cancelled YOUR subscription in or
13 about 2010 to their products due to abuse.
14 RESPONSE: Deny.
15
16 REQUEST FOR ADMISSION NO. 19:
17 Admit YOU never reported to law enforcement the misuse of Plaintiffs
18 People Finder Data and Personal Identifier data that Neil Sankey through YOU and
19 the Sankey Firm, obtained and provided to Defendant Orly Taitz and the other
20 Defendants and allowed Defendant Orly Taitz to distribute Plaintiffs data all over
21 the Internet, through mass emailing, mass mailing, etc.
22 RESPONSE: This Request is so convoluted as to be unintelligible. Based on my best
23 possible guess of what it means, I admit that I never reported anything to law
24 enforcement concerning any portion of this case. Deny that Neil Sankey did anything
25 through me. As to the rest, I have made a reasonable inquiry and the information
26 known or readily obtainable is insufficient to enable this responding Party to admit
27 or deny. As to the rest, Deny.
28

1 | REQUEST FOR ADMISSION NO. 20:
2 | Admit YOU were aware and allowed Neil Sankey to use your log-in
3 | credentials and access and pull sealed documents including, but not limited to
4 | sealed court documents pertaining to the Plaintiffs, Plaintiffs Spouses, Plaintiffs
5 | Children and Plaintiffs Family Members.
6 | RESPONSE: Deny.

8 | Dated 12 May 2012 by

10 | _____
11 | Marc Steven Colen
   | The Colen Law Firm
12 | Attorney for Defendants Todd Sankey
13 | and The Sankey Firm, Inc.

Response to Request for Admissions pg. 7

**11**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "2"

Declaration of Philip J. Berg, Esquire                                                   **12**

Marc Steven Colen, sbn 108275
Law Offices of Marc Steven Colen
5737 Kanan Road, Ste. 347
Agoura Hills, CA 91301
Tele: 818.716.2891
Attorney for Defendants Todd Sankey and
The Sankey Firm, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Lisa Liberi, et al., | Case No.: 8:11-cv-00485 AG (AJWx) |
| | Hon. Andrew Guilford |
| | Courtroom 10D |
| Plaintiffs, | |
| | **RESPONSE TO REQUEST FOR ADMISSIONS** |
| vs. | |
| Orly Taitz, et al., | Date Action Filed: May 4, 2009 |
| | Trial Date: None |
| Defendants | |

Propounding Parties: Plaintiffs

Responding Party: The Sankey Firm, Inc.

*Liberi v. Taitz* Case No.: 8:11-cv-00485 AG

Response to Request for Admissions pg. 1

**13**

# RESPONSES

**REQUEST FOR ADMISSION NO. 1:**

Admit EXHIBIT "A" attached hereto is an Email sent from The Sankey Firm, Inc. by Neil Sankey.

RESPONSE: Having never seen this email before and upon a reasonable investigation, The Sankey Firm, Inc. cannot admit nor deny.

**REQUEST FOR ADMISSION NO. 2:**

Admit you have accounts with Confi-Chek, U.S. Search, Intelius, Inc., Reed Elsevier, Inc.; LexisNexis Risk and Information Analytics Group, Inc.; LexisNexis Risk Solutions, Inc.; LexisNexis.com; LexisNexis, Inc.; LexisNexis Group; Accurint, ChoicePoint, Inc., and KnowX.

RESPONSE: Deny.

**REQUEST FOR ADMISSION NO. 3:**

Admit Neil Sankey and Todd Sankey used your log-in credentials and obtained Plaintiffs financial records, credit records, employment records, medical records and other records from Intelius, Inc., Reed Elsevier, Inc.; LexisNexis Risk and Information Analytics Group, Inc.; LexisNexis Risk Solutions, Inc.; LexisNexis.com; LexisNexis, Inc.; LexisNexis Group; Accurint, and ChoicePoint, Inc., Intelius, Inc., U.S. Search, KnowX, Confi-Chek, etc. without a permissible purpose or any type of legal entitlement.

RESPONSE: Deny.

**REQUEST FOR ADMISSION NO. 4:**

Admit Neil Sankey is not a licensed Private Investigator for The Sankey Firm.

1  RESPONSE: Admit.

3  REQUEST FOR ADMISSION NO. 5:
4  Admit you are responsible for your employee(s) actions and inactions.
5  RESPONSE: The Sankey Firm, Inc. has no employees.

7  REQUEST FOR ADMISSION NO. 6:
8  Admit you and your employee(s) Private Investigations licensing is governed by the
9  California Bureau of Security and Investigative Services ["BSIS"].
10 RESPONSE: As to The Sankey Firm, Inc. Admit; The Sankey Firm has no employees.

12 REQUEST FOR ADMISSION NO. 7:
13 Admit you and your employee(s) are required to adhere to the California
14 laws and the guidelines, requirements, and regulations outlined in the California
15 BSIS.
16 RESPONSE: Admit as to The Sankey Firm, Inc.; The Sankey Firm, Inc. has no
17 employees.

19 REQUEST FOR ADMISSION NO. 8:
20 Admit you and/or your employee(s) accessed and obtained the People Finder
21 data, Personal Identifiers, Credit Reports, Financial Reports, Sealed Court
22 Documents and other documents on the Plaintiffs, Plaintiffs Spouses, Plaintiffs
23 Children and Plaintiffs Family members through Intelius, Inc., Reed Elsevier, Inc.;
24 LexisNexis Risk and Information Analytics Group, Inc.; LexisNexis Risk
25 Solutions, Inc.; LexisNexis.com; LexisNexis, Inc.; LexisNexis Group; Accurint,
26 and ChoicePoint, Inc., Intelius, Inc., U.S. Search, KnowX, Confi-Chek, etc.,
27 without any type of permissible purpose or legal entitlement and provided
28 Plaintiffs data to the other Defendants, including but not limited to Neil Sankey.

*Liberi v. Taitz* Case No.: 8:11-cv-00485 AG
Response to Request for Admissions pg. 3

15

1  RESPONSE: Deny.

2

3  REQUEST FOR ADMISSION NO. 9:

4  Admit EXHIBIT "A" attached hereto contains Plaintiff Lisa Liberi's name,

5  Social Security number(s), date of birth, Spouses name, date of birth and Social

6  Security number and other confidential information obtained from Intelius, Inc.,

7  Reed Elsevier, Inc., LexisNexis.com, LexisNexis, Inc., LexisNexis Group,

8  Accurint, ChoicePoint, Inc., LexisNexis Risk Solutions, Inc., LexisNexis Risk and

9  Information Analytics Group, Inc.

10  RESPONSE: The Sankey Firm, Inc. has had no involvement with anything to do

11  Liberi never had any information concerning her.  Upon a reasonable investigation,

12  The Sankey Firm, Inc. cannot admit nor deny.

13

14  REQUEST FOR ADMISSION NO. 10:

15  Admit when you or your employee(s) investigate an Individual, you and

16  your employee(s) are required to maintain the Individual(s) private and personal

17  data, including but not limited to name, address, telephone number, date of birth,

18  place of birth, Social Security number, mother's maiden names, financial and

19  credit data, medical data, etc. confidential and not share it with the public.

20  RESPONSE: Deny.

21

22  REQUEST FOR ADMISSION NO. 11:

23  Admit the California BSIS restricts you and your employee(s) from

24  accessing and obtaining a person(s) full Social Security number and other private

25  identifying information for the purpose of publishing the personal data to harm the

26  individual(s).

27  RESPONSE: Deny.

28

*Liberi v. Taitz* Case No.: 8:11-cv-00485 AG

Response to Request for Admissions pg. 4

REQUEST FOR ADMISSION NO. 12:

Admit Neil Sankey and Todd Sankey utilized your log in credentials and obtained information from the California Department of Motor Vehicles, other person(s), agencies and entities, including the other Defendants, on the Plaintiffs based on false pretenses.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 13:

Admit you and your employee(s) have created irreversible harm and damages to Plaintiffs by disseminating erroneous information; their People Finder Data and their Personal Identifiers to an immeasurable amount of people and businesses.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 14:

Admit you or your employee(s) did not have any permissible purpose or legal entitlement to any information regarding any of the Plaintiffs.

RESPONSE: Deny that The Sankey Firm, Inc. is not required to any particular purpose or entitlement to obtain information.

REQUEST FOR ADMISSION NO. 15:

Admit you are unable to demonstrate how many people have received Plaintiffs private personal identifying information and incorrect information because of the nature of the internet and the numerous ways it was repeatedly posted on the Internet and sent out by Defendants Orly Taitz, Neil Sankey and the other Defendants.

RESPONSE: Admit.

REQUEST FOR ADMISSION NO. 16:

Admit you and your employee(s) must have a permissible purpose and legal entitlement to access any individual(s) Personal Identifiers, People Finder data, financial data, credit data, medical data, and any other information and data.

RESPONSE: Deny that The Sankey Firm, Inc. requires any particular purpose or entitlement to obtain publicly available information.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 17:

Admit you and your employee(s) allowed Neil Sankey and Todd Sankey to use your log-in credentials and your resources to assist Defendant Orly Taitz in harming and causing damages to the Plaintiffs.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 18:

Admit LexisNexis (Reed Elsevier, Inc.) cancelled your subscription in or about 2010 to their products due to abuse.

RESPONSE: Deny.

REQUEST FOR ADMISSION NO. 19:

Admit you and your employee(s) failed to report to law enforcement the misuse of Plaintiffs People Finder Data and Personal Identifier data that Neil Sankey through you and your employee(s), obtained and provided to Defendant Orly Taitz and the other Defendants and allowed Defendant Orly Taitz to distribute Plaintiffs data all over the Internet, through mass Emailing, mass mailing, etc.

RESPONSE: This request is unintelligible but to the extent that a response can be made, The Sankey Firm additionally responds as follows: The Sankey Firm took no actions to assist Defendant Orly Taitz. As to the remainder, The Sankey Firm

*Liberi v. Taitz* Case No.: 8:11-cv-00485 AG

Response to Request for Admissions pg. 6

**18**

1 has made a reasonable inquiry and the information known or readily obtainable is
2 insufficient to enable this responding Party to admit or deny.

4 REQUEST FOR ADMISSION NO. 20:
5 Admit you and your employee(s) allowed Neil Sankey to use your log-in
6 credentials and access and pull sealed documents including, but not limited to
7 sealed court documents pertaining to the Plaintiffs, Plaintiffs Spouses, Plaintiffs
8 Children and Plaintiffs Family Members.
9 RESPONSE: Deny.

11 REQUEST FOR ADMISSION NO. 21:
12 Admit when you and/or your Private Investigator(s) are requested or hired to
13 perform a job for a client, you and your Private Investigator(s) are required to
14 ensure your client has a permissible purpose or legal entitlement to the information
15 sought.
16 RESPONSE: Deny.

18 REQUEST FOR ADMISSION NO. 22:
19 Admit you and your employee(s) are required to verify the permissible
20 purpose and/or legal entitlement of your Client to Individual(s) People Finder
21 Data, Personal Identifier Data, Financial Records, Credit Data, and other
22 information.
23 RESPONSE: Deny.

25 REQUEST FOR ADMISSION NO. 23:
26 Admit you and your employee(s) failed to obtain and/or verify Orly Taitz's,
27 permissible purpose and/or legal entitlement to Plaintiffs People Finder Data,
28 Personal Identifier Data, Financial Data, Background Checks, Credit Data, or any

1  other information and/or data.
2  RESPONSE: Deny that The Sankey Firm had anything to do with Defendant Orly
3  Taitz.

5  REQUEST FOR ADMISSION NO. 24:
6  Admit your client, Orly Taitz, did not have any type of permissible purpose
7  or legal entitlement to any of the Plaintiffs data.
8  RESPONSE: Orley Taitz was never The Sankey Firm, Inc.'s client and on that
9  basis, Deny.

11 REQUEST FOR ADMISSION NO. 25:
12 Admit you and your employee(s) were fully aware Orly Taitz or any of the
13 other Defendants, did not have a permissible purpose or legal entitlement to any of
14 the Plaintiffs information or data, but you and your employee(s) provided it
15 anyway.
16 RESPONSE: Deny.

19 Dated 10 May 2012 by

22 Marc Steven Colen
    The Colen Law Firm
23 Attorney for Defendants Todd Sankey
24 and The Sankey Firm, Inc.

*Liberi v. Taitz* Case No.: 8:11-cv-00485 AG

Response to Request for Admissions pg. 8

20