1  STEPHEN H. MARCUS, ESQ. [CSBN 48294]
2  GITTLER & BRADFORD
   10537 Santa Monica Blvd., Third Floor
3  Los Angeles, CA 90025
4  Telephone: (310??) 474-4007
   e-mail:  smarcus@gblaw.com
5  Attorneys for Plaintiffs
6  LISA LIBERI, LISA OSTELLA, and GO EXCEL GLOBAL

7
## UNITED STATES DISTRICT COURT
8  ## FOR THE CENTRAL DISTRICT OF CALIFORNIA,
   ## SOUTHERN DIVISION
9

10 LISA LIBERI, et al,                    CIVIL ACTION NUMBER:
11                                        **8:11-cv-00485-AG (AJW)**
                  Plaintiffs,
12
13    vs.                                 **DECLARATION OF RYAN
                                          LUSTIG IN SURREPLY RE:
14                                        MOTION FOR SUMMARY
15 ORLY TAITZ, et al,                     JUDGMENT**
                  Defendants.
16
17                                        Date of Hearing:  February 3, 2014
                                          Time of Hearing:  10:00 a.m.
18                                        Location:         Courtroom 10D

19              **Declaration of Ryan Lustig**
20
        I, Ryan Lustig, am over the age of 18 and am not a party to the within action.
21
22 I have personal knowledge of the facts herein, and if called to do, I could and
23 would competently testify.  I am making this Declaration under the penalty of
24
   perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.
25
26      1.      I have been a Registered Process Server in the County of Los Angeles,
27 California for over 15 years.  My registration number is 6373.
28

Declaration of Ryan Lustig                                                    1

2. I am an Independent Contractor, contracted at various times for Process of Service jobs in Los Angeles County by Saddleback Attorney Service, Inc. located at 1801 Parkcourt Place, Suite F100, Santa Ana, CA 92701.

3. On January 13, 2014, I received two [2] Rule 45 Subpoenas for documents, for personal service in the matter of <u>Ostella, et al v. IRB, et al</u>, U.S.D.C., Eastern District of Pennsylvania, Case No. 2:12-cv-07002-TON. The first subpoena was addressed to Neil Sankey, 4230 Alamo Street, Simi Valley, CA 93063; and the second subpoena was addressed to The Sankey Firm, Inc., 2470 Stearns Street #162, Simi Valley, CA 93063.

4. On January 17, 2014, I went to 2470 Stearns Street #162, Simi Valley, CA 93063 to serve The Sankey Firm, Inc. and learned this was a postal service company. I was unable to serve The Sankey Firm, Inc.'s subpoena at the postal company, as it would not be proper service.

5. It is my education, training and experience, pursuant to the laws in this state, a subpoena for documents being served upon a Company can be served upon an employee, as long as the employee is authorized to accept service on behalf the Company, by their own admission.

6. On January 19, 2014 at 12:05 p.m., I served Neil Sankey at 4230 Alamo Street, Simi Valley, CA 93063 with the subpoena addressed to him and the second subpoena for The Sankey Firm, Inc. I explained to Neil Sankey that one of

Declaration of Ryan Lustig  2

the subpoenas was addressed to The Sankey Firm, Inc. Neil Sankey said okay and willingly accepted service on behalf of The Sankey Firm, Inc. without incident.

I declare under the penalty of perjury of the Laws of the United States and the State of California that the foregoing is true and correct.

Executed this 3rd day of January, 2014 in the State of California.

Ryan Lustig
Registered Process Server
Saddleback Attorney Service, Inc.
1801 Parkcourt Place, Suite F100
Santa Ana, CA 92701
Ph: (714) 973-9202
Fx: (714) 973-0127

Declaration of Ryan Lustig                                                         3