Marc Steven Colen, sbn 108275
The Colen Law Firm
2828 Cochran Street, #490
Simi Valley, CA 93065
Tele: 818.716.2891

Attorney for Defendants,
Todd Sankey and The Sankey Firm, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Lisa Liberi, et al., | Case No.: 8:11-cv-00485 AG (AJWx) |
| Plaintiffs, | **OBJECTIONS TO THE DECLARATION OF RYAN RUSTIG CONCERNING ANOTHER PENNSYLVANIA ACTION BY THE PLAINTIFFS** |
| vs. | |
| Orly Taitz, et al., | |
| Defendants | Before Hon. Andrew J. Guilford, Judge, United States District Court |

Date:  3 February 2014

Time: 10:00 am

Courtroom:  10D

1 **OBJECTION TO THE ENTIRE DECLARATION OF RYAN LUSTIG:**

2

3 Irrelevant.  This document has nothing to do with this case; it concerns
4 subpoenas another case by the Plaintiffs, Ostella, et al *vs. IRB et al.* 2:12-cv-
5 07002-TON.  It merely demonstrates that the Plaintiffs are trying to obtain
6 discovery from Todd Sankey, The Sankey Firm, Inc., and Neil Sankey despite
7 that the discovery cutoff in this matter passed long ago.  Further with regard
8 to that Pennsylvania action, Todd Sankey, The Sankey Firm, Inc. and Neil
9 Sankey filed a motion to dismiss for lack of jurisdiction which was granted
10 and the case was dismissed as to them.  [Further, the declarant's testimony in
11 paragraph 6 is false but is not disputed herein because it is not at issue to or
12 relevant to this case.]

13

14 **OBJECTION TO INDIVIDUAL PARAGRAPHS:**

15

16 Objection to Paragraph 1.
17 Irrelevant.

18

19 Objection to Paragraph 2.
20 Irrelevant.
21 States declarant's legal opinion regarding "independent contractor" status
22 with no foundation nor basis.

23

24 Objection to Paragraph 3.
25 Irrelevant.

26

27 Objection to Paragraph 4.
28 Irrelevant.

States declarant's legal opinion regarding "proper service" with no foundation nor basis.

Objection to Paragraph 5.
Irrelevant.
States declarant's legal opinions with no foundation nor basis.

Objection to Paragraph 6.
Irrelevant.
States declarant's opinion, including legal opinions concerning "willingly accepted" and "on behalf of The Sankey Firm, Inc.", all with neither foundation nor basis.

 Respectfully submitted on this 25th day of January 2014,

 /s/ *Marc Steven Colen*

The Colen Law Firm
Attorney for Defendants,
Todd Sankey and The Sankey Firm, Inc.