Marc Steven Colen, sbn 108275
The Colen Law Firm
2828 Cochran Street, #490
Simi Valley, CA 93065
Tele: 818.716.2891

Attorney for Defendants,
Todd Sankey and The Sankey Firm, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Lisa Liberi, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Orly Taitz, et al., <br><br> Defendants | **Case No.: 8:11-cv-00485 AG (AJWx)** <br><br> **FURTHER OBJECTIONS TO THE DECLARATION OF RYAN RUSTIG CONCERNING ANOTHER PENNSYLVANIA ACTION BY THE PLAINTIFFS** <br><br> Before Hon. Andrew J. Guilford, Judge, United States District Court <br><br> Date: 3 February 2014 <br> Time: 10:00 am <br> Courtroom: 10D |

# FURTHER OBJECTIONS TO THE DECLARATION OF
# RYAN LUSTIG

Further Objection to Paragraph 6.

As to the statement that "Neil Sankey," we further object to the statement as being hearsay.

Respectfully submitted on this 27th day of January 2014,

 /s/ *Marc Steven Colen*

The Colen Law Firm
Attorney for Defendants,
Todd Sankey and The Sankey Firm, Inc.