## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0485-AG(AJWx) | Date | February 3, 2014 |
| Title | LISA LIBERI, ET AL v ORLY TAITZ, ET AL | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD |

| Lisa Bredahl | Deborah Parker | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Marcus | Marc Colen (telephonically) |

**Proceedings:**  MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS TODD SANKEY AND THE SANKEY FIRM, INC [DKT #657]

Cause is called for hearing and counsel make their appearances.  Matter is argued and taken under submission.

|  | : | 20 |
|---|---|---|

Initials of Preparer

lmb