UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 11-485-AG(AJWx)                Date: October 27, 2014

Title   LISA LIBERI, ET AL v ORLY TAITZ, ET AL

Present   ANDREW J. GUILFORD , United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                              Attorneys for Defendant

Not Present                                          Not Present

Proceedings:   ☐ In Court        X In Chambers       ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated 2/7/2014, when the last of the defendants who were not stayed were dismissed.  Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within     days.  Make JS-6.

☐   Other                              .

☐   Entered                           .

CV-74 (08/97)                                Initials by Deputy Clerk    lmb