# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, PHILIP J. BERG, ESQUIRE, THE LAW OFFICES OF PHILIP J. BERG, LISA M. OSTELLA and GO EXCEL GLOBAL,<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ, a/k/a LAW OFFICES OF ORLY TAITZ; a/k/a WWW.ORLYTAITZESQ.COM a/k/a WWW.REPUBX.COM a/k/a ORLY TAITZ, INC. and DEFEND OUR FREEDOMS FOUNDATIONS, INC., et al.; and DOES 1 through 200 Inclusive,<br><br>Defendants. | Case No. 8:11-CV-00485-AG (AJW)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**ORDER ON STIPULATION REGARDING DEFENDANTS' MOTIONS TO DISMISS, TO STRIKE, AND FOR ATTORNEYS' FEES**<br><br>Date Action Filed: May 4, 2009<br>Trial Date:           None |

Pursuant to the Parties' Stipulation Regarding Defendants' Motions to Dismiss, to Strike, and for Attorneys' Fees (Document 681), the Court makes the following Order:

1

**ORDER ON STIPULATION REGARDING DEFENDANTS' MOTIONS TO DISMISS, TO STRIKE, AND FOR ATTORNEYS' FEES**

IT IS HEREBY ORDERED that the current date for Defendants, ORLY TAITZ, DEFEND OUR FREEDOMS FOUNDATIONS, ORLY TAITZ, INC. and LAW OFFICES OF ORLY TAITZ, to file and serve Motions pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and 12(f) to Plaintiffs' First Amended Complaint is continued for to September 12, 2016.

IT IS HEREBY FURTHER ORDERED that Defendants, ORLY TAITZ and DEFEND OUR FREEDOMS FOUNDATIONS, shall file and serve their Motion pursuant to California's anti-SLAPP statute (Cal. Code of Civ. Pro. Section 425.16) seeking an award of attorneys' fees and costs by September 12, 2016.

DATED: July 13, 2016                      _____

Hon. Andrew J. Guilford

Judge of the United States District Court

**ORDER ON STIPULATION REGARDING DEFENDANTS' MOTIONS TO DISMISS, TO STRIKE, AND FOR ATTORNEYS' FEES**