Exhibit 1

Documents fabricated by Ostella by copying signature of Taitz from a document created on March 15, 2009 and copied to drafts of documents from January 19, 2009

Case 8:11-cv-00485-AG-AJW   Document 753-1   Filed 11/03/17   Page 2 of 58   Page ID
#:6058
Case 8:09-cv-00082-DOC-AN Document 6 Filed 03/01/10 Page 55 of 55 Page ID
#:6058

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 | |

Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO: 949-683-5411    FAX NO. *(Optional)*  949-586-8110
E-MAIL ADDRESS *(Optional)*: dr_taitz@yahoo.com
ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:

Robert S. Mueller, III Director - US Immigrations and Customs Enforcement
500 12th St. SW, Washington, DC  20535-0001

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

| To *(name of deposition officer)*:  Orly Taitz, Esq. | |
|---|---|
| On *(date)* : 02/20/2009 | At *(time)*:    10:00AM |
| Location *(address)*: 26302 La Paz STE 211 Mission Viejo, CA 92691 | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | Code of Civil Procedure,<br>§§ 2020.410–2020.440 |
|---|---|---|

Exhibit "D"
pg. 55

AER  1465

Case 8:11-cv-00485-AG-AJW  Document 753-1  Filed 11/03/17  Page 3 of 58  Page ID
#:18460

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq  223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>　TELEPHONE NO.:　　　　　FAX NO. (Optional):  949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
　STREET ADDRESS: 720 Ninth Street
　MAILING ADDRESS:
　CITY AND ZIP CODE: Sacramento, CA  95815
　BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Attorney, 219 S. Dearborn St. 5th Floor    Honorable Patrick Fitzgerald
Chicago, IL  60604

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.
On (date):  02/20/09                                        At (time):  10:00am
Location (address):  26302 La Paz  STE 211 Mission Viejo, CA  92691

　　　Do not release the requested records to the deposition officer prior to the date and time stated above.

　a. [X]  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner
　　　　wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner
　　　　wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the
　　　　address in item 1.

　b. [ ]  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the
　　　　witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined
　　　　under Evidence Code section 1563(b).

　c. [ ]  by making the original business records described in item 3 available for inspection at your business address by the
　　　　attorney's representative and permitting copying at your business address under reasonable conditions during normal
　　　　business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the
　deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available
　or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be
　accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of
character and conduct necessary to perform work for or on behalf of a Federal Agency.
　[X]  Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER
　CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN
　SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE
　AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE<br>FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued:  January 19, 2009

　　　Dr. Orly Taitz, Esq　　　　　　　　▶
　　　(TYPE OR PRINT NAME)

(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | | Code of Civil Procedure,<br>§§ 2020.410-2020.440;<br>Government Code, § 68097.1 |
|---|---|---|---|

Exhibit "D"

pg. 57

SUBP-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Orly Taitz, Esq 223433 <br> Orly Taitz, Esq <br> 26302 La Paz, STE 211 Mission Viejo, CA 92691 <br> TELEPHONE NO.:   FAX NO. (Optional):  949-586-8110 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): dr_taitz@yahoo.com | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA <br> FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Attorney, 219 S. Dearborn St. 5th Floor
Chicago, IL 60604

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer): Orly Taitz, Esq.
On (date): 02/20/09   At (time): 10:00am
Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January/6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued:  January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

(Proof of service on reverse)   (TITLE)

| | DEPOSITION SUBPOENA FOR PRODUCTION <br> OF BUSINESS RECORDS | | Code of Civil Procedure, §§ 2020.410-2020.440 |
|---|---|---|---|

---

**Exhibit "D"**

**pg. 58**

AER 1468

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 | |

Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.: 949-683-5411       FAX NO. (Optional):  949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Mike Hayden - Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505
1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.
On (date) : 02/20/2009                                         At (time):  10:00AM
Location (address):  26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)                                         (TITLE)

| Form Adopted for Mandatory Use Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | Code of Civil Procedure §§ 2020.410-2020.440 |
|---|---|---|

**Exhibit "D"**

**pg. 59**                                                    **AER 1469**

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 | |

Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO: 949-683-5411   FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Micheal W. Hager - Office of Personnel Management
1900 E. Street NW, Washington, DC 20415

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.
On (date): 02/20/2009          At (time):   10:00AM
Location (address):  26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X]  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ]  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ]  by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

▶ _____
(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION**
OF BUSINESS RECORDS

Exhibit "D"

pg. 60

01/26/2009  23:44    7324332310 RoswinDobson EastEast  OrlESEB/Dbcket Page/206055  Page 8 of 54  XCEL GLOBAL INC  PAGE  09  #:6064

SUBP-010

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Orly Taitz, Esq. 223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO: 949-683-5411       FAX NO. (Optional)  949-586-8110<br>E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Margaret Spellings - Department of Education
400 Maryland Avenue SW, Washington, DC 20202

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.
On (date):  02/20/2009                                      At (time):  10:00AM
Location (address):  26302 La Paz STE 211 Mission Viejo, CA  92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☒ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
☒  Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)                                                                      (TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS

Code of Civil Procedure,
§§ 2020, 410-2020, 440

Exhibit "D"

pg. 61

AER 1471

1/26/2009  23:44        7328462075

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Orly Taitz, Esq. 223433
Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO: 949-683-5411    FAX NO. *(Optional):*  949-586-8110
E-MAIL ADDRESS *(Optional):* dr_taitz@yahoo.com
ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| | CASE NUMBER: |
|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | 34-2008-80000096-CU-WM-GDS |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505
1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer):* Orly Taitz, Esq.
On *(date):*  02/20/2009                    At *(time):*  1:00AM
Location *(address):* 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena only written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agent to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

_____              ▶
Dr. Orly Taitz, Esq.
*(TYPE OR PRINT NAME)*

Form Adopted for Mandatory Use                    *(Proof of service on reverse)*
Judicial Council of California              **DEPOSITION SUBPOENA FOR**
                                            **OF BUSINESS RECORDS**

Code of Civil Procedure
§§ 2020.410-2020.440,
2020.510

Such negligence and misprision threaten to nullify these essential safeguards.  Thus Relators request this
Quo Warranto be related to the Supreme Court under its original jurisdiction.

Enclosed is a summary motion for leave to file Quo Warranto on Barack Hussein Obama II aka Barry
Soetoro, with the Supreme Court.  The list of Questions Presented is attached.  A full brief supporting
this motion is in preparation.

1) Relators respectfully pray that the Attorney General recuse himself over bringing this Quo
   Warranto for the United States on Barack H. Obama II, by reason of intrinsic conflict of interest

2) Relators pray the Attorney General appoint a Special Assistant (prosecutor) of Archibald Cox's
   reputation and expertise, to relate this Quo Warranto to the Supreme Court per 28 USC 543

3) Relators request that their attorney, Orly Taitz, ESQ DDS, assist in relating this Quo Warranto,
   being recognized at bar before the Supreme Court.

4) Relators further request the assistance of Patrick Fitzgerald, United States Attorney General for
   the Northern District of Illinois, as having familiarity with issues involving Barack H. Obama
   while Senator from Illinois and as President Elect.

5) Relators request guidance from the Attorney General, within one week of receipt of this
   information, regarding his decision on whether to appoint such a Special Assistant.

With respect, in absence of such guidance, Relators will proceed to request leave of the Supreme
Court to relate information for this Quo Warranto on Mr. Obama to test his title.

Yours Sincerely,

Orly Taitz, ESQ
Attorney for Relators
26302 La Paz
Mission Viejo, CA  92691
949-683 5411

Encl. Motion to Supreme Court for leave to file
his title to the Federal office of President

Eric H. Holder Jr.
Department of Justice
Pennsylvania Avenue NW
Washington DC 20530-0001 USA

April 2009

Attorney General Holder
    RE: Request a Special Assistant for the United States to relate Quo Warranto on Barack Hussein
Obama, II to Test his Title to President before the Supreme Court

Relators: Major General Carroll Childers, Ret; Lt. Col Dr. David Earl-Graef; Navy and Police officer
LT Scott Easterling, currently serving in Iraq; Major James Cannon, US Marine
Corp. Ret; New Hampshire State Representative Mr. Timothy Comerford; Tennessee State
Representative Mr. Frank Nicely, State of Alabama 2008 electoral college elector Mr. Robert Cusanelli
bring information via Quo Warranto on Barack Hussein Obama, II, testing his title to President per
following relators. Relators include:

Robert Cusanelli, Elector for 7th District, State of Alabama, in the 2008 Electoral College;
Frank Nicely, State Representative of Tennessee in his official capacity;
Timothy Comerford, State Representative of New Hampshire in his official capacity;
Major General Carroll Childers, 29th Infantry Div VA retired, lifetime subject to recall; Numerous
awards.
LT Scott Easterling 0D/LG US Army on active duty in Iraq;
Dr. David Earl-Graef Long Beach Police Officer & CDR/0-5 US Navy (Active Reserve).  Numerous
awards, including two National defense medals, two Navy commendation medals
Dr. David Earl-Graef Lieutenant Colonel Air Force MC, Military Surgeon- Active Reserve.  Numerous
awards including Air Force outstanding unit with valor.
Major James Cannon US Marine Corps, Ret, lifetime subject to recall.  Numerous awards, including
Bronze Star with Combat V and two Purple Hearts

Relators have official, private, grave standing.  Relators are affected by actions of Respondent Obama and the
failure to test his Title via quo warranto, and thus have interest above citizens.

Quo Warranto against a Federal Officer is normally related to the Attorney General to
relate it for the United States in U.S. District court of the District of Columbia per DC Code 16-
3501. The Attorney General defends the office of President and is appointed by the President.
Thus the Attorney General defending Quo Warranto on the President raises an intrinsic conflict of interest.
Historically a Special Prosecutor or Independent Counsel was appointed to eliminate
conflict; e.g. Attorney General Elliot Richardson appointed Archibald Cox as the
Special Prosecutor over issues touching on President Nixon.

Quo Warranto includes action between the United States ex rel. and the State of
Hawaii records of Barack H. Obama II being withheld per Hawaii's privacy laws.
It is the constitutional duties of election officers to validate or evaluate President
elects to become President under U.S. CONST. art II - 1 and Amend. XX – 3.

Respondent Obama failed to submit prima facie evidence of his qualifications before
election officers failed to challenge, validate or evaluate his qualifications.  Relators
hold that Respondent Obama failed qualify per U.S. CONST. Amend. XX – 3.

file://AttorneyGeneralwarranto.htm                                    3/15/2009

**Exhibit 2**

**Evidence from Internet Archive -Wayback Machine**

**Ostella is using the picture of Orly Taitz, President of Defend Our Freedoms Foundation and the name of the foundation after her taking over the website and soliciting donations that go to her own pocket.**

**Sign says:"Help offset the cost of Defend Our Freedoms"**

**PayPal Donate button underneath**



**Exhibit 3**

**Unauthorized Mother's Day letter promoting Berg sent by Ostella**

**Without consent of Taitz and DOFF Ostella used the website and e-mails for DOFF to promote opposing attorney Philip Berg**



defendourfreedoms.net

Defend Our Freedoms Fro...

# DEFEND OUR FREEDOMS

defend our freedoms from the absense of privacy

HAPPY MOTHER'S DAY !!!

**Obama Crimes**

http://philbergvsobama.com

## HAPPY MOTHER'S DAY !!!

Dear **Obama Crimes** supporter:

Phil Berg here - with a lot to report.

Delays caused by webmaster disappearing - new one on board.

A lot is happening !! Three [3] cases of mine pending against Obama !!

One in Third Circuit Court of Appeals [Berg vs. Obama]- * * * Oral argument SCHEDULED end of May / beginning of June - waiting for exact date - this is case on "Standing !"

One case in District of Columbia Court of Appeals [Hollister vs. Soetoro a/k/a Obama] - Interpleader case where retired Air Force Colonel wants to know, if recalled, does he obey a valid Order from a legitimate President or can he disobey an Order from a Usurper, a person Constitutionally ineligible to be President. PLEASE SEE "ATTACHED" PRESS RELEASE.

One case - "Under Seal" - cannot be discussed.

I NEED YOUR HELP !! I need each of you to spread the word to more of your friends, relatives and neighbors. Send **Obama Crimes** to EVERYONE on your address file and ask them to send to

BACK TO MAIN PAGE

DEFEND OUR FREEDOMS COMMUNITY NETWORK

Defend Our Freedoms from the Absense of Privacy
Defend Our Freedoms TV
Shop DOF

RECOMMEND

Naked Communist

Germany's Master Plan The Story of Industrial Offensive

Robert R. Young, the Populist of Wall Street

Nazi Nexus: America's Corporate Connections to Hitler's Holocaust

The Difference Between God and Larry Ellison: *God Doesn't Think He's Larry Ellison

The Info Mesa: Science, Business, and New Age Alchemy on the Santa Fe Plateau

QUICK SEARCH

Search only in titles:

Search

Advanced Search

LOGIN

Login to Post

**Exhibit "A"**

**Pg. 11**

**EXHIBIT 4**

**BOGUS LINKEDIN ACCOUNT DEFAMING TAITZ, CLAIMING TAITZ HAS ONLY MASTER IN LAW, NOT JD, WHICH MAKES HER INELIGIBLE TO PRACTICE LAW AND THAT SHE HAS A PHD IN DENTISTRY, NOT DDS, WHICH MAKES HER INELIGIBLE TO PRACTICE DENTISTRY**



**Dr. Orly Taitz**

Dr. Orly Taitz at Dr. Orly Taitz

Orange County, California Area
| Legal Services

Current      Orly Taitz Attorney
Previous     Dr. Orly Taitz
Education    Taft Law School

**0** connections

## Join LinkedIn & access Dr. Orly's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Dr. Orly directly

**View Dr. Orly's Full Profile**

**Background**

Summary

Dr. Orly Taitz is an American dentist, lawyer, former real estate agent, and leading figure in the "birther" movement, which challenges whether Barack Obama is a natural-born citizen eligible to serve as President of the United States. Dr. Orly Taitz also promotes a number of other allegations both related and unrelated to Obama, and has initiated a number of lawsuits on behalf of the "birther" movement.

Dr. Orly Taitz was born to a Jewish family in Chişinău, Moldavian SSR in the Soviet Union (present day Moldova). Both of her parents were science teachers. In 1981, Dr. Orly Taitz immigrated to Israel, where she obtained a dentistry degree at Hebrew University. In 1987, Dr. Orly Taitz met Yosef Taitz who proposed four months later. Orly immigrated to the United States in May 1987, marrying the Latvian-born Yosef in Las Vegas, Nevada. Dr. Orly Taitz became a naturalized United States citizen in 1992. Dr. Orly Taitz received her law degree from Taft Law School and was admitted to practice law in California in December 2002.

Dr. Orly Taitz lives in Laguna Niguel, California and owns dental practices in nearby Mission Viejo and Rancho Santa Margarita. Dr. Orly Taitz has three sons, holds a second degree black belt in Taekwondo, and speaks five languages; English, Hebrew, Romanian, Russian and Spanish.

Before her national news exposure, Dr. Orly Taitz was quoted in The Orange County Register in 2006 supporting Israeli military actions against Hamas and Hezbollah, and downplaying the impact of the espionage trial of two American Israel Public Affairs Committee staffers (charges against both were subsequently dropped). Dr. Orly Taitz has also said that she lost relatives in the Holocaust and that her grandmother witnessed the Kishinev pogrom.

Specialties:dentist, lawyer, former real estate agent

Experience
**Lawyer**
Orly Taitz Attorney
January 2002 – Present (13 years 1 month)
**Dentist**
Dr. Orly Taitz
January 1981 – January 1992 (11 years 1 month)Israel
Dr. Orly Taitz

Skills
- Dentistry
- Law
- Dr. Orly Taitz

## Education

## Taft Law School

## Masters, Law

## 1996 – 2002

## Hebrew University

## Ph.D in Dentistry, Dentistry

1979 – 1987

# EXHIBIT 5

# DECLARATION OF BRUCE WILTSE

October 23, 2016

To Whom It May Concern:

For about the last eight years I have been following the actions of Dr. Orly Taitz on her Internet web page titled Defend Our Freedom Foundation (DOFF).    During this time I was normally able to find her Web Page on the Internet and then the address for the DOFF changed.   I would not have known about this change if it had not been for a call from Dr. Taitz providing me with the new address .

Sincerely,

Bruce M. Wiltse

374 Country Club Ln

Napa, CA 94558

# EXHIBIT 6

# DECLARATION OF JEFF LICHTER

### DECLARATION OF JEFF LICHTER

1. I, Jeff Lichter, am over 18 years old and have personal knowledge of the foregoing.

2. I have been a supporter of Orly Taitz from 2008. I followed her legal actions relating to the Constitutional law and public interest.

3. *From around 2009 I have been receiving e-mails from Shirley Waddell, mother of Lisa Liberi.*

4. In her e-mails Waddell fabricated defamatory statements about Orly Taitz.

5. Waddell made defamatory statements accusing Orly Taitz of stalking Waddell's daughter, Lisa Liberi, even though Waddell did not provide any specific evidence of stalking.

6. Waddell defamed Taitz alleging that Taitz asked her associates to lie in court.

7. *Waddell made defamatory statements accusing Taitz of not being truthful.*

8. Waddell tried to misrepresent Liberi's criminal record, which was exposed by Taitz, alleging that Taitz publishes filth.

9. Waddell defamed Taitz and her husband and accused Taitz and her husband of illegal spying on people.

10. Waddell defamed Taitz by accusing Taitz of committing crimes.

11. Waddell defamed Taitz and accused Taitz of posting "video filth" on line on the web site for DOFF and suggested that Taitz possibly tapped into the computer of Waddell to receive Waddell's e-mails.

12. Waddell wrongfully claimed that Taitz tried to become a partner with Philip Berg, a Pennsylvania attorney, who at the time was tried by the Pennsylvania attorneys' bar and ultimately permanently disbarred.

13. Waddell called Taitz a "vampire parasite."

14. Waddell wrongfully claimed that a number of individuals convicted of crimes were employees of Taitz.

15. Waddell fabricated accusations against the husband of Taitz of creating a forged birth certificate that President Obama is using.

16. Waddell defames Taitz and her husband by stating "Taitz and her husband have malware and spyware (they create themselves) that they deposit on other computers to gather information that is sent back to their own servers. They like to crawl around inside other peoples computers and spy on private information."

17. I declare that all the above is true and correct to the best of my knowledge and *informed belief*

Jeff Lichter _Jeff Lichter_

Address '4433 E. Wildhorse

Gilbert, Ariz 85297

Phone (480) 861-6903

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California } s.s.

County of __ORANGE__

Subscribed and sworn to (or affirmed) before me on this 17 day of Dec

20 15, by __Jeff Lichter__ and

__he__ , proved to me on the basis of

satisfactory evidence to be the person(s) who appeared before me

M. STOEVE
COMM...2055051
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. Feb. 09, 2018

12/12/2015

Liberi, et al v. Taitz, et al, U.S. District Court, Eas...

lichterjeff@msn.com waddell

Gmail

Move to Inbox

Please find attached hereto Plaintiffs' Exhibit "1", the Affidavit of K. Stre...

Inbox (41,741)

Philip Berg

Please find attached hereto the Affidavit of K. Strebel Exhibits "U"-"V" to P...

Starred
Important
Sent Mail
Drafts (1,139)

Jeff LICHTER <lichterjeff@msn.com>

to me

Circles

Friends (2,797)
Family (184)
Acquaintances (1...
Following (437)

Date: Sat, 25 Sep 2010 10:41:36 -0700
From: shirleywaddell@att.net
Subject: Fw: Fwd: Liberi, et al v. Taitz, et al, U.S. District Court, Eastern Dis
To: lichterjeff@msn.com

Brent (7)
Interesting
paypal and donations
doners
More

4 Attachments

A
2.
1.

Liberi, et al Oppo..          Waddell Affidavit .

Click here to Reply or Forward

34.14 GB (25%) of 136 GB used
Manage

Terms - Priva

# EXHIBIT 7

## FORGERY OF THE OFFICIAL COURT RECORD

## 14 PAGES OF DAMAGING CROSS EXAMINATION OF OSTELLA REMOVED



Fri, Jan 7, 2011 at 11:45 AM

Jan 7, 2011

from Donna Anders to you

**Liberi v. Taitz, et al**
Hide Details

From

Donna Anders
To

dr_taitz@yahoo.com

1 Attachment
2.5MB
Save to

PDF
R12-20-10C.pdf
2MB
Save

Donna Anders
To

dr_taitz@yahoo.com
CC

orly.taitz@gmil.com

1 Attachment
2.5MB
Save to

PDF
R12-20-10C.pdf
2MB
Save

Dr. Taitz:

Attached is the transcript in PDF format.  This is the third time I am sending this.   Any questions, please don't hesitate to call me.  The clerk's office will be sending the invoice and the hard copy of the transcript.  There is a balance due.  I may be contacted at 856-589-9005.

Donna

From: Donna Anders <anders.donna@ymail.com>
Subject: Re: Liberi v. Taitz, et al
To: "Dr. Orly Taitz ESQ" <dr_taitz@yahoo.com>
Date: Sunday, January 9, 2011, 1:39 PM

Dr. Taitz:

Attached is the revised transcript.  I myself will be out of the office Monday.  You may call me any time after 12:00 and we can discuss the corrections.  The scanning process was not working properly and those pages were omitted.  I do apologize.

Donna

---

**From:** Dr. Orly Taitz ESQ <dr_taitz@yahoo.com>
**To:** Donna Anders <anders.donna@ymail.com>
**Sent:** Fri, January 7, 2011 7:01:12 PM
**Subject:** Re: Liberi v. Taitz, et al

Donna
I received it on my yahoo account and I noticed several mistakes and typos that need to be corrected. Please, call me 949-683-5411, so I can advise you of the areas of errors. I will be in court on Monday until 11 PST. I will be at my office from 11 or 12 PST. Please call me to correct those errors

Dr. Orly Taitz ESQ
29839 Santa Margarita Pkwy ste 100
Rancho Santa Margarita Ca 92688
ph. 949-683-5411
fax 949-766-7603
orlytaitzesq.com
drtaitz.com
taitzofficesuites.com

--- On **Fri, 1/7/11, Donna Anders <_anders.donna@ymail.com_>** wrote:

From: Donna Anders <anders.donna@ymail.com>
Subject: Liberi v. Taitz, et al
To: dr_taitz@yahoo.com
Date: Friday, January 7, 2011, 11:45 AM



**R12-20-10C.pdf**
2771K   View   Download



**Orly Taitz** <orly.taitz@gmail.com>                                    1/9/11

to bcc: me, bcc: Neil, bcc: Ed, bcc: Lynda

---



**R12-20-10C.pdf**
2771K   View   Download

**Dr. Orly Taitz ESQ** <dr_taitz@yahoo.com>                              1/10/11

to

Dr. Orly Taitz ESQ
29839 Santa Margarita Pkwy ste 100
Rancho Santa Margarita Ca 92688
ph. 949-683-5411
fax 949-766-7603
orlytaitzesq.com
drtaitz.com
taitzofficesuites.com

**--- On Sun, 1/9/11, Dr. Orly Taitz ESQ <_dr_taitz@yahoo.com_> wrote:**

From: Dr. Orly Taitz ESQ <dr_taitz@yahoo.com>
Subject: Fw: Re: Liberi v. Taitz, et al
To: redacted
cc: "Orly Taitz" <dr_taitz@yahoo.com>, orly.taitz@yahoo.com, orly.taitz@gmail.com
Date: Sunday, January 9, 2011, 4:28 PM



**R12-20-10C.pdf**
2771K   View   Download



**Dr. Orly Taitz ESQ** <dr_taitz@yahoo.com>                              1/12/11

to Donna

Ms Anders,
I got a corrected transcript only after I raised this issue. I do not believe that one can miss the whole cross examination by error. You can miss a word or a sentence, but not a whole cross examination, not 14 pages.
Additionally, you original excuse of scanner malfunction made no sense, it looked like a cover up. Scanner does not malfunction from the middle of the page.  I intend to go with this to proper authorities and demand investigation. There were multiple problems in this court with documents

not being docketed, removed from the docket. There are a number of serious concerns. I am
asking you again, did you do, what you were told to do by someone? If so, by whom?

Please, don't try to threaten me with the "seize and desist" demands. I am simply providing the
public with the information of what happened. Clearly you would state that it was not
intentional. I believe it was intentional, as a number of other things that I observed in that court. I
am within my right to demand investigation by different authorities. 2 certified copies of the
same transcript with 14 pages difference warrant investigation. If this was done to me, it can be
done to others. The public has a right to know, what is going on in courts.

Dr. Orly Taitz ESQ
29839 Santa Margarita Pkwy ste 100
Rancho Santa Margarita Ca 92688
ph. 949-683-5411
fax 949-766-7603
orlytaitzesq.com
drtaitz.com
taitzofficesuites.com

--- On **Wed, 1/12/11, Donna Anders <_anders.donna@ymail.com_>** wrote:

From: Donna Anders <anders.donna@ymail.com>
Subject: Re: Liberi v. Taitz, et al
To: "Dr. Orly Taitz ESQ" <dr_taitz@yahoo.com>
Date: Wednesday, January 12, 2011, 1:39 PM

Dr. Taitz:

Attached is the response to this e-mail.

Donna

---

**From:** Dr. Orly Taitz ESQ <dr_taitz@yahoo.com>
**To:** Donna Anders <anders.donna@ymail.com>
**Sent:** Tue, January 11, 2011 3:07:51 PM

**Subject:** Re: Liberi v. Taitz, et al

there is a disciplinary hearing of the Supreme Court of PA scheduled against attorney
Philip Berg. Originally you removed from the transcript the cross examination, that was
detrimental to Berg.
You claimed that it was a problem with the scanner, but it is clearly not a scanner. There
are multiple indications, that it is not a scanner.
I am filing a complaint about this matter. I just need to know, if this was your idea, than
you are the only person responsible, or whether you were told by someone to do it , and
you were just doing what you were told by someone?

Dr. Orly Taitz ESQ
29839 Santa Margarita Pkwy ste 100
Rancho Santa Margarita Ca 92688
ph. 949-683-5411
fax 949-766-7603
orlytaitzesq.com
drtaitz.com
taitzofficesuites.com

--- On **Mon, 1/10/11, Donna Anders <_anders.donna@ymail.com_>** wrote:

From: Donna Anders <anders.donna@ymail.com>
Subject: Re: Liberi v. Taitz, et al
To: "Dr. Orly Taitz ESQ" <dr_taitz@yahoo.com>
Date: Monday, January 10, 2011, 5:04 PM

Dr. Taitz:

After reading your e-mail, I went back and checked what I had sent previously, and discovered I
had sent you the transcript that was not proofread.  Attached is the proofread PDF of the
transcript.  This is proofread back with the original disk taken in the courtroom.  I hope you find
this satisfactory.  I will send an invoice in a separate invoice.

I do apologize.

Donna

From: Dr. Orly Taitz ESQ <dr_taitz@yahoo.com>
To: Donna Anders <anders.donna@ymail.com>
Sent: Mon, January 10, 2011 6:46:39 PM

Subject: Re: Liberi v. Taitz, et al

Donna
there is still information missing. I remember specific questions and answers and those are not there. This is extremely troubling. I
demand a full transcript ASAP

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

LISA LIBERI, et al          : CIVIL ACTION NO. 09-1898
                            :
                            :
                            :
                            :
                            :
                            :
        v                   :
                            :
                            :
                            :
                            :
                            :
                            :
ORLY TAITZ, a/k/a           :
DR. ORLY TAITZ; a/k/a       :
a/k/a WWW.REPUBX.COM,       : Philadelphia, Pennsylvania
a/k/a ORLY TAITZ, INC.,     : December 20, 2010
et al,                      : 2:39 p.m.

- - -

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EDUARDO C. ROBRENO
UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

For the Plaintiffs:     PHILIP J. BERG, ESQUIRE
                        Law Offices of
                        Philip J. Berg
                        555 Andorra Glen Court
                        Suite 12
                        Lafayette Hill, PA   19444


For Defendant Taitz:    ORLY TAITZ, ESQUIRE
                        Law Offices of Orly Taitz
                        26302 La Paz
                        Suite 211
                        Mission Viejo, CA   92691

*Transcribers Limited*
*17 Rickland Drive*
*Sewell, NJ 08080*
856-589-6100 · 856-589-9005

148

I N D E X

PLAINTIFFS' WITNESSES   DIRECT   CROSS   REDIRECT   RECROSS

Lisa Liberi

  By Mr. Berg              22

  By Ms. Taitz                      55


Lisa Ostella

  By Mr. Berg              96



DEFENDANTS' WITNESS   DIRECT   CROSS   REDIRECT   RECROSS

Philip J. Berg

  By Ms. Taitz             125

* * *

CERTIFICATION

I, Matthew Tilghman, do hereby certify that
the foregoing is a true and correct transcript from the
electronic sound recordings of the proceedings in the
above-captioned matter.

_____          _____
Date                           Matthew Tilghman

125

1  that.

2          (Recess, 5:12 p.m. to 5:20 p.m.)

3          THE COURT:  Okay.  Let's proceed.  Mr. Berg,

4  please take the stand, and would you swear Mr. Berg?

5          PHILIP BERG, Defendants' Witness, Sworn.

6          COURTROOM DEPUTY:  Please state your name and

7  spell your last name for the record, please.

8          THE WITNESS:  Philip J. Berg, B-E-R-G.

9          THE COURT:  Okay.  Let's proceed, please.

10                    DIRECT EXAMINATION

11  BY MS. TAITZ:

12  Q   Mr. Berg, you have filed this lawsuit for liable

13  and slander, is that correct?

14  A   Among other things, yes.

15  Q   In your pleadings, in your complaint, you stated

16  that you have a staff of people working for you,

17  office, that you are a highly respected attorney, a

18  staff of people working for you, and Ms. Liberi is

19  highly skilled legal assistant, is that correct?

20  A   Yes.

21  Q   Mr. Berg, how did you start working with Ms.

22  Liberi?

23          MR. BERG:  Your Honor, I'm going to object to

24  this, not relevant to the proceeding before you.

25          THE COURT:  Sustained.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

LISA LIBERI, et al          : CIVIL ACTION NO. 09-1898
                            :
                            :
                            :
                            :
                            :
                            :
          v                 :
                            :
                            :
                            :
                            :
                            :
                            :
ORLY TAITZ, a/k/a           :
DR. ORLY TAITZ; a/k/a       :
a/k/a WWW.REPUBX.COM,       : Philadelphia, Pennsylvania
a/k/a ORLY TAITZ, INC.,     : December 20, 2010
et al,                      : 2:39 p.m.

- - -

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EDUARDO C. ROBRENO
UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

For the Plaintiffs:    PHILIP J. BERG, ESQUIRE
                       Law Offices of
                       Philip J. Berg
                       555 Andorra Glen Court
                       Suite 12
                       Lafayette Hill, PA  19444


For Defendant Taitz:   ORLY TAITZ, ESQUIRE
                       Law Offices of Orly Taitz
                       26302 La Paz
                       Suite 211
                       Mission Viejo, CA  92691


Transcribers Limited
17 Rickland Drive
Sewell, NJ 08080
856-589-6100 · 856-589-9005

169

1                      I N D E X

2   PLAINTIFFS' WITNESSES    DIRECT   CROSS   REDIRECT   RECROSS

3   Lisa Liberi

4     By Mr. Berg              22

5     By Ms. Taitz                     55

6

7   Lisa Ostella

8     By Mr. Berg              97

9     By Ms. Taitz                    120

10

11  DEFENDANTS' WITNESS    DIRECT   CROSS   REDIRECT   RECROSS

12  Philip J. Berg

13    By Ms. Taitz             139

14

15

16

17                      * * *

18

19

20

21

22

23

24

25



CERTIFICATION

    I, Matthew Tilghman, do hereby certify that the foregoing is a true and correct transcript from the electronic sound recordings of the proceedings in the above-captioned matter.

_____
Date

_____
Matthew Tilghman

Ms. Ostella - Direct                    121

1   A    No, no.

2   Q    That's not.  But other documentation still is, is

3   that correct?

4   A    Yes.

5           MR. BERG:  Cross-examine.  Or I'm sorry, Your

6   Honor.

7           THE COURT:  Okay.  Cross-examination.

8           (Pause in proceedings.)

9                    CROSS-EXAMINATION

10  BY MS. TAITZ:

11  Q    Ms. Ostella, isn't it true, and you stated this,

12  that you were administrator -- you were the

13  administrator for the website, Defend Our Freedoms

14  Foundation, and you locked me out of that website, yes

15  or no?

16  A    defendourfreedoms.com, .org, .us, yes, I was web

17  administrator.

18  Q    You --

19  A    And I --

20  Q    And you locked --

21  A    -- did lock you out.

22  Q    Okay.  You locked me out?

23  A    Yes.

24  Q    After you locked me out isn't it true that you

25  continued sending e-mails to donors soliciting

Ms. Ostella - Cross                                122

1   donations?

2   A    No.

3   Q    Ma'am --

4   A    Can I see one of those e-mails?

5            MS. TAITZ:  Your Honor --

6            THE COURT:  Excuse me, that -- the answer is

7   no.

8            THE WITNESS:  I'm sorry, no.

9            THE COURT:  Okay.  Next question.

10           MS. TAITZ:  Your Honor, I believed that this

11  is hearing only about TRO.  I do not have those e-mails

12  right now, however, I will testify, and I am testifying

13  under penalty of perjury, that numerous donors have

14  received e-mails from Ms. Ostella asking for donations.

15           THE COURT:  Well, as I said to you, this is a

16  preliminary hearing.

17           MS. TAITZ:  Yeah.

18           THE COURT:  There may be -- there may be a

19  need for further hearings and further evidence --

20           THE WITNESS:  You have my --

21           THE COURT:  -- so your --

22           THE WITNESS:  You have a copy of my PayPal --

23           THE COURT:  Excuse me a minute.

24           THE WITNESS:  -- accounts with the material.

25           THE COURT:  Please.

Ms. Ostella - Cross                           123

1          THE WITNESS:  I'm sorry.

2          (Pause in proceedings.)

3          THE COURT:  You will have an opportunity --

4          MS. TAITZ:  Okay.

5          THE COURT:  -- if there is a further hearing.

6          MS. TAITZ:  Yes.

7          THE COURT:  As I said, there are other issues

8    involved here, damages, professional conduct, a number

9    of other issues that may require further explanation.

10         MS. TAITZ:  Okay.

11         THE COURT:  At this point your answer is no,

12   and then --

13         MS. TAITZ:  Okay.

14         THE COURT:  -- you can ask the next question.

15   BY MS. TAITZ:

16   Q   Ms. Ostella, after you locked me out I had to

17   create a new website, and I created website

18   orlytaitzesq.com, is that correct?

19   A   No, you went to repubix next --

20   Q   And then -- and then I created --

21   A   -- and then orlytaitzesq.com, correct.

22   Q   Okay.  So I created my own website?

23   A   Correct.

24   Q   And my PayPal was connected to orlytaitzesq.com,

25   that's right?

Ms. Ostella - Cross                    124

1   A   I -- yeah.  I -- yeah.

2   Q   So the PayPal that was connected to the old account

3   was your account, right?  Yes or no?

4   A   You are talking about a virtual -- a virtual

5   terminal versus a PayPal button so there is a

6   differentiation between how you're saying that.

7   Q   But it was -- okay.  It was a PayPal account where

8   people could donate, right?

9   A   Correct.

10  Q   So after you locked me out, you replaced my PayPal

11  account with your own PayPal account on --

12  A   Yes.

13  Q   -- that website?

14  A   Yes.

15  Q   So when people, my donors, went on my old website,

16  Defend Our Freedoms, instead of donating to me so I can

17  work they were donating to you, right?

18  A   Actually, I have my PayPal accounts in with the

19  papers I gave you, and it shows no donations to --

20  Q   But --

21  A   -- Defend Our Freedoms.

22  Q   And we will verify how much you received and how

23  much you didn't receive.

24          But after you locked me out you replaced the

25  account, so after I was locked out anybody who were to

Ms. Ostella - Cross                     125

1  donate or not to donate would go to your personal

2  account, is that correct?

3  A    Would.

4  Q    Yes.  Okay.  Now, let me ask you --

5           THE COURT:  But you're saying no one did?

6           THE WITNESS:  No one did and my PayPal

7  records are in the book, sir.

8           MS. TAITZ:  Your Honor, I actually do have

9  records showing that indeed --

10          THE COURT:  Okay, fine.

11          MS. TAITZ:  -- that happened.

12          THE WITNESS:  It would still be in my PayPal

13 account.

14 BY MS. TAITZ:

15 Q    Now, I will have to subpoena your PayPal account.

16 A    Go ahead.

17 Q    I have this from the donors.  Now, isn't it true

18 that in regards to this website, lisaliberi.com, and

19 you stated before that the only connection that you

20 have is with Mr. Staples, not with me?

21 A    Correct.

22 Q    Okay.

23 A    And that's all I've said --

24 Q    Okay.

25 A    -- in my affidavits.

Ms. Ostella - Cross                    126

1   Q   Okay.  So you are the expert for Berg and Liberi

2   and you are saying that the subject of this TRO,

3   lisaliberi.com, is only connected to Mr. Staples and

4   not to me, is that correct?

5   A   No, I didn't differentiate that.  I said I have

6   proof of Jeff Staples --

7   Q   Okay.  Only --

8   A   -- not proof of you.

9   Q   That's right.  Okay.  I wanted to ask just one more

10  question.  Through Mr. Berg you have submitted to Third

11  Circuit Court of Appeals and court in Florida --

12  A   Yes.

13  Q   -- a statement that I allowed you to sign

14  documents, is that correct?

15  A   And I backed that up, too, with my material I

16  submitted to that court.

17  Q   Okay.

18          MS. TAITZ:  Your Honor, I wanted to show you

19  the documents that were submitted to Third Circuit

20  Court of Appeals and a court in Florida that they

21  submitted, if I can --

22          THE WITNESS:  That doesn't look like the

23  Pacer docket.

24          MR. BERG:  Do you have a copy that I can see?

25          MS. TAITZ:  Sure.

Ms. Ostella - Cross                    127

1      THE COURT:  Well, let's see.  What do you

2  purport this to be?

3      MS. TAITZ:  This is forgery.  I never --

4      THE COURT:  No, but what is -- where does it

5  come from?

6      MS. TAITZ:  It says from Lisa Ostella.  They

7  have provided this to me and Mr. Berg.

8      THE COURT:  You're saying these documents

9  have been filed with a court?

10      MS. TAITZ:  Yes.

11      THE WITNESS:  Yes, but that is not the

12  Pacer --

13      THE COURT:  And they --

14      THE WITNESS:  -- docket.

15      THE COURT:  And they purport to have your

16  signature?

17      MS. TAITZ:  Ms. Ostella claimed that I

18  allowed her to sign documents.

19      THE COURT:  Okay.

20      MS. TAITZ:  If you were to look at this -- if

21  somebody allows you to sign documents, you would see

22  that it's signed a little bit differently one time,

23  another time.

24      And if you look at those documents, it's

25  clearly a forgery.  You can see that they took my

Ms. Ostella - Cross                                    128

1    signature from a document and cut and pasted it on

2    multiple documents.

3            THE WITNESS:  Yes, I did with her permission.

4    BY MS. TAITZ:

5    Q    Okay.  So you are saying that I permitted you to --

6    to cut my signature from a document and paste it on

7    many documents?

8    A    I --

9    Q    Is that what you're saying?

10   A    And I did that on more than subpoenas.  I did that

11   on dossiers and letters you sent out too.  I live in

12   New Jersey, you live in California.  We're not in the

13   same office.  I had permission to sign documents to

14   you.  I sent them out to the servers to sub --

15   Q    Ma'am --

16   A    -- for the subpoenas to be served.

17   Q    Ma'am, if you can look at this document, you can

18   see that the signature -- what -- it's the same

19   signature on a number of documents.

20   A    Yes.

21   Q    Can you -- how -- can you explain how could it

22   happen that if I were to allow it to you, how did it

23   happen that on a document that you claim that I've

24   allowed you to sign, cut and paste, in January there

25   was a signature that was from April, three months

Ms. Ostella - Cross                    129

1   later?  How could that happen?

2   A    I --

3   Q    You took --

4   A    -- don't understand.

5   Q    You took a document that I signed in April of 2009

6   and then you cut and pasted signature --

7   A    That's the same --

8   Q    -- on documents that were sent --

9   A    That's the same signature.

10  Q    -- several months earlier.

11  A    I had your signature in a bit map on my computer.

12  Q    Ma'am, every person signs documents a little bit

13  differently.

14  A    Not when you use a rubber stamp.

15  Q    Do I have a rubber stamp?

16  A    No, I had a bit map for your rubber stamp.

17  Q    So you have -- you have created a rubber stamp with

18  my signature?

19  A    No, I had a bit map for your rubber stamp.

20  Q    Okay.  So you -- okay.

21          THE COURT:  Okay.  So next -- next area.  Do

22  you have anything else, Ms. Taitz?

23          MS. TAITZ:  Okay, yes.

24  BY MS. TAITZ:

25  Q    Ma'am, have you -- you have accused me of -- of

Ms. Ostella - Cross                    130

1  stalking you and you have accused me -- I mean I am an

2  attorney and you have accused me of trying to hire a

3  hitman to kidnap your children.

4  A   I did not make those statements.

5  Q   Who made those statements?

6  A   Those weren't made by me.

7  Q   But can you tell me who made those statements?

8  Where --

9  A   They are in the court filings on this.

10 Q   And who made those --

11 A   I don't know who writes what.

12 Q   And who made those court filings?

13 A   They came from my attorney's law office.

14 Q   You mean they came from Mr. Berg, right?

15 A   His law office, yes.

16 Q   And how did he come up with this idea that I tried

17 to hire somebody to kidnap your children?  Can you

18 explain?

19 A   Oh, that?

20 Q   Yes.

21 A   That wasn't hitman.  That was different.  Are you

22 talking about -- okay.  Because if you're talking about

23 the kidnapping of my children, that was --

24 Q   Yes.

25 A   -- different from Ruben Nierto.

Ms. Ostella - Cross                    131

1   Q    Okay.  How -- I mean you -- you have accused me of

2   serious crimes.

3   A    Yes, I have.

4   Q    And on what basis?

5   A    And I stand on them.

6   Q    Okay.  What's the basis?

7   A    You came to New Jersey after the last court date

8   and drove around New Jersey, drove past my child's

9   school, drove past my house.

10  Q    Ma'am --

11  A    I --

12  Q    Ma'am, excuse me.  Where -- from what -- where do

13  you get it?  You -- there is -- there is -- I -- there

14  is no evidence to that.  I would --

15  A    Yes, there is.

16  Q    I went to New Jersey to report you, report the fact

17  that you locked me out of the account of my foundation

18  and you replaced my PayPal with your PayPal.  I went to

19  New Jersey to report diversional funds from my

20  foundation.  Instead, you accuse me of going to New

21  Jersey to kidnap your children.  From what?

22  A    No, I didn't accuse you of going to kidnap my

23  children on that trip.  I have an affidavit.

24         THE WITNESS:  Tab K, sir, in the binder I

25  gave you.

Ms. Ostella - Cross                132

1          THE COURT:  To what effect?

2          THE WITNESS:  Tab K is the gentleman that was

3   with her when she drove around New Jersey.

4          MS. TAITZ:  He is not here.  This is -- he is

5   the --

6          THE WITNESS:  His affidavit is here.

7          MS. TAITZ:  But this is hearsay.  I cannot

8   question him.

9          THE WITNESS:  Affidavits are not hearsay.

10  BY MS. TAITZ:

11  Q    Does it say anywhere in his affidavit that I was

12  trying to kidnap your children?

13  A    No, I didn't say it was.

14  Q    Does it say that I went to report you to the

15  police, yes or no?

16  A    Yes, you came --

17  Q    Okay.  Thank you.

18  A    -- here, drove past --

19  Q    No more --

20  A    -- my house.

21         MS. TAITZ:  That is all.

22         THE WITNESS:  No, she's cutting off my

23  statement.

24         THE COURT:  Okay.  Thank you.  You may step

25  down, ma'am.  Okay.

# EXHIBIT 8

# AUGUST 27, 2017, BERG PROMOTING "OBAMASCARE" BOOK

# WHERE A FULL CHAPTER IS DEVOTED TO VICIOUS DEFAMATION OF TAITZ



Home | **Mail** | Return to original Hushmail

orly.taitz@hushmail.com | Contacts | Preferences | Help | Sign Out

**Hushmail** ⓘ    Check mail    Compose    Search this folder    Search

| | |
|---|---|
| Inbox | 2,358 |
| Sent | |
| Drafts | 19 |
| Junk | 300 |
| Trash | 726 |

Manage folders

← Back to Inbox   Reply   Reply all   Forward   Mark unread   Move   Delete   Report spam      Previous 13 of 19392 Next →

### Re: I have BCC'd a myriad of Constitutionalists (aka Birthers)

| | | | | | |
|---|---|---|---|---|---|
| Philip Berg to | Gary W., | Sharon Rondeau, | Andrea Shea King, | Arlen Williams, | Bettina Viviano, |
| Bob Nelson, | Brian Wilmott, | Burgess Owens, | Carl Gallup, | Carl Swensson, | Charles Kerchner, |
| Cort Wrotowski, | Dale Laudenslager, | David LaRocque, | Diana West, | Don Frederick, | Dr. Kate Vandemoer, |
| Ed Sunderland, | Edward C. Noonan, | Erik Rush, | Floyd Brown, | Gary Laconis, | Gary Laconis, |
| George Miller, | Harry Accornero, | Harry Wilmott, | JB Williams, | Jack Cashill, | Jeff Harrison, |
| Jeff LICHTER, | Jerome Corsi, | Joan Swirsky, | Karen Kiefer, | Kevin Powell, | LL Wilkinson, | Ladysforest, |
| Larry Conti, | Laurie Roth, | Lawrence Sellin, | Linda Bentley, | Lloyd Marcus, | Mara Zebest, |
| Marco Ciavolino, | Mario Apuzzo, | Mark Gillar, | Michael Volin, | Mike Lerman, | Neil Sankey, | Neil Turner, |
| Neil Turner, | Nellie Ristvedt, | Orly Taitz, | Pamela Barnett, | Pat Boone, | Paul Irey, | Peter Boyles, |
| Randy Foreman, | Rob Lamb, | Robert Rosenberg, | Roger Ogden, | Steve Yantzer, | TPATH, | Terry Lakin, |
| Tom Ballantyne, | Tony Dolz, | Voni McGrath (6 hours ago) | show details | create a rule | | |



I agree !

A good start would be to promote my book, ObamaScare, as it details Obama as a Fraud, Phony, Liar & Imposter !
Obama was Born in Kenya and always was Constitutionally INeligible to be president. It also details 40 of Obama's
wrongs including Benghazi, IRS, AP, etc.

On Sun, Aug 27, 2017 at 8:12 PM Gary W <gmw0411@att.net> wrote:

Thought: Can we leverage Sheriff Joe and his presidential pardon to
bring attention and a favorable resolution to Terry Lakin's situation?

Enough is enough. I am sick and tired of the despicable media and
self-serving frauds in Congress who refuse to report the truth or do
the RIGHT thing! The media and most people in Congress are our
enemy!

If we want to make America great again we first need to take back
our country!

Obama and his thugs and the evil media need to FINALLY be

← Back to Inbox   Reply   Reply all   Forward   Mark unread   Move   Delete   Report spam      Previous 13 of 19392 Next →

View as: Mobile | Desktop

# EXHIBIT 9

## Ostella using defendourfreedoms.net for caffepress.com link to sell t-shirts.

## No accounting and no money was transferred to DOFF by Ostella



# EXHIBIT 10

# THEFT OF SOCIAL SECURITY NUMBER OF TAITZ

 **IRS** Department of the Treasury
Internal Revenue Service

FRESNO    CA   93888-0025

In reply refer to:
Feb. 05, 2014   LTR

ORLY TAITZ



004908

         Taxpayer Identification Number:
                    Tax Period(s):

                         Form:   1040

Dear Taxpayer:

We regret that we sent you an incorrect refund for
mail. The refund, dated Apr. 16, 2012, was for the
Dec. 31, 2011, tax period. We sent this refund to you in error because
there was an issue of identity theft on your account.

# EXHIBIT 11

**Examples of e-mails from donors stating that their donations were diverted from DOFF. Lisa Ostella writing to donor an explanation for the problem and not blaming it on a computer glitch, but rather blaming another person, a moderator on the web site, for changing the e-mail address, which led to diversion of donations**

3/17/2017 (758 unread) - dr_taitz@yahoo...

Q All    Dr. Orly Taitz ESQ, search your mailbox

🏠 Home    Orly    ⚙

Compose

← Search results  ←  ⟪  →    📁 Archive    📥 Move ⌄    🗑 Delete    🛡 Spam ⌄    ⋯ More ⌄    ⬆ ⬇ ✕

Add Gmail, Outlook, AOL and more

Inbox (9999+)

Drafts (20)

Sent

Archive

Spam (2309)

Trash (50)

∨ Smart Views

Important

Unread

Starred

People

Social

Shopping

Travel

Finance

suntrust

› Folders (1)

› Recent

## Fw: RE: Donation to DOFF February 25, 2009

**Kathleen V̶̶̶̶̶̶**                                           03/28/09 at 5:38 PM

To: dr_taitz@yahoo.com

Dear Orly,

I wrote to Lisa Ostella and this was her answer to me about the paypal donation of 100.00 on February 25. I will try to get money to you, but am still trying to find out what happened to the original 100.00 I sent. If you haven't received it and it wasn't returned to me, where is it? I still wonder what's going on and I will try to solve it. Is Lisa Ostella one of your people? Kathleen

--- On Sat, 3/28/09, Lisa Ostella <*lisaostella@hotmail.com*> wrote:

From: Lisa Ostella <lisaostella@hotmail.com>
Subject: RE: Donation to DOFF February 25, 2009
To: kathleenv̶̶̶̶̶̶̶̶
Date: Saturday, March 28, 2009, 10:29 AM

A moderator from the site board, who no longer works with us, changed Orly's email to: gmail.org

This has been resolved.

Her PayPal email is orly.taitz@gmail.com

Now, below, you said the money was charged back and you also said you haven't received it. I don't understand.

Our methods we have is snail mail and PayPal. Sorry if you aren't comfortable with that.

Lisa Ostella
Defend Our Freedoms Foundation
http://defendourfreedoms.org
Peace through Strength
http://www.barofintegrity.com

Date: Sat, 28 Mar 2009 07:13:41 -0700
From: kathleenv̶̶̶̶̶̶̶̶̶̶
Subject: Donation to DOFF February 25, 2009
To: lisaostella@hotmail.com

Hello Lisa,

I sent a 100.00 donation to Orly through my paypal account on February 25. The money was charged to my credit card within the next few days. Yesterday, I got a letter from pp saying that Orly did not sign up for her recipient account @gmail.com and the transaction could not be completed. This makes no sense, and furthermore, doesn't explain why they held onto the money for more than a month. The money has not been creditted back to me yet.

Just to let you know, I intend to cancel my paypal account now. To be honest, I do not think that sending a hard check or a cashier's check to Mrs. Taitz' address is safe. What do you recommend?

Kathleen V̶̶̶̶̶̶
̶̶̶̶̶̶̶̶̶̶̶̶

Quick access to Windows Live and your favorite MSN content with Internet Explorer 8.

Max Ma on flickr

                                                                                                1/1

A comment regarding "Breaking and entering into my PayPal account", an entry at DEFENDOURFREEDOMS.US, was written at 3/9/2009 2:24:45 PM.


Author: Pat
IP Address: ███████████████
Email Address: ████████████████
Home Page:

Comment:

Hi!

I wrote to you many weeks back as we tried on several occasions to send money via Paypal to you but we did not hear back from anyone. We reported the problems we were having trying to send donations and when we did not hear back we could only assume that you were not interested.

We wanted to do something to help and also offered to send letters out to elected officials as well in order to help with the costs of printing...still no reply.


We know there was no problem on our end as we donate to many causes via Paypal and had no problems, so we wanted to alert you to the problem.

I would strongly recommended a P.O. box. Next thing you know someone will be stealing your mail. At least at a PO box they is under lock and you would be the only one with a key.

Thanks

A comment regarding "Breaking and entering into my PayPal account", an entry
at DEFENDOURFREEDOMS.US, was written at 3/9/2009 9:56:37 AM.

---

Author: Martin SC
IP Address: ▓▓▓▓▓▓▓
Email Address: ▓▓▓▓▓▓▓▓▓▓
Home Page:

---

Comment:

I just checked Pay-Pal & a donation that I sent through on 3-6-09 was diverted to the
(Hacked Address) see below. Under "Status".... is said "Unclaimed", so I cancelled it.
If donations have been claimed.... does it count the same as "Snail Mail" fraud which is
a Felony offence?
Get 'em Dr. Orly !!! Can you believe the nerve of someone who would mess with the
relentlessness of Dr. Taitz..... Jail time pending if those donations show up as
"Claimed".... Add this mess the the "Eric Holder Letter... for the special Prosecutor to
deal with.

From Pay-Pal website:

Do you want to cancel this payment?

Payment Type: Donation Sent
Transaction ID: 9WF64738J72645149
Email: orly.taitz@gmail.org
Date: Mar. 6, 2009
Time: 14:58:32 PST
Status: Canceled
Amount: -$25.00 USD

---

You can perform the following actions on this comment:

- Approve this comment.
- Reply to this comment.

This is an automated message.

A comment regarding "Breaking and entering into my PayPal account", an entry at DEFENDOURFREEDOMS.US, was written at 3/15/2009 9:41:43 AM.

Author: Monica C.
IP Address: ████████████
Email Address: ████████████████
Home Page:

Comment:

ok. i'm concerned now... i've just gone back over my paypal account online, and my receipt, and it appears my contribution may have gone elsewhere as well:
Business Name:
Defend Our Freedoms (The recipient of this payment is Verified)
Email:
lisaostella@hotmail.com

i attempted to contact paypal regarding this, and was unable to online, via the website or via email. i'm going to call them. they should have to take some responsibility based on the fact that they stated the recipient was verified for "defend our freedoms." (perhaps i'm just too trusting...) so what can we do? or are we just out the donation?

You can perform the following actions on this comment:

- Approve this comment.
- Reply to this comment.

This is an automated message.