UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SACV 11-00485-AG (RAOx) | Date: | January 22, 2018 |
| Title: | Lisa Liberi et al. v. Orly Taitz et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo, Relief | CS 1/22/2018 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Jose Lorenzo | Kim Schumann |
| | Jeffrey Cunningham |

**Proceedings:**     **MINUTE ORDER RE: SETTLEMENT CONFERENCE**

On January 22, 2018, the parties and their counsel appeared for a settlement conference, but were unable to reach a settlement.

**IT IS SO ORDERED.**

                                                                       5 : 30
Initials of Preparer      dl