J.B. Lorenzo
**Lorenzo Law Firm, P.A.**
P.O. Box 11253
Tallahassee, FL 32302
admin@lorenzolawfirm.com
tele. No. 855.757.2757

*Attorney for Plaintiff Lisa Ostella*

Jeff Cunningham, Esq.
Kim Schumann, Esq.
Schumann Rosenberg
3100 Bristol Street, Suite 100
Costa Mesa, CA 92602
jcunningham@schumannrosenberg.com

*Counsels for Defendant Orly Taitz*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Lisa Liberi, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ORLY TAITZ, et al, <br><br> Defendants. | CIVIL ACTION NUMBER: <br><br> **8:11-cv-00485-AG (RAO)** <br><br> **JOINT NOTICE OF GOOD FAITH SETTLEMENT CONFERENCE** <br><br> Date of Settlement Conference: January 22, 2018 <br><br> Before: Hon. Rozella A. Oliver (Magistrate) |

Joint Notice of Good Faith in Settlement Conference

1

**TO THE COURT, AND ALL PARTIES, HEREIN THE NOTICE IS GIVEN,** that on Monday, January 22, 2018, both undersigned counsels, convened with a third party to conduct a settlement conference.

**1.** The parties and their undersigned counsels conducted the settlement conference before United States District Court Judge, Magistrate Rozella A. Oliver.

**2.** This conference was conducted pursuant to Order Dkt. No. 774 (as amended), in accord with Local Rule 16-15.1, et seq.

**3.** The Conference commenced at 10:00 AM (PST) and concluded approximately 3:00 PM (PST)

**4.** The undersigned counsel for the Plaintiff, Lisa Ostella, affirms that it engaged in the conference in good faith.

**5.** The undersigned counsel for the Defendant, Orly Taitz, affirms that it engaged in the conference in good faith.

**6.** Both parties attest, as confirmed by Order Dkt. No. 788, that no settlement was reached.

**7.** This Joint Notice of Good Faith is respectfully submitted pursuant to Order Dkt. No. 774 (as amended)

Joint Notice of Good Faith in Settlement Conference

Dated:  January 24, 2018                                    Respectfully submitted,

/s/JB Lorenzo
LORENZO LAW FIRM, P.A.
2040 Delta Way
P.O. Box 11253
Tallahassee, FL 32302
admin@lorenzolawfirm.com
*Counsel for Lisa Ostella/Plaintiff*

/s/ Jeff Cunningham
Jeff Cunningham, Esq.
/s/_Kim Schumann
Kim Schumann, Esq.
**Schumann Rosenberg**
3100 Bristol Street, Suite 100
Costa Mesa, CA 92602
jcunningham@schumannrosenberg.com

*Counsels for Defendant Orly Taitz*

Joint Notice of Good Faith in Settlement Conference