UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 11-00485 AG (RAOx) | Date | February 27, 2018 |
|---|---|---|---|
| Title | LISA LIBERI ET AL. v. ORLY TAITZ ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Dwayne Roberts | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER RE LETTER CONCERNING SUMMARY JUDGMENT QUESTIONS**

Consistent with the pretrial filing restriction in this case, Plaintiff's counsel sent the Court a letter asking two questions concerning the upcoming summary judgment deadline: "(1) Are [the parties] to meet and confer before we file our respective MSJs? (we ask because of the peculiar situation of this case). (2) Is plaintiff's lawyer required to file declaration about exhibits?"

Concerning the meet and confer requirement: yes, the parties must meet and confer before filing their motions for summary judgment under Local Rule 7-3. The Court ORDERS the parties to discuss settlement during the meeting.

Concerning the declaration question: the parties must follow the Local Rules and the Federal Rules of Civil Procedure, including the procedures listed in Federal Rule of Civil Procedure 56(c) and the requirements of Local Rules 56-1 through 56-3.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | dr | |