Kim Schumann, Esq. State Bar #170942
Jeffrey P. Cunningham, Esq., State Bar # 151067
**SCHUMANN | ROSENBERG**
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 850-0210
Facsimile:  (714) 850-0551
Email: Cunningham@SchumannRosenberg.com

Attorneys for Defendant, ORLY TAITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ORLY TAITZ, et al.,<br><br>    Defendants. | Case No. 8:11-CV-00485-AG (RAO)<br>Hon. Andrew Guilford<br>Courtroom 10D<br><br>**DECLARATION OF BRUCE WILTSE**<br><br>Date:            T.B.D.<br>Time:            10:00 a.m.<br>Courtroom:   10D<br><br>Date Action Filed:   May 4, 2009<br>Trial Date:              None |

I, BRUCE WILTSE, declare as follows:

1.  I make this declaration based on my personal knowledge of the facts stated herein. I gained my personal knowledge of the facts stated herein by virtue of my participation in the events described herein, my review of the documents described herein, or by some combination of the foregoing as identified herein. If called to testify to the facts stated herein, I could and would do so competently and truthfully under oath.

2.  I am a former Board member of DEFEND OUR FREEDOMS FOUNDATION ("DOFF") 3.   Since the beginning of 2009, I have been a

1
**DECLARATION OF BRUCE WILTSE**

1  supporter of and donor to ORLY TAITZ ("Taitz"), and a member of the political
2  activist community, because of her work in preserving Constitutional freedoms.

3    4.    I attended a number of oral arguments in cases brought by Taitz in the
4  United States District Court for the Eastern District of California.

5    5.    As a former Board member of DOFF, I am familiar with donations
6  made by supporters of Taitz in 2009. Supporters of Taitz donated to her to support
7  her work on Constitutional and other legal issues.

8    6.    In the course of my support for Taitz and DOFF, and as a board
9  Memeber of DOFF, I read and am thus familiar with the website of DOFF in 2009.
10  LISA OSTELLA ("Ostella") was the volunteer webmaster for Taitz and DOFF's
11  website in early 2009.

12    7.    Persons who made donations through websites of DOFF, including
13  through the PayPal donation feature on such websites, did not intend to donate to
14  Ostella. Such donors intended to donate to Taitz to assist her with her work on
15  Constitutional and other legal issues.

16    8.    It is my understanding that Ostella contends that DOFF's website in
17  early 2009 was only a temporary website for DOFF, which was under Ostella's
18  control, and that she had the right to take control of it away from Taitz and DOFF.

19    9.    Ostella's contentions are incorrect. DOFF's website in early 2009 was
20  its permanent website, and was known to the political activist community, of which
21  I was a member, as the permanent website of DOFF.

22    10.    Ostella took over the website of DOFF and control over its PayPal
23  donation feature in mid-April 2009.

24    11.    As a former Board Member of DOFF, I know that when Ostella took
25  over DOFF's website and control over its PayPal donation feature, she caused
26  serious financial damage to DOFF as she operated a website that looked the same as
27  before she took it over, and she solicited donations through that website, thus
28

making the political activist community believe that it was still DOFF's website.

12. I have reviewed and am thus familiar with screen shots of DOFF's website from WaybackMachine.com from April 3, 2009, when it was still the website of DOFF, and from April 29, 2009, after it had been taken over by Ostella. A true copy of the screen shot from April 3, 2009 is attached hereto as **"Exhibit A."** A true copy of the screen shot from April 29, 2009 is attached hereto as **"Exhibit B."** As shown in these screen shots, the website as of April 3, 2009 looked the same as of April 29, 2009. The later screen shot shows that the website displayed a picture of Taitz in its right upper corner and "Defend Our Freedoms" on top of the website. It also displayed "Defend Our Freedoms" on top of the area containing the Pay Pal link.

13. I did not know that DOFF's website had been taken over by Ostella until I was informed of that by Taitz. I therefore cannot state for certain if any of my donations made in 2009 went to Ostella.

14. At some point after Ostella took over DOFF's website, I became aware that Taitz had created a new website, orlytaitzesq.com, and I began reading that new website. Taitz made postings on orlytaitzesq.com to the political activist community, which postings I read and am thus familiar with.

15. Taitz made postings on orlytaitzesq.com informing the political activist community that DOFF's website and the PayPal donate feature of the website were no longer under the control of Taitz or DOFF, and therefore that persons intending to donate to Taitz and DOFF should not do so on that website but instead through orlytaitzesq.com.

16. As a member of the political activist community, a Board Member of DOFF, and a supporter of Taitz and her political and legal work advancing the interests of that community, I had an interest in reading Taitz's subject postings since I was entitled to know and wished to ensure that my donations intended for

1  Taitz and DOFF made after mid-April 2009 would be received by Taitz and DOFF.
2  Taitz's subject postings, and my review of them, therefore protected my interests as
3  a member of the political activist community including my financial interests in
4  ensuring that my donations would be received by Taitz and DOFF.
5      I hereby declare under penalty of perjury under the laws of the United States
6  of America that the above is true and correct.
7      Executed on 03/10/2018, in Napa, CA 94558.

By: /s/ Bruce Wiltse
    Bruce Wiltse

**"Exhibit A"**

# DEFEND OUR FREEDOMS FOUNDATION
to defend the rights and freedoms that exist for all citizens in the united states



## FROM WORLD NET DAILY

### BORN IN THE USA?
### Citizen grand jury indicts Obama
#### Groups in 20 more states reviewing eligibility claims

Posted: March 31, 2009
8:35 pm Eastern

By Bob Unruh
© 2009 WorldNetDaily

President Obama has been named in dozens of civil lawsuits alleging he is not eligible to be president, with one man even filing a criminal complaint alleging the commander-in-chief is a fraud, and now a citizen grand jury in Georgia has indicted the sitting president.

The indictment delivered to state and federal prosecutors yesterday is one of the developments in the dispute over Obama's eligibility to be president, which centers on the U.S. Constitution's requirement that presidents be "natural born" citizens.



Orly Taitz

Orly Taitz, a California attorney working on several of the civil actions, also announced she has filed another Quo Warranto case in the District of Columbia, where, she told WND, the statutes acknowledge that procedure.

The Quo Warranto claim essentially calls on Obama to explain by what authority he has assumed the power of the presidency.

(Story continues below)

| MOST READ |
|---|
| **News From The Worlds Of History, Gemology, And Science.** |
| 1. Huge Ruby Found In Bali |
| 2. World's Most Expensive Watch Disappears |
| 3. Cache Of Giant Raw Diamonds Found |
| 4. 1930's Antique Spedometer Found On A Wrist |
| 5. Yale's Heros Of World War I |
| 6. Pearl Merchant Goes Bankrupt |
| 7. U.S. Clock Loses 1 Second in 20 Million Years |
| 8. Chemist shocks Diamond Trade |
| 9. The Death Of Overpriced Luxury |
| www.stauer.com |

## HOT TOPICS!

**We have about 2200 signatures on the Petition to Date. However it has to be taken down for clean up.**

File Reports with your local police to initiate an investigation like this one in Texas

Major General Commanding General Carroll D. Childers Joins Military Suit

Military Officer Oath Analysis and Open Letters and Bios from Brave and High Ranking Officers

From Rep. Tim Jones, Missouri

Dossiers and Getting the Word Out

## DEFEND OUR FREEDOMS GRAND JURIES



## BACK TO MAIN PAGE

## DEFEND OUR FREEDOMS FOUNDATION

Visit our Defend Our Freedoms Foundation Website to learn about us, information Downloads, to join mailing list, political action contacts and more.

Backup blog if Site is Down

## LOGIN

Login to Post

## QUICK SEARCH

Search only in titles:



QUICK SEARCH

Search only in titles:

Search
Advanced Search

HELP SUPPORT DEFEND OUR FREEDOMS FOUNDATION


Donate with PayPal
Or Mail Checks to:
Orly Taitz DDS Esq
Defend Our Freedoms Foundation
26302 La Paz Rd, ste 211
Mission Viejo Ca 92691

CAN'T DONATE? RAISE MONEY!

Run an Auction! Earn money for yourself while raising money for DOFF!

Shop! This merchant donates $25 from jewelry sales to DOFF!!

BIO LINK



Dr. Orly Taitz, the principal attorney behind the Keyes lawsuit and founder of Defend Our Freedoms Foundation. Dr. Taitz was born in the Former Soviet Union.

Dr. Orly Taitz is the attorney for:



Ambassador Dr. Alan Keyes



Georgia resident Carl Swensson, whose work is detailed on his Rise up for America website, told WND he got tired of the issues over Obama's eligibility, as well as his performance in office.

"I took it upon myself to find as many patriots as I could across the state, for the purpose of seating 25 for a grand jury," he said.

Over the weekend the jurors took sworn testimony from several sources, including Taitz, and then generated an indictment that later was forwarded to the U.S. attorney, the state attorney general and others in law enforcement across the state.

Swensson cites on his website as authority for the grand jury the Magna Carta, the bill of rights that formed the foundation of British common law on which U.S. law is based.

He said the members were chosen, sworn in and observed all of the rules of procedure. Swensson declined to elaborate on the specific allegations about Obama, telling WND that remains confidential at this point because of the possibility of a prosecution.

However, the website explanation of the procedure includes some intimidating language.

"If the government does not amend the error within 40 days after being shown the error, then the four members shall refer the matter to the remainder of the grand jury," it says. "The grand jury may distrain and oppress the government in every way in their power, namely, by taking the homes, lands, possessions, and any way else they can until amends shall have been made according to the sole judgment of the grand jury."

Swensson said the indictments were delivered to the U.S. attorney for the Northern District of Georgia, state officials and leaders of the Georgia Senate and House.

He told WND that since the action in Georgia, he's been contacted by groups in at least 20 other states who want to pursue a similar action.

Meanwhile, Taitz told WND she has forwarded to U.S. Attorney Jeffrey Taylor in Washington, D.C., a request for the U.S. to relate Quo Warranto "on Barack Hussein Obama, II to test his title to president."

Named as plaintiffs in the action are nine military or legislative leaders, including Allen C. James, currently on active duty in the U.S. Army in Iraq. Others include several retired military leaders as well as elected state representatives.

"Relators request that as U.S. Attorney, you institute a Quo Warranto proceeding against Obama under

"Relators request that as U.S. Attorney, you institute a Quo Warranto proceeding against Obama under DC Code § 16-3502, and demand that Obama show clear title, proving, with clear and convincing evidence, that he had qualified as president elect," Taitz told Taylor.

"By each relator's constitutional oath of office, and interest above other citizens and taxpayers, relators submit that they have standing," Taitz wrote.

"In *arguendo* of Respondent Obama's burden of proof, motions are submitted requesting mandamus on Hawaii Gov. Linda Lingle for evidence, and on Sec. State Hillary Rodham Clinton for evidence and to request evidence from Britain and the Republics of Kenya, Indonesia and Pakistan," Taitz said.

Where's the proof Barack Obama was born in the U.S. or that he fulfills the "natural-born American" clause in the Constitution? If you still want to see it, join more than 345,000 others and sign up now!

She told WND the case was filed in the District of Columbia because the district recognizes the procedure. Taitz, who is working on her cases through the Defend Our Freedoms Foundation, cites a legal right established in British common law nearly 800 years ago and recognized by the U.S. Founding Fathers to demand documentation that may prove – or disprove – Obama's eligibility to be president.

She previously submitted a similar case to U.S. Attorney General Eric Holder.

The legal phrase essentially means an explanation is being demanded for what authority Obama is using to act as president. An online constitutional resource says Quo Warranto "affords the only judicial remedy for violations of the Constitution by public officials and agents."

John Eidsmoe, an expert on the U.S. Constitution now working with the Foundation on Moral Law, said the demand is a legitimate course of action.

"She basically is asking, 'By what authority' is Obama president," he told WND. "In other words, 'I want you to tell me by what authority. I don't really think you should hold the office.'"

"She probably has some very good arguments to make," Eidsmoe said.

WND has reported on dozens of legal challenges to Obama's status as a "natural born citizen." The Constitution, Article 2, Section 1, states, "No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President."

Some of the lawsuits question whether he was actually born in Hawaii, as he insists. If he was born out of the country, Obama's American mother, the suits contend, was too young at the time of his birth to confer American citizenship to her son under the law at the time.


President Obama

### ACTION!

What else you can do right now:

Visit the FBI! Contact our coordinator for the FBI visits.

Visit the US Attorneys! Contact our coordinator and put US Attorney in the subject line.

Any letters from Congressmen, Senators, electors, etc. should be copied to our coordinator. These letters need to be on letter head. We will accept emails also as long as they have the address of where they came from. Please black out your own personal information. These letters will be submitted to SCOTUS.

Sign up to become a plaintiff if you are active or retired military

View this video and email to your friends and family:

Exactly What is a Natural Born Citizen?

If you are an attorney and would like to assist Dr. Orly Taitz, please feel free to contact her.

Even if you are not an attorney you can help by writing to your state and federal elected representatives to express your concern

Also, contact your state governor

Fax, call or write the authorities:

FBI Chicago Division:

(312) 421-6700 email

United States Secret Service:

WASHINGTON, D.C.
202-406-8000

CHICAGO
312-353-5431

U.S. Immigration and Customs Enforcement (ICE):

1-866-347-2423

Honolulu Special Agent Wayne Wills

Posted by Dr. Orly Taitz at 4/2/2009 4:26 PM | View Comments (3) | Add Comment

**OPEN LETTER TO THE SUPREME COURT-REQUEST FOR COOPERATION WITH THE FBI INVESTIGATION**

Dr. Orly Taitz, ESQ
26302 La Paz ste 211
Mission Viejo CA 92691

04.02.09.

Chief Justice Roberts,
Supreme Court of the United States;
Associate Justices of the Supreme Court;
William K. Sutton Chief clerk

Chief Justice Roberts,
Supreme Court of the United States;
Associate Justices of the Supreme Court;
William K. Sutton Chief clerk
of the Supreme Court;
Officer Christine Giaccio,
officer in charge Supreme Court of United States;
Gilbert Shaw,
Secret service agent
Supreme Court of the United States

Open letter, request for cooperation in FBI investigation

Dear ladies and gentlemen,

This is to inform you that I have filed a complaint with the FBI relating to a number of crimes, including cyber crimes that I and my clients have encountered while pursuing legal actions of illegitimacy for presidency of Mr. Barack Hussein Obama. On the matter of cyber crimes, the case was referred to the cyber crimes unit at the Santa Ana, Orange County FBI, at 901 Civic center Dr. W., Santa Ana CA. The officer in charge of my case is FBI Agent Nathan Reed, 714-245-5328, 310-710-3459. One of the Cyber Crimes reported, was erasing from the exterior docket of the Supreme Court all mention of my case Lightfoot v Bowen questioning legitimacy of Obama for presidency. Particularly egregious was the fact that the case was erased on January 21, when the Supreme Court first opened after inauguration of Obama and it was reentered back on the docket only on January 22, towards the end of the day, right before the conference on the morning January, the 23rd.
According to FBI Agent Nathan Reed, even though, the docket is related to my case, technically the Supreme Court was the victim of hacking and he needs cooperation from the Supreme court, as a victim organization to investigate the mater of the case being erased from it's exterior docket. I request from the Supreme Court a letter of such cooperation with my complaint. This is particularly important in light of the fact that there is a common denominator in a number of cyber crimes committed, such as:
1. there was a hacking into my foundation pay-pal account, where my e-mail address was changed with a scope of impeding receipt of donations donations
2. sabotage of my previous web site/blog, where the blog would crush upon comment entry, flushing virus messages, and diversion of traffic to porn sites
3. constant sabotage and hacking into my new site/blog
4. creation of an impostor site for officer Scott Easterling, with the scope of assassinating the character of the active military officer in Iraq, who happens to be a lead plaintiff in Obama ineligibility legal action
5. erasing of my wikipedia page and source having a banner on his page, showing hanging of Saddam Hussein
6. fabricating a decision of a Virginia judge, claiming proper vetting of Obama's birth certificate and posting this fraudulent decision on the Internet on November 3rd, one day before the National election with the scope of committing massive fraud of American voters.
All of these cyber crimes, together with all the other crimes a that are handled separately, have one common denominator-  concerted effort to put Abeam in the White House and keep him there by virtue of fraud and concealment of all of his records.
I hope that the Supreme Court will show proper cooperation in investigation of such crimes by the FBI and other agencies and I request a letter of cooperation to that extend. Refusal to provide such letter of cooperation will amount to obstruction of Justice and aiding and abetting of all of the above crimes.

Sincerely,

Dr. Orly Taitz, ESQ

cc Senator Leahy, Senate Judiciary Committee
cc Senator Specter Ranking Member Senate Judiciary Committee
cc Senator Reid -senate Majority leader
cc  Senator Kyl -Senate Minority leader
cc Nanci Pelosi, Speaker of the House
cc Eric Holder, department of Justice
cc Elena Kagan, Solicitor General
cc Captain Crawford, Legal Counsel for the Chairman, Joint Chiefs of Staff

Posted by Dr. Orly Taitz at 4/2/2009 1:20 PM | View Comments (9) | Add Comment

HUMOR OF THE DAY

---

Enforcement (ICE):

1-866-347-2423

Honolulu Special Agent Wayne Wills
808-532-3746

IRS:

Steven Whitlock,
IRS whistle blower office:
1111 Constitution Ave., NW
Washington DC 20224

## CATEGORY ARCHIVES

Able Danger (1)
ACORN (4)
activism (42)
Allen Keyes (4)
Barakat Osama (4)
birth certificate (12)
Blagojevich (3)
BURLEW PLUMBING (3)
California (4)
Cases (72)
Cases Military (1)
Chicago Crimes (7)
Christopher Strunk (2)
Constitution (2)
Cort Wrotnowski (4)
Craig M. Robinson (2)
Daniel John Essek (1)
Darrel Hunter (1)
David Limbaugh (1)
December 2008 (28)
DNC (1)
Dr. Edwin Vieira (1)
DrOrly (43)
Elections (3)
Electors (6)
Eric Holder (27)
FEC (1)
finance (6)
Forms (1)
glenn beck (1)
global warming (1)
Grand Jury (2)
Hawaii (1)
ICE (1)
James Hochberg (1)
Joke of the Day (2)
Judge Moore (1)
Kelly J Robinson (2)
Kelly J. McCrum (2)
Kenya (1)
Leo Donofrio (3)
Magic (3)
Mario Apuzzo (1)
Mark Ndsandjo (1)
Martial Law (2)

"Exhibit B"


🔒 Secure | https://web.archive.org/web/20090429061430/http://defendourfreedoms.net:80/

# DEFEND OUR FREEDOMS

where we're loyal to liberty and faith gives reason for citizen action - amb. alan keyes 2009

## MORE DELAYS. USA/OBAMA SAY THEY NEED 124-DAYS TO ANSWER; CONGRESS 117 DAYS

http://puzo1.blogspot.com/2009/04/more-delays-usaobama-say-they-need-124.html

Tuesday, April 28, 2009
More Delays. USA/Obama Say They Need 124-Days to Answer; Congress 117 Days

See the copy of the court documents electronically filed by the defendants on Monday, April 27, 2009:
http://www.scribd.com/doc/14705757/

The lawyer for USA and Obama, Elizabeth A. Pascal, who works in the office of Ralph J. Marra, Acting United States Attorney, is now asking the Court a second time through her motion for more time to answer for the defendants.

Initially, Ms. Pascal only represented the USA and Obama, whose answers or motions were initially due on April 27, 2009. Ms. Pascal requested and obtained an extension to file her responses to May 5, 2009.

Now Ms. Pascal states in her declaration that former Vice President Cheney, the House of Representatives, and Speaker Pelosi have asked that the Department of Justice represent them in the action. She adds that the Justice Department is also deciding which Congressional defendants (meaning Congress, Senate, House, Cheney, and Pelosi) it will represent. Pending the Justice Department making that decision, she is moving the Court for an order allowing that all the Congressional defendants more time to answer or otherwise move. She includes in her request additional time for the USA and Obama to answer, whose answers are now due on May 5, 2009.

Ms. Pascal made her motion returnable June 1, 2009 and is asking for an order that she be allowed to file an answer or otherwise move within 20 days of the date of the order to be entered by Magistrate Judge Joel Schneider. This means that if Magistrate Judge Schneider signs the extension order on June 1, 2009, the defendants' answers or motions will be due by June 21, 2009.

Whether or not the President of the United States is eligible for the Office he currently occupies is of utmost national importance. Every passing day Mr. Obama takes executive action that significantly impacts on the lives of Americans. The USA and Obama have already been granted one extension to answer to May 5, 2009. They have therefore been given 77 days to answer. This is enough time for them to answer. With an extension to June 21, 2009, USA and Obama are asking for 124 days and the Congressional defendants are asking for 117 days to answer. Court rules only allow them 60 days. Such delay is not in the national interest and not acceptable. As to the Congressional defendants, a twenty-day extension for them to answer is reasonable, making their answer due by May 18, 2009. Given the national importance of the issues, an extension for all defendants to answer by June 21, 2009 is not acceptable.

Posted by Defend Our Freedoms at 4/28/2009 4:03 PM | View Comments (4) | Add Comment

## SOROS SHOW TRIALS

Soros Show Trials

The so-called Commission on Accountability which mysteriously appeared on the political scene a few days ago to push for show trials related to War on Terror interrogation policies is a PR hoax created by liberal philanthropist George Soros and political operatives sympathetic to the Obama administration.

The push is part of a vindictive campaign to pay back the architects of the War on Terror for making a good faith effort to defend America



BACK TO MAIN PAGE

### DEFEND OUR FREEDOMS COMMUNITY NETWORK

Defend Our Freedoms Community PORTAL.

DefendOurFreedoms.TV

### LOGIN

Login to Post

### QUICK SEARCH

Search only in titles:


Advanced Search

### HELP OFFSET THE COSTS OF DEFEND OUR FREEDOMS


Donate with PayPal
Help Offset the costs of the Defend Our Freedoms Network

### CAN'T DONATE? RAISE MONEY!

Run an Auction! Earn money for yourself while raising money for DOFF!

### DEFEND OUR FREEDOMS GRAND JURIES