**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| LISA OSTELLA,<br><br>    Plaintiff,<br><br>    v.<br><br>ORLY TAITZ,<br><br>    Defendant. | Case No. SACV 11-00485 AG (RAOx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiff.

Dated October 5, 2018

                                             Hon. Andrew J. Guilford
                                             United States District Judge