UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-0485 AG (AJWx)** | Date | November 2, 2018 |
|---|---|---|---|
| Title | LISA LIBERI ET AL. v. ORLY TAITZ ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER REGARDING REQUEST TO FILE MOTION FOR RECONSIDERATION AND RELIEF FROM FINAL JUDGMENT**

Plaintiff Lisa Liberi requests leave to file a motion for reconsideration of the Court's October 5, 2018 order regarding the parties' cross motions for summary judgment. Liberi also seeks relief from the final judgment. (Dkt. Nos. 841, 842.)

The Court GRANTS leave to file the reconsideration motion attached to Liberi's letter requesting leave. If Liberi intends to pursue the relief requested, she must now file a noticed motion for reconsideration and reserve a hearing date. The Court DENIES leave to file the "Motion for Breach of Contract; Rescission; Restitution; and Declaratory Relief," as it does not contain a legally cognizable request, but instead appears to be an attempt to file a new complaint under cover of a motion.

:   0

Initials of Preparer     lmb