FILED

2018 NOV 13  PM 3: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____LAW____

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION

| | |
|---|---|
| LISA LIBERI, et al<br><br>Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>8:11-cv-00485-AG<br><br>**DECLARATION OF LISA OSTELLA**<br><br>Date of Hearing:<br>Time of Hearing: 10 a.m.<br>Location:   Courtroom 10D |

### Declaration of Lisa Ostella

I, Lisa Ostella am over the age of 18 and am a party to the within action. I have personal knowledge of the facts herein, and if called to do, I could and would competently testify. I am making this Declaration under the penalty of perjury of the Laws of the United States pursuant to 28 U.S.C. §1746.

---

1. I have worked with computers and the Internet for in and around 30 years. I have built custom portals and search engines and am very familiar with how information is propagated and stored throughout the Internet.

2. Richard Guerry is the founder of the non-profit organization the Institute for Responsible Online and Cell-Phone Communication (IROC2).

3. Guerry is also an author. In his book, "Public and Permanent: The Golden Rule of the 21st Century", ISBN-10: 1452501327 pub. January 13, 2011, author Richard Guerry argues that you should think of everything you do electronically as both public and permanent:

> "When you post information to the World Wide Web about yourself or someone else, you are communicating as part of an intimate global community. You are essentially posting information on a community bulletin board in the town square.... Once your content has been seen and shared by even just one other person... in the global village, you can never definitively remove the information from the knowledge base of the community because anyone who has seen and saved it, can at any time, put it right back up on the bulletin board, or anywhere else in the community, whenever they want and without your permission or knowledge."

4. All mine and Plaintiff Lisa Liberi's data, public, private and tracking has been made public through the global community of the Internet, the underground

of the Internet (Tor Network), online data lockers globally (Scribd, Docshare, eDoc, Yumpu, PlainSite) as well as filed as public record in court cases and Internet Libraries.

5. One of these Internet Libraries is called Archive.org, aka Internet Archive, aka The Wayback Machine. This library is partnered with credible institutes such as: International Internet Preservation Consortium, Library of Congress and the Smithsonian.

6. Our data, coupled with all the lies and smears by the Defendants, has been introduced to public, historic record by certified private investigators, propagated by an officer of the court (Orly Taitz) and published by partnering institutes such as the Library of Congress and the Smithsonian.

7. All of the online data lockers have servers located throughout the world; as well as, global user reach with affiliate financial incentives to encourage users to embed the content into their own websites.

8. Taitz repointed a domain, TaitzReport.com, she had from her Youtube Channel to a server she obtained, manages and uploaded files to in Germany, ns1057.ui-dns.de, see **EXHIBIT "A"**.

9. While Taitz's site was established on this server in Germany; Taitz opened an offshore account with Yumpu, an online file locker, where she proceeded to upload copies of every one of her website pages, letters, publications,

dossiers and docket pages from every one of her court cases. See Exb. "B"

10. Taitz's posts, documents and filings now have a life of their own. With the financial incentives offered through the affiliate programs and the ease of the embed script from Yumpu, hundreds of dynamic blog sites carry these documents.

11. Social search engine compilers like Yasni, out of Germany, show so many are following Taitz's tales that running the name Lisa Liberi pulls the correct US located Lisa Liberi from German or Russia search engines as the first full two pages of results in foreign search engines with complete pre-run search engine compilers as the first top level return: http://www.yasni.com/lisa+liberi/check+people

12. This damage is permanent and dangerous. Not only are social media profilers being created; but there were also cached views of background reports that were shown to have been run recent enough where the cached results were still attainable.

13. From 2017-2018 on, not only did Taitz revictimize Liberi; she now intentionally made her and her family a global target.

14. No matter what the record shows from this point on, me and Plaintiff Lisa Liberi will be historically branded perpetrators of crimes we have never committed with all of our personal data attached to it.

//
//

Declaration of Lisa Ostella 4

I declare under the penalty of perjury of the Laws of the United States and the State of California that the foregoing is true and correct.

Executed this 28th day of October, 2018 in the State of New Jersey.

*Lisa M. Ostella*     Declarant
Lisa Ostella
P.O. Box 1121
Denville, NJ 07834
Ph: (973) 798-8402
Email: lisaostella@hotmail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"



# EXHIBIT "B"

# WWW.ORLYTAITZESQ.COM
English | 47 Documents | 13782 Views

### CASE 1:11-CV-00402-RCL DOC...
(https://www.yumpu.com/en/document/view/24379950/case-111-cv-00402-rcl-document-45-filed-06-13-13-page-1-of-74)
orlytaitzesq.com

### CASE 1:11-CV-00402-RCL DOC...
(https://www.yumpu.com/en/document/view/34093717/case-111-cv-00402-rcl-document-3-1-filed-04-08-11-page-38-of-50)
orlytaitzesq.com

### CASE 2:12-CV-02997-MCE-DAD
(https://www.yumpu.com/en/document/view/... /case-212-cv-02997-mce-dad-document-8-filed-03-04-13-page-1-)
orlytaitzesq.com

### GRINOLS PETITION FOR A WRI...
(https://www.yumpu.com/en/document/view/22717841/grinols-petition-for-a-writ-of-mandamus-for-default-judgment-and-stay-)
orlytaitzesq.com

### THE PANTRY, INC. V. MOSLEY -...
(https://www.yumpu.com/en/document/view/29116606/the-pantry-inc-v-mosley-alabama-appellate-watch)
orlytaitzesq.com

### PETITION TO MULTIDISTRICT...
(https://www.yumpu.com/en/document/view/... /petition-to-multidistrict-panel-part-5-dr-orly-taitz-esquire)
orlytaitzesq.com

### OPPOSITION TO MOTION TO...
(https://www.yumpu.com/en/document/view/24594730/opposition-to-motion-to-quash-subpoena-dr-orly-taitz-esquire)

### FARRAR V OBAMA APPLICATIO...
(https://www.yumpu.com/en/document/view/24298757/farrar-v-obama-application-for-stay-final-dr-orly-taitz-esquire)

### PLAINTIFF, Y.S - DR. ORLY TAI...
(https://www.yumpu.com/en/document/... -ys-dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytai...)

(https://www.yumpu.com/en/document/view/37423590/1-urgent-demand-for-verification-on-12122012-a-legal-)

1 URGENT DEMAND FOR VERI...

(https://www.yumpu.com/en/document/view/37423590/1-urgent-demand-for-verification-on-12122012-a-legal-)
orlytaitzesq.com

(https://www.yumpu.com/en/document/view/36207151/farrar-final-proposed-findings-of-fact-and-conclusions-of-law)

FARRAR FINAL PROPOSED FIN...

(https://www.yumpu.com/en/document/view/36207151/farrar-final-proposed-findings-of-fact-and-conclusions-of-law)
orlytaitzesq.com

(https://www.yumpu.com/en/document/view/... dr-orly-taitz-esquire)

DEFENDANTS - DR. ORLY TAIT...

(https://www.yumpu.com/en/docum... dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytai...

(https://www.yumpu.com/en/document/view/16433198/sankey-private-investigator-dr-orly-taitz-esquire)

SANKEY (PRIVATE INVESTIGAT...

(https://www.yumpu.com/en/document/view/16433198/sankey-private-investigator-dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytaitzes...

(https://www.yumpu.com/en/document/view/23233847/date-acrion-l-iled-mar-42009-dr-orly-taitz-esquire)

DATE ACRION L-ILED: MAR 4.2...

(https://www.yumpu.com/en/document/view/23233847/date-acrion-l-iled-mar-42009-dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytaitzes...

(https://www.yumpu.com/en/documen... v-taitz-12232010-pdf-memorandum-by-orly-taitz-esquire)

LIBERI V TAITZ 12.23.2010 PD...

(https://www.yumpu.com/en/docum... v-taitz-12232010-pdf-memorandum-by-dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytai...

www.orlytaitzesq.com Magazines

(https://www.yumpu.com/en/document/view/33824260/emergency-request-for-letters-rogatory-dr-orly-taitz-esquire)

EMERGENCY REQUEST FOR LE...

(https://www.yumpu.com/en/document/view/33824260/emergency-request-for-letters-rogatory-dr-orly-taitz-esquire)

(https://www.yumpu.com/en/document/view/30314495/grinols-proof-of-personal-service-on-onaka-dr-orly-taitz-esquire)

GRINOLS PROOF OF PERSONA...

(https://www.yumpu.com/en/document/view/30314495/grinols-proof-of-personal-service-on-onaka-dr-orly-taitz-esquire)

(https://www.yumpu.com/en/document/view/... press-the-enter-key-to-select-an-item-dr-orly-taitz-esquire)

PRESS THE ENTER KEY TO SEL...

(https://www.yumpu.com/en/document/view/... press-the-enter-key-to-select-an-item-dr-orly-taitz-esquire)

(https://www.yumpu.com/en/document/view/31835669/x-case-212-cv-10586-jfw-man-document-50-filed-12-11-12)

X CASE 2:12-CV-10586-JFW-MA...

(https://www.yumpu.com/en/document/view/31835669/x-case-212-cv-10586-jfw-man-document-50-filed-12-11-12)
orlytaitzesq.com

(https://www.yumpu.com/en/document/view/24622538/grinols-et-al-dr-orly-taitz-esquire)

GRINOLS ET AL - DR. ORLY TAI...

(https://www.yumpu.com/en/document/view/24622538/grinols-et-al-dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytaitzesq)

(https://www.yumpu.com/en/document/view/... second-amended-complaint-final-dr-orly-taitz-esquire)

IN SECOND AMENDED COMP...

(https://www.yumpu.com/en/document/view/... second-amended-complaint-final-dr-orly-taitz-esquire)
orlytaitzesq.com

(https://www.yumpu.com/en/document/view/31879432/res... dr-orly-taitz-esquire)

(https://www.yumpu.com/en/document/view/... banc-filled-keyes-dr-orly-taitz-esquire)



## MOTION TO STRIKE UNTIMELY...

(https://www.yumpu.com/en/document/view/41722533/motion-to-strike-untimely-response-dr-orly-taitz-esquire)
*orlytaitzesq.com*
(https://www.yumpu.com/user/orlytaitzesq)

## BAR COMPLAINT AZ BAR - DR....

(https://www.yumpu.com/en/document/view/29321143/bar-complaint-az-bar-dr-orly-taitz-esquire)
*orlytaitzesq.com*
(https://www.yumpu.com/user/orlytaitzesq)

## CALIFORNIA REPUBLICAN CEN

(https://www.yumpu.com/en/document/view/22719831/california-republican-central-committee-members-dr-orly-taitz-)
*orlytaitzesq.com*

## 4 '{,*,:R';FAIL;7 T - DR. ORLY TA...

(https://www.yumpu.com/en/document/view/31736537/4-rfail7-t-dr-orly-taitz-esquire)
*orlytaitzesq.com*
(https://www.yumpu.com/user/orlytaitzesq)

## GRINOLS FILED SUBPOENA SE...

(https://www.yumpu.com/en/document/view/34415419/grinols-filed-subpoena-senator-mikulski-dr-orly-taitz-esquire)
*orlytaitzesq.com*
(https://www.yumpu.com/user/orlytaitzesq)

## IN THE UNITED STATES DISTR

(https://www.yumpu.com/en/document/view/the-united-states-district-court-dr-orly-taitz-esquire)
*orlytaitzesq.com*

## FARRAR ET AL V OBAMA FIRST...

(https://www.yumpu.com/en/document/view/42024796/farrar-et-al-v-obama-first-amended-complaint-dr-orly-taitz-esquire)

## TAITZ V SEBELIUS FILED CORR

(https://www.yumpu.com/en/document/view/taitz-v-sebelius-filed-corrected-request-for-judicial-notice-exhibit)

www.orlytaitzesq.com Magazines

(https://www.yumpu.com/en/document/view/42024796/farret-al-v-obama-first-amended-complaint-dr-orly-taitz-esquire)

(https://www.yumpu.com/en/document/view/22719831/california-republican-central-committee-members-dr-orly-taitz-)

CALIFORNIA REPUBLICAN CEN...

(https://www.yumpu.com/en/document/view/...sebelius-filed-corrected-request-for-judicial-notice-exhibit)

(https://www.yumpu.com/en/document/view/29321143/bar-complaint-az-bar-dr-orly-taitz-esquire)

BAR COMPLAINT AZ BAR - DR....

(https://www.yumpu.com/en/document/view/29321143/bar-complaint-az-bar-dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytaitzesq)

(https://www.yumpu.com/en/document/view/35035766/uxtrpn-srarss-drsrrucr-court-dr-orly-taitz-esquire)

UXTRPN SRARSS DRSRRUCR C...

(https://www.yumpu.com/en/document/view/35035766/uxtrpn-srarss-drsrrucr-court-dr-orly-taitz-esquire)
orlytaitzesq.com
(https://www.yumpu.com/user/orlytaitzesq)

(https://www.yumpu.com/en/document/...to-strike-untimely-response-dr-orly-taitz-esquire)

MOTION TO STRIKE UNTIMEL...

(https://www.yumpu.com/en/document/...to-strike-untimely-response-dr-orly-taitz-esquire)
orlytaitzesq.com

(https://www.yumpu.com/en/document/view/31563328/affidavif-g-expe-ft-qo-u-sta-s-vost-dr-orly-taitz-esquire)

AFFIDAVIF G[ EXPE FT-QO U ST...

(https://www.yumpu.com/en/document/...o-slrtrta-fifrcrttlti-cll-92668-dr-orly-taitz-esquire)

RRNC O SLRTRTA FI.F,RCRTTL...

(https://www.yumpu.com/en/document/view/31563328/affidavif-g-expe-ft-qo-u-sta-s-vost-dr-orly-taitz-esquire)
*orlytaitzesq.com*
(https://www.yumpu.com/user/orlytaitzes)

(https://www.yumpu.com/en/docun o-slrtrta-fifrcrttlti-cll-92668-dr-orly-taitz-esquire)
*orlytaitzesq.com*
(https://www.yumpu.com/user/orlytai

1 ()   2   3   4   **5**

www.orlytaitzesq.com   🔍

Change language     Made with love in Switzerland     © 2018 Yumpu.com all rights reserved

## CERTIFICATE OF SERVICE

I, Lisa Liberi, hereby certify that a true and correct copy of Lisa Ostella's Declaration in Support of Plaintiff's Motion for Reconsideration and Relief from Final Judgment was served this 30th day of October, 2018, electronically through Email and the Court's ECF filing system upon the following:

**SCHUMANN I ROSENBERG, LLP**
Kim Schumann, Esquire
Jeffrey Cunningham, Esquire
3100 S. Bristol Street, Suite 400
Costa Mesa, CA 92626
schumann@schumannrosenberg.com
cunningham@schumannrosenberg.com
*Attorney for Defendant Orly Taitz*

Orly Taitz, Esquire
29839 Santa Margarita, Suite 100
Rancho Santa Margarita, CA 92688
E-mail: orly.taitz@gmail.com

*Attorney for Defendants Defend our Freedoms Foundations, Inc, Orly Taitz, Inc., and The Law Offices of Orly Taitz.*

/s/ Lisa Liberi
LISA LIBERI
1704B Llano St. No. 159
Santa Fe, NM 87505
Ph: (505) 577-0829
Email: lisaliberi@gmail.com

*Plaintiff in Pro Se*

Declaration of Lisa Ostella                                                                                           8

