UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 11-00485 AG (RAOx) | Date | December 3, 2018 |
|---|---|---|---|
| Title | LISA M. OSTELLA ET AL. v. ORLY TAITZ ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   **[IN CHAMBERS] ORDER RE MOTIONS FOR RECONSIDERATION**

This case has been with the Court for over a decade. And since its inception, the Court has been dealing with an unwieldy amount of filings—so much so that the Court was forced to impose a filing restriction on the parties. (*See* Dkt. No. 227.) But after hearing numerous motions and reviewing thousands of pages and documents, the Court thought this dispute was over: Lisa Liberi's claims were dismissed with prejudice following settlement, (Dkt. No. 685), and Lisa Ostella's claims were decided by the Court on cross motions for summary judgment that the parties stated they preferred rather than a trial, (Dkt. No. 841). But this litigation lives to see yet another day as both Ostella and Liberi move for reconsideration of the judgments against them. (Dkt. Nos. 848, 849.)

First, concerning Liberi's motion for reconsideration, Liberi made clear at oral argument that she was actually seeking enforcement of the settlement agreement rather than reconsideration of any judgment entered against her. This Court doesn't have that issue properly before it, and therefore DENIES Liberi's motion for reconsideration. (Dkt. No. 848.)

Second, concerning Ostella's motion for reconsideration, the Court finds Ostella hasn't shown she is entitled to reconsideration. *See* Fed. R. Civ. P. 59(e); Local Rule 7-18. And, in any event, the reconsideration of the Court's judgment against Ostella would be unavailing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-00485 AG (RAOx) | Date | December 3, 2018 |
|---|---|---|---|
| Title | LISA M. OSTELLA ET AL. v. ORLY TAITZ ET AL. | | |

The Court DENIES Ostella's motion for reconsideration. (Dkt. No. 849.)

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |