**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA M. OSTELLA and LISA LIBERI, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ORLY TAITZ; et al., <br><br> Defendants-Appellees. | No. 18-56652 <br><br> D.C. No. 8:11-cv-00485-AG-RAO <br> Central District of California, Santa Ana <br><br> ORDER |

Before: GOULD and PAEZ, Circuit Judges.

Appellants' motion to expedite this appeal (Docket Entry No. 2) is denied.

Appellants' request for a prefiling review order restricting appellees' filings in this appeal (Docket Entry No. 2) is denied.

Appellees' request to dismiss appellant Lisa Liberi from this appeal, included within appellees' responses to appellants' motion to expedite (Docket Entry Nos. 12, 14), is denied without prejudice to renewing the arguments in the answering brief.

A review of the record reflects that appellants' motions to proceed in forma pauperis on appeal remain pending in the district court. *See* Fed. R. App. P. 24(a). If the district court denies appellants' motions to proceed in forma pauperis on appeal, appellants may file motions to proceed in forma pauperis in this court within 30 days after the district court's denial. *See* Fed. R. App. P. 24(a)(5).

DA/Pro Se

The Clerk shall serve a Form 4 financial affidavit on appellants.

The previously established briefing schedule remains in effect.

Case 8:11-cv-00485-AG-RAO   Document 867   Filed 01/23/19   Page 2 of 3   Page ID #:24271

The document you are trying to load requires Adobe Reader 8 or higher. You may not have the Adobe Reader installed or your viewing environment may not be properly configured to use Adobe Reader.

For information on how to install Adobe Reader and configure your viewing environment please see  http://www.adobe.com/go/pdf_forms_configure.