FILED

JAN 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LISA OSTELLA and LISA LIBERI, | No. 18-56652 |
| Plaintiffs-Appellants, | D.C. No. 8:11-CV-00485-AG-RAO Central District of California, Santa Ana |
| v. | |
| ORLY TAITZ, et al., | ORDER |
| Defendants-Appellees. | |

The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on February 14, 2020 in Pasadena, California. Fed. R. App. P. 34(a)(2). Appellants' motion for an order prohibiting recording of oral argument (Docket Entry No. 113) is denied as moot.

Appellants' requests for judicial notice (Docket Entry Nos. 20, 48, 91, 92) are denied. The exhibits to these motions are not germane to adjudicating the issues appellants raise on appeal. Appellants have also failed to demonstrate "extraordinary circumstances" warranting supplementing the appellate record with

these materials. *See Barilla v. Ervin*, 886 F.2d 1514, 1521 n.7 (9th Cir. 1989) (citing *Ross v. Kemp*, 785 F.2d 1467, 1474 (11th Cir. 1986)), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996). Appellees' respective motions to strike documents (Docket Entry Nos. 93, 94) are denied as moot.

Appellants' motions to strike the answering briefs and supplemental excerpts of record (Docket Entry Nos. 68, 69) are denied.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7

2